UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA



FILED by CL D.C.
APR 29 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. - W.P.B.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MITCHELL J. STEIN,<br><br>Defendant. | Case No 11-80205-CR-MARRA/HOPKINS |

## DEFENDANT MITCHELL J. STEIN'S WITNESS LIST

Mr. Stein respectfully submits the attached list of witnesses who potentially may be called at trial by the defense. Mr. Stein also adopts the witness list submitted by the Government and reserves the right to call any witnesses identified therein. In addition, Mr. Stein reserves the right to amend and supplement this Witness List as trial proceeds. Out of an abundance of caution, the attached list is over-inclusive.

Respectfully submitted,

/s/ Mitchell Stein

Mitchell J. Stein, *Pro Se;* Email: private.oceibod.2@gmail.com; Office: 1551 N. Flagler Dr., West Palm Beach, Florida 33401.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been filed with the Clerk of the Court and uploaded into the CM/ECF System which will send a notice of electronic filing to the following counsel of record or pro se parties identified in the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 28th day of April, 2013. I further certify that I have provided the DOJ with the foregoing document by Email, as has been our custom and agreement between the parties.

Albert Steiglitz, Esq.
Kevin B. Muhlendorf, Esq.
U.S. Department of Justice
Criminal Division – Fraud Section
1400 New York Avenue, 4th Floor
Washington, DC 2005

_____
MITCHELL J. STEIN

## POTENTIAL WITNESSES

1. Daphne Bell

2. Jennifer Black

3. Michael Boliek

4. James N. Fiedler

5. Joseph Galli

6. Willie Gault

7. Tracey Hampton-Stein

8. William Matthews

9. Rowland Perkins (Rule 15 Deposition Lodged With the Court)

10. Norma Provencio

11. Jared Scharf

12. Gary Slossberg

13. Adam Usdan

14. John Woodbury

15. Sam Wolff

16. Christina Carter

17. Martin Carter

18. National Securities (Custodian)

19. Pamela Bunes

20. Regal Securities (Custodian)

21. Mark Nevdahl

22. Jennifer Black

23. Budimir Drakulic

24. World Equity Group (Custodian)

25. John Woodbury

26. Battelle Memorial Institute (Custodian)

27. David Jones

28. Adam Usdan

29. Kenneth Londoner

30. Tom Ronk

31. Jane Greene

32. Cranford Scott

33. Clair LaFrance

34. Alaine Sosebee

35. Susan Keitt

36. Securities and Exchange Commission (Adam Eisner)
    (Only to produce original deposition transcripts, an audio transcript, and other evidence of authenticity of these prior recorded statements – the parties were unable to stipulate to allowing the SEC producing these items voluntarily.)

37. Eric Wittenberg