UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE KENNETH A. MARRA

| | |
|---|---|
| CASE NO. | 11-80205-CR-MARRA |
| STYLE: | USA vs. Mitchell Stein |
| DATE: | May 6, 2013 |
| AUSA: | Albert Steiglitz/Kevin Muhlendorf |
| DEFT'S ATTY: | Mitchell Stein, pro se |
| REPORTER: | Stephen Franklin |
| DEPUTY CLERK: | Irene Ferrante |

## TRIAL MINUTES

**Voir Dire Held**: X          **Jury Impaneled:** X

**Trial Begins: 5/6/13**          **Trial Held:** X

**Day:   One**          **Trial Cont'd to: 5/7/13**

**Trial Ends:**