```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2
                   Case No. 11-80205-CR-MARRA
 3
    UNITED STATES OF AMERICA,     )
 4                                )
         GOVERNMENT,              )
 5                                )
         -v-                      )
 6                                )
    MITCHELL J. STEIN,            )
 7                                )
         DEFENDANT.               )   West Palm Beach, Florida
 8                                )   May 9, 2013
    _____)
 9

10            TRANSCRIPT OF TESTIMONY OF AJAY ANAND

11            TAKEN AT THE JURY TRIAL PROCEEDINGS

12          BEFORE THE HONORABLE KENNETH A. MARRA

13                UNITED STATES DISTRICT JUDGE

14  Appearances:

15  FOR THE GOVERNMENT          Albert Stieglitz, ESQ., AND
                                Kevin B. Muhlendorf, ESQ.
16                              U.S. Department of Justice
                                Criminal Division
17                              1400 New York Avenue, Northwest
                                Washington, DC 20530
18
    FOR THE DEFENDANT           Mitchell J. Stein, Pro Se
19                              1551 North Flagler Drive, #1208
                                West Palm Beach, FL 33401
20  -and-
                                Charles G. White, ESQ.
21                              Charles G. White, P.A.
                                1031 Ives Dairy Road, Suite 228
22                              Miami, FL 33179

23  Reporter                    Stephen W. Franklin, RMR, CRR, CPE
    (561)514-3768               Official Court Reporter
24                              701 Clematis Street
                                West Palm Beach, Florida  33401
25                              E-mail:  SFranklinUSDC@aol.com
```

```
1    * * * * * * * * *

2             THE COURT:  Welcome back, ladies and gentlemen.

3    Please be seated, everyone.

4             All right.  Let's hear from the next witness for the

5    United States.

6             MR. MUHLENDORF:  Your Honor, the Government calls

7    Ajay Anand.

8             THE COURT:  Sir, would you raise your right hand,

9    please.

10               Ajay Anand, Government witness, sworn.

11            THE COURT:  Please be seated.

12            Sir, if you could lean forward.  The chair doesn't

13   move, so you have to lean forward or move the microphone

14   towards you, and please speak into it and tell us your name

15   and spell both your first and last names for us.

16            THE WITNESS:  Ajay Anand.  It's spelled A-j-a-y

17   A-n-a-n-d.

18            THE COURT:  Thank you, sir.

19            You may proceed.

20                       Direct Examination

21   BY MR. MUHLENDORF:

22   Q   Good afternoon, Mr. Anand.

23   A   Good afternoon.

24   Q   Mr. Anand, where do you live?  What city and state?

25   A   Irvine, California.
```

```
1    Q    Now, Mr. Anand, do you have a background in investing?

2    A    Yes, I do.

3    Q    Okay.  And what's your educational background?

4    A    I have a degree in economics from Cal Poly Pomona.

5    Q    Now, if you could just tell the jury, briefly, a summary

6    of what your sort of employment history, what you've been

7    doing for the last 15 years is.

8    A    Consulting with and investing in public companies.

9              Investing in and consulting with various public

10   companies.

11   Q    Now, in the course of that investing in public companies,

12   did you become familiar with an entity known as Signalife?

13   A    Yes.

14   Q    And did it have other names, Signalife?

15   A    Yes.

16   Q    Okay.  And if we call it -- if we call it Signalife,

17   you'll recognize we're talking about Heart Tronics, Signalife,

18   and Recom, the same company, right?

19   A    Yes.

20   Q    Now, how did you become familiar with the entity

21   Signalife?

22   A    I believe I was reintroduced to the company through a

23   gentleman by the name of Raul Silvestre.

24   Q    You say reintroduced or introduced?

25   A    Introduced.
```

1    Q    Now, did the introduction to the company by Mr. Silvestre

2    eventually involve Mr. Stein?

3    A    Yes, it did.

4    Q    So you know the Defendant, Mitchell J. Stein?

5    A    Yes, I do.

6    Q    Now, and we're going to go into this in a little bit more

7    detail, but did you do some work involving Signalife from

8    2006, '7, in that timeframe?

9    A    Yes, I did.

10   Q    In relation to your dealings with the Defendant and

11   Signalife, were you ever contacted by officials from the

12   Securities and Exchange Commission?

13   A    Yes, I was.

14   Q    And what was the first contact you had with the Securities

15   and Exchange Commission?

16   A    Securities and Exchange Commission called my home office

17   looking for Sameer Gulati.

18   Q    Who is Sameer Gulati?  If you could spell that, too, for

19   the court reporter.

20   A    Spelled S-a-m-e-e-r G-u-l-a-t-i.

21   Q    Who is Mr. Gulati?

22   A    Mr. Gulati was a name I put on the entity known as the

23   Silve Group.

24   Q    Let's take a step back.  What is the Silve Group?

25   A    Silve Group is a corporation I established to do work for

```
1    Signalife.

2    Q    So when the Securities and Exchange Commission called, who

3    were they looking to talk to?

4    A    Sameer Gulati.

5    Q    Did you return their phone call?

6    A    Yes, I did.

7    Q    And who did you tell the SEC you were when you returned

8    the phone call?

9    A    I told him I was Sameer Gulati.

10   Q    You lied?

11   A    Yes, I did.

12   Q    And ultimately, after speaking with the Securities and

13   Exchange Commission, did you testify under oath to the SEC?

14   A    Yes, I did.

15   Q    And where did that happen?

16   A    In Los Angeles, California.

17   Q    Now, when you testified to the SEC did you tell the truth?

18   A    No.

19   Q    Did you lie to the SEC?

20   A    Yes, I did.

21   Q    Did you lie about one thing or many things?

22   A    Many things.

23   Q    Did anyone ask you to lie?

24   A    No.

25   Q    Now, the things you lied about, were they things related
```

```
 1    to Signalife?

 2    A    Yes.

 3    Q    As a result of those lies to the Securities and Exchange

 4    Commission, did you plead guilty to any crimes?

 5    A    Yes, I did.

 6    Q    What did you plead guilty to?

 7    A    Obstruction of justice.

 8    Q    And did you enter into a plea agreement in relation to

 9    that crime?

10    A    Yes, I did.

11    Q    Do you have an understanding of -- well, first, why did

12    you plead guilty to the crime of obstruction of justice?

13    A    Because I lied to the SEC during my testimony.

14    Q    Now, are you familiar with the terms of your plea

15    agreement?

16    A    Yes, I am.

17    Q    What sort of penalty are you facing for lying to the SEC?

18    A    Five years' imprisonment and a fine of $250,000.

19    Q    Now, under the terms of your plea agreement, do you have

20    any obligations?

21    A    Yes.

22    Q    What are the obligations you have?

23    A    Tell the truth.

24    Q    Do you have to cooperate?

25    A    Yes.
```

```
 1    Q    What happens if you don't tell the truth?

 2    A    I could be added additional charges.

 3    Q    Okay.  What happens to your plea agreement?

 4    A    It's thrown out.

 5    Q    Could you be charged with perjury or obstruction of

 6    justice under the terms of your plea agreement?

 7    A    Yes.

 8    Q    Now, candidly, Mr. Anand, by testifying here today, are

 9    you hoping for anything?  Are you looking for a benefit?

10    A    Yes.

11    Q    What benefit are you hoping to get?

12    A    The cooperation credits I needed to reduce --

13    Q    Speak up, please.

14    A    The cooperation credits to reduce my sentence.

15    Q    Now, are those based in any way on the -- what you say

16    here today?

17    A    No.

18    Q    Now, who's going to ultimately decide your sentence?

19    A    The judge in Los Angeles.

20    Q    Not Judge Marra?

21    A    No.

22    Q    Is the Government going to decide your sentence?

23    A    No.

24    Q    Now, Mr. Anand, you've had some tax issues, as well,

25    correct?
```

```
 1   A    Yes.

 2   Q    Did you fail to pay your taxes?

 3   A    Yes, but I've submitted all the documents, and they're

 4   ready to be admitted now.

 5   Q    Okay.  And one last topic before we get into the

 6   substance.

 7            During the course of your dealings with Mr.~Stein and

 8   Signalife, did you make some recordings of Mr. Stein?

 9   A    Yes, I did.

10   Q    And what types of recordings did you make?

11   A    Mainly conference calls we were on.

12   Q    Were there any voice-mail messages you recorded?

13   A    And some voice-mail messages, yes.

14   Q    Now, why did you record Mr.~Stein?

15   A    Well, the main purpose was Mr.~Stein was very good at

16   speaking about the company and its technology.  And so when I

17   wanted to speak to my potential investors or people that I was

18   trying to engage in the company, I was able to refer back to

19   those tapes and speak more intelligently about the company.

20   Q    Did you -- did anyone ask you to make those recordings?

21   A    No.

22   Q    Did you tell the SEC about those tapes?

23   A    No.

24   Q    As to the recordings of Mr. Stein, at the time did you

25   have an understanding of whether you violated the law in doing
```

```
 1   that?
 2   A   No.
 3   Q   Do you now?
 4   A   Yes.
 5   Q   What's that understanding?
 6   A   It's illegal to tape-record somebody.
 7   Q   All right.  Well, let's talk a little bit about how we got
 8   here.  How did you first meet the Defendant, Mitchell J.
 9   Stein?
10   A   I met him in 1999 through a company called Medtech.
11   Q   And what sort of business were you doing with Medtech and
12   Mr.~Stein?
13   A   Mr.~Stein had met with me and asked him (sic) to assist
14   him and the company in obtaining an American Stock Exchange
15   listing for the company in 1999.
16   Q   Did that company eventually become E-Medsoft?
17   A   Yes.
18   Q   Now, did you make money working on E-Medsoft with
19   Mr.~Stein?
20   A   Yes, I did.
21   Q   Approximately how much did you make?
22   A   Pretty close to a million dollars.
23   Q   After E-Medsoft -- how long did that relation last?
24   A   That lasted from 1999 to approximately 2001.
25   Q   So -- and just to be clear, we're sitting here in 2013.
```

1  So you've known Mr.~Stein a long time, right?

2  A   Yes.

3  Q   So -- and I think when we first started, you were talking

4  about how you got connected with Signalife, you mentioned

5  someone by the name of Raul Silvestre, correct?

6  A   Correct.

7  Q   Who is Raul Silvestre?

8  A   At the time he was general counsel to the company Recom.

9  The name of the company was Recom at the time.

10  Q   And did Mr. Silvestre somehow connect you with Mr.~Stein?

11  A   Yes, he did.

12  Q   And why was that?

13  A   Originally, it was to buy stock into the market, and then

14  subsequent to that was an investment into Recom.

15  Q   Did you have a meeting with Mr.~Stein?

16  A   Yes, I did.

17  Q   Do you remember where that was?

18  A   Yes, I do.

19  Q   Where was that?

20  A   That was at King's Fish House, in Calabasas.

21  Q   Did you invest in Recom at the time?

22  A   Yes, I did.

23  Q   How much did you invest?

24  A   I invested $50,000.

25  Q   Now, when you -- was this a reconnection of sorts with

```
 1   Mr.~Stein?

 2   A   Yes, it was.

 3   Q   When that reconnection happened, did Mr.~Stein tell you

 4   anything about your affiliation with Signalife going forward?

 5   A   Yes.

 6   Q   What did he tell you?

 7   A   Well, the prior deal that we were involved in, E-Medsoft

 8   or Med Diversified, as it was known, became a company that was

 9   investigated, and people got in trouble because of that

10   company, and Mr.~Stein made it clear that he didn't want my

11   name associated with anything going forward on the new deal,

12   Recom or Signalife.

13   Q   So as a result of that, was the public face of -- the

14   public face of Ajay Anand -- was Ajay Anand available to the

15   public as a connection to Silve Group?

16   A   No.

17   Q   How did you accomplish that?

18   A   Mr.~Stein made it clear that my name shouldn't be involved

19   in any transactions that had to do with the public exposure of

20   Signalife.

21   Q   And to be fair, you signed contracts in your own name with

22   the officers of Signalife, correct?

23   A   Yes.

24   Q   Okay.  So it wasn't hidden from Signalife itself, right?

25   A   No.
```

```
1    Q    Now, moving forward a little bit, do you know the name Ken
2    Londoner?
3    A    Yes, I do.
4    Q    Who's Ken Londoner?
5    A    Ken Londoner was a hedge fund manager and investor both in
6    Med and Recom.
7    Q    Did he have some association with Signalife?
8    A    Yes, he did.
9    Q    How does that relate to you?
10   A    Well, Ken was involved in Recom.  He and I had spoke a
11   number of times involving the company.  He put me on
12   conference calls with some of the institutions.  I put him on
13   conference calls with some of my investors in an effort to
14   gain exposure for the company and also possibly invest in the
15   company.
16   Q    Did you attend any meetings where Mr.~Stein was present
17   with Mr. Londoner?
18   A    Yes.
19   Q    Would you tell the jury about that.
20   A    I believe there was two meetings.  There was one meeting
21   in Greenville with Pamela Bunes, myself and Mr. Stein, and
22   there was a second meeting in New York right after that with
23   myself, Mr.~Stein and Mr. Londoner.
24   Q    And at the meeting with New York, was Mr.~Stein the only
25   Signalife representative?
```

```
 1    A    Yes.

 2    Q    And what was the point of the meeting in New York?

 3    A    To attract investors into the company.

 4    Q    So there were no other CEOs or anything like that?

 5    A    No.

 6    Q    At that time, what did you understand Mr. Stein's role to

 7    be with Signalife?

 8    A    He told me he was general counsel and the largest

 9    shareholder of Signalife.

10    Q    Now, let's talk about the meeting with Pam Bunes.  You

11    mentioned a meeting with Pam Bunes?

12    A    Yes.

13    Q    What was the nature of that meeting, and who was there?

14         MR. STEIN:  Objection as to time.  Just, what year?

15  BY MR. MUHLENDORF:

16    Q    When was the meeting with Pam Bunes?

17    A    2004.

18    Q    Okay.  And what was the nature of that meeting?

19    A    The nature of the meeting was that the old CEO, Marvin

20    Fink, was terminated, and Ms. Bunes was going to replace him

21    as the new CEO of Recom.

22    Q    Do you have an understanding of how Mr. Fink was

23    terminated?

24    A    Yes.

25    Q    What happened to Mr. Fink?
```

```
 1    A    There was a fight between Mr.~Stein and Mr. Fink.

 2    Q    And as a result of that fight, what happened to the CEO,

 3    Marvin Fink?

 4    A    He was terminated.

 5    Q    Okay.

 6    A    There was a lawsuit occurred after that also, something.

 7    Q    I think you're going to have to speak up.

 8    A    There was a lawsuit that occurred right after that or at

 9    the same time.

10    Q    So this meeting in 2004 we were just talking about with

11    Ms. Bunes, Mr.~Stein was there?

12    A    Yes.

13    Q    What was the purpose of that meeting?

14    A    To hire Ms. Bunes on as CEO of Recom.

15    Q    And why were you involved in that?

16    A    He asked me to go.

17    Q    Now, let's move to the summer of 2005.

18         Do you know who Rajiv Singh is?

19    A    Yes.

20    Q    Now, were you contacted by Mr. Stein about a meeting with

21    Rajiv Singh?

22    A    Yes.

23    Q    And what was the point?  Why did he want you to meet with

24    Rajiv Singh?

25    A    Mr. Singh was an engineer that was hired by Recom.
```

```
 1    Mr. Stein suggested that I meet with him and discuss with him
 2    a number of things revolving around the technology and
 3    possibly selling the Recom's product to India.
 4              MR. MUHLENDORF:  Your Honor, at this time we've got
 5    some agreed upon exhibits I'd like to move into evidence.
 6              THE COURT:  All right.
 7              MR. MUHLENDORF:  228, 312, 26, 33, 313, 43, 307, 310,
 8    53, 52, 49, 50, 59, 342, 61, and 94.
 9              THE COURT:  Any objection to those, Mr.~Stein?
10              MR. STEIN:  No objection.
11              THE COURT:  They'll all be admitted without
12    objection.
13         (Government Exhibits Nos. 228, 312, 26, 33, 313, 43, 307,
14    310, 53, 52, 49, 50, 59, 342, 61, and 94 entered into
15    evidence.)
16    BY MR. MUHLENDORF:
17    Q    And Mr. Anand, I've been advised we really need to try and
18    speak into the microphone.  I think both of us are being very
19    quiet, and I think the jurors are having a hard time hearing
20    you.
21              THE WITNESS:  Is that better?
22              THE COURT:  Pull it towards you, sir, so you don't
23    have to lean forward so much.  Thank you.
24              THE WITNESS:  Okay.
25              MR. MUHLENDORF:  Now, if we could have exhibit 312,
```

```
 1    please.
 2            THE COURT:  Does he have the hard copies there?
 3            MR. MUHLENDORF:  He does.
 4            Mr. Anand, there should be a notebook up there that
 5    has the hard copies for you.
 6            THE WITNESS:  We're looking at 312?
 7            MR. MUHLENDORF:  Your Honor, may I approach?  I
 8    understand the jurors are having some problems with viewing
 9    him through the screen.  Is that . . .
10            THE COURT:  I thought it was okay.
11    BY MR. MUHLENDORF:
12    Q    All right.  Mr. Anand, do you see exhibit 312 in front of
13    you?
14    A    Yes, I do.
15    Q    Okay.  Now, what is exhibit 312?
16    A    It's an e-mail from Mitchell Stein to myself.  Subject is
17    confidential draft, dated March 9th, 2006, attached file is
18    option allowance Indian monitoring doc.
19    Q    So what is Mr.~Stein telling you on March 9, 2006?  What
20    does this relate to?
21    A    This is an option allowance to potentially fund our
22    prospectively selling the device in India.
23    Q    And what is he saying here?  It says:  "Ajay, I am here,"
24    and if you could read this portion.
25    A    "Attached hereto is the option certificate Signalife has
```

1  been working on relative to the prospective agreement on the

2  Indian initiative we discussed.  It contains the million

3  shares of options shares, as we discussed.  A lot of thought

4  has been put into this document and why it is the perfect fit

5  for concerned.  So we shall (sic) discuss in detail."

6  Q   What shares was Mr.~Stein talking about in that e-mail?

7  Is it shares of Signalife?

8  A   Yes, shares of Signalife.

9  Q   And what was -- why were you getting this option for a

10  million shares of Signalife?  What was the point?

11  A   The point was to have this option in the event that we

12  sold units to Mexico -- excuse me, to India.

13  Q   And when we say units, units of what?

14  A   Units of the Fidelity 100.

15  Q   What is the Fidelity 100?

16  A   The Fidelity 100 is a product that Recom developed to

17  monitor patients' ECG waves.

18  Q   In this e-mail, it's between who and who?

19  A   Mitchell Stein and myself.

20  Q   So who was the sort of contact person between you and

21  Signalife relating to this contract?

22  A   Mitchell Stein.

23  Q   Now, Ms. Bunes knew about it, correct?

24  A   I don't know if she knew about it.

25  Q   Now, did you perform some services under the terms of the

```
 1   agreement this refers to?

 2   A    Yes.

 3   Q    Okay.  And what sort of services did you perform?

 4   A    Myself and Mr. Singh reached out to a number of

 5   prospective people in India to possibly make some inroads into

 6   selling the device there.  We had a meeting with Dr.~Harmison

 7   also in DC at the same time and introduced him to one of those

 8   prospective people in India.

 9   Q    Did you get paid any money under the terms of the Indian

10   sales initiative?

11   A    From this exhibit?

12   Q    Or in general.

13   A    Yes.

14   Q    Okay.  Tell the jury about that.

15   A    We received shares of stock in Signalife.

16   Q    And how many -- how much did you make in this period of

17   time working with Signalife?

18   A    We received approximately a million shares, a million-plus

19   shares of Signalife.

20   Q    Did -- how would you -- how was it that you and Mr. Singh

21   cashed in on those shares?  Who got the shares?

22   A    At the time I was working with Mr. Singh, Mr. Singh had an

23   agreement with the company through one of his entities called

24   Garu Technologies.  Garu Technologies was paid in stock.

25   Mr. Singh deposited that stock and gave me the proceeds and
```

```
 1   kept some of the proceeds for himself.

 2   Q   And how long did that go on for?

 3   A   I believe that went on for about seven or eight months.

 4   Q   And how much did you make under that arrangement?

 5   A   I believe the total was somewhere around 70 or $80,000.

 6   Q   Now, I think you said -- were you paid in cash or stock

 7   initially?

 8   A   We were paid in stock.

 9   Q   So what was the understanding about how you would convert

10   that into cash?

11   A   Mr. Singh would have received the shares, deposit the

12   shares in one of his accounts, sell the shares, and send some

13   of the proceeds to himself and some of them to me.

14   Q   Okay.  Was Mr.~Stein aware that the idea was to sell the

15   shares?

16   A   Yes.

17   Q   Did Mr. Singh -- how long was Mr. Singh involved with you

18   and Signalife?

19   A   The initial meeting we had with Mr. Singh, which included

20   Mr.~Stein and Ms. Bunes, was I believe in July of 2005, and

21   that relationship I think ended in early 2006, if I'm not

22   wrong.

23   Q   Now, sometime in 2006, late 2005, were there any meetings

24   in New York with Mr.~Stein?

25   A   Yes.
```

1    Q    Okay.  Tell the jury about that.

2    A    There was one series of meetings in New York in which

3    myself, Mr.~Stein, and Ms. Bunes attended.  I don't remember

4    the exact date.

5    Q    Okay.  What was the point of the meeting?

6    A    The point of the meeting was to attract investors into --

7    to invest into Recom at the time.

8    Q    Okay.  And who attended the meetings, of the three of you?

9    A    Well, I attend -- I went to New York, met Ms. Bunes and

10   Mr.~Stein, but the original meetings were attended by

11   Mr.~Stein and Ms. Bunes.

12   Q    And, again, what was Mr.~Stein's role as you understood it

13   at that time?

14   A    I understood it as he was the general counsel and the

15   largest investor in Recom.

16   Q    Now, did you receive any compensation -- well, when you

17   went to New York on this trip, why were you there, if you

18   didn't go to the meetings?

19   A    I was asked to set up a few meetings to attract potential

20   investors into the company.

21   Q    Okay.  Did you have contacts in New York?

22   A    Yes.

23   Q    Ultimately, were you compensated by Signalife for your

24   work in setting up these meetings?

25   A    Yes.

```
1    Q    Okay.  And how were you compensated?

2    A    I was given an option for 50,000 shares of restricted

3    stock in Signalife under an entity I designated as Knights

4    Bridge, GP.

5    Q    If you could look at exhibit 26 in your notebook.

6              This exhibit 26 is entitled, Business Consulting

7    Agreement.  Is this the document you're talking about?

8    A    Yes.

9    Q    And it says Knights Bridge GP there as the consultant.

10   Who is that?

11   A    That's me.

12   Q    And why, again, did you use Knights Bridge?  Why not just

13   Ajay Anand?

14   A    Mr.~Stein asked me to set up an entity, and Knights Bridge

15   was the entity that I set up.

16   Q    Why did he want you to do that instead of using your own

17   name?

18   A    Because he wanted to keep my name off of any public

19   disclosure documents.

20   Q    Now, did there come a time, this is April of 2006, in the

21   spring or summer of 2006, when you purchased some shares of

22   Signalife in a private sale?

23   A    Yes.

24   Q    Can you tell the jury about that?

25   A    Yes.  Sometime in 2006, I was working for the company
```

1   still, still was talking to investors, still trying to make

2   some inroads into India, but I wasn't getting compensated in

3   anything that was cash related.  I approached Mr. Stein and

4   said, is there a way that I can get some stock for some of

5   these services, and he said that there's no stock available.

6         I asked him if I could buy a block of stock from him

7   or Tracey, and he said, no, originally because Tracey felt the

8   stock was going to a hundred dollars, and she wasn't willing

9   to sell any.

10         I asked him, again, is there a possibility where I

11  can buy a block of a hundred thousand shares for a price of

12  two dollars; and a couple days after our original phone call,

13  he called me back and said, yes.

14         After that, I received via DHL, a package in the mail

15  from Mr. Nevdahl with a medallion guaranteed stock power, a

16  broker's rep letter, a share certificate for a hundred

17  thousand shares with instructions for me to send those shares

18  to the transfer agent and have them converted into one of my

19  entities.

20  Q   And what entity did you use?

21  A   I used an entity called Ashton Reed.

22         MR. MUHLENDORF:  Now, if we could have exhibit 30,

23  please.

24  BY MR. MUHLENDORF:

25  Q   Exhibit 30 is not a document that I think you were on, but

1    this May 23rd, 2006, transfer, is that the same Ashton Reed

2    we're talking about?

3    A    Yes.

4    Q    And is this the private sale that you understood you

5    undertook with Mr.~Stein?

6    A    Yes.

7    Q    Where did these shares come from?

8    A    They came from ARC Finance, or THS Blind Trust.

9    Q    Now, did you ultimately pay Mr.~Stein for these shares?

10   A    Yes, I did.

11   Q    And how did you pay Mr.~Stein for the shares?

12   A    I sold the shares, and at the time where I sold the shares

13   it was under the two-dollar price that we had negotiated.  I

14   asked him if he can reduce the price.  After a number of

15   discussions, he finally agreed and reduced the price to, I

16   believe, $1.75 for a hundred thousand shares, which is

17   approximately $175,000.

18   Q    Did you send the money back to Mr. Nevdahl, or did you

19   send it somewhere else?

20   A    I sent it to the instructions, the THS Blind Trust

21   instructions that I was given.

22   Q    Who gave you those instructions?

23   A    I believe it was Mr. Nevdahl or Mr. Wilk.

24   Q    Let's look at exhibit 33.

25        What is exhibit 33, Mr. Anand?

```
 1   A    This is a letter of instruction from myself to UBS dated
 2   June 20th, 2006, with instructions to wire a hundred thousand
 3   dollars from Ashton Reed to THS Blind trust, executed by me.
 4   Q    Now, that money that you were wiring to THS Blind Trust,
 5   what was the source of that money?
 6   A    The sale of the stock that I had purchased.
 7   Q    And if we flip through the pages of exhibit 33, go to
 8   page 2, is there another wire to THS Blind Trust?
 9   A    Yes.
10   Q    And page 3?
11   A    Yes.
12   Q    How much are we talking about there?
13   A    Pages two and three represent $75,000 each.
14   Q    And if we were to run through the whole of exhibit 33 and
15   the wires related to those private sales, do you have an
16   understanding of how much you wired to the THS Blind Trust?
17   A    Yes.
18   Q    How much was that?
19   A    I believe it was approximately $380,000.
20   Q    And the source of all that was Signalife sales?
21   A    Yes.
22   Q    Now, if we look at the last page of exhibit 33, page --
23   okay.  What's the date of the last transaction?
24   A    October 12th, 2006.
25   Q    Now, subsequent to this transaction with Mr.~Stein's
```

```
 1   shares and the THS Blind Trust, were you involved in -- did
 2   you become involved with working for Signalife again?
 3   A   Yes.
 4   Q   How -- when was that next sort of interaction, roughly?
 5   A   The next interaction was in January of 2007.
 6   Q   And who did you interact with regarding Signalife in
 7   January of 2007?
 8   A   Mr.~Stein.
 9   Q   Was there a meeting that was arranged?
10   A   Yes, in early January 2007, Mr.~Stein called me and asked
11   me to meet him in Florida.  I flew to Florida, met with him,
12   and he introduced me to a gentleman by the name of Demetrio
13   Sodi.  We had a meeting at the Weston Diplomat in Hollywood,
14   Florida.
15   Q   Did you attend this meeting?
16   A   Yes.
17   Q   And who was at the meeting?
18   A   At the meeting was myself, Mr. Stein, and Mr. Sodi.
19   Q   Let me show you exhibit 313.
20           What is exhibit 313?
21   A   It's an e-mail from Mitchell J. Stein to Pamela Bunes
22   dated January 20th, 2007.  Subject is regarding Miami.  The
23   e-mail reads:  "Pam, I've got to get ahold of Ajay to
24   determine whether he can be there.  I will know late today.
25   Please notify Demetrio."
```

```
 1   Q    Is this relating to the meeting that we're just talking

 2   about?

 3   A    Yes.

 4   Q    And, again, who was the one who arranged your presence at

 5   the meeting with Demetrio Sodi?

 6   A    Mr.~Stein.

 7   Q    Now, did anything come out of the meeting regarding

 8   Mr. Sodi and yourself and Signalife?

 9   A    Yes.

10   Q    Please explain that to the jury.

11   A    At the meeting, Mr. Stein introduced me to Mr. Sodi.  He

12   told me that Mr. Sodi had been working for Signalife for a

13   number of years and not being -- not have been compensated.

14   He indicated that Mr. Sodi had a number of leads that would

15   potentially buy the product in Mexico and suggested I engage

16   Mr. Sodi under a agreement that we had with Silve Group.

17   Q    The Silve Group, what is the Silve Group?  We've mentioned

18   it earlier.

19   A    The Silve Group is an entity that I was asked to establish

20   to potentially make sales in India of the Fidelity 100 device.

21   Q    Who came up with the name the Silve Group?

22   A    I believe Mr.~Stein came up with the name.

23   Q    Do you have any idea what it stands for?

24   A    I have no idea.

25   Q    But that -- whose entity did the Silve Group become?
```

```
 1   A    It became my entity.

 2   Q    And when you operated with Mr. Sodi under the Silve Group,

 3   why didn't you just operate as Ajay Anand?

 4   A    Well, from the beginning of my relationship with

 5   Signalife, Recom, Heart Tronics, Mr.~Stein made it clear that

 6   he didn't want my name, because of our past dealings, to be in

 7   the public spotlight of the new deal, the Signalife project.

 8   Q    Let's look at exhibit 43.

 9        Now, exhibit 43, Mr. Anand, is -- what is exhibit 43?

10   A    It's an international sales representation agreement

11   between the Silve Group and Signalife.

12   Q    And is this the agreement we were just discussing?

13   A    Yes.

14   Q    If we could look at page 15 of that agreement.

15   A    Okay.

16   Q    Now, the signature line for the Silve Group, who signed

17   that document?

18   A    I did.

19   Q    Whose name did you use?

20   A    I used Sameer Gulati.

21   Q    Why did you use the name Sameer Gulati?

22   A    Because Mr.~Stein constantly emphasized to me that he

23   didn't want my name associated with any public documents with

24   my relationship with Signalife.

25   Q    Now, under this agreement, the Silve Group agreement with
```

```
 1   Signalife, did Silve Group receive shares of Signalife?
 2   A   Yes, we did.
 3   Q   How many shares over the course of the relationship did
 4   you receive?
 5   A   I believe we received about a million, a million and a
 6   half shares.  Some of them were returned and canceled, but
 7   approximately a million shares.
 8   Q   Could it have been closer to 2 million?
 9   A   Possibly.
10   Q   And what did you do with the shares you received from
11   Signalife once you deposited them in the Silve Group or a
12   brokerage account?
13   A   I sold them.
14   Q   Was Mr.~Stein aware you were selling during that time
15   period?
16   A   Yes.
17   Q   Now, regarding the operations of the Silve Group, Mr. Sodi
18   and yourself, were there ever any directions from Mr.~Stein
19   regarding talking to CEOs, whether you or Mr. Sodi were
20   supposed to talk to the CEOs?
21   A   Well, he emphasized to both of us that we should talk to
22   him but not talk to Pam.  Pamela was the CEO at the time.
23   Q   Was that Pam Bunes?
24   A   Yes.
25   Q   Let's look at exhibit 307.
```

```
 1              And I apologize for the microscopic print here.  I'll
 2   do my best to blow this up.
 3              Can you read that, Mr. Anand?
 4   A   Yes.  It's an e-mail from Mitchell Stein to Pamela Bunes
 5   regarding commercialization dated February 3rd, 2007.  It
 6   states:
 7              "Pam, Demetrio is looking for no contract whatsoever
 8   from Signalife.  Stop talking to him.  Ajay and him arranged a
 9   deal, and he is already getting paid.  I will get ahold of
10   Ajay to talk to Demetrio and straighten him out.  He gets
11   confused sometimes.  The contract does not need to come from
12   Signalife in view of your contractual agreement with Silve.
13   This is not the structure we spoke of, so please do not allow
14   Demetrio's confusion to turn into your confusion.
15              Thank you, Mitch."
16   Q   Now, just so the jury understands, was this sort of
17   direction from Mr.~Stein typical of the arrangement you had?
18   A   Yes.
19   Q   And in this e-mail, does Mr.~Stein appear to be directing
20   the CEO to do one thing or another?
21   A   Yes.
22   Q   What is he directing the CEO not to do?
23   A   To not talk to Demetrio.
24   Q   Let's look at exhibit 310.  And, again, I apologize for
25   the size of this.  This is the way we got these.
```

```
 1              Now, this is an e-mail.  If you could just explain to
 2    who it's to and from and the date.
 3    A   It's from Mitchell J. Stein to Demetrio Sodi, CC Dobieco,
 4    nothing in the subject line.  Dated February 21st, 2007.
 5              It reads:  "Demetrio, do not get Pam's signature on
 6    this letter.  That is my job.  You just get Siemens and
 7    yourself to sign it.  I will then get Pam to do so.  Do not
 8    interact with Pam.  I cannot stress this enough, and I cannot
 9    say it enough, Mitch."
10    Q   Now, again, was this typical of your dealings with
11    Signalife in who was giving the Silve Group the commands?
12    A   Yes, I spoke to Mr. Stein five, six, seven times a day.  I
13    spoke to Ms. Bunes probably once or twice a week.
14    Q   Is there any doubt in your mind who was controlling the
15    Silve Group relationship from the Signalife point of view?
16    A   No.
17    Q   Who was that?
18    A   It's Mr.~Stein.
19    Q   Do you recall a time when Mr.~Stein asked you to obtain a
20    signature from the Silve Group, asked you for a signature?
21    A   Yes.
22    Q   Let's look at exhibit 53.
23              What is exhibit 53?
24    A   It's an e-mail from Mitchell J. Stein to Ajay Anand, but
25    there's no subject in the subject line.  It's dated May 7th,
```

```
 1    2007.  It's got an attachment, Silve Group sales rep agreement
 2    doc.  And the context of the e-mail says:  "Please sign
 3    signature page and scan it to me, thanks."
 4    Q    Do you have an understanding why Mr. Stein didn't e-mail
 5    Mr. Gulati to get a signature on a Silve Group agreement?
 6    A    Yeah, I was Mr. Gulati.  I was doing all the work.
 7    Q    And Mr. Stein knew that?
 8    A    Yes.
 9    Q    So let's look at exhibit 52, and please tell the jury what
10    exhibit 52 is.
11    A    It's an e-mail from Mitchell J. Stein to John Woodbury
12    dated Monday, May 7th, 2007.
13    Q    And Mr. Anand, who is Mr. Woodbury?
14    A    Mr. Woodbury was general counsel for Signalife.
15    Q    And so, what does Mr.~Stein send Mr. Woodbury?
16    A    SG scan Silve one dot JPG.
17    Q    Is this just after the exhibit we just looked at,
18    exhibit 53?  Just, how many hours?
19    A    Approximately eight hours after.
20    Q    And what does Mr.~Stein tell Mr. Woodbury?
21    A    "Here is Sameer's signature for Silve Group.  Thanks,
22    Mitch."
23    Q    Now, again, did Mr.~Stein know that Sameer Gulati was not
24    really the one behind Silve Group?
25    A    Yes.
```

```
 1   Q    Now, have you become aware that Mr.~Stein testified under

 2   oath to the SEC in relation to Signalife?

 3   A    Yes.

 4          MR. MUHLENDORF:  Let's play -- we're going to play

 5   from December 18th, 2009, lines -- page 344, line 8, to

 6   page 345, line 7.  And that's clip 14.

 7          (Audio played.)

 8          MR. MUHLENDORF:  If we could have exhibit 53 back up,

 9   please.

10   BY MR. MUHLENDORF:

11   Q    Now, Mr. Anand, we just looked at this e-mail from

12   Mr.~Stein to you, Mr. Anand, regarding the Silve Group.  Is

13   what Mr.~Stein testified to to the SEC, is that truthful?

14   A    No.

15   Q    Was he well aware who the Silve Group was?

16   A    Yes.

17   Q    Was he well aware who Ajay Anand was?

18   A    Yes.

19   Q    Who was the main contact for the Silve Group to Signalife?

20   A    I was.

21   Q    And who was Signalife's contact?

22   A    Mitch Stein.

23   Q    If we could have exhibit 49, please.

24          Mr. Anand, what is exhibit 49?

25   A    Mr.~Stein called me sometime in 2007 and asked me to put
```

```
 1    together an invoice or an accounting of what shares we had
 2    received -- we meaning the Silve Group -- had received in
 3    connection with the international sales initiative for
 4    Signalife, and I put this together as an accounting for the
 5    shares we had received.
 6    Q   Again, if you could speak up, please, I think we're losing
 7    you a little bit.  That's fine for now.
 8            So this appears to indicate from January 18th, 2007,
 9    until March 20th, 2007, that Signalife issued the Silve Group
10    over a million shares.  Is that accurate?
11    A   Yes.
12    Q   Now, was Mr.~Stein aware that Silve Group was getting
13    these shares?
14    A   Yes.
15    Q   Could you explain to the jury the mechanics of how you got
16    each one of these share issuances?  And I just want to draw
17    your attention to the first three, which appear to be about
18    three weeks apart.  How many do you get in the span of three
19    weeks, roughly?
20    A   Roughly, 325,000.
21    Q   Okay.  Now, how did you get those shares?  What's the
22    mechanics as you understood it?
23    A   I would speak to Mr.Stein daily a number of times, and
24    sometimes developments would occur between myself or Mr. Sodi,
25    and I would express those developments to Mr.~Stein, and the
```

```
 1    next day we would receive shares.  He would have someone issue
 2    the shares and send them to us.
 3    Q    Did he ever tell you who he was going to call at
 4    Signalife?
 5    A    Yes.
 6    Q    Who would he say he would call to get the shares issued?
 7    A    There was a lady by the name of Tracy, I believe.
 8    Q    Now, to be fair, Mr. Anand, this shows that in three
 9    months you got approximately a million shares of Signalife,
10    correct?
11    A    That's correct.
12    Q    During that time period, did you sell any products?
13    A    Sold one unit in Mexico.
14    Q    And during the course of your whole relationship, how much
15    did you sell?
16    A    One unit.
17    Q    Well, while these share issuances are going on, and I
18    think you said it was, you believed could have been up to
19    2 million shares, did Mr.~Stein ever ask you for anything?
20    A    Yes, he did.
21    Q    What did he ask you for?
22    A    He asked me to take care of him, pay him in cash, or, you
23    know, make transfers or checks, things of that nature.
24    Q    Well, you say take care of him.  Were those his words?
25    A    Yes.
```

```
 1    Q    What did you understand him to mean when he said you had

 2    to take care of him?

 3    A    Pay him.

 4    Q    Why would that be taking care of him?  Why did you have to

 5    do that?

 6    A    Well, Silve Group got a very lucrative deal from

 7    Signalife.  It came through Mr.~Stein, and we made a lot of

 8    money on the deal, and he specifically said that you need to

 9    take care of me.

10    Q    Now, I think you mentioned some methods that you paid him.

11    Did you pay him with bank transfers?

12    A    Yes.

13    Q    Did you pay him with checks?

14    A    Yes.

15    Q    Did you also pay him some cash?

16    A    Yes.

17    Q    Let's look at a few of those.  If we could see exhibit 50

18    in your notebook, please.  And we're going to look at the

19    second page of that exhibit.

20         Now, first, Mr. Anand, what is exhibit 50 that we're

21    looking at?

22    A    This is a bank statement for The Silve Group dated

23    February 22nd through March 22nd, 2007.

24    Q    And if I could direct your attention to the entry on

25    March 14th of that statement.  See if we can blow that up.
```

```
 1              Do you see that entry for $8400?
 2    A    Yes, I do.
 3    Q    Okay.  And what is that reflecting?
 4    A    That's an intra-Bank of America transfer from Silve Group
 5    to an account ending in 7976 in the amount of $8400.
 6    Q    Do you have an understanding of who account 7976 is?
 7    A    Yes.
 8    Q    Who is that?
 9    A    It's Mitchell J. Stein's account.
10    Q    How did you even get his bank account number?
11    A    He gave it to me.
12    Q    And why did he give it to you?
13    A    He gave it to me to take care of him.
14    Q    Did -- what was the source of the funds that you were
15    paying Mr.~Stein?
16    A    Stock sales of Signalife.
17    Q    Stock sales, were they related to the Silve Group deal?
18    A    Yes.
19    Q    Now, you also mentioned checks, correct?
20    A    Yes.
21              MR. MUHLENDORF:  If we could look at exhibit 59.
22    BY MR. MUHLENDORF:
23    Q    What is exhibit 59, Mr. Anand?
24    A    It's a check from the Silve Group E-Trade account.  It's a
25    check in the amount of $28,500 made out to Mitchell J. Stein,
```

```
 1    signed by me, Ajay Anand.
 2    Q    What's the date on the check?
 3    A    Date on the check is July 19th, 2007.
 4    Q    Okay.  And you said it's for $28,500?
 5    A    Yes.
 6    Q    What's written in the memo line there?
 7    A    It says for legal fees.
 8    Q    Okay.  Had Mr. Stein performed any legal services for you
 9    that would entitle him to $28,500?
10    A    No.
11    Q    Why is that written on the check?
12    A    He asked me to write that on the check.
13    Q    Is it true?
14    A    No.
15    Q    Why'd you do it?
16    A    Because we made a lot of money, the Silve Group and myself
17    made a lot of money on the transaction, and I wanted -- he
18    asked me to pay him back some of that, and I did.
19    Q    And not including cash payments, which we're going to get
20    to in a second, but how much did you, these wires and
21    including this check, do you have a rough feel on how much you
22    paid Mr.~Stein by taking care of him in the spring-summer of
23    2007?
24    A    Yes, it was approximately a hundred thousand dollars or
25    so.
```

```
 1    Q    And the source of that money you used to take care of
 2    Mr.~Stein, what was that?
 3    A    Stock sales of Signalife.
 4    Q    And those were stock sales from the Silve Group?
 5    A    Yes.
 6    Q    Now -- so we've got this check for legal fees.  Did
 7    Mr.~Stein ever send you a bill for legal fees?
 8    A    No.
 9    Q    Was the Silve Group a client of Mr.~Stein's?
10    A    No.
11    Q    Were you and Mr. Gulati legal clients of Mr.~Stein's?
12    A    No.
13    Q    Were you clients at least to the tune of $28,500?
14    A    No.
15            MR. MUHLENDORF:  If we could -- we're going to play
16    another clip from October 18th, 2009, page 337, line 21, to
17    338, line 4.  And this is clip 10.
18            (Audio played.)
19    BY MR. MUHLENDORF:
20    Q    Mr. Anand, we just saw a check you wrote -- the Silve
21    Group wrote Mr.~Stein for $28,500.  Is what Mr.~Stein
22    testified to under oath to the SEC true?
23    A    No.
24    Q    Was Mr.~Stein aware of who the Silve Group was?
25    A    Yes.
```

```
 1   Q    Now, in addition to the wire payments that Mr.~Stein asked
 2   you to give him, the bank transfers from the sale of Silve
 3   Group stock and the check that we just saw for fake legal
 4   fees, did you also give him cash payments?
 5   A    Yes.
 6   Q    Okay.  And did Mr.~Stein have a term for when he wanted
 7   you to bring him a cash payment?
 8   A    Yes.  Whenever I'd meet Mr.~Stein, he would ask me to
 9   bring him a package, and that package would be indicative of
10   cash, me giving him cash.
11           MR. MUHLENDORF:  If we could blow up exhibit 314.
12   BY MR. MUHLENDORF:
13   Q    I don't think it's in your binder because it's a clip.
14           MR. MUHLENDORF:  And don't play it quite yet, Eric.
15   BY MR. MUHLENDORF:
16   Q    Now, Mr. Anand, you just mentioned at the very outset that
17   you had some tape -- some recordings of Mr.~Stein, correct?
18   A    Yes.
19   Q    Were some of those voice messages that he left for you?
20   A    Yes.
21           MR. MUHLENDORF:  Let's play exhibit 314.
22           (Audio played.)
23           THE COURT:  Is this in evidence?
24           MR. MUHLENDORF:  I don't believe it is.
25           (Audio played.)
```

```
 1              MR. MUHLENDORF:  Your Honor, we'd move 314 into

 2    evidence.

 3              MR. STEIN:  No objection.

 4              THE COURT:  Admitted without objection.

 5         (Government Exhibit No. 314 entered into evidence.)

 6              MR. MUHLENDORF:  Now, may I ask of the Court if the

 7    jury could hear that?  It was sort of low to me.

 8              JURORS:  Yes.

 9    BY MR. MUHLENDORF:

10    Q   Mr. Anand, what was Mr.~Stein referring to when he told

11    you to bring him a package?

12    A   Cash.

13    Q   If we could turn to exhibit 342, the second page of that

14    exhibit.

15              Okay.  What is 342, just so the jury understands what

16    we're looking at again?

17    A   It's a bank statement from Bank of America for the Silve

18    Group for the period May 23rd to June 21st, 2007.

19    Q   And if we could look at the entry on May 29th, 2007, is

20    May 29th the same date as the voice-mail Mr.~Stein just left

21    you asking for a package?

22    A   Yes.

23    Q   Okay.  And is there an entry on May 29th, 2007?

24    A   Yes, there is.

25    Q   Okay.  And what's that entry?
```

1   A   It's a withdrawal in the amount of $5200.

2   Q   Okay.  What did you do with that $5200?

3   A   I gave it to Mr.~Stein upon meeting him that evening.

4   Q   And what was the source of the funds that you gave

5   Mr.~Stein?

6   A   Stock sales of Signalife for the benefit of the Silve

7   Group.

8   Q   Now, the payments that we just looked at, that $5200 one

9   and the $8400 one, did Mr.~Stein give you any directions about

10   keeping the dollar values below a certain threshold?

11   A   Yes.

12   Q   What was that direction?

13   A   Keep any transfers or withdrawals under $10,000.

14   Q   Do you have an understanding why he would tell you that?

15   A   Yeah, because it wouldn't spark suspicion.

16   Q   Now, so that's -- we're looking right now at May of 2007.

17       In the summer of 2007, did you have a meeting with

18   Mr. Stein and Dr.~Harmison?

19   A   Yes, I did.

20   Q   Okay.  Where was that meeting?

21   A   It was at Mi Piace in Calabasas.

22   Q   Who arranged that meeting?

23   A   Mr.~Stein.

24   Q   What was the purpose of the meeting as you understood it?

25   A   Mr.~Stein called me that day, had told me that

```
 1   Mr. Harmison was now -- Dr.~Harmison was now coming onboard,

 2   he would finish up what Pam Bunes couldn't finish up, and that

 3   I should come down and meet with both him and Dr.~Harmison

 4   this evening.

 5   Q   Did you, in fact, meet with Dr.~Harmison and Mr.~Stein?

 6   A   Yes, I did.

 7   Q   Now, at the restaurant, did Mr.~Stein raise any issues

 8   relating to Signalife and ways to increase Signalife's

 9   revenue?

10   A   Yes, he did.

11   Q   Please explain what Mr.~Stein told you about that issue at

12   this meeting?

13   A   Mr.~Stein initially asked me if I knew anybody with a

14   warehouse, and I asked him why.  He suggested that if the

15   company were to -- well, let me back up a little bit.

16           Even before we even got to that, Mr.~Stein had told

17   me that Silve Group had made a lot of money on this deal,

18   didn't really perform, we only sold one unit, and then

19   subsequent to that, the discussion led to a question of do I

20   know anybody that has a warehouse.  I said, no, I don't.  Why?

21   Why do you ask?

22           And he stated that if Signalife were to ship products

23   to a warehouse, we could generate -- we could realize revenue

24   by doing that.

25   Q   Did you inquire of Mr.~Stein whether these would be actual
```

```
 1   sales shipping to the warehouse?

 2   A   No.

 3   Q   Did you have an understanding of whether they would be

 4   real sales?

 5   A   Well, from what it sounded like, it did not sound like

 6   they were real sales, no.

 7   Q   Now, did Mr.~Stein mention where this warehouse would be?

 8   A   I asked him why a warehouse, and why would we ship

 9   products there?  I said, where would this warehouse be?  He

10   said, it doesn't matter where the warehouse is.  You can even

11   ship them to a lawnmower shop in Indiana, it doesn't really

12   matter.

13   Q   Did this make sense to you?

14   A   No.

15   Q   Did it sound like it was legitimate?

16   A   No.

17   Q   Why didn't you just walk away?

18   A   At that point -- at that point, I didn't know what to do.

19   Q   Well, in addition to discussing the shipments to a

20   warehouse, did Mr.~Stein discuss the issue of purchase orders

21   with you?

22   A   Yes, he did.

23   Q   Okay.  And please explain how that happened, the

24   discussion of the purchase orders, what Mr.~Stein was doing.

25   A   Following that discussion regarding a warehouse, Mr.~Stein
```

```
 1    suggested -- first of all, he pulled out a manila envelope

 2    with something in it.  He asked me to take a look at what was

 3    inside.  There was two purchase orders.  The names on the

 4    purchase order was a company called IT Healthcare, based out

 5    of Texas, and he asked me to go to Texas or send somebody to

 6    Texas to submit these purchase orders on behalf of the Silve

 7    Group.

 8    Q   Okay.  Now, had you ever heard of IT Healthcare?

 9    A   No.

10    Q   Did Silve Group have anything to do with IT Healthcare?

11    A   No.

12    Q   Let's have a look at exhibit 70, please.  It's in your

13    notebook.

14          Is the name that's on exhibit 70 -- do you recognize

15    exhibit 70?

16    A   Yes, I do.

17    Q   Okay.  What is exhibit 70?

18    A   This is the purchase order I was shown at that meeting.

19    Q   Okay.  And is the name familiar to you, IT Healthcare?

20    A   Yes.

21    Q   How do you know the name, IT Healthcare?

22    A   IT Healthcare was the name on the purchase order.

23    Q   Now, the amount in this purchase order of $3.3 million,

24    was Silve Group involved in $3.3 million of sales?

25    A   No.
```

```
1    Q    And it talks about, I think, in this purchase order 300

2    units.  Had Silve Group made 300 units-worth of sales?

3    A    No.

4    Q    Well, when Mr.~Stein presented you an IT Healthcare

5    purchase order, how did you respond?

6    A    The first thing I responded by saying is, is this real or

7    not, and his answer was doesn't matter if it's real or not.

8    The second thing I said was, this is a company in Texas, the

9    Silve Group is working on selling the product internationally,

10   and this wouldn't make sense for us to do it.  I pushed back

11   on saying, no, I don't want to do this.

12   Q    And how did Mr.~Stein respond to your pushing back?

13   A    He said that if you don't want to do it, that Ruben was

14   outside waiting, and he could do it on my behalf.

15   Q    And who is Ruben?

16   A    Ruben was a driver of Mr.~Stein's.

17   Q    Did you do what Mr.~Stein asked?

18   A    No.

19   Q    Now, come the fall of 2007, did you learn that Silve Group

20   was somehow connected to sales in the public filings of

21   Signalife?

22   A    Yeah.  In the fall of 2007, I received a call from

23   Mr. Sodi.  Mr. Sodi told me that there was some sales that

24   were attributed to the Silve Group, and I said that's not

25   accurate.  And he says, well, that's what I've heard, is that
```

```
 1    true.  And I said, no, it's not true.

 2    Q    Well, let's look at exhibit 73.

 3              Do you recognize exhibit 73?

 4    A    Yes, I do.

 5    Q    Okay.  What is exhibit 73?

 6    A    It's a form 10-QSB for Silve Group for the quarter

 7    ending --

 8    Q    If I could help you, September 30th, 2007; is that right?

 9    A    Yes, September 30th, 2007.

10    Q    Now, Mr. Anand, have you had a chance to look through this

11    before you testified today?

12    A    Yes, I did.

13    Q    If you could turn to page 16, which is I think one of the

14    two pages you have there.  There's a section entitled "Prepaid

15    Sales Commissions."

16              Do you see that?

17    A    Yes.

18    Q    Okay.  It's up on your screen if you need that, as well.

19    The screen in front of you, too.

20    A    I have it here.

21    Q    Okay.  So would you read the first sentence there.

22    A    "During the nine month interim period ending

23    September 30th, 2007, the company issued to the Silve Group a

24    total 1,546,583 common shares valued at $2,637,251."

25    Q    Okay.  And then what does it say about the issuance of
```

```
 1   these shares in advance?

 2   A    "The issuance of these shares was an advance against

 3   future commission to be earned by the Silve Group, as the

 4   shares issued represent fully vested, nonforfeitable equity

 5   instruments.  Notwithstanding that the Silve Group may have a

 6   monetary reimbursement obligation, they're recorded as an

 7   asset in the company balance sheet in accordance with the

 8   emerging issues task force."

 9   Q    Mr. Anand, that's fine; and I apologize to the court

10   reporter.  We have to be careful to speak slowly so he can get

11   down what you say.

12   A    I apologize.

13   Q    Now, the next thing I want to look at is the line starting

14   with "the company," you see that?  "The company expects."

15   A    Yes.

16   Q    If you could please just read that, and then we'll talk

17   about it.

18   A    "The company expects that sales generated from the Silve

19   Group over the next two to three years to be sufficient to

20   offset the commissions already paid to them."

21   Q    Okay.  Now, had the Silve Group, you or Mr. Gulati, ever

22   conveyed that type of information to Signalife?

23   A    No.

24   Q    Had you ever told Mr.~Stein that sort of thing?

25   A    No.
```

```
 1   Q    Is that, in fact, in any way a true statement, to your

 2   knowledge?

 3   A    No.

 4   Q    Now, the next line starting with "as of September 30th."

 5   A    "As of September 30th, 2007, we have received purchase

 6   orders in the amount of $3,300,000 with respect to which, once

 7   filled, the Silve Group will be entitled to receive 660,000 in

 8   commissions that will be offset by the aforesaid prepaid

 9   commissions."

10   Q    Now, Mr. Anand, do you recall the purchase order we were

11   just looking at, the IT Healthcare purchase order?

12   A    Yes.

13   Q    Do you recall the amount in that purchase order?

14   A    Yes.

15   Q    How much was it?

16   A    3,300,000.

17   Q    Was the Silve Group in any way involved with that sale?

18   A    No.

19   Q    Had you ever given Mr.~Stein any reason to believe that

20   the Silve Group was involved in a $3.3 million sale?

21   A    No.

22   Q    Is the statement in Signalife's public filing there false?

23   A    Yes.

24   Q    Did you ever convey that information to Signalife in any

25   way, shape or form?
```

```
 1    A    No.

 2    Q    Would Mr. Gulati have conveyed that information?

 3    A    No.

 4    Q    If we could look at -- if you'd pull up exhibit 61 in your

 5    notebook.

 6          All right.  I want to start at the top of the

 7    exhibit.

 8          What is exhibit 61, Mr. Anand?

 9    A    It is an e-mail from Dobieco to John Woodbury dated

10    August 9th, 2007, with the subject of core of my audit

11    committee response Silve; attorney/client privileged.

12    Q    Do you have an understanding who Dobieco is?

13    A    Yes.

14    Q    Who is that?

15    A    It's Mitchell Stein.

16    Q    And in the first line of the document, let's read that, if

17    you could.

18    A    "John, please send Kevin with your edits as you deem

19    appropriate, the following e-mail."

20    Q    Okay.  And the second line.

21    A    "Also, John, please direct Kevin to keep Pam out of the

22    meetings with the auditors to the extent possible."

23    Q    Okay.  Now, who is Kevin?  Do you have an understanding of

24    who he's talking about there?

25    A    I believe it's Kevin Pickard.
```

1    Q    And what role did he have at Signalife?

2    A    I believe he was CFO.

3    Q    So if we can go down a little bit to the e-mail that

4    Mr. Stein drafts for Mr. Woodbury to send Kevin.  Starts out,

5    "Kevin, a greeting," correct?

6    A    Yes.

7    Q    Okay.  And then if we look down at the discussion of the

8    Silve Group, I want to draw your attention to that.

9    "Dr. Harmison advises as follows."  If you could start with

10   number 1.

11   A    "The Silve Group initiative was and is an international

12   initiative that he supports.  He remembered it from his

13   approval at the board level.  The purpose of it is to support

14   approximately $10 billion of sales in the short and mid terms,

15   12 to 24 months.  It involves all of North America and several

16   initiatives in South America and Europe."

17   Q    Mr. Anand, had you ever conveyed to Dr.~Harmison or

18   Mr.~Stein or Signalife that there were going to be $10 billion

19   of sales in the short and mid term?

20   A    No.

21   Q    Is what Mr. Stein is asking Mr. Woodbury to write false?

22   A    Yes.

23   Q    And if we go up just one paragraph where it's -- Mr.~Stein

24   writes that -- to have Mr. Woodbury write:  "Thus, Lowell

25   Harmison, whose function it is to manage the Silve Group

1    initiative, is overwhelmed now and will be speaking through me

2    for the time being."

3           Now, Mr. Anand, who was the contact between Signalife

4    and the Silve Group?

5    A    Mitch Stein.

6    Q    How much communication did you have with Dr.~Harmison?

7    A    I've only spoken to or met Dr.~Harmison five times.

8    Q    Is what Mr.~Stein writes in this e-mail about Dr.~Harmison

9    being the contact or managing the Silve Group, is that a true

10   or false statement?

11   A    That's false.

12   Q    Let's look at the second thing that Mr.~Stein asks the

13   outside counsel to write the CFO -- securities lawyer to write

14   the CFO.

15          Now, in paragraph 2 there, could you read that --

16   well, read the first couple sentences there.

17   A    "Pursuant to the operations, contacts, marketing,

18   demonstrations, and other activities of Silve Group, the

19   company made its first sales trip to Mexico City right around

20   the time of Dr.~Harmison's appointment.  During that trip and

21   the subsequent calls, the company has identified approximately

22   15 million to $20 million of sales that it intends to close by

23   the end of the first quarter of 2009."

24   Q    Okay.  Now, is that a true statement?

25   A    No.

1    Q    And had you ever conveyed that to Mr.~Stein?

2    A    No.

3    Q    Had you ever conveyed that to Signalife?

4    A    Not that I recall, no.

5    Q    Well, is it even close to the type of work Silve was

6    actually accomplishing?

7    A    No.

8    Q    If we could have the second page of the exhibit.  There's

9    a third thing that Mr.~Stein asks Mr. Woodbury to write to the

10   CFO about Silve Group.  Could you read that, please.

11   A    "Here are the estimates of sales in Mexico and

12   internationally based upon our evaluation and the work of the

13   Silve Group.

14        "September 2007, $280,000.  November 2007, $560,000.

15   December of 2007, $280,000.  First quarter 2008, $750,000.

16   Second quarter 2008, $1,100,000.  Third quarter 2008,

17   $1,750,000.  Fourth quarter of 2008, $2,550,000.  First

18   quarter of 2009, $3,750,000."

19   Q    Mr. Anand, you just told the jury a couple times now that

20   Silve Group only had one sale that you remember, correct?

21   A    That's correct.

22   Q    Is -- are those estimates that Mr.~Stein is having

23   conveyed to the CFO of the Silve Group's work, those true?

24   A    No.

25   Q    Are they at all accurate?

```
 1    A    No.

 2    Q    Had you ever conveyed that information to Mr.~Stein?

 3    A    No.

 4    Q    If we could look at exhibit 73, the 10-Q again, and we

 5    want page 22.  It's the section entitled "Pending Purchase

 6    Orders."

 7              Now, have you had a chance to read this prior to

 8    coming to testify today?

 9    A    Yes.

10    Q    Okay.  In the first one it talks about a sale on

11    September 14th, 2007, for $1.98 million.  Do you see that?

12    A    Yes, I do.

13    Q    Now, as the highly paid member of the Signalife sales

14    team, were you aware of such a sale?

15    A    No.

16    Q    Now, the next entry is September 24, 2007, and the

17    $3.3 million entry.  That's -- we've talked about that

18    already, correct?

19    A    Yes.

20    Q    Other than the purchase order you saw from Mr.~Stein, have

21    you -- were you aware of any sales equating to that much money

22    coming into Signalife in that period of time?

23    A    No.

24    Q    If we could look at page 45 of that exhibit, under

25    "Subsequent Events."
```

```
1              Do you see that section?

2     A    Yes.

3     Q    I want to draw your attention to the section here,

4     "Subsequent Events."

5              If you could read starting with "on" to where it says

6     $564,000.

7     A    "On October 4th, 2007, Signalife received a purchase order

8     from a hospital/medical group purchasing organization for a

9     finance lease for Fidelity 100 units.  The gross proceeds of

10    Signalife, assuming exercise of purchase rights, will be

11    $564,000."

12    Q    Now, $564,000, can you remember that number for me,

13    Mr. Anand?

14    A    Yes.

15    Q    Let's pull up in your notebook exhibit 74.  Do you have

16    that?

17    A    Yes.

18    Q    And exhibit 74 is what?

19    A    It's a purchase order from IT Healthcare to Signalife for

20    47 units for Fidelity 100 cables.

21    Q    And it has -- what's the price on that?

22    A    $564,000.

23    Q    Is that the same number we were just talking about in the

24    Q?

25    A    Appears to be, yes.
```

1    Q    Now, the date on this one was what?   This was a few days

2    after the other one.   Let's see.   What's the date on this one?

3    A    October 4th, 2007.

4    Q    Okay.   If you could speak up, please.

5    A    October 4th, 2007.

6    Q    Now, did Silve Group have anything whatsoever to do with

7    this second purchase order, the smaller purchase order?

8    A    No.

9    Q    Had you ever conveyed to Mr.~Stein or the company,

10   Signalife, that you somehow had been involved in a $564,000

11   sale?

12   A    No.

13   Q    Now, let's look at exhibit 78, if you would.   What is

14   exhibit 78?

15   A    It is an e-mail from Dobieco to John Woodbury dated

16   October 16th, 2007.   Subject is attorney/client privileged.

17   Q    Okay.   And John is, again, who?

18   A    Company counsel for Signalife.

19   Q    Okay.   Now, if we could look at the second page of the

20   exhibit, there's a paragraph entitled, "The smaller IT order."

21   Can you see that?

22   A    Yes.

23   Q    Could you read that, please?

24   A    "The smaller IT order was a direct referral from Silve as

25   can be attested to by Harmison, and probably by Silve, as

1    well, and certainly by IT.  So that has to be accounted for as

2    being deducted from the prepaid expenses.  They are supposed

3    to bring in the largest healthcare system in Mexico this week,

4    which will be more proof of what they are doing."

5    Q    Okay.  "In any event" -- finish out.

6    A    "In any event, give me a call, Mitch."

7    Q    Now, is what Mr.~Stein writes in the e-mail to

8    Mr. Woodbury true?

9    A    No.

10   Q    Had Signalife had anything to do with a smaller IT order?

11   A    Silve?

12   Q    Silve, excuse me.

13   A    No.

14   Q    Silve -- anything -- a direct referral from Silve, could

15   that be attested to by Harmison?

16   A    Not from my knowledge, no.

17   Q    Had you ever talked to Dr.~Harmison about anything

18   involving a $564,000 order?

19   A    No.

20   Q    Is what Mr.~Stein writes to company counsel, John

21   Woodbury, false?

22   A    Yes.

23         MR. MUHLENDORF:  Now, if we could play another clip.

24   It's December 18th, 2009, page 370, line 12 to 371, line 1.

25   It's clip 23.

```
 1    BY MR. MUHLENDORF:

 2    Q    Mr. Anand, when Mr. Stein answers "yes" to the question,

 3    "was the Silve Group involved in the sale to IT Healthcare;"

 4    is that true?

 5    A    No.

 6    Q    Now, after you learned that you had been associated with

 7    IT Healthcare filings -- IT Healthcare sales in Signalife's

 8    public filings, did you contact Mr.~Stein?

 9    A    Yes, I did.

10    Q    And how did -- what did he tell you?  Did you ask him

11    about this issue?

12    A    I did.  I did ask him.  We had a conversation on the phone

13    in which I asked him, I was told that these sales were

14    attributed to us, and you and I both know that they weren't,

15    and he adamantly said that they were, that you know they were,

16    and they were.  I said, no, they weren't.  That's not true.

17    That's not what happened.

18    Q    Well, having learned that you were associated with fake

19    sales reporting in public filings, did you go to the SEC?

20    A    No.

21    Q    Why didn't you?

22    A    Because I was scared.

23    Q    Why were you scared?

24    A    I didn't know what to do.  I didn't know what to do at

25    that point.
```

```
1    Q    I mean, it's a fact you had made a lot of money working

2    with Mr.~Stein, hadn't you?

3    A    Yes.

4    Q    Were you just hoping to keep the gravy train rolling?

5    A    To a certain degree, yes.

6    Q    Was this the last you heard from Mr.~Stein about IT

7    Healthcare?

8    A    No.

9    Q    Did you hear from him in early 2008 about it?

10   A    Yes, I did.

11   Q    Explain to the jury what happened there.

12   A    Early 2008 I got a call from Mr.~Stein stating something

13   to the effect of, I have a way for you to get out of these

14   phony sales.  And I said, I didn't do the phony sales.  And he

15   said, yes, you did.  But anyway, I have a way for you to get

16   out of it.  I said, what are you talking about?  And he said,

17   go to a Starbucks or somewhere, create a, you know, phony

18   e-mail address, and send a letter stating that IT Healthcare

19   has moved to Israel.

20   Q    Did you create such a letter?

21   A    Well, at first, I pushed back and said, I didn't do this.

22   Well, he asked me that this is the last you'll hear about it

23   and it will be over; and foolishly, I did create a letter from

24   my home on a Silve Group e-mail, attached a file to it and

25   sent a letter saying that IT Healthcare moved to Israel.
```

1    Q    Did Mr.~Stein give you a name to use with IT Healthcare?

2    A    Yes, I believe so.

3    Q    Do you remember what that name was?

4    A    The name was Yossi Keret.

5    Q    Did you ask Stein why Israel, of all places?

6    A    Said it was just an arbitrary place.

7    Q    Didn't matter?

8    A    Didn't matter.

9    Q    Now, let's look at exhibit 94, page 3.

10        Is this the letter that you created at Mr.~Stein's

11   direction?

12   A    This is not the letter I created, no.

13   Q    Do you know what happened to the letter you created?

14   A    I do not know what happened.

15   Q    But the name in the bottom of this cancellation is -- or,

16   excuse me, this change of address, is that the name Mr.~Stein

17   told you to use?

18   A    Yes.

19        The letter I produced was similar to this, but it

20   wasn't this letter.  Mine had a logo on it, I believe.

21   Q    Who did you send that letter to when you created it at

22   Mr.~Stein's direction?

23   A    I believe I sent it to both Mr.~Stein and Dr.~Harmison.

24   Q    Now, was that the last IT Healthcare letter Mr.~Stein

25   asked you to create?

1    A    That was not the last.

2    Q    Okay.  Tell the jury about the next time.

3    A    I believe I got a call sometime later, same issue.

4    Q    And later being later in 2008?

5    A    Sometime in 2008, another call from Mr.~Stein saying -- he

6    was frantic on the phone, saying that things are coming to an

7    end, the world is over, and I need you to put together another

8    letter stating that the company -- IT Healthcare canceled the

9    order.

10          I pushed back and said I thought that was the end of

11   it with the last letter, why are we doing this again?  Why am

12   I -- why are you asking me to do this again?  He said, that's

13   it, you'll never hear from me again, you'll never hear about

14   this again.

15          And foolishly, again, I put together a letter, sent

16   it off to both him and Harmison, stating the same thing, that

17   the company had canceled the orders; and I was hoping that was

18   the end of it.

19   Q    Now, if you'll look at exhibit 151 in your book, page 2.

20          Do you recognize exhibit 151, page 2?

21   A    Yes.

22   Q    Is this the letter that Mr.~Stein asked you to draft?

23   A    The language is similar, but this is not the letter I

24   produced.

25   Q    Now, the name Yossi Keret, who gave you that name?

```
 1    A    Mr.~Stein gave me that name.

 2    Q    But, again, this isn't the letter you produced?

 3    A    This is not the letter I produced, no.  The wording is

 4    similar, but it's not the letter I produced.

 5    Q    Do you know what you did with that letter?

 6    A    Yes, I sent it to Stein and Harmison.

 7    Q    Now, when you were asked by the SEC about this, did you

 8    tell the SEC about the IT Healthcare issue?

 9    A    No.

10    Q    Only a couple more questions, Mr. Anand.

11            Throughout the time you were associated with

12    Signalife, who was your main contact?

13    A    Mitchell Stein.

14    Q    Okay.  And to your knowledge, who at Signalife would have

15    been the person most able to tell the SEC about the goings on

16    of the Silve Group?

17    A    Because I spoke to him seven or eight times a day, it

18    would be Mitchell Stein.

19    Q    Any doubt in your mind about that?

20    A    No.

21            MR. MUHLENDORF:  We're going to play a clip,

22    page 352, line 10, to 353, line 1, of December 18th, 2009.

23    And it's clip 19.

24            (Audio played.)

25    BY MR. MUHLENDORF:
```

```
 1   Q    Mr. Anand, did you discuss the Silve Group's dealings with
 2   Dr. Drakulic?
 3   A    No.
 4   Q    When Mr.~Stein tells the SEC the first person he spoke
 5   about, Dr. Drakulic, was the person who could discuss the
 6   Silve Group, was he telling the truth to the SEC?
 7   A    No.
 8   Q    Who was the person who could tell the SEC the truth about
 9   the Silve Group?
10   A    Mitch Stein.
11   Q    And whenever a lawyer tells you only one more question,
12   there's usually two more.
13            Going back to your contract, the Silve Group
14   contract, who was the driving force behind that regarding
15   Silve Group?
16   A    Mitchell Stein.
17   Q    Who negotiated the contract?
18   A    Mitchell Stein.
19   Q    And we've talked a lot about sending money to Mr.~Stein.
20   Did you ever send any money to Dr.~Harmison?
21   A    No.
22   Q    Did you ever send any money to any other employee or
23   officer of Signalife?
24   A    No.
25   Q    Was Mr.~Stein the only person that received money from the
```

```
 1   sale of shares, Signalife shares, associated with you?
 2   A   Yes.
 3           MR. MUHLENDORF:  Answer any questions Mr. Stein might
 4   have.
 5           THE WITNESS:  Okay.
 6           THE COURT:  Mr.~Stein, why don't we take a very short
 7   break before you begin your cross-examination.  All right?
 8           Ladies and gentlemen, let's just take 10 minutes.  If
 9   we can be back here at 4:30.  Please don't discuss the case or
10   form any opinions.  Thank you, and leave all your items at
11   your seats.  Thank you.
12      (The jury exits the courtroom.)
13           THE COURT:  All right.  Sir, you may step down, and
14   don't discuss your testimony during the recess.
15      (A recess was taken from 4:23 p.m. to 4:31 p.m., after
16   which the following proceedings were had:)
17           THE COURT:  We ready to go?
18           MR. STEIN:  Yes, Your Honor.
19           THE COURT:  Let's bring the jurors in, please.
20           Do you have any idea how long you're going to be,
21   Mr.~Stein?  I assume it's going to take more than a half an
22   hour?
23           MR. STEIN:  Yes.
24           THE COURT:  Do we have our witness?
25      (The jury enters the courtroom, after which the following
```

```
 1    proceedings were had:)

 2            THE COURT:  Welcome back, everyone.  Please be

 3    seated.

 4            All right.  Mr. Anand, you're still under oath, sir.

 5            THE WITNESS:  Yes.

 6            THE COURT:  Mr.~Stein, you may cross-examine.

 7            MR. STEIN:  Thank you, Your Honor.

 8                         Cross-examination

 9    BY MR. STEIN:

10    Q   Good afternoon, Mr. Anand.

11    A   Good afternoon.

12    Q   In your agreement with the United States, there are

13    numerous provisions that you have to comply with.  You're

14    aware of those provisions?

15    A   Yes.

16    Q   You're not to contest any facts agreed to in the

17    agreement.  Remember that?

18    A   Yes.

19    Q   One of those facts is that you obstructed justice when you

20    testified before the SEC; is that right?

21    A   Yes.

22    Q   But the information doesn't really go through exactly what

23    parts of your testimony before the SEC are true and what parts

24    of them are false, does it?

25    A   No.
```

```
 1    Q    And does this look about the size of the transcript with

 2    you and the SEC?

 3    A    Yes.

 4    Q    Did you say anything truthful to the SEC when you met with

 5    them?

 6    A    Yes.

 7    Q    So you would be able to truthfully, as required under your

 8    plea agreement, tell me whether some statements you made to

 9    the SEC are true or false as you sit here today?

10    A    Yes.

11    Q    Page 73 of your SEC transcript, dated May 1 -- excuse me,

12    taken July 22nd, 2010, you were questioned by Ms. Nonaka, and

13    she asked:  "Other than the international distribution

14    opportunities and the IT work through Resource Networks, are

15    there any other duties or responsibilities that the Silve

16    Group or any other entity that you're affiliated with had for

17    Signalife?"

18              MR. MUHLENDORF:  Where are you reading from?

19              MR. STEIN:  Page 72.

20              MR. MUHLENDORF:  You said 73.

21              MR. STEIN:  I'm sorry, 72.

22    BY MR. STEIN:

23    Q    And you answered:  "No, not that I'm aware of."

24              Was that a truthful answer?

25    A    Can you repeat the question?
```

```
 1   Q   The question was by the SEC lawyer, Ms. Nonaka, the woman

 2   whose voice you heard on the clips the Government played.  She

 3   said:

 4           "Other than the international distribution

 5   opportunities and the IT work through Resource Networks, are

 6   there any other duties or responsibilities that the Silve

 7   Group or any other entity that you're affiliated with have for

 8   Signalife?"  And your answer was --

 9           MR. MUHLENDORF:  Your Honor, I object.  This is not a

10   proper use of the testimony.

11           THE COURT:  Could I see counsel and Mr.~Stein,

12   please?

13      (The following proceedings were held at sidebar:)

14           THE COURT:  What are we doing, Mr. Stein?  We went

15   through this yesterday with the deposition of some witness, I

16   forgot who it was.

17           MR. STEIN:  This witness has testified that he lied

18   to the SEC.

19           THE COURT:  Okay.

20           MR. STEIN:  I need to know when he lied and when he

21   didn't lie.

22           THE COURT:  Why?

23           MR. STEIN:  Because it goes to his credibility, it

24   goes to his plea agreement and whether he's violated it.  I

25   need to know today what in the SEC testimony is truthful or
```

```
 1    not.  All these issues pertain to his role at Signalife and

 2    the facts alleged in the indictment.

 3            MR. WHITE:  Your Honor, may I have a moment with

 4    Mr.~Stein?

 5            THE COURT:  Yes.

 6            MR. STEIN:  I understand what the Court is saying.  I

 7    can ask it a different way, but because of the plea agreement,

 8    I want to go through the issues directly pertaining to this

 9    indictment, but I'll ask it a different way if the Court

10    sustains the objection.

11            THE COURT:  I mean, at this point, I think I have to,

12    because I'm not sure -- he's already admitted he lied to the

13    SEC, so for credibility purposes, you've already established

14    that he lied, he pled guilty to lying.

15            MR. STEIN:  No, he pled guilty to obstruction.  He

16    didn't indicate -- it's a long deposition.  I'm only asking

17    him about matters that are relevant to the issues in this

18    indictment, but I can ask him another way.

19            THE COURT:  I guess we're going to have to go through

20    it the same way that I suggested yesterday with the

21    deposition.  Ask him a question and see if he gives a

22    different answer than he gave before the SEC.  Then you can

23    impeach him with his testimony before the SEC, or maybe he'll

24    admit, no, that was one of the lies I told.

25            But I think you should confine your questions to
```

```
 1    something that relates to the issues in this case as opposed

 2    to -- I have no idea what they covered with him in the SEC

 3    investigation, if it went beyond what's involved in this case.

 4            So if he lied about something else that had nothing

 5    to do with this case, again, he's admitted lying.  So I don't

 6    know why we need to cover something, a lie about something

 7    that's not related to the indictment in this case.

 8            So try and proceed, and we'll go --

 9            MR. STEIN:  I understand.  Thank you.

10       (Sidebar conference concluded.)

11  BY MR. STEIN:

12  Q    We're back on the record, Mr. Anand.

13            Are you familiar with a company called Resource

14  Networks?

15  A    Yes.

16  Q    What is Resource Networks?

17  A    You asked me to find a company in India that does remote

18  IT and computer work, and you asked me to set up this company

19  to do some work for Signalife.

20  Q    Did this company do work for Signalife?

21  A    I believe so.  I don't know.  That's a good question.  I

22  don't recall.

23  Q    But you set up the company?

24  A    Yeah, at your request, you asked me to set up a company to

25  do some remote IT work for Signalife.
```

1   Q   But you don't know whether that company did any work for

2   Signalife; is that right?

3   A   I don't believe we did, no.

4   Q   So we have Resource Networks, the Silve Group, Knights

5   Bridge, Capital, was it called?

6   A   SES Capital.

7   Q   SES Capital.

8       Were there any other companies that you formed at

9   anyone's request that related to Signalife at any time?

10  A   There was Ashton Reed.

11  Q   That company was formed having to do with Signalife?

12  A   No, that company already existed, but it was involved in

13  Signalife some way.

14  Q   But I didn't ask you to set that company up; is that

15  right?

16  A   No.

17  Q   You set that up on your own, right?

18  A   I did, yes.

19  Q   Any other company involved directly or indirectly with

20  Signalife?

21  A   I believe that's all of them.

22  Q   Let's go through~-- the government started off by going

23  through your background, and you indicated that you worked

24  with a company called MedSoft with me, and then you met

25  through Raul Silvestre what was then called Recom Managed

```
 1   Systems.  Do you recall that testimony?

 2   A   I believe that's how I was reintroduced to you, but it was

 3   11 years ago.  That's the way I remember it, yes.

 4   Q   Meaning 2002?

 5   A   Yes.

 6   Q   And you invested directly in Recom Managed Systems in

 7   2002; is that correct?

 8   A   That's correct.

 9   Q   And you asked me for blocks of shares below market

10   beginning at about that time; is that correct?

11   A   No.

12   Q   So you did not ask me for blocks of shares in the 2002

13   timeframe, is that your testimony?

14   A   I don't believe so, no.

15   Q   When did you start doing that, asking me for blocks of

16   shares at below market?

17   A   Wait, I'm a little bit confused.  Are you asking me about

18   my investment in Recom or blocks of shares below the market?

19   I don't --

20   Q   Blocks of shares to purchase from the trust that you

21   testified that you asked for, that I get you blocks of shares

22   at below market price, and then you ended up selling them

23   because the market price went down.  Remember that testimony?

24   A   Yes.

25   Q   When did you start doing that?
```

```
 1   A   The first block of shares I bought from ARC Finance I
 2   believe were in 2006.
 3   Q   Isn't it true that on August 14th, 2003, Ashton Reed and
 4   Company, your company, bought 25,000 shares from me
 5   personally, transferred to you by Mark Nevdahl?
 6   A   I don't recall that at all.
 7   Q   At a value at that time of $93,202.50?  You don't recall
 8   that?
 9   A   No.
10   Q   Starting before you met me, you were involved in the
11   investment field; is that right?
12   A   Yes.
13   Q   You worked for a company named Magnum Financial; is that
14   correct?
15   A   Yes, that's where I met you.  I consulted for Magnum
16   Financial, yes.
17   Q   And what was Magnum Financial?
18   A   It was a consulting firm for public companies, which they
19   did some of the press releases and some market communications.
20   I met you in their office, in Magnum Financial in Los Angeles.
21   Q   And when was that approximately?
22   A   1999.
23   Q   Isn't it true that your purchase of block shares under the
24   market was pursuant to a consulting agreement where you were
25   going to assist Signalife, the company, regarding the market
```

1    of the stock and regarding assuring a fair and orderly market?

2    A   One of the things you've asked me since the beginning of

3    my involvement in Recom, Signalife, and Heart Tronics was to

4    support the market, whether it's through myself, my friends or

5    people that I knew.  That was one of the responsibilities,

6    yes.

7    Q   And that responsibility that you had was the reason why

8    you felt it was appropriate to purchase block shares at under

9    the market; is that correct?

10   A   No.  You -- one of the things that you and I spoke about

11   many times a day was the market of the stock.  You did not

12   want the market of the stock to fall, and one of the main

13   reasons I was involved in the company was because I knew

14   people in the market, whether they were institutional people,

15   retail people or high net worth people, to buy and support the

16   stock.  That was one of the things you asked me for daily,

17   yes.

18   Q   But yet, all the stock that you were paid you indicated

19   you sold into the market; is that right?

20   A   Not all of them, no.  Most of them, yes.

21        For example, the first 50,000 shares I bought in 2002

22   I never sold.  Still have the certificate to this day.

23   Q   I'm talking about the shares paid to you by Signalife

24   under the contract with the Silve Group.

25   A   Some of the shares were canceled, but most of them were

```
 1   sold, yes.

 2          MR. STEIN:  May I approach, Your Honor?

 3          THE COURT:  Have you shown it to counsel?

 4          MR. STEIN:  Yeah, I have.  They won't stipulate it

 5   into evidence.

 6   BY MR. STEIN:

 7   Q   I'll show you what's been marked as exhibit 353.  Have you

 8   ever seen this document before?

 9   A   I haven't seen it recently.

10   Q   Is that your handwriting on the top of the document?

11   A   Possibly.  It does look like my handwriting.  I'm not a

12   hundred percent sure.  I don't remember this article,

13   but . . .

14   Q   Did you send me that article with the handwriting on it?

15   "To Mitch from Ajay"?

16   A   I actually don't recall this article.  I don't think I've

17   ever seen this article.  It could be.  It's possible.  I don't

18   recall.  I don't remember seeing this article.

19   Q   So you don't recall sending that to me?

20   A   No.

21   Q   And you're not unequivocally saying that that's your

22   handwriting on the top or isn't?

23          MR. MUHLENDORF:  Your Honor, asked and answered.  He

24   didn't send him the article.

25          THE COURT:  Overruled.
```

```
 1              THE WITNESS:  I'm not saying I didn't send the
 2   article.  What I I'm saying is I don't recall seeing this
 3   article.
 4   BY MR. STEIN:
 5   Q   Is that your handwriting on the top of the article that
 6   says "To Mitch from Ajay"?  The answer is either yes, no or I
 7   don't know.
 8   A   I don't know.
 9              MR. STEIN:  I'll redact the article and just move it
10   into evidence with his handwriting tomorrow -- without the
11   handwriting.
12              May I approach again, Your Honor?
13              THE COURT:  Yes.
14   BY MR. STEIN:
15   Q   Show you what's been marked as exhibit 54 and stipulated
16   into evidence, exhibit 54 defense.
17              THE COURT:  Is that already in evidence or are you
18   saying it's going to go into evidence?
19              Is there any objection to 54?
20              MR. MUHLENDORF:  No, Your Honor.
21              THE COURT:  All right.  Fifty-four will be admitted
22   without objection.
23         (Defense Exhibit No. 54 entered into evidence.)
24   BY MR. STEIN:
25   Q   You produced exhibit 54 to the Securities and Exchange
```

1    Commission; isn't that correct?

2    A    Yes.

3    Q    Exhibit 54 is true; isn't that correct?

4    A    To the best of my knowledge, yes.  This is something that

5    I produced at your request.

6    Q    The document is at my request?

7    A    Yes.

8    Q    You produced it to the SEC?

9    A    No, you asked me to produce an update on what Rajiv and I

10   were doing based on this India initiative, and this is what I

11   produced.

12   Q    And it's true?

13   A    Yes, it does look like it's true, yes.

14   Q    Now, Mr. Rajiv Singh was an individual who was hired by

15   Pam Bunes and had a preexisting relationship with Ms. Bunes

16   and Mr. Hildebrandt; is that right?

17   A    I don't know that.

18   Q    He previously worked at L3 Communications; is that right?

19   A    Yes.

20   Q    You certainly met with him enough to know whether he had a

21   preexisting relationship with me, right?

22   A    Yes.

23   Q    And he did not have one; is that right?

24   A    That's correct.

25   Q    Could you please read paragraphs 1 and 2 into the record.

1    A    "Throughout the duration of this project, I met with Mr.

2    Rajiv Singh approximately 10 times.  The meetings take place

3    in California, usually over dinner.  I have also flown to

4    Maryland and met with Mr. Singh at his residence and at the

5    Ritz Carlton, Virginia.  The meeting in Virginia included

6    Dr. Lowell Harmison and Mr. Ashok Sharma, chairman of

7    Aglowmed, located in Mumbai, India.

8         "These meetings are strategy-based meetings which

9    focus on the implementation of a plan to develop clinical

10   testing centers in India and to further develop synergies for

11   Signalife's main product."

12        Paragraph Two:  "Throughout this project, I have

13   spoken/interfaced with Mr. Singh approximately a hundred times

14   over the phone and 75 times via e-mail facsimile, et cetera."

15   Q    Today, where are those e-mails between you and Mr. Singh?

16   Does the SEC have them?

17   A    I don't know.

18   Q    Does the DOJ have them?

19   A    I don't know if they have them.

20   Q    Do you have them?

21   A    I produced everything I had.

22   Q    Did you produce 75 e-mails to the DOJ under your plea

23   bargain agreement which requires you to produce all documents?

24   A    I don't believe so, no.

25   Q    Did you tape-record Mr. Singh on any of the hundred times

1    he called you?

2    A    No.

3    Q    How about facsimiles?  Did you produce any of those to the

4    Department of Justice or the SEC between you and Mr. Singh?

5    A    Not that I recall.

6    Q    I wasn't on any of these hundred calls with Mr. Singh;

7    isn't that right?

8    A    You were at the initial meeting with myself and Ms. Bunes

9    and Mr. Singh in Newport Beach, and you were on a few of the

10   calls with myself and Mr. Singh, yes.

11   Q    A few, meaning three, four, or a few meaning several, like

12   10?

13   A    I'd be speculating if I gave you a number.

14   Q    Not a lot of the hundred; is that right?

15   A    Well, the initial call to Mr. Singh and the introduction

16   to Mr. Singh was from you on a conference call with me and

17   Mr. Singh.

18   Q    I'm talking about the hundred calls that you're talking

19   about over the phone and 75 via e-mail.  I wasn't on a

20   significant amount of those, was I?

21   A    I don't know if you were.  I don't believe so.

22   Q    Now, Mr. Singh was an important person.  He was an officer

23   of Signalife; is that right?

24   A    No.

25   Q    Mr. Singh was not the co-CTO of Signalife under contract?

```
 1    A    I understood Mr. Singh to have a consulting agreement with
 2    Signalife through his company, Garu Technologies.  I did not
 3    know he was CTO.
 4    Q    Or co-CTO?
 5    A    No, I understood him to be an engineer for the company.
 6    Q    Let's go down now to the third sentence.
 7            Could you please read that into the record, "Based
 8    upon our meetings and discussions."
 9    A    Paragraph 3:  "Based upon our meetings and discussion,
10    Mr. Singh feels that the Indian market is a great fit for
11    Signalife's product/sales.  He also feels that India is a
12    fertile ground to develop and implement a plan to clinically
13    test Signalife's product for doctors and to develop and
14    maintain a research platform for pharmaceutical companies that
15    require an ambulatory cardiac signal for their compounds."
16    Q    And that was a truthful statement of what Mr. Singh had
17    indicated to you?
18    A    Yes.
19    Q    You indicated that you knew he was under contract, also
20    stating these positions to Signalife, correct?
21    A    Yes.
22    Q    He was stating those positions, you understood, to
23    Ms. Bunes or people he worked with, not to me, right?
24    A    Could you repeat the question?
25    Q    He was stating the positions outlined in paragraph 3 to
```

1    the people he --

2              MR. MUHLENDORF:  Objection.

3    BY MR. STEIN:

4    Q    -- reported to Ms. Bunes but not to me, was that your

5    understanding?

6    A    No.  I can't comment on what Mr. Singh's interaction was.

7    This is my interaction here.

8    Q    So you don't know Mr. Singh's report and responsibilities

9    within Signalife; is that your testimony?

10   A    No, I do not.

11   Q    Let's go on to paragraph 4.

12   A    Paragraph 4:  "Mr. Singh's main contact in India is his

13   brother-in-law, Mr. Ashok Sharma, president and chairman of

14   Aglowmed located in Mumbai, India.  Aglowmed is a manufacturer

15   of various compounds that works with a number of large

16   pharmaceutical companies based in the U.S. and

17   internationally."

18   Q    And that statement was also, to your knowledge, true when

19   you wrote it?

20   A    Yes.

21   Q    Do you remember any of the large pharmaceutical companies

22   that he was involved in as mentioned in that paragraph?

23   A    I do.

24   Q    Could you recite them for us?

25   A    One of them is Rambaxi (phonetic), to the best of my

```
1    knowledge, and there was another one by the name of -- I don't
2    recall the name.  I don't recall the name, but one of them was
3    Rambaxi, I believe.
4    Q   When you talked to Mr. Singh, what was the purpose of
5    interacting with pharmaceutical companies in your role with
6    the Silve Group?  What was your strategy there with
7    pharmaceutical companies?
8    A   Well, as I recall, you and I had a number of discussions
9    regarding the fact that Baxter at the time had a big fallout
10   with their drug -- one of their drugs, and they were looking
11   to get clinical testing done overseas for drugs that affected
12   the heart.
13           Now, one of the things you suggested to me was to go
14   out and find manufacturers or people that develop those
15   compounds in India and approach them to see if they wanted to
16   do their cardiac testing with Signalife's products.
17   Q   And that's what you're doing in paragraph 4, is that your
18   testimony?
19   A   That's what the paragraph 4 was discussing, yes.
20   Q   And this document was delivered to Signalife, to the
21   company, correct?
22   A   It was delivered to you and Signalife, yes.
23   Q   To both of us?
24   A   Yes.
25   Q   How was it delivered, by e-mail?  In person?  By mail?
```

1  A   No, I e-mailed it to you and to Ms. Bunes.

2  Q   In the same e-mail?

3  A   I believe so, yes.

4  Q   Do you recall what year that was in?

5  A   2006, I believe, although I could be wrong.  Maybe 2005.

6  Q   Could you now read paragraph 5.

7  A   "Mr. Sharma can, parentheses, or has the potential to help

8  Signalife, Inc. within India by making introductions to

9  Indian-based or U.S.-based pharmaceutical companies and/or

10 companies that are involved in clinical testing various

11 pharmaceuticals within India."

12 Q   And that statement was also true in your mind at the time

13 you made it?

14 A   Yes.

15 Q   Now read paragraph 6, please.

16 A   "Signalife, Inc.'s opportunity within India is very strong

17 in that the environment for pharmaceutical companies is to

18 further their research within the cardiovascular testing space

19 for their drugs and by Signalife, Inc.  Developing a fertile

20 platform to do so would make Signalife a leader in capturing

21 this market."

22 Q   Do you believe that statement was true at the time you

23 made it?

24 A   Yes.

25 Q   Did Mr. Singh ever respond to this status update with any

```
 1    disagreement about your statements here?

 2    A   I don't know if this document was sent to Mr. Singh.  It

 3    was sent to you and Ms. Bunes, I believe.

 4    Q   Did you ever see a response from Mr. Singh disagreeing

 5    with the document?

 6    A   I don't recall seeing a response.

 7    Q   Did you ever see a response from Ms. Bunes in any way,

 8    shape, or form with regard to this document?

 9    A   Not that I recall.

10    Q   Did you ever see a response from me with regard to this

11    document?

12    A   Not that I recall.

13    Q   Thank you.

14         THE COURT:  Mr. Stein, since you're finished with

15    that document, why don't we recess for the evening; or are you

16    not finished with that document?  We're almost at

17    5:00 o'clock, so I'm just trying to --

18         MR. STEIN:  One question.

19         THE COURT:  Okay, go ahead.

20         MR. STEIN:  About the document, and then I'll be

21    finished with the document.

22    BY MR. STEIN:

23    Q   Paragraph 7 says:  "Signalife can access this opportunity

24    by establishing a team to go to India and develop this

25    platform for the company's launch within this space.
```

1    Signalife would need to send this team to India to set up a

2    product launch and set up monitoring centers that assist in

3    further developing this platform."

4         You remember saying that?

5    A    I remember writing that in the document, yes.

6    Q    And that was true in your mind as to your strategy?

7    A    Yes.

8    Q    And then you said, "The Silve Group would develop and

9    establish a business venture in India to further the

10   preliminary discussions that Dr.~Harmison, Mr. Singh, and I

11   have already discussed.  The Silve Group has already

12   established certain contacts within Banglore's Technology hub

13   to set up a monitoring center and educate any new staff.

14        "Additionally, the Silve Group has already

15   established numerous contacts within the medical industry to

16   launch the product within India in an effort to either boost

17   sales and/or clinical testing."

18        That was also true at the time you wrote it, wasn't

19   it?

20   A    Potentially true, yes.

21   Q    Let's not waffle.

22   A    Well, let me fully answer the question.

23   Q    Please.

24   A    These things are all predicated on a device that works.

25   Q    And had you ever visited the laboratory of Signalife at

```
 1    any time?

 2    A    Yes.

 3    Q    And did you see the device at issue?  Was it demonstrated

 4    to you?

 5    A    When I demonstrated the laboratory, it was too early.  The

 6    device wasn't completed.

 7    Q    Did -- given that you were getting paid what you were

 8    getting paid, did you ever have an opportunity to go to any of

 9    the American Heart Association shows in which the device was

10    being demonstrated on treadmills?

11    A    I was getting paid by you daily, and one of my partners

12    who worked for Silve Group, Demetrio Sodi, did attend some of

13    those events.  Yes, he did on behalf of the Silve Group.

14            MR. STEIN:  Nothing further for today, Your Honor.

15            THE COURT:  All right.  Thank you.

16            MR. STEIN:  Thank you.

17            THE COURT:  All right.  Ladies and gentlemen, again,

18    thank you for your cooperation.  Please be back tomorrow at

19    9:00.  And, remember, we're going to go straight through 'til

20    1:00 o'clock, and after that, we'll be finished for the week.

21    Thank you, have a nice evening.

22        (The jury exits the courtroom.)

23            THE COURT:  All right.  Sir, don't discuss your

24    testimony during the recess, and we'll see you tomorrow

25    morning at 9:00.  Thank you.
```

1            Anything else we need to talk about?

2            MR. STIEGLITZ:  Not from the United States, Your

3    Honor.

4            MR. STEIN:  No.

5            THE COURT:  Let's go off the record.

6       (The evening recess was taken at 5:02 p.m.)

7                    * * * * *

```
 1                          * * * * *

 2                         I N D E X

 3   Testimony of Ajay Anand

 4           Direct by Mr. Muhlendorf              2

 5           Cross by Mr. Stein                   64

 6                        * * * * *

 7                     E X H I B I T S

 8   Government's Exhibits in Evidence:

 9           Government's 228, 312, 26, 33, 313,

10   43, 207, 310, 53, 52, 49, 50, 59, 342, 61

11   and 94                                       15

12           Government's 314                     40

13   Defendant's Exhibits in Evidence:

14           Defendant's 54                       74

15                        * * * * *

16                       CERTIFICATE

17       I, Stephen W. Franklin, Registered Merit Reporter, and

18   Certified Realtime Reporter, certify that the foregoing is a

19   correct transcript from the record of proceedings in the

20   above-entitled matter.

21       Dated this 16th day of MAY, 2013.

22

23       /s/Stephen W. Franklin
         _____
24       Stephen W. Franklin, RMR, CRR

25
```

**$**

$1,100,000 [1]  52/16
$1,750,000 [1]  52/17
$1.75 [1]  23/16
$1.98 [1]  53/11
$1.98 million [1]  53/11
$10 [2]  50/14 50/18
$10 billion [2]  50/14 50/18
$10,000 [1]  41/13
$175,000 [1]  23/17
$2,550,000 [1]  52/17
$2,637,251 [1]  46/24
$20 [1]  51/22
$20 million [1]  51/22
$250,000 [1]  6/18
$28,500 [5]  36/25 37/4 37/9 38/13 38/21
$280,000 [2]  52/14 52/15
$3,300,000 [1]  48/6
$3,750,000 [1]  52/18
$3.3 [4]  44/23 44/24 48/20 53/17
$3.3 million [4]  44/23 44/24 48/20 53/17
$380,000 [1]  24/19
$50,000 [1]  10/24
$5200 [3]  41/1 41/2 41/8
$560,000 [1]  52/14
$564,000 [6]  54/6 54/11 54/12 54/22 55/10
 56/18
$75,000 [1]  24/13
$750,000 [1]  52/15
$80,000 [1]  19/5
$8400 [1]  36/1 36/5 41/9
$93,202.50 [1]  71/7

**'**

'7 [1]  4/8
'til [1]  84/19

**-**

-and [1]  1/20
-v [1]  1/5

**/**

/s/Stephen [1]  86/23

**1**

1,546,583 [1]  46/24
10 [5]  38/17 61/22 63/8 76/2 77/12
10-Q [1]  53/4
10-QSB [1]  46/6
100 [6]  17/14 17/15 17/16 26/20 54/9 54/20
1031 [1]  1/21
11 [1]  70/3
11-80205-CR-MARRA [1]  1/2
12 [2]  50/15 56/24
1208 [1]  1/19
12th [1]  24/24
14 [1]  32/6
1400 [1]  1/17
14th [3]  35/25 53/11 71/3
15 [3]  3/7 27/14 86/11
15 million [1]  51/22
151 [2]  60/19 60/20
1551 [1]  1/19
16 [1]  46/13
16th [2]  55/16 86/21
18th [5]  32/5 33/8 38/16 56/24 61/22
19 [1]  61/23
1999 [4]  9/10 9/15 9/24 71/22
19th [1]  37/3

**1:00 o'clock [1]  84/20**

**2**

2 million [2]  28/8 34/19
2001 [1]  9/24
2002 [4]  70/4 70/7 70/12 72/21
2003 [1]  71/3
2004 [2]  13/17 14/10
2005 [4]  14/17 19/20 19/23 81/5
2006 [13]  4/8 16/17 16/19 19/21 19/23 21/20
 21/21 21/25 23/1 24/2 24/24 71/2 81/5
2007 [35]
2008 [8]  52/15 52/16 52/16 52/17 58/9 58/12
 60/4 60/5
2009 [6]  32/5 38/16 51/23 52/18 56/24 61/22
2010 [1]  65/12
2013 [3]  1/8 9/25 86/21
20530 [1]  1/17
207 [1]  86/10
20th [3]  24/2 25/22 33/9
21 [1]  38/16
21st [2]  30/4 40/18
22 [1]  53/5
228 [4]  1/21 15/7 15/13 86/9
22nd [3]  35/23 35/23 65/12
23 [1]  56/25
23rd [2]  23/1 40/18
24 [2]  50/15 53/16
25,000 [1]  71/4
26 [5]  15/7 15/13 21/5 21/6 86/9
29th [3]  40/19 40/20 40/23

**3**

3,300,000 [1]  48/16
30 [2]  22/22 22/25
300 [2]  45/1 45/2
307 [3]  15/7 15/13 28/25
30th [5]  46/8 46/9 46/23 48/4 48/5
310 [4]  15/7 15/14 29/24 86/10
312 [7]  15/7 15/13 15/25 16/6 16/12 16/15
 86/9
313 [5]  15/7 15/13 25/19 25/20 86/9
314 [5]  39/11 39/21 40/1 40/5 86/12
325,000 [1]  33/20
33 [8]  15/7 15/13 23/24 23/25 24/7 24/14
 24/22 86/9
33179 [1]  1/22
33401 [2]  1/19 1/24
337 [1]  38/16
338 [1]  38/17
342 [5]  15/8 15/14 40/13 40/15 86/10
344 [1]  32/5
345 [1]  32/6
352 [1]  61/22
353 [2]  61/22 73/7
370 [1]  56/24
371 [1]  56/24
3768 [1]  1/23
3rd [1]  29/5

**4**

40 [1]  86/12
43 [6]  15/7 15/13 27/8 27/9 27/9 86/10
45 [1]  53/24
47 [1]  54/20
49 [5]  15/8 15/14 32/23 32/24 86/10
4:23 [1]  63/15
4:30 [1]  63/9
4:31 [1]  63/15
4th [3]  54/7 55/3 55/5

**5**

50 [5]  15/8 15/14 35/17 35/20 86/10
50,000 [2]  21/2 72/21
514-3768 [1]  1/23
52 [5]  15/8 15/14 31/9 31/10 86/10
53 [7]  15/8 15/14 30/22 30/23 31/18 32/8
 86/10
54 [7]  74/15 74/16 74/19 74/23 74/25 75/3
 86/14
561 [1]  1/23
59 [5]  15/8 15/14 36/21 36/23 86/10
5:00 o'clock [1]  82/17
5:02 [1]  85/6

**6**

61 [5]  15/8 15/14 49/4 49/8 86/10
64 [1]  86/5
660,000 [1]  48/7

**7**

70 [5]  19/5 44/12 44/14 44/15 44/17
701 [1]  1/24
72 [2]  65/19 65/21
73 [6]  46/2 46/3 46/5 53/4 65/11 65/20
74 [3]  54/15 54/18 86/14
75 [3]  76/14 76/22 77/19
78 [2]  55/13 55/14
7976 [2]  36/5 36/6
7th [2]  30/25 31/12

**9**

94 [4]  15/8 15/14 59/9 86/11
9:00 [2]  84/19 84/25
9th [2]  16/17 49/10

**A**

A-j-a-y [1]  2/16
A-n-a-n-d [1]  2/17
able [3]  8/18 61/15 65/7
above [1]  86/20
above-entitled [1]  86/20
access [1]  82/23
accomplish [1]  11/17
accomplishing [1]  52/6
accordance [1]  47/7
account [6]  28/12 36/5 36/6 36/9 36/10 36/24
accounted [1]  56/1
accounting [2]  33/1 33/4
accounts [1]  19/12
accurate [3]  33/10 45/25 52/25
activities [1]  51/18
actual [1]  42/25
actually [2]  52/6 73/16
adamantly [1]  57/15
added [1]  7/2
addition [2]  39/1 43/19
additional [1]  7/2
Additionally [1]  83/14
address [2]  58/18 59/16
admit [1]  67/24
admitted [6]  8/4 15/11 40/4 67/12 68/5 74/21
advance [2]  47/1 47/2
advised [1]  15/17
advises [1]  50/9
affected [1]  80/11
affiliated [2]  65/16 66/7
affiliation [1]  11/4
aforesaid [1]  48/8
after [15]  5/12 9/23 12/22 14/6 14/8 22/12

**A**

after... [9]  22/14 23/14 31/17 31/19 55/2 57/6 63/15 63/25 84/20
afternoon [4]  2/22 2/23 64/10 64/11
again [21]  20/12 21/12 22/10 25/2 26/4 29/24 30/10 31/23 33/6 40/16 53/4 55/17 60/11 60/12 60/13 60/14 60/15 61/2 68/5 74/12 84/17
against [1]  47/2
agent [1]  22/18
Aglowmed [3]  76/7 79/14 79/14
ago [1]  70/3
agreed [3]  15/5 23/15 64/16
agreement [26]  6/8 6/15 6/19 7/3 7/6 17/1 18/1 18/23 21/7 26/16 27/10 27/12 27/14 27/25 27/25 29/12 31/1 31/5 64/12 64/17 65/8 66/24 67/7 71/24 76/23 78/1
ahead [1]  82/19
ahold [2]  25/23 29/9
AJAY [18]  1/10 2/7 2/10 2/16 11/14 11/14 16/23 21/13 25/23 27/3 29/8 29/10 30/24 32/17 37/1 73/15 74/6 86/3
Albert [1]  1/15
alleged [1]  67/2
allow [1]  29/13
allowance [2]  16/18 16/21
almost [1]  82/16
already [10]  29/9 47/20 53/18 67/12 67/13 69/12 74/17 83/11 83/11 83/14
also [13]  12/14 14/6 18/7 35/15 36/19 39/4 49/21 76/3 78/11 78/19 79/18 81/12 83/18
although [1]  81/5
am [6]  6/16 16/23 60/11
ambulatory [1]  78/15
AMERICA [5]  1/3 36/4 40/17 50/15 50/16
American [2]  9/14 84/9
amount [7]  36/5 36/25 41/1 44/23 48/6 48/13 77/20
ANAND [47]
and/or [2]  81/9 83/17
Angeles [3]  5/16 7/19 71/20
another [8]  24/8 29/20 38/16 56/23 60/5 60/7 67/18 80/1
answer [7]  45/7 63/3 65/24 66/8 67/22 74/6 83/22
answered [2]  65/23 73/23
answers [1]  57/2
any [54]
anybody [2]  42/13 42/20
anyone [2]  5/23 8/20
anyone's [1]  69/9
anything [14]  7/9 11/4 11/11 13/4 22/3 26/7 34/19 44/10 55/6 56/10 56/14 56/17 65/4 85/1
anyway [1]  58/15
aol.com [1]  1/25
apart [1]  33/18
apologize [4]  29/1 29/24 47/9 47/12
appear [2]  29/19 33/17
Appearances [1]  1/14
appears [2]  33/8 54/25
appointment [1]  51/20
approach [4]  16/7 73/2 74/12 80/15
approached [1]  22/3
appropriate [2]  49/19 72/8
approval [1]  50/13
approximately [14]  9/21 9/24 18/18 23/17 24/19 28/7 31/19 34/9 37/24 50/14 51/21 71/21 76/2 76/13

April [1]  21/20
arbitrary [1]  59/6
ARC [2]  23/8 71/1
around [3]  15/2 19/5 51/19
arranged [4]  25/9 26/4 29/8 41/22
arrangement [2]  19/4 29/17
article [10]  73/12 73/14 73/16 73/17 73/18 73/24 74/2 74/3 74/5 74/9
Ashok [2]  76/6 79/13
Ashton [5]  22/21 23/1 24/3 69/10 71/3
ask [16]  5/23 8/20 34/19 34/21 39/8 40/6 42/21 57/10 57/12 59/5 67/7 67/9 67/18 67/21 69/14 70/12
asked [37]
asking [6]  40/21 50/21 60/12 67/16 70/15 70/17
asks [2]  51/12 52/9
asset [1]  47/7
assist [3]  9/13 71/25 83/2
associated [6]  11/11 27/23 57/6 57/18 61/11 63/1
association [2]  12/7 84/9
assume [1]  63/21
assuming [1]  54/10
assuring [1]  72/1
attached [3]  16/17 16/25 58/24
attachment [1]  31/1
attend [4]  12/16 20/9 25/15 84/12
attended [3]  20/3 20/8 20/10
attention [4]  33/17 35/24 50/8 54/3
attested [2]  55/25 56/15
attorney [2]  49/11 55/16
attorney/client [2]  49/11 55/16
attract [3]  13/3 20/6 20/19
attributed [2]  45/24 57/14
Audio [5]  32/7 38/18 39/22 39/25 61/24
audit [1]  49/10
auditors [1]  49/22
August [2]  49/10 71/3
August 14th [1]  71/3
August 9th [1]  49/10
available [2]  11/14 22/5
Avenue [1]  1/17
aware [11]  19/14 28/14 32/1 32/15 32/17 33/12 38/24 53/14 53/21 64/14 65/23
away [1]  43/17

**B**

back [17]  2/2 4/24 8/18 22/13 23/18 32/8 37/18 42/15 45/10 45/12 58/21 60/10 62/13 63/9 64/2 68/12 84/18
background [3]  3/1 3/3 69/23
balance [1]  47/7
Banglore's [1]  83/12
bank [7]  35/11 35/22 36/4 36/10 39/2 40/17 40/17
bargain [1]  76/23
based [10]  7/15 44/4 52/12 75/10 76/8 78/7 78/9 79/16 81/9 81/9
Baxter [1]  80/9
Beach [4]  1/7 1/19 1/24 77/9
became [2]  11/8 27/1
because [16]  6/13 11/9 21/18 22/7 27/6 27/22 37/16 39/13 41/15 57/22 61/17 66/23 67/7 67/12 70/23 72/13
become [6]  3/12 3/20 9/16 25/2 26/25 32/1
before [11]  1/12 8/5 42/16 46/11 63/7 64/20 64/23 67/22 67/23 71/10 73/8
begin [1]  63/7
beginning [3]  27/4 70/10 72/2

behalf [3]  44/6 45/14 84/13
behind [2]  31/24 62/14
being [7]  15/18 26/13 51/2 51/9 56/2 60/4 84/10
believe [32]
believed [1]  34/18
below [5]  41/10 70/9 70/16 70/18 70/22
benefit [3]  7/9 7/11 41/6
best [3]  29/2 75/4 79/25
better [1]  15/21
between [8]  14/1 17/18 17/20 27/11 33/24 51/3 76/15 77/4
beyond [1]  68/3
big [1]  80/9
bill [1]  38/7
billion [2]  50/14 50/18
binder [1]  39/13
bit [7]  4/6 9/7 12/1 33/7 42/15 50/3 70/17
Blind [7]  23/8 23/20 24/3 24/4 24/8 24/16 25/1
block [5]  22/6 22/11 71/1 71/23 72/8
blocks [6]  70/9 70/12 70/15 70/18 70/20 70/21
blow [3]  29/2 35/25 39/11
board [1]  50/13
book [1]  60/19
boost [1]  83/16
both [9]  2/15 12/5 15/18 28/21 42/3 57/14 59/23 60/16 80/23
bottom [1]  59/15
bought [3]  71/1 71/4 72/21
break [1]  63/7
Bridge [5]  21/4 21/9 21/12 21/14 69/5
briefly [1]  3/5
bring [5]  39/7 39/9 40/11 56/3 63/19
broker's [1]  22/16
brokerage [1]  28/12
brother [1]  79/13
brother-in-law [1]  79/13
Bunes [25]  12/21 13/10 13/11 13/16 13/20 14/11 14/14 17/23 19/20 20/3 20/9 20/11 25/21 28/23 29/4 30/13 42/2 75/15 75/15 77/8 78/23 79/4 81/1 82/3 82/7
business [3]  9/11 21/6 83/9
buy [5]  10/13 22/6 22/11 26/15 72/15

**C**

cables [1]  54/20
Cal [1]  3/4
Calabasas [2]  10/20 41/21
California [3]  2/25 5/16 76/3
called [15]  4/16 5/2 9/10 18/23 22/13 22/21 25/10 32/25 41/25 44/4 68/13 69/5 69/24 69/25 77/1
calls [8]  2/6 8/11 12/12 12/13 51/21 77/6 77/10 77/18
came [4]  23/8 26/21 26/22 35/7
can't [1]  79/6
canceled [4]  28/6 60/8 60/17 72/25
cancellation [1]  59/15
candidly [1]  7/8
cannot [2]  30/8 30/8
Capital [3]  69/5 69/6 69/7
capturing [1]  81/20
cardiac [2]  78/15 80/16
cardiovascular [1]  81/18
care [8]  34/22 34/24 35/2 35/4 35/9 36/13 37/22 38/1
careful [1]  47/10
Carlton [1]  76/5

**C**

case [6]  1/2 63/9 68/1 68/3 68/5 68/7
cash [11]  19/6 19/10 22/3 34/22 35/15 37/19
39/4 39/7 39/10 39/10 40/12
cashed [1]  18/21
CC [1]  30/3
center [1]  83/13
centers [2]  76/10 83/2
CEO [7]  13/19 13/21 14/2 14/14 28/22 29/20
29/22
CEOs [3]  13/4 28/19 28/20
certain [3]  41/10 58/5 83/12
certainly [2]  56/1 75/20
certificate [4]  16/25 22/16 72/22 86/16
Certified [1]  86/18
certify [1]  86/18
cetera [1]  76/14
CFO [5]  50/2 51/13 51/14 52/10 52/23
chair [1]  2/12
chairman [2]  76/6 79/13
chance [2]  46/10 53/7
change [1]  59/16
charged [1]  7/5
charges [1]  7/2
Charles [2]  1/20 1/21
check [10]  36/24 36/25 37/2 37/3 37/11
37/12 37/21 38/6 38/20 39/3
checks [3]  34/23 35/13 36/19
city [2]  2/24 51/19
clear [4]  9/25 11/10 11/18 27/5
Clematis [1]  1/24
client [3]  38/9 49/11 55/16
clients [2]  38/11 38/13
clinical [4]  76/9 80/11 81/10 83/17
clinically [1]  78/12
clip [8]  32/6 38/16 38/17 39/13 56/23 56/25
61/21 61/23
clips [1]  66/2
close [3]  9/22 51/22 52/5
closer [1]  28/8
co [2]  77/25 78/4
co-CTO [2]  77/25 78/4
coming [4]  42/1 53/8 53/22 60/6
commands [1]  30/11
comment [1]  79/6
commercialization [1]  29/5
commission [8]  4/12 4/15 4/16 5/2 5/13 6/4
47/3 75/1
commissions [4]  46/15 47/20 48/8 48/9
committee [1]  49/11
common [1]  46/24
communication [1]  51/6
communications [2]  71/19 75/18
companies [13]  3/8 3/10 3/11 69/8 71/18
78/14 79/16 79/21 80/5 80/7 81/9 81/10
81/17
company [56]
company's [1]  82/25
compensated [4]  20/23 21/1 22/2 26/13
compensation [1]  20/16
completed [1]  84/6
comply [1]  64/13
compounds [3]  78/15 79/15 80/15
computer [1]  68/18
concerned [1]  17/5
concluded [1]  68/10
conference [5]  8/11 12/12 12/13 68/10 77/16
confidential [1]  16/17
confine [1]  67/25

confused [2]  29/11 70/17
confusion [2]  29/14 29/14
connect [1]  10/10
connected [2]  10/4 45/20
connection [2]  11/15 33/3
constantly [1]  27/22
consultant [1]  21/9
consulted [1]  71/15
consulting [6]  3/8 3/9 21/6 71/18 71/24 78/1
contact [9]  4/14 17/20 32/19 32/21 51/3 51/9
57/8 61/12 79/12
contacted [2]  4/11 14/20
contacts [4]  20/21 51/17 83/12 83/15
contains [1]  17/2
contest [1]  64/16
context [1]  31/2
contract [9]  17/21 29/7 29/11 62/13 62/14
62/17 72/24 77/25 78/19
contracts [1]  11/21
contractual [1]  29/12
controlling [1]  30/14
conversation [1]  57/12
convert [1]  19/9
converted [1]  22/18
convey [1]  48/24
conveyed [8]  47/22 49/2 50/17 52/1 52/3
52/23 53/2 55/9
cooperate [1]  6/24
cooperation [2]  7/12 7/14 84/18
copies [2]  16/2 16/5
core [1]  49/10
corporation [1]  4/25
correct [24]  7/25 10/5 10/6 11/22 17/23
34/10 34/11 36/19 39/17 50/5 52/20 52/21
53/18 70/7 70/8 70/10 71/14 72/9 75/1 75/3
75/24 78/20 80/21 86/19
couldn't [1]  42/2
counsel [9]  10/8 13/8 20/14 31/14 51/13
55/18 56/20 66/11 73/3
couple [4]  22/12 51/16 52/19 61/10
course [4]  3/11 8/7 28/3 34/14
court [7]  1/1 1/23 4/19 40/6 47/9 67/6 67/9
courtroom [3]  63/12 63/25 84/22
cover [1]  68/6
covered [1]  68/2
CPE [1]  1/23
CR [1]  1/2
create [4]  58/17 58/20 58/23 59/25
created [4]  59/10 59/12 59/13 59/21
credibility [2]  66/23 67/13
credits [2]  7/12 7/14
crime [2]  6/9 6/12
crimes [1]  6/4
Criminal [1]  1/16
cross [4]  63/7 64/6 64/8 86/5
cross-examination [2]  63/7 64/8
cross-examine [1]  64/6
CRR [2]  1/23 86/24
CTO [3]  77/25 78/3 78/4

**D**

daily [3]  33/23 72/16 84/11
Dairy [1]  1/21
date [8]  20/4 24/23 30/2 37/2 37/3 40/20 55/1
55/2
dated [12]  16/17 24/1 25/22 29/5 30/4 30/25
31/12 35/22 49/9 55/15 65/11 86/21
days [2]  22/12 55/1
DC [2]  1/17 18/7
deal [8]  11/7 11/11 27/7 29/9 35/6 35/8 36/17

42/17
dealings [5]  4/10 8/7 27/6 30/10 62/1
December [4]  32/5 52/15 56/24 61/22
December 18th [3]  32/5 56/24 61/22
decide [2]  7/18 7/22
deducted [1]  56/2
deem [1]  49/18
DEFENDANT [5]  1/7 1/18 4/4 4/10 9/8
Defendant's [2]  86/13 86/14
defense [2]  74/16 74/23
degree [2]  3/4 58/5
delivered [3]  80/20 80/22 80/25
Demetrio [9]  25/12 25/25 26/5 29/7 29/10
29/23 30/3 30/5 84/12
Demetrio's [1]  29/14
demonstrated [3]  84/3 84/5 84/10
demonstrations [1]  51/18
Department [2]  1/16 77/4
deposit [1]  19/11
deposited [2]  18/25 28/11
deposition [3]  66/15 67/16 67/21
designated [1]  21/3
detail [2]  4/7 17/5
determine [1]  25/24
develop [7]  76/9 76/10 78/12 78/13 80/14
82/24 83/8
developed [1]  17/16
developing [2]  81/19 83/3
developments [2]  33/24 33/25
device [7]  16/22 18/6 26/20 83/24 84/3 84/6
84/9
DHL [2]  22/14
didn't [21]  11/10 20/18 27/3 27/6 27/23 31/4
42/18 43/17 43/18 57/21 57/24 57/24 58/14
58/21 59/7 59/8 66/21 67/16 69/14 73/24
74/1
different [3]  67/7 67/9 67/22
dinner [1]  76/3
Diplomat [1]  25/13
direct [6]  2/20 35/24 49/21 55/24 56/14 86/4
directing [2]  29/19 29/22
direction [4]  29/17 41/12 59/11 59/22
directions [2]  28/18 41/9
directly [3]  67/8 69/19 70/6
disagreeing [1]  82/4
disagreement [2]  82/1
disclosure [1]  21/19
discuss [8]  15/1 17/5 43/20 62/1 62/5 63/9
63/14 84/23
discussed [3]  17/2 17/3 83/11
discussing [3]  27/12 43/19 80/19
discussion [5]  42/19 43/24 43/25 50/7 78/9
discussions [4]  23/15 78/8 80/8 83/10
distribution [2]  65/13 66/4
DISTRICT [3]  1/1 1/1 1/13
Diversified [1]  11/8
Division [1]  1/16
Dobieco [4]  30/3 49/9 49/12 55/15
doc [2]  16/18 31/2
doctors [1]  78/13
document [18]  17/4 21/7 22/25 27/17 49/16
73/8 73/10 75/6 80/20 82/2 82/5 82/8 82/11
82/15 82/16 82/20 82/21 83/5
documents [4]  8/3 21/19 27/23 76/23
does [16]  12/9 16/2 16/3 16/20 29/11 29/19
31/15 31/20 46/25 64/24 65/1 68/17 73/11
75/13 76/16 76/18
doesn't [5]  2/12 43/10 43/11 45/7 64/22
doing [13]  3/7 8/25 9/11 31/6 42/24 43/24
56/4 60/11 66/14 70/15 70/25 75/10 80/17

## D

**DOJ [2]**  76/18 76/22
**dollar [2]**  23/13 41/10
**dollars [5]**  9/22 22/8 22/12 24/3 37/24
**don't [44]**
**done [1]**  80/11
**dot [1]**  31/16
**doubt [2]**  30/14 61/19
**down [7]**  42/3 47/11 50/3 50/7 63/13 70/23 78/6
**Dr [14]**  18/6 41/18 42/1 42/3 42/5 50/17 51/6 51/7 51/8 51/20 56/17 59/23 62/20 83/10
**Dr. [4]**  50/9 62/2 62/5 76/6
**Dr. Drakulic [2]**  62/2 62/5
**Dr. Harmison [1]**  50/9
**Dr. Lowell [1]**  76/6
**draft [2]**  16/17 60/22
**drafts [1]**  50/4
**Drakulic [2]**  62/2 62/5
**draw [3]**  33/16 50/8 54/3
**Drive [1]**  1/19
**driver [1]**  45/16
**driving [1]**  62/14
**drug [1]**  80/10
**drugs [3]**  80/10 80/11 81/19
**duration [1]**  76/1
**during [9]**  6/13 8/7 28/14 34/12 34/14 46/22 51/20 63/14 84/24
**duties [2]**  65/15 66/6

## E

**e-mail [26]**  1/25 16/16 17/6 17/18 25/21 25/23 29/4 29/19 30/1 30/24 31/2 31/4 31/11 32/11 49/9 49/19 50/3 51/8 55/15 56/7 58/18 58/24 76/14 77/19 80/25 81/2
**e-mailed [1]**  81/1
**e-mails [2]**  76/15 76/22
**E-Medsoft [4]**  9/16 9/18 9/23 11/7
**E-Trade [1]**  36/24
**each [2]**  24/13 33/16
**earlier [1]**  26/18
**early [5]**  19/21 25/10 58/9 58/12 84/5
**earned [1]**  47/3
**ECG [1]**  17/17
**economics [1]**  3/4
**edits [1]**  49/18
**educate [1]**  83/13
**educational [1]**  3/3
**effect [1]**  58/13
**effort [2]**  12/13 83/16
**eight [3]**  19/3 31/19 61/17
**either [2]**  74/6 83/16
**else [3]**  23/19 68/4 85/1
**emerging [1]**  47/8
**emphasized [2]**  27/22 28/21
**employee [1]**  62/22
**employment [1]**  3/6
**end [4]**  51/23 60/7 60/10 60/18
**ended [2]**  19/21 70/22
**ending [3]**  36/5 46/7 46/22
**engage [2]**  8/18 26/15
**engineer [2]**  14/25 78/5
**enough [3]**  30/8 30/9 75/20
**enter [1]**  6/8
**entered [3]**  15/14 40/5 74/23
**enters [1]**  63/25
**entities [2]**  18/23 22/19
**entitle [1]**  37/9
**entitled [6]**  21/6 46/14 48/7 53/5 55/20 86/20

**entity [13]**  3/12 3/20 4/22 21/3 21/14 21/15 22/20 22/21 26/19 26/25 27/1 65/16 66/7
**entry [7]**  35/24 36/1 40/19 40/23 40/25 53/16 53/17
**envelope [1]**  44/1
**environment [1]**  81/17
**equating [1]**  53/21
**equity [1]**  47/4
**Eric [1]**  39/14
**ESQ [3]**  1/15 1/15 1/20
**establish [2]**  26/19 83/9
**established [4]**  4/25 67/13 83/12 83/15
**establishing [1]**  82/24
**estimates [2]**  52/11 52/22
**et [1]**  76/14
**et cetera [1]**  76/14
**Europe [1]**  50/16
**evaluation [1]**  52/12
**even [5]**  36/10 42/16 42/16 43/10 52/5
**evening [5]**  41/3 42/4 82/15 84/21 85/6
**event [3]**  17/11 56/5 56/6
**events [3]**  53/25 54/4 84/13
**eventually [2]**  4/2 9/16
**ever [26]**  4/11 28/18 34/3 34/19 38/7 44/8 47/21 47/24 48/19 48/24 50/17 52/1 52/3 53/2 55/9 56/17 62/20 62/22 73/8 73/17 81/25 82/4 82/7 82/10 83/25 84/8
**everyone [2]**  23/6 64/2
**everything [1]**  76/21
**evidence [13]**  15/5 15/15 39/23 40/2 40/5 73/5 74/10 74/16 74/17 74/18 74/23 86/8 86/13
**exact [1]**  20/4
**exactly [1]**  64/22
**examination [3]**  2/20 63/7 64/8
**examine [1]**  64/6
**example [1]**  72/21
**Exchange [8]**  4/12 4/15 4/16 5/2 5/13 6/3 9/14 74/25
**excuse [4]**  17/12 56/12 59/16 65/11
**executed [1]**  24/3
**exercise [1]**  54/10
**exhibit [66]**
**exhibit 151 [2]**  60/19 60/20
**exhibit 26 [2]**  21/5 21/6
**exhibit 30 [2]**  22/22 22/25
**exhibit 307 [1]**  28/25
**exhibit 310 [1]**  29/24
**exhibit 312 [3]**  15/25 16/12 16/15
**exhibit 313 [2]**  25/19 25/20
**exhibit 314 [2]**  39/11 39/21
**exhibit 33 [5]**  23/24 23/25 24/7 24/14 24/22
**exhibit 342 [1]**  40/13
**exhibit 353 [1]**  73/7
**exhibit 43 [3]**  27/8 27/9 27/9
**exhibit 49 [2]**  32/23 32/24
**exhibit 50 [2]**  35/17 35/20
**exhibit 52 [2]**  31/9 31/10
**exhibit 53 [4]**  30/22 30/23 31/18 32/8
**exhibit 54 [4]**  74/15 74/16 74/25 75/3
**exhibit 59 [2]**  36/21 36/23
**exhibit 61 [2]**  49/4 49/8
**exhibit 70 [4]**  44/12 44/14 44/15 44/17
**exhibit 73 [4]**  46/2 46/3 46/5 53/4
**exhibit 74 [2]**  54/15 54/18
**exhibit 78 [2]**  55/13 55/14
**exhibit 94 [1]**  59/9
**exhibits [4]**  15/5 15/13 86/8 86/13
**existed [1]**  69/12
**exits [2]**  63/12 84/22

**expects [2]**  47/14 47/18
**expenses [1]**  56/2
**explain [6]**  26/10 30/1 33/15 42/11 43/23 58/11
**exposure [2]**  11/19 12/14
**express [1]**  33/25
**extent [1]**  49/22

## F

**face [2]**  11/13 11/14
**facing [1]**  6/17
**facsimile [1]**  76/14
**facsimiles [1]**  77/3
**fact [4]**  42/5 48/1 58/1 80/9
**facts [3]**  64/16 64/19 67/2
**fail [1]**  8/2
**fair [3]**  11/21 34/8 72/1
**fake [2]**  39/3 57/18
**fall [3]**  45/19 45/22 72/12
**fallout [1]**  80/9
**false [7]**  48/22 50/21 51/10 51/11 56/21 64/24 65/9
**familiar [5]**  3/12 3/20 6/14 44/19 68/13
**February [3]**  29/5 30/4 35/23
**February 21st [1]**  30/4
**February 22nd [1]**  35/23
**February 3rd [1]**  29/5
**feel [1]**  37/21
**feels [2]**  78/10 78/11
**fees [4]**  37/7 38/6 38/7 39/4
**felt [2]**  22/7 72/8
**fertile [2]**  78/12 81/19
**few [6]**  20/19 35/17 55/1 77/9 77/11 77/11
**Fidelity [6]**  17/14 17/15 17/16 26/20 54/9 54/20
**field [1]**  71/11
**Fifty [1]**  74/21
**Fifty-four [1]**  74/21
**fight [2]**  14/1 14/2
**file [2]**  16/17 58/24
**filing [1]**  48/22
**filings [4]**  45/20 57/7 57/8 57/19
**filled [1]**  66/1
**finally [1]**  23/15
**finance [3]**  23/8 54/9 71/1
**Financial [4]**  71/13 71/16 71/17 71/20
**fine [3]**  6/18 33/7 47/9
**finish [3]**  42/2 42/2 56/5
**finished [4]**  82/14 82/16 82/21 84/20
**Fink [5]**  13/20 13/22 13/25 14/1 14/3
**firm [1]**  71/18
**first [21]**  2/15 4/14 6/11 9/8 10/3 33/17 35/20 44/1 45/6 46/21 49/16 51/16 51/19 51/23 52/15 52/17 53/10 58/21 62/4 71/1 72/21
**Fish [1]**  10/20
**fit [2]**  17/4 78/10
**five [3]**  6/18 30/12 51/7
**FL [2]**  1/19 1/22
**Flagler [1]**  1/19
**flew [1]**  25/11
**flip [1]**  24/7
**FLORIDA [6]**  1/1 1/7 1/24 25/11 25/11 25/14
**flown [1]**  76/3
**focus [1]**  76/9
**following [5]**  43/25 49/19 63/16 63/25 66/13
**follows [1]**  50/9
**foolishly [2]**  58/23 60/15
**force [2]**  47/8 62/14
**foregoing [1]**  86/18

**F**

forgot [1]  66/16
form [4]  46/6 48/25 63/10 82/8
formed [2]  69/8 69/11
forward [6]  2/12 2/13 11/4 11/11 12/1 15/23
four [2]  74/21 77/11
Fourth [1]  52/17
Franklin [4]  1/23 86/17 86/23 86/24
frantic [1]  60/6
friends [1]  72/4
front [2]  16/12 46/19
fully [2]  47/4 83/22
function [1]  50/25
fund [2]  12/5 16/21
funds [2]  36/14 41/4
further [5]  76/10 81/18 83/3 83/9 84/14
future [1]  47/3

**G**

G-u-l-a-t-i [1]  4/20
gain [1]  12/14
Garu [3]  18/24 18/24 78/2
gave [10]  18/25 23/22 36/11 36/13 41/3 41/4
  60/25 61/1 67/22 77/13
general [5]  10/8 13/8 18/12 20/14 31/14
generate [1]  42/23
generated [1]  47/18
gentleman [2]  3/23 25/12
gentlemen [3]  2/2 63/8 84/17
gets [1]  29/10
getting [7]  17/9 22/2 29/9 33/12 84/7 84/8
  84/11
give [6]  36/12 39/2 39/4 41/9 56/6 59/1
given [4]  21/2 23/21 48/19 84/7
gives [1]  67/21
giving [2]  30/11 39/10
goes [2]  66/23 66/24
going [24]  4/6 7/18 7/22 11/4 11/11 13/20
  14/7 22/8 32/4 34/3 34/17 35/18 37/19 38/15
  50/18 61/21 62/13 63/20 63/21 67/19 69/22
  71/25 74/18 84/19
goings [1]  61/15
good [6]  2/22 2/23 8/15 64/10 64/11 68/21
got [15]  9/7 10/4 11/9 15/4 18/21 25/23 29/25
  31/1 33/15 34/9 35/6 38/6 42/16 58/12 60/3
government [9]  1/4 1/15 2/6 2/10 7/22 15/13
  40/5 66/2 69/22
Government's [3]  86/8 86/9 86/12
GP [2]  21/4 21/9
gravy [1]  58/4
great [1]  78/10
Greenville [1]  12/21
greeting [1]  50/5
gross [1]  54/9
ground [1]  78/12
group [88]
Group's [2]  52/23 62/1
guaranteed [1]  22/15
guess [1]  67/19
guilty [5]  6/4 6/6 6/12 67/14 67/15
Gulati [14]  4/17 4/18 4/21 4/22 5/4 5/9 27/20
  27/21 31/5 31/6 31/23 38/11 47/21 49/2

**H**

hadn't [1]  58/2
half [2]  28/6 63/21
hand [1]  2/8
handwriting [7]  73/10 73/11 73/14 73/22
  74/5 74/10 74/11

happen [1]  5/15
happened [8]  11/3 13/25 14/2 43/23 57/17
  58/11 59/13 59/14
happens [2]  7/1 7/3
hard [3]  15/19 16/2 16/5
Harmison [21]  18/6 41/18 42/1 42/1 42/3
  42/5 50/9 50/17 50/25 51/6 51/7 51/8 55/25
  56/15 56/17 59/23 60/16 61/6 62/20 76/6
  83/10
Harmison's [1]  51/20
haven't [1]  73/9
having [5]  15/19 16/8 52/22 57/18 69/11
he'll [1]  67/23
he's [4]  49/24 66/24 67/12 68/5
healthcare [20]  44/4 44/8 44/10 44/19 44/21
  44/22 45/4 48/11 54/19 56/3 57/3 57/7 57/7
  58/7 58/18 58/25 59/1 59/24 60/8 61/8
hear [6]  2/4 40/7 58/9 58/22 60/13 60/13
heard [4]  44/8 45/25 58/6 66/2
hearing [1]  15/19
heart [5]  3/17 27/5 72/3 80/12 84/9
hedge [1]  12/5
held [1]  66/13
help [2]  46/8 81/7
here [15]  7/8 7/16 9/8 9/25 16/23 16/23 29/1
  31/21 46/20 52/11 54/3 63/9 65/9 79/7 82/1
hereto [1]  16/25
hidden [1]  11/24
high [1]  72/15
highly [1]  53/13
Hildebrandt [1]  75/16
himself [2]  19/1 19/13
hire [1]  14/14
hired [2]  14/25 75/14
history [1]  3/6
Hollywood [1]  25/13
home [2]  4/16 58/24
Honor [14]  2/6 15/4 16/7 40/1 63/18 64/7
  66/9 67/3 73/2 73/23 74/12 74/20 84/14 85/3
HONORABLE [1]  1/12
hoping [4]  7/9 7/11 58/4 60/17
hospital [1]  54/8
hospital/medical [1]  54/8
hour [1]  63/22
hours [2]  31/18 31/19
House [1]  10/20
hub [1]  83/12
hundred [12]  22/8 22/11 22/16 23/16 24/2
  37/24 73/12 76/13 76/25 77/6 77/14 77/18

**I**

I'd [3]  15/5 39/8 77/13
I'll [5]  29/1 67/9 73/7 74/9 82/20
I'm [12]  19/21 65/21 65/23 67/12 67/16
  70/17 72/23 73/11 74/1 74/2 77/18 82/17
I've [6]  8/3 15/17 25/23 45/25 51/7 73/16
idea [5]  19/14 26/23 26/24 63/20 68/2
identified [1]  51/21
illegal [1]  9/6
impeach [1]  67/23
implement [1]  78/12
implementation [1]  76/9
important [1]  77/22
imprisonment [1]  6/18
Inc [2]  81/8 81/19
Inc.'s [1]  81/16
included [2]  19/19 76/5
including [2]  37/19 37/21
increase [1]  42/8
India [22]  15/3 16/22 17/12 18/5 18/8 22/2

26/20 68/17 75/10 76/7 76/10 78/11 79/12
  79/14 80/15 81/8 81/11 81/16 82/24 83/1
  83/9 83/16
Indian [5]  16/18 17/2 18/9 78/10 81/9
Indian-based [1]  81/9
Indiana [1]  43/11
indicate [2]  33/8 67/16
indicated [5]  26/14 69/23 72/18 78/17 78/19
indicative [1]  39/9
indictment [4]  67/2 67/9 67/18 68/7
indirectly [1]  69/19
individual [1]  75/14
industry [1]  83/15
information [5]  47/22 48/24 49/2 53/2 64/22
initial [3]  19/19 77/8 77/15
initially [2]  19/7 42/13
initiative [7]  17/2 18/10 33/3 50/11 50/12
  51/1 75/10
initiatives [1]  50/16
inquire [1]  42/25
inroads [2]  18/5 22/2
inside [1]  44/3
instead [1]  21/16
institutional [1]  72/14
institutions [1]  12/12
instruction [1]  24/1
instructions [5]  22/17 23/20 23/21 23/22
  24/2
instruments [1]  47/5
intelligently [1]  8/19
intends [1]  51/22
interact [2]  25/6 30/8
interacting [1]  80/5
interaction [4]  25/4 25/5 79/6 79/7
interfaced [1]  76/13
interim [1]  46/22
international [5]  27/10 33/3 50/11 65/13
  66/4
internationally [1]  45/9 52/12 79/17
intra [1]  36/4
intra-Bank [1]  36/4
introduced [5]  3/24 3/25 18/7 25/12 26/11
introduction [2]  4/1 77/15
introductions [1]  81/8
invest [4]  10/21 10/23 12/14 20/7
invested [2]  10/24 70/6
investigated [1]  11/9
investigation [1]  68/3
investing [4]  3/1 3/8 3/9 3/11
investment [3]  10/14 70/18 71/11
investor [2]  12/5 20/15
investors [6]  8/17 12/13 13/3 20/6 20/20 22/1
invoice [1]  33/1
involve [1]  4/2
involved [19]  11/7 11/18 12/10 14/15 19/17
  25/1 25/2 44/24 48/17 48/20 55/10 57/3 68/3
  69/12 69/19 71/10 72/13 79/22 81/10
involvement [1]  72/3
involves [1]  50/15
involving [3]  4/7 12/11 56/18
Irvine [1]  2/25
isn't [7]  61/2 71/3 71/23 73/22 75/1 75/3 77/7
Israel [3]  58/19 58/25 59/5
issuance [2]  46/25 47/2
issuances [2]  33/16 34/17
issue [7]  34/1 42/11 43/20 57/11 60/3 61/8
  84/3
issued [4]  33/9 34/6 46/23 47/4
issues [7]  7/24 42/7 47/8 67/1 67/8 67/17
  68/1

**I**

it's [45]
items [1] 63/10
itself [1] 11/24
Ives [1] 1/21

**J**

January [5] 25/5 25/7 25/10 25/22 33/8
January 18th [1] 33/8
January 2007 [1] 25/10
January 20th [1] 25/22
job [1] 30/6
John [7] 31/11 49/9 49/18 49/21 55/15 55/17 56/20
JPG [1] 31/16
judge [1] 1/13 7/19 7/20
July [3] 19/20 37/3 65/12
July 19th [1] 37/3
July 22nd [1] 65/12
June [2] 24/2 40/18
June 20th [1] 24/2
June 21st [1] 40/18
jurors [4] 15/19 16/8 40/8 63/19
jury [18] 1/11 3/5 12/19 18/14 20/1 21/24 26/10 29/16 31/9 33/15 40/7 40/15 52/19 58/11 60/2 63/12 63/25 84/22
just [33]
justice [6] 1/16 6/7 6/12 7/6 64/19 77/4

**K**

keep [4] 21/18 41/13 49/21 58/4
keeping [1] 41/10
Ken [4] 12/1 12/4 12/5 12/10
KENNETH [1] 1/12
kept [1] 19/1
Keret [2] 59/4 60/25
Kevin [7] 1/15 49/18 49/21 49/23 49/25 50/4 50/5
King's [1] 10/20
knew [7] 17/23 17/24 31/7 42/13 72/5 72/13 78/19
Knights [5] 21/3 21/9 21/12 21/14 69/4
know [33]
knowledge [6] 48/2 56/16 61/14 75/4 79/18 80/1
known [4] 3/12 4/22 10/1 11/8

**L**

L3 [1] 75/18
laboratory [2] 83/25 84/5
ladies [3] 2/2 63/8 84/17
lady [1] 34/7
language [1] 60/23
large [2] 79/15 79/21
largest [3] 13/8 20/15 56/3
last [11] 2/15 3/7 8/5 9/23 24/22 24/23 58/6 58/22 59/24 60/1 60/11
lasted [1] 9/24
late [2] 19/23 25/24
later [3] 60/3 60/4 60/4
launch [3] 82/25 83/2 83/16
law [2] 8/25 79/13
lawnmower [1] 43/11
lawsuit [2] 14/6 14/8
lawyer [3] 51/13 62/11 66/1
leader [1] 81/20
leads [1] 26/14
lean [3] 2/12 2/13 15/23
learn [1] 45/19

learned [2] 57/6 57/18
lease [1] 54/9
least [1] 38/13
leave [1] 63/10
led [1] 42/19
left [2] 39/19 40/20
legal [6] 37/7 37/8 38/6 38/7 38/11 39/3
legitimate [1] 43/15
let [3] 25/19 42/15 83/22
let's [29]
letter [23] 22/16 24/1 30/6 58/18 58/20 58/23 58/25 59/10 59/12 59/13 59/19 59/20 59/21 59/24 60/8 60/11 60/15 60/22 60/23 61/2 61/3 61/4 61/5
level [1] 50/13
lie [5] 5/19 5/21 5/23 66/21 68/6
lied [8] 5/10 5/25 6/13 66/17 66/20 67/12 67/14 68/4
lies [2] 6/3 67/24
line [16] 27/16 30/4 30/25 32/5 32/6 37/6 38/16 38/17 47/13 48/4 49/16 49/20 56/24 56/24 61/22 61/22
line 1 [2] 56/24 61/22
line 10 [1] 61/22
line 12 [1] 56/24
line 21 [1] 38/16
line 4 [1] 38/17
line 7 [1] 32/6
line 8 [1] 32/5
lines [1] 32/5
listing [1] 9/15
little [7] 4/6 9/7 12/1 33/7 42/15 50/3 70/17
live [1] 2/24
located [2] 76/7 79/14
logo [1] 79/20
Londoner [5] 12/2 12/4 12/5 12/17 12/23
long [6] 9/23 10/1 19/2 19/17 63/20 67/16
looked [3] 31/17 32/11 41/8
looking [10] 4/17 5/3 7/9 16/6 29/7 35/21 40/16 41/16 48/11 80/10
Los [3] 5/16 71/19 71/20
losing [1] 33/6
lot [8] 17/3 35/7 37/16 37/17 42/17 58/1 62/19 77/14
low [1] 40/7
Lowell [2] 50/24 76/6
lucrative [1] 35/6
lying [3] 6/17 67/14 68/5

**M**

Magnum [4] 71/13 71/15 71/17 71/20
mail [31]
mailed [1] 81/1
mails [2] 76/15 76/22
main [6] 8/15 32/19 61/12 72/12 76/11 79/12
Mainly [1] 8/11
maintain [1] 78/14
making [1] 81/8
manage [1] 50/25
Managed [2] 69/25 70/6
manager [1] 12/5
managing [1] 51/9
manila [1] 44/1
manufacturer [1] 79/14
manufacturers [1] 80/14
March [5] 16/17 16/19 33/9 35/23 35/25
March 14th [1] 35/25
March 20th [1] 33/9
March 22nd [1] 35/23
March 9 [1] 16/19

March 9th [1] 16/17
Mark [1] 71/5
marked [2] 73/7 74/15
market [18] 10/13 70/9 70/16 70/18 70/22 70/23 71/19 71/24 71/25 72/1 72/4 72/9 72/11 72/12 72/14 72/19 78/10 81/21
marketing [1] 51/17
MARRA [3] 1/2 1/12 7/20
Marvin [2] 13/19 14/3
Maryland [1] 76/4
matter [6] 43/10 43/12 45/7 59/7 59/8 86/20
matters [1] 67/17
May 1 [1] 65/11
May 23rd [2] 23/1 40/18
May 29th [3] 40/19 40/20 40/23
May 7th [2] 30/25 31/12
maybe [2] 67/23 81/5
me [73]
mean [3] 35/1 58/1 67/11
meaning [4] 33/2 70/4 77/11 77/11
mechanics [2] 33/15 33/22
Med [2] 11/8 12/6
medallion [1] 22/15
medical [2] 54/8 83/15
Medsoft [5] 9/16 9/18 9/23 11/7 69/24
Medtech [2] 9/10 9/11
meet [7] 9/8 14/23 15/1 25/11 39/8 42/3 42/5
meeting [36]
meetings [15] 12/16 12/20 19/23 20/2 20/8 20/10 20/18 20/19 20/24 49/22 76/2 76/8 76/8 78/8 78/9
member [2] 53/13
memo [1] 37/6
mention [1] 43/7
mentioned [7] 10/4 13/11 26/17 35/10 36/19 39/16 79/22
Merit [1] 30/11
messages [3] 8/12 8/13 39/19
met [13] 9/12 9/13 20/9 25/11 51/7 65/4 69/24 71/10 71/15 71/20 75/20 76/1 76/4
methods [1] 35/10
Mexico [6] 17/12 26/15 34/13 51/19 52/11 56/3
Mi [1] 41/21
Miami [2] 1/22 25/22
microphone [2] 2/13 15/18
microscopic [1] 29/1
mid [2] 50/14 50/19
might [1] 63/3
million [19] 9/22 17/2 17/10 18/18 18/18 28/5 28/5 28/7 28/8 33/10 34/9 34/19 44/23 44/24 48/20 51/22 51/22 53/11 53/17
million-plus [1] 18/18
mind [4] 30/14 61/19 81/12 83/6
Mine [1] 59/20
minutes [1] 63/8
Mitch [9] 29/15 30/9 31/22 32/22 51/5 56/6 62/10 73/15 74/6
MITCHELL [19] 1/6 1/18 4/4 9/8 16/16 17/19 17/22 25/21 29/4 30/3 30/24 31/11 36/9 36/25 49/15 61/13 61/18 62/16 62/18
moment [1] 67/3
Monday [1] 31/12
monetary [1] 47/6
money [16] 9/18 18/9 23/18 24/4 24/5 35/8 37/16 37/17 38/1 42/17 53/21 58/1 62/19 62/20 62/22 62/25
monitor [1] 17/17
monitoring [3] 16/18 83/2 83/13
month [1] 46/22

**M**

months [3] 19/3 34/9 50/15
morning [1] 84/25
most [3] 61/15 72/20 72/25
move [6] 2/13 2/13 14/17 15/5 40/1 74/9
moved [2] 58/19 58/25
moving [1] 12/1
Mr [130]
Mr. [133]
Mr. Anand [35]
Mr. Ashok [2] 76/6 79/13
Mr. Fink [3] 13/22 13/25 14/1
Mr. Gulati [7] 4/21 4/22 31/5 31/6 38/11 47/21 49/2
Mr. Harmison [1] 42/1
Mr. Hildebrandt [1] 75/16
Mr. Londoner [2] 12/17 12/23
Mr. Nevdahl [3] 22/15 23/18 23/23
Mr. Sharma [1] 81/7
Mr. Silvestre [2] 4/1 10/10
Mr. Singh [31]
Mr. Singh's [3] 79/6 79/8 79/12
Mr. Sodi [12] 25/18 26/8 26/11 26/12 26/14 26/16 27/2 28/17 28/19 33/24 45/23 45/23
Mr. Stein [19] 4/2 8/8 8/24 12/21 14/20 15/1 25/18 26/11 30/12 31/4 31/7 37/8 41/18 50/4 50/21 57/2 63/3 66/14 82/14
Mr. Stein's [1] 13/6
Mr. Wilk [1] 23/23
Mr. Woodbury [9] 31/13 31/14 31/15 31/20 50/4 50/21 50/24 52/9 56/8
Mr.Stein [1] 33/23
Ms. [18] 13/20 14/11 14/14 17/23 19/20 20/3 20/9 20/11 30/13 65/12 66/1 75/15 77/8 78/23 79/4 81/1 82/3 82/7
Ms. Bunes [16] 13/20 14/11 14/14 17/23 19/20 20/3 20/9 20/11 30/13 75/15 77/8 78/23 79/4 81/1 82/3 82/7
Ms. Nonaka [2] 65/12 66/1
much [14] 9/21 10/23 15/23 18/16 19/4 24/12 24/16 24/18 34/14 37/20 37/21 48/15 51/6 53/21
Muhlendorf [2] 1/15 86/4
Mumbai [2] 76/7 79/14
myself [13] 12/21 12/23 16/16 17/19 18/4 20/3 24/1 25/18 33/24 37/16 72/4 77/8 77/10

**N**

name [34]
named [1] 71/13
names [3] 2/15 3/14 44/3
nature [4] 13/13 13/18 13/19 34/23
need [10] 15/17 29/11 35/8 46/18 60/7 66/20 66/25 68/6 83/1 85/1
needed [1] 7/12
negotiated [2] 23/13 62/17
net [1] 72/15
Networks [5] 65/14 66/5 68/14 68/16 69/4
Nevdahl [4] 22/15 23/18 23/23 71/5
never [3] 60/13 60/13 72/22
new [13] 1/17 11/11 12/22 12/24 13/2 13/21 19/24 20/2 20/9 20/17 20/21 27/7 83/13
Newport [1] 77/9
next [9] 2/4 25/4 25/5 34/1 47/13 47/19 48/4 53/16 60/2
nice [1] 84/21
nine [1] 46/22
no [103]
Nonaka [2] 65/12 66/1

nonforfeitable [1] 47/4
North [2] 1/19 50/15
Northwest [1] 1/17
Nos [1] 15/13
notebook [6] 16/4 21/5 35/18 44/13 49/5 54/15
nothing [3] 30/4 68/4 84/14
notify [1] 25/25
Notwithstanding [1] 47/5
November [1] 52/14
number [14] 12/11 15/2 18/4 23/14 26/13 26/14 33/23 36/10 50/10 54/12 54/23 77/13 79/15 80/8
number 1 [1] 50/10
numerous [2] 64/13 83/15

**O**

o'clock [2] 82/17 84/20
oath [4] 5/13 32/2 38/22 64/4
object [1] 66/9
objection [10] 13/14 15/9 15/10 15/12 40/3 40/4 67/10 74/19 74/22 79/2
obligation [1] 47/6
obligations [2] 6/20 6/22
obstructed [1] 64/19
obstruction [4] 6/7 6/12 7/5 67/15
obtain [1] 30/19
obtaining [1] 9/14
occur [1] 33/24
occurred [2] 14/6 14/8
October [6] 24/24 38/16 54/7 55/3 55/5 55/16
October 12th [1] 24/24
October 16th [1] 55/16
October 18th [1] 38/16
October 4th [3] 54/7 55/3 55/5
off [4] 21/18 60/16 69/22 85/5
office [2] 4/16 71/20
officer [2] 62/13 77/22
officers [1] 11/22
Official [1] 1/23
officials [1] 4/11
offset [2] 47/20 48/8
okay [53]
old [1] 13/19
onboard [1] 42/1
once [3] 28/11 30/13 48/6
one [41]
only [8] 12/24 42/18 51/7 52/20 61/10 62/11 62/25 67/16
operate [1] 27/3
operated [1] 27/3
operations [2] 28/17 51/17
opinions [1] 63/10
opportunities [2] 65/14 66/5
opportunity [3] 81/16 82/23 84/8
opposed [1] 68/1
option [6] 16/18 16/21 16/25 17/9 17/11 21/2
options [1] 17/3
order [19] 44/4 44/18 44/22 44/23 45/1 45/5 48/10 48/11 48/13 53/20 54/7 54/19 55/7 55/7 55/20 55/24 56/10 56/18 60/9
orderly [1] 72/1
orders [7] 43/20 43/24 44/3 44/6 48/6 53/6 60/17
organization [1] 54/8
original [2] 20/10 22/12
originally [2] 10/13 22/7
our [7] 16/21 22/12 27/6 52/12 63/24 78/8 78/9

outlined [1] 78/25
outset [1] 39/16
outside [2] 45/14 51/13
over [8] 28/3 33/10 47/19 58/23 60/7 76/3 76/14 77/19
Overruled [1] 73/25
overseas [1] 80/11
overwhelmed [1] 51/1
own [3] 11/21 21/16 69/17

**P**

P.A [1] 1/21
p.m [3] 63/15 63/15 85/6
package [5] 22/14 39/9 39/9 40/11 40/21
page [23] 24/8 24/10 24/22 24/22 27/14 31/3 32/5 32/6 35/19 38/16 40/13 46/13 52/8 53/5 53/24 55/19 56/24 59/9 60/19 60/20 61/22 65/11 65/19
page 15 [1] 27/14
page 16 [1] 46/13
page 2 [3] 24/8 60/19 60/20
page 22 [1] 53/5
page 3 [2] 24/10 59/9
page 337 [1] 38/16
page 344 [1] 32/5
page 345 [1] 32/6
page 352 [1] 61/22
page 370 [1] 56/24
page 45 [1] 53/24
Page 72 [1] 65/19
Page 73 [1] 65/11
pages [3] 24/7 24/13 46/14
paid [14] 18/9 18/24 19/6 19/8 29/9 35/10 37/22 47/20 53/13 72/18 72/23 84/7 84/8 84/11
Palm [3] 1/7 1/19 1/24
Pam [12] 13/10 13/11 13/16 25/23 28/22 28/23 29/7 30/7 30/8 42/2 49/21 75/15
Pam's [1] 30/5
Pamela [4] 12/21 25/21 28/22 29/4
paragraph [14] 50/23 51/15 55/20 76/12 78/9 78/25 79/11 79/12 79/22 80/17 80/19 81/6 81/15 82/23
paragraph 2 [1] 51/15
paragraph 3 [1] 78/9 78/25
paragraph 4 [4] 79/11 79/12 80/17 80/19
paragraph 5 [1] 81/6
paragraph 6 [1] 81/15
Paragraph 7 [1] 82/23
paragraphs [1] 75/25
paragraphs 1 [1] 75/25
parentheses [1] 81/7
partners [1] 84/11
parts [2] 64/23 64/23
past [1] 27/6
patients' [1] 17/17
pay [9] 8/2 23/9 23/11 34/22 35/3 35/11 35/13 35/15 37/18
paying [1] 36/15
payment [1] 39/7
payments [4] 37/19 39/1 39/4 41/8
penalty [1] 6/17
Pending [1] 53/5
people [12] 8/17 11/9 18/5 18/8 72/5 72/14 72/14 72/15 72/15 78/23 79/1 80/14
percent [1] 73/12
perfect [1] 17/4
perform [3] 17/25 18/3 42/18
performed [1] 37/8
period [6] 18/16 28/15 34/12 40/18 46/22

**P**

period... [1]  53/22
perjury [1]  7/5
person [8]  17/20 61/15 62/4 62/5 62/8 62/25
77/22 80/25
personally [1]  71/5
pertain [1]  67/1
pertaining [1]  67/8
pharmaceutical [7]  78/14 79/16 79/21 80/5
80/7 81/9 81/17
pharmaceuticals [1]  81/11
phone [7]  5/5 5/8 22/12 57/12 60/6 76/14
77/19
phonetic [1]  79/25
phony [3]  58/14 58/14 58/17
Piace [1]  41/21
Pickard [1]  49/25
place [2]  59/6 76/2
places [1]  59/5
plan [2]  76/9 78/12
platform [4]  78/14 81/20 82/25 83/3
play [7]  32/4 32/4 38/15 39/14 39/21 56/23
61/21
played [6]  32/7 38/18 39/22 39/25 61/24 66/2
plea [9]  6/8 6/14 6/19 7/3 7/6 65/8 66/24 67/7
76/22
plead [3]  6/4 6/6 6/12
please [34]
pled [2]  67/14 67/15
plus [1]  18/18
point [15]  13/2 14/23 17/10 17/11 20/5 20/6
30/15 43/18 43/18 57/25 67/11
Poly [1]  3/4
Pomona [1]  3/4
portion [1]  16/24
positions [3]  78/20 78/22 78/25
possibility [1]  22/10
possible [2]  49/22 73/17
possibly [5]  12/14 15/3 18/5 28/9 73/11
potential [3]  8/17 20/19 81/7
potentially [4]  16/21 26/15 26/20 83/20
power [1]  22/15
predicated [1]  83/24
preexisting [2]  75/15 75/21
preliminary [1]  83/10
prepaid [3]  46/14 48/8 56/2
presence [1]  26/4
present [1]  12/16
presented [1]  45/4
president [1]  79/13
press [1]  71/19
Pretty [1]  9/22
previously [1]  75/18
price [7]  22/11 23/13 23/14 23/15 54/21
70/22 70/23
print [1]  29/1
prior [1]  11/7 53/7
private [3]  21/22 23/4 24/15
privileged [2]  49/11 55/16
Pro [1]  1/18
probably [2]  30/13 55/25
problems [1]  16/8
proceed [2]  2/19 68/8
proceedings [5]  1/11 63/16 64/1 66/13 86/19
proceeds [4]  18/25 19/1 19/13 54/9
produce [4]  75/9 76/22 76/23 77/3
produced [10]  59/19 60/24 61/2 61/3 61/4
74/25 75/5 75/8 75/11 76/21
product [9]  15/3 17/16 26/15 45/9 76/11

78/11 78/13 83/2 83/16
product/sales [1]  78/11
products [4]  34/12 42/22 43/9 80/16
project [3]  27/7 76/1 76/12
proof [1]  56/4
proper [1]  66/10
prospective [3]  17/1 18/5 18/8
prospectively [1]  16/22
provisions [2]  64/13 64/14
public [15]  3/8 3/9 3/11 11/13 11/14 11/15
11/19 21/18 27/7 27/23 45/20 48/22 57/8
57/19 71/18
pull [3]  15/22 49/4 54/15
pulled [1]  44/1
purchase [24]  43/20 43/24 44/3 44/4 44/6
44/18 44/22 44/23 45/1 45/5 48/5 48/10
48/11 48/13 53/5 53/20 54/7 54/10 54/19
55/7 55/7 70/20 71/23 72/8
purchased [2]  21/21 24/6
purchasing [1]  54/8
purpose [5]  8/15 14/13 41/24 50/13 80/4
purposes [1]  67/13
pursuant [2]  51/17 71/24
pushed [3]  45/10 58/21 60/10
pushing [1]  45/12
put [8]  4/22 12/11 12/12 17/4 32/25 33/4
60/7 60/15

**Q**

QSB [1]  46/6
quarter [7]  46/6 51/23 52/15 52/16 52/16
52/17 52/18
question [10]  42/19 57/2 62/11 65/25 66/1
67/21 68/21 78/24 82/18 83/22
questioned [1]  65/12
questions [3]  61/10 63/3 67/25
quiet [1]  51/19
quite [1]  39/14

**R**

raise [2]  2/8 42/7
Rajiv [6]  14/18 14/21 14/24 75/9 75/14 76/2
Rambaxi [2]  79/25 80/3
Raul [4]  3/23 10/5 10/7 69/25
reached [1]  18/4
read [15]  16/24 29/3 46/21 47/16 49/16
51/15 51/16 52/10 53/7 54/5 55/23 75/25
78/7 81/6 81/15
reading [1]  65/18
reads [2]  25/23 30/5
ready [2]  8/4 63/17
real [4]  43/4 43/6 45/6 45/7
realize [1]  42/23
really [5]  15/17 31/24 42/18 43/11 64/22
Realtime [1]  78/24
reason [2]  48/19 72/7
reasons [1]  72/13
recall [20]  30/19 48/10 48/13 52/4 68/22 70/1
71/6 71/7 73/16 73/18 73/19 74/2 77/5 80/2
80/2 80/8 81/4 82/6 82/9 82/12
receive [2]  20/16 28/1 28/4 34/1 48/7
received [13]  18/15 18/18 19/11 22/14 28/5
28/10 33/2 33/2 33/5 45/22 48/5 54/7 62/25
recently [1]  73/9
recess [5]  63/14 63/15 82/15 84/24 85/6
recite [1]  79/24
recognize [4]  3/17 44/14 46/3 60/20
Recom [19]  3/18 10/8 10/9 10/14 10/21
11/12 12/6 12/10 13/21 14/14 14/25 17/16
20/7 20/15 27/5 69/25 70/6 70/18 72/3

Recom's [1]  15/3
reconnection [2]  10/25 11/3
record [8]  8/14 9/6 68/12 75/25 76/25 78/7
85/5 86/19
recorded [2]  8/12 47/6
recordings [5]  8/8 8/10 8/20 8/24 39/17
redact [1]  74/9
reduce [3]  7/12 7/14 23/14
reduced [1]  23/15
Reed [5]  22/21 23/1 24/3 69/10 71/3
refer [1]  8/18
referral [2]  55/24 56/14
referring [1]  40/10
refers [1]  18/1
reflecting [1]  36/3
regard [2]  82/8 82/10
regarding [12]  25/6 25/22 26/7 28/17 28/19
29/5 32/12 43/25 62/14 71/25 72/1 80/9
Registered [2]  86/17
reimbursement [1]  47/6
reintroduced [3]  3/22 3/24 70/2
relate [2]  12/9 16/20
related [6]  5/25 22/3 24/15 36/17 68/7 69/9
relates [1]  68/1
relating [3]  17/21 26/1 42/8
relation [4]  4/10 6/8 9/23 32/2
relationship [8]  19/21 27/4 27/24 28/3 30/15
34/14 75/15 75/21
relative [1]  17/1
releases [1]  71/19
relevant [1]  67/17
remember [14]  10/17 20/3 52/20 54/12 59/3
64/17 70/3 70/23 73/12 73/18 79/21 83/4
83/5 84/19
remembered [1]  50/12
remote [2]  68/17 68/25
rep [2]  22/16 31/1
repeat [2]  65/25 78/24
replace [1]  13/20
report [1]  79/8
reported [1]  79/4
reporter [6]  1/23 1/23 4/19 47/10 86/17
86/18
reporting [1]  57/19
represent [2]  24/13 47/4
representation [1]  27/10
representative [1]  12/25
request [4]  68/24 69/9 75/5 75/6
require [1]  78/15
required [1]  65/7
requires [1]  76/23
research [2]  78/14 81/18
residence [1]  76/4
Resource [5]  65/14 66/5 68/13 68/16 69/4
respect [1]  48/6
respond [3]  45/5 45/12 81/25
responded [1]  45/6
response [5]  49/11 82/4 82/6 82/7 82/10
responsibilities [4]  65/15 66/6 72/5 79/8
responsibility [1]  72/7
restaurant [1]  42/7
restricted [1]  21/2
result [3]  6/3 11/13 14/2
retail [1]  72/15
return [1]  5/5
returned [2]  5/7 28/6
revenue [2]  42/9 42/23
revolving [1]  15/2
right [35]
rights [1]  54/10

**R**

Ritz [1] 76/5
RMR [2] 1/23 86/24
Road [1] 1/21
role [5] 13/6 20/12 50/1 67/1 80/5
rolling [1] 58/4
rough [1] 37/21
roughly [3] 25/4 33/19 33/20
Ruben [3] 45/13 45/15 45/16
run [1] 24/14

**S**

S-a-m-e-e-r [1] 4/20
sale [12] 21/22 23/4 24/6 39/2 48/17 48/20
 52/20 53/10 53/14 55/11 57/3 63/1
sales [35]
same [10] 3/18 14/9 18/7 23/1 40/20 54/23
 60/3 60/16 67/20 81/2
Sameer [7] 4/17 4/18 5/4 5/9 27/20 27/21
 31/23
Sameer's [1] 31/21
saw [3] 38/20 39/3 53/20
say [9] 3/24 7/15 17/13 30/9 34/6 34/24
 46/25 47/11 65/4
saying [12] 16/23 45/6 45/11 58/25 60/5 60/6
 67/6 73/21 74/1 74/2 74/18 83/4
says [8] 16/23 21/9 31/2 37/7 45/25 54/5 74/6
 82/23
scan [2] 31/3 31/16
scared [2] 57/22 57/23
screen [3] 16/9 46/18 46/19
Se [1] 1/18
seated [2] 2/3 2/11 64/3
seats [1] 63/11
SEC [33]
second [11] 12/22 35/19 37/20 40/13 45/8
 49/20 51/12 52/8 52/16 55/7 55/19
section [4] 46/14 53/5 54/1 54/3
securities [8] 4/12 4/14 4/16 5/2 5/12 6/3
 51/13 74/25
seeing [3] 73/18 74/2 82/6
seen [3] 73/8 73/9 73/17
sell [5] 19/12 19/14 22/9 34/12 34/15
selling [6] 15/3 16/22 18/6 28/14 45/9 70/22
send [18] 19/12 22/17 23/18 23/19 31/15
 34/2 38/7 44/5 49/18 50/4 58/18 59/21 62/20
 62/22 73/14 73/24 74/1 83/1
sending [2] 62/19 73/19
sense [2] 43/13 45/10
sent [7] 23/20 58/25 59/23 60/15 61/6 82/2
 82/3
sentence [5] 7/14 7/18 7/22 46/21 78/6
sentences [1] 51/16
September [8] 46/8 46/9 46/23 48/4 48/5
 52/14 53/11 53/16
September 14th [1] 53/11
September 2007 [1] 52/14
September 24 [1] 53/16
September 30th [5] 46/8 46/9 46/23 48/4
 48/5
series [1] 20/2
services [4] 17/25 18/3 22/5 37/8
SES [2] 69/6 69/7
set [11] 20/19 21/14 21/15 68/18 68/23 68/24
 69/14 69/17 83/1 83/2 83/13
setting [1] 20/24
seven [3] 19/3 30/12 61/17
several [2] 50/15 77/11
SFranklinUSDC [1] 1/25

SG [1] 31/16
shall [1] 17/5
shape [2] 48/25 82/8
share [3] 22/16 33/16 34/17
shareholder [1] 13/9
shares [61]
Sharma [3] 76/6 79/13 81/7
sheet [1] 47/7
ship [3] 42/22 43/8 43/11
shipments [1] 43/19
shipping [1] 43/1
shop [1] 43/11
short [3] 50/14 50/19 63/6
should [4] 16/4 28/21 42/3 67/25
shouldn't [1] 11/18
show [3] 25/19 73/7 74/15
shown [2] 44/18 73/3
shows [2] 34/8 84/9
sic [2] 9/13 40/20
sidebar [2] 66/13 68/10
Siemens [1] 30/6
sign [2] 30/7 31/2
signal [1] 78/15
Signalife [108]
Signalife's [8] 32/21 42/8 48/22 57/7 76/11
 78/11 78/13 80/16
signature [7] 27/16 30/5 30/20 30/20 31/3
 31/5 31/21
signed [3] 11/21 27/16 37/1
significant [1] 77/20
Silve [99]
Silvestre [6] 3/23 4/1 10/5 10/7 10/10 69/25
similar [3] 59/19 60/23 61/4
since [2] 72/2 82/14
Singh [36]
Singh's [3] 79/6 79/8 79/12
sir [7] 2/8 2/12 2/18 15/22 63/13 64/4 84/23
sit [1] 65/9
sitting [1] 9/25
six [1] 30/12
size [2] 29/25 65/1
slowly [1] 47/10
smaller [4] 55/7 55/20 55/24 56/10
Sodi [16] 25/13 25/18 26/5 26/8 26/11 26/12
 26/14 26/16 27/2 28/17 28/19 30/3 33/24
 45/23 45/23 84/12
sold [9] 17/12 23/12 23/12 28/13 34/13 42/18
 72/19 72/22 73/6
somebody [2] 9/6 44/5
somehow [3] 10/10 45/20 55/10
someone [2] 10/5 34/1
something [8] 14/6 44/2 58/12 68/1 68/4 68/6
 68/6 75/4
sometime [5] 19/23 21/25 32/25 60/3 60/5
sometimes [2] 29/11 33/24
somewhere [3] 19/5 23/19 58/17
sorry [1] 65/21
sort [9] 3/6 6/17 9/11 17/20 18/3 25/4 29/16
 40/7 47/24
sorts [1] 10/25
sound [2] 43/5 43/15
sounded [1] 43/5
source [5] 24/5 24/20 36/14 38/1 41/4
South [1] 50/16
SOUTHERN [1] 1/1
space [2] 81/18 82/25
span [1] 33/18
spark [1] 41/5
speak [10] 2/14 7/13 8/17 8/19 14/7 15/18
 33/6 33/23 47/10 55/4

speaking [3] 5/12 8/16 51/1
specifically [1] 35/8
speculating [1] 77/13
spell [2] 2/15 4/18
spelled [2] 2/16 4/20
spoke [7] 12/10 29/13 30/12 30/13 61/17
 62/4 72/10
spoken [2] 51/7 76/13
spoken/interfaced [1] 76/13
spotlight [1] 27/7
spring [2] 21/21 37/22
spring-summer [1] 37/22
staff [1] 83/13
stands [1] 26/23
Starbucks [1] 58/17
start [4] 49/6 50/9 70/15 70/25
started [2] 10/3 69/22
starting [4] 47/13 48/4 54/5 71/10
Starts [1] 50/4
state [1] 2/24
stated [1] 42/22
statement [11] 35/22 35/25 40/17 48/1 48/22
 51/10 51/24 78/16 79/18 81/12 81/22
statements [2] 65/8 82/1
states [7] 1/1 1/3 1/3 2/5 29/6 64/12 85/2
stating [7] 58/12 58/18 60/8 60/16 78/20
 78/22 78/25
status [1] 81/25
STEIN [162]
Stein's [9] 13/6 20/12 24/25 36/9 38/9 38/11
 45/16 59/10 59/22
step [2] 4/24 63/13
Stephen [4] 1/23 86/17 86/23 86/24
Stieglitz [1] 1/15
still [5] 22/1 22/1 22/1 64/4 72/22
stipulate [1] 73/4
stipulated [1] 74/15
stock [25] 9/14 10/13 18/15 18/24 18/25 19/6
 19/8 21/3 22/4 22/5 22/6 22/8 22/15 24/6
 36/16 36/17 38/3 38/4 39/3 41/6 72/1 72/11
 72/12 72/16 72/18
Stop [1] 29/8
straight [1] 84/19
straighten [1] 29/10
strategy [3] 76/8 80/6 83/6
strategy-based [1] 76/8
Street [1] 1/24
stress [1] 30/8
strong [1] 81/16
structure [1] 29/13
subject [7] 16/16 25/22 30/4 30/25 30/25
 49/10 55/16
submit [1] 44/6
submitted [1] 8/3
subsequent [6] 10/14 24/25 42/19 51/21
 53/25 54/4
substance [1] 8/6
such [2] 53/14 58/20
sufficient [1] 47/19
suggested [6] 15/1 26/15 42/14 44/1 67/20
 80/13
Suite [1] 1/21
summary [1] 3/5
summer [4] 14/17 21/21 37/22 41/17
support [3] 50/13 72/4 72/15
supports [1] 50/12
supposed [2] 28/20 56/2
sure [2] 67/12 73/12
suspicion [1] 41/15
sustains [1] 67/10

## S

sworn [1]  2/10
synergies [1]  76/10
system [1]  56/3
Systems [2]  70/1 70/6

## T

take [12]  4/24 34/22 34/24 35/2 35/9 36/13
38/1 44/2 63/6 63/8 63/21 76/2
taken [4]  1/11 63/15 65/12 85/6
taking [2]  35/4 37/22
talk [10]  5/3 9/7 13/10 28/20 28/21 28/22
29/10 29/23 47/16 85/1
talked [4]  53/17 56/17 62/19 80/4
talking [17]  3/17 10/3 14/10 17/6 21/7 22/1
23/2 24/12 26/1 28/19 29/8 49/24 54/23
58/16 72/23 77/18 77/18
talks [2]  45/1 53/10
tape [3]  9/6 39/17 76/25
tape-record [2]  9/6 76/25
tapes [2]  8/19 8/22
task [1]  47/8
tax [1]  7/24
taxes [1]  8/2
team [3]  53/14 82/24 83/1
Technologies [3]  18/24 18/24 78/2
technology [3]  8/16 15/2 83/12
tell [23]  2/14 3/5 5/7 5/17 6/23 7/1 8/22 11/3
11/6 12/19 18/14 20/1 21/24 31/9 31/20 34/3
41/14 57/10 60/2 61/8 61/15 62/8 65/8
telling [2]  16/19 62/6
tells [2]  62/4 62/11
term [2]  39/6 50/19
terminated [3]  13/20 13/23 14/4
terms [6]  6/14 6/19 7/6 17/25 18/9 50/14
test [1]  78/13
testified [8]  5/17 32/1 32/13 38/22 46/11
64/20 66/17 70/21
testify [2]  5/13 53/8
testifying [1]  7/8
testimony [14]  1/10 6/13 63/14 64/23 66/10
66/25 67/23 70/1 70/13 70/23 79/9 80/18
84/24 86/3
testing [6]  76/10 80/11 80/16 81/10 81/18
83/17
Texas [4]  44/5 44/5 44/6 45/8
thank [13]  2/18 15/23 29/15 30/13 63/11
64/7 68/9 82/13 84/15 84/16 84/18 84/21
84/25
thanks [2]  31/3 31/21
that's [27]  21/11 32/6 33/7 34/11 36/4 41/16
44/14 45/24 45/25 47/9 51/11 52/21 53/17
57/16 57/17 60/12 68/7 68/21 69/21 70/2
70/3 70/8 71/15 73/21 75/24 80/17 80/19
there's [6]  22/5 30/25 46/14 52/8 55/20 62/12
They'll [1]  15/11
they're [2]  8/3 47/6
thing [9]  5/21 29/20 45/6 45/8 47/13 47/24
51/12 52/9 60/16
things [12]  5/21 5/22 5/25 5/25 15/2 34/23
60/6 72/2 72/10 72/16 80/13 83/24
think [16]  10/3 14/7 15/18 15/19 19/6 19/21
22/25 33/6 34/18 35/10 39/13 45/1 46/13
67/11 67/25 73/16
third [3]  52/9 52/16 78/6
those [27]  6/3 7/15 8/19 8/20 8/22 15/9 18/7
18/21 22/17 23/22 24/15 33/21 33/25 34/24
35/17 38/4 39/19 52/22 52/23 64/14 64/19
76/15 77/3 77/20 78/22 80/14 84/13

thought [3]  16/10 17/3 60/10
thousand [5]  22/11 22/17 23/16 24/2 37/24
three [8]  20/8 24/13 33/17 33/18 33/18 34/8
47/19 77/11
threshold [1]  41/10
through [22]  3/22 9/10 16/9 18/23 24/7
24/14 35/7 35/23 46/10 51/1 64/22 65/14
66/5 66/15 67/8 67/19 69/22 69/23 69/25
72/4 78/2 84/19
Throughout [3]  61/11 76/1 76/12
thrown [1]  7/4
THS [7]  23/8 23/20 24/3 24/4 24/8 24/16
25/1
Thus [1]  50/24
timeframe [2]  4/8 70/13
times [11]  12/11 30/12 33/23 51/7 52/19
61/17 72/11 76/2 78/19 76/14 76/25
today [9]  7/8 7/16 25/24 46/11 53/8 65/9
66/25 76/15 84/14
together [4]  33/1 33/4 60/7 60/15
told [13]  5/9 13/8 26/12 40/10 41/25 42/11
42/16 45/23 47/24 52/19 57/13 59/17 67/24
tomorrow [3]  74/10 84/18 84/24
too [3]  4/18 46/19 84/5
top [4]  49/6 73/10 73/22 74/5
topic [1]  8/5
total [2]  19/5 46/24
towards [2]  2/14 15/22
Tracey [2]  22/7 22/7
Tracy [1]  34/7
Trade [1]  36/24
train [1]  58/4
transaction [3]  24/23 24/25 37/17
transactions [1]  11/19
transcript [4]  1/10 65/1 65/11 86/19
transfer [3]  22/18 23/1 36/4
transferred [1]  71/5
transfers [4]  34/23 35/11 39/2 41/13
treadmills [1]  84/10
TRIAL [1]  1/11
trip [3]  20/17 51/19 51/20
Tronics [2]  3/17 27/5 72/3
trouble [1]  11/9
true [24]  37/13 38/22 46/1 46/1 48/1 51/9
51/24 52/23 56/8 57/4 57/16 64/23 65/9 71/3
71/23 75/3 75/12 75/13 79/18 81/12 81/22
83/6 83/18 83/20
trust [8]  23/8 23/20 24/3 24/4 24/8 24/16
25/1 70/20
truth [5]  5/17 6/23 7/1 62/6 62/8
truthful [5]  32/13 65/4 65/24 66/25 78/16
truthfully [1]  65/7
try [2]  15/17 68/8
trying [3]  8/18 22/1 82/17
tune [1]  38/13
turn [3]  29/14 40/13 46/13
twice [1]  30/13
two [9]  12/20 22/12 23/13 24/13 44/3 46/14
46/24 77/19 80/15
two-dollar [1]  23/13
type [2]  47/22 52/5
types [1]  8/10
typical [2]  29/17 30/10

## U

U.S [2]  1/16 79/16
U.S. [1]  81/9
U.S.-based [1]  81/9
UBS [1]  24/1
ultimately [4]  5/12 7/18 20/23 23/9

under [23]  5/13 6/19 7/6 17/25 18/9 19/4
21/3 23/13 26/16 27/2 27/25 32/1 38/22
41/13 53/24 64/4 65/7 71/23 72/8 72/24
76/22 77/25 78/19
understand [5]  13/6 16/8 35/1 67/6 68/9
understanding [13]  6/11 8/25 9/5 13/22 19/9
24/16 31/4 36/6 41/14 43/3 49/12 49/23 79/5
understands [2]  29/16 40/15
understood [8]  20/12 20/14 23/4 33/22 41/24
78/1 78/5 78/22
undertook [1]  23/5
unequivocally [1]  73/21
unit [3]  34/13 34/16 42/18
UNITED [6]  1/1 1/3 1/13 12/5 64/12 85/2
units [8]  17/12 17/13 17/13 17/14 45/2 45/2
54/9 54/20
units-worth [1]  45/2
until [1]  33/9
update [2]  75/9 81/25
upon [5]  15/5 41/3 52/12 78/8 78/9
us [9]  2/14 2/15 15/18 28/21 34/2 45/10
57/14 79/24 80/23
used [3]  22/21 27/20 38/1
using [1]  21/16
usually [2]  62/12 76/3

## V

value [1]  71/7
valued [1]  46/24
values [1]  41/10
various [3]  3/9 79/15 81/10
venture [1]  83/9
very [6]  8/15 15/18 35/6 39/16 63/6 81/16
vested [1]  47/4
via [3]  22/14 76/14 77/19
view [2]  29/12 30/15
viewing [1]  16/8
violated [2]  8/25 66/24
Virginia [2]  76/5 76/5
visited [1]  83/25
voice [5]  8/12 8/13 39/19 40/20 66/2
voice-mail [3]  8/12 8/13 40/20

## W

waffle [1]  83/21
Wait [1]  70/17
waiting [1]  45/14
walk [1]  43/17
want [15]  11/10 14/23 21/16 27/6 27/23
33/16 45/11 45/13 47/13 49/6 50/8 53/5 54/3
67/8 72/12
wanted [5]  8/17 21/18 37/17 39/6 80/12
warehouse [10]  42/14 42/20 42/23 43/1 43/7
43/8 43/9 43/10 43/20 43/25
Washington [1]  1/17
wasn't [8]  11/24 22/2 22/8 59/20 77/6 77/19
83/18 84/6
waves [1]  17/17
ways [1]  42/8
we'd [1]  40/1
we'll [4]  47/16 68/8 84/20 84/24
we're [19]  3/17 4/6 9/25 16/6 23/2 26/1 32/4
33/6 35/18 35/20 37/19 38/15 40/16 41/16
61/21 67/19 68/12 82/16 84/19
we've [5]  15/4 26/17 38/6 53/17 62/19
week [3]  30/13 56/3 84/20
weeks [2]  33/18 33/19
Welcome [2]  2/2 64/2
well [31]
went [6]  19/3 20/9 20/17 66/14 68/3 70/23

# W

weren't [2]  57/14 57/16
West [3]  1/7 1/19 1/24
Weston [1]  25/13
what's [12]  3/3 9/5 24/23 33/21 37/2 37/6
 40/25 54/21 55/2 68/3 73/7 74/15
whatsoever [2]  29/7 55/6
whenever [2]  39/8 62/11
where [18]  2/24 5/15 10/17 10/19 12/16
 22/10 23/7 23/12 41/20 43/7 43/9 43/10
 50/23 54/5 65/18 71/15 71/24 76/15
whether [11]  8/25 25/24 28/19 42/25 43/3
 65/8 66/24 69/1 72/4 72/14 75/20
while [1]  34/17
White [2]  1/20 1/21
who's [2]  7/18 12/4
whole [2]  24/14 34/14
whose [4]  26/25 27/19 50/25 66/2
why [36]
Why'd [1]  37/15
Wilk [1]  23/23
willing [1]  22/8
wire [3]  24/2 24/8 39/1
wired [1]  24/16
wires [2]  24/15 37/20
wiring [1]  24/4
withdrawal [1]  41/1
withdrawals [1]  41/13
within [9]  79/9 81/8 81/11 81/16 81/18 82/25
 83/12 83/15 83/16
without [4]  15/11 40/4 74/10 74/22
witness [5]  2/4 2/10 63/24 66/15 66/17
woman [1]  66/1
won't [1]  73/4
Woodbury [13]  31/11 31/13 31/14 31/15
 31/20 49/9 50/4 50/21 50/24 52/9 55/15 56/8
 56/21
wording [1]  61/3
words [1]  34/24
work [14]  4/7 4/25 20/24 31/6 52/5 52/12
 52/23 65/14 66/5 68/18 68/19 68/20 68/25
 69/1
worked [5]  69/23 71/13 75/18 78/23 84/12
working [9]  9/18 17/1 18/17 18/22 21/25
 25/2 26/12 45/9 58/1
works [2]  79/15 83/24
world [1]  60/7
worth [2]  45/2 72/15
wouldn't [2]  41/15 45/10
writes [4]  50/24 51/8 56/7 56/20
writing [1]  83/5
written [2]  37/6 37/11
wrong [2]  19/22 81/5
wrote [4]  38/20 38/21 79/19 83/18

# Y

Yeah [5]  31/6 41/15 45/22 68/24 73/4
year [2]  13/14 81/4
years [4]  3/7 26/13 47/19 70/3
years' [1]  6/18
yes [189]
yesterday [2]  66/15 67/20
yet [2]  39/14 72/18
York [9]  1/17 12/22 12/24 13/2 19/24 20/2
 20/9 20/17 20/21
Yossi [2]  59/4 60/25
you'd [1]  49/4
you'll [5]  3/17 58/22 60/13 60/13 60/19
you're [12]  14/7 21/7 63/20 64/4 64/13 64/16
65/16 66/7 73/21 77/18 80/17 82/14
you've [5]  3/6 7/24 10/1 67/13 72/2
yourself [3]  26/8 28/18 30/7