```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2
                       Case No. 11-80205-CR-MARRA
 3
    UNITED STATES OF AMERICA,      )
 4                                 )
         GOVERNMENT,               )
 5                                 )
         -v-                       )
 6                                 )
    MITCHELL J. STEIN,             )
 7                                 )
         DEFENDANT.                )    West Palm Beach, Florida
 8                                 )    May 7, 2013
    _____)
 9

10               TRANSCRIPT OF OPENING STATEMENTS

11             TAKEN AT THE JURY TRIAL PROCEEDINGS

12          BEFORE THE HONORABLE KENNETH A. MARRA

13                UNITED STATES DISTRICT JUDGE

14   Appearances:

15   FOR THE GOVERNMENT          Albert Stieglitz, ESQ., AND
                                 Kevin B. Muhlendorf, ESQ.
16                               U.S. Department of Justice
                                 Criminal Division
17                               1400 New York Avenue, Northwest
                                 Washington, DC 20530
18
     FOR THE DEFENDANT           Mitchell J. Stein, Pro Se
19                               1551 North Flagler Drive, #1208
                                 West Palm Beach, FL 33401
20   -and-
                                 Charles G. White, ESQ.
21                               Charles G. White, P.A.
                                 1031 Ives Dairy Road, Suite 228
22                               Miami, FL 33179

23   Reporter                    Stephen W. Franklin, RMR, CRR, CPE
     (561)514-3768               Official Court Reporter
24                               701 Clematis Street
                                 West Palm Beach, Florida  33401
25                               E-mail:  SFranklinUSDC@aol.com
```

```
1    * * * * * * * * *

2         MR. STIEGLITZ:  Thank you, Your Honor.

3         Good morning, ladies and gentlemen.

4         Ladies and gentlemen, this is a case about one thing.

5    It's about lies.  It's about lies by that man right there,

6    Mitchell Stein, to get money, over three and a half million

7    dollars that he got by manipulating a company called

8    Signalife, a company you've heard a little bit about.  He

9    manipulated that company in a number of different ways that

10   you'll hear about during this trial, but they all had one

11   thing in common, they were all designed to line his pockets.

12   He had the company put out fake good news about sales, things

13   like that, to boost its stock place.  He had people buy the

14   company's stock to boost the company's stock price, the price

15   of stock that Mr. Stein and his family had a lot of.

16        But that wasn't the only way that he cashed in, by

17   lying.  He also just stole directly from the company, making

18   the company pay people who were all just kicking money back to

19   Mr. Stein.  That's the sort of thing you're going to hear

20   evidence of over the next few days, evidence from witnesses,

21   evidence that you'll see in documents and things that you'll

22   hear in audio recordings, as well, evidence of Mr. Stein's

23   lies to get money.

24        And you're also going to hear why he wanted the

25   money.  You see, Mr. Stein lived a lavish lifestyle, the life
```

1    of a bigtime Los Angeles attorney, a life of private jets,

2    luxurious homes in California and down in Boca Raton, fancy

3    cars and six-figure gambling nights in Las Vegas, a big

4    spender with a big appetite for money wherever and however he

5    could get it.

6            Now, before I go any further, I just want to

7    reintroduce myself.  My name's Albert Stieglitz, and with my

8    colleagues, Kevin Muhlendorf and Eric Sweeney there at counsel

9    table, and Postal Inspectors George Clark and Tim France, who

10   are seated there in the gallery, I will be presenting this

11   case to you on behalf of the United States.  And as Judge

12   Marra just indicated to you a few minutes ago, what I want to

13   do this morning is give you an overview of what the evidence

14   in this case will show you in the coming days, evidence that

15   will prove to you beyond a reasonable doubt that Mr. Stein is

16   guilty of each and every one of the crimes that have been

17   charged against him.

18           What that evidence is going to describe is a fraud, a

19   fraud designed and carried out by Mr. Stein, and a fraud that

20   was about two things, Mr. Stein secretly draining money out of

21   the Signalife, and Mr. Stein lying to the public to give the

22   public the impression that good things were happening at the

23   company so that, again, Signalife's stock, which Mr. Stein

24   could cash in in a number of different ways that I'll explain

25   in a minute, would be worth more.

1          So let's talk a little more about the basic

2     background of the case.  I told you several times that the

3     case involves a company by the name of Signalife.  That

4     company went by several different names as you heard

5     yesterday.  It went by the name Recom Managed Systems for a

6     while, and currently it's actually known as Heart Tronics, two

7     different words.  But for the sake of simplicity during the

8     trial we'll refer to it largely as Signalife.  And Signalife

9     was a small medical device, medical technology company with

10    offices in California and South Carolina.  Kind of a startup

11    company.  And Signalife was trying to sell heart monitors, the

12    kind of things that hospitals or doctors might plug you into

13    to get a reading on your heart.

14          And I say that Signalife was trying to sell heart

15    monitors, because the fact was Signalife wasn't really having

16    much success selling its products.  As I just said, it was

17    kind of a startup company.  It was a company with a great

18    idea, but a company that hadn't quite taken that next step to

19    making money off that idea.

20          Now, Signalife was also a public company.  And what

21    that basically means, as you'll hear, is that it issued shares

22    to the public, shares of its stock.  And as a public company,

23    Signalife also filed reports with the SEC, the Securities and

24    Exchange Commission.  And as many of you may already know, the

25    SEC's a government agency, and it's basically charged with

1    regulating public companies and protecting the integrity of

2    investment markets.  And that's why public companies report to

3    the SEC, so that investors, the public, can know what's going

4    on with them.

5           And throughout this trial, you're going to hear and

6    see what the public was hearing about Signalife, about sales,

7    about customers.  And you're going to hear where that

8    information came from.  In particular, you're going to hear

9    how some of the really exciting news came from Mitch Stein,

10   but what you're also going to hear is that that exciting news,

11   the exciting news he was having the company put out, it was

12   lies.  The company's press releases bragging about customers

13   and sales, the announcement of those sales that appeared in

14   those SEC filings I just talked about, they were made up.

15   They were lies that came from Mr. Stein.

16          So that's a little bit about Signalife the company.

17   And I told you a minute ago that Mr. Stein and his family

18   owned a whole lot of Signalife stock.  And that's because in

19   2005, ARC Finance, ARC, A-R-C, Finance, which was controlled

20   by Mr. Stein's wife, owned over 80 percent of Signalife stock,

21   over 22 million shares of the company.  And ARC Finance owning

22   that many shares meant two things.  First, it meant that

23   Mr. Stein got to throw his weight around at the company, make

24   demands, give orders, threaten people.  He wasn't an officer

25   of the company, he wasn't the CEO, he wasn't the CFO, he

1    wasn't on the board of directors.  He was, as a technical

2    matter, the company's lawyer.

3           But what you're going to hear is that when it came to

4    what Mr. Stein was doing and his relationship with Signalife,

5    you had to look behind the titles.  Because while Mr. Stein

6    was trying to hide himself as just being the company's lawyer,

7    you're going to hear from people and see in documents that he

8    was the one really pulling the strings at Signalife.  Over

9    e-mail, on the phone, in person, around the clock he was

10   telling people what to do, when to do it and how to do it.

11   That was the reality at Signalife.  Sure, there were CEOs, and

12   you're going to hear about one I expect quite prominently

13   named Lowell Harmison.  He's unfortunately now deceased.  But

14   for a time he was the CEO of Signalife.  But his title, just

15   like these other people's titles, didn't matter.  Mr. Stein

16   was the one in control.  That's what you'll hear during this

17   trial.  When it came to important issues, Mr. Stein was

18   pulling the springs.

19          Now, that big ownership stake that ARC Finance had in

20   Signalife that I mentioned a minute ago meant something else,

21   as well.  It meant that the price of Signalife stock was

22   something that had a direct impact on the wealth of Mr. Stein

23   and his family, because if the stock price went up, every

24   single one of those shares was worth more and the Stein family

25   was richer.  And it wasn't just how much his family could get

1    for their shares that Mr. Stein cared about.  As you're going

2    to hear throughout this trial, he cared a lot about how much a

3    couple of other people could get for their shares, too,

4    because those other people, they were selling those shares and

5    they were sending the money to Mr. Stein.

6         Now, before we get to that you need one more piece of

7    background, and that's the why, a little bit more about the

8    why of this, why does Mr. Stein want the money, why Mr. Stein

9    would design and carry out this fraud.  And I mentioned it a

10   moment ago.  In 2005, Mr. Stein needed money.  And as an

11   example of that, you're going to hear how he ran up an

12   enormous gambling debt at the MGM Grand casino in Las Vegas,

13   blowing through hundreds of thousands of dollars in a single

14   night.  This was a guy with big bills to pay.  And that's what

15   led to the fraud, it was his greed.  So let's talk about how

16   he pulled it off.

17        Let me start with the fake good news, the fake

18   positive news about the company that Mr. Stein created to

19   inflate the value of Signalife stock.  I told you that

20   Signalife was a struggling startup company, a company

21   desperate for cash, a company with virtually no revenue, a

22   company that thought it had something really great in this

23   heart monitoring technology but just needed to cross that

24   hurdle to start making money with it.

25        But rather than waiting for that good news to

1    actually happen, you're going to hear that Mr. Stein just

2    decided to make up that good news.  Large orders for the

3    company's product, that would be good news for the company.

4    So Mr. Stein sent in some fake purchase orders.  But those

5    purchase orders, they weren't going to announce themselves.

6    So you'll see Mr. Stein telling people to put out press

7    releases about those purchase orders as soon as possible, put

8    them out before the market opens.

9         And there are other things that would make this good

10   news look real, like shipping actual products to people.  And

11   you'll hear that Mr. Stein took care of that, too.  He got an

12   address to ship some Signalife products to.  But you'll hear

13   that it wasn't a real customer's address, it was the address

14   of a lawn maintenance guy in Ohio.  Not a real customer.  Not

15   even a person who could use heart monitors, just a dummy

16   address to use as a mail drop, a lie to make it look like good

17   things were happening with the company.

18        The problem with Mr. Stein, though, is that those big

19   purchase orders started to attract attention inside the

20   company and outside the company.  And if there aren't any real

21   customers for those purchase orders that the company's

22   bragging about, well, that was going to be a big problem.  For

23   example, who's going to pay for those products that were

24   shipped to Ohio?

25        So Mr. Stein lied some more.  He had people create

 1   more fake documents to try and cover his tracks, documents
 2   that said, oh, well, the customers have moved to far off
 3   locations, like Israel and Japan.  And those products that had
 4   been shipped out, well, he had someone go up to Ohio, pick up
 5   the boxes, open them, mess around with them to make them look
 6   like they were broken, and then ship them back to the company.
 7   And he then followed up with a letter pretending to be the
 8   fake customer complaining and canceling its order just to
 9   close the loop and to cover his tracks.

10          But as I told you, those lies to create good news for
11   the company, sales activity and things like that, that was
12   only half of the story, only some of the lies that Mr. Stein
13   told to get money.  You'll remember that a minute ago I told
14   you that he was also just plain stealing from the company.
15   And let me explain to you what I mean about that.  You see,
16   through the lies that he told, Mr. Stein convinced Signalife
17   to send huge amounts of stock and cash to people who then just
18   sent money right back to Mr. Stein.  In fact, one person that
19   you'll hear from sent over 85 percent of what Signalife sent
20   him right to Mr. Stein.  That person's name is Martin Carter,
21   and he's going to testify during this trial.  And Martin
22   Carter was a guy who was basically Mitch Stein's gofer.  He's
23   an unlicensed electrician and a handyman down in Boca Raton.
24   He did odd jobs around town, and he met Mr. Stein actually in
25   2005 when he installed a generator at Mitch Stein's house down

1    in Boca.

2           Not long after that, Mr. Stein hired Mr. Carter to be

3    his driver, be his chauffeur.  And what Mr. Stein quickly

4    realized about Mr. Carter was that Mr. Carter was a loyal guy,

5    an unquestioning guy, a guy who was impressed by Attorney

6    Mitchell Stein, a guy who wanted a taste of that fancy Mitch

7    Stein lifestyle for himself, and who trusted what Mr. Stein

8    said, a guy who would do whatever Mitch Stein told him.

9           And you'll hear about all the things that Mr. Stein

10   had Mr. Carter do, how he had Carter create a bunch of fake

11   documents and send them to Signalife.  And you'll hear about

12   Signalife sending huge sums of cash, huge sums of stock to

13   Mr. Carter.  And follow that money, ladies and gentlemen.

14   You'll see where all of it goes.  Not all of it, almost all of

15   it goes.  It goes to Mitch Stein.  It wasn't always easy.

16   Mr. Stein and Mr. Carter, they had to, as I said, create fake

17   documents to cover their tracks.  But that's what was going

18   on.  That's what you're going to see, lies to get money for

19   Mr. Stein and lies to cover his tracks.

20          But Mr. Stein and Mr. Carter didn't just have to

21   cover their tracks with Signalife.  They had to cover their

22   tracks with the outside world, as well, because, you see, the

23   SEC, the Securities and Exchange Commission, eventually

24   started asking questions about Signalife.  And Mr. Stein

25   himself testified before the SEC.  And I'll tell you more

1    about his testimony in just a minute.  But he wasn't the only

2    person that the SEC had testify.  The SEC also asked

3    Mr. Carter, Martin Carter, to testify.  And when Mr. Carter

4    was asked to testify, picked up the phone, called his friend,

5    Mitch Stein, his trusted friend, his attorney.

6         And you'll hear what Mr. Stein did.  Mr. Stein

7    summoned Mr. Carter down to a restaurant in Boca, sat down and

8    told him what to say to the SEC.  He made up a story for

9    Mr. Carter to tell.  Not the truth, but a story that blamed

10   anything bad that happened at Signalife on everyone and anyone

11   and everyone other than Mr. Stein.  He had Mr. Carter take

12   notes.  He had Mr. Carter study up on those notes.  You'll see

13   those notes.

14        And then he and Mr. Carter went to Washington, D.C.

15   for Mr. Carter's testimony before the SEC.  They shared a

16   hotel room.  In fact, they got there a day early, and

17   Mr. Stein gave instructions to Mr. Carter, told him to stay in

18   his room, study those notes, study the lies.  And when the day

19   came to testify, Mr. Stein marched Mr. Carter into the SEC,

20   sat down right next to him and listened in as Mr. Carter told

21   those lies to the SEC.  He made sure that Mr. Carter stuck to

22   the story to cover up the fraud, to hide what Mr. Stein had

23   done.

24        So that's basically what happened.  That's what

25   you're going to hear evidence about during the trial.  And

```
 1   because of that, Mr. Stein's charged with several crimes in

 2   the indictment.  He's charged with mail fraud and wire fraud.

 3   And you'll get more instructions on what exactly that means

 4   later, but very basically it's because Mr. Stein used the mail

 5   and used wires, in this case used faxes, as part of the fraud.

 6   He's also charged with securities fraud because Mr. Stein sold

 7   and caused other people to sell stock in connection with his

 8   fraud.  He's also charged with money laundering, because, as I

 9   told you a moment ago, he had Mr. Carter send him money that

10   was a result of this fraud.  And he's charged with two

11   different conspiracies.  He's charged with a conspiracy to

12   commit the mail and wire fraud that I just mentioned a minute

13   ago, and he's charged with a conspiracy to obstruct justice, a

14   conspiracy to lie to the SEC.

15        So now that I've talked about what Mr. Stein's

16   charged with and what the Government intends to prove to you,

17   let me just spend a couple of minutes and tell you about how

18   we intend to prove it to you, couple of the specific things,

19   specific people that you'll hear from in the coming days.

20        First, you're going to see a number of documents and

21   a number of e-mails during the trial.  A lot of these will be

22   the fake documents that Mr. Stein had people create or created

23   himself.  You'll see the SEC filings.  You'll see the press

24   releases that I mentioned.  You'll see e-mails from Mr. Stein

25   telling people what to do, and you'll also see e-mails with
```

```
 1    Mr. Stein's reaction when people didn't do what he wanted them

 2    to do.  You'll see e-mails that show the nature of his

 3    relationship with Mr. Carter, giving orders, making demands.

 4          But it won't just be documents and e-mails.  You'll

 5    also hear from witnesses.  And let me mention a few witnesses.

 6    You'll hear from an individual by the name of John Woodbury.

 7    You'll actually hear from him this morning.  He was

 8    Signalife's securities lawyer.  He was basically the guy who

 9    filed all of Signalife's SEC filings and posted their press

10    releases to the public.  And what he'll do for you is explain

11    a lot of the background on Signalife, he'll describe

12    Mr. Stein's role in the company, and he'll tell you how the

13    information that was in those SEC filings, that was in those

14    press releases, he'll tell you where he got it, how he got it

15    from Mr. Stein.  He'll tell you how the lies that the public

16    saw came from Mr. Stein.

17          Now, you'll also hear from Martin Carter, who I

18    mentioned a minute ago, and he'll explain his relationship

19    with Mr. Stein.  He's going to tell you how Mr. Stein used

20    him, how Mr. Stein manipulated him, how he repeatedly followed

21    Mr. Stein's instructions.  And he's going to tell you about a

22    lot of the fake documents that Mr. Stein had him create.  He's

23    going to tell you about getting those huge amounts of cash and

24    shares from the company, and he's going to tell you about

25    sending almost all of it to Mr. Stein, not because he's just a
```

1    charitable guy, but because Mr. Stein was telling him to.  And

2    he'll tell you about knowing that he was lying when he walked

3    into the SEC, but trusting his friend, trusting his attorney,

4    Mitch Stein.

5            You're also going to hear from a person by the name

6    of Ajay Anand.  And Mr. Anand had a company called the Silve

7    Group, S-i-l-v-e.  And Mr. Anand's going to tell you about

8    getting a bunch of stock from Signalife courtesy of Mr. Stein.

9    Now, Mr. Anand will tell you he didn't really accomplish a

10   whole lot on behalf of Signalife, but he'll also tell you he

11   was kicking a bunch of money back to Mr. Stein, yet another

12   person that Mr. Stein used to steal money from Signalife.

13           Now, Mr. Carter and Mr. Anand will both be testifying

14   for you pursuant to plea agreements.  They've pled guilty to

15   federal crimes.  And, look, we're not going to ask you to

16   think that Mr. Carter or Mr. Anand are good people.  We're not

17   asking you to like them at all.  What we are going to ask you

18   to do is listen to them and then compare what they say to all

19   of the other evidence that you're going to hear in this case,

20   because that evidence will corroborate what they tell you.

21           A few other folks that you're going to hear from

22   during this trial.  You'll hear from someone who bought

23   Signalife stock, relying on the truth of what was in

24   Signalife's filings and the press releases about the sales,

25   about the purchase orders, the positive news about the

1    company, the lies from Mr. Stein.  His name's Brian Harris,

2    and as you'll hear, when Signalife stock eventually plunged

3    when those fake customers didn't materialize, that investment

4    that he made, trusting in the reality of that information,

5    became virtually worthless.

6         And, finally, let me mention one other thing that

7    you're going to get to hear.  Remember I told you that

8    Mr. Stein testified before the SEC.  Didn't just sit in on

9    other people's testimony but testified himself.  He did so

10   four separate times, each time under oath to tell the truth.

11   And in the coming days, starting today, we're going to play

12   recordings, pieces of the audio recordings of that testimony

13   so that you can listen to Mr. Stein and what he told the SEC.

14   And what you're going to hear in those recordings is him lying

15   over and over to the SEC.

16        Now, before I wrap up, I want to make one

17   distinction, one critical distinction that I want you to keep

18   in mind as you're listening to the evidence in this case.  As

19   I said at the outset, this is a case about Mitch Stein's lies,

20   Mitch Stein's fraud.  The case certainly will mention

21   Signalife, certainly involves Signalife, but I want to be

22   clear that this is not a case about the specifics of

23   Signalife's heart technology.  It's not a technical case, not

24   a patent case about how or if that technology worked.  It's

25   not about whether Signalife's product could have helped people

1    or did help people.  It's not about anything like that.

2          And that's because all of those questions have

3    absolutely nothing to do with whether Mitch Stein lied to get

4    money, whether he committed the crimes that are charged in the

5    indictment.  That's what the issue is in this case, and that's

6    what the Government's going to put on evidence of during the

7    trial, and that's what the Government intends to prove to you

8    beyond a reasonable doubt, that Mitch Stein lied to get money.

9    And that's what fraud is, ladies and gentlemen, lies to get

10   money.

11         You'll see that Mitchell Stein's lies, they weren't

12   just in one place, not just in one piece of paper, in one

13   e-mail or to one person.  They were calculated, they were

14   systematic, they were a creative and elaborate deception by a

15   man determined to enrich himself at the expense of Signalife

16   and its investors.  That's what the evidence in this case is

17   going to show you, ladies and gentlemen.

18         And that's why once you've heard all the evidence,

19   I'll be back up here to ask you to find the only verdict that

20   the evidence will support, and that's a verdict of guilty

21   beyond a reasonable doubt on each and every one of the crimes

22   that are charged against Mitchell Stein.

23         Thank you.

24         THE COURT:  Thank you, Mr. Stieglitz.

25         MR. STIEGLITZ:  Thank you, Your Honor.

1          THE COURT:  Mr. Stein.

2          MR. STEIN:  Thank you, Your Honor.

3          Good morning.

4          Since 2008, the company, Signalife, and myself have

5     been hearing the exact same story that Mr. Stieglitz has just

6     told you.  Not word for word, but close to word for word.

7     Mr. Stieglitz, for whatever reason, just has it wrong.  The

8     documents don't support what Mr. Stieglitz says.  The evidence

9     doesn't support what Mr. Stieglitz says.  The evidence is to

10    the opposite.  The evidence is undisputed that when Signalife,

11    which was then called Recom Managed Systems, was formed, to

12    develop an EKG device that could save lives, my wife and I and

13    our daughter, our family were millionaires.  We moved from

14    California, from Los Angeles, to Florida.

15          And the evidence, ladies and gentlemen of the jury,

16    will reflect that from and after that time I stopped

17    practicing law, because every time Signalife, or Recom or

18    Heart Tronics -- same company -- had a problem, the company

19    would call me to fix it, because I'm a lawyer, and I'm a good

20    one, and I'm a well-known lawyer.  And you'll find that out

21    throughout the trial.

22          As Mr. Stieglitz correctly said, the evidence will

23    show that this case is not about the rights to a patent or the

24    rights to a device, because he can't -- the Government can't

25    dispute that the device is different and more effective than

1   any other EKG in the United States, because the Government

2   says so.  Let me repeat that.  The Government, not me, not the

3   technologists at Signalife who wanted me to not succeed in my

4   quest to have an EKG system that worked, and not from the

5   witnesses who are on my side.  The Government says that this

6   is the only EKG device that works at a cost of almost

7   $30 million, of which, contrary to what Mr. Stieglitz says,

8   his evidence will reflect that my family put in everything it

9   had, to the point -- and I'm talking about $7 million -- to

10  the point that in 2011, right down the street from here, the

11  evidence is unrefuted that I filed personal bankruptcy in 2011

12  to reorganize my debts.  I did not want to do a Chapter 7.  I

13  did not want to quote-unquote stiff all my creditors, although

14  the judge -- and you'll see evidence of this.  It's

15  undisputed.  The judge will judicially notice other court

16  files, which means that you will see them.  I filed a Chapter

17  11.

18          Individuals don't file a Chapter 11.  You'll find

19  that they're very rarely granted, because it's very hard for

20  an individual to pay back all of his creditors, when, under

21  Chapter 11, they might be in the millions of dollars.  But

22  this judge and my creditors approved of the Chapter 11.

23          It's very fascinating when you look at the Chapter

24  11, which, again, is in the courthouse down the street.  So

25  the records are not far away.  The evidence will reflect that

 1   one of the witnesses that Mr. Stieglitz says he would bring in

 2   here made a claim in that bankruptcy against me saying that I

 3   did everything that Mr. Stieglitz said, and let's just line

 4   them up, and I'll talk about them in a moment.  And he claimed

 5   that, and he claimed, along with a class -- we know what a

 6   class action is, I'm sure -- that I owed the class of

 7   Signalife shareholders $120 million, just, you know, I guess

 8   picking a number out of the sky.  If that claim had been

 9   granted by the United States bankruptcy court, had it been

10   found to be credible, I couldn't have possibly reorganized.  I

11   can't make $120 million.  I just can't, not again.

12         So litigation ensued in Greenville, South Carolina,

13   and in Florida bankruptcy court on Flagler Street, right down

14   the street.  And I was found to be responsible, out of the

15   $120 million, for a grand total of zero dollars.  Of all

16   investors in the United States, who made the same claims that

17   Mr. Stieglitz said, I was found to be liable for zero dollars.

18   I successfully reorganized, and I am now a trustee and a

19   debtor in possession of that bankruptcy.

20         The Government never appeared in that bankruptcy.

21   They never argued their claim in that bankruptcy.  They argued

22   it vicariously through the shareholders of Signalife, the

23   shareholders of Signalife saying, we've been damaged, and it

24   must have been Mitch Stein and a bunch of other people.  And,

25   again, the Government never appeared.  The shareholders did

```
 1   not succeed.

 2          My family has lost everything.

 3          The evidence will then undisputedly show that the

 4   moment -- this coincided with the meltdown of 2008, which I

 5   imagine we all remember.  I moved back to Los Angeles and

 6   began practicing law again, representing homeowners in the

 7   foreclosure crisis.  I was a bank lawyer.  And then the

 8   evidence will also be undisputed that that's when the

 9   Government started their investigation.  But the evidence is

10   undisputed that the investigation was regarding naked short

11   selling and regarding sabotage to the device, this device.

12   Someone in the company allegedly, because we didn't know, the

13   company didn't know, was doing everything they were doing to

14   sabotage the device.  I was just spending my money, the

15   evidence will reflect, supporting the company, because this

16   device was found by a government contractor to be the solution

17   to a problem listed by the American Heart Association for the

18   last decade.

19          And the problem is that these devices, EKGs, only

20   work when you're lying on your back and everything's quiet.

21   But the heart's a muscle, so you should be able to be walking

22   around the golf course or playing tennis with this device, and

23   none of the other devices are capable of garnering a signal.

24   You'll see evidence of that.  The evidence won't be me, it

25   will be the American Heart Association.
```

```
 1          The evidence will reflect that at deposition before

 2     the SEC -- Mr. Stieglitz indicated I lied to the SEC.  I did

 3     not.  You will see the evidence, and you will govern it

 4     accordingly.  The evidence will reflect that the gave the SEC

 5     the American Heart Association report and talked about the

 6     device, and the evidence will reflect that they round filed

 7     it, meaning they took it and put it behind them.  They didn't

 8     ask me one question about it.

 9          In a fascinating way, just last year the United

10     States came out with another report.  Not the American Heart

11     Association, the United States.  And that report, the evidence

12     will reflect, said that all EKGs, all of them are recommended

13     not to be used, because they're so inaccurate they could lead

14     to false positive results or false negative results.  In other

15     words, they don't work.  So if you went to the doctor, if I

16     went to the doctor, there's no telling whether or not they may

17     find I have cardiovascular disease, but I don't have it, and

18     then they would give me a drug that I don't need.  And that's,

19     again, not me talking.  None of this is me talking.  This

20     is -- these are governmental agencies.  Turning -- and the

21     evidence will reflect all of what I've just told you and more.

22     I'm giving you the highlights of the device, of what it does

23     and of what the Government said about it.

24          Will you hear the government contractor in this

25     trial?  To the extent that I put on a case, and the answer is,
```

```
 1    yes, you'll hear them get up on the stand.  Do I have a
 2    preexisting relationship with them?  You'll find the evidence
 3    is no.  Have I met them?  You'll find the answer is maybe
 4    twice.
 5              So if I controlled Signalife for the benefit of
 6    money, and if I had a government contractor who built this
 7    device who also has had a 75-year contract with the United
 8    States Department of Energy, and who will explain what this
 9    device does to you, then why didn't I put out press releases
10    in Mr. Stieglitz's word, about this?  Because that would be
11    the most market-moving press release possible, and the
12    evidence regarding that is not disputed.
13              With regard -- Mr. Stieglitz mentioned a few of his
14    witnesses, so let's go through them.
15              Martin Carter.  When I moved to Florida in 2005 to
16    retire, ill-fated obviously, Martin Carter slipped a card in a
17    generator in Hurricane, I think, Wilma.  I had never been in a
18    hurricane.  Hit the house, and we needed a generator.  And I
19    wasn't in town, but my then wife went to Home Depot, got a
20    generator.  His card was in there, she called him, he hooked
21    up the generator.
22              From that point forward, the evidence is undisputed
23    that this man wrote me two e-mails every day for five years.
24    He came and sat in my house every day.  He was looking for
25    work.  The problem is that the Government calls Mr. Carter a
```

1    chauffeur and a handyman.  It's in paragraph 4 of their

2    indictment.  They say it verbatim at paragraph 4 of the

3    indictment.  And I think paragraph 4 is emblematic, because if

4    you find a witness to not be credible, the Judge will instruct

5    you that you have the right to find that witness to have not

6    been credible regarding all of his testimony.  This really

7    isn't that.  This is the Government.  This is their

8    indictment.  This is why you're sitting here.

9         Paragraph 4:  "Coconspirator one" -- it will be

10   undisputed that's Martin Carter -- "was a handyman and Stein's

11   chauffeur who resided in Boca Raton, Florida.  Coconspirator

12   one purported to be at various times the co-chief technology

13   officer of Signalife and consultant to Signalife."

14        Mr. Carter was neither a chauffeur nor a handyman.

15   He was an electrician.  Why would he drop his card in a box

16   with a generator?  Maybe a handyman could hook up a generator.

17        And the Government says that electricians, or people

18   with electrical experience, aren't useful to -- whether it be

19   this device, or the cable that hooks the device up to the

20   heart or the computer.  Well, it turns out that they are.

21        It also turns out that every CEO in the United States

22   that was with Signalife -- and Mr. Stieglitz correctly said

23   there were many of them -- figured that they had to hire their

24   own co-CTO, because nobody trusted the CTO in Los Angeles,

25   including the government contractor.  Mr. Carter was hired.

1    He signed a contract with Dr. Harmison, and Mr. Carter, the

2    evidence will reflect, assisted in developing the cables.

3         Mr. Carter will now tell you he didn't develop the

4    cables.  He signed a contract with Dr. Harmison, who was the

5    CEO, but it wasn't really the contract.  The problem, ladies

6    and gentlemen, is that Lowell Harmison was the former

7    principal deputy of the United States Department of Health

8    Services, the FDA.  He developed the first fully implantable

9    artificial heart.  His resume is overflowing with achievement,

10   the evidence will reflect.

11        So there are two signatures on that contract.

12   There's Mr. Carters and there's Dr. Harmison's.  Dr. Harmison

13   unfortunately is deceased.  Is that contract not a contract?

14   I don't know.  I guess you'll see from the e-mails from

15   Dr. Harmison.  But Mr. Carter has pled guilty to a felony for

16   lying to the SEC.  We'll go through his SEC testimony.  We'll

17   go through the e-mails, and we'll see whether he was lying or

18   not.  The Government's plea bargain agreement with him, the

19   evidence will reflect, tells him that he's got to do a number

20   of things which will reduce his crime as a felon.  Mr. --

21   that's Mr. Carter.

22        Mr. Anand, Ajay Anand, the Government also mentioned.

23   He's another convicted felon.  Mr. Anand also pled guilty to a

24   felony so that the Government could secure his testimony in

25   this case.  The Judge will instruct you on what you are

1   supposed to do or can do regarding such situations.

2        But the evidence will reflect that Mr. Anand had

3   known me for over a decade and was involved in some very

4   successful companies regarding the medical industry with me.

5   And the evidence will reflect something that I think you,

6   ladies and gentlemen, will find to be problematic.

7        In 2008, Mr. Stieglitz said that's when it all blew

8   up.  Actually, that's when Dr. Harmison got cancer, and

9   Dr. Harmison was at that point the company.  So, yeah, it blew

10  up because he got cancer, and unfortunately he's deceased.

11  Mr. Stieglitz didn't tell you that.

12        But Mr. Anand, in 2007, before everything went,

13  excuse the language, to hell in a handbasket according to

14  Mr. Stieglitz, in 2007, the company~-- the first witness

15  you're going to hear from, John Woodbury, will testify that he

16  drafted a contract for the company and Ajay Anand, because

17  Ajay Anand is talented, and that contract was signed by Pam

18  Bunes, who was the then CEO, who was later terminated by the

19  board on the one hand and Ajay Anand on the other hand.  And

20  under that contract he received millions of dollars.

21        You might ask yourself the question, why would

22  someone take millions of dollars from a company concurrently

23  with surreptitiously tape-recording its lawyer?  You think

24  maybe the company might want to know that this guy is breaking

25  the law and tape-recording me?  Do you think the company would

1    want to know that the man was tape-recording the lawyer?

2          It is true.  My wife and me formed the company,

3    bought the technology from the inventor in 2002.  That's true.

4    That's how she got her stock.  They impute her -- and you'll

5    hear this from Mr. Woodbury -- her dealings in her stock, with

6    me.  They impute other things to me, too, as they've

7    indicated.

8          This is a public company.  Mr. Stieglitz has made

9    that clear.  Twice a year or three times a year -- I'm not a

10   securities expert.  John Woodbury is.  You'll be hearing from

11   him -- the company filed documents like this with the

12   Securities and Exchange Commission.  You will see very few of

13   these documents in evidence, but these are the documents the

14   public relies on when they make trading decisions.  They are

15   supposed to rely on it.  In fact, the Court in Greenville made

16   a ruling that they're supposed to rely on it, and there would

17   be no other reason to file them.  That's why people invest in

18   public companies.  They get the whole story in the public

19   document.

20         Well, the evidence will reflect that this 2005

21   document -- it will be in evidence, and these have been

22   stipulated into evidence.  The Government stipulates they're

23   their documents -- that the stock --

24         First of all, the document reflects not only did I

25   not take money from the company, I invested in the company.

```
 1    Not in the market.  I did that, too.  I gave the company money

 2    when it needed money before I then went to New York to someone

 3    I knew, and we raised $10 million, which the then CEO

 4    proceeded to spend with no sales.  And that's my fault.  She

 5    also wanted the company moved from Los Angeles to Greenville,

 6    South Carolina, the company, Signalife.  I've been to

 7    Greenville maybe once or twice.  There are e-mails from her,

 8    and you can see she was not under any control.

 9            But on the 2005 SB2 -- and you'll see a lot of these.

10    And I expect you to get mixed up, so you don't have to

11    remember what I'm telling you.  But it says:  "On April 8th,

12    2003, we sold to Mitchell Stein 112,812 common shares for

13    100,000 in cash and 150,000 in expenses and equipment.

14    Mr. Stein is the spouse of Ms. Tracey Hampton, who owns and

15    controls ARC Finance Group, which owns 65.4 percent of our

16    outstanding common shares."  I guess it's not a secret, except

17    the only secret is Mr. Stieglitz didn't tell you that.

18    However, the filing goes on and the evidence will go on.

19            "On May 15th, 2003, we sold to Mr. Stein 16,000 units

20    at three dollars per unit, for cash amounting to $48,000."

21            But we can go on again.  "On July 24th, we sold to

22    Mr. Stein 30,000 units at three dollars and thirty-three

23    percents (sic) for $100,000."

24            THE COURT:  Slow down.

25            MR. STEIN:  I'm sorry.  That's a problem I have.  I'm
```

1    sorry.

2         These filings are critical.  They were drafted by the

3    first witness in this case.  He will tell you he drafted them.

4    He will tell you they're true.  He will tell you that this

5    2005 SB2, which is simply a document saying, okay, you've now

6    sold millions of dollars of stock, the people can now resell

7    the stock, my family was entitled to sell 10 percent of their

8    securities, or thereabouts.  The other two investors who put

9    in a large amount of money were entitled to sell all of their

10   securities, or if they weren't entitled to, they did.

11        The securities that my family had, which ended up

12   being 20 million shares -- and it was once 80 percent of the

13   company -- it ended up being 30 percent, because you have to

14   pay people in order for them to do work for the company.  That

15   dilutes the shareholdings.  That makes them less.  So my

16   family ended up eating the shares.  They ended up getting

17   reverse split from 20 million to one.  They ended up being one

18   share.  And that wasn't through any act other than to stop

19   people from breaking the law regarding selling stock.

20        The Government will put on witnesses who are either

21   felons or who are, in some other way the evidence will show,

22   breaking the law.

23        Did anyone ever steal this device?  You'll find out

24   in the trial.  For sure you'll find out.  We didn't know when

25   I was testifying before the SEC because I'm not a savant.  I

```
 1    just knew there were strange things happening.  There was a
 2    contract with Newell Rubbermaid, the evidence will reflect,
 3    and they became unhappy with the shipment of devices, but yet
 4    the device works perfectly.  So what went on?  Well, we just
 5    knew something was happening.  We now know what it was.  We
 6    just found out in the last two months.  The Government does,
 7    too.  Mr. Stieglitz is not going to tell you, and I will tell
 8    you.
 9          The Government will put on a case involving snippets,
10    little pieces of evidence from a witness that knows about
11    thousands of pages of this.  He will put on evidence of 30
12    exhibits.  Will he go through the public filings which are
13    this thick?  And you saw us during opening argument looking
14    through the public filings so I could get this.  I apologize
15    if that caused noise.  But these documents say it all.  They
16    say who owns what, what shareholders owns what, who's selling
17    what, who's not selling what, why they're selling it, what the
18    device does, who the manufacturers are.
19          You're going to hear deposition testimony, and you're
20    going to hear it by snippet.  When the Government introduces
21    my deposition testimony where I -- the Government alleges I
22    lied, they're not going to introduce the whole transcript,
23    because then you might see me saying, you know, the whole
24    story.  They're going to introduce snippets.
25          When they introduce documents, they're going to
```

 1    introduce a portion of documents.  The defense is going to

 2    cross-examine the witnesses and introduce all of the relevant

 3    documents.

 4         For example, Mr. Stieglitz said that people got

 5    contracts and got paid millions of dollars and paid me money.

 6    Well, when the company was low on cash, I took some of the

 7    stock that I purchased and I transferred it to them so they

 8    could be paid in consulting fees.  And those transfers are

 9    documented.  They paid me back cents on the dollar of the

10    stock.  Mr. Stieglitz thinks that's a kickback.  I think I

11    have a right to be paid for the stock as a matter of law.

12    That's what happened.  You'll see it.  You'll see my broker

13    transferring stock to someone and getting paid not the three

14    dollars that it was being traded at, but 75 cents.

15         And this SB2 and other documents say that is an

16    acceptable method, according to the SEC, of selling stock.  In

17    fact, that's the most favorable method, because why?  Because

18    when I sell strong privately it doesn't hit the market.  So if

19    it doesn't hit the market, then the market price won't be

20    affected.  It's a private sale between individuals.  That's

21    one method of distribution.

22         The Government's case is built on convicted felons,

23    people who have done things wrong, and is untrue.  Will I have

24    some surprises for you that I'm not capable of telling you

25    about now because they may or may not come into evidence?

1    Yes, many.  Particularly what has happened to this device.

2           By the way, I leave you with this.  The company, run

3    by the former general counsel of Sony Corporation, is still in

4    existence.  They still own this device.  They're not being

5    indicted.  They don't agree with the Government.  They'll be

6    here to testify.

7           Thank you for your time.

8    * * * * * * * * *

9                         * * * * *

10                       I N D E X

11   Opening Statements

12          By Mr. Stieglitz                 2

13          By Mr. Stein                    17

14                       * * * * *

15                       CERTIFICATE

16      I, Stephen W. Franklin, Registered Merit Reporter, and

17   Certified Realtime Reporter, certify that the foregoing is a

18   correct transcript from the record of proceedings in the

19   above-entitled matter.

20      Dated this 17th day of MAY, 2013.

21

22      /s/Stephen W. Franklin
     _____
23   Stephen W. Franklin, RMR, CRR

24

25