WE HAVE REACHED OUR

VERDICT

5·20·13
2:40 P