```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2
                     Case No. 11-80205-CR-MARRA
3
    UNITED STATES OF AMERICA,      )
4                                  )
         GOVERNMENT,               )
5                                  )
         -v-                       )
6                                  )
    MITCHELL J. STEIN,             )
7                                  )
         DEFENDANT.                )    West Palm Beach, Florida
8                                  )    May 6, 2013
    _____)
9

10                   VOLUME 1, PAGES 1 - 280

11              TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12            BEFORE THE HONORABLE KENNETH A. MARRA

13                 UNITED STATES DISTRICT JUDGE

14

15  Appearances:

16  FOR THE GOVERNMENT          Albert Stieglitz, ESQ., and
                                Kevin Muhlendorf, ESQ.
17                              U.S. Department of Justice
                                Criminal Division
18                              1400 New York Avenue, Northwest
                                Washington, DC 20530
19
    FOR THE DEFENDANT           Mitchell J. Stein, Pro Se
20                              1551 North Flagler Drive, #1208
                                West Palm Beach, FL 33401
21  -and-
    (Standby Counsel)           Charles G. White, ESQ.
22                              1031 Ives Dairy Road, Suite 228
                                Miami, FL 33179
23
    Reporter                    Stephen W. Franklin, RMR, CRR, CPE
24  (561)514-3768               Official Court Reporter
                                701 Clematis Street
25                              West Palm Beach, Florida  33401
                                E-mail:  SFranklinUSDC@aol.com
```

```
 1          (Call to the order of the Court.)

 2          THE COURT:  Good morning, everyone.  Please be

 3   seated.

 4          All right.  We are here this morning in the case of

 5   the United States of America versus Mitchell Stein, case

 6   number 11-80205-CR-MARRA.

 7          May I have counsel state their appearances, please.

 8          MR. STIEGLITZ:  Good morning, Your Honor.  Albert

 9   Stieglitz and Kevin Muhlendorf on behalf of the United States.

10          THE COURT:  Good morning.

11          MR. STEIN:  Good morning, Your Honor.  Mitchell

12   Stein, in propria persona and standby counsel Charles White on

13   behalf of the defense.

14          THE COURT:  Good morning.

15          MR. STEIN:  Good morning, Your Honor.

16          THE COURT:  All right.  We are here to begin the

17   trial.  Are we ready to go forward and bring the jurors in?

18          MR. STIEGLITZ:  The United States is ready to

19   proceed, Your Honor.

20          MR. STEIN:  The defense is ready to proceed, Your

21   Honor.

22          THE COURT:  All right.  I'm going to have all of the

23   prospective jurors seated in the audience section of the

24   courtroom.  So you can move your chairs to the other side of

25   the tables if you'd like, or you can just turn and face them.
```

```
 1    However you want to proceed.

 2          I'm going to be conducting most of the voir dire

 3    myself.  I will -- depending upon the timing, I usually allow

 4    both sides about 15 minutes a side, once I'm finished, to

 5    follow up with their own questions if you feel the need to.

 6    Hopefully, we'll have time to do that.  I have a list of

 7    questions that I generally go through with the jurors.

 8    Hopefully, you've received a copy of those; and I usually

 9    follow up with other questions based upon the answers that are

10    given, and I will try and go over some, if not most of the

11    areas that you both suggested to me that I cover in your

12    proposed questions.  I'll try and deal with most of those, as

13    well.

14          So I will cover with the prospective jurors the

15    issues of burden of proof, presumption of innocence, and the

16    right to remain silent, unless someone has an objection to me

17    covering those areas.

18          MR. STIEGLITZ:  No, Your Honor.

19          MR. STEIN:  No objection, Your Honor.

20          THE COURT:  All right.  How much time do we think the

21    case is going to take so I can let the jurors know?

22          MR. STIEGLITZ:  Your Honor, obviously the fact that

23    Mr. Stein's representing himself introduces a certain element

24    of uncertainty, but I think the Government's anticipating not

25    more than two weeks for its case, with that caveat obviously,
```

 1    but that's what the Government anticipates.

 2              THE COURT:  So you expect 10 trial days for your

 3    case?

 4              MR. STIEGLITZ:  And our hope is obviously to do it in

 5    less, but I think to be safe, that's about the amount of time.

 6              THE COURT:  Mr. Stein, do you have any idea how much

 7    time your case, if you're going to put on a case, may take to

 8    put on?

 9              MR. STEIN:  Yes, Your Honor.  I'm presuming on

10    cross-examination I'm not waive anything right to put my case

11    on, two weeks, as well.

12              THE COURT:  Additional two weeks?

13              MR. STEIN:  Yes.

14              THE COURT:  Okay.  All right.  We'll let the jurors

15    know that that's the expected timeframe, and we'll do the best

16    we can.  It may be tough to get jurors who are going to be

17    able to sit that long without running into some difficulty

18    with some of the jurors, but we'll do the best we can.

19              All right.  I noticed there were a couple of

20    questions on the proposed questions that I didn't quite

21    understand necessarily how they related to the case, so let me

22    ask you before we bring the jurors in.

23              There was a question that the Government wanted me to

24    ask relating to whether any member of the jury or family

25    member or close friend worked with or is indebted to a casino

1    or a gambling establishment?  What does that have to do with

2    the case?

3            MR. STIEGLITZ:  Your Honor, the Government

4    anticipates calling at least one and likely two witnesses that

5    will establish that Mr. Stein ran up a significant gambling

6    debt, and frankly, that will be part of what the United States

7    suggests was animating his desire to commit the crimes that

8    are charged in the indictment.  One of the witnesses will be

9    actually from the MGM Grand casino and will discuss

10   Mr. Stein's -- at the risk of editorializing -- rather

11   exorbitant spending at the MGM Grand, which the United States

12   believes is relevant as motive evidence.

13           THE COURT:  All right.  And then Mr. Stein, you had a

14   couple of questions that I also didn't quite know how they

15   related to the case, so let me find your list.

16           MR. STEIN:  Your Honor, may I respond to that one

17   statement?

18           THE COURT:  Well, we're not getting into the evidence

19   at this point, what's going to be admitted, and we'll deal

20   with the evidence when it comes in or it's offered.

21           You mentioned in your proposed questions, Mr. Stein,

22   "has anyone heard about an organization called Athletes for

23   Life?"  What does that have to do with the case?

24           MR. STEIN:  Athletes for Life, Your Honor, is a

25   charity that was formed by Willie Gault, myself, and the

```
 1   deceased, Lowell Harmison, the doctor.  And the purpose of the
 2   charity was to take a mobile truck and screen heart patients
 3   across the country.  It was financed by Signalife at some
 4   point in time, and there's a very close connection between it
 5   and Signalife in terms of exchanging clinical data.  So to the
 6   extent these people had a connection with them, I think the
 7   Government and the defense would want to know.
 8              THE COURT:  Okay.  Thank you for letting me know.
 9              Anything else we need to talk about before we bring
10   the jury in?
11              MR. STIEGLITZ:  Not from the United States, Your
12   Honor.
13              MR. STEIN:  No, Your Honor.
14              THE COURT:  All right.  Again, if do you want move
15   your chairs, feel free.
16              Mr. White, I just was wondering, do you plan to be
17   here the entire time, or do you know what Mr. Stein's -- I
18   just wonder if I should tell the jurors that they should
19   expect to see you here all the time or just some of the time,
20   you may not be here.
21              MR. WHITE:  I may be not here all the time because I
22   may be doing other things related to the case on Mr. Stein's
23   behalf and on his instructions.
24              THE COURT:  All right.  Just so I can let the jurors
25   know if they don't see you here, they might expect not -- to
```

 1    not see you here all the time.

 2            MR. STIEGLITZ:  And, Your Honor, that actually

 3    prompted one thing I wanted to mention is, we have a similar

 4    situation in that Mr. Sweeney, who is our paralegal, is going

 5    to be replaced for a couple of days during the trial by

 6    another paralegal.  I believe we put his name in our proposed

 7    voir dire questions, but I just wanted to flag that issue for

 8    the Court.  It's of the same variety.

 9            THE COURT:  Thank you.

10            MR. STIEGLITZ:  Thank you, Your Honor.

11      (The venire enters the courtroom, after which the

12    following proceedings were had:)

13            THE COURT:  All right.  Please be seated, everyone.

14            Good morning, ladies and gentlemen.  Welcome.  My

15    name is Kenneth Marra, and I'm the judge that will be

16    presiding over this case; and on behalf of everyone involved

17    in this case, I want to welcome you and thank you for being

18    here this morning.

19            We are going to ask some of you to perform a very

20    important civic responsibility, and that is to be selected to

21    act as jurors in this very important case between the United

22    States of America and the individual against whom this case

23    has been brought, Mitchell Stein, and everyone involved in the

24    case will be introduced to you shortly.

25            This is a criminal proceeding, and the United States

1    has brought charges against Mr. Stein.  They claim that he

2    engaged in certain criminal activity.  Mr. Stein has denied

3    the allegations, and he's pled not guilty to these charges,

4    and we need to have some of you members of this panel decide

5    whether the United States can, in fact, prove these

6    allegations they have made against Mr. Stein beyond and to the

7    exclusion of every reasonable doubt.  So we are going to ask

8    some of you to make a very significant sacrifice of your time

9    to make this very important decision.

10           In order for us to determine who among you should sit

11   as jurors in this case, we need to learn a little bit about

12   each of you in order to determine whether you can be a fair

13   and impartial juror in this case.  We need to know a little

14   bit about you to find out whether there's something in your

15   background, your experiences or your views on the issues that

16   touch upon this case that might prevent you from being a fair

17   and impartial juror.  So we go through a process which is very

18   tedious at times and lengthy, and you can see we have a very

19   large group of people here, and it's going to take us probably

20   most of the day to go through this process, but we're going to

21   find out a little bit about each of you in order to make that

22   determination whether you can be a fair and impartial juror in

23   this case.

24           Please understand when we go through this process

25   we're not doing it to harass you, to embarrass you or to

```
 1    unduly pry into your personal lives.  We're doing it for the
 2    very important purpose of trying to find a fair and impartial
 3    jury.
 4         So before we go any further, I'm going to have the
 5    attorneys introduce themselves to you and their client
 6    representatives and have Mr. Stein introduce himself to you as
 7    well.
 8         Mr. Stieglitz.
 9         MR. STIEGLITZ:  Thank you, Your Honor.
10         Good morning, ladies and gentlemen.  My name's Albert
11    Stieglitz.  I work for the United States Department of
12    Justice.  I'm in the criminal division in the fraud section.
13    Joining me here at counsel table is my co-counsel, Kevin
14    Muhlendorf; our paralegal extraordinaire, Eric Sweeney; and
15    United States Postal Inspection -- Postal Inspector George
16    Clark.  And we will be presenting this case to you.
17         I want to mention two additional names of folks that,
18    for those of y'all who may be seated, will be joining us at
19    various times throughout this trial.  Mr. Sweeney is going to
20    have to step away for a few days and he will be replaced by an
21    individual by the name of Dan McConville (phonetic), who's
22    also a paralegal in our office; and we'll also be joined by
23    another United States postal inspector by the name of Tim
24    Franks.
25         THE COURT:  Mr. Stein?
```

```
 1              MR. STEIN:  Good morning, ladies and gentlemen.  My

 2    name is Mitchell Stein.  I'm the criminal defendant in this

 3    case.  I will be representing myself with the assistance of

 4    counsel, Mr. Charles White; also with the assistance of my

 5    paralegal, potentially a paralegal extraordinaire, Rasika

 6    Reichart (phonetic), and also at times with the assistance of

 7    my son, Andrew Stein, who's seated back in the courtroom

 8    because of seating problems.

 9              THE COURT:  Thank you, Mr. Stein.

10              Now, ladies and gentlemen, as you've heard, Mr. Stein

11    is representing himself in this case.  He has a constitutional

12    right to represent himself.  He has chosen to exercise that

13    constitutional right to represent himself.  He is a lawyer, so

14    he is trained in the law, but he has chosen to represent

15    himself, and he has an attorney, Mr. White, who is there to

16    assist him to the extent Mr. Stein believes he would like to

17    have some assistance in proceeding with the trial.

18              So Mr. White may be here all the time or most of the

19    time or he may be leaving at various times depending upon how

20    he and Mr. Stein decide to proceed with the case.  But

21    Mr. Stein is representing himself.  So that's something I'll

22    ask you about in a little bit.

23              Now, let me tell you a little bit about what this

24    case involves so you'll have some understanding of some of the

25    questions that are going to be asked of you during this
```

```
 1    process.  And also give you a timeframe for how long this case
 2    is expected to take.  And as I mentioned, we're going to ask
 3    some of you to make a very significant sacrifice of your time,
 4    because this case is going to take a significant amount of
 5    time to resolve.  We expect the case to take about 20 trial
 6    days, which, over the next few weeks will probably, depending
 7    upon we have a holiday at the end of the month, we have other
 8    days during which I cannot be here in trial, I will have to be
 9    doing other things.
10          Taking all those into account, we're probably going
11    to, if the case goes the full 20 days, and we're certainly all
12    hoping that we can do it in less than that, but better to give
13    you the outside limit rather than tell you it's going to take
14    10 days and wind up being here longer.  It's not fair to you.
15    So we're going to give you what we think is the outside
16    estimate of 20 days.  We're going to try our best to finish it
17    in a shorter period of time.
18          But with that timeframe and my other commitments on
19    other matters during the next few weeks, we're probably going
20    to take us into probably the first week of June before we
21    finish the case.  We will not be in session every day.  But as
22    I said, about 20 trial days.  So that's a significant amount
23    time.  That's a significant sacrifice for those of you who
24    will be selected.  I'm going to ask you at some point if
25    there's any reason why you can't sit as a juror, and if you
```

1    have a hardship which would prevent you from being with us for

2    that length of time, let us know at the time we speak to you

3    what your hardship is, and we will certainly consider your

4    hardship in determining whether you should be selected.

5         I emphasize the word "hardship" as opposed to

6    "inconvenience."  We recognize it's inconvenient for you to be

7    here even for one day, never mind 20 days.  But this is a very

8    important civic responsibility.  We need members of the

9    community to decide these very important issues, and we're

10   going to, as I said, ask some of you to make a very important

11   sacrifice in being with us for that length of time.

12        So if you do have a hardship, let me know when we

13   speak to you and we'll consider it and take it into

14   consideration and try our best to accommodate you if you

15   really have a hardship.

16        Now, let me just tell you briefly what the case is

17   about and involves.  The United States has alleged in an

18   indictment that is obtained -- and an indictment is a charging

19   document that's obtained from a grand jury, and it's not

20   evidence of guilt, and you should not consider the fact that

21   there has been an indictment handed down in this case as any

22   evidence of guilt whatsoever.

23        But in the indictment, it's alleged by the United

24   States that Mr. Stein engaged in a conspiracy to commit mail

25   and wire fraud.  There are also three substantive counts of

1    mail fraud alleged.  There are three counts of wire fraud

2    alleged.  There are three counts of securities fraud alleged.

3    There are three counts of money laundering alleged, and

4    there's one count of conspiracy to commit obstruction of

5    justice.

6              As I mentioned, the fact that there are allegations

7    and these charges have been brought is not evidence of guilt,

8    and you should not consider the fact that there are charges

9    that have been brought in this case as any evidence of guilt

10   whatsoever.

11             But that's what the case is about.  It involves a

12   company that is -- at one time was called Signalife, Inc.,

13   also known or I think currently known as Heart Tronics, and

14   there's another company involved, or name, Recom Managed

15   Systems, Inc.  And Signalife and Heart Tronics was a company

16   that dealt with a heart monitoring device called Fidelity 100.

17   So we'll be asking you whether you know of anything about this

18   company or this product, if you've had any dealings with it.

19   And then there is another company involved in this case called

20   Arc Financial Group, LLC.  So we'll want to know whether any

21   of you have ever heard of these companies, have ever dealt

22   with any of these companies or the product that I mentioned,

23   this Fidelity 100 heart monitoring product.

24             Now, as I mentioned, we'll be going through a process

25   of gathering information about each of you.  I will be

```
 1   speaking to every one of you at some point individually.  Once
 2   I've finished my questions, the attorneys, if we have time,
 3   will have -- or Mr. Stein will have an opportunity to follow
 4   up briefly with some additional questions that I may not have
 5   covered or they'd like to follow up with and get some
 6   additional information that I might not have obtained from
 7   you, and then we will, when we finish with that process, we'll
 8   make our decision as to who's going to sit on the jury.
 9            As I mentioned, it's a -- we've got a large group of
10   people here, it takes a considerable amount of time, and I
11   expect this process to last into the afternoon at some point
12   before we finish.  So please be patient with us.  Please
13   understand this is an important part of the case, to try and
14   obtain a fair and impartial jury.  It's important to the
15   Government, it's important to Mr. Stein.  And we ask you to,
16   again, be patient and understand the importance of the matter
17   we're here to determine and bear with us if we appear to be
18   going more slowly than you would like.
19            Now, the first thing I need to do before I can ask
20   any questions is to have you sworn, all sworn to tell the
21   truth during this process.  And so I'm going to ask
22   Ms. Ferrante to swear you in.  I'm going to ask you to please
23   stand and raise your right hands.
24            THE COURTROOM DEPUTY:  Please raise your right hand.
25       (A venire was duly sworn.)
```

1           THE COURTROOM DEPUTY:  Please be seated.

2           THE COURT:  Now, thank you, ladies and gentlemen.

3           Now, if you could try and follow some rules that I'm

4    going to ask you to follow during this process.  When I speak

5    to you individually, I'm going to ask you to please stand,

6    again, not to embarrass you, but especially when we get past

7    the first row it's hard for everyone to see you if you're not

8    standing.  So we need to be able to see you and hear you when

9    you're speaking.  We're going to give you a microphone, so

10   please speak into the microphone, because if you don't it's

11   going to be very difficult to hear you in this courtroom

12   without using the microphone.

13          Please try to remember that you need to verbalize

14   your answers to the questions that are asked of you.  If you

15   shake your head or nod, that's not an adequate response to the

16   question because the gentleman seated in front of me is our

17   court reporter.  He's taking down everything we say during

18   this trial so we have an accurate record, and if you shake

19   your head or nod or say uh-huh or huh-uh, it's not clear what

20   the response is, and we would need you to please verbalize

21   your answers to the questions.

22          Please also try as best you can to wait for me to

23   finish the question before you answer, and I will try and wait

24   for you to finish the answer before I ask the next question.

25   As you'll see, the questions are going to be quite repetitive,

```
 1    and you'll probably get a feel very quickly for what the

 2    questions are, and you'll -- the tendency in normal

 3    conversation is to start answering once you know the question

 4    before I finish it, and then Mr. Franklin here will have a

 5    very difficult time taking down accurately what you're saying

 6    or what I'm saying if we're speaking at same time.  So please

 7    try to wait for me to finish the question before you start

 8    answering.

 9            Now, before we get into the specific questions -- and

10    all of you should have a list of questions that I'm going to

11    go over with you -- does anyone here know either me or any of

12    the people that have been introduced to you this morning thus

13    far?

14            Okay.  Sir, let me get your -- the microphone.  If

15    you could tell us your name and tell us who you might know.

16            PROSPECTIVE JUROR:  My name is Daniel Lustig, and I'm

17    an attorney, and I had cases with you.  I don't know you

18    personally, but I have had cases where I represented a party

19    in front of you.

20            THE COURT:  Okay.  And civil cases I take it?

21            PROSPECTIVE JUROR:  Yes, Your Honor.

22            THE COURT:  Anything about any of the cases that you

23    may have had before me that would in any way affect your

24    ability to be a fair juror in this case?

25            PROSPECTIVE JUROR:  No, Judge.
```

```
 1              THE COURT:  Any rulings I made that you might not
 2    have been happy with that might be a problem?
 3              PROSPECTIVE JUROR:  No.
 4              THE COURT:  All right.  Thank you, Mr. Lustig.
 5              Anyone else who may know anyone in the courtroom?
 6              Yes, ma'am, if you could tell us your name.
 7              PROSPECTIVE JUROR:  Kim Nereau.
 8              THE COURT:  Yes, ma'am.
 9              PROSPECTIVE JUROR:  My daughter is adopted, and you
10    were the judge that presided over that.
11              THE COURT:  Okay.  That was quite a while ago.
12              PROSPECTIVE JUROR:  Long time.
13              THE COURT:  Nice to see you again.
14              Anything about that proceeding or anything about that
15    issue that might in any way affect your ability to be a fair
16    juror in this case?
17              PROSPECTIVE JUROR:  No.
18              THE COURT:  Okay.  Thank you, ma'am.
19              Anyone else that knows anyone in the courtroom that
20    has been introduced to you or any names that have been
21    mentioned?
22              Now, let me ask this question.
23              As you were told, Mr. Stein has chosen to represent
24    himself in this case.  Is there anyone here who would feel
25    that they would either hold it against Mr. Stein that he's
```

```
 1    representing himself or hold it against the Government and

 2    lean in his favor because he's representing himself?  Is there

 3    anyone who's going to either hold -- you know, give him a

 4    benefit in deciding this case because he's representing

 5    himself, feel sorry for him, feel like maybe he's being picked

 6    on by the United States, he's representing himself, or feel

 7    like, gee whiz, what's wrong with this guy, he's representing

 8    himself, and hold it against him and not give him a fair

 9    trial?  Anyone who in any way would either view it positively

10    or negatively in terms of deciding this case because Mr. Stein

11    has chosen to represent himself?

12          Okay.  I don't see any hands, so I assume everyone

13    would treat Mr. Stein fairly and not hold it against him or in

14    favor of him because he's representing himself, and just

15    decide the case on the evidence and the law; am I correct?

16          All right.  Thank you.

17          Now, does anyone -- has anyone ever heard of the

18    company Signalife, Heart Tronics or this product, Fidelity

19    100, the heart monitor?  Has anyone ever had any dealings with

20    that product?  Heard of it?

21          Okay.  Ma'am?  All right, sir.  Let me get to the

22    gentleman in the first row here.  Your name, please.

23          PROSPECTIVE JUROR:  Barry Gauch.  I've heard of

24    Signalife just through advertisement.

25          THE COURT:  Did you ever invest in that company?
```

```
 1                  PROSPECTIVE JUROR:  No, sir.
 2                  THE COURT:  Did you ever investigate it in terms of
 3      determining -- deciding whether you wanted to purchase that
 4      product or use that product?
 5                  PROSPECTIVE JUROR:  Yes, sir, I did.
 6                  THE COURT:  You investigated it?
 7                  PROSPECTIVE JUROR:  Yes, sir, I did.
 8                  THE COURT:  And did you choose -- did you ever buy
 9      the product?
10                  PROSPECTIVE JUROR:  No, sir, I did not.
11                  THE COURT:  Okay.  Was there a particular reason why
12      you chose not to?
13                  PROSPECTIVE JUROR:  Wasn't a good value.
14                  THE COURT:  In terms of the product?
15                  PROSPECTIVE JUROR:  Yes, sir.
16                  THE COURT:  Not in terms of investing in the company?
17      You never were -- were you considering investing in the
18      company?
19                  PROSPECTIVE JUROR:  I was considering buying their
20      product.
21                  THE COURT:  Buying their product.  All right.  And
22      you concluded that it was not a good investment to buy?
23                  PROSPECTIVE JUROR:  Not in my best interest.
24                  THE COURT:  Was there anything that you considered
25      false or misleading about the product advertising that you
```

```
1    reviewed or investigated?

2         PROSPECTIVE JUROR:  It just really wasn't in my best

3    interest the amount of money they wanted for what I was going

4    to get in return.

5         THE COURT:  All right.  So it was basically an

6    economic decision on your part?

7         PROSPECTIVE JUROR:  Yes, sir.

8         THE COURT:  Nothing about the advertisements or

9    anything that you learned about the company caused you to have

10   any negative impressions about the company?

11        PROSPECTIVE JUROR:  Well, I was looking for a single

12   or double A company, and they weren't in that category.

13        THE COURT:  All right.  Anything about your knowledge

14   of the company or your investigation of the product that would

15   in any way affect your ability to be a fair juror in this

16   case?

17        PROSPECTIVE JUROR:  No, I don't think so.

18        THE COURT:  You could put aside the fact that you

19   chose not to invest or not purchase the product and not hold

20   that either in favor of the Government or against Mr. Stein?

21        PROSPECTIVE JUROR:  Yes, true.

22        THE COURT:  All right.  Thank you, sir.

23        I saw someone else raise their hand.

24        Yes, ma'am, your name?

25        PROSPECTIVE JUROR:  Terry Kamen-Schulner.
```

```
 1              THE COURT:  Yes, ma'am.

 2              PROSPECTIVE JUROR:  I have a question.  Signalife,

 3    can you spell it so I can know whether I do know what

 4    Signalife is?

 5              THE COURT:  I believe it's S-I-G-N-A-L-I-F-E.

 6              PROSPECTIVE JUROR:  Okay.  Then, no, I do not know

 7    that company.

 8              THE COURT:  All right.  Anyone else?

 9              All right.  Thank you.

10              Now, what I'd like to do is to start speaking to you

11    individually.  We're going to start over here in the first row

12    on my left, your right, and we'll go down the rows and get to

13    everyone as quickly as we can.

14              And you are Ms. Gustinelli; am I correct?

15              PROSPECTIVE JUROR:  Yes.

16              THE COURT:  Good morning.

17              PROSPECTIVE JUROR:  Good morning.

18              THE COURT:  Why don't you take that list of

19    questions, ma'am, and go straight down the list and tell us a

20    little bit about yourself, please.

21              PROSPECTIVE JUROR:  Okay.  My name is Lisa

22    Gustinelli.  I'm 54 years old.  I live in Boca Raton, and I've

23    lived there for 30 years.  I am employed.  I'm a teacher at

24    Saint Andrews School.  I teach middle schoolers, language.

25    I'm married.  My husband has an outdoor advertising business,
```

 1     it's called North American Media.  I have five children.  The

 2     oldest is 28, all the way down to 13.  Two of them are

 3     working.  One is a microbiologist for a pharmaceutical company

 4     in Canada, and the other one is a diesel engineer.  I have a

 5     bachelor's from Florida State University in international

 6     affairs and a master's degree from Florida Atlantic University

 7     in education.

 8            I've never sat on a jury before.  I have never been

 9     involved in a lawsuit.  I have never had a family member or a

10     close friend arrested or charged with any crime.  My -- victim

11     of crime:  My husband's car was broken into at Lake Wyman Park

12     in Boca Raton about two years ago, and they stole his

13     cellphone and his wallet.  I do not have relatives or friends

14     who are in law enforcement.

15            I do not have any disabilities.  I feel like I

16     haven't gotten enough information yet to know whether or not I

17     would have any personal views.

18            THE COURT:  Okay.  You're not going to get much more

19     information about the case, so is there anything that you've

20     heard so far --

21            PROSPECTIVE JUROR:  I'm not in the medical field, so

22     I would -- I'm not really sure where this whole thing is

23     going.  I don't know.

24            THE COURT:  Well, is there anything you've heard thus

25     far that would, in your mind, cause you to not be a fair and

1   impartial juror?  Is there anything that you've heard that

2   would give you a question in your mind about your ability to

3   be a fair juror in this case?

4          PROSPECTIVE JUROR:  No, I don't think so.

5          THE COURT:  Okay.

6          PROSPECTIVE JUROR:  I would be able to follow the

7   law, and I don't know if you consider it a hardship, but for

8   me it is.  My husband has started a new business in Orlando,

9   and he's gone all week, and I do have a thirteen-year-old at

10  home, and he comes to school with me in the morning.  Today, I

11  had to make special arrangements.  Actually, my husband stayed

12  home.  He didn't go to work.  He didn't leave for Orlando

13  today, so he's not working today.  And the hardship would be

14  getting him to school in the morning, then coming home again

15  in the afternoon.  That's one thing.

16         And then another thing is I am a teacher, and school

17  ends on May 30th.  These are the most important weeks of the

18  wrapping-up for students, final exam review.  I teach Latin.

19  I'm the only Latin teacher at my school, and no substitute

20  teacher can teach Latin.  So when I'm gone, I basically just

21  have to give busy work for the students, but they're not

22  learning the new material that they're going to need to know

23  the last chapter for their final exam.

24         THE COURT:  All right.  Your son, your

25  thirteen-year-old son, do they have aftercare at the school

```
 1   where he attends?

 2          PROSPECTIVE JUROR:  No, it's middle school, so

 3   there's no aftercare.

 4          THE COURT:  Do you have any other family or friends

 5   in the area that might be able to watch him in the afternoons

 6   after school for a few hours?

 7          PROSPECTIVE JUROR:  He's perfectly all right.  I

 8   mean, he's 13.  He's been home alone before.  It's just the

 9   getting him home, getting him to school, and getting him from

10   school.

11          THE COURT:  What time does school start in the

12   morning?

13          PROSPECTIVE JUROR:  We get there at 7:30, and then

14   school ends at 3:30.

15          THE COURT:  All right.  So if you get him there at

16   7:30, that shouldn't be a problem in the mornings, because we

17   don't start here until 9:00, so . . .

18          PROSPECTIVE JUROR:  Okay.

19          THE COURT:  I know today you probably had to get here

20   earlier, but in the normal course we would start --

21          PROSPECTIVE JUROR:  He actually starts at 8:00, but I

22   start at 7:30.  I could get him there as early as 7:30.

23          THE COURT:  So the issue is getting him home?

24          PROSPECTIVE JUROR:  Yes.

25          THE COURT:  And is there anyone who could assist in
```

1    giving him a ride home in the afternoons?

2           PROSPECTIVE JUROR:  Yes.  For that many days I'd have

3    to call on a lot of favors, but I always could find somebody

4    to help me out with it, it would just be hard.

5           THE COURT:  I understand.

6           All right.  Thank you, ma'am.

7           Ladies and gentlemen, I'm sorry I kind of jumped

8    ahead of myself when I started asking questions, and

9    Mr. Delhome, if you could just wait a few minutes before I

10   speak to you.  I need to go over some other matters with you

11   as a group before we start speaking to you individually, and I

12   apologize.  As I said, I kind of skipped ahead.

13          I want to talk to you about certain legal principles

14   that apply to all criminal cases in this country, and make

15   sure you understand these principles and can follow them if

16   you're chosen as a juror in this case.

17          And the first legal principle that I need to make

18   sure you understand and could agreed to follow if you're a

19   juror is what's called the presumption of innocence.  In every

20   criminal case, the person who is charged with a crime or

21   crimes, in this case, Mr. Stein, is presumed innocent of these

22   charges, and if you are chosen as a juror in this case, you

23   must presume Mr. Stein innocent of all of these charges unless

24   and until the United States could actually come forward with

25   evidence to convince you that he is, in fact, guilty of any or

```
 1    all of the charges beyond a reasonable doubt.

 2              So I need to make sure you understand that Mr. Stein,

 3    as he sits here, is presumed innocent.  The fact that there's

 4    an indictment is not evidence of guilt, as I mentioned before.

 5    And if you are on this jury, you must give him the presumption

 6    of innocence unless the Government can actually prove his

 7    guilt to you with evidence beyond a reasonable doubt.

 8              So I want to make sure you understand this principle

 9    and can follow it if you're on the jury.  I'm going to go on a

10    row by row basis and ask you if you understand it, and if

11    there's anyone who has an issue or feels you're unable to

12    presume Mr. Stein innocent in this case, please raise your

13    hand so we can discuss it further.

14              I'm going to start on my left, your right, the first

15    row.  Does everyone understand that Mr. Stein is presumed

16    innocent of these charges that I mentioned to you and that if

17    you're on this jury, you must presume him innocent unless the

18    Government proves his guilt to you beyond a reasonable doubt

19    with evidence?  Does everyone understand that in the first

20    row?

21              Does anyone in the first row feel for any reason that

22    you cannot presume Mr. Stein innocent, the fact that we're in

23    the courtroom, the fact that you've heard the charges, the

24    fact that he's representing himself and you've been introduced

25    to lawyers from the Department of Justice, anything about the
```

1    circumstances of this case that would in any way cause you to

2    not be able to presume him innocent, in that first row?

3    Anyone?

4           All right.  How about the second row?  Does everyone

5    in the second row understand that Mr. Stein is presumed

6    innocent, and you must presume him innocent unless the

7    Government can prove his guilt to you with evidence beyond a

8    reasonable doubt?  Does everyone understand that?  Does anyone

9    have a problem with being able to do that if you're on this

10   jury?

11          How about the third row?  Anyone who has a problem

12   with the presumption of innocence in this case or feels you

13   cannot presume Mr. Stein innocent?  All of you can do that?

14          All right.  Let me go over to the other side of the

15   room.  First row on my right, your left.  Does everyone

16   understand Mr. Stein's presumed innocent of these charges?

17   Does anyone have a problem with being able to presume him

18   innocent?

19          Second row?  Anyone in that second row who would not

20   be able to presume Mr. Stein innocent if you're on this jury?

21          Third row?

22          I think it's the fourth row.  Anyone on that fourth

23   row?

24          How about the people seated against the wall?  Anyone

25   in the last row there who could not presume Mr. Stein

1    innocent?  All of you can do that?

2         All right.  Now, the next legal principle I'd like to

3    discuss with you is what's called the burden of proof.  Who

4    has the burden of proving the case?  And in every criminal

5    case, the Government that's bringing the charges against the

6    Defendant, in this case Mr. Stein, the Government has the

7    entire burden of proving that Mr. Stein is guilty of the

8    charges.  Mr. Stein does not have to prove his innocence to

9    you.  The United States must prove he is, in fact, guilty.

10         And the amount of proof, the level of proof that's

11   required in a criminal case is called beyond a reasonable

12   doubt, and if you're on the jury you'll be getting a legal

13   definition of what that means to help and guide you in

14   determining whether the evidence presented by the United

15   States meets that standard of beyond a reasonable doubt.  So

16   Mr. Stein doesn't have to prove his innocence, he does not

17   have to present witnesses, he does not have to do anything

18   other than be here.  He doesn't have to present evidence.

19   It's entirely up to the United States to prove his guilt, and

20   Mr. Stein doesn't have to do anything other than be here and

21   answer to the charges.

22         So I need to make sure all of you understand that the

23   burden's on the United States and not on Mr. Stein and make

24   sure you can put the burden on the United States in this case

25   and not expect Mr. Stein to prove his innocence to you.

 1                  So, again, first row on my left, does everyone

 2     understand the burden of proof and it's on the United States

 3     to prove Mr. Stein guilty?  He does not have to prove his

 4     innocence.  Does everyone understand that?  Does anyone in

 5     that first row have a problem with putting the burden on the

 6     United States and not expecting Mr. Stein to prove his

 7     innocence to you?  All of you can do that?

 8                  All right.  Second row.  Does everyone understand the

 9     burden's on the United States to prove guilt beyond a

10     reasonable doubt, not on Mr. Stein to prove his innocence?

11     Okay.  All of you can do that if you're on the --

12                  How about the third row?  Everyone understand that

13     burden?  Can put the burden on the United States and not on

14     Mr. Stein?

15                  All right.  Let me go over to the other side of the

16     room, first row on my right, your left.  Does everyone

17     understand the burden's on the United States to prove

18     Mr. Stein guilty?  He's not required to prove his innocence to

19     you.  All of you can follow that burden?

20                  How about the second row?

21                  Third row?

22                  Fourth row?

23                  Anybody in the back there?  All of you can put the

24     burden on the United States?

25                  Now, the next legal principle I'd like to discuss

1    with you is a constitutional right that everyone charged with

2    a crime in this country has, and it also logically follows

3    from the discussion we just had as the burden of proof, where

4    the burden lies and the fact that Mr. Stein does not have to

5    prove his innocence.  Because the burden is on the United

6    States and Mr. Stein does not have to prove his innocence, he

7    has a constitutional right, if he chooses to exercise it, not

8    to testify in this trial and not be a witness in this trial,

9    and that's his right.

10          And if he chooses not to testify or be a witness in

11   this trial, you as jurors cannot consider that in deciding the

12   United States has proved his guilt or has not.  You cannot

13   factor into your analysis of the evidence in this case and the

14   law that applies to this case, you cannot factor in if

15   Mr. Stein chooses not to testify.  You have to base your

16   decision on the evidence that has been presented and make your

17   decision on that evidence alone and not on whether or not

18   Mr. Stein chooses to testify.  And if he chooses not to

19   testify, as I said, you cannot consider that in any way.

20   Since he doesn't have to prove his innocence, you can't impose

21   on him the burden of having to testify to convince you that

22   he's not guilty.

23          So I want to make sure all of you understand that

24   right.  And, again, we don't know what Mr. Stein's decision

25   will be at this point, but if he chooses not to be a witness,

```
 1   you cannot hold it against him.  You cannot factor that into

 2   your decision-making process.

 3            So once again, on the first row, on my left, your

 4   right, does everyone understand that Mr. Stein has a

 5   constitutional right not to be a witness if he chooses?  Does

 6   anyone have a problem with that concept that if Mr. Stein

 7   chooses not to be a witness, it might be a problem for you and

 8   you might feel or hold it against him and consider that in

 9   deciding whether the Government's proved its case?  Does

10   anyone feel that they might hold it against him or it might be

11   a factor or a concern for you?  No?

12            Let me ask this one more time in this way.  Is there

13   anyone in the first row who feels unless Mr. Stein testifies

14   you cannot find him not guilty?  He'd have to testify in order

15   for you to find him not guilty?  Does anyone feel that way in

16   the first row?

17            All right.  How about the second row?  Does everyone

18   understand that Mr. Stein doesn't have to be a witness since

19   he doesn't have to prove his innocence, and if he chooses not

20   to, you can't hold it against him?  Anybody have a problem

21   with that in the second row?

22            Third row?  Anybody have a problem if Mr. Stein

23   chooses not to be a witness?

24            All right.  Over on the other side of the room, first

25   row.  Anyone who feels that Mr. Stein would have to testify,
```

```
 1   otherwise you could not find him not guilty?

 2           All right.  Sir, we'll get to you in a second.

 3           Is there anyone who would hold it against -- in the

 4   first row, who would hold it against Mr. Stein if he chose not

 5   to be a witness?

 6           All right.  Let's go into the second row.  I saw a

 7   gentleman raise his right hand, but let me, before we speak to

 8   you, is there anyone else in that second row who feels that

 9   you would have to hear from Mr. Stein in order to find him not

10   guilty?  All of you in that second row, other than the

11   gentleman who's raised his hand, all of you would not hold it

12   against Mr. Stein if he chose not to be a witness?

13           All right.  Let's talk to the gentleman who raised

14   his hand there.  If we can get him the microphone.  And, sir,

15   if you could tell us your name.

16           PROSPECTIVE JUROR:  My name is Donjohn Luzincourt,

17   from Boynton Beach.

18           THE COURT:  Let me just find your name on my list

19   here.

20           Okay, Mr. Luzincourt, what are your thoughts about

21   this issue?

22           PROSPECTIVE JUROR:  Don't know why he wouldn't I be

23   able to hear someone -- I figured I should be able to listen

24   to him.  If not, I don't see how I can make a decision.

25           THE COURT:  All right.  So you think that you have to
```

```
 1        hear from him in order to make a decision in his favor?

 2                 PROSPECTIVE JUROR:  That's how I feel, yes.

 3                 THE COURT:  Okay.  Now, I think a minute ago or a few

 4        minutes ago when I was talking about the burden of proof is on

 5        the United States and Mr. Stein doesn't have to prove his

 6        innocence, you agreed with that.  I think you said you agree

 7        with that, correct?

 8                 PROSPECTIVE JUROR:  Yes, I think I did.

 9                 THE COURT:  Okay.  So does it make sense to you that

10        if Mr. Stein doesn't have to prove his innocence and you agree

11        that he shouldn't have to prove his innocence, the burden is

12        on the Government to prove him guilty, if you're expecting him

13        to testify, you're, in effect, making him prove his innocence

14        to you?  Does that make sense to you, that if you want him to

15        testify and if you need to hear him testify, then you're

16        making him prove his innocence?  Does that make sense?

17                 PROSPECTIVE JUROR:  I may have misheard the first.

18        When they asked that, I probably didn't really quite hear you

19        well.

20                 THE COURT:  But you think it would be a problem for

21        you if he didn't testify?

22                 PROSPECTIVE JUROR:  Exactly.

23                 THE COURT:  Okay.  Thank you for letting us know,

24        sir.  Appreciate your honesty.

25                 All right.  Anyone in that next row, that third row
```

```
 1    on my right, your left?  Anyone who feels the same way as
 2    Mr. Luzincourt?  Does anyone else in that row feel that way?
 3    Does everyone in that third row feel that you would not hold
 4    it against Mr. Stein if he chose not to testify?
 5             How about the fourth row there?  Anyone who would
 6    have a problem if Mr. Stein chose not to testify, and would
 7    hold it against him in any way?
 8             How about the last row?
 9             Did anyone, after hearing Mr. Luzincourt state his
10    opinion, change their earlier answer to that question?
11             Thank you.  I apologize.  I should have gone over
12    that earlier before we started speaking to Ms. Gustinelli.
13             So now if we can get back to Mr. Delhome.  Good
14    morning, sir.  If we can get you the microphone.
15             PROSPECTIVE JUROR:  Good morning.  My name is Jean
16    Delhome, and I am 52 years old.  I do live in this country, in
17    Palm Beach County for 25 years.  I am an employee.  I am a
18    married man with five kids, start from 28 down to 15.  I am a
19    12th grade graduated, but in Haiti, not in here.
20             I never have any -- I never have any close friend or
21    family been in a crime.
22             THE COURT:  Have you ever been on a jury?  Have you
23    ever sat on a jury before, sir?
24             PROSPECTIVE JUROR:  No, this is the first time I'm
25    here.  I'm here.  I'm a little bit, you know.
```

```
 1                    THE COURT:  Have you ever been involved in a lawsuit?
 2                    PROSPECTIVE JUROR:  No.
 3                    THE COURT:  Where you sued someone or someone sued
 4       you?
 5                    PROSPECTIVE JUROR:  No.
 6                    THE COURT:  Or your family members?
 7                    PROSPECTIVE JUROR:  No.
 8                    THE COURT:  Okay.  You said no one in your family's
 9       been arrested?
10                    PROSPECTIVE JUROR:  No.
11                    THE COURT:  Okay.  Or you?
12                    PROSPECTIVE JUROR:  No.
13                    THE COURT:  Okay.  I'm sorry, go ahead.
14                    PROSPECTIVE JUROR:  That's all I have.
15                    THE COURT:  Have you ever been a victim a crime?
16                    PROSPECTIVE JUROR:  No.
17                    THE COURT:  Have any of your family members or close
18       friends?
19                    PROSPECTIVE JUROR:  No, no, no.
20                    THE COURT:  Do you have any friends or family who are
21       in law enforcement, police officers?
22                    PROSPECTIVE JUROR:  No.
23                    THE COURT:  Do you have any disabilities that would
24       affect your ability to sit as a juror?
25                    PROSPECTIVE JUROR:  No.
```

```
 1              THE COURT:  Is there anything that you heard about
 2  this case that would prevent you from being a fair juror?
 3              PROSPECTIVE JUROR:  No.
 4              THE COURT:  You can be fair in this case to both
 5  sides?
 6              PROSPECTIVE JUROR:  Yeah.
 7              THE COURT:  Is there any -- would you be able to
 8  follow my instructions to you when I tell you what the legal
 9  requirements are in this case?  Would you be able to follow
10  those instructions even if you don't personally agree with
11  them?
12              PROSPECTIVE JUROR:  Yes, sir.
13              THE COURT:  Is there any reason you can't be a juror
14  in this case?
15              PROSPECTIVE JUROR:  No.
16              THE COURT:  All right.  Thank you very much.
17              Oh I'm sorry, your children.  You mentioned you have
18  some adult children.  What do they do for a living, the
19  adults?
20              PROSPECTIVE JUROR:  My first one is a manager of Home
21  Depot in Boynton Beach, and my second one just graduated.
22  She's a pharmacist.
23              THE COURT:  Okay.  And those are the only adults that
24  you have?
25              PROSPECTIVE JUROR:  Yeah.
```

```
 1              THE COURT:  Okay.  Thank you.

 2         I'm sorry, you are married?

 3         PROSPECTIVE JUROR:  Yes, I am.

 4         THE COURT:  Does your wife work?

 5         PROSPECTIVE JUROR:  Yes, she is.

 6         THE COURT:  What does she do?

 7         PROSPECTIVE JUROR:  She's a nurse.

 8         THE COURT:  Okay.  Thank you, sir.

 9         Mr. Gauch, good morning again.

10         PROSPECTIVE JUROR:  Good morning, sir.

11              Barry Phillip Gauch, 68 years old.  I've resided in

12    Palm Beach County for two years.  I am employed.  I'm the

13    corporate pilot and a project manager for Bradford Marine

14    Shipyard in Fort Lauderdale.  I'm not married.  I have five

15    children.  They're all adults.  The oldest is a pharmaceutical

16    representative, the next one is a -- she owns her own business

17    in sports equipment, the next one is a executive for a health

18    insurance company, Paychecks Incorporated.  They do human

19    resource and 401k-type work.  The next one is an executive for

20    a computer engineering company, and the last one is a teacher

21    out in Portland, Oregon.

22              I graduated from Texas A&I University and the

23    University of Southern California with a master's degree in

24    safety and systems management.

25              I was in the Marine Corps for 22 years, retired as a
```

1    lieutenant colonel.  I was worked for American Airlines as a

2    captain, retired.  Now I'm working as a pilot for Bradford

3    Marine Shipyard.

4           I sat on a jury once before in Fort Lauderdale when I

5    lived there.  I've never been involved in a lawsuit or been

6    sued.  Nobody's been arrested in my family.  No friends have

7    been arrested.  And none of us have been a victim of crime.

8    No family members in law enforcement.

9           The next one, I have some minor back problem that

10   when it flares up it's really bad, but right now I'm okay.  I

11   don't have any personal views on this case.  I don't really

12   know anything about it at all other than what's been presented

13   here.  And I can follow your instructions.  I've been trained

14   to do that quite well.

15          Is there any reason you cannot sit as a juror in this

16   case?  Presently, most of you know about Florida and the boat

17   industry, and that's what I'm involved in.  And our biggest

18   month of activity is May -- April, May and June, and then

19   after that, all the boats leave and go north.  So right now

20   the shipyard is chockablock full, and I'm managing right now

21   about $4 million worth of projects.  If I'm not there, it's

22   not going to be good for the company.

23          Additionally, we've got four boats down range that I

24   have to fly to to take technicians to; so it would not be

25   really good for me to be here for 20 days.  If it was a two or

```
 1    three-day thing, I could probably work around that.  But if
 2    I've got to be here for 20 days, that would not be good either
 3    for the company -- in particular.  We've got a hundred
 4    employees that depend on what goes on at the shipyard.
 5              Additionally, I have some personal bias that I need
 6    to make you aware of.  When I was in the Marine Corps I was a
 7    Congressional liaison officer and I dealt with lawyers.  Most
 8    of them were congressmen and senators, and I can be honest
 9    with you and say that there's not one of those guys that I'd
10    go have a beer with.  I found them not to be truthful.  I
11    found them to be willing to do whatever it took to get what
12    they wanted done, done.  And I've also found that they are
13    taught to think in a particular manner that the rest of us are
14    not, and they're taught to win their cases.  And the law is a
15    very arcane program, and most of us don't think like they do.
16              THE COURT:  All right.  Well, does that mean you're
17    going to not be able to sit and fairly evaluate the evidence
18    that's presented?
19              PROSPECTIVE JUROR:  No, no, I'll -- I can be fair.
20              THE COURT:  Okay.
21              PROSPECTIVE JUROR:  As long as they're honest, I'll
22    be fair.
23              THE COURT:  So you're going to be, if you're a juror,
24    you're going to be one evaluating the testimony of the
25    witnesses, and you're going to be the one deciding whether to
```

 1   believe or disbelieve the witnesses' testimony.  So you'll

 2   have that opportunity, you and the other jurors, to determine

 3   credibility of the evidence that's being presented.

 4          PROSPECTIVE JUROR:  Absolutely.

 5          THE COURT:  So -- and you'll be able to do that

 6   fairly even though you may not think lawyers are the nicest

 7   people?

 8          PROSPECTIVE JUROR:  That's true.

 9          THE COURT:  All right.  And you understand there are

10   lawyers on both sides here.

11          PROSPECTIVE JUROR:  Yes, sir, I do, and I know both

12   of them are going to do what it takes to win.

13          THE COURT:  All right.  Thank you, sir.

14          Oh, I'm sorry, I'm sorry.

15          Mr. Gauch, your jury experience, was it a criminal or

16   civil case?

17          PROSPECTIVE JUROR:  Criminal.

18          THE COURT:  And did you reach a verdict?

19          PROSPECTIVE JUROR:  Yes, sir, we did.  I was the jury

20   foreman, unfortunately, and that was a wonderful experience,

21   also.

22          THE COURT:  Okay.  What was the nature of the charge?

23          PROSPECTIVE JUROR:  Murder.

24          THE COURT:  Okay.  And is there anything about what

25   happened in that case that would affect your ability to be a

```
 1    fair juror here?

 2            PROSPECTIVE JUROR:  No, this isn't that type of case

 3    at all.

 4            THE COURT:  Thank you, sir.

 5            PROSPECTIVE JUROR:  Yes, sir.

 6            THE COURT:  Mr. Munoz.  Good morning.

 7            PROSPECTIVE JUROR:  Good morning.  My name is

 8    Christian Munoz.  I am 43 years old.  I live in Boca Raton,

 9    Florida, for 11 years.  I am employed.  I'm a full-time

10    graphic designer.

11            Number 5, no.  Number 6, no.

12            THE COURT:  You don't have five children, also?

13            PROSPECTIVE JUROR:  (Shakes head.)

14            Number 7, I have a college degree.  Number 8, yes, I

15    did serve as a juror.  It was for a state case.  It was a

16    one-day trial.  Number 9 is no.  Number 10, no.  Number 11, my

17    mother was a victim of identity theft.  That was over 20 years

18    ago.

19            Number 12 is no.  Number 13, no.  Fourteen, no.

20    Fifteen is yes.  And 16 is no.

21            THE COURT:  All right.  Sir, your jury experience,

22    what kind of a case was it?

23            PROSPECTIVE JUROR:  It was an individual charged with

24    driving under the influence.

25            THE COURT:  And did you reach a verdict in that case?
```

```
 1                PROSPECTIVE JUROR:  Yes, we found him guilty.

 2                THE COURT:  And were you the foreperson of that jury?

 3                PROSPECTIVE JUROR:  No, sir.

 4                THE COURT:  Is there anything about that case that

 5      might affect your ability to be a fair juror in this case?

 6                PROSPECTIVE JUROR:  (Shakes head.)

 7                THE COURT:  Anything about the fact that your mother

 8      was a victim of identity theft that might in any way influence

 9      your ability to be fair in this case?

10                PROSPECTIVE JUROR:  No.

11                THE COURT:  Thank you, sir.

12                Ms. Burdette, good morning.

13                PROSPECTIVE JUROR:  Good morning.

14                Yes, my name is Kathleen Burdette.  I'm 60 years old.

15      I've lived in Palm Beach Gardens for four years, Michigan

16      before that.  I work for Team Health Anesthesia as a vice

17      president of finance.  I am married.  My husband works for a

18      property management company, and he's a maintenance guy.  I

19      have two adult children.  One is an electrical engineer and

20      one's a veterinarian.  I have an undergrad in accounting and

21      an MBA.

22                I have never sat on a jury before.  I've made it

23      about this far, and that was it, I was excused before it went

24      to jury selection.  I've been involved in lawsuits just

25      professionally, the occasional malpractice case.  I've always
```

```
 1   worked in healthcare.  Had to do depositions, that kind thing,
 2   but I've never been personally sued.  My son was arrested back
 3   when he was young and crazy.  He had a DUI.  He's mature now.
 4   My husband was actually pick-pocketed traveling in Europe one
 5   time, but he was not hurt.  I do not have relatives or friends
 6   in law enforcement.
 7          I do not have any disabilities that would affect
 8   sitting on the case.  I do not feel that I have any bias or
 9   attitudes that would affect my ability to be fair.  I would be
10   able to follow your instructions.  The only issue for me
11   personally, given the length of the case is, I do have a
12   prepaid trip to Ireland scheduled for May 23rd through
13   June 3rd.  So that's something I've been planning for a long
14   time and I've already paid about $5000 for that trip, so . . .
15          THE COURT:  All right.  Ma'am, let me ask you a few
16   follow-up questions.
17          Anything about the lawsuits that you were involved
18   with professionally that in any way would affect your ability
19   to be a fair juror in this case?
20          PROSPECTIVE JUROR:  No.
21          THE COURT:  Anything about the deposition testimony
22   that you gave or the way you were treated in your depositions
23   that might affect you in any way?
24          PROSPECTIVE JUROR:  No, not at all.
25          THE COURT:  Anything about the fact your son was
```

```
 1    arrested and charged with a DUI that might in any way affect
 2    you in this case?
 3              PROSPECTIVE JUROR:  No.
 4              THE COURT:  Did you feel he was treated fairly or
 5    unfairly?
 6              PROSPECTIVE JUROR:  Fairly.
 7              THE COURT:  Any resentment against law enforcement
 8    because he was charged with a crime?
 9              PROSPECTIVE JUROR:  No, not at all.
10              THE COURT:  Anything about your husband having his
11    pockets picked in Europe that might affect you in any way?
12              PROSPECTIVE JUROR:  Not in this case, no.  Be careful
13    about traveling with cash in Europe, but . . .
14              THE COURT:  All right.  So you've got the prepaid
15    trip to Ireland already.
16              PROSPECTIVE JUROR:  Yes.
17              THE COURT:  Okay.  Thank you, ma'am.  We'll take that
18    into consideration.
19              Mr. Lustig, good morning again.
20              PROSPECTIVE JUROR:  Good morning, Judge; Daniel
21    Lustig.  I'm 31 years old.  I live in Wellington about three
22    years now.  I'm employed.  I'm an attorney with Burman,
23    Critton, Luttier & Coleman here in West Palm.  I'm married.
24    My wife does not work.  We have a one-year-old baby.  I have a
25    master's, international relations, a law degree, and an LLM in
```

1  intellectual property.

2  I never sat on a jury before.  Not really involved as

3  a party to a lawsuit ever.  Never been arrested, friends or

4  family.  I had my bank account stolen while I was in law

5  school and someone charged in stores in California while I was

6  in New Hampshire.  So that's about the only crime that I've

7  been a victim of.  I have no friends or relatives in law

8  enforcement.

9  No disabilities.  I have no problem with being fair.

10  I have no personal views relative to the case.  I can follow

11  instructions without a problem, and I do -- I mean, the only

12  reason I cannot sit for a long trial is because I have 30

13  active cases right now.  Two of them are in a jury trial

14  docket in state court, and I have a lot of discovery, the

15  decisions that will be taking place this month and sometime

16  probably in June.  So that's my only problem with serving on a

17  long trial.

18  THE COURT:  All right.  Let me ask you about your

19  legal training.

20  You've never practiced criminal law, I take it, or

21  did you?

22  PROSPECTIVE JUROR:  I served as a special prosecutor

23  here in Palm Beach County for a few months when Michael

24  McAuliffe was the state attorney, and it was just a special

25  program where they would get private attorneys to volunteer

```
 1    pro bono.  They picked a certain number of attorneys, and you

 2    continued your private practice but you also go and work at

 3    state attorney's office for a few days a week.

 4              THE COURT:  How long did you do that?

 5              PROSPECTIVE JUROR:  Four months, five months.

 6              THE COURT:  Okay.  And were you involved in making

 7    charging decisions, or did you just take a case that had

 8    already been filed by someone else and picked it up from

 9    there?

10              PROSPECTIVE JUROR:  I just picked up the cases that

11    were given to me.

12              THE COURT:  So you were there to get some trial

13    experience?

14              PROSPECTIVE JUROR:  Trial experience, yes, and help

15    with the volume.

16              THE COURT:  Okay.  And did you try any cases?

17              PROSPECTIVE JUROR:  I did.

18              THE COURT:  How many?

19              PROSPECTIVE JUROR:  I tried -- at the state

20    attorney's office, you mean?

21              THE COURT:  Yes, at the state attorney's office.

22              PROSPECTIVE JUROR:  I tried probably four or five

23    cases.

24              THE COURT:  What were the nature of the crimes?

25              PROSPECTIVE JUROR:  Misdemeanors, battery, DUI.
```

```
 1   That's about it.
 2           THE COURT:  Okay.  The fact that you worked in the
 3   prosecutor's office even temporarily, would that cause you to
 4   favor one side or another in this case?
 5           PROSPECTIVE JUROR:  No, Judge.
 6           THE COURT:  Okay.  Any training in criminal law in
 7   terms of law school or after?
 8           PROSPECTIVE JUROR:  I did.  I served as a -- I was
 9   part of the criminal practice clinic at my law school.  So we
10   would provide pro bono defense to defendants with low income,
11   low resources.
12           THE COURT:  Did you try any cases there?
13           PROSPECTIVE JUROR:  I did not.  I had a bench trial,
14   but nothing.
15           THE COURT:  Anything about that experience that,
16   again, might cause you to lean one way or another in this
17   case?
18           PROSPECTIVE JUROR:  No, Judge.
19           THE COURT:  Do you think you're going to have
20   difficulty if you're sitting as a juror and you're hearing
21   rulings being made, evidentiary rules that you may agree or
22   disagree with, are you going to be able to abide by my rulings
23   and not second-guess my decision?
24           PROSPECTIVE JUROR:  I would never second-guess you.
25   Yes, I can abide by the rulings.  Obviously, I probably will
```

```
 1    know what's going on.  If there is an issue I might suspect
 2    what it is, but that's about it.
 3                THE COURT:  Now, in terms of your trial calendar, are
 4    there any other of your colleagues at the firm that can help
 5    take over some of the matters for you?
 6                PROSPECTIVE JUROR:  I'm sure that, you know, they
 7    probably -- I mean, they would have to, but I don't -- I'm not
 8    familiar with their calendars.  I don't know if there's a
 9    conflict, what the conflict is, if they're available.
10                THE COURT:  All right.  Thank you, sir.
11                PROSPECTIVE JUROR:  Thank you.
12                THE COURT:  If you could hand that over to
13    Ms. Bansbach; is that correct?
14                PROSPECTIVE JUROR:  Correct.
15                THE COURT:  Good morning, ma'am.
16                PROSPECTIVE JUROR:  Thank you.
17                I'm 50 years old.  I reside in Lantana for about 20
18    years.  I work for Flagler Bank.  I'm chief operating officer
19    and senior vice president.  I have two adult children that are
20    in college and work in food services.  I'm married.  My
21    husband works for Palm Beach County School District.
22    Graduated high school, some college.
23                No to number 8.  No to number 9, no to number 10, 11,
24    12, 13, 14, no.  Fifteen, yes, and 16, no.
25                THE COURT:  All right.  Thank you very much, ma'am.
```

```
 1              Ms. Andrews, good morning.

 2              PROSPECTIVE JUROR:  Good morning.

 3              As you know, my name's Lisa Andrews.  I'm 51.  I

 4     reside in Boynton Beach.  I've lived there for 15 years.  I am

 5     employed.  I'm department director at Delray Medical Center.

 6     I'm not married.  I have two children.  One is in college, and

 7     one is graduating high school this year.  I have a master's

 8     degree in health administration.

 9              I've never sat on a jury before.  Never been involved

10     in a lawsuit.  Nobody's been arrested.  Nobody's been a victim

11     of a crime.  My boyfriend is a sheriff in Palm Beach County

12     Sheriff's Office.  His father's a former state prosecutor.

13     Almost everyone in my neighborhood is in some member of law

14     enforcement for some county or municipality.

15              I have no disabilities that would affect me.  I think

16     I can be fair, listen to your directions, but I do have this

17     one problem.  I'm a single mother, and if I don't work I don't

18     get paid.  So that would be a problem if I was out of work on

19     a case for 20 days.  And I would miss my son's graduation if I

20     was on this case, and that would really bother me.  Other than

21     that, there you go.

22              THE COURT:  Hold on, ma'am.

23              When's the graduation?

24              PROSPECTIVE JUROR:  May 20th.

25              THE COURT:  Okay.  And that's what time of the day?
```

```
 1              PROSPECTIVE JUROR:  8:00 o'clock in the morning.  I
 2   have family flying in from all over the country to be with us
 3   on that day.
 4              THE COURT:  Okay.
 5              PROSPECTIVE JUROR:  Just letting you know.
 6              THE COURT:  You mentioned that you have a lot of
 7   friends in law enforcement?
 8              PROSPECTIVE JUROR:  Yes.
 9              THE COURT:  You said your boyfriend's a sheriff?
10              PROSPECTIVE JUROR:  Yes.
11              THE COURT:  And then everybody in your neighborhood
12   is in law enforcement?
13              PROSPECTIVE JUROR:  Pretty much, yeah.  Or fire
14   rescue.
15              THE COURT:  And you said your boyfriend's father was
16   a prosecutor?
17              PROSPECTIVE JUROR:  Yeah, former state prosecutor
18   here in Florida.
19              THE COURT:  Okay.  Now, the fact that you -- you're
20   dating a law enforcement officer and you know a lot of law
21   enforcement officers from your neighborhood, would that affect
22   your ability to be fair in this case?
23              PROSPECTIVE JUROR:  No, I don't think so.
24              THE COURT:  Would it cause you to more likely believe
25   testimony from law enforcement officers that might testify in
```

1    this trial than other witnesses that might testify?

2            PROSPECTIVE JUROR:  To be honest, yes.

3            THE COURT:  So if you saw a law enforcement officer

4    versus another person, you would -- before you heard the

5    testimony, you would tend to believe the law enforcement

6    officer before the other person who was not in law

7    enforcement?

8            PROSPECTIVE JUROR:  Probably.

9            THE COURT:  Okay.  All right.  Thank you, ma'am.

10           PROSPECTIVE JUROR:  You're welcome.

11           THE COURT:  Mr. Sims, good morning.

12           PROSPECTIVE JUROR:  Good morning.  My name is John

13   Sims.  I am 59.  I live in Jupiter for 17 years.  I have a

14   little throat issue today.  Yes, I'm employed.  I work as a

15   pharmaceutical rep.  I am not married.  I have two children.

16   Twenty, is that considered an adult?

17           THE COURT:  Yes.

18           PROSPECTIVE JUROR:  Just graduated from college.

19   She's a culinary chef.  He also graduates high school on the

20   21st.  Hadn't even thought of that before.  Educational

21   background, I have a bachelor's degree in psychology.

22           Never been on a jury before.  Never been in a

23   lawsuit.  No arrests.  Victim of a crime, yes.  Had a car

24   broken into, like, '94.  Same person broke into my house a

25   week later.  Then, had a credit card stolen maybe 10 years

 1    ago.  Have a nephew who is in law enforcement.

 2            No disabilities, no personal views.  Yes, can follow

 3    the law.  No real reason I can't be a juror.

 4            THE COURT:  All right.  Sir, anything about the

 5    crimes that you were a victim of that would in any way affect

 6    your ability to be fair in this case?

 7            PROSPECTIVE JUROR:  No.

 8            THE COURT:  Thank you, sir.

 9            PROSPECTIVE JUROR:  Sure.

10            THE COURT:  Mr. Wright, good morning.

11            PROSPECTIVE JUROR:  Good morning, Judge.

12            My name is Marvin Wright.  I'm 50.  I live in Boynton

13    Beach.  I was born Good Sam Hospital down the street.  I work

14    for UPS.  Not married, no kids unless you count a 16-year-old

15    lab.  BA in history from Florida Atlantic.

16            Two previous jury experiences; one federal, one for

17    the county.  The county was a malpractice against a

18    anesthesiologist, and the federal was someone suing Ford Motor

19    Credit.  No lawsuits.  No arrests.  I was a victim of a crime.

20    I did have a 22-year-old vehicle stolen.  I don't know why

21    yet.  No friends in law enforcement.

22            No disabilities, and . . .

23            THE COURT:  Can you follow the law?

24            PROSPECTIVE JUROR:  Yes, sir.

25            THE COURT:  All right.  Now, let me ask you about

```
 1    your two jury experiences.  They sound like they were both

 2    civil cases, correct?

 3              PROSPECTIVE JUROR:  Both settled out of court the

 4    first day.

 5              THE COURT:  So did you ever --

 6              PROSPECTIVE JUROR:  Never.

 7              THE COURT:  -- reach a verdict with anyone else?

 8              PROSPECTIVE JUROR:  No.

 9              THE COURT:  All right.  Anything about your

10    experience in those two cases that would affect your ability

11    to be fair in this case?

12              PROSPECTIVE JUROR:  No, Judge.

13              THE COURT:  Anything about your 22-year-old car being

14    stolen that might affect you in any way?

15              PROSPECTIVE JUROR:  I'm still curious about that.

16              THE COURT:  But it wouldn't affect you?

17              PROSPECTIVE JUROR:  No.

18              THE COURT:  All right.  Thank you, sir.

19              Ms. Piretti.  Good morning.

20              PROSPECTIVE JUROR:  Good morning.  My name is Rosanne

21    Piretti.  I'm 54.  I've been in Palm Beach County for 25

22    years.  I'm not married, have no children.  I had two years of

23    college.

24              I've never sat on a jury before.  I've never been

25    involved in a lawsuit.  I do have a family member who was
```

```
 1   arrested, charged with a DUI and assault and battery.  My

 2   employer at the moment was a victim of his car was vandalized

 3   while he was in a Pilates class.  I do not have any relatives

 4   or friends in law enforcement.

 5         I have no disabilities that would affect me from

 6   serving on a jury.  I have no personal views or opinions, and

 7   no to number 15, and there's no reason that I wouldn't be able

 8   to sit on the jury.  However, my employer is extremely upset,

 9   but that goes with my civil duty.

10         THE COURT:  All right.  Let me ask you a question.  I

11   think you said no to 15, and 15 is, would you be able to

12   follow the law.

13         PROSPECTIVE JUROR:  I'm sorry, yes.

14         THE COURT:  That's all right.

15         Now, what did you do for a living, again?  I'm sorry.

16   I don't remember what you said.

17         PROSPECTIVE JUROR:  I'm an executive assistant and

18   office manager for a real estate investment trust.

19         THE COURT:  All right.  Thank you.

20         Now, you said you had a family member who was

21   arrested for DUI and battery.

22         PROSPECTIVE JUROR:  Yes.

23         THE COURT:  What happened with that person's case?

24   Do you remember?

25         PROSPECTIVE JUROR:  He basically will be serving
```

```
 1   three years.
 2         THE COURT:  So this person's case hasn't been
 3   resolved yet?
 4         PROSPECTIVE JUROR:  No.
 5         THE COURT:  It's in the process?
 6         PROSPECTIVE JUROR:  Yes.
 7         THE COURT:  He's currently being charged with these
 8   crimes?
 9         PROSPECTIVE JUROR:  Correct.
10         THE COURT:  And you expect that it's going to result
11   in a three-year prison sentence?
12         PROSPECTIVE JUROR:  He is in prison for three years.
13         THE COURT:  Oh, he's already been sentenced?
14         PROSPECTIVE JUROR:  Yes.
15         THE COURT:  All right.  Now, do you have any views as
16   to whether that person was treated fairly or unfairly?
17         PROSPECTIVE JUROR:  No.
18         THE COURT:  No views?
19         PROSPECTIVE JUROR:  No views.
20         THE COURT:  Okay.  Anything about the fact that this
21   person -- can you tell me the relationship?  How close a
22   relationship?
23         PROSPECTIVE JUROR:  He's my brother.
24         THE COURT:  Was this done here locally or somewhere
25   else?
```

```
 1              PROSPECTIVE JUROR:  The west coast of Florida.

 2              THE COURT:  Anything about what happened to your

 3    brother that would affect your ability to be a fair juror in

 4    this case?

 5              PROSPECTIVE JUROR:  No, Your Honor.

 6              THE COURT:  Anything about what happened to your

 7    brother that might cause you to have any some resentment

 8    against law enforcement for having charged him and prosecuted

 9    him?

10              PROSPECTIVE JUROR:  No, Your Honor.

11              THE COURT:  So anything relating to your brother's

12    case won't affect you in any way in this case?

13              PROSPECTIVE JUROR:  No, Your Honor.

14              THE COURT:  Thank you very much, ma'am.

15              All right.  Ms. Schulner, good morning again.

16              PROSPECTIVE JUROR:  Good morning.  I am Terry

17    Kamen-Schulner.  I am 59 years old.  I reside in Wellington

18    and have for eight years, but I've been in the state of

19    Florida for 26 years.  I am married, and my husband and I own

20    a business, which is a insurance agency specializing in

21    health, disability, longterm care, et cetera.  I have two

22    stepchildren.  Are you interested in their occupations?

23              THE COURT:  Yes, please.

24              PROSPECTIVE JUROR:  One of them is a marketing rep

25    for J Crew up in New York City, and the other is in Hollywood
```

 1    Hills, California, as a writer.

 2              My educational background is that I got a BA degree

 3    in education.

 4              Have I ever sat on the jury before?  Yes, I have when

 5    I lived in Washington, D.C.  I served, it went to trial, and

 6    it closed.

 7              Have I ever been involved in a lawsuit?  Yes.  I was

 8    on my way to -- it was -- I was 18 years old, on my way to

 9    school when I was living in New York, and I was hit in the

10    rear of the -- rear end of the car, and I was -- it went to

11    trial about four years later.  There was no question about the

12    fault.  The question was how much was I going to get as a

13    result of it.

14              No one has ever been charged or arrested.  I have no

15    family members or close friends ever been a victim of a crime.

16    When I lived in Washington I had a lot of law enforcement

17    friends, probably half of the FBI socially, and currently, I

18    don't know if I would call them good friends, but I have a lot

19    of acquaintances that are with the Boynton Beach city police

20    and fire department, as well, because I insure their families.

21              I have no disabilities except I have to go to the

22    bathroom so badly.  Based on the description of the case, no,

23    I don't have any problems with that.  I will be able to follow

24    the instructions of the Court.  And, yes, I will be able to

25    sit as a juror soon.

```
 1              THE COURT:  I'll let you go in -- shortly.  Let me

 2     just follow up with some questions and then we'll take a

 3     break.  All right?  So you can take care of your situation.

 4              You said you were on a jury and the case closed, and

 5     I wasn't sure what that meant.  Did you deliberate and reach a

 6     verdict?

 7              PROSPECTIVE JUROR:  We did.  It went to a jury trial

 8     and we did.

 9              THE COURT:  Was it a criminal or civil case?

10              PROSPECTIVE JUROR:  Well, it was in the District of

11     Columbia.  It was a drug case, drug possession.

12              THE COURT:  And you reached a verdict?

13              PROSPECTIVE JUROR:  We did.

14              THE COURT:  Were you the foreperson of that jury?

15              PROSPECTIVE JUROR:  Yes.

16              THE COURT:  Anything about that case that would

17     affect your ability to be fair in this case?

18              PROSPECTIVE JUROR:  No, I don't think so.

19              THE COURT:  You mentioned that you had a lawsuit, and

20     you were injured and you sued for damages.  Anything about how

21     that case resolved itself that would affect you?

22              PROSPECTIVE JUROR:  It was just, we were not happy

23     with the testimony of the doctor.  Other than that, everything

24     was fine.

25              THE COURT:  In terms of the outcome of that case,
```

```
 1   would it impact your decision in any way in this case?

 2            PROSPECTIVE JUROR:  Oh, not at all.

 3            THE COURT:  You mentioned you knew a number of FBI

 4   agents when you lived in Washington, you have some friends

 5   here in Florida who are in law enforcement.

 6            Anything about your relationship with those

 7   individuals that might affect your ability to be a fair juror

 8   in this case?

 9            PROSPECTIVE JUROR:  No, because I know them, and

10   they're just like any other people, and they're like somebody

11   said earlier, sometimes people in general, they tell the

12   truth, they don't tell the truth and the stories get

13   interesting, that's all.

14            THE COURT:  All right.  Would you more likely believe

15   testimony coming from a law enforcement officer than another

16   witness?

17            PROSPECTIVE JUROR:  No, I -- no.

18            THE COURT:  So you would treat each witness

19   individually and evaluate that person's testimony and make a

20   decision whether to believe or disbelieve the witness and not

21   base your decision on the position that the person held?

22            PROSPECTIVE JUROR:  Your Honor, that's correct.

23            THE COURT:  All right.  Thank you.

24            Why don't we take a 15-minute break.  Let her run.

25            Let me give you some instructions, please.
```

 1          Do not discuss this case with anyone during any

 2   breaks, do not form any opinions about the case, do not do any

 3   research on your phones, iPhones, Internet about the case,

 4   about any of the names you've heard, about the companies that

 5   have been mentioned.  Don't do any independent research.  If

 6   you see any of the lawyers, Mr. Stein or his standby counsel

 7   or anybody affiliated with the case anywhere around the

 8   courthouse or elsewhere, please understand they're not to have

 9   contact with you.  So if they don't acknowledge you, they

10   don't say hello, they don't -- they're not friendly, they're

11   not being rude or discourteous.  They're obligated not to have

12   contact with you.  So please understand that and don't take

13   offense.

14          So if you could be -- where would you like them,

15   Irene?

16          If you could line up outside in 15 minutes and then

17   we'll continue.  Thank you very much.

18      (The venire exits the courtroom, after which the following

19   proceedings were had:)

20          THE COURT:  All right.  Anything we need to talk

21   about right now?

22          MR. STIEGLITZ:  Not from the United States'

23   perspective, Your Honor.

24          MR. STEIN:  Not for the defense, Your Honor.

25          THE COURT:  All right.  We'll see you in about 15

```
 1    minutes, then.

 2              MR. STEIN:  Thank you, Your Honor.

 3              THE COURT:  Thank you.

 4         (A recess was taken from 10:48 a.m. to 11:04 a.m., after

 5    which the following proceedings were had:)

 6              THE COURT:  All right.  Please be seated.

 7              Ready to bring the jury back?

 8              MR. STIEGLITZ:  Yes, Your Honor.

 9              MR. STEIN:  Yes, Your Honor.

10              THE COURT:  All right.  Let's bring the jurors back

11    in.

12         (The venire enters the courtroom, after which the

13    following proceedings were had:)

14              THE COURT:  Please be seated, everyone.

15              Welcome back, ladies and gentlemen.  Thank you for

16    being patient with us, and we appreciate your cooperation as

17    we go through this process, and we will try again to move as

18    expeditiously as possible.  But as you can see, there are

19    times when further questioning is required, and it takes some

20    time.  So we ask you to be patient.

21              I believe we're now up to Ms. Saffer-Domino.  Is that

22    your name, ma'am?

23              PROSPECTIVE JUROR:  Yes.  Good morning.  My name is

24    Lynn Saffer-Domino.  I'm 57 years old.  I live in Boca Raton,

25    Florida, for 12 years.  I am employed with Broward County
```

```
 1    schools.  I'm the reading coach there.  Yes, I'm married.  My
 2    husband is a security guard.  I have two grown children.  One
 3    is a security guard and the other one is a manager at a
 4    restaurant.  I hold a master's degree in reading education.
 5           Yes, I sat on a jury before.  It was for the
 6    District, just about two years ago.  Yes, I've been involved
 7    with a lawsuit.  I brought suit against a company for a slip
 8    and fall that resulted in spinal surgery.  No, I don't have
 9    any family members or close friends that have ever been
10    arrested.  There was identity theft several years ago for me.
11           THE COURT:  Say that again?
12           PROSPECTIVE JUROR:  Identity theft a couple years ago
13    for me.  I don't have any relatives or close friends in law
14    enforcement.  The slip and fall has resulted in back injury
15    and neck, and I had to have surgery, and it's very difficult
16    for me to sit for a long period of time.  I'm fine today, but
17    honestly, I'm just a little worried about 20 days, sitting.
18           Number 14 is no.  Fifteen, yes, I can follow
19    directions.  And the only thing I can tell you is that I'm
20    part of the administrative team at Stillman Douglas high
21    school, and we're at the end of the year with all of our
22    testing, and I'm in charge of the department and training and
23    all kinds of other things, and I work with special needs
24    children, that I should be there tomorrow to give them an AP
25    test, an advanced placement test for their college, and
```

```
 1   several other tests are going on right now, too, including end
 2   of course, and I'm involved with all of them.
 3            THE COURT:  All right.  Let me ask you a few
 4   questions, ma'am.
 5            You said your husband's a security guard.  Has he
 6   always worked in that field?
 7            PROSPECTIVE JUROR:  Probably the last two or three
 8   years.
 9            THE COURT:  What did he do before that?
10            PROSPECTIVE JUROR:  Retail management.
11            THE COURT:  Has he ever had any law enforcement
12   background other than being a security guard?
13            PROSPECTIVE JUROR:  No, sir.
14            THE COURT:  And your son's a security guard?
15            PROSPECTIVE JUROR:  Yes.
16            THE COURT:  Does he have any law enforcement
17   background?
18            PROSPECTIVE JUROR:  No.
19            THE COURT:  The jury case that you sat on, you said
20   it was in the district?
21            PROSPECTIVE JUROR:  I guess it was county court.
22            THE COURT:  Okay.  And what kind of a case was it?
23            PROSPECTIVE JUROR:  Theft.
24            THE COURT:  Did you reach a verdict?
25            PROSPECTIVE JUROR:  I did.
```

```
 1              THE COURT:  Were you the foreperson?

 2              PROSPECTIVE JUROR:  No.

 3              THE COURT:  Anything about that case about that might

 4    affect you in this case in any way?

 5              PROSPECTIVE JUROR:  No.

 6              THE COURT:  Anything about your lawsuit where you

 7    were injured and sought compensation for your injuries?

 8    Anything about the way that case was handled or its outcome

 9    that would affect your ability to be a fair juror in this

10    case?

11              PROSPECTIVE JUROR:  I would not be affected by that,

12    no.

13              THE COURT:  Anything about being a victim of identity

14    theft that might affect you in any way in this case?

15              PROSPECTIVE JUROR:  No.

16              THE COURT:  You mentioned you had some injuries from

17    your accident and it's difficult for you to sit for long

18    periods of time.  If you're able to get up and move around

19    for -- during breaks, would that affect -- take care of your

20    situation?

21              PROSPECTIVE JUROR:  For the most part, yes.  Right

22    now I was uncomfortable with waiting this long.

23              THE COURT:  All right.  Well, if you need to get up

24    and move in order to deal with your back or neck issues, you

25    know, feel free.  Okay?
```

1              PROSPECTIVE JUROR:  Thank you.

2              THE COURT:  All right.  Thank you, ma'am.

3              Ms. Wilson, good morning.

4              PROSPECTIVE JUROR:  Good morning.

5              My name is Tiffany Wilson.  I'm 31 years old.  I live

6    in West Palm Beach.  I've been here all of my life.  I work

7    for the West Palm Beach Police Department.  I'm a dispatcher.

8    I'm not married.  I have two children.  I have a 11-year-old

9    and a four-month-old baby.  I have some college.

10             I have sat on a jury before.  It was for a murder

11   trial.  I have been involved in a lawsuit.  I've had a car

12   accident, and we sued for damages and for my medical.  I also

13   had a judgment placed against me.  I'm not sure if that counts

14   as a lawsuit, as well.  My brother had taken my car while I

15   was out of -- while I had temporarily moved out of state, and

16   got into a car accident with my car.  So now I'm responsible

17   for paying those damages back.

18             Unfortunately, I do have family members that have

19   been arrested.  All three of my brothers have been arrested

20   for drug possession.  My sister was arrested for two counts of

21   child abuse that's currently ongoing.  I've never been

22   arrested.  I have been a victim of domestic violence a couple

23   of times.  That was in a prior relationship that I'm no longer

24   in.  I don't have any relatives or close friends involved in

25   law enforcement.

```
 1              I don't have any disabilities.  I would be able to be
 2     fair.  I would be able to follow directions.  My only concern,
 3     again, I do have a four-month-old baby, so I would not want to
 4     leave her for an extended amount of time.  But other than
 5     that, no, I don't have anything else.
 6              THE COURT:  All right.  Let me ask you a few
 7     questions.
 8              You work for the West Palm Beach Police Department as
 9     a dispatcher?
10              PROSPECTIVE JUROR:  Yes.
11              THE COURT:  So you're not a law enforcement officer?
12              PROSPECTIVE JUROR:  No, I'm not.
13              THE COURT:  How long have you worked for that --
14              PROSPECTIVE JUROR:  Four years.
15              THE COURT:  And in the course of working there, do
16     you know law enforcement officers?
17              PROSPECTIVE JUROR:  Yes, I do.
18              THE COURT:  Is there anything about the fact that you
19     work for a law enforcement agency, even though you're not a
20     law enforcement officer yourself, that you think might cause
21     you to lean more favorably towards a law enforcement side of
22     this case?
23              PROSPECTIVE JUROR:  No, sir.
24              THE COURT:  Okay.  Anything about your relationship
25     with law enforcement officers that you might work with, that
```

1    again, might cause you to lean in favor of one side or the

2    other in this case?

3              PROSPECTIVE JUROR:  No, sir.

4              THE COURT:  You said you were on a murder trial as a

5    juror?

6              PROSPECTIVE JUROR:  Yes.

7              THE COURT:  All right.  And did you and the other

8    jurors reach a verdict in that case?

9              PROSPECTIVE JUROR:  Not guilty.

10             THE COURT:  Okay.  And were you the foreperson of

11   that jury?

12             PROSPECTIVE JUROR:  No, I was not.

13             THE COURT:  Anything about that case that might

14   affect your ability to be fair in this case?

15             PROSPECTIVE JUROR:  No.

16             THE COURT:  You said you sued someone because of an

17   accident where you received injuries, correct?

18             PROSPECTIVE JUROR:  Yes.

19             THE COURT:  Was there anything about that case that

20   would affect you here?

21             PROSPECTIVE JUROR:  No, it was settled.

22             THE COURT:  And then you were sued because your

23   brother got into an accident with your car?

24             PROSPECTIVE JUROR:  Yes.

25             THE COURT:  And anything about the fact that you were

```
 1    sued and have a judgment against you because of that incident
 2    that might affect your ability to be fair in this case?
 3              PROSPECTIVE JUROR:  No.
 4              THE COURT:  Now, you mentioned you have, I think you
 5    said three brothers who were arrested on drug charges?
 6              PROSPECTIVE JUROR:  Yes.
 7              THE COURT:  And were they arrested, if you know, by
 8    federal or state authorities, if you know?
 9              PROSPECTIVE JUROR:  Two were local, one was just an
10    NTA.  The other one, I don't know what happened to him, but
11    one of them actually went to prison for, like, seven years,
12    and I believe that was federal.  It may have been federal.
13              THE COURT:  Okay.  And do you have a feeling as to
14    whether he was treated fairly or unfairly?
15              PROSPECTIVE JUROR:  I was -- these are my father's
16    children, so I did not meet them until later on in my life.
17    So, no, I don't have any problem with being fair, or I don't
18    think -- I'm not sure what happened with him to say he was
19    treated unfairly or not.  I don't know.
20              THE COURT:  All right.  Any resentment against law
21    enforcement --
22              PROSPECTIVE JUROR:  No.
23              THE COURT:  -- because your family members were
24    charged with crimes?
25              PROSPECTIVE JUROR:  No.
```

```
 1              THE COURT:  Or one of your brothers went to federal

 2   prison?

 3              PROSPECTIVE JUROR:  No.

 4              THE COURT:  And you said your sister was -- has an

 5   ongoing child abuse case?

 6              PROSPECTIVE JUROR:  Yes.

 7              THE COURT:  Is that brought by the local authorities,

 8   state?

 9              PROSPECTIVE JUROR:  She's involved in a bitter

10   divorce, and they're going back and forth, and it's just

11   allegation after allegation, so that's what that is.  It's in

12   Georgia.

13              THE COURT:  Anything about that case that might

14   influence you in any way in this case?

15              PROSPECTIVE JUROR:  No.

16              THE COURT:  Any issues with law enforcement because

17   she was charged with child abuse?

18              PROSPECTIVE JUROR:  No.

19              THE COURT:  And you said you were a victim of

20   domestic violence.

21              PROSPECTIVE JUROR:  Yes.

22              THE COURT:  Anything about the way the police handled

23   your cases that you might, cause you to lean favorably or

24   unfavorably against law enforcement in this case?

25              PROSPECTIVE JUROR:  No.
```

```
 1              THE COURT:  Now, your child, your four-month-old
 2   child.  You work.  What are your normal work hours?
 3              PROSPECTIVE JUROR:  I work 6:00 p.m. to 6:00 a.m.
 4              THE COURT:  All right.  Six p.m. to six a.m.  So
 5   that's a 12-hour shift.
 6              PROSPECTIVE JUROR:  Yes.
 7              THE COURT:  So if you're here during the day, you're
 8   going to be here less time than you're at work.
 9              PROSPECTIVE JUROR:  Right.  They've adjusted my
10   schedule while I'm on jury duty.
11              THE COURT:  So if you were able to have your child
12   taken care of --
13              PROSPECTIVE JUROR:  I would be able to.  It wouldn't
14   be a problem as far as childcare is concerned.
15              THE COURT:  Okay.  So, again, you'll be here less
16   time than you are on your regular shifts.
17              PROSPECTIVE JUROR:  Yes.
18              THE COURT:  So you'll be able to handle it?
19              PROSPECTIVE JUROR:  Yes.
20              THE COURT:  Okay.  Thank you, ma'am.
21              PROSPECTIVE JUROR:  Thank you.
22              THE COURT:  Hold on one second, Mr. Murray.
23              I'm sorry, Mr. Murray.
24              Yes, sir, good morning.  How are you?
25              PROSPECTIVE JUROR:  Good morning.
```

1          My name is Richard Murray.  I'm 70 years of age.  I

2   reside in Jupiter, Florida, for the past 15 years.  Prior to

3   that I lived in New York.  After I retired, I moved down here.

4   I was a supervisor for a highrise office building

5   construction, the electrical portion.  Currently, I'm employed

6   as a director of sales for P & R Insurance in Juno Beach.  I

7   am married 52 years, and my wife is not working.  I have two

8   children, one 49 and one 46.  My daughter lives in San Diego,

9   California, and she's the head of human resources for a

10  pharmaceutical company.  And my son is the head of engineering

11  for an electrical contractor, New York City.

12         I've been on a jury before, and it was in 1978, and

13  it was a state case against whoever they were.  I don't

14  remember.

15         I've never been involved in a lawsuit.  No arrests in

16  the family.  The only crime that we were involved with was in

17  New York.  Our house was robbed.  And I don't think that was

18  ever resolved as far as to my knowledge.  We have no relatives

19  in law enforcement.

20         Number 13 is no, 14 is no, 15 is a yes, I would have

21  no problem with this, and there's no reason I can't be on the

22  case.

23         THE COURT:  All right.  Sir, did your wife ever work

24  outside the home?  You said she's not working now, but did she

25  ever --

```
 1              PROSPECTIVE JUROR:  A long, long time ago.

 2              THE COURT:  What type of work?

 3              PROSPECTIVE JUROR:  When we first were married.

 4              THE COURT:  What type of work did she do?

 5              PROSPECTIVE JUROR:  She worked for Morgan Guarantee

 6   as a mortgage adjustor.

 7              THE COURT:  And did you always do the construction

 8   management type work?

 9              PROSPECTIVE JUROR:  Just for 42 years.

10              THE COURT:  Okay.  And your jury experience, was that

11   a criminal case or a civil case, if you remember?

12              PROSPECTIVE JUROR:  It was a civil case.

13              THE COURT:  And you reached a verdict with the other

14   jurors?

15              PROSPECTIVE JUROR:  Yes, they did.

16              THE COURT:  And was there anything about that case or

17   the way it was handled that might affect your ability to be

18   fair in this case?

19              PROSPECTIVE JUROR:  No.

20              THE COURT:  All right.  Now, in a civil case, the

21   person who's suing has to prove his or her case by what's

22   called a preponderance or greater weight of the evidence,

23   which means more likely true than not true.  In a criminal

24   case, the burden of proof on the United States is a higher

25   burden, beyond a reasonable doubt.  Would you be able to apply
```

1    the beyond a reasonable doubt burden of proof in this case and

2    not expect the Government to only have to prove its case by a

3    greater weight of the evidence?

4           PROSPECTIVE JUROR:  I think so.

5           THE COURT:  All right.  Anything about the burglary

6    to your home that would in any way affect you in this case?

7           PROSPECTIVE JUROR:  No, I don't think it's related at

8    all.

9           THE COURT:  And the fact that the police were never

10   able to solve the case, would that -- you have any resentment

11   against law enforcement?

12          PROSPECTIVE JUROR:  I don't think that's -- it wasn't

13   unusual where I lived.

14          THE COURT:  All right.  Thank you, sir.

15          Ms. Easley, good morning.

16          PROSPECTIVE JUROR:  Good morning, Judge.  My name is

17   Linda Easley.  I'm 61 years old.  I resided in West Palm Beach

18   in the county for 25 years.  I am a schoolteacher.  I teach

19   middle school at a private Christian school.  I am married.

20   I've been married for 39 years, and my husband is also a

21   schoolteacher with Palm Beach County schools.  He teaches

22   special needs.  We have two grown sons.  My oldest son is a

23   major in the United States Air Force, stationed in Washington,

24   D.C.  My second son is in Raleigh with his family in the

25   computer industry.

```
 1            I have an elementary education degree from Trinity
 2   University in San Antonio, Texas, and a master's degree in
 3   learning disabilities from Baylor University in Waco, Texas.
 4            I have sat on two juries before.  One was DUI, in
 5   which we found the young man guilty.  The second one was a
 6   theft.  I was an alternate, so I was not allowed to give my
 7   opinion in the end, so I -- but I did serve on that.
 8            I have never been involved in a lawsuit or sued
 9   anyone.  Unfortunately, my brother-in-law served seven years
10   in prison in the state of Texas for a crime which we do not
11   believe he was guilty of.  But let's see, I've never -- let me
12   see now.  I lost my place here.  I do not have any relatives
13   or friends in law enforcement.
14            I do not have any disabilities that would prevent me
15   from serving.  I could be fair in this case and impartial.  I
16   would be able to follow the law, and I do not have any
17   children at home, but it's going to kill me if my middle
18   school -- I've been working with them all year long to get
19   them to pass their Algebra final.  It's going to kill me if I
20   can't be there to help them pass their final.  They have eight
21   more days of school.  But other than that, that's the only
22   reason why I could not serve.
23            THE COURT:  All right.  Ma'am, the DUI case that you
24   sat on, you said you reached a verdict with the other jurors;
25   is that correct?
```

```
 1                PROSPECTIVE JUROR:  Yes, sir.

 2           THE COURT:  Were you the foreperson of that jury?

 3                PROSPECTIVE JUROR:  I was not.

 4           THE COURT:  And is there anything about how that case

 5      was handled or how it went that would affect your ability to

 6      be fair in this case?

 7                PROSPECTIVE JUROR:  No, sir.

 8           THE COURT:  Anything about the theft case where you

 9      were an alternate that might affect your ability to be fair in

10      this case?

11                PROSPECTIVE JUROR:  No, sir.

12           THE COURT:  Now, you mentioned your brother-in-law

13      spent seven years in prison in Texas.  Do you know what he was

14      charged with?

15                PROSPECTIVE JUROR:  Unfortunately, he was charged

16      with sexually molesting a mentally retarded teenage girl.

17           THE COURT:  Was he charged by the State of Texas or

18      federal authorities?

19                PROSPECTIVE JUROR:  Yes, he was with the State.

20           THE COURT:  And you obviously do not feel that he was

21      treated fairly?

22                PROSPECTIVE JUROR:  This young lady had accused

23      several other people in the past, and we honestly do not

24      believe he had good counseling.

25           THE COURT:  And he had a trial, I presume?
```

```
 1              PROSPECTIVE JUROR:  Yes, sir.

 2              THE COURT:  And he was found guilty after a trial?

 3              PROSPECTIVE JUROR:  Yes, he was.

 4              THE COURT:  And, again, you feel that he was

 5    wrongfully convicted, correct?

 6              PROSPECTIVE JUROR:  Yes, sir.

 7              THE COURT:  Now, was anything about the fact that

 8    your brother-in-law was, in your mind, wrongfully convicted of

 9    a serious charge that might impact the way you handle this and

10    decide this case?

11              PROSPECTIVE JUROR:  No, sir.

12              THE COURT:  Any resentment against law enforcement

13    for having prosecuted your brother-in-law you think wrongfully

14    and requiring him to spend seven years in prison that might

15    carry over and affect your ability to be a fair juror in this

16    case?

17              PROSPECTIVE JUROR:  Not resentment, just sorry that

18    he had to lose those years of his life.

19              THE COURT:  But would it affect your decision in this

20    case in any way?

21              PROSPECTIVE JUROR:  I don't believe so.

22              THE COURT:  Okay.  Thank you, ma'am.

23              PROSPECTIVE JUROR:  Thank you.

24              THE COURT:  Mister, is it Ngo?

25              PROSPECTIVE JUROR:  Yes.
```

```
 1              THE COURT:  Good morning.

 2              PROSPECTIVE JUROR:  Good morning, sir.  My name is Vu

 3    Ngo.  I'm 44 years old.  I live in Wellington, Florida, for

 4    six years now.  I'm a dentist for 16 years, and I have my own

 5    clinic right now.  Right now, I have to run two more clinic

 6    for my sister and brothers.  I've been married 13 years, but

 7    I'm undergoing divorce right now and separation.  I have two

 8    children, seven and eight.

 9              I never been serve in a jury before.  Yes, I do have

10    a lawsuit now regarding payment for my community as a result

11    from my wife mispayment.  I never been arrest, and I don't

12    have any family member arrest or victim of a crime.  I don't

13    know anyone in law enforcement, don't have any disability to

14    serve in this case.

15              I will be fair if I am in this case, but, however,

16    I'm asking you to relieve this duty right now because I'm

17    under a lot of stress for my family problem and my work at

18    this time.

19              THE COURT:  All right.  Let me ask you a few

20    questions, sir.

21              You're a dentist, so you've got a degree in dentistry

22    from a medical or dental school, correct?

23              PROSPECTIVE JUROR:  Yes.

24              THE COURT:  And was that received here in the United

25    States or --
```

```
 1              PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  Now, you said that you are running two

 3    clinics, did you say?

 4              PROSPECTIVE JUROR:  Yes, my sister is moving to

 5    Texas, and I have to run two clinics for her for the time

 6    being until office are sold.

 7              THE COURT:  Do you have other dentists that work with

 8    you?

 9              PROSPECTIVE JUROR:  A couple, yes.

10              THE COURT:  Okay.  And if the other dentists -- would

11    they be able to carry the load for your clinic if you're here?

12              PROSPECTIVE JUROR:  Yes, they can, but they are very

13    limited.

14              THE COURT:  Okay.  And you said you're in the middle

15    of a divorce?

16              PROSPECTIVE JUROR:  Yes.

17              THE COURT:  And is that causing you some kind of

18    stress?

19              PROSPECTIVE JUROR:  Yes.

20              THE COURT:  All right.  You mentioned something about

21    your wife mispaying or failing to pay something, and now

22    you're being sued by your homeowner's association?

23              PROSPECTIVE JUROR:  Yes, that's right.

24              THE COURT:  Was it for monthly assessments?

25              PROSPECTIVE JUROR:  Quarterly maintenance.
```

```
 1              THE COURT:  And that's ongoing?

 2              PROSPECTIVE JUROR:  Yes.

 3              THE COURT:  Now, if you're on this jury, do you think

 4    you could be able to pay attention to the evidence as

 5    presented and follow the evidence without being distracted?

 6              PROSPECTIVE JUROR:  I don't think I can perform to

 7    the full of it.

 8              THE COURT:  You don't think you can perform your

 9    responsibilities if you're on the jury?

10              PROSPECTIVE JUROR:  Yes, not right now.

11              THE COURT:  Because of your emotional and mental

12    issues right now?

13              PROSPECTIVE JUROR:  Yes, sir.

14              THE COURT:  All right.  Thank you, sir.

15              PROSPECTIVE JUROR:  Thank you.

16              THE COURT:  Thank you.

17              We'll talk to you later.

18              Ms. Goodman, good morning.

19              PROSPECTIVE JUROR:  Good morning.  I don't know if

20    you can hear me.

21              Can you hear me.  Can you hear me?

22              THE COURT:  Barely.

23              PROSPECTIVE JUROR:  I lost my voice.  I'll try and

24    talk as loud as I can.

25              I'm 69 years old.  I've resided in Boca Raton for 12
```

1   years, Broward County for 40.  I'm a retired schoolteacher.  I

2   am married.  My husband works part-time for -- as a courtesy

3   driver for Enterprise.  He's retired also.  I have one adult

4   child who is a manager for Office Depot in corporate.  I have

5   a BA in education.

6           I've never been on a jury.  I've never been involved

7   with a lawsuit.  I have never been arrested or had a family

8   member arrested.  I did have a close -- two close friends, a

9   couple who died in a DUI as a victim of a crime.  I have no

10  friends in law enforcement.

11          I did have hip replacement five years ago, and I am

12  struggling from sciatica.  Very hard for me to sit in one

13  place for more than five minutes.  I have no personal views in

14  this case.  I am able to follow the law, and except for my

15  sciatica, I have no other reason.

16          THE COURT:  All right.  Ma'am, is this a temporary

17  thing with your voice?

18          PROSPECTIVE JUROR:  Voice, yes.

19          THE COURT:  It's a temporary situation?

20          PROSPECTIVE JUROR:  Yes.

21          THE COURT:  Yes?

22          Okay.  What did you do for a living before you

23  retired?

24          PROSPECTIVE JUROR:  I was a schoolteacher.

25          THE COURT:  And what did your husband do before he

```
 1   retired?

 2          PROSPECTIVE JUROR:  He was a bus driver in New York.

 3          THE COURT:  You mentioned that you had some, was it

 4   close friends who were killed in a DUI?

 5          PROSPECTIVE JUROR:  Down here in Florida, yes.

 6          THE COURT:  Is there anything about that situation or

 7   the way -- was the person who drove the car charged

 8   criminally?

 9          PROSPECTIVE JUROR:  It was a 17-year-old girl and

10   they did not charge her.  They felt she suffered enough.  I

11   disagree.

12          THE COURT:  When you say they did not charge her, the

13   State chose not to or the family of the --

14          PROSPECTIVE JUROR:  The family chose not to.

15          THE COURT:  So the family chose not to pursue charges

16   against the driver?

17          PROSPECTIVE JUROR:  Correct.

18          THE COURT:  All right.  And you were not happy with

19   that decision?

20          PROSPECTIVE JUROR:  No.

21          THE COURT:  Okay.  Anything about that incident that

22   might carry over or affect your ability to be fair in this

23   case?

24          PROSPECTIVE JUROR:  (Shakes head.)

25          THE COURT:  And you mentioned you have sciatica
```

```
 1   problems?

 2            PROSPECTIVE JUROR:  Yes.

 3            THE COURT:  And you said you can't sit for five

 4   minutes?

 5            PROSPECTIVE JUROR:  In five minutes, I'm in pain

 6   going up and down my leg.

 7            THE COURT:  Do you have any medication that you can

 8   take to assist you with that?

 9            PROSPECTIVE JUROR:  I take Mobic, but -- every day.

10            THE COURT:  Does that help?

11            PROSPECTIVE JUROR:  It helps, but I took it this

12   morning and I'm still in pain.

13            THE COURT:  Have you been uncomfortable this morning?

14            PROSPECTIVE JUROR:  Yes, I have.

15            THE COURT:  If you get up and walk around, does that

16   help at all?

17            PROSPECTIVE JUROR:  If I do it every five minutes and

18   I walk for five minutes.

19            THE COURT:  So do you think if you're on the jury

20   you're going to have a problem being able to focus on the

21   evidence or are you going to be able to work your way through

22   it?

23            PROSPECTIVE JUROR:  I don't know.

24            THE COURT:  You don't know?

25            PROSPECTIVE JUROR:  I'm really not sure.
```

```
 1            THE COURT:  How about this morning for the couple of
 2   hours that we've been here?  Have you been able to follow
 3   what's going on even though you may be uncomfortable and pay
 4   attention to what's being said?
 5            PROSPECTIVE JUROR:  I wasn't listening to a lot of
 6   the other people.  I don't have to.  When it comes to a trial,
 7   I have to listen to everything.  I'm not sure.
 8            THE COURT:  You're not sure?
 9            All right.  Thank you, ma'am.
10            All right.  Let's go to Ms. Weiss.
11            Good morning, ma'am.
12            PROSPECTIVE JUROR:  Good morning.
13            My name is Robin Weiss.  I'm 34 years old.  I've been
14   in Palm Beach County for 21 years.  I'm currently a project
15   coordinator.  I did work for an attorney for 13 years
16   previously.  I recognize two of the people at the defense
17   table, but I don't know them personally.  They may have been
18   to my office at some point.
19            I am not married.  I do not have any children.  I do
20   have a BA.  I have not been on a jury.  I've never been
21   involved in a lawsuit.  I do not have any friends or relatives
22   who have been arrested.  Nobody has been a victim of a crime.
23   Nobody in law enforcement.
24            No disabilities other than I get migraines.  I
25   haven't heard anything yet that I have any strong opinions
```

```
 1    about.  I would be able to follow your instructions.  And the
 2    only reason I would not be able to sit on this case is, I do
 3    have a case going on~-- I currently work for a company that
 4    does class action settlement distribution, and I have
 5    specialized knowledge.  We've had a very high turnover rate in
 6    my firm recently, and I'm really the only one that can handle
 7    the case that has just recently gone through distribution or
 8    going into distribution.
 9         THE COURT:  All right.  So explain that to me again.
10    You work for whom?
11         PROSPECTIVE JUROR:  I work for Russ Consulting.  We
12    do class action lawsuit administration.  I currently have a
13    case in distribution, and I have another one that we've just
14    started the audit process.  I have specialized knowledge of
15    the case that nobody else in my office has, and I don't think
16    that they would be able to take over the audit process for me.
17         THE COURT:  Okay.  Tell me about your prior work
18    experience with a law firm you mentioned.  What did you do for
19    that law firm?
20         PROSPECTIVE JUROR:  I worked as a receptionist and
21    executive assistant for Steve Cripps.  He's a family law
22    attorney.  We also had a number of mediations that happened at
23    our office that were not necessarily related to that.
24         THE COURT:  All right.  And so you were just the
25    receptionist for Mr. Cripps?
```

```
 1                PROSPECTIVE JUROR:  Uh-huh.

 2           THE COURT:  Yes?

 3                PROSPECTIVE JUROR:  Yes.

 4           THE COURT:  Okay.  And you said you recognize two

 5      people at the defense table.  Which two people?

 6                PROSPECTIVE JUROR:  Mr. White and the paralegal.

 7           THE COURT:  All right.  And you think Mr. White may

 8      have been to Mr. Cripps' office at some point?

 9                PROSPECTIVE JUROR:  I do believe so.

10           THE COURT:  Anything -- assuming he was, would you

11      have had any interaction with him other than maybe greeting

12      him and sending him into Mr. Cripps' office or conference room

13      or something?

14                PROSPECTIVE JUROR:  No, sir.

15           THE COURT:  Anything about your interaction with him

16      that might have -- affect your ability to be a fair juror in

17      this case?

18                PROSPECTIVE JUROR:  I don't think so, but to be

19      honest, people you know or have seen around, sometimes you

20      give a greater weight to what they say.

21           THE COURT:  Okay.  Well, Mr. White is just here to

22      assist Mr. Stein to the extent Mr. Stein wants his help, if

23      any.  He may not call upon him for any assistance, but

24      Mr. Stein is the lawyer for himself.  You understand that?

25                PROSPECTIVE JUROR:  Yes, sir.
```

```
 1              THE COURT:  Okay.  So you probably won't hear a word

 2     from Mr. White the whole trial.  Is that going to make any

 3     difference to you?

 4              PROSPECTIVE JUROR:  I don't think so.

 5              THE COURT:  So you could be fair to both sides

 6     despite the fact that you may have seen Mr. White at some

 7     point?

 8              PROSPECTIVE JUROR:  I think so.  I just thought I had

 9     to disclose it.

10              THE COURT:  Okay.  No, I appreciate that.

11              And you think you may have seen the young lady who's

12     also seated there?

13              PROSPECTIVE JUROR:  Yes.

14              THE COURT:  This would have been in Mister --

15              PROSPECTIVE JUROR:  In the same capacity, yes.

16              THE COURT:  How long has it been since you worked for

17     Mr. Cripps?

18              PROSPECTIVE JUROR:  Oh, about a year now.

19              THE COURT:  All right.  And, again, to the extent you

20     may have seen her, anything that had transpired or took place

21     that might affect your ability to be a fair juror?

22              PROSPECTIVE JUROR:  No, sir.

23              THE COURT:  Would it affect your decision in any way

24     that you may have seen her somewhere?

25              PROSPECTIVE JUROR:  No, sir.
```

```
 1              THE COURT:  Thank you.

 2              PROSPECTIVE JUROR:  Thank you.

 3              THE COURT:  Mr. Scheiner, good morning, sir.

 4              PROSPECTIVE JUROR:  Good morning, Your Honor.  My

 5   name's Michael Scheiner.  At the beginning, Your Honor, you

 6   mentioned a company by the name of Arc Financial.

 7              THE COURT:  Yes.

 8              PROSPECTIVE JUROR:  I know of that company.  I didn't

 9   know in what capacity you had raised that.  You had mentioned

10   it one time, just for a second.

11              THE COURT:  Yes.  Okay.  Well, what do you know about

12   Arc Financial?

13              PROSPECTIVE JUROR:  We used to use Arc Financial in

14   ordering appraisals in a prior company that I worked for when

15   we were determining valuation on real estate in which to go

16   secure financing to a commercial lender.

17              THE COURT:  So they just provided appraisal services

18   for your -- for you or your companies?

19              PROSPECTIVE JUROR:  Well, we would ask them to order

20   an appraisal for us.

21              THE COURT:  Order an appraisal?

22              PROSPECTIVE JUROR:  Right.

23              I'm sorry, I didn't mean to interrupt you.  Financial

24   institutions have to order an appraisal independent of the

25   borrower or independent of the -- you know, the entity making
```

1    the loan.

2         THE COURT:  And anything about your dealings with

3    that company that might affect your ability to be a fair juror

4    in this case?

5         PROSPECTIVE JUROR:  No, sir, Your Honor, I just

6    wanted --

7         THE COURT:  Did you have any negative experiences

8    with that company?

9         PROSPECTIVE JUROR:  No, sir.

10        THE COURT:  Okay.  So if that company somehow is

11   brought up in the testimony, it's mentioned as having some

12   connection to the facts of the case, would that influence your

13   decision one way or another?

14        PROSPECTIVE JUROR:  No, sir.

15        THE COURT:  All right.  Thank you for telling us.

16        PROSPECTIVE JUROR:  I'll tell you the rest of this

17   here.

18        I'm 55 years old.  Resided in Boca Raton for the last

19   14 years.  I'm employed as a workout officer at Wells Fargo

20   Bank.  I am married almost 25 years, thank God.  I have three

21   children.  One is working in the information technology world

22   in Manhattan, one is still in college, and the third is in

23   high school.  I have a bachelor's degree in business and

24   accounting.

25        I have sat before a jury.  It was a criminal case

1   here in Palm Beach County.  It was one day.  It was for a

2   crime robbing a grocery store, which we convicted the young

3   man.

4          Have I been involved in lawsuits?  Significantly.

5   Since the late '80s -- actually -- yeah, the late '80s in the

6   capacity working for the Resolution Trust Corporation all the

7   way through today.  I am involved in multiple litigation

8   actions on behalf -- in the past, on behalf of the Resolution

9   Trust Corporation as receiver or conservator for a particular

10  financial institution.  That was in my capacity when I worked

11  as an assistant director for the RTC out of the Atlanta field

12  office.  That was the cousin to the FDIC for those of you who

13  don't know, when we were closing savings and loans.

14         In my capacity now over the last five years, the

15  group that I am in and that I participate in, we are

16  litigating against multiple nonperforming commercial loan

17  borrowers and guarantors, and I am frequently in all the

18  federal and state courts in this state.  I am represented by

19  firms such as Broad and Cassel; Stearns Weaver; Akerman

20  Senterfitt; Smith Halsey, Fowler White, and others, just to

21  name a few of the multiple cases that I participate in on

22  credits that I am directly responsible to.

23         Unfortunately, I have a brother in another state,

24  when he was a juvenile, that was arrested on a drug-related

25  charge.  We lived in Atlanta at that time, and I flew to

```
 1    Maryland to witness a case that was, in my opinion, absolutely
 2    ridiculous, but it came out the way it did.  Thank God he's
 3    all right now.
 4              Victims of crime.  I had a close family lawyer that
 5    embezzled $65,000 from my wife and I when we were in Atlanta,
 6    Georgia.  I worked with the state police in the State of
 7    Georgia in a sting operation.  We caught this lawyer.  We
 8    prosecuted him, he went to jail and he had to be disbarred.
 9              My family or my parents right now are currently under
10    the identity theft.  They're one of the 3 million people that
11    have been just hit through the IRS filings through turbo tax.
12    My parents were very, very upset.
13              I forgot to mention during my time with the RTC I was
14    like a dotted line to the FBI on working on a number of cases
15    in which there was white collar crime, and I helped on a
16    number of those particular cases.
17              Do I have any disabilities?  No.  Generally, I
18    understand what's going on here.  I would want you to know
19    that I am a conservative, and I hold those principles dear and
20    close to my heart.  Can I follow the law?  Yes.  Am I
21    extremely busy?  Incredibly.  I spent four hours last night
22    sending e-mails to all the firms that I'm working with on
23    multiple cases in the $20 million in unperforming loans that
24    I'm working on that are currently for sale that I'm
25    coordinating the sale of those assets to third parties.
```

```
 1              So if the Court could accommodate me in some capacity
 2     where if lawyers have to bring me documents to sign during the
 3     day to help a transaction be consummated and concluded over
 4     the next 20 days, which, just so happens I guess it's the Rube
 5     Goldberg thing, it just so happens to happen right at the time
 6     that you need somebody for the 20 days.  So it's all happening
 7     right now, but I'll do my best.
 8              I did get the Court permission in writing to excuse
 9     me for the two days of that Shavuoth, which are coming next
10     week.  So I have that in writing, and if you can accommodate
11     me there, I would appreciate that as well.
12              THE COURT:  All right, sir.  There's a lot to talk
13     about with you.  Bear with me.
14              PROSPECTIVE JUROR:  I'm sorry.
15              THE COURT:  No, there's nothing to be sorry about.
16              Tell me about your work history with the RTC.  What
17     were you responsible for doing?
18              PROSPECTIVE JUROR:  Okay.  I was assigned and lived
19     in Atlanta, Georgia, from the beginning of the RTC until the
20     end of the RTC.  Initially, my capacity was to close financial
21     institutions and to identify those blocks of loans that could
22     be parceled out for management, for example.
23              We were moved to the Atlanta field office, and I was
24     placed into the group called the SAMDA Group.  It stands for
25     structured asset management disposition agreement.  That group
```

```
 1    managed 12.9 billion in nonperforming loans that came out of
 2    175 failed savings and loans that were closed over a period of
 3    five years.  Didn't all come at once.  It's like a bell-shaped
 4    curve.  As they came in, the assets came in.  And under the
 5    SAMDA contract, those assets were managed by 27 contractors
 6    out of the Atlanta field office.  I had a staff of 25, and we
 7    managed over a thousand people in those contracts; and thank
 8    God, we had a very high return.  I think we received about
 9    70-cents on the dollar for all the work that we did out of the
10    Atlanta field office, which was the highest collection in the
11    country at that time.
12            In that capacity I was a expert witness for the
13    federal government and sent to almost every court, every
14    federal courthouse from the Mason-Dixon Line south.  I had a
15    power of attorney in nine states and two U.S. territories, and
16    I think I signed my name, they said, in excess of 50,000 times
17    on loan documents on transactions that took place out of my
18    unit.  It was a great job, by the way.  I really enjoyed it.
19            THE COURT:  Let me ask you, to the extent you were
20    dealing with failed savings and loan institutions, were you
21    ever involved in investigations of the management of those
22    banks or those savings and loans for criminal prosecution for
23    any wrongdoing that they may have engaged in in running those
24    banks?
25            PROSPECTIVE JUROR:  Yes.  In a capacity that early on
```

```
 1    we found a pattern and practice at this particular time, so

 2    from -- my jurisdiction was from Maryland through Florida.  So

 3    if you take Interstate I-95, we found a number of borrowers

 4    that went to various financial institutions up and down

 5    Interstate I-95, falsified financial statements.

 6         THE COURT:  But those were the borrowers.

 7         PROSPECTIVE JUROR:  Those were the borrowers.  So in

 8    the capacity we looked at the errors and omissions policies of

 9    each of those financial institutions, and I was part of the

10    team that would feed information to the investigators through

11    our contractors receiving information that would help the U.S.

12    Government win the cases against those boards of directors

13    that fraudulently conveyed dollars and helped, in many ways,

14    created those institutions to fail.

15         THE COURT:  All right.  Were you ever involved in any

16    prosecutions for mail fraud, wire fraud or things of that

17    nature?

18         PROSPECTIVE JUROR:  No, but there was a CPA in

19    Pensacola, Florida, that was taking certain dollars out of

20    every closing that he was doing for the U.S. Government, and

21    we did prosecute him, and he lost his license.

22         THE COURT:  All right.  And are you doing similar

23    work now for Wells Fargo?

24         PROSPECTIVE JUROR:  Wells Fargo, well, the objective

25    for Wells Fargo was to create a win-win situation with a
```

 1    borrower in default, but you can only go so far when the loan

 2    gets to be 300 days past due, particularly on a commercial

 3    building.  So at some point in time you're filing foreclosure,

 4    you are filing action against the guarantors and you're moving

 5    to get the asset in a capacity to get the collateral back for

 6    the banks so the bank can have a recovery.

 7              THE COURT:  Are you doing any work in terms of

 8    looking to prosecute anyone involved in these commercial

 9    properties for any kind of wrongdoing?

10              PROSPECTIVE JUROR:  Not at this time.  There is a

11    situation right now that I am before Judge Crystal on in Miami

12    in which we have identified a borrower who fraudulently

13    conveyed assets to a third party, and the bank is in the

14    decision as to whether or not to pursue that fraudulent

15    conveyance action.

16              THE COURT:  All right.  So with all your wealth of

17    experience in the financial field, do you think any of that --

18    and working for the United States Government or one of its

19    agencies for a considerable period of time, do you think that

20    you can be fair to both sides in this case or are you going to

21    lean in favor of the Government in evaluating the evidence in

22    this case?

23              PROSPECTIVE JUROR:  I think I can be.  I think that

24    what people need to know, the Resolution Trust Corporation was

25    quasi-governmental with a very limited time.  It didn't go on

```
 1    forever.  It ended.  So we tried to be fair.
 2            THE COURT:  And can you be fair in this case?
 3            PROSPECTIVE JUROR:  I believe so.
 4            THE COURT:  Okay.  I think you've said you were on a
 5    criminal jury.  Was it a one-day case that you mentioned?
 6            PROSPECTIVE JUROR:  One-day case here in Palm Beach
 7    County.
 8            THE COURT:  A robbery case?
 9            PROSPECTIVE JUROR:  Yes.
10            THE COURT:  And you reached a verdict?
11            PROSPECTIVE JUROR:  Yes.
12            THE COURT:  Were you the foreperson of that jury?
13            PROSPECTIVE JUROR:  No, I wasn't.
14            THE COURT:  Anything about that case that might
15    affect you in this case?
16            PROSPECTIVE JUROR:  No, not at all.
17            THE COURT:  You mentioned something about your
18    brother and a drug charge?
19            PROSPECTIVE JUROR:  Yes.
20            THE COURT:  Was that in Maryland?
21            PROSPECTIVE JUROR:  Maryland.
22            THE COURT:  And you seem to have not thought highly
23    of what happened there.
24            PROSPECTIVE JUROR:  Yeah, I flew up to offer, the
25    Hebrew word is "solace," but comfort for my parents who were
```

```
 1    going through this pain, and to be with my brother, just
 2    sitting and, you know, witnessing this trial.  There were a
 3    number of witnesses.  He was a minor, but the process, the
 4    judge, the really didn't listen to the witnesses.  He happened
 5    to be in the wrong place at the wrong time.  You know, Man
 6    plans and God laughs.  So he got punished.  He learned a
 7    lesson.  But I just think there was a -- the system there
 8    didn't work, but maybe it worked on a spiritual level.  Since
 9    that time, he's been great.
10         THE COURT:  And the fact that you witnessed a
11    criminal proceeding that you thought was not handled properly,
12    is that going to, again, affect your ability to be a fair
13    juror in this case?
14         PROSPECTIVE JUROR:  No, I don't think so, because I
15    take this very seriously, and I know both sides are going to
16    work really hard, so . . .
17         THE COURT:  Anything about the embezzlement of your
18    funds by this lawyer, anything about that experience that
19    might affect your ability to be fair in this case?
20         PROSPECTIVE JUROR:  That taught an unbelievable
21    lesson.  People that you thought were a friend, sometimes you
22    got to be extra careful.  That person happened to embezzle
23    over 2 million from others, so I don't feel so bad.  But it
24    did cause my wife and I significant pain and loss.  What I did
25    learn out of that, that if I didn't take the initiative with
```

```
 1    the State of Georgia and when he crossed state lines with the
 2    FBI, that if I wasn't the one to take the initiative, law
 3    enforcement wouldn't have done it.  So if I didn't push them
 4    to do it, they weren't going to do it.
 5              But I'm one of those kind of guys that just kinda
 6    like don't give up.  So I pushed, and at least he got
 7    prosecuted, he got disbarred, he went to jail.
 8              THE COURT:  And again, anything about that whole
 9    experience, the way it was handled by the state authorities or
10    the FBI that, again, is going to affect your ability to be a
11    fair juror in this case?
12              PROSPECTIVE JUROR:  No.
13              THE COURT:  I think you said your parents were
14    victims of this IRS scam of people filing false refunds,
15    seeking false refunds under other people's names.  Anything
16    about that situation that might affect your ability to be fair
17    in this case?
18              PROSPECTIVE JUROR:  No, only other than the fact that
19    it's indicative of our U.S. Government, that the systems and
20    the things are just not working.  I have a problem with all
21    that.  We have to be so strict at banks and every other
22    places.  You go to the gas station, you put your card in and
23    it comes out of your bank in 10 minutes.  But we can't vote
24    because we've got a piece of paper that's lost, and -- Genghis
25    Khan.  There's some things that don't make sense.
```

1          So, is it going to affect me?  No.  But I just want

2     you to understand how I feel.

3          THE COURT:  Okay.  So it's not going to -- you're not

4     going to have any hard feelings against the Government because

5     somehow this system that the IRS runs so ineffectively, as I

6     guess you may have put it, resulted in your parents getting --

7          PROSPECTIVE JUROR:  No, because you said it clearly,

8     they have to prove beyond a reasonable doubt.

9          THE COURT:  Okay.  Now, you also said that you are a

10    conservative and you hold those beliefs very strongly.  I'm

11    not sure what you meant by being a conservative, how that

12    impacts this case.

13         PROSPECTIVE JUROR:  Okay.  Well, in the macro, in the

14    macro, the way our current Attorney General is running things

15    right now, I'm shocked and appalled.  But who am I?  I'm just

16    one citizen in the country.  You know, on the micro level, the

17    people I've always dealt with have always been very upfront

18    and very professional to the point in their jobs.  On the

19    macro level the way it's coming out, you know, our country is

20    going in a direction that I worry for my children and those

21    around me.

22         THE COURT:  All right.  But you know that these

23    gentlemen here work for Mr. Holder, the Attorney General.

24         PROSPECTIVE JUROR:  I understand that very clearly,

25    and I'm not saying that to offend you, please.  I ask your

```
 1    forgiveness up front, but . . .
 2            THE COURT:  Well, but the issue is for them, as
 3    they're listening to what you say, are you going to be able to
 4    fairly evaluate the evidence, or the fact that you think the
 5    Attorney General's not doing his job in the way you would like
 6    him to do it is going to affect the way you view the case?
 7            PROSPECTIVE JUROR:  It's not going to affect me the
 8    way I view the case.
 9            THE COURT:  All right.  And then the last thing about
10    the two holidays that you are --
11            PROSPECTIVE JUROR:  It's one.
12            THE COURT:  One holiday, I'm sorry.  Two days.
13            PROSPECTIVE JUROR:  It's two days.
14            THE COURT:  What days are those?
15            PROSPECTIVE JUROR:  I think it's the 15th and 16th of
16    next week.
17            THE COURT:  And you would not be available during
18    those two days?
19            PROSPECTIVE JUROR:  I'll be in the synagogue, Your
20    Honor.
21            THE COURT:  Thank you, sir.
22            Mr. Turin.  Good morning, sir.
23            PROSPECTIVE JUROR:  My name Joseph Edgard Turin.  I
24    am 65 years old.  Okay.  I was work --
25            THE COURT:  I'm sorry?
```

```
 1              PROSPECTIVE JUROR:  I was working the landscaping

 2    service 17 years.  Now, I don't work.  I got two years ago, I

 3    don't work because the guy -- this guy sell service.

 4              THE COURT:  I'm sorry, sir.  I'm having trouble

 5    understanding you.  You haven't worked for two years, is that

 6    what you said?

 7              PROSPECTIVE JUROR:  No, I was got two years I don't

 8    work.  I was work with him 17 years.

 9              THE COURT:  You were with this landscaping business

10    for 17 years?

11              PROSPECTIVE JUROR:  Yes, sir.

12              THE COURT:  And what is it about two years?

13              PROSPECTIVE JUROR:  Two years I don't work now.

14              THE COURT:  You haven't worked for two years?

15              PROSPECTIVE JUROR:  Yes, sir.

16              THE COURT:  Okay.

17              PROSPECTIVE JUROR:  Okay.  Okay.  I have two or three

18    grown children.  One live in, okay, Jacksonville City, I don't

19    know.  Second one living in the Boca.  The third one live in

20    Boca.  He was with the Boca Raton school.

21              THE COURT:  I'm sorry, sir; I apologize.  I'm having

22    trouble understanding you.  Can you say that again?

23              PROSPECTIVE JUROR:  Okay.  Second one live in Boca

24    Raton city.  Okay.  He was with -- he was working there Publix

25    Market.
```

```
 1                THE COURT:  Your son works in Publix?

 2                PROSPECTIVE JUROR:  Yes, sir.

 3                THE COURT:  Okay.

 4                PROSPECTIVE JUROR:  About the next one, working at

 5      the Publix, too.  Every day he --

 6                THE COURT:  I'm sorry, sir.  Why don't we -- let's do

 7      this, okay.  We're going to break for lunch in a few minutes.

 8      So when everyone leaves for lunch, then we'll talk to you and

 9      it may be a little easier if we just talk to you separately,

10      okay?

11                PROSPECTIVE JUROR:  Yes, sir.

12                THE COURT:  So why don't you give the microphone to

13      Ms. Gesner, and we'll talk to you in a few minutes, Mr. Turin.

14                PROSPECTIVE JUROR:  Thank you.

15                THE COURT:  Thank you, sir.

16                Ms. Gesner, good morning.

17                PROSPECTIVE JUROR:  Good morning.  My name is Leslie

18      Gesner.  I'm 51.  I've lived in West Palm for 23 years.  I'm a

19      real estate broker and a property manager.  I'm not married.

20      I have two children.  One is 18, graduating from Sun Coast on

21      the 24th of May, and my other daughter works part-time in Palm

22      Beach at Everglades Club.  I have a real estate -- high school

23      diploma, real estate license, and a property manager license.

24                I've never sat on a jury.  I've been involved in two

25      lawsuits.  One was a medical malpractice and the other a car
```

```
 1   accident.  My brother was arrested.  I don't know what for.
 2   It was like 30 years ago.
 3          I've been a victim of a crime.  My house was robbed.
 4   I have no friends in law enforcement.  No to 13, no to 14, yes
 5   to 15, and it's going to be a big financial burden for me to
 6   serve this duty because I'm a single parent, and financially,
 7   I'll definitely be very impacted by this.  But other than
 8   that, that's it.
 9          THE COURT:  All right.  Hold on.
10          What did you say you did?  You're a real estate --
11          PROSPECTIVE JUROR:  Real estate agent, property
12   manager.
13          THE COURT:  Okay.
14          PROSPECTIVE JUROR:  But I've been raising my two
15   children for the last 11 years by myself.  I've never managed
16   to get some child support.  So I don't have a lot of money,
17   and, you know, the real estate market has just been poor for
18   the last few years.  Getting better now.  So having to be here
19   for 20 days is definitely going to be a huge financial burden
20   on me.
21          THE COURT:  All right.  Thank you for telling me
22   that.
23          Now, tell me about your medical malpractice case.
24   Were you suing someone for medical malpractice?
25          PROSPECTIVE JUROR:  Yes.
```

```
 1              THE COURT:  Okay.  And then you also sued because of

 2   an automobile accident?

 3              PROSPECTIVE JUROR:  Yes.

 4              THE COURT:  All right.  And both of those cases

 5   resolved themselves to your satisfaction?

 6              PROSPECTIVE JUROR:  Yes.

 7              THE COURT:  Would anything about either of those

 8   cases that would affect your ability to be a fair juror?

 9              PROSPECTIVE JUROR:  No.

10              THE COURT:  Anything about the break-in to your home

11   that would affect you in any way?

12              PROSPECTIVE JUROR:  No.

13              THE COURT:  So your issue is financial hardship to

14   you?

15              PROSPECTIVE JUROR:  (Nods head.)

16              THE COURT:  Thank you, ma'am.

17              PROSPECTIVE JUROR:  Thank you.

18              THE COURT:  Yes, sir.  Mr. Wing.

19              PROSPECTIVE JUROR:  Yes, Your Honor.  My name's

20   Angelo Wing.  I'm 66.  I live in Delray Beach.  Prior to that,

21   I was living on Long Island.  I've retired.  I am married.  My

22   wife doesn't work.  I have one child who's 38 years old, and

23   he sells computer systems.  Graduated high school.

24              I've sat on a grand jury, I think it was about 20, 25

25   years ago.  I was not the foreman, and it was not a -- like a
```

```
 1    murder case or anything like that.  I believe it was something

 2    to do with medical.  I truly just don't remember any part of

 3    it, going back that far.  I've never been involved in a

 4    lawsuit.  None of my family members have been arrested.

 5    Family members, my mother and father, both were mugged and

 6    robbed in their seventies.

 7          Do you have any close relatives or close friends who

 8    are in law enforcement?  Yes.  My brother was the chief of

 9    police in Hempstead.  Also, an attorney.

10          I don't have any disabilities.  I don't have any

11    problem with, based upon the description of the case, to be

12    impartial.  I'd be able to follow the -- yes to number 15, and

13    number 16, I don't have any reason not to be able to sit.

14          THE COURT:  All right, sir; what did you do for a

15    living before you retired?

16          PROSPECTIVE JUROR:  I was a regional sales manager

17    for a Baden (phonetic) company, and I had 40 years of martial

18    arts and I had a Karate school for 30 years.

19          THE COURT:  All right.  Sir, now, you said that you

20    were on a grand jury.

21          PROSPECTIVE JUROR:  I was on a grand jury, yes, in

22    New York, River Head Long Island.

23          THE COURT:  So you were on a grand jury as well as a

24    jury on one particular case?

25          PROSPECTIVE JUROR:  No, just grand jury.
```

```
 1                THE COURT:  So you were a grand juror.

 2                PROSPECTIVE JUROR:  Yes.

 3                THE COURT:  How long were you on the grand jury?

 4                PROSPECTIVE JUROR:  That was a short time.  That was

 5      maybe a week, maybe two at best.

 6                THE COURT:  That sounds unusual for a grand jury to

 7      only be there for a week.

 8                PROSPECTIVE JUROR:  It wasn't -- like I said, it was

 9      a real long time ago, and I don't remember any pieces of the

10      case.

11                THE COURT:  Okay.  Was it a state grand jury or a

12      Federal Grand Jury?

13                PROSPECTIVE JUROR:  I'm sorry, Your Honor, I don't

14      remember.

15                THE COURT:  Well, a grand -- grand juries usually sit

16      for extended periods of time, and they listen to evidence and

17      decide whether there's sufficient evidence for a case to be

18      brought against someone.  They don't decide whether the

19      person's guilty or not guilty, they just decide whether

20      there's sufficient evidence to bring charges against someone.

21      Is that what you did?

22                PROSPECTIVE JUROR:  Yes, but I just don't remember

23      the timeframe.  I thought it was a short period of time.

24                THE COURT:  Okay.  All right.  In any event, you said

25      there was only one case that was presented to you on this
```

```
 1    grand jury?  A murder case, is that what you said?

 2             PROSPECTIVE JUROR:  No, it was not a murder case.

 3             THE COURT:  Oh, it was not.

 4             Okay.  Anyway, did you ever return a grand jury

 5    indictment for any cases?

 6             PROSPECTIVE JUROR:  Not to my knowledge.

 7             THE COURT:  You don't remember?

 8             PROSPECTIVE JUROR:  No.

 9             THE COURT:  Anything about your experience on this

10    grand jury that might affect your ability to be a fair juror

11    in this case?

12             PROSPECTIVE JUROR:  No, Your Honor.

13             THE COURT:  Anything about the fact that your parents

14    were robbed?  Anything about that experience that might affect

15    you in any way in this case?

16             PROSPECTIVE JUROR:  No, Your Honor.

17             THE COURT:  You mentioned your brother was a chief of

18    police for the town of Hempstead.  Anything about the fact

19    that he was in law enforcement that might cause you to lean

20    one way or another in this case?

21             PROSPECTIVE JUROR:  No, Your Honor.

22             THE COURT:  Would it cause you to more likely believe

23    testimony from a law enforcement officer than another witness

24    that might testify?

25             PROSPECTIVE JUROR:  No, Your Honor.
```

```
 1            THE COURT:  All right.  Thank you, sir.
 2            Mr. Brass, good afternoon.
 3            PROSPECTIVE JUROR:  Good morning.  James Brass.  I am
 4   66 years of age.  I reside in Wellington.  I've been there for
 5   29 years.  Currently, I'm retired, as of last year.  I'm
 6   married, yes.  Wife is not working.  She was with the Palm
 7   Beach County School Board system for a number of years.  I
 8   have two -- three children, all adults.  My daughter is in the
 9   medical device field, and my sons work for Sysco, the food
10   purveyors for big institutional facilities.  My educational
11   background, three years of college.
12            I have not served on a jury before.  I've never been
13   involved in a lawsuit.  And unfortunately, one of my sons was
14   picked up on a DUI about 15 years ago.  Learned his lesson.
15   We have not been the victim of a crime, and we do not have any
16   close friends or associates in the law enforcement business.
17            And disabilities.  I have sight/hearing impairment,
18   which I have hearing aids to compensate for that, and I've
19   heard everything clearly today in open discussion.
20            Let me see.  Based upon the description, I would not
21   have any feelings whatsoever, influence, nothing directly that
22   I could not give impartial and open judgment.  And I could
23   follow your instructions, and I do not feel I have any reason
24   not to be able to serve as a juror.
25            THE COURT:  What did you do for a living, sir, before
```

```
 1    you retired?

 2           PROSPECTIVE JUROR:  I've been involved with the yacht

 3    business for about 40-plus years.  I represented one of the

 4    world's premier yacht builders in Europe, out of Germany, and

 5    I was involved with working with clients in design work as

 6    well as the final sales.

 7           THE COURT:  All right, sir.  And you said your son

 8    was charged with a DUI, is that what you said?

 9           PROSPECTIVE JUROR:  Yes, sir.  He and a few friends

10    were out having a good time when he was about 21.

11           THE COURT:  And that was here locally?

12           PROSPECTIVE JUROR:  Yes, it was, here in Palm Beach

13    County.

14           THE COURT:  Was his case resolved fairly as far as

15    you were concerned?

16           PROSPECTIVE JUROR:  Yes, they took his license away.

17    Good for them.  That was for a year, and then he straightened

18    up his act.

19           THE COURT:  Any resentment towards law enforcement

20    because he was charged with that crime?

21           PROSPECTIVE JUROR:  No.  I did not get the final

22    results of it.  I wasn't that deep involved.  I was a little

23    upset with him, of course.  I know there was probation, took

24    his license away, and served some community time.  Other than

25    that, I think there's no further jurisdiction of what would
```

```
 1    call, you know, final resolve of the case.
 2           THE COURT:  Anything about that experience that would
 3    affect your ability to be fair?
 4           PROSPECTIVE JUROR:  None whatsoever.  Except for it
 5    taught him a big lesson.
 6           THE COURT:  All right.  Thank you, sir.
 7           PROSPECTIVE JUROR:  Okay.
 8           THE COURT:  Ladies and gentlemen, we're going to take
 9    our lunch break now.  I'm going to remind you again, do not
10    discuss this case with anyone, do not form any opinions about
11    the case, do not get on the Internet or your cellphones and
12    start doing any independent research about the charges that I
13    mentioned, any of the names that you were told, the product
14    that I mentioned to you, Signalife, the company.  Do not do
15    anything of that nature.  It only creates problems.
16           And if you have been following the news and the
17    Goodman trial with the juror that we had over there and the
18    problems that he caused for that case because he was doing his
19    own thing, please avoid doing any type of independent research
20    of your own that you might think will help you.  Everything
21    you need to know about this case will be presented to you
22    during the trial.
23           Again, if you see any of the people involved in the
24    case around, do not feel offended if they don't acknowledge
25    you or greet you in any way.  They're not being rude, they're
```

```
 1   obligated to avoid contact with you.

 2           So it's about 10 minutes after 12:00 now.  We have to

 3   talk to Mr. Turin for a few minutes.  So we'll probably be

 4   here until about 12:15.  So if you could be back outside the

 5   courtroom at 1:30, and we'll hopefully be ready to start right

 6   then and finish this up as soon as we can this afternoon.

 7           Thank you again for your cooperation.  We'll see you

 8   at 1:30.

 9      (The venire exits the courtroom, after which the following

10   proceedings were had:)

11           THE COURT:  Please be seated, everyone.  Let me see

12   if we can talk to Mr. Turin.

13           I'm sorry, Mr. Turin, that -- I'm not trying to be

14   difficult with you, and I'm not trying to embarrass you in any

15   way, but I've been having a great deal of difficulty

16   understanding what you're saying.  So, you speak with a very

17   thick accent; and I apologize.  I'm trying my best to

18   understand you.  So can you -- do you have problems

19   communicating in English?

20           PROSPECTIVE JUROR:  Yes.

21           THE COURT:  What is your native language?

22           PROSPECTIVE JUROR:  Okay.  My English, Creole.

23           THE COURT:  I wasn't even able to understand that.

24           All right, sir, have you been able to understand what

25   I've been saying to you during the course of the day?
```

```
 1              PROSPECTIVE JUROR:  Yeah.  Sometimes somebody speak

 2    with me, I understand some and sometime I don't understand

 3    some.

 4              THE COURT:  Do you think you can speak English and

 5    understand English well enough to be on this jury?

 6              PROSPECTIVE JUROR:  Because sometime you speak with

 7    me, I understand, and sometime I don't understand.  I'm not

 8    speaking not too nice English.

 9              THE COURT:  So my question to you is, do you feel

10    that you would be able to sit on a jury for three weeks and be

11    able to follow everything that's being said or are you going

12    to have problems understanding some of what's being said?

13              PROSPECTIVE JUROR:  Yeah, I got somebody who I send

14    back for me in the mail -- in the post office, I speak Creole.

15              THE COURT:  Yes, you speak Creole.

16              PROSPECTIVE JUROR:  Right.

17              THE COURT:  Well, why don't you try and answer those

18    questions.  Can you read those questions?

19              PROSPECTIVE JUROR:  What number?  Any number?

20              THE COURT:  Well, start with what do you do for --

21    you work for landscaping for 17 years, and now you're not

22    working anymore for the last two years; is that correct?

23              PROSPECTIVE JUROR:  Yes.

24              THE COURT:  All right.  You have some children, three

25    children; is that right?
```

```
 1              PROSPECTIVE JUROR:  I have three grown children.

 2              THE COURT:  You told us one works for Publix and one

 3    works for --

 4              PROSPECTIVE JUROR:  Okay.  First one live in

 5    Jacksonville City.

 6              THE COURT:  Yes.

 7              PROSPECTIVE JUROR:  The second one live in Boca

 8    Raton.  The third one live in Boca Raton, too.

 9              THE COURT:  Okay.

10              PROSPECTIVE JUROR:  About the last one, is manager in

11    Publix market, and the second one, he work in the Publix.  He

12    do something, anything he do inside.  Yes, he working.  After

13    that, I got another son, he got two different children.  Every

14    afternoon, 2:30, he went to me.  I keep for him after school.

15              THE COURT:  Could I ask you to hold up just for one

16    minute, please?

17              PROSPECTIVE JUROR:  Yes.

18              THE COURT:  I want to talk to the lawyers and

19    Mr. Stein for a minute over here.  Okay?  Before we go any

20    further.

21        (The following proceedings were held at sidebar:)

22              THE COURT:  Does anyone see any point in trying to

23    spend any more time with Mr. Turin?

24              MR. MUHLENDORF:  No, Your Honor.

25              MR. STIEGLITZ:  No, Your Honor.
```

```
 1              MR. STEIN:  No, Your Honor.

 2              THE COURT:  So everyone agrees we should excuse him

 3    because his language skills are insufficient for him to sit on

 4    this jury?

 5              MR. STIEGLITZ:  Yes, Your Honor.

 6              THE COURT:  You agree?

 7              MR. STEIN:  Yes, Your Honor.

 8              THE COURT:  All right.  We'll just excuse him then.

 9              MR. STIEGLITZ:  Thank you.

10              MR. STEIN:  Thank you, Your Honor.

11              THE COURT:  There's another gentleman who says he has

12    the same issue.  So why don't we talk to him, as well, and see

13    what the problem is?

14              MR. STEIN:  Yes, Your Honor.

15         (Sidebar conference concluded.)

16              THE COURT:  Mr. Turin, I want to thank you for coming

17    today, but I've spoken to everyone, and we don't think you can

18    speak English well enough to be on the jury.

19              PROSPECTIVE JUROR:  Yes, sir.

20              THE COURT:  So I thank you for being willing to serve

21    and for being with us this morning, but we're going to excuse

22    you from this case.  Okay?

23              PROSPECTIVE JUROR:  (Nods head.)

24              THE COURT:  Now, you need to keep calling the jury

25    number that you were given in case they might want you back
```

```
 1    here on another case.  I can't excuse you from those other

 2    cases that might come up.  So -- I think it would be a problem

 3    for you to sit on any case because of your language problems,

 4    but if they call you, if they ask you to come back, you need

 5    to come back.  Okay?

 6              PROSPECTIVE JUROR:  Okay.

 7              THE COURT:  But I'm going to excuse you from this

 8    case.

 9              PROSPECTIVE JUROR:  You write me?

10              THE COURT:  What's that?

11              PROSPECTIVE JUROR:  You write me?

12              THE COURT:  Write you?

13              PROSPECTIVE JUROR:  You told me I could come back

14    again.

15              THE COURT:  I don't know if you have to come back

16    again, because you have to call the phone number, and if they

17    tell you to come back, you have to come back.  But it's not

18    likely that you're going to come back.

19              PROSPECTIVE JUROR:  When I supposed to call?  Every

20    afternoon after 5:00 o'clock?

21              THE COURT:  Yes.  Okay?

22              PROSPECTIVE JUROR:  How about for the rest of today?

23              THE COURT:  You're finished for today.  You can go

24    home.

25              PROSPECTIVE JUROR:  I can go home now?
```

```
 1                  THE COURT:  You can go home now.  All right.

 2                  PROSPECTIVE JUROR:  Okay.  Thank you.

 3                  THE COURT:  Thank you, sir.

 4                  PROSPECTIVE JUROR:  You're welcome.

 5                  THE COURT:  Good luck to you.

 6                  PROSPECTIVE JUROR:  Okay.  Thank you so much.

 7                  THE COURT:  You're welcome.

 8                  All right.  Now, who do we have here, sir?  What is

 9      your name?

10                  PROSPECTIVE JUROR:  Moliere.

11                  THE COURT:  Twenty-six.

12                  You are saying Ceus Moliere?

13                  PROSPECTIVE JUROR:  Moliere Ceus.

14                  THE COURT:  Okay.  Sir, try and use that microphone.

15      Can you hold that microphone up so we can hear you?

16                  PROSPECTIVE JUROR:  The reason I stayed there, I have

17      the same problem.  I understand English, but I'm not -- I

18      can't read very well this English.

19                  THE COURT:  All right.  We can't hear you unless you

20      speak into the microphone.

21                  PROSPECTIVE JUROR:  Sometime I understand you;

22      sometime, not as good.

23                  THE COURT:  So what is your native language?

24                  PROSPECTIVE JUROR:  Creole.

25                  THE COURT:  Creole, also.
```

```
 1              All right.  Have you been able to understand what
 2    I've been saying this morning?
 3              PROSPECTIVE JUROR:  Some I understand, some I don't
 4    understand.
 5              THE COURT:  All right.  Do you think that you would
 6    be able to sit for three weeks, listening to witnesses testify
 7    in English and be able to understand what they're saying?
 8              PROSPECTIVE JUROR:  Like I say, that's the problem I
 9    have.  I don't understand everything.
10              THE COURT:  Okay.  Mr. Stieglitz, did you want to ask
11    this gentleman any questions?
12              MR. STIEGLITZ:  Well, sir, do you feel that at any
13    point during the day today, have there been things that either
14    Judge Marra or Mr. Stein or that I have said to you or that
15    anyone has said to you, that you haven't understood?
16              PROSPECTIVE JUROR:  Like I say, I understand some,
17    but some I don't understand.
18              MR. STIEGLITZ:  Okay.  So there have been things
19    today that you have not understood when people have said them
20    to you?  Is that right?
21              PROSPECTIVE JUROR:  What you said?
22              MR. STIEGLITZ:  Have there been things that have been
23    said today that you haven't understood?
24              PROSPECTIVE JUROR:  Yeah -- no, I -- yeah, I
25    understand when you say something, something I don't
```

```
 1    understand.

 2              MR. STIEGLITZ:  Okay.

 3              THE COURT:  Mr. Stein, do you have any questions?

 4              MR. STEIN:  Just one, Your Honor.

 5              THE COURT:  Yes.

 6              MR. STEIN:  Mr. Ceus, you also indicated that you

 7    have trouble reading English?

 8              PROSPECTIVE JUROR:  I have trouble reading.

 9              MR. STEIN:  Am I correct?

10              PROSPECTIVE JUROR:  I'm not very good in English;

11    that's right.

12              MR. STEIN:  But do you have -- for example, the sheet

13    that the Court has given you with the questions on it.

14              PROSPECTIVE JUROR:  Yeah, I understand this, my name.

15              MR. STEIN:  Yes.  How about, for example, number 11?

16    Do you understand that?

17              PROSPECTIVE JUROR:  Say -- say crime victim.

18              MR. STEIN:  Right.

19              You understand this case could involve hundreds of

20    documents or thousands of documents.  Would you feel

21    comfortable reviewing that many documents?

22              PROSPECTIVE JUROR:  No.

23              MR. STEIN:  In English?

24              PROSPECTIVE JUROR:  No.

25              MR. STEIN:  I have no further questions, Your Honor.
```

```
 1                 THE COURT:  All right.  Can I see counsel and

 2    Mr. Stein?

 3         (The following proceedings were held at sidebar:)

 4                 THE COURT:  Any objection to excusing this gentleman?

 5                 MR. STIEGLITZ:  Not from the United States, Your

 6    Honor.

 7                 MR. STEIN:  Not from the defense, Your Honor.

 8                 THE COURT:  All right.  We'll excuse him as well.

 9    Thank you.

10         (Sidebar conference concluded.)

11                 THE COURT:  Sir, we're going to excuse you as well

12    because we don't think that you could understand English well

13    enough to be a juror in this case.  Okay?

14                 So you need to keep calling the juror number that you

15    have every night to see if they want you to come back for

16    another case.

17                 PROSPECTIVE JUROR:  Every night?

18                 THE COURT:  Every night for the next, however long it

19    is, next two weeks, you need to keep calling.  I don't think

20    you're going to be called back here, but it's possible, and if

21    you're called back, then tell the next judge the same thing

22    you told me, that your English is not well or good enough to

23    be a juror, and they'll probably excuse you.  But I can't

24    excuse you for those other cases at this time.

25                 But you can leave.  Today, you're excused.  You don't
```

```
 1    have to come back today.

 2              PROSPECTIVE JUROR:  I don't have to come back today?

 3              THE COURT:  Not today for this case.

 4              PROSPECTIVE JUROR:  Okay.  Thank you.

 5              THE COURT:  Thank you, sir.  Thank you for coming in.

 6              PROSPECTIVE JUROR:  Okay.  Thanks.

 7              THE COURT:  All right.  Anything else we should talk

 8    about at this time?

 9              MR. STIEGLITZ:  Not from the United States, Your

10    Honor.

11              MR. STEIN:  No, Your Honor.

12              THE COURT:  We'll see you at 1:30, then.  Thank you.

13         (A recess was taken from 12:22 p.m. to 1:32 p.m., after

14    which the following proceedings were had:)

15              THE COURT:  Please be seated, everyone.

16              We're back on the record, and Mr. Stein's present.

17              Are we ready to bring the jury back in?

18              MR. STIEGLITZ:  Yes, Your Honor.

19              MR. STEIN:  Yes, Your Honor.

20              THE COURT:  Whenever Irene's ready.

21              While we have a minute, Mr. White, did you ever go to

22    Steve Cripps' office by any chance?

23              MR. WHITE:  Not that I'm aware of, Your Honor.

24              THE COURT:  And any chance that your paralegal ever

25    showed up at Steve Cripps' office?
```

```
 1                MR. STEIN:  There's actually a zero percent chance
 2     because she comes from California.
 3                THE COURT:  All right.  I just wanted to make sure.
 4                MR. WHITE:  I know at one point years ago I did know
 5     someone by her name through my ex-wife, but I don't know if
 6     that's the same person or not.
 7                THE COURT:  Okay.  Thank you.
 8                MR. WHITE:  Just -- so I don't know who else
 9     Mr. Cripps shares space with.
10                THE COURT:  He used to share space with Jack Orsley.
11                MR. WHITE:  I've had some contact with Jack Orsley,
12     but not that much.
13                THE COURT:  But this --
14                MR. WHITE:  I don't recognize her.  But, again, it's
15     a name that I know it's familiar because of my ex-wife, but I
16     don't know.
17          (The venire enters the courtroom, after which the
18     following proceedings were had:)
19                THE COURT:  Welcome back, everyone.  Please be
20     seated.
21                Thank you again, ladies and gentlemen, for your
22     patience and your cooperation while we go through this
23     process, and we, I believe, left off where -- with Mr. Brass,
24     and now we need to speak to Ms. Pietruszka; is that correct?
25                PROSPECTIVE JUROR:  Yes, it is.
```

```
1              THE COURT:  Good afternoon, ma'am.  How are you?

2              PROSPECTIVE JUROR:  Fine, thank you.

3              THE COURT:  Good.

4              PROSPECTIVE JUROR:  My name is Nancy Pietruszka.  I'm

5    60 years old.  I've been in Florida for 52 years.  All but

6    five of them here in Palm Beach County.  I am employed.  I

7    work in customer service at Pet Supply Plus.  I am a widow.  I

8    have three children.  My daughter is the oldest.  She's an OR

9    technologist.  I have a son who works for the City of Palm

10   Beach Gardens, and I have another son who works as a marine

11   mechanic in Fort Pierce.  I have a high school education and

12   one year North Technical Education.

13              I have been on a jury before.  I believe it was

14   county.  It was in the other courthouse, back in the early

15   1980s.  It was an armed robbery.  It took two days.  I was not

16   the foreperson, and the man was found guilty.

17              I have a question.  Is a lawsuit a divorce?

18              THE COURT:  Yes.  Technically, yes.

19              PROSPECTIVE JUROR:  Well, technically, yes.  It was

20   resolved.  And also, my husband, who is deceased, had large

21   medical bills and had signed an agreement with the State of

22   New York at Roswell Cancer Institute, and after he passed

23   away, I bought another house here in Palm Beach County and

24   they put a lien on it, which I have sold -- years ago, sold

25   the house, and that has been resolved.  I think that's a
```

```
 1    lawsuit, too.
 2            And I was a witness back in the '70s to a domestic
 3    dispute, so I was called as a witness to that.
 4            My older son -- my oldest son was convicted in 2005
 5    of a DWI, which resulted in the suspension of a license, the
 6    penalties and all that goes with it.  No, I don't have any --
 7    thank goodness, we have not been the victim of any of the
 8    crimes.  I don't have anybody who is a close friend in law
 9    enforcement.
10            I don't have any disabilities.  I have no prejudice
11    against the case, I can follow the rules and your directions,
12    Your Honor, and there really isn't any reason why I can't
13    serve.
14            THE COURT:  All right.  Ma'am, what did your late
15    husband do for a living?
16            PROSPECTIVE JUROR:  He was a business consultant, IT.
17            THE COURT:  Anything about your jury experience where
18    you convicted that individual that might affect your ability
19    to be fair in this case?
20            PROSPECTIVE JUROR:  No, sir.
21            THE COURT:  Anything about your divorce proceeding or
22    the lien that was placed on your home, anything about how
23    those cases were handled that might affect your ability to be
24    fair in this case?
25            PROSPECTIVE JUROR:  No, it's over.
```

```
 1              THE COURT:  Your experience as a witness, did you
 2    actually testify in trial?
 3              PROSPECTIVE JUROR:  Yes, sir.
 4              THE COURT:  And, again, anything about that
 5    experience that might affect you in this case in any way?
 6              PROSPECTIVE JUROR:  No, sir.
 7              THE COURT:  Do you feel your son was treated fairly
 8    or unfairly in his DUI?
 9              PROSPECTIVE JUROR:  Very leniently.
10              THE COURT:  All right.  And any resentment against
11    law enforcement because he was arrested and charged with that
12    offense?
13              PROSPECTIVE JUROR:  No, sir.
14              THE COURT:  Anything about that which would affect
15    you in this case?
16              PROSPECTIVE JUROR:  No, sir.
17              THE COURT:  Thank you very much, ma'am.
18              PROSPECTIVE JUROR:  Thank you.
19              THE COURT:  Ms. Walker, good afternoon.
20              PROSPECTIVE JUROR:  Hello.  Good afternoon.
21              Fiona Walker.  I'm 31 years old.  I've lived in West
22    Palm Beach for 20 years.  I'm currently employed with Pinnacle
23    Airlines.  Recently.  Before that, I worked at the Palm Beach
24    County courthouse for five years.  I'm not married.  I don't
25    have any children.  I have a certificate in paralegal, and am
```

 1    currently finishing up my bachelor's degree in business

 2    management.

 3            I never sat on a jury.  I've been involved in two car

 4    accidents, one which was really extreme.  I have two discs in

 5    my neck broken and one in my back.  And my brother was

 6    arrested and deported back to Jamaica for use of a firearm.

 7    I've never been, or any of my family members that I know of,

 8    have been the victim of a crime.  My dad is retired from

 9    police officer in Jamaica, and my nephew is currently employed

10    with the Atlanta police department.

11            I don't have any disabilities, and 15 is no -- I'm

12    sorry, 14 is no, 15 is yes, and 16, no.

13            THE COURT:  All right.  What do you do for the

14    airline now?

15            PROSPECTIVE JUROR:  I'm a flight attendant.

16            THE COURT:  And what did you do at the courthouse for

17    five years?

18            PROSPECTIVE JUROR:  Traffic, county criminal.

19            THE COURT:  And what did you do?  Were you a clerk?

20            PROSPECTIVE JUROR:  I was a clerk, yes.

21            THE COURT:  All right.  So you sat through traffic

22    court?

23            PROSPECTIVE JUROR:  Yes.

24            THE COURT:  Did you deal with DUI cases?

25            PROSPECTIVE JUROR:  Well, I was -- I worked at the

```
 1    window.  I took the payments for tickets.

 2            THE COURT:  You weren't in the courtroom as a clerk?

 3            PROSPECTIVE JUROR:  No, not a courtroom clerk.

 4            THE COURT:  And you said you had a paralegal degree?

 5            PROSPECTIVE JUROR:  Certificate.

 6            THE COURT:  Certificate?

 7            All right.  Have you ever worked as a paralegal?

 8            PROSPECTIVE JUROR:  No, I have not.

 9            THE COURT:  Did you get any education or training in

10    criminal law as a paralegal?

11            PROSPECTIVE JUROR:  No, not much, just in school.

12            THE COURT:  In what school?

13            PROSPECTIVE JUROR:  Right now it's called -- it was

14    called New England Tech before, when I graduated.  Now it's

15    called Lincoln.

16            THE COURT:  And did you get training in criminal law

17    in that program?

18            PROSPECTIVE JUROR:  No.

19            THE COURT:  You mentioned two automobile accidents.

20    Did you actually have lawsuits that arose out of those

21    accidents or did you just have two accidents?

22            PROSPECTIVE JUROR:  Lawsuits.  Well, I was the victim

23    in the accident.  It wasn't my fault.

24            THE COURT:  Right.  So you sued someone who hit you?

25            PROSPECTIVE JUROR:  Yes.
```

```
 1              THE COURT:  In two cases or one?

 2              PROSPECTIVE JUROR:  Two.

 3              THE COURT:  And were those cases resolved

 4   satisfactorily?

 5              PROSPECTIVE JUROR:  Yes.

 6              THE COURT:  Anything about those instances or those

 7   cases that would affect your ability to be fair in this case?

 8              PROSPECTIVE JUROR:  No.

 9              THE COURT:  Now, you mentioned your brother was

10   arrested and deported for a firearm charge?

11              PROSPECTIVE JUROR:  Yes.  That's -- I don't know

12   everything about the case, but that's one of the reasons, yes.

13              THE COURT:  And how long ago was that?

14              PROSPECTIVE JUROR:  About nine years ago.

15              THE COURT:  And was he charged by the United States

16   Government?  Was it a federal charge?

17              PROSPECTIVE JUROR:  I don't remember, but I think so,

18   yes.

19              THE COURT:  Okay.  And do you know if he had a trial

20   or he pled guilty?

21              PROSPECTIVE JUROR:  That I don't know of.

22              THE COURT:  Did you feel that he was treated fairly

23   or unfairly in his case?

24              PROSPECTIVE JUROR:  For the most part, yes.

25              THE COURT:  Which?
```

```
 1                    PROSPECTIVE JUROR:  Yes.

 2               THE COURT:  Which did you feel he was treated?

 3                    PROSPECTIVE JUROR:  Fairly, sorry.

 4               THE COURT:  He was deported.  How long had he lived

 5     here before he was deported?

 6                    PROSPECTIVE JUROR:  About five years.

 7               THE COURT:  And was there -- is there any hard

 8     feelings or resentment you have against the United States

 9     Government because your brother was prosecuted and deported?

10                    PROSPECTIVE JUROR:  No, sir.

11               THE COURT:  Would you hold it against the United

12     States in this case?

13                    PROSPECTIVE JUROR:  No, sir.

14               THE COURT:  And you said your father was a police

15     officer in Jamaica?

16                    PROSPECTIVE JUROR:  Correct.

17               THE COURT:  You said you had a nephew who's an

18     Atlanta police officer?

19                    PROSPECTIVE JUROR:  Yes, he was recently employed by

20     the Atlanta department.

21               THE COURT:  And the fact that you have family members

22     who worked in law enforcement, would that cause you to lean

23     one way or another in this case?

24                    PROSPECTIVE JUROR:  No, sir.

25               THE COURT:  Would it cause you to more likely believe
```

```
 1    testimony coming from a law enforcement officer than another

 2    witness on the same subject?

 3              PROSPECTIVE JUROR:  No, sir.

 4              THE COURT:  All right.  Thank you, ma'am.

 5              PROSPECTIVE JUROR:  Thank you.

 6              THE COURT:  Mr. Fitzwilliam, good afternoon.

 7              PROSPECTIVE JUROR:  Good afternoon.  My name is

 8    Bernard Fitzwilliam.  Fifty-six years old.  Reside in Palm

 9    Beach County for the last 22 years.  I'm self-employed,

10    heating contractor.

11              THE COURT:  Okay.  Thank you.

12              PROSPECTIVE JUROR:  Married.  She's employed with the

13    Palm Beach County school board, IT department.  Have four

14    kids.  First one is a cosmetologist, second one graduated with

15    a finance degree from FIU, third one not sure, fourth one is

16    only 13.

17              THE COURT:  All right.  Thank you.

18              PROSPECTIVE JUROR:  My high school education, 13th

19    grade, which is the same as 12th over here.  No, I never sat

20    on a jury before.  Number 9, no lawsuits against anybody.  Ten

21    is no.  Eleven, no.  Twelve, no.  Thirteen, no.  Fourteen, no.

22    Fifteen, yes.  Sixteen, no.

23              THE COURT:  All right.  Thank you very much, sir.

24              PROSPECTIVE JUROR:  Okay.

25              THE COURT:  Mister, Is it Liable?
```

```
 1                PROSPECTIVE JUROR:  It is Liebl.

 2                THE COURT:  Liebl.  I'm sorry.  Good afternoon, sir.

 3                PROSPECTIVE JUROR:  My name is Eric Liebl.  I'm 35

 4      years old.  I've lived in Royal Palm Beach for the last five

 5      years.  I am a -- currently a retail manager and trainer for

 6      Michael's Arts & Crafts.  I am married.  My wife works

 7      part-time retail.  I do not have any children.  For education

 8      I have an associate's degree in business marketing and a fine

 9      art -- bachelor in fine arts, with teaching certificate.

10                I have never been on a jury before.  I was once

11      subpoenaed for -- to be a witness in a trial but never was

12      called upon.  I don't have any family members that have been

13      charged with any crime.  I have had my account information for

14      my bank stolen twice.  I've since switched banks.  I have a

15      retired uncle who is a police officer.

16                I do not have any disabilities.  Fourteen, no.

17      Fifteen, yes.  Sixteen would just be work related.

18                THE COURT:  All right.  Sir, your automobile -- I'm

19      sorry, your account information that was stolen, anything

20      about that incident or incidences that might affect your

21      ability to be fair in this case?

22                PROSPECTIVE JUROR:  No, sir.

23                THE COURT:  Your uncle worked for what law

24      enforcement agency?

25                PROSPECTIVE JUROR:  It was in Long Island.  I believe
```

```
 1    it was Kings Park Police Department.

 2              THE COURT:  Okay.  Anything about the fact that he

 3    worked in law enforcement that might affect your ability to be

 4    fair in this case?

 5              PROSPECTIVE JUROR:  Not at all.

 6              THE COURT:  Would it cause you to lean one way or

 7    another?

 8              PROSPECTIVE JUROR:  Not at all.

 9              THE COURT:  Would it cause you to more likely believe

10    testimony from a law enforcement officer than another witness?

11              PROSPECTIVE JUROR:  No, sir.

12              THE COURT:  All right.  Thank you, sir.

13              Mr. Blanc.

14              PROSPECTIVE JUROR:  Yes.

15              THE COURT:  Good afternoon.

16              PROSPECTIVE JUROR:  Good afternoon.

17              My name is Fabien Blanc.  I am 48 years old.  I live

18    in West Palm Beach, 5744 Sushack (phonetic) Drive, West Palm

19    Beach, Florida.  I am self-employed.  Yes, I'm married.  Yes,

20    I have five children.  I have one son is -- he is in the jail

21    for fight with his wife, and then number 8, no.  Number 9, no.

22    Number 10, no.  Number 11, no.  Number 12, no.  Number 13, no.

23    Number 14, no.  And number 15 -- 16, I suffer high blood

24    pressure and sugar, and then I am Haitian from Haiti, so I

25    don't have -- I understand English 50 percent, but I don't
```

```
 1    speak very well.  So sometime when somebody speak, I don't

 2    understand hundred percent.  So that's why sometime when you

 3    speak over here, I don't understand all thing you talking

 4    about, you know?  And then that's why I don't think I will be

 5    qualified to go to understand everything somebody say.

 6              THE COURT:  All right.  Sir, let me ask you a few

 7    questions.  Okay?

 8              PROSPECTIVE JUROR:  Yes.

 9              THE COURT:  You said you were self-employed?

10              PROSPECTIVE JUROR:  Yes.

11              THE COURT:  What type of business do you have?

12              PROSPECTIVE JUROR:  I do truck driver.

13              THE COURT:  You're a truck driver?

14              PROSPECTIVE JUROR:  Dump truck driver.  Sometime I

15    stop by duty and some time I get ticket for overload, and

16    then, you know, when you drive you stay all the way on the

17    seat.  The police saw you every day, every minute, every

18    second.  Sometime they stop me.  When I get the ticket, I went

19    to the Court and to talk to the judge to move out a point on

20    the ticket.  So I just plead not guilty, that's all.  I fought

21    (inaudible) in my life.

22              THE COURT:  So you've had some traffic tickets?

23              PROSPECTIVE JUROR:  Yeah, traffic tickets.

24              THE COURT:  But your business is you're a truck

25    driver?
```

```
 1                PROSPECTIVE JUROR:  Truck driver.

 2                THE COURT:  Now, did you say something about your son

 3     being in jail?

 4                PROSPECTIVE JUROR:  Yes, for fighting with his wife,

 5     you know.

 6                THE COURT:  So your son had a fight with his wife and

 7     he got arrested?

 8                PROSPECTIVE JUROR:  Yes.

 9                THE COURT:  All right.  And is he in jail currently?

10                PROSPECTIVE JUROR:  Yes.

11                THE COURT:  Has he had a trial in his case yet?

12                PROSPECTIVE JUROR:  I don't know nothing about him

13     because he's grow.  When he was with me he don't understand

14     nothing, but parent (sic), something like that, but he's grow.

15     He take his business by himself, but I don't know nothing

16     about him, but I just heard that from somebody.

17                THE COURT:  Someone told you that he was in jail?

18                PROSPECTIVE JUROR:  Yes.

19                THE COURT:  All right.  Now, you said you have some

20     difficulty speaking English; is that correct?

21                PROSPECTIVE JUROR:  Well, I don't understand hundred

22     percent.  And sometime I can't say something but when you say

23     something back to me, I got to take time to give you the

24     answer.

25                THE COURT:  So you don't understand everything that's
```

```
 1   spoken in English?

 2          PROSPECTIVE JUROR:  Yes.

 3          THE COURT:  And I think you said that you've heard --

 4   understood some of what people have been saying today and some

 5   things you haven't understood; is that correct?

 6          PROSPECTIVE JUROR:  Correct.

 7          THE COURT:  So if you're on the jury, do you think

 8   you will have trouble understanding everything that's being

 9   said?

10          PROSPECTIVE JUROR:  That's what I'm saying.

11          THE COURT:  You will have trouble?

12          PROSPECTIVE JUROR:  Yes.

13          THE COURT:  How well do you read English?

14          PROSPECTIVE JUROR:  I went to education, adult

15   education to learn English and write English because I'm not

16   living here when I was little boys, you know, when you come

17   from in this country when you go -- it would be hard for you

18   to get everything small people have in here.  So I try to

19   understand some, to get work to put food in the house, you

20   know.  If you don't try to understand to get work, so you have

21   to go back in your country because this country speak English,

22   you know.  You have to understand sometime.

23          THE COURT:  All right.  But how well do you read

24   English?  Do you read very well or not very well?

25          PROSPECTIVE JUROR:  I read.  Sometimes I read some.
```

```
 1    I don't understand the word because I supposed to have
 2    vocabulary to understand that word, but I read very well.
 3              THE COURT:  But you still have some trouble
 4    understanding some words?
 5              PROSPECTIVE JUROR:  Some words.  So when I see some
 6    word, I have to go to dictionary to know what is mean.
 7              THE COURT:  Okay.  Thank you, sir.
 8              Mr. Palle.
 9              PROSPECTIVE JUROR:  Good afternoon.  My name is
10    Federico Palle.  I'm 41 years old.  I live in Boca Raton.
11    I've lived there for about 17 years.  I currently work for
12    Tyco International as a sales analyst.  I'm not currently
13    married.  Don't have any children.  I have an MBA from Stetson
14    University here in Florida.  I've never sat on a jury before.
15    I haven't personally been involved in a lawsuit, but I want to
16    bring up another lawsuit.
17              My father has sued Raytheon Aircraft.  He used to
18    be -- represent their sales in Peru, and he sued for
19    commissions that he wasn't paid.  His case I believe was
20    grossly mismanaged from the prosecutor's side, so he never got
21    any money from that he deserved.  So in that case I think I'm
22    a little biased against, if I perceive any corporations
23    victimizing or treating people unethically, I'd be a little
24    biased about that.
25              As far as family members or close friends being
```

1    arrested, I was arrested 20 years ago for DUI.  The charges

2    were dropped to reckless driving.

3            Besides that, I have a close friend who was

4    wrongfully accused of domestic abuse.  The charges were

5    dropped a few days later.  As far as victim of a crime, when I

6    was in Peru, growing up, our house was burglarized about three

7    times.  One time my mother was there, there was an armed

8    robbery in the house.  Other than that, no crimes like that

9    here in the United States.  I don't know anybody in law

10   enforcement or I'm not close to anybody in law enforcement.

11           I don't have any disabilities.  On number 14, I

12   wanted to bring something up.  You asked earlier if we thought

13   that Mr. Stein defending himself would pose a bias for any of

14   us.  That question just stuck in my mind, and the more I

15   thought about it, I think I might have a slight bias against

16   that, just from watching law shows on TV, and most of the time

17   when somebody represents themselves, they are portrayed in a

18   very bad or negative way.  So I might have a slight bias

19   against that.

20           Number 15, yes, I would be able to follow the law.

21   Again, the only reasons that I would not be suitable as a

22   juror would be any of those biases that I mentioned and also

23   it would be work related.  When I read about the two-week

24   service term I understood that I could be called like two or

25   three times during that two-week period, thinking that it

```
 1    might be like a one-day trial at a time, but I certainly

 2    cannot take 20 days off of work.  I'm the only one in my

 3    business group that does my work and nobody else can pick up

 4    that work.

 5              THE COURT:  All right.  Let me ask you a few

 6    questions, sir.

 7              First, you mentioned a bias based upon your father's

 8    case against Raytheon.  You didn't think it was handled

 9    properly and you might have a bias against corporations that

10    are taking advantage of someone if you felt that the

11    corporation was being -- taking advantage of someone; is that

12    correct?

13              PROSPECTIVE JUROR:  That's correct.

14              THE COURT:  Now this case involves claims by the

15    United States against Mr. Stein, claiming that Mr. Stein did

16    improper things.  Has nothing to do with whether a corporation

17    did anything wrong.  Is that going to make a difference to

18    you?

19              PROSPECTIVE JUROR:  Were there people victimized in

20    the process?

21              THE COURT:  Well --

22              PROSPECTIVE JUROR:  Allegedly?

23              THE COURT:  Yes.  Let me just say yes.

24              So assuming that that -- that's the Government's

25    allegation.  Now, the Government's going to have to prove
```

```
 1    these allegations, but assume that you hear evidence that the
 2    Government believes should convince you that somebody was
 3    victimized from the claims that are being made here.  Is that
 4    going to cause you to automatically believe the Government's
 5    evidence and disregard Mr. Stein's presumption of innocence,
 6    and you're going to lean in favor of the Government just
 7    because you heard somebody might have been victimized?
 8              PROSPECTIVE JUROR:  I think I may have a slight
 9    predisposition to that bias, yes.
10              THE COURT:  All right.  So you think your concern
11    arising from your father's case may predispose you to lean in
12    favor of the Government in this case?
13              PROSPECTIVE JUROR:  That's correct.
14              THE COURT:  Okay.  Let me ask you about Mr. Stein
15    representing himself.  You understand that Mr. Stein has a
16    constitutional right to represent himself if he chooses to?
17              PROSPECTIVE JUROR:  Absolutely.
18              THE COURT:  You also understand Mr. Stein is a
19    lawyer?
20              PROSPECTIVE JUROR:  Yes.
21              THE COURT:  You understand that?
22              PROSPECTIVE JUROR:  Yes.
23              THE COURT:  All right.  So why would that cause you
24    some problems if he is a lawyer and he's chosen to represent
25    himself?  Why would you think that would be a problem?
```

```
 1          PROSPECTIVE JUROR:  Like I mentioned, that bias would

 2   come from just watching law shows on TV, and most of the time

 3   where I've seen episodes of somebody representing themselves,

 4   it's usually in a negative light, and the people that

 5   represent themselves usually come across as arrogant.  So

 6   because of that, I think I might have a slight bias at this

 7   time.

 8          THE COURT:  All right.  You're going to be -- if

 9   you're on the jury, you'll be able to evaluate Mr. Stein and

10   how he conducts himself and what's presented, and you can make

11   your own decision as to whether you think he's defending

12   himself properly or not.  Why would you worry about what you

13   saw on TV?

14          PROSPECTIVE JUROR:  Again, I'm saying I might have a

15   slight bias.  You're absolutely right.  I think during the

16   course of the trial I'll be able to make my own judgments,

17   but, again, I might have a slight predisposition to that bias.

18          THE COURT:  All right.  So, again, you think it may

19   be a bias against Mr. Stein?

20          PROSPECTIVE JUROR:  Yes.

21          THE COURT:  Okay.  Thank you very much, sir.

22          PROSPECTIVE JUROR:  Thank you.

23          THE COURT:  Ms. Morales-Ramos.  Good afternoon.

24          PROSPECTIVE JUROR:  Good afternoon.  My name is

25   Awilda Ramos.  I am 46 years old.  I reside in Loxahatchee for
```

```
 1    about nine years.  I am employed by the Palm Beach County
 2    School District.  I am the assistant site director for
 3    aftercare.  Yes, I'm married.  My husband is a retired Boston
 4    police officer.  I have two children and I'm raising a
 5    five-year-old which they gave me custody of him.  My son is a
 6    senior.  He's graduating on May 23rd.  My daughter is 22.
 7    She's not in school.  I'm working at Drugshire (phonetic)
 8    Building Services.
 9          I have never sat in a jury before, have never been
10    involved in a lawsuit.  Family members, yes.  My stepson got
11    charged of grand theft and lost custody of his son.  That's
12    why I have him.  I have never been a victim of a crime, and I
13    do have good friends who are law enforcement officers, and, of
14    course, my husband.
15          I do not have a disability.  I do not have any
16    personal views, opinions.  Yes, I would be able to follow the
17    law as instructed.  And, no, there's no reason.  It will be a
18    little inconvenient, but there's no reason for me not to sit
19    in a juror (sic).
20          THE COURT:  All right.  Ma'am, let me ask you a few
21    questions.
22          You mentioned that your husband is a retired police
23    officer from Boston, correct?
24          PROSPECTIVE JUROR:  Yes.
25          THE COURT:  And you know other people in law
```

```
 1   enforcement?

 2            PROSPECTIVE JUROR:  Correct.

 3            THE COURT:  All right.  Now, would those

 4   relationships cause you to lean one way or another in this

 5   case?

 6            PROSPECTIVE JUROR:  I think so.

 7            THE COURT:  And why is that?

 8            PROSPECTIVE JUROR:  I just have -- I would go more

 9   towards the people trying to do what's right, and . . .

10            THE COURT:  Do you think that you would lean in favor

11   of the Government in this case before you've heard any

12   evidence?

13            PROSPECTIVE JUROR:  I don't think so.

14            THE COURT:  Well, which is it?

15            PROSPECTIVE JUROR:  It's a little confusing.

16            THE COURT:  You understand the Government has the

17   burden of proving the charges in this case?  You understand

18   that?

19            PROSPECTIVE JUROR:  Yes.

20            THE COURT:  Okay.  Do you think because your

21   husband's in law enforcement it will be -- it may be easier to

22   convince you that the Government is correct in this case than

23   someone who didn't have a husband who was a retired police

24   officer?

25            PROSPECTIVE JUROR:  Yes.
```

```
 1              THE COURT:  Are you going to more likely believe

 2    testimony that comes from law enforcement officers than other

 3    witnesses because your husband was in law enforcement?

 4              PROSPECTIVE JUROR:  Yes, sir.

 5              THE COURT:  Let me ask you about your stepson.  You

 6    said he was charged with grand theft?

 7              PROSPECTIVE JUROR:  Yes.

 8              THE COURT:  Was he convicted of that charge?

 9              PROSPECTIVE JUROR:  Yes, he did time, and he had

10    other issues, as well.

11              THE COURT:  Do you feel he was treated fairly or

12    unfairly?

13              PROSPECTIVE JUROR:  He was treated fairly.

14              THE COURT:  Did he have a trial or was it -- did he

15    plead guilty to the charge?

16              PROSPECTIVE JUROR:  He pled guilty.

17              THE COURT:  He pleaded guilty?

18              PROSPECTIVE JUROR:  Yes.

19              THE COURT:  Is there anything about your son -- your

20    stepson's situation that would affect your ability to be fair

21    in this case?

22              PROSPECTIVE JUROR:  No.

23              THE COURT:  Do you have any resentment against law

24    enforcement because your stepson was charged in that case?

25              PROSPECTIVE JUROR:  No.
```

```
 1              THE COURT:  All right.  Thank you, ma'am.

 2          Ms. Bassell.  Good afternoon.

 3          PROSPECTIVE JUROR:  Good afternoon.  My name is

 4   Kellie Bassell.  I'm 52 years old.  I've lived in Palm Beach

 5   County for about 12 years.  I am the director of nursing at

 6   Palm Beach State College.  I'm married.  My husband is also a

 7   nurse, and he works in home health.  I have a 15-year-old

 8   daughter.  I have a bachelor's degree in nursing, I have a

 9   master's degree in nursing, I have an educational specialist's

10   degree in educational technology, and I'm a doctoral candidate

11   at the University of Florida for education.

12          I've never sat on a jury.  I have been and currently

13   involved in a lawsuit for foreclosure.  Don't have any family

14   members or friends who have been arrested or charged.  My

15   husband's car got broken into about, I don't know, 10 years

16   ago and his wallet was stolen.  No relatives or close friends

17   in law enforcement.

18          No disabilities.  Fourteen, I don't think there's any

19   issues with that.  Yes to 15.  And 16, it would be an extreme

20   hardship for me to be here on the 23rd and '4th of May because

21   I'm defending my dissertation in Gainesville, and also, then

22   if we're not done by the eighth of June, you might see me in

23   divorce court because for the first time in three years my

24   husband and I are taking vacation without my 16-year-old

25   daughter, so . . .
```

```
 1              THE COURT:  All right.  So you have a problem on the

 2    23rd and 24th?

 3              PROSPECTIVE JUROR:  Yeah, I have to leave here on the

 4    23rd to defend on the 24th, and then I'm coming back on the

 5    24th, late that night.  So that's a Thursday and Friday.

 6              THE COURT:  What time were you planning on leaving on

 7    the 23rd?  It's a four-hour drive.

 8              PROSPECTIVE JUROR:  Probably around noontime,

 9    because -- and the reason it's so difficult is because one of

10    my committee members is in Germany and will be there all

11    summer, and they've made arrangements to Skype her in for the

12    defense, so . . .

13              THE COURT:  I'm just wondering if you could leave

14    later in the afternoon than 12:00 o'clock.

15              PROSPECTIVE JUROR:  I was planning on leaving around

16    noontime.  I made arrangements for my daughter to get picked

17    up after school.  My husband's actually driving me up, keeping

18    me calm.

19              THE COURT:  But other than those two days, you're

20    available?

21              PROSPECTIVE JUROR:  As long as we're going to be done

22    by the eighth.

23              THE COURT:  Yes.

24              All right.  And let me ask you about your foreclosure

25    suit.  Is there anything about the fact that you have a
```

```
 1    foreclosure proceeding pending against you that might affect

 2    your ability to be fair in this case?

 3              PROSPECTIVE JUROR:  No.

 4              THE COURT:  Do you feel like you've been treated

 5    unfairly in the way that case has been prosecuted?

 6              PROSPECTIVE JUROR:  No.

 7              THE COURT:  Anything about the burglary to your

 8    husband's automobile that might affect you in any way?

 9              PROSPECTIVE JUROR:  No.

10              THE COURT:  All right.  Thank you, ma'am.

11              Mr. Augustin, good afternoon.

12              PROSPECTIVE JUROR:  Good afternoon.

13              My name is Edgar Augustin.  I am 51 years old.  I

14    reside in Boynton Beach, Florida, since 28 years.  I'm

15    full-time employed for Boca West Master Association of Boca

16    Raton.  I do landscaping maintenance.  I am married.  My wife

17    working as a CNA.

18              THE COURT:  Your wife is a CNA?

19              PROSPECTIVE JUROR:  Yes.

20              THE COURT:  Okay.  Thank you.

21              PROSPECTIVE JUROR:  I have four children.  Three in

22    high school, one in college.  I'm a high school graduate in

23    Haiti.

24              Number 8, yes, just for one day.  Number 9, no.

25    Number 10, no.  Number 11, no.  Twelve, no.  Thirteen, no.
```

```
 1   Fourteen, no.  Fifteen, yes, and 16, no.

 2          THE COURT:  All right.  So let me ask you a few

 3   questions.

 4          I thought you said you had four children?

 5          PROSPECTIVE JUROR:  Yes.

 6          THE COURT:  And I thought then you said two were in

 7   high school and one was in college.

 8          PROSPECTIVE JUROR:  Three in the high school.

 9          THE COURT:  Three in high school.  I'm sorry.  Thank

10   you.

11          All right.  And you said you were on a jury for one

12   day?

13          PROSPECTIVE JUROR:  Yes.

14          THE COURT:  And did you actually decide a case in

15   that one day?  Did you render a verdict in that case?

16          PROSPECTIVE JUROR:  No, I just (inaudible).

17          THE COURT:  I'm sorry?

18          PROSPECTIVE JUROR:  No, just for one day, but I don't

19   remember in the year.

20          THE COURT:  Well, were you picked to sit on a jury?

21          PROSPECTIVE JUROR:  Yes.

22          THE COURT:  And did you listen to testimony and

23   evidence?

24          PROSPECTIVE JUROR:  Yes.

25          THE COURT:  And what was the case about?  Do you
```

```
 1    remember?

 2            PROSPECTIVE JUROR:  No, I don't.

 3            THE COURT:  All right.  Did you and the other jurors

 4    make a decision on the case?

 5            PROSPECTIVE JUROR:  No.

 6            THE COURT:  And what happened?  Why didn't you make a

 7    decision?

 8            PROSPECTIVE JUROR:  I just say by the day I was

 9    coming, I just, like we have today, and then after that they

10    send everybody home.

11            THE COURT:  So you never got picked to sit over here.

12            PROSPECTIVE JUROR:  No.

13            THE COURT:  Okay.  All right.  Now, I don't want to

14    single you out, and I'm not trying to embarrass you, but you

15    speak with a heavy accent.  Do you have -- and some of the

16    other people that we've heard from today have told us that

17    they have trouble understanding everything that's being said

18    in English.  Are you in the same situation or are you able to

19    understand everything that's being said?

20            PROSPECTIVE JUROR:  So I'm -- I don't understand very

21    well, but I do understand some of them.

22            THE COURT:  All right.  So do you feel confident that

23    if you're on the jury you will be able to understand

24    everything that's being said by all of the witnesses and the

25    lawyers?
```

```
 1                    PROSPECTIVE JUROR:  Not hundred percent.

 2              THE COURT:  No?

 3              All right.  How well do you read English?

 4              PROSPECTIVE JUROR:  Not very well.

 5              THE COURT:  Not very well.

 6              All right.  If -- do you feel comfortable being

 7    selected to be on this jury?  Will you be comfortable and

 8    confident in your ability to be a good juror?

 9              PROSPECTIVE JUROR:  I'm not comfortable because I

10    don't understand very well, and so that's the way I say I'm

11    not comfortable.

12              THE COURT:  All right.  Thank you, sir.

13              Ms. Leslie, good afternoon.

14              PROSPECTIVE JUROR:  Good afternoon.  My name Martha

15    Leslie.  I am 54 years old.  I've lived in Florida for 22

16    years, West Palm Beach for 17.  I am employed as a licensed

17    x-ray technologist.  I am not married.  I've been divorced for

18    17 years.  I have one child, a daughter that's 21 years old.

19    She is a cancer surviver.  Diagnosed May of 2010, right after

20    high school graduation.  Her treatment ended October 2010.

21    She does have follow-up appointments.  I called the hospital

22    during lunch, and the tests that she needs right now can be

23    done on the weekends.  We do not expect anything to show up.

24    She's two and a half years cancer free.  There's always a

25    chance, but we don't expect it.
```

```
 1              Educational background.  I am a nationally licensed
 2    x-ray technologist.  I have an associate of science degree and
 3    a BFA.  I have sat on, I think, four juries.  State, I think
 4    they were.  Two of them were in Ohio between 18 and early
 5    twenties.  I do not remember the cases.  One was in Maryland.
 6    It was a bodily injury, and there was one in Florida with --
 7    about child abuse, and we did reach a verdict in those two
 8    cases.
 9              I'm involved in a lawsuit, divorce and increase in
10    child support.  Nobody in my family's ever been arrested or
11    charged with any crime.  My brother had a boat stolen from the
12    dealer's about 12 years ago when he was having a depth finder
13    put in.
14              I don't have any disabilities that would affect my
15    ability to sit.  Fourteen, no.  Fifteen, yes.  And the only
16    thing I can say is that 20 days is a long time to not get a
17    paycheck, but it's probably doable.
18              THE COURT:  Let me ask you a few questions, ma'am.
19    The two juries that you sat on in Ohio, you said you don't
20    remember anything about them.  Do you remember whether you
21    actually rendered a verdict?
22              PROSPECTIVE JUROR:  Yes, we did.
23              THE COURT:  Were the foreperson of either of those
24    juries?
25              PROSPECTIVE JUROR:  None of them.
```

```
 1            THE COURT:  All right.  And one was a civil case that
 2   you -- here in Florida and one was a criminal case; is that
 3   correct?
 4            PROSPECTIVE JUROR:  The bodily injury was in
 5   Maryland, and the child abuse was in Florida.
 6            THE COURT:  All right.  And I mentioned this earlier
 7   to one of the other jurors who sat on a civil case, that
 8   there's a difference in the burden of proof between what has
 9   to be shown in a civil case versus a criminal case, and here,
10   it's beyond a reasonable doubt as opposed to greater weight or
11   preponderance of the evidence in the civil case.  Can you be
12   able to follow the beyond a reasonable doubt burden of proof
13   in this case if you're selected?
14            PROSPECTIVE JUROR:  Yes.  As far as my memory serves
15   me, the child abuse case, they said the same thing, that the
16   burden of proof was on the -- that the -- they had to prove
17   that the gentleman was guilty.  The gentleman did not have to
18   prove he was innocent.
19            THE COURT:  Right.  Because that was a criminal case.
20            PROSPECTIVE JUROR:  Beyond a reasonable doubt.
21            THE COURT:  Correct.
22            All right.  Now, anything about your either divorce
23   proceeding or any subsequent child support proceedings that
24   you were involved in that you felt the way they were handled
25   or the outcomes were such that it would cause you to have a
```

```
 1   problem in deciding this case?

 2            PROSPECTIVE JUROR:  No.

 3            THE COURT:  And anything about, did you say it was

 4   your brother's boat who was stolen?

 5            PROSPECTIVE JUROR:  Yes.

 6            THE COURT:  Anything about the boat incident with

 7   your brother that would affect you in any way in this case?

 8            PROSPECTIVE JUROR:  The insurance finally got him a

 9   new one.

10            THE COURT:  Thank you very much, ma'am.

11            PROSPECTIVE JUROR:  You're welcome.

12            THE COURT:  Ms. Powell, good afternoon.

13            PROSPECTIVE JUROR:  Good afternoon.

14            My name is Junette Powell.  I'm 56 years old.  I've

15   lived in Royal Palm Beach for 30 years.  I am employed as a

16   legal secretary at a local law firm.  My husband is employed

17   as a pharmacist.  I have a paralegal degree.

18            I've never been called as a juror, and I was -- my

19   husband and I were sued by a time share association for

20   homeowner's past due fees, but that was resolved in our favor.

21   Number 10, no.  Number 11, my home was robbed November of last

22   year.  My brother-in-law is a retired corrections officer in

23   Broward County.

24            Number 13, no.  Fourteen, no.  Fifteen, yes.  And 16,

25   no, except I believe my employer would have an issue with me
```

```
 1    being out of the office for a considerable length of time.

 2              THE COURT:  Your employer, who are lawyers, they're

 3    going to give you a hard time about serving on a jury?  What

 4    law firm do you work for?

 5              PROSPECTIVE JUROR:  McDonald Hopkins.

 6              THE COURT:  I'm sorry?

 7              PROSPECTIVE JUROR:  McDonald --

 8              THE COURT:  McDonald Hopkins.

 9              And they don't do criminal work, do they, as far as

10    you know?

11              PROSPECTIVE JUROR:  Yes.

12              THE COURT:  Do they do criminal work?  They do?

13              PROSPECTIVE JUROR:  One of the attorneys does, yes.

14              THE COURT:  All right.  So one of the attorneys

15    handles criminal cases.  So do you work for that attorney?

16              PROSPECTIVE JUROR:  On occasion.

17              THE COURT:  Okay.  So have you worked up criminal

18    cases for the defense for this gentleman?

19              PROSPECTIVE JUROR:  No, I have not.

20              THE COURT:  You have not?

21              Okay.  Have you ever gone to court with the lawyer

22    who handles criminal cases?

23              PROSPECTIVE JUROR:  No, I have not.

24              THE COURT:  So you said you're a legal secretary even

25    though you have a paralegal degree?  So you're not working as
```

```
1    a paralegal?

2            PROSPECTIVE JUROR:  No, I'm not.

3            THE COURT:  All right.  Anything about the work

4    you've done that you think might cause you to lean one way or

5    another in this case?

6            PROSPECTIVE JUROR:  No, I do not.

7            THE COURT:  Anything about any of the lawyers who

8    work for the law firm may have said to you about criminal

9    cases that might cause you to lean one way or another?

10           PROSPECTIVE JUROR:  No, I don't think so.

11           THE COURT:  Have you worked in other legal jobs other

12   than this one?

13           PROSPECTIVE JUROR:  Yes, I have.

14           THE COURT:  Where else?

15           PROSPECTIVE JUROR:  Well, I used to be a temporary

16   secretary, so I've worked in a lot of big law firms.

17           THE COURT:  All right.  Have you worked on other --

18   for other law firms that deal with criminal cases?

19           PROSPECTIVE JUROR:  Yes, my very first job was with a

20   criminal attorney.

21           THE COURT:  All right.  And as a secretary or as a

22   paralegal?

23           PROSPECTIVE JUROR:  As a secretary.

24           THE COURT:  And, again, did you go to court with that

25   lawyer?
```

```
 1              PROSPECTIVE JUROR:  No, I did not.

 2              THE COURT:  Anything that lawyer may have said that

 3   may cause you to lean one way or another in this case?

 4              PROSPECTIVE JUROR:  Not at all.

 5              THE COURT:  Anything about your time share case that

 6   would affect you in any way in this case?

 7              PROSPECTIVE JUROR:  No, no, sir.

 8              THE COURT:  And anything about the break-in to your

 9   home that would affect you in any way in this case?

10              PROSPECTIVE JUROR:  No, sir.

11              THE COURT:  You said your brother-in-law is a

12   corrections officer in Broward?

13              PROSPECTIVE JUROR:  Retired.

14              THE COURT:  Anything about the fact that he works in

15   law enforcement that might affect you in any way, leaning one

16   way or another?

17              PROSPECTIVE JUROR:  No, sir.

18              THE COURT:  Would you more likely believe testimony

19   from a law enforcement officer than another witness?

20              PROSPECTIVE JUROR:  No, sir.

21              THE COURT:  Thank you, ma'am.

22              Is it Ms. Nereau?

23              PROSPECTIVE JUROR:  Kim Nereau.

24              THE COURT:  Good afternoon.

25              PROSPECTIVE JUROR:  Good afternoon.
```

```
 1              My name is Kim Nereau.  I'm 43 years old.  I have
 2    lived in Jupiter for 43 years.  I am employed full-time.  I am
 3    the administrative assistant to the president of a private
 4    Christian school in Jupiter.  I am married.  My husband is a
 5    self-employed landscaper.  I have two children, 11th grade and
 6    8th grade.  I have some college.  I'm also a licensed x-ray
 7    tech.
 8              I have never served in jury.  I've never been
 9    involved in a lawsuit.  No one has ever been arrested.  I have
10    had my purse stolen.  I don't have any law enforcement
11    relatives or close friends.  I do not have any disabilities.
12    I do not have any personal views about this case.  I can
13    follow directions, and there is no reason that I cannot sit.
14              THE COURT:  Anything about the purse being stolen
15    that would affect you in any way in this case?
16              PROSPECTIVE JUROR:  No.
17              THE COURT:  All right.  Thank you, ma'am.
18              Mr. Gilfillian, good afternoon.
19              PROSPECTIVE JUROR:  Good afternoon.  George
20    Gilfillian.  Sixty-five years old.  I reside in Lake Worth for
21    the past 11 years.  I'm currently retired.  However, I do
22    volunteer work for the Palm Beach County Sheriff's Office with
23    the volunteers against scam team.  We manage scam artists.
24    I'm divorced.  I have two adult children.  Oldest daughter
25    works for Cleveland Clinic, director of procurement.  Youngest
```

```
 1    one works for Nationwide Insurance Company.  I think that's

 2    what it is -- no, United Healthcare.  Sorry.

 3            Educational background, bachelor's degree.

 4            Number 8, the answer is no.  Number 9, no.  Ten, no.

 5    Eleven, no.  Twelve, yes.  I have a family member who is a

 6    Miami-Dade police officer.  Thirteen, no.  Fourteen, no.

 7    Fifteen, yes.  Sixteen, no.

 8            THE COURT:  Sir, what did you do for a living when

 9    you worked?

10            PROSPECTIVE JUROR:  Electrical engineer.  I worked

11    for Lockheed Martin.  We do some classified work in defense.

12    Can't talk about it.

13            THE COURT:  I just wanted to know what you did.

14            PROSPECTIVE JUROR:  Okay.

15            THE COURT:  And you mentioned that you now work as a

16    volunteer for the Palm Beach County Sheriff's Office, and I

17    think you said you managed scam artists?

18            PROSPECTIVE JUROR:  Yes, I do volunteer work for the

19    Palm Beach County office.  Not manage, I just do -- we work

20    with the victims of scams.  For example, tax evasion, computer

21    scams and such.

22            THE COURT:  All right.  And so when do you get

23    involved in the process?  At what point?

24            PROSPECTIVE JUROR:  Okay.  What we do is we talk to

25    the victims.  We advise them of what they need to do to
```

```
 1   prevent further incidents from happening.

 2            THE COURT:  All right.  So are these investigations

 3   that have already been conducted by the sheriff's department

 4   and have been already in the process of being prosecuted, or

 5   is this someone who, for the first time is reporting somebody

 6   fraudulently got me to buy something or contribute money to

 7   some cause, and it's phony, and you deal with it at that

 8   point?  Which is it?

 9            PROSPECTIVE JUROR:  Both.

10            THE COURT:  Both?

11            PROSPECTIVE JUROR:  Yes.

12            THE COURT:  So do you actually investigate the facts

13   of these incidences?

14            PROSPECTIVE JUROR:  No, no investigation.  We just go

15   to the database, pull the reports, review it, call the victims

16   and give them some education as to what they need to do next

17   and what they should not do.

18            THE COURT:  Okay.  Have you ever gone to court to

19   testify in any of these things?

20            PROSPECTIVE JUROR:  No, no.

21            THE COURT:  All right.  Now, since you say you assist

22   victims of frauds, scams is another way of saying a fraud,

23   correct?

24            PROSPECTIVE JUROR:  Correct.

25            THE COURT:  Would you agree with that?
```

```
 1            All right.  And this case involves allegations that
 2     the Government claims that Mr. Stein has been engaged in
 3     fraudulent conduct, do you think that because of your work in
 4     assisting victims of fraud, that you might have a problem
 5     being fair to Mr. Stein in this case?
 6            PROSPECTIVE JUROR:  No, I don't think so, as long as
 7     everything is clear and there's nothing there that I don't
 8     understand.  So as long as I understand the case, it should be
 9     fine.
10            THE COURT:  All right.  So you'll not come into the
11     case as a juror with a predisposition in favor of the
12     Government and against Mr. Stein because the case involves
13     allegations of fraudulent conduct?
14            PROSPECTIVE JUROR:  No, I would not.
15            THE COURT:  You would listen to the evidence and
16     evaluate it and decide whether you find it credible or not and
17     then make a decision?
18            PROSPECTIVE JUROR:  Correct.
19            THE COURT:  All right.  Anything about the fact that
20     you have either a friend or relative who works for the
21     Miami-Dade police department that might cause you to lean one
22     way or another in this case?
23            PROSPECTIVE JUROR:  No.  It's not a friend, it's a
24     relative.
25            THE COURT:  Okay.  And would the fact that you have a
```

```
 1   relative in law enforcement cause you to more likely believe
 2   testimony from law enforcement officers than another witness?
 3           PROSPECTIVE JUROR:  No.
 4           THE COURT:  Would the fact that you volunteer for the
 5   sheriff's department cause you to more likely believe the
 6   testimony coming from a law enforcement officer than another
 7   witness?
 8           PROSPECTIVE JUROR:  No.
 9           THE COURT:  All right.  Thank you, sir.
10           PROSPECTIVE JUROR:  Thank you.
11           THE COURT:  Mr. Luzincourt, good afternoon again.
12           PROSPECTIVE JUROR:  Good afternoon.
13           Donjohn Luzincourt, 46 years old, reside in Boynton
14   Beach for the past 18 years.  Employed Palm Beach County
15   School District.
16           Yes, I'm married, three children.  One is 12, one is
17   nine, and the other one is five.  Educational background, I'm
18   a plumber, but don't work in that field.  Never sit in a jury
19   but keep calling and never been picked.  Never been involved
20   in a lawsuit.  No family member been arrested.  No family or
21   friends, except I, which is identity theft.
22           Twelve, do you have relatives in law enforcement?
23   No.  Thirteen, no.  Fourteen, what I state before regarding
24   testifying.  And 15, no problem understanding.  And 16, my
25   wife actually left for New York last Friday.  Her father is
```

```
 1   really sick with cancer, and --
 2          THE COURT:  I'm sorry, we're having trouble hearing
 3   you.
 4          PROSPECTIVE JUROR:  Sixteen, father-in-law is really
 5   sick.  We don't know what the news going to be any time.  We
 6   have two kids with me right now, so I have to make arrangement
 7   to today.  So other than that, I mean . . .
 8          THE COURT:  All right, sir.  Thank you.
 9          Ms. Kasparian, good afternoon.
10          PROSPECTIVE JUROR:  Good afternoon.  Nancy Kasparian,
11   51.  I reside in Palm Beach Gardens.  I'm employed by a large
12   cardiology group.  I've been there for about 17 years.  I'm
13   not married.  I have no kids.  Educational background is some
14   college.
15          Never been on a jury before.  I don't have any family
16   or friends that were arrested.  No family with any crimes.  No
17   relatives in law enforcement.  No disabilities.  Fourteen is
18   no.  Fifteen is yes.  Sixteen is yes, it would be a hardship
19   since I'm the only one who pays the bills, and I work two jobs
20   to keep it going.
21          THE COURT:  I'm sorry, it would be a hardship for
22   whom?
23          PROSPECTIVE JUROR:  Me.
24          THE COURT:  Okay.  And how would it be a hardship for
25   you?
```

```
 1              PROSPECTIVE JUROR:  Because I work two jobs and I'm
 2    the only one who supports the house and pays the bills.
 3              THE COURT:  So you wouldn't get compensated if you're
 4    on jury duty?
 5              PROSPECTIVE JUROR:  No.
 6              THE COURT:  Your employer won't compensate you?
 7              PROSPECTIVE JUROR:  No.
 8              THE COURT:  So it will be a hardship, a financial
 9    hardship for you?
10              PROSPECTIVE JUROR:  Yes, sir.
11              THE COURT:  All right.  Thank you, ma'am.
12              Ms. Lindsay, good afternoon.
13              PROSPECTIVE JUROR:  Good afternoon.  My name's
14    Barbara Lindsay.  I'm 60 years old.  I've lived in Palm Beach
15    County for, I'm sure it's over 30 years, but I left when I was
16    24 and moved to Seattle for 22 years, where my husband's from.
17    My husband and I are both self-employed.  We're in the
18    commercial real estate investment business.  We have one son,
19    who will be a freshman next year in high school.  I have a
20    bachelor's degree from Cornell University.
21              I've sat on two juries before.  They were state
22    criminal cases.  We reached verdicts in both instances.  I
23    have been a plaintiff in a lawsuit involving a corporation
24    that we sued because they failed to close a real estate
25    transaction after we had all removed contingencies.  That was
```

```
 1   settled.  That was 20 years ago.
 2            One of my brothers was arrested for DUI here in Palm
 3   Beach County, because I grew up here.  I have been -- my purse
 4   was also taken, and that resulted in some other things that
 5   came out, some attempted identity theft, but we seemed to
 6   catch that.
 7            I have no friends in law enforcement, no
 8   disabilities, no personal opinions that I believe would affect
 9   my ability to be fair, and I could follow the law.
10            I do have a major problem, however, in that on the
11   22nd of May my husband and I are scheduled to attend a wedding
12   in -- actually, it's on Memorial Day weekend in Italy, and we
13   purchased our airplane tickets and our subsequent vacation
14   well before I received the jury summons.  So it would be
15   extremely difficult for me to serve this long past the 22nd of
16   May.
17            THE COURT:  All right, ma'am.  Just a few more
18   questions.
19            The two jury cases you sat on that you said you
20   reached a verdict, were you the foreperson of either of those
21   juries?
22            PROSPECTIVE JUROR:  I believe, yes.
23            THE COURT:  One or both?
24            PROSPECTIVE JUROR:  One.
25            THE COURT:  All right.  And what were the two cases
```

```
 1    about?

 2            PROSPECTIVE JUROR:  One was an assault and battery

 3    case, and the other was a appeal of a DUI.

 4            THE COURT:  And which one were you the foreperson?

 5            PROSPECTIVE JUROR:  I was afraid you were going to

 6    ask that.  I'm not sure I remember, honestly.  I think I was

 7    the assault and battery case foreman.

 8            THE COURT:  And the lawsuit you brought against this

 9    corporation for not closing on a real estate transaction,

10    anything about the way that case was handled that would affect

11    your ability to be fair in this case?

12            PROSPECTIVE JUROR:  No, sir; they settled.

13            THE COURT:  Anything about your brother's DUI that

14    might affect you in any way in this case?

15            PROSPECTIVE JUROR:  No, sir.

16            THE COURT:  How about the fact your purse was stolen?

17            PROSPECTIVE JUROR:  No, sir.

18            THE COURT:  All right.  Thank you, ma'am.

19            Mr. Vargas.

20            PROSPECTIVE JUROR:  Good afternoon.

21            Is there any way -- problem.  No speak English.  No

22    understand English.

23            THE COURT:  You don't understand English?

24            PROSPECTIVE JUROR:  No.

25            THE COURT:  No?  I'm sorry?
```

```
 1            PROSPECTIVE JUROR:  No.

 2            THE COURT:  Do you think you could be a juror in this

 3    case and understand what was being said?

 4            I'm sorry?

 5            PROSPECTIVE JUROR:  No understand.

 6            THE COURT:  You don't understand?

 7            Okay.  Thank you, sir.  We'll talk to you in a few

 8    minutes.  All right?  We'll talk to you separately.

 9            PROSPECTIVE JUROR:  Okay.

10            THE COURT:  All right.  Thank you.

11            All right.  If I could speak to Ms. Molejon, good

12    afternoon.

13            PROSPECTIVE JUROR:  Hello.  Good afternoon.  My name

14    is Jennifer Molejon.  I'm 29.  I've lived in Florida all my

15    life, in Palm Beach County.  I am employed.  I'm a part-time

16    surgical tech at a gastroenterologist.  I'm married.  I have

17    two little girls.  One's three, one's 18 months.

18            Let's see, I have a bachelor's degree in journalism

19    and with an international studies minor from the University of

20    Miami, and I also have a surgical tech certification.

21            I've never been sent for jury.  I've never been in a

22    lawsuit.  None of my family members or friends have been

23    convicted or arrested.  I am a victim of identity theft.  I

24    had my social security stolen in 2009.  Since I was a

25    stay-at-home mom, somebody from the Social Security department
```

1    sold my Social Security card to somebody and they've been

2    filing taxes and working on my behalf since then.  That hasn't

3    been solved.  It's on a working case now.

4           I do have friends and family members in the law

5    enforcement field.  I don't have any disabilities to sit in a

6    jury.  Let me see.  I do follow directions, and I don't have a

7    problem.  I don't care, or any opinions.  But I do have a

8    problem.  I have two little girls that depend on me.  I only

9    work part-time because they do require my need.

10          I just started working.  I just went back to work

11    after being home for five years -- four years, four and a

12    half, whatever, so it's really hard for me.  I mean, my mother

13    has them now because she watches them for the four hours that

14    I work, but it's past 12:30, and she's already called me three

15    times.  So it would be very difficult for me to be here for an

16    eight-hour period of however long.  Especially for 20 days for

17    working.

18          My husband is a financial advisor, so really, when it

19    comes to finance, I hate talking about it.  I don't even want

20    to listen to it since I live with one.  He's a manager at

21    AmeriPrize.  So I really don't care to know.

22          THE COURT:  You don't care --

23          PROSPECTIVE JUROR:  Anything else about finance.  I

24    mean, I know, like it's just -- I'm being honest with you.

25    Once I hear finance, I shut down.  I live with one, you know,

```
 1    he talks about it all the time.  I really -- I don't.  I
 2    don't -- when he walks in the door, he already knows not to
 3    talk to me about financing anymore because I'm tired of it.  I
 4    really am.
 5              THE COURT:  All right.  How often do you work?
 6              PROSPECTIVE JUROR:  I work every day for four hours.
 7    I go in at 7:30 and I'm out by 12:30, I pick up the girls by
 8    1:00.  I finally convinced him, which is my husband, to let me
 9    go back to work for the four hours.  That's the only reason
10    why I went back.  I do have two little girls.  Like I said,
11    one's going to be four, one's 18 months, and, you know, they
12    depend on me a hundred percent.  My mom's watching them now.
13    She's going crazy already because it's the time that it
14    already is, so . . .
15              THE COURT:  All right.  So did you say you worked
16    from what time?
17              PROSPECTIVE JUROR:  7:30 to 12:30.
18              THE COURT:  Okay.  So that's five hours.
19              PROSPECTIVE JUROR:  Sometimes four.  Usually four.
20              THE COURT:  And so you leave your children for five
21    hours every day?
22              PROSPECTIVE JUROR:  Uh-huh, with my mom, yes.
23              THE COURT:  And so two hours more a day is going to
24    be a major problem for you?
25              PROSPECTIVE JUROR:  It really is.  Like I said, I've
```

```
 1    already had three missed calls from her.  Lunch, I had to call
 2    her.  It's a disaster.  My dad's disabled, so my mom takes
 3    care of my dad as it is anyway.  So it's not a good idea.
 4         THE COURT:  All right.  And anything about your
 5    identity theft situation that you feel is going to be a
 6    problem for you in this case?
 7         PROSPECTIVE JUROR:  I mean, not really, because
 8    that's my personal, you know, problem, but, I mean, no, I
 9    don't see . . .
10         THE COURT:  Okay.  And you said you had friends in
11    law enforcement?
12         PROSPECTIVE JUROR:  I do.  Actually, my uncle is a
13    Navy Seal, and I have two cousins who are in the U.S. Marshal.
14    My other two cousins that are twin cousins that are in Palm
15    Beach County, they are both sheriffs for the Palm Beach County
16    Sheriff Department.
17         THE COURT:  All right.  Is there anything about those
18    relationships that would cause you to lean one way or another
19    in this case?
20         PROSPECTIVE JUROR:  No, not really.
21         THE COURT:  Would it cause you to more likely believe
22    testimony from a law enforcement officer than another witness?
23         PROSPECTIVE JUROR:  Not necessarily, because
24    everybody has their opinion.  But like I said, I personally
25    don't care.
```

```
 1              THE COURT:  Okay.  Thank you.
 2              Yes, Mr. Boutros.  Good afternoon.
 3              PROSPECTIVE JUROR:  Good afternoon.
 4              Ashraf Boutros.  I am 39 years old.  I reside in
 5    Boynton Beach for the last 22 years.  I am employed at a local
 6    hospital at a full-time capacity.  I am married 10 years so
 7    far.  My wife is a pharmacist.  She is full-time employed, as
 8    well.  We do have -- I know of two children.  I do have two
 9    children, eight and a five.  My educational background, I am a
10    licensed massage therapist.  I have a bachelor's degree in
11    premedical and a minor in biotechnology, and also, a doctor in
12    pharmacy.
13              I've never sat on a jury before.  I have been
14    involved in a lawsuit.  I do have a small LLC on the side for
15    real estate and I'm involved in eviction and damages.  No, I
16    have no family members or close family that have been arrested
17    or charged with any crimes.  No family members or friends ever
18    been victims to a crime.  No to 12, as well.  No to number 13.
19    Fourteen is an explanation mark.  I've heard nothing yet.
20    Fifteen, yes, Your Honor.
21              Sixteen, I feel like I'm a circus juggler with my
22    personal life.  I'm extremely busy, structured lifestyle.  For
23    me to be chosen to sit on this jury, I have no idea how I'm
24    going to arrange.
25              Work related-wise, like I say, I'm a clinical
```

```
 1   pharmacist at a local hospital.  We're extremely short.  It's
 2   going to be extremely difficult to be out for a period such as
 3   20 days.  So I'm going to ask for -- to pass the buck on that
 4   one if it's possible, but otherwise, I don't see any reason
 5   not to be.
 6            THE COURT:  All right.  Let's see, you said you had
 7   an LLC, is that what you said?
 8            PROSPECTIVE JUROR:  Yes, Your Honor.
 9            THE COURT:  So you have a little business, a personal
10   business?
11            PROSPECTIVE JUROR:  Yes.
12            THE COURT:  What is it, real estate related?
13            PROSPECTIVE JUROR:  Indeed.
14            THE COURT:  And you lease or rent property?
15            PROSPECTIVE JUROR:  Yes.
16            THE COURT:  And you have had a lawsuit for rent and
17   damages that occurred to your property?
18            PROSPECTIVE JUROR:  Yes.
19            THE COURT:  Anything about that case that would
20   influence you here today?
21            PROSPECTIVE JUROR:  I just learned that the law is
22   geared toward the tenant.  I went through loopholes, and
23   finally, it was in my favors, but at what cost, and my sanity.
24            THE COURT:  All right.  And so it sounds like you
25   didn't have a pleasant experience.  So is that going to affect
```

```
 1    your ability to be a fair juror in this case?

 2              PROSPECTIVE JUROR:  I don't think so, as long as

 3    everything's clear.

 4              THE COURT:  Okay.  Thank you, sir.

 5              Ms. Perry, good afternoon.

 6              PROSPECTIVE JUROR:  Good afternoon.

 7              I'm Danielle Perry.  I'm 22.  I've lived in Palm

 8    Beach County since I was born.  Right now, I'm working as an

 9    intern for an interior design company.  Not married, don't

10    have any children.  I have a degree in journalism, and now I'm

11    working for my degree in interior design with a minor in

12    psychology.

13              Never sat for a jury before.  I've sued someone after

14    a car accident, and that was settled.  Don't know any family

15    or friends who have been arrested.  And the only close friend

16    I have that was a victim of a crime was murdered, and that was

17    settled.  Don't have any friends or family in law enforcement.

18              Don't have any disabilities.  Don't feel like I've

19    heard enough about the case to, like, be biased about anything

20    yet.  Fifteen, yes.  And the only reason why I really

21    couldn't, like, sit, is because at the end of the month my

22    grandparents are celebrating their 50th anniversary and taking

23    the whole family for a cruise for two weeks, so I'm not going

24    to be here, like, in the country, and it's just going to be

25    like a lot of money missing out and stuff.
```

```
 1                    But other than that, there's nothing else.
 2                    THE COURT:  All right.  So you had an automobile
 3      accident, and you sued someone for that?
 4                    PROSPECTIVE JUROR:  Yes.
 5                    THE COURT:  And did you say that case was resolved?
 6                    PROSPECTIVE JUROR:  Yes.
 7                    THE COURT:  You're satisfied with the result?
 8                    PROSPECTIVE JUROR:  I'm sorry?
 9                    THE COURT:  You were satisfied with the result?
10                    PROSPECTIVE JUROR:  More or less, yes.
11                    THE COURT:  Is there anything about that case that
12      would affect your ability to be a fair juror in this case?
13                    PROSPECTIVE JUROR:  No.
14                    THE COURT:  You said that a friend of yours or
15      someone you knew was murdered?
16                    PROSPECTIVE JUROR:  Yes.
17                    THE COURT:  And then you said it was settled.  What
18      did you mean by "it was settled"?
19                    PROSPECTIVE JUROR:  Well, the guy -- they gave the
20      guy what they thought was the appropriate, like, punishment
21      for it.
22                    THE COURT:  He was prosecuted?
23                    PROSPECTIVE JUROR:  He was prosecuted.
24                    THE COURT:  And he was sentenced?
25                    PROSPECTIVE JUROR:  Yes.
```

```
 1              THE COURT:  Anything about that experience that would

 2    affect your ability to be fair in this case?

 3              PROSPECTIVE JUROR:  I mean, I'm not going to lie,

 4    that did leave a bad taste in my mouth.  I don't agree with

 5    the sentencing, but it's a totally different case that we're

 6    here for today, so . . .

 7              THE COURT:  So it would not affect you?

 8              PROSPECTIVE JUROR:  No.

 9              THE COURT:  Now, when is your grandparents' trip

10    planned?

11              PROSPECTIVE JUROR:  We're leaving the last Monday of

12    the month.  I don't remember the date offhand.  It's like

13    May 20th or something.

14              THE COURT:  You're leaving the last Monday, and how

15    long are you going to be gone?

16              PROSPECTIVE JUROR:  Two weeks.

17              THE COURT:  And this has already been paid for?

18              PROSPECTIVE JUROR:  Paid for in full, and they're

19    treating the whole family.

20              THE COURT:  And is there any way to delay the

21    departure?

22              PROSPECTIVE JUROR:  Not that I know of.  It's like a

23    cruise, so . . .

24              THE COURT:  Okay.  Thank you, ma'am.

25              PROSPECTIVE JUROR:  Thank you.
```

```
 1              THE COURT:  Ms. Scott-Moore, good afternoon.

 2              PROSPECTIVE JUROR:  Good afternoon.  My name is

 3    Kathleen Scott.  I'm 42 years old.  I live in Jupiter for the

 4    last 20 years.  I'm employed with Jupiter Medical Center as an

 5    ultrasound technologist.  I'm married.  My husband is the

 6    general manager for Brio Restaurant.  I have two children,

 7    eight and six.  I have an associate's degree.  I've never sat

 8    for a jury.  Never had a lawsuit.  I was arrested at 18 for

 9    driving on a suspended license.  No family members of a crime.

10    My sister is a deputy with Martin County sheriff's department.

11              I don't have any disabilities.  I don't have any

12    personal views.  I understand and can follow the law, and

13    there's no reason.

14              THE COURT:  All right.  Ma'am, you said a suspended

15    license, you were arrested for, at 18?

16              PROSPECTIVE JUROR:  Arrested, yes.

17              THE COURT:  Anything about that arrest that would

18    affect your ability to be fair in this case?

19              PROSPECTIVE JUROR:  No.

20              THE COURT:  And your sister is in law enforcement in

21    Martin County.  Anything about what she does that might cause

22    you to lean one way or another in this case?

23              PROSPECTIVE JUROR:  (Shakes head.)

24              THE COURT:  Would you more likely believe testimony

25    from a law enforcement officer than another witness?
```

```
 1              PROSPECTIVE JUROR:  No.

 2              THE COURT:  Thank you, ma'am.

 3              Ms. Smith, good afternoon.

 4              PROSPECTIVE JUROR:  Hi.  My name is Carolyn Smith.

 5     I'm 65 years old.  I was born here in St. Mary's Hospital.

 6     Lived in Palm Beach County almost all my life, for the past 40

 7     years in the same residence.  I am not employed.  I do have a

 8     volunteer position as music director at our church.  I am

 9     married.  My husband works for a local Cadillac dealership as

10     the shop foreman.  I have two grown children.  One is the used

11     car manager for a dealership down in Delray Beach.  The other

12     is a journeyman electrician in Port St. Lucie.

13              I have one year of college.  I've never sat on a jury

14     before, never been involved in a lawsuit.  My oldest son has

15     had a DUI.  We've had several instances of being victims of

16     crime.  Our home was broken into about 25 years ago.  Last

17     year, our car was smashed, one window smashed out, and a brand

18     new computer stolen.  We've twice had money taken out of our

19     bank account.  And we are currently awaiting word from the IRS

20     about probable identity theft.  We filed our taxes with Turbo

21     Tax, and it was rejected saying that one of the numbers had

22     already been used.

23              I don't have any friends or relatives in law

24     enforcement.  No disabilities that would affect my ability to

25     serve.  Don't have any personal views.  I would be able to
```

```
 1    follow directions.  No reason I can't serve.

 2              THE COURT:  I know you said you have a volunteer

 3    position currently, but have you worked in the past?

 4              PROSPECTIVE JUROR:  I have.

 5              THE COURT:  As what?

 6              PROSPECTIVE JUROR:  Back in the '60s and '70s I was

 7    office manager for a group of doctors here in West Palm Beach.

 8              THE COURT:  All right.  Anything about your son's DUI

 9    that might affect your ability to be a fair juror in this

10    case?

11              PROSPECTIVE JUROR:  No.

12              THE COURT:  Any resentment against law enforcement

13    because he was prosecuted?

14              PROSPECTIVE JUROR:  No.

15              THE COURT:  Anything about all the various crimes

16    that you mentioned that you've been a victim of that might

17    affect your ability to be fair in this case?

18              PROSPECTIVE JUROR:  No.

19              THE COURT:  All right.  Thank you, ma'am.

20              PROSPECTIVE JUROR:  Uh-huh.

21              THE COURT:  Mr. Colacurcio.

22              PROSPECTIVE JUROR:  Yes.

23              THE COURT:  Good afternoon.

24              PROSPECTIVE JUROR:  Steven Colacurcio.  Fifty-three

25    years old.  I reside in Boca Raton, Florida, since 1975.  I'm
```

 1    employed with a -- I'm a senior financial consultant with a

 2    brokerage firm in Boca Raton.  I'm not married.  Divorced.

 3    Nature of business is I'm a stockbroker, insurance, financial

 4    full service.  I have one child, 15.  My bachelor's, I went to

 5    FAU, graduated with a BBA, minor in marketing.

 6         Have you sat on a jury before?  Yes, I have.  Okay.

 7    It was just a state grand jury over here.  I've been involved

 8    with a lawsuit.  Yes, a divorce is a lawsuit.  I also was

 9    involved in a boating accident when I was 17, and sued the

10    insurance company and the owners of the boat and so forth for

11    a settlement.  Have you ever had family members or close

12    friends been arrested?  Yes, I have, family members and close

13    friends arrested.

14         My cousin Lisa worked for a company in South Florida,

15    involved in wire fraud and also involved with, I guess

16    racketeering.  And because she was an employee, she ended up

17    involved in the case, end up serving some time.  Obviously,

18    the upper management did go further along in jail and so

19    forth, but she ended up being an employee and got less of a

20    sentence.  I've been arrested before, too, DUI, and pleaded

21    down.

22         Mom's Social Security was stolen, so she had problems

23    with that, getting money back from her Social Security.  It

24    was taken out of her checking account.  So that was there.

25    Had my truck broken into, stole stuff out of there.  And then

1    years ago I had a Discover credit card that was stolen from

2    me, and they used it in Boca Raton and also Palm Beach County.

3    So I helped the detectives in both jurisdictions to try to

4    find who it was, and we end up, you know, settling it with

5    Discovery.

6              Disability's not really nothing.  Fourteen, not

7    really.  Fifteen, yes.  And 16 no.

8              THE COURT:  All right.  Sir, did I understand you to

9    say that you are a broker?

10             PROSPECTIVE JUROR:  Yes, sir.

11             THE COURT:  And what licenses do you hold?

12             PROSPECTIVE JUROR:  Series 7, 63, insurance, my 64

13   principals.

14             THE COURT:  And do you currently sell securities?

15             PROSPECTIVE JUROR:  Yes, I do.

16             THE COURT:  And how long have you been in the

17   securities brokerage business?

18             PROSPECTIVE JUROR:  Well, I got my commodity license

19   in 1994, and I got my securities license 7 in '97.

20             THE COURT:  All right.  Have you or any of the firms

21   that you were affiliated with ever had any investigations or

22   lawsuits regarding mismanagement or --

23             PROSPECTIVE JUROR:  I worked for Suntrust Bank, I

24   worked for Washington Mutual, Great Western.  So I'm sure

25   they've had problems and issues, but nothing that I could

```
1   relate to.

2          THE COURT:  Anything that affected you in any way?

3          PROSPECTIVE JUROR:  No, sir.

4          THE COURT:  All right.  You said you were on a jury.

5   What was the case about?

6          PROSPECTIVE JUROR:  I believe it was a break and

7   entry.

8          THE COURT:  And you used the term grand jury, also.

9          PROSPECTIVE JUROR:  No, I don't mean grand jury.

10  Just a state jury.

11         THE COURT:  And did you reach a verdict in that case?

12         PROSPECTIVE JUROR:  I believe we did, but -- I

13  believe we did, but I don't remember.

14         THE COURT:  Were you the foreperson?

15         PROSPECTIVE JUROR:  No, sir.

16         THE COURT:  Anything about that case that might

17  affect you in this case?

18         PROSPECTIVE JUROR:  No.

19         THE COURT:  Anything about the boating accident that

20  you had and the lawsuit that arose out of it that would affect

21  you in this case?

22         PROSPECTIVE JUROR:  No, not really, no.

23         THE COURT:  You said your sister Lisa was --

24         PROSPECTIVE JUROR:  My cousin Lisa.

25         THE COURT:  I'm sorry, cousin Lisa was charged with
```

```
 1    wire fraud?

 2            PROSPECTIVE JUROR:  Yes, sir.

 3            THE COURT:  All right.  Was that by the United States

 4    Government?

 5            PROSPECTIVE JUROR:  Yes, it was the grand jury in

 6    Fort Lauderdale.

 7            THE COURT:  And do you know if she had a trial or she

 8    pled guilty?

 9            PROSPECTIVE JUROR:  No, she had a trial.

10            THE COURT:  So she pled not guilty, had a trial and

11    was found guilty?

12            PROSPECTIVE JUROR:  Correct.

13            THE COURT:  And then she was sentenced -- was she

14    sentenced to prison for a period of time?

15            PROSPECTIVE JUROR:  Yes, less than a year.

16            THE COURT:  All right.  And did you have an opinion

17    or a view as to whether you felt she was treated fairly or

18    unfairly?

19            PROSPECTIVE JUROR:  Yes, I do.

20            THE COURT:  What was your opinion?

21            PROSPECTIVE JUROR:  Well, she's an employee.  Okay.

22    She was selling over the phone and soliciting, and management

23    wasn't delivering the product.  So after three, four, five

24    months of this going on, she realized that there is something

25    going on here.  So at that time the business was shut down and
```

```
 1    she terminated herself and walked away, and then later on, a

 2    couple years later, received a summons to go to court.

 3              THE COURT:  All right.

 4              PROSPECTIVE JUROR:  So in a sense, you know, you're

 5    working as an employee, and, you know, she's not -- it was

 6    just like a four-month, five-month job at the time.

 7              THE COURT:  All right.

 8              PROSPECTIVE JUROR:  So they didn't deliver the

 9    products, and that's when the complaints arose.  And being a

10    salesperson on the phone, you're involved.

11              THE COURT:  All right.  So you felt that she wasn't

12    guilty and she was basically got -- took the rap for the

13    people who were running the business?

14              PROSPECTIVE JUROR:  Basically, I'd say she -- once

15    she realized that nothing was occurring, okay, she was smart

16    enough to say, hey, you know, I'm out of here, and this is

17    what it's going to be, you know, or the business would close

18    or whatever the case would be, but . . .

19              THE COURT:  So you didn't think she got a fair deal?

20              PROSPECTIVE JUROR:  Absolutely not.

21              THE COURT:  And was the Government, the United States

22    Government that prosecuted her?

23              PROSPECTIVE JUROR:  Yes, it was.

24              THE COURT:  And we've got the same United States

25    Government prosecuting this case.
```

1              Now, your dissatisfaction with what happened to your

2    cousin, will that affect your ability to be fair to the United

3    States in this case?

4              PROSPECTIVE JUROR:  I'd say yeah.

5              THE COURT:  You think you would not be able to be

6    fair to the United States in this case?

7              PROSPECTIVE JUROR:  I think I wouldn't be fair for

8    either party.

9              THE COURT:  You wouldn't be fair for either party?

10             PROSPECTIVE JUROR:  Right.

11             THE COURT:  Why wouldn't you be fair for the defense?

12             PROSPECTIVE JUROR:  Well, if he's involved in a type

13   of -- a -- if he's involved in a -- something that was brought

14   against him and victimizing other people --

15             THE COURT:  Well, that's the allegation.  You haven't

16   heard --

17             PROSPECTIVE JUROR:  I know it's the allegation, but I

18   just --

19             THE COURT:  You haven't heard any evidence yet.

20             PROSPECTIVE JUROR:  True.

21             THE COURT:  So why would you believe -- not be fair

22   to him before having heard any of the evidence?

23             Are you able to presume him innocent?

24             PROSPECTIVE JUROR:  Well, he is innocent in the --

25   yes, he is innocent.

```
 1              THE COURT:  Can you presume him innocent?

 2              PROSPECTIVE JUROR:  Sure.

 3              THE COURT:  So can you wait for the Government to

 4    present its evidence before you draw any conclusions?

 5              PROSPECTIVE JUROR:  I would have to.

 6              THE COURT:  So your problem is with the Government,

 7    the United States Government, not with Mr. Stein?

 8              PROSPECTIVE JUROR:  Well, yes, I would say yes, not

 9    with Mr. Stein, yes.

10              THE COURT:  But you would have a problem with the

11    Government because of your niece's situation?

12              PROSPECTIVE JUROR:  Yes.

13              THE COURT:  All right.  Thank you, sir.

14              All right.  Ms. Stubbs, good afternoon.

15              PROSPECTIVE JUROR:  Hello.  My name is D'Attrice

16    Stubbs.  I am 26 years old.  I live in West Palm Beach.  I've

17    been living in West Palm Beach all of my life.  I am not

18    married.  Oh, I skipped a question.  I am employed.  I work

19    for Fresenius Medical Care.  It's a dialysis corporation.  I

20    am a secretary there.  I am not married.  I do not have any

21    children.  I am currently a full-time student at Palm Beach

22    State College for health management.

23              I have never sat on a jury before.  I have never been

24    involved in a lawsuit.  Family members or close friends, I

25    don't know of, if they've been arrested or charged, not that I
```

1   know of.  As far as being a victim of a crime, my house has

2   been broken into before twice.  I do not have any relatives or

3   close friends that are in law enforcement.  I don't have any

4   disabilities.  I do not have any personal views about this

5   case.  Yes, I would be able to follow the law as instructed,

6   and if there's any reason I couldn't sit.  Well, I am a

7   full-time student, and I do work full-time, and the job that I

8   work at right now, I'm a secretary, and there really isn't

9   anyone else that can cover my position right now.  And one of

10  my coworkers can cover for me to a certain extent.  She is

11  very limited, and I'm actually -- we're short in our area, and

12  I'm actually juggling two different clinics, going back and

13  forth.

14          So it'd be really hard for me, especially being a

15  student, and this would just be something added to the stress

16  that I already have.

17          THE COURT:  When are you a student?

18          PROSPECTIVE JUROR:  When?

19          THE COURT:  When do you go to school?

20          PROSPECTIVE JUROR:  I go at night.

21          THE COURT:  Okay.  So why wouldn't you be able to

22  still go to school at night?

23          PROSPECTIVE JUROR:  Well, I'd be able to go to

24  school, but if I miss work, I mean, if I was here, it would --

25  I would be so backed up on a lot of stuff.  And, like I said,

```
 1    I play a big role at my job in my position that, you know,

 2    someone else, like, would only be able to cover me to a

 3    certain extent.

 4              THE COURT:  All right.  Thank you.

 5              PROSPECTIVE JUROR:  Thank you.

 6              THE COURT:  Ms. Vaughan, good afternoon.

 7              PROSPECTIVE JUROR:  Hi.

 8              My name is Ellen Vaughan, and I'm 40 years old.  I've

 9    lived in Delray Beach for 21 years, and I am employed

10    full-time.  I'm an executive director for a large nonprofit

11    for Palm Beach County.  I am no longer married.  I have one

12    child, a daughter, nine.  I have my bachelor's from Florida

13    Atlantic University.

14              I did sit on a jury in 1994 when I was in college.  I

15    have been involved in my divorce lawsuit and as well as a car

16    accident.  Number 10, the answer is no.  Eleven, my parents

17    had their home broken into and had about $50,000 of jewelry

18    stolen, and it was never recovered.  I do not have any

19    relatives or close friends in law enforcement.

20              I don't have any disabilities.  Fourteen is no, 15 is

21    yes, and 16, other than I'm a single mother, that's it, no.

22              THE COURT:  The jury that you sat on, what was the

23    case about?

24              PROSPECTIVE JUROR:  It was a rape case.

25              THE COURT:  Did you reach a verdict?
```

```
 1              PROSPECTIVE JUROR:  We did.

 2              THE COURT:  Were you the foreperson?

 3              PROSPECTIVE JUROR:  I was.

 4              THE COURT:  Anything about that case that might

 5   influence you or affect your ability to be fair in this case?

 6              PROSPECTIVE JUROR:  I don't think so.

 7              THE COURT:  Anything about your -- either your

 8   automobile accident case or your divorce that might affect

 9   your ability to be fair in this case?

10              PROSPECTIVE JUROR:  No.

11              THE COURT:  Anything about your parents' home being

12   burglarized and their losing thousands of dollars in jewelry

13   that might affect you in any way in this case?

14              PROSPECTIVE JUROR:  No.

15              THE COURT:  Thank you.

16              All right.  Ladies and gentlemen, what I'd like to do

17   is, now that we're finished talking with each of you

18   separately, I'd like to take a short recess so that the court

19   reporter can have a little bit of a break and give you all an

20   opportunity to stretch and go to the restroom.

21              I'm going to ask you some additional questions

22   generally, as a group, to see if you have any responses to

23   some general questions, and then I'll turn it over to the

24   attorneys for a brief period of time, or the attorney for the

25   Government and then Mr. Stein for a brief period of time, and
```

```
 1    then we'll make our decisions.

 2            So I'll ask you again not to discuss the case or form

 3    any opinions about the case.  Please don't be offended if

 4    nobody involved in the case says hello to you or acknowledges

 5    you.  Don't do any independent research; and we'll see you in

 6    about 15 minutes.  Thank you.

 7        (The venire exits the courtroom.)

 8        (A recess was taken from 3:05 p.m. to 3:20 p.m., after

 9    which the following proceedings were had:)

10            THE COURT:  All right.  We're back on the record.

11    Mr. Stein's present.

12            Are we ready to bring the jurors back in?

13            MR. STIEGLITZ:  Yes, Your Honor.

14            MR. STEIN:  Yes, Your Honor.

15            THE COURT:  Okay.  Mr. Stieglitz, do you have

16    cooperators, people who are going to be testifying?

17            MR. STIEGLITZ:  We do, Your Honor.  We have people

18    who will be testifying pursuant to a plea agreement.  I can

19    tell you who they are.

20            THE COURT:  I just wanted to find out for purposes of

21    questioning the jurors.

22            MR. STIEGLITZ:  Yes.  Thank you, Your Honor.

23            THE COURT:  There are no undercover tapes or anything

24    like that, are there?

25            MR. STIEGLITZ:  There are not, Your Honor.  The audio
```

```
1   recordings that the Court's probably familiar with from our

2   motion that we filed will be recordings of Mr. Stein from the

3   SEC testimony.  So no undercover tapes.

4       (The venire enters the courtroom, after which the

5   following proceedings were had:)

6           THE COURT:  Welcome back, everyone.  Please be

7   seated.

8           Thank you again, ladies and gentlemen, for your

9   cooperation and your patience, and we're getting close to

10  being finished, but not quite there yet.

11          I wanted to ask you as a group some questions that I

12  haven't already covered, and if you have a response, please

13  raise your hand and we'll get you the microphone and we'll

14  follow up with you.

15          Now, you may have heard me say to or ask the question

16  to a number of you who have had friends or family in law

17  enforcement, whether or not you or they would consider the

18  testimony of a law enforcement officer more credible or

19  believable than testimony of another person just because the

20  person held the position of a law enforcement officer, and

21  I've asked -- haven't asked that to everyone, but I've asked

22  it to a number of you.

23          So to those of you who have not already asked that

24  question, is there anyone here who I've not asked that

25  question to that would give more believability or credibility
```

```
 1    to the testimony of a law enforcement officer as opposed to

 2    another witness who is not in law enforcement?  Is there

 3    anyone here who would take that position?  No one?  All right.

 4    Thank you.

 5          Has anyone here ever been, either you, close family

 6    member or close friend, ever been investigated by the

 7    Securities and Exchange Commission, if you've ever heard of

 8    that federal agency?  Anyone who's ever had any dealings

 9    with --

10          Okay.  Mr. Colacurcio.  Yes, sir.  What involvement

11    with the SEC have you had?

12          PROSPECTIVE JUROR:  Just a review of books and more

13    or less just their annual review that they go through, they

14    pick a couple brokers.

15          THE COURT:  So it was just kind of a random audit?

16          PROSPECTIVE JUROR:  Yeah.

17          THE COURT:  And nothing, no charges are being brought

18    or any alleged wrongdoing or anything of that nature?

19          PROSPECTIVE JUROR:  No.

20          THE COURT:  Anything about the fact that you were

21    audited or reviewed by the SEC that might, again, impact your

22    ability to be a fair juror in this case?

23          PROSPECTIVE JUROR:  Well, I guess it was just a

24    chosen per, you know, how they -- if there's 50 brokers, and I

25    take 10.  I don't -- you know, so it was just a random.
```

```
 1              THE COURT:  Would that affect you in any way in this
 2    case?
 3              PROSPECTIVE JUROR:  Possibly.
 4              THE COURT:  Okay.  Similar to what we've already
 5    talked about with your niece, was it?
 6              PROSPECTIVE JUROR:  My cousin.
 7              THE COURT:  Cousin, I'm sorry.  I keep getting that
 8    wrong.
 9              PROSPECTIVE JUROR:  That's all right.
10              THE COURT:  So similar kind of situation, it might
11    cause you to lean against the Government?
12              PROSPECTIVE JUROR:  To be honest, yes.
13              THE COURT:  Okay.  Thank you.
14              Anyone else who -- yes, sir.  Mr. Gauch?  Yes, sir.
15              PROSPECTIVE JUROR:  I invested a large amount of
16    money with a -- some investors, and it wound up going south
17    due to malfeasance, and lost the investment.  It was quite
18    large.  It was basically my retirement.  So I was not a happy
19    camper when I made that investment and found out what had
20    happened.  Basically, the money evaporated and they never did
21    what they said they were going to do.
22              THE COURT:  So did the SEC get involved?
23              PROSPECTIVE JUROR:  You know, I really don't know.  I
24    think they eventually did, but by then I had moved out of the
25    state, I had moved out Virginia down here.
```

```
 1              THE COURT:  All right.  So you just made an

 2    investment that was a bad investment and it turned out to

 3    be -- was it just --

 4              PROSPECTIVE JUROR:  Well, they didn't do what they

 5    said they were going to do.  They supposedly had an entity

 6    over here that was issuing credit cards and they were going to

 7    have like a Visa, and that was going to be the foundation of

 8    the investment so that you wouldn't lose your investment.  And

 9    then they took money from us ostensibly for the operation of

10    the -- to invest to get the -- we were going to -- we were

11    trying to get the baseball franchise in Washington, D.C.

12              And so it was 30 investors that invested large

13    amounts of money.  And they did not use the money for what

14    they were supposed to do.

15              THE COURT:  All right.  Did you ever file a civil

16    action against the promotors of this business and sue them?

17              PROSPECTIVE JUROR:  Yes, we did.  We chased them all

18    the way to Switzerland when we lost track of them.

19              THE COURT:  So there was a lawsuit filed?

20              PROSPECTIVE JUROR:  Yes.

21              THE COURT:  You were a part of a lawsuit that was

22    suing them for fraud, I presume, of some kind?

23              PROSPECTIVE JUROR:  Fraud and eventually, a criminal

24    action, yes.

25              THE COURT:  Okay.  And would the fact that you were
```

```
 1    the victim of this fraud affect your ability to be fair in

 2    this case to Mr. Stein?

 3             PROSPECTIVE JUROR:  I have to honestly say yes.  I'm

 4    very, very suspicious of people that make those type of

 5    programs available.

 6             THE COURT:  So you think you might -- your experience

 7    might cause you to not be a fair juror?

 8             PROSPECTIVE JUROR:  I have to be honest and say that

 9    I will judge things, you know, based on the evidence

10    presented, but I do always have a very gut feeling about those

11    type of activities.

12             THE COURT:  All right.  Well, again, you know, these

13    are allegations that have been made here.  There hasn't

14    been -- you haven't heard any evidence, and whatever evidence

15    is presented by the United States, you may not find credible

16    or believable.  So the question to you is, the fact that you

17    had this experience, is that going to cause you, starting off,

18    to not -- lean against Mr. Stein and not give him the

19    presumption of innocence?  Are you going to be able to listen

20    to the evidence fairly and objectively and then make an

21    informed and objective decision one way or the other?

22             PROSPECTIVE JUROR:  I took an oath to uphold the

23    Constitution of the United States as an officer of the United

24    States military, so I'll follow the rules of law.

25             THE COURT:  All right.  So you can be fair to
```

```
 1    Mr. Stein?

 2            PROSPECTIVE JUROR:  Yes.

 3            THE COURT:  And despite your bad experience?

 4            PROSPECTIVE JUROR:  Yes.

 5            THE COURT:  All right.  Thank you, sir.

 6            Has anyone else had any dealings with the Securities

 7    and Exchange Commission or any -- no?  No one?

 8            Okay.  Has anyone ever been investigated for alleged

 9    wrongdoing by any federal agency, the Internal Revenue

10    Service, the SEC, or Commodities Future Exchange Commission?

11            Yes, ma'am, let me -- this is Molejon?

12            PROSPECTIVE JUROR:  Yes.  Well, my case is going

13    under investigation now because of the identity theft with the

14    IRS, that somebody has been filing since 2009.  So they've

15    been investigating also myself.

16            As you can see, my actual last name is Gonzalez

17    because I'm married, but I haven't been able to change it

18    because of the problems that's been going.  So really my name

19    should be Molejon-Gonzalez because I hyphenated it, but I

20    technically can't legally change it because of the

21    investigation that I'm undergoing.

22            THE COURT:  When you say investigation you're

23    undergoing, is the Government investigating you as if you did

24    something wrong?

25            PROSPECTIVE JUROR:  Correct.  Because they couldn't
```

```
 1   verify that it was me, because somebody in the IRS department
 2   changed all my information, the addresses that I've lived in,
 3   everything.  They had different information than my current
 4   actual information.  We've had to get an attorney, you know,
 5   to -- my husband hired an attorney to get the case because,
 6   yes, there's somebody that had -- there's pretty much somebody
 7   that's walking around being Jennifer Molejon other than
 8   myself.
 9              THE COURT:  And my question to you is, is the
10   Government investigating you as if you did something wrong or
11   are they investigating what happened to you and trying to find
12   out what happened to you?
13              PROSPECTIVE JUROR:  Right.  The whole situation.  Not
14   only did they investigate me, you know, trying to get all my
15   information, but actually, like, my entire Social Security
16   number.  So that includes me, yes.
17              THE COURT:  Is the United States Government accusing
18   you of doing anything illegal or improper?
19              PROSPECTIVE JUROR:  They haven't accused me of
20   anything, but then again, they weren't -- at one point they
21   didn't believe anything I was saying either.  So . . .
22              THE COURT:  All right.  So in view of this
23   investigation surrounding the problems that you've had with
24   someone stealing your identity, is that going to affect your
25   ability to be a fair juror in this case?
```

```
 1              PROSPECTIVE JUROR:  No.

 2              THE COURT:  Okay.  Thank you.

 3         Anyone else that may have had any investigation by

 4    the United States Government or any of its agencies where

 5    they've accused you of any wrongdoing or investigated whether

 6    you were involved in any wrongdoing?

 7              Okay.  Thank you.

 8         All right.  Other than Mr. Gauch, who we've already

 9    heard from, has anyone else ever been -- felt or believed that

10    they were misled by a stockbroker or someone who sold

11    investments, securities?  Anyone who felt that you were

12    cheated or had -- a fraud had been perpetrated upon you in

13    terms of any kind of investment that you've made?  No one

14    else?

15         Okay.  Has anyone ever sued or brought a claim

16    against a broker for any type of investment that you've made

17    where the investment went bad and you accused the broker or

18    the brokerage firm of any wrongdoing in terms of the

19    investment, how they presented it to you, made false

20    representations to you about the nature of the investment, the

21    kind of return you can expect on the investment?  No one?

22         Okay.  Has anyone ever worked for either the

23    Securities and Exchange Commission or the NASD, National

24    Association of Securities Dealers?  Has anyone worked for

25    either of those agencies, or any of your family or friends
```

 1    worked for either of those agencies or organizations?

 2            Have any of you invested in what's called

 3    over-the-counter type of stocks, or pink sheets, stocks that

 4    are sold on the pink sheets?  Has anyone made those type of

 5    investments?

 6            All right.  Have any of you ever heard of an

 7    organization called Athletes for Life?

 8            Have any of you ever been indebted to or worked for a

 9    gambling establishment?  Had any debts to gambling

10    establishments that you had to work out a payment arrangement,

11    or worked for a gambling establishment?  I'm talking about

12    legal gambling establishment.

13            All right.  Now, I expect if you're on the jury,

14    you're going to hear testimony from some witnesses testifying

15    on behalf of the United States who have worked -- who have

16    pled guilty to charges and are testifying with the hope that

17    in cooperating with the Government and testifying in this

18    trial, that they may get a benefit by a reduced sentence by

19    cooperating with the Government.  So I wanted to know if

20    anyone here would, if hearing the testimony from a witness who

21    is hoping to obtain a benefit from their testimony, would

22    reject the testimony out of hand and not consider it in any

23    way?  Is there anyone here who would simply reject it and not

24    consider it in any way?

25            Yes, Mr. Lustig.

```
 1            PROSPECTIVE JUROR:  I think I would potentially have

 2    a bias towards the witness simply because, obviously, they

 3    have a reason to testify in a certain way, and my thought

 4    process is, you know, this person obviously is here for his

 5    own gain, his or her own gain, so therefore, I don't know --

 6    it would go on to their credibility.  That's my opinion.

 7            THE COURT:  Well, absolutely.

 8            And, in fact, if you're on the jury you will get a

 9    jury instruction from me that tells you that witnesses who

10    testify expecting a benefit, their testimony should be

11    considered with caution, and for that very reason, that

12    they're expecting a benefit.  But they may be truthful and

13    they may not be truthful, and it's entirely for you as a juror

14    to decide whether they are being truthful, and taking that

15    into consideration, that they are hoping to get a benefit.

16            So my question is not whether you would view it with

17    caution or skeptically.  My question is would you just never

18    accept it under any circumstances or would you listen, and

19    then evaluate and then decide whether you believe it or not,

20    with the understanding that you should review it with caution?

21            PROSPECTIVE JUROR:  I would -- I think I would have

22    to obviously look at the entire -- all of the evidence to

23    determine whether or not that testimony means anything to me,

24    but it would -- that person would start way behind for me on

25    the credibility line.  That person wouldn't be -- you know, it
```

```
 1   would be in the middle, but far behind for me.

 2        THE COURT:  With that understanding, again, are you

 3   saying you would never believe that testimony under any

 4   circumstances or just that it would be hard for you to accept

 5   that testimony, but you would listen to it and evaluate it?

 6        PROSPECTIVE JUROR:  I would have to listen to it and

 7   evaluate it, but it would be very difficult, yes.

 8        THE COURT:  But it would be hard for you to accept,

 9   it but you would at least consider it?

10        PROSPECTIVE JUROR:  Yes, Your Honor.

11        THE COURT:  Okay.  All right.  Mr. Scheiner.

12        PROSPECTIVE JUROR:  Yes, Your Honor.  Thank you.

13        I would severely discount that testimony because my

14   personal belief is is that that person's cut a deal for

15   whatever deal they're trying to get, and kind of like my

16   colleague over here, that would be all the way at the bottom.

17   That would be the last person that I would consider of any

18   testimony in judging anyone else's life.  That would be the

19   last, absolutely last, as part of the component piece.  Just

20   telling you how I feel.

21        THE COURT:  That's perfectly fine.  I appreciate you

22   telling me how you feel.  My question to you is, though, would

23   you listen, evaluate it, and then decide whether you are going

24   to accept it or reject it, or are you saying, I would never

25   accept it under any circumstance?
```

```
 1                PROSPECTIVE JUROR:  I'll listen, but I'm just telling
 2    you it will be severely discounted in my mind, coming out the
 3    gate.
 4                THE COURT:  Okay.  That's perfectly a legitimate
 5    position to have.
 6                Anyone else who has a thought on this?
 7                Yes, sir, Mr. Luzincourt.  Yes, sir.
 8                PROSPECTIVE JUROR:  Yeah, would not accept any
 9    witness.
10                THE COURT:  You would not accept that testimony under
11    any circumstances?
12                PROSPECTIVE JUROR:  No.
13                THE COURT:  Okay.  Thank you.
14                Anyone else who has any thoughts or feelings on this?
15                Would everyone else, understanding that you should
16    consider that type of testimony with caution and weigh it
17    carefully, at least listen to it and evaluate it and make a
18    decision whether you believe it or not?  All right.  I assume
19    everyone is of that mind.
20                Has anyone ever served on a board of directors of a
21    corporation or an audit committee of a company?
22                Mr. Lustig.
23                PROSPECTIVE JUROR:  It's a nonprofit, but it's a
24    corporation.  It's here in Palm Beach County.  It's Families
25    First, and I am the treasurer of the board of directors.
```

```
 1              THE COURT:  All right.  And it's a -- did you ever
 2    review books or do auditing of the income?
 3              PROSPECTIVE JUROR:  We -- I have to approve the
 4    financials every month of the entire agency, and I have to --
 5    I also have to -- I am also on the executive committee of the
 6    board of directors, so I have to also make decisions regarding
 7    how the money is invested and whether some money would go to
 8    certain other institution that is also almost like a sister
 9    entity of the corporation.
10              THE COURT:  All right.  Do you have accountants that
11    review your books?
12              PROSPECTIVE JUROR:  We have a -- we have a sort of a
13    CFO that reviews the books within the organization, yes.
14              THE COURT:  Thank you.
15              Anyone else?
16              Yes, Ms.?
17              PROSPECTIVE JUROR:  Burdette.
18              THE COURT:  Yes, Ms. Burdette.
19              PROSPECTIVE JUROR:  I was on the board of directors
20    for a homeowners' association, served as the treasurer, and I
21    was briefly a revenue agent for the IRS about 23 years ago.
22              THE COURT:  And what did you do for the IRS?
23              PROSPECTIVE JUROR:  I was a revenue agent.  I audited
24    commercial tax returns.
25              THE COURT:  All right.  And anything about the fact
```

```
 1   that you worked for the IRS that might, again, affect your
 2   ability to be a fair juror in this case?
 3            PROSPECTIVE JUROR:  I don't think so, no.  That was a
 4   long time ago.
 5            THE COURT:  All right.  Thank you, ma'am.
 6            Ms. Bassell.  Oh, I'm sorry.
 7            Yes, Ms. Schulner.
 8            PROSPECTIVE JUROR:  I had served when I was living
 9   down in Miami as president and chairman of the board of the
10   Women's Chamber of Commerce of Miami-Dade.  We were 500
11   members.  We had 18 on the board, and it was just for
12   networking purposes, as chambers go.  And I'm currently on one
13   now, as well, up here.  And others are involved in making sure
14   that the books are fine, but they're audited monthly, and it's
15   distributed around the membership.
16            THE COURT:  All right.  Thank you.
17            Ms. Bassell.
18            PROSPECTIVE JUROR:  I'm the past president for the
19   Florida League For Nursing, and we had external annual
20   auditing done.  It's a nonprofit organization.
21            THE COURT:  All right.  Thank you.
22            And I see Ms. Lindsay, yes.
23            PROSPECTIVE JUROR:  I've served on a number of
24   nonprofit boards, but they all have external auditors.
25            THE COURT:  Okay.  Thank you, ma'am.
```

```
 1                    And I see another hand in the back.  Okay.  You are?

 2          PROSPECTIVE JUROR:  Junette Powell.

 3          THE COURT:  Ms. Powell, yes.

 4          PROSPECTIVE JUROR:  I have served as secretary and

 5    treasurer of a nonprofit organization called Cat's Eye.

 6          THE COURT:  All right.  Thank you.

 7                    And we have Ms. Vaughan.

 8          PROSPECTIVE JUROR:  Yes, I've been involved with the

 9    Junior League of Palm Beach for seven years.  I've been on the

10    board for four years.

11          THE COURT:  All right.

12          PROSPECTIVE JUROR:  And I'm currently serving on the

13    board of my daughter's school, Sacred Heart Catholic School.

14          THE COURT:  Thank you, ma'am.

15                    And I see Ms. Gustinelli has got her hand up over

16    here.

17          PROSPECTIVE JUROR:  I'm currently on the board of an

18    organization called IWLE, I Want To Learn English.  We have an

19    external auditor.

20          THE COURT:  Thank you, ma'am.

21                    All right.  Ladies and gentlemen, the last thing I

22    would like to do before I turn it over to the attorneys is

23    list some names of individuals that may be witnesses in the

24    case, and I would like to know if any of you know these

25    witnesses, if you have ever heard of them before.  If you do,
```

```
 1   please let us know who they -- how you know them.
 2           An Ajay Anand, A-n-a-n-d, Jennifer Black, Michael
 3   Boliek, B-o-l-i-e-k, Pamela Bunes, B-u-n-e-s, Martin Carter,
 4   George Clark, Tim Cutter, C-u-t-t-e-r, Lee Ehrlichman, Brian
 5   Harris, Tracy Jones, Jennifer McEwin, M-c capital E-w-i-n,
 6   Peter Melley, M-e-l-l-e-y, Evi Macillio, Mark Nevdahl, Kevin
 7   Pickard, Tom Tribou, T-r-i-b-o-u, Richard Wilk, John Woodbury,
 8   Jamie Yafa, Y-a-f-a.
 9           Daphne Bell, James Feidler, Willie Gault, Tracy
10   Hampton-Stein, William Matthews, Rowland Perkins, Norma
11   Provencio, P-r-o-v-e-n-c-i-o, Jared Scharf, S-h-a-r-f (sic),
12   Adam Usdan, U-s-d-a-n, Sam Wolff, Christina Carter, Budimir
13   Drakulic, David Jones, Kenneth Londoner, Tom Ronk, Jane
14   Greene, Cranford Scott.  Claire LaFrance, Alaine Sosebee,
15   Susan Keitt, K-e-i-t-t, Adam Eisner, Eric Wittenberg, Lowell
16   Harmison, Rachel Nonaka N-o-n-a-k-a.
17           Anyone recognize any of those names?
18           Yes, ma'am, you are?
19           PROSPECTIVE JUROR:  Lynn Saffer-Domino.  Can you tell
20   me the first name again, please?
21           THE COURT:  Ajay Anand A-n-a-n-d.
22           PROSPECTIVE JUROR:  Do you know if he is a doctor?
23           THE COURT:  No, he's not a doctor.
24           PROSPECTIVE JUROR:  Okay.  Then I don't know him.
25           THE COURT:  Okay.  Yes, ma'am.  Ms. Burdette.
```

```
 1              PROSPECTIVE JUROR:  I know a David Jones, but I --
 2    it's probably a very common name, I'm sure.  He's CFO of Team
 3    Health.
 4              THE COURT:  No.  Okay.  Apparently not the same
 5    individual.
 6              And Mr. Colacurcio.
 7              PROSPECTIVE JUROR:  Brian Harris.
 8              THE COURT:  Yes.
 9              PROSPECTIVE JUROR:  Does he work construction down in
10    Boca, building?
11              THE COURT:  No.
12              PROSPECTIVE JUROR:  Willie Gault, football player.
13    Don't know if that's the same Willie Gault.
14              It is the Willie Gault, the football player?
15              MR. STEIN:  Yes, Your Honor.
16              THE COURT:  You may have heard of Mr. Gault.  Anyone
17    know him personally?  Anyone who hears that he's a former
18    professional football player might make a difference in how
19    you evaluate him?
20              All right.  Thank you, ladies and gentlemen, for all
21    the time you've given to me to ask you questions, and I
22    appreciate your patience with me, and I'm sorry it's taken so
23    long.  I am going to give the attorneys a few minutes each, or
24    the Government's attorney and then Mr. Stein, a few minutes
25    each to follow up with some additional questions if they have
```

```
 1   any, and then we'll be making our decisions.

 2          So, Mr. Stieglitz.

 3          MR. STIEGLITZ:  Thank you, Your Honor.

 4          Good afternoon, ladies and gentlemen, again.

 5          I just have two questions I'd like to ask you, and

 6   the first one, again, just as when you answered the Court's

 7   questions, if you'd raise your hand if the answer is yes.

 8          Have any of you ever had problems with, a dispute

 9   with, a claim against any Department of the United States

10   Government, any agency?  Not just the Department of Justice

11   that we work for, but any agency or department of the United

12   States Government?

13          I guess for Mr. Franklin's purposes, I don't see any

14   hands.

15          The other question I have, and one of you has already

16   answered this, but are any of you or any members of your

17   family registered representatives associated with securities

18   broker-dealers, basically a licensed stockbroker?  I assume

19   Mr. Colacurcio that applies to you?

20          PROSPECTIVE JUROR:  Yes.

21          PROSPECTIVE JUROR:  (Molejon) My husband.  He's a

22   financial advisor.  He's a manager with AmeriPrize.

23          THE COURT:  That's Ms. Molejon.

24          Okay.  Did you have any other questions?

25          MR. STIEGLITZ:  I don't know.  I don't know if you
```

```
 1    want me to ask the follow-up questions.
 2              THE COURT:  No, go ahead.
 3              MR. STIEGLITZ:  I was just going to say, Ms. Molejon,
 4    is there anything about the fact that your husband is a
 5    licensed stockbroker, would that in any way preclude you from
 6    rendering a fair and impartial verdict based upon the facts of
 7    the case and the law as Judge Marra gives it to you?
 8              PROSPECTIVE JUROR:  No.
 9              MR. STIEGLITZ:  I don't have anything further, Your
10    Honor.  Thank you.
11              THE COURT:  The young woman in the first row.
12              PROSPECTIVE JUROR:  I was just going to say, does
13    ex-husband count?
14              THE COURT:  Your name, ma'am?
15              PROSPECTIVE JUROR:  Leslie Gesner.  My ex-husband was
16    a stock broker, but I'm not married to him anymore, so . . .
17              MR. STIEGLITZ:  Well, I'll ask the follow-up question
18    anyway.
19              Is there anything about that --
20              PROSPECTIVE JUROR:  He's a son of a bitch.  No, I'm
21    kidding.
22              MR. STIEGLITZ:  Are you talking about him or me?
23              Is there anything about the fact that your ex-husband
24    was a stock broker in any way, is it going to prevent you from
25    rendering a fair and impartial verdict based upon the facts
```

```
 1    that were presented or that are presented in this trial and

 2    the law as Judge Marra gives it to you?

 3               PROSPECTIVE JUROR:  No.

 4               THE COURT:  Thank you.

 5               MR. STIEGLITZ:  Anybody else?

 6               All right.  Thank you.

 7               THE COURT:  All right.  Thank you.

 8               MR. STIEGLITZ:  Thank you, Your Honor.

 9               THE COURT:  Mr. Stein, do you have any questions for

10    the jurors?

11               MR. STEIN:  I have six.

12               Thank you, Your Honor.

13               I want to thank everyone for spending all this time

14    today.  For many of you, it's obviously a hardship, as you've

15    indicated.

16               I have a general question for all of you.  The Court

17    had mentioned gambling establishments.  Do any of you, and you

18    can just raise your hands, believe that persons who in the

19    past have gambled legally either in Atlantic City, I guess, or

20    Las Vegas, are bad people or thereby criminals if they've lost

21    money?  Anybody believe that?

22               I'm not persuaded yet that Mr. Rauch is not a good

23    juror, so -- Gauch, I'm sorry.  I wanted to ask you one more

24    question.

25               You had indicated that you had lost money in a large
```

 1    transaction involving the purchase of a major league sports

 2    team, something like that.  If you found from the evidence and

 3    you were, beyond a doubt, you found from the evidence that

 4    that loss was not the loss of the individuals but was the loss

 5    of the Government, would you change the reality of how you

 6    viewed the people that talked you into that investment?

 7            Would you be upset at the Government or would you

 8    just, under no circumstances, let the people who talked you

 9    into that investment out of the fact that they talked you into

10    a bad investment?

11            PROSPECTIVE JUROR:  Well, to start with, you're

12    asking me a negative, and the Government wasn't involved in

13    any way, shape or form.  So I can't hold them accountable for

14    what three individuals basically did.  They defrauded us.

15            MR. STEIN:  I understand.  I just wanted to know if

16    the fact --

17            PROSPECTIVE JUROR:  The Government wasn't involved.

18    The Government was involved when we went to them and said, go

19    get these guys, but that was it.

20            MR. STEIN:  I understand.

21            Thank you.

22            A couple of other questions.

23            Mr. Colacurcio, you've indicated you're in the

24    securities business, so far be it for me to not ask you a

25    couple of follow-up questions.  Are you familiar with the term

```
 1   naked short selling?

 2           PROSPECTIVE JUROR:  Sure.

 3           MR. STEIN:  What is naked short selling in a sense?

 4           PROSPECTIVE JUROR:  Selling a stock and not covering.

 5           MR. STEIN:  In other words, selling stock you don't

 6   have?

 7           PROSPECTIVE JUROR:  Correct.

 8           MR. STEIN:  So it's telling someone else you have

 9   stock and then getting their money but never delivering a

10   stock?

11           PROSPECTIVE JUROR:  Absolutely.

12           MR. STEIN:  Do you believe, as you sit here today,

13   that that's unlawful?

14           PROSPECTIVE JUROR:  Yes.

15           MR. STEIN:  Are you familiar with a report from the

16   office of the Inspector General of the Securities and Exchange

17   Commission of ways to stop naked short selling that was issued

18   in 2011 that's 136 pages long?

19           PROSPECTIVE JUROR:  I'd say no, I'm not familiar with

20   it, no.

21           MR. STEIN:  Have you generally heard that naked short

22   selling has been under attack by various governmental agencies

23   over the last five years?

24           PROSPECTIVE JUROR:  Absolutely.

25           MR. STEIN:  Did you hear that naked short selling
```

1   brought down Bear Stearns?

2           PROSPECTIVE JUROR:  I didn't hear it, but I could see

3   that it probably had a problem.

4           MR. STEIN:  More that everyone else would know, did

5   you watch testimony on national television in 2008 when

6   Senator Tester grilled Christopher Cox, then head of the SEC,

7   and asked him if naked short selling brought down Bear Stearns

8   and Christopher Cox said yes?

9           PROSPECTIVE JUROR:  Yes.

10          MR. STEIN:  Do you remember that?

11          PROSPECTIVE JUROR:  Vaguely, yes.

12          MR. STEIN:  Remember Senator Tester?

13          PROSPECTIVE JUROR:  Yes.

14          MR. STEIN:  Thank you very much for your time.

15          Just a couple of other questions.

16          Mrs. Molejon, or Ms. Molejon, I know you've got a

17  severe hardship, and I apologize for questioning you.  Your

18  hardship sounds like it's double severe.

19          You had indicated though in the last set of questions

20  for the Court that you had reported something to the

21  Government regarding identity theft and they were

22  investigating it, but then you got the feeling they were

23  investigating you, and it was somewhat confusing and

24  conflating for all of us.  We didn't really understand it.

25  Were you saying that you felt like the Government might have

```
 1    been investigating you and the identity thieves?

 2            PROSPECTIVE JUROR:  Right.  Well, they had to because

 3    it was part of their so-called protocol that when I called --

 4    when I found out that -- when my husband went to file taxes

 5    because I was a stay-at-home mom, they stated that somebody

 6    had already filed taxes for my name, which could have -- was

 7    false because I wasn't working.  I didn't have a W-2, I didn't

 8    have a 1099.  I didn't have anything to prove that I was

 9    working because I was a stay-at-home mom.

10            So when I called, because obviously, you know, you

11    have to call and get information, they told me that they

12    couldn't verify me because the information that they had,

13    according to the verification that I was giving them, was

14    incorrect.  So I had to go to the IRS.  Even there, when I was

15    there, it was a big problem.  So that's why we decided to get

16    an attorney.

17            But, yes, they couldn't verify that it was me even

18    'til after I got the attorney to prove like all these

19    documents saying that it was, in fact, me.

20            MR. STEIN:  Do you believe the Government can get it

21    wrong on occasion?

22            PROSPECTIVE JUROR:  I mean, yes.  I mean, there's --

23    anything -- nothing is perfect, you know.  So, yes, they can

24    be wrong.  They can find a glitch somewhere in between that

25    can find somebody at fault and it's not true.  Yes, it can.  I
```

1    mean, it happens.  Nobody -- like I said, nobody's perfect.

2         MR. STEIN:  You all understand that the fact that I'm

3    asking you questions doesn't mean I'm leaning towards picking

4    you on the jury or they are.  I'm just -- your questions were

5    interesting, and your answers were.  Thank you very much.

6         PROSPECTIVE JUROR:  You're welcome.

7         MR. STEIN:  I just have a question for all of you.

8    Does anyone here believe that people who are dealing daily in

9    millions of dollars are -- should be distrusted because of the

10   higher dollar amount that they deal with versus other people?

11   Anyone here believe that?  So Warren Buffet shouldn't be more

12   distrusted than anybody here.

13        The last question I have is just for the hardest name

14   to pronounce, which is why I left it for the end, is for

15   Mr., I think Federico.  You had indicated that you would be

16   distrustful of a lawyer representing himself.  And I think the

17   phrase I think we all know is a lawyer representing himself

18   has a fool for a client.  How many of us have heard that?  A

19   lot of us, right?

20        And you said you'd be distrustful of that because of

21   what you've seen on television and for other reasons.

22        If you learned -- and I'm not saying this is the

23   truth.  I'm saying if you learned that another governmental

24   agency, not these people, but a different agency had frozen

25   all the accounts of that lawyer wrongfully, if you learned

1    that, would that change your view about that lawyer, if he had

2    no money and he had to represent himself, or would your view

3    remain the same, that you couldn't trust him?

4              PROSPECTIVE JUROR:  It depends on if the evidence

5    against that person is -- demonstrates that he's guilty or

6    not.

7              MR. STEIN:  I was just asking about lawyers

8    representing himself.  I mean the evidence will be what it is.

9    But that doesn't change anything for you, or it does?

10             PROSPECTIVE JUROR:  That alone wouldn't change

11   anything, no.

12             MR. STEIN:  Okay.  I understand.

13             Thank you all very much for all the time you've

14   spent.

15             THE COURT:  Thank you, Mr. Stein.

16             MR. STEIN:  Thank you, Your Honor.

17             THE COURT:  Ladies and gentlemen, we're going to be

18   in recess now while the attorneys and I and Mr. Stein decide

19   who's going to be on the jury.  We're going to take some time

20   to do that.  I hope we can do it in a half an hour.  So I'd

21   ask you to be outside in the area, close by, in 30 minutes,

22   and hopefully, we'll be ready to proceed at that time.  And if

23   not, be patient.  We'll get to you as soon as possible.  Thank

24   you.

25             Don't discuss the case or form any opinion about the

```
 1    case.

 2       (The venire exits the courtroom, after which the following

 3    proceedings were had:)

 4          THE COURTROOM SECURITY OFFICER:  You have one juror

 5    that would like to speak to you without the other jurors.

 6          THE COURT:  Mr. Lustig?

 7          THE COURTROOM SECURITY OFFICER:  Yes.

 8          THE COURT:  Bring him in.

 9          Mr. Lustig, yes.

10          PROSPECTIVE JUROR:  Yes.  This question was not

11    asked, but as an attorney, I have a very difficult time when a

12    fellow attorney is being accused of crimes related, you know,

13    to fraud and matters that call into his ethics.  Obviously,

14    those are allegations, but I'm just -- I just want to get it

15    out there for Your Honor to know, because I didn't want to

16    poison the jury either because I didn't want anybody else to

17    say, well, you know, I think the same way, whatever it is.

18          But I just wanted to let the Court know that

19    that's -- I take issue on that regard, because I believe

20    there's a process, and it takes a little while for the

21    Government to investigate an individual, of bringing charges

22    of fraud.

23          THE COURT:  I'm not sure what you're telling me.  Are

24    you saying you can't presume Mr. Stein innocent because he's a

25    lawyer?
```

1          PROSPECTIVE JUROR:  I can presume that he's innocent,

2     but given that he's an attorney and these are crimes involving

3     whether he's a trustworthy individual, money, fraud, I just

4     take issue with that fact.

5          THE COURT:  I don't understand when you mean, you

6     take issue with what fact?

7          PROSPECTIVE JUROR:  I take -- I understand that

8     there's a process by which the federal government investigates

9     individuals, especially when it involves money and fraud and

10    the SEC.  So because Mr. Stein is an attorney and, you know,

11    we have to abide by ethical rules and so on and so forth, I do

12    it, everybody else in my firm does it, I just have a difficult

13    time thinking that these are just simple mere allegations.

14         I think that I may be more biased towards believing

15    that there is more truth to allegations than just allegations.

16         THE COURT:  So that kinda gets to the presumption of

17    innocence.  You're telling me that you're having difficulty

18    presuming Mr. Stein innocent because you think if a lawyer's

19    sitting here being charged by the federal government with all

20    of these crimes of fraud, there must be something to it.  It

21    sounds like that's what you're saying.  I don't want to put

22    words in your mouth, but it seems like that's what you're

23    saying.

24         PROSPECTIVE JUROR:  It is, Your Honor.

25         THE COURT:  All right.  So does that mean you can't

```
 1    presume Mr. Stein innocent because you feel he's an attorney

 2    and the Government's come this far with a case against him,

 3    that, gee, I don't know if I can give him the presumption of

 4    innocence?  Is that what you're saying?

 5              PROSPECTIVE JUROR:  I can definitely presume -- I

 6    mean, obviously, I can presume him innocent because he has

 7    that right that all of us have as citizens of this country.

 8    My only issue is that, you know, the fact is that I understand

 9    that I -- I mean, I come in here with some more knowledge than

10    just a layperson, and I'm afraid that may get in between me

11    and judging Mr. Stein because I may add a little more

12    credibility to whatever the Government says because it takes a

13    while for them to, you know, not only charge him but get to

14    this stage of the proceeding.

15              THE COURT:  Okay.

16              Mr. Stieglitz, do you have any questions?

17              MR. STIEGLITZ:  If I may, Your Honor, just briefly.

18              Mr. Lustig, thank you for coming back in.

19              Despite all of what you've just said about your

20    experience and your background and knowledge as an attorney,

21    is that something that you can set aside and still, as Judge

22    Marra's going to instruct you if you sit in this case, judge

23    this case, hear the evidence in this case and render a fair

24    and impartial verdict based only on what you hear in here and

25    the law that Judge Marra instructs you on?  In other words,
```

 1   can you set aside whatever these additional facts and skills

 2   and things that you know are, or not?

 3           PROSPECTIVE JUROR:  Obviously, my answer's going to

 4   be yes, because I can always, you know -- I have to hear the

 5   evidence.

 6           MR. STIEGLITZ:  Okay.

 7           PROSPECTIVE JUROR:  And, you know, I follow whatever

 8   instruction is given by the judge.  But, you know, I just

 9   wanted to let the Court know, because that question wasn't

10   asked, and it was asked as to his presumption of innocence,

11   but I didn't want to poison the entire jury with my thoughts

12   as to the fact that he is an attorney.

13           THE COURT:  All right.  Mr. Stein, do you have any

14   follow-up questions?

15           MR. STEIN:  Just one.

16           THE COURT:  Sure.

17           MR. STEIN:  Mr. Lustig, you're a lawyer, as you've

18   pointed out, and I appreciate the ethics with which you've

19   done this by not, as you say, poisoning all these jurors that

20   the taxpayers had to bring in here.

21           As a lawyer, you're familiar with the Court having

22   previously referenced the burden of -- preponderance of the

23   evidence.  You know what that means, right?

24           PROSPECTIVE JUROR:  Of course.

25           MR. STEIN:  Clear and convincing evidence, you know

```
 1   what that means?

 2            PROSPECTIVE JUROR:  Yes.

 3            MR. STEIN:  Beyond a reasonable doubt, you know what

 4   that means?

 5            PROSPECTIVE JUROR:  Yes.

 6            MR. STEIN:  Because you believe that the Government

 7   had to go through a lot to bring this and obviously has a lot

 8   of records, et cetera, it sounded to me like, for you, the

 9   burden might be clear and convincing evidence, if you were

10   really honest with yourself, not a reasonable doubt.  If they

11   sat up there and proved the case by clear and convincing

12   evidence and I sat there and my only defense was beyond a

13   reasonable doubt and the Court's instruction in that regard,

14   sounds to me like you'd find me guilty.  Am I right?

15            PROSPECTIVE JUROR:  Well, that's a compound question,

16   but I say I will follow the burden beyond a reasonable doubt

17   because that's what the judge is going to instruct.  So if

18   there's any doubt, I would have to find that you are not

19   guilty.

20            MR. STEIN:  I don't have anything further.

21            THE COURT:  Thank you, sir.

22            All right.  You want to take some time to go over

23   your notes, and how much time do you think you need?

24            MR. STEIN:  I'm fine.

25            MR. STIEGLITZ:  If we could have five minutes.
```

```
 1              MR. STEIN:  I'm fine.

 2              MR. STIEGLITZ:  Your Honor, I just wanted to clarify.

 3    I suspect I know what the Court's answer is.  You had

 4    suggested earlier you wanted to voir dire I think it was

 5    Mr. Vargas individually.  That may not be necessary.  He was

 6    the individual said he didn't understand English and you had

 7    said we will talk to you later.  I just didn't know if we were

 8    fine on that.

 9              THE COURT:  I thought we had already --

10              MR. STIEGLITZ:  Given what the Court had suggested,

11    we were going to do something, talk to him later separately.

12              MR. STEIN:  There were three, I think Mr. Stieglitz

13    is correct.  There were three individuals that had English

14    problems.  Two of them were Haitians and they were sort of

15    lumped together.  They were sitting behind each other.  And

16    then another person I believe was Hispanic, and that gentleman

17    just simply said I don't understand English at all.

18              THE COURT:  You're right, I did say I would talk to

19    him later, but is there any need?

20              MR. STIEGLITZ:  I don't -- not from the Government.

21    I just want to make sure --

22              MR. STEIN:  Not from Mr. Stein.

23              THE COURT:  I forgot.

24              MR. STIEGLITZ:  Thank you, Your Honor.

25         (Brief pause in proceedings.)
```

```
 1              THE COURT:  Is the Government ready to proceed?
 2              GOVERNMENT'S ATTORNEY:  The Government is ready to
 3    proceed, Your Honor.
 4              THE COURT:  Mr. Stein, you ready to proceed?
 5              MR. STEIN:  Yes, Your Honor.
 6              THE COURT:  In case I didn't mention it and I don't
 7    think I did, as far as the way we'll select the jury, we'll go
 8    through the entire panel for strikes for cause from both
 9    sides.  Once we've eliminated the cause strikes, then we'll
10    start selecting the jurors.  There will be no back-striking,
11    so once both sides accept a juror, the juror is seated and
12    cannot later seek to strike that juror if you have
13    peremptories remaining at the end.  We'll alternate who goes
14    first on the jury.
15              So we'll start with the first juror that's available,
16    the Government will tell me its position and then Mr. Stein
17    and then we'll reverse that for the next juror.  Mr. Stein
18    will go first and the Government will go second, and we'll go
19    back and forth in that same fashion.
20              We'll pick -- well, I guess we'll have to wait and
21    see how many alternates we might have available.  I think I
22    would like to have three alternates, if we can seat them, but
23    I'm not hopeful that we're going to have three jurors left for
24    alternates at the end.  But I'd like to seat three in view of
25    the length of the trial.
```

```
 1              So let me hear first from the United States as to
 2    strikes for cause.
 3              MR. STIEGLITZ:  Yes, Your Honor.  Is it all right
 4    with Your Honor if I remain seated to look at my notes?
 5              THE COURT:  Yes.  Just speak into the microphone,
 6    please.
 7              MR. STIEGLITZ:  Thank you.
 8              Your Honor, I believe the first one would be
 9    number 17, Mister -- I'm going to probably mispronounce
10    Mr. Ngo, who indicated that, as I recall, that he would be
11    distracted.  The Court questioned him rather closely on that,
12    about whether the events in his personal life would be
13    distracting to him and would preclude him from considering the
14    evidence.
15              THE COURT:  Mr. Stein, what's your position on Mister
16    --
17              MR. STEIN:  I believe that was Mr. Ngo, number 17.  I
18    believe he had some other problems, as well, and I agree with
19    the Government for cause.
20              THE COURT:  All right.  We'll strike him for cause.
21              Anyone else?
22              MR. STIEGLITZ:  Your Honor, we had number 19,
23    Ms. Weiss.  While she -- and this gets back to that issue that
24    the Court explored a little bit with Mr. White about whether
25    it was possible that she did, in fact, recognize Mr. White.
```

```
 1    The troubling answer was the -- I believe she said, I'd be
 2    inclined to give more weight to people I recognize, and
 3    whether or not her recollection and her recognition of
 4    Mr. White and Mr. Stein's paralegal is accurate or not, the
 5    idea that she'd be automatically giving more weight to, you
 6    know, one side versus the other simply because who she thinks
 7    is there is at odds with the idea of being an impartial juror.
 8         THE COURT:  We can bring her back in and have her --
 9    to let her know that there's no way she's ever seen the
10    paralegal and the likelihood of her meeting Mr. White is
11    remote.  I can't imagine that Mr. White ever went to Steve
12    Cripps' office, and, I mean -- so if you want me to bring her
13    in so we can kind of explain that to her.
14         MR. STIEGLITZ:  I'd be happy to go through the rest
15    of the list and then we -- I just would like to clarify, that
16    Your Honor.
17         THE COURT:  All right.  I think we should get her
18    back in here to make her aware that these people have never
19    been to -- she's mistaken about having seen him.
20         MR. STIEGLITZ:  Thank you.
21         MR. STEIN:  So we're bracketing number 19 for later?
22         THE COURT:  We'll come back to her.
23         MR. STEIN:  Yes, Your Honor.
24         MR. STIEGLITZ:  Thank you.
25         The next one the Government had was number 30,
```

```
 1   Mr. Blanc.
 2           THE COURT:  Any objection to Mr. Blanc, Mr. Stein,
 3   who had an English language issue?
 4           MR. STEIN:  Your Honor, I believe Mr. Blanc said he
 5   had taken an educational course but could only understand
 6   50 percent, could read a hundred percent.  I don't think it's
 7   worth arguing about.  I would stipulate for cause with regard
 8   to him.
 9           THE COURT:  Thank you.  Cause for Mr. Blanc,
10   number 30.
11           Any else from the Government?
12           MR. STIEGLITZ:  Your Honor, same issue as to
13   number 34, Mr. Augustin.
14           THE COURT:  Any objection to that, Mr. Stein?
15           MR. STEIN:  Let me check my notes, Your Honor.
16           I think we want jurors who can read English, so I
17   would stipulate with the Government on number 34.
18           THE COURT:  Granted.
19           MR. STIEGLITZ:  Number 39, Your Honor,
20   Mr. Luzincourt, who indicated -- well, I don't know that I
21   need to say very much about Mr. Luzincourt, but he suggested
22   he would be biased against Mr. Stein for not testifying, so .
23   . .
24           I'm sorry, that was number 39.
25           MR. STEIN:  Yeah, I didn't think it was 31.
```

```
 1    Thirty-nine.

 2            Your Honor, I would stipulate with regard to

 3    Mr. Luzincourt for cause but not because of what he said about

 4    me, but because he said he would not under any circumstances

 5    believe any plea bargain snitches.

 6            THE COURT:  Seems like the two of you are taking each

 7    other's positions.  Seems like that should have been the

 8    Government's reason to strike, and yours should have been that

 9    he didn't -- he would hold it against you if you didn't

10    testify.  But since you both are agreeing, we'll strike

11    Mr. Luzincourt.

12            MR. STIEGLITZ:  Your Honor, the next one would be

13    Mr. Vargas, number 42.

14            THE COURT:  Any objection to Mr. Vargas?

15            Mr. Stein, any objection?

16            MR. STEIN:  I'm getting to my notes.  I'm sorry, Your

17    Honor.  What number is it again?

18            THE COURT:  Forty-two, the gentleman who said he

19    couldn't speak English.

20            MR. STEIN:  Yes, I would stipulate to Mr. Luzincourt

21    (sic).

22            THE COURT:  Who did you say?

23            MR. STEIN:  I would stipulate to for cause for

24    Mr. Luzincourt.

25            THE COURT:  We're already past Mr. Luzincourt.  We're
```

1    on Mr. Vargas.

2            MR. STEIN:  Oh, Mr. Vargas.

3            THE COURT:  The gentleman who couldn't speak English.

4            MR. STIEGLITZ:  Number 42.

5            MR. STEIN:  Oh, Mr. Vargas is one that was -- we

6    already talked about.

7            THE COURT:  That's why I was wondering why it was

8    taking so long.

9            MR. STEIN:  I was going through my notes.

10           THE COURT:  Mr. Vargas is stricken for cause.

11           MR. STIEGLITZ:  And just one more, Your Honor.

12   Number 48, Mr. Colacurcio.  He indicated that he would not be

13   able to be fair -- that he would be biased against the United

14   States.  When Your Honor asked questions about the SEC, he

15   also indicated that that would bias him in this case, and

16   obviously, the SEC figures rather prominently in this case.

17           THE COURT:  Any objection?

18           MR. STEIN:  Yes, I object to that.  I don't think he

19   said he couldn't be biased against the Government.  In fact,

20   the fact that he's a broker may end up having him be biased

21   against me, to protect his job or his firm's job.  And upon

22   questioning, I just asked him about naked short selling.  He

23   never said that he couldn't be biased.

24           THE COURT:  No, he said the opposite.  He said he

25   would be biased.  I'm going to grant the motion to strike for

```
 1   cause.  Mr. Colacurcio said pretty clearly that he would be

 2   biased against the United States based upon his, I believe it

 3   was his niece's prosecution for wire fraud, which he said

 4   would adversely affect his ability to be fair to the United

 5   States.  I'll grant that.

 6            Any others from the United States for cause?

 7            MR. STIEGLITZ:  No, Your Honor, subject to that

 8   clarification with Ms. Weiss, number 19.

 9            THE COURT:  Okay.  Well, let me hear from Mr. Stein

10   and then we'll bring Ms. Weiss back in here and revisit her.

11            All right.  Mr. Stein, any strikes for cause that you

12   wish to exercise?

13            MR. STEIN:  Number 3 claimed he was a victim of

14   investment fraud, he doesn't trust lawyers, not one lawyer I

15   would have a beer with.  And then I examined him again after

16   that, and he had already determined in his one investment that

17   there was no misconduct by the Government.

18            THE COURT:  What's your position on that,

19   Mr. Stieglitz?

20            MR. STIEGLITZ:  The Government would oppose

21   Mr. Stein's motion.  The fact that he's an equal opportunity

22   hater of lawyers I don't think is a basis for kicking him, and

23   the fact that he -- I think he clarified that the Government

24   wasn't involved in his investigation.  That was the

25   clarification he made.
```

1          MR. STEIN:  Your Honor, this is not a case where he's

2     an equal opportunity kicking of lawyers.  The lawyer is a

3     defendant in this case.  So I think his statement weighs more

4     heavily given that fact.  And his other statements were

5     adverse to investments.  He talked about having lost his life

6     savings, an investment scam, I think after the Court had posed

7     that question, has anybody been -- invested money.

8          THE COURT:  I thought I asked him, though, even

9     though he lost his investment, whether he would be able to be

10    fair to you and whether it would affect his presumption of

11    innocence or the presumption of innocence.  I think he said he

12    would -- I think he said something about he took an oath to

13    honor the Constitution, and he would follow the Constitution.

14         MR. STEIN:  He said that's because he was a Marine,

15    but prior to that, Your Honor, he -- and after that, he said

16    that he had a bias against lawyers and he had lost his life

17    savings in an investment in which he's already come to a

18    conclusion.  I would at a minimum ask to question him further

19    about that investment.

20         THE COURT:  I'm going to deny the strike for cause.

21    The fact that he hates lawyers is not a cause strike, and he

22    said he could be fair despite his investment loss.  So I'm

23    going to deny that strike for cause.

24         What others, if any, do you have?

25         MR. STEIN:  Number 5, Kathleen Burdette is going to

1    Europe.

2              THE COURT:  Any objection to, that Mr. Stieglitz?

3              MR. STIEGLITZ:  No, Your Honor.

4              THE COURT:  Granted.

5              MR. STEIN:  Number 6, Daniel Lustig.  In his last

6    statement, notwithstanding his going back and forth on the

7    scales of justice, the Court questioned him appropriately and

8    was -- is well aware that he was saying that he might not be

9    able to judge the case fairly at the outset.

10             THE COURT:  What's the Government's position?

11             MR. STIEGLITZ:  Your Honor, in response to what I

12   thought, hopefully, was the basic question that I asked him,

13   which was, can you set all of that aside, all of the things

14   that he just mentioned, his answer was, absolutely, I'm an

15   attorney, and I can understand what the Court instructs me to

16   do, and I'll do it.

17             THE COURT:  I'm going to sustain the strike.  To me,

18   he was clearly saying that he could not presume Mr. Stein

19   innocent in view of the fact that he's a lawyer and that the

20   Government has gotten this far with him.  Even though he

21   wouldn't say that expressly, that's what he meant, but he

22   didn't want to admit it.  So I think he cannot presume and

23   does not presume Mr. Stein innocent, and I am going to grant

24   that strike.

25             Any others, Mr. Stein?

```
 1              MR. STEIN:  Yes, Your Honor.  Number 8 for both

 2   hardship and cause.  She said she, quote, "is more likely to

 3   believe law enforcement," end quote.

 4              THE COURT:  Any objection?

 5              MR. STIEGLITZ:  No, Your Honor.

 6              THE COURT:  Granted.

 7              MR. STEIN:  Three more on my list, Your Honor.

 8   Number 18 for cause because she said she doesn't know if she

 9   can listen.  This is, as you recall, the woman who had a

10   hoarse voice today but said it would come back, the voice, I

11   mean.

12              THE COURT:  Yes.  What's your position on

13   Ms. Goodman?

14              MR. STIEGLITZ:  Your Honor, we don't oppose that.

15              THE COURT:  All right.  Granted.

16              MR. STEIN:  Number 20, Your Honor.  Mr. Scheiner.

17   And for cause.  In my notes regarding him, they switched

18   seats, so --

19              THE COURT:  He didn't switch seats.

20              MR. STEIN:  No, he did.  He was sitting in the second

21   row and then he moved to the first row.

22              THE COURT:  Okay.  Regardless.

23              MR. STEIN:  His statements about that he would take a

24   snitch witness and they would start way behind the ball, which

25   is not the standard for those witnesses --
```

```
 1              THE COURT:  That helps you, Mr. Stein.

 2              MR. STEIN:  I know, but he --

 3              THE COURT:  So how is that a strike for cause when he

 4    said he wouldn't believe -- they would -- the last witnesses

 5    that he would believe are the witnesses who are going to

 6    testify hoping to get a benefit?  How is that a strike for

 7    cause for you, who he's saying, I'm not going to believe those

 8    witnesses from the Government?

 9              MR. STEIN:  I'm -- I was just making the list.

10         He also said he knew of Arc Financial group.  He used

11    Arc to learn about appraisal services.  I don't think it's

12    fair to have a witness who knows one of the primary parties in

13    the case.

14         He said that his -- those are the two reasons, his

15    answers regarding his conservative viewpoints I think were

16    just answers.  I don't think they were for cause.  But the

17    fact that he knows one of the key witnesses in the case and

18    one of the key elements of the case, Arc Finance Group, is

19    cause enough.

20              MR. STIEGLITZ:  Your Honor, I think as Mister --

21              THE COURT:  Do you object?

22              MR. STIEGLITZ:  I do.

23              THE COURT:  Okay.  I'm not sustaining the cause.

24    There was nothing about his testimony that was a basis for

25    cause.  He said over and over again he would be a fair and
```

1    impartial juror.  He has his leanings and his opinions about

2    things, and it seemed to me like the Government would be the

3    one that would not want him on the jury.

4              MR. STIEGLITZ:  I appreciate, that Your Honor.  I do

5    just want to clarify.  That's not the same Arc Finance, Your

6    Honor, that he's talking about.  Arc Finance is not in that

7    business, so . . .

8              MR. STEIN:  And Your Honor, the last one is 31, who,

9    upon my asking him again whether he would have a problem with

10   lawyers who represent themselves, he continued to say he

11   would.

12             THE COURT:  Any objection to Mr. Palle?

13             MR. STIEGLITZ:  Actually, I apologize.  That was in

14   my notes as well.  I do remember him saying that.

15             THE COURT:  Granted as to Mr. Palle.

16             MR. STEIN:  I have nothing further on for cause, Your

17   Honor.

18             THE COURT:  I just want to point out a couple of

19   others that seem to have some serious hardships.  There were

20   more people than one that were going on vacations.  We had one

21   woman who was going to Italy.  I think it was number 41.  She

22   had a prepaid trip to Italy.  I don't know how we can keep her

23   and strike Ms. Burdette, in fairness.

24             MR. STIEGLITZ:  No opposition -- to the extent the

25   Court's going to do it, no opposition.

```
 1              MR. STEIN:  No opposition.

 2              THE COURT:  Forty-one is stricken for hardship.

 3              Then we've got the young woman in the back whose

 4    grandparents are taking her on a two-week cruise that are

 5    leaving.  I think it's Ms. Perry, number 45.  Leaving on a

 6    cruise, I think, the end of the month.

 7              Any objection to striking her?

 8              MR. STIEGLITZ:  I mean, I'm skeptical that that's

 9    going to be, hopefully, not going to be a time constraint, but

10    at the same time if we're letting these other folks go, it

11    does make sense to let her go, as well.

12              MR. STEIN:  Your Honor, I agree.  With regard to 32

13    and 45, 45, I stipulate.  With regard to 32, who indicated

14    that she also has a hardship problem, I wouldn't have a

15    problem with her for cause either.  I think those were the two

16    big hardships.

17              THE COURT:  Okay.  Well, let's take them one at a

18    time.  We're on number 45 now.  Is there an objection to

19    striking 45?

20              MR. STIEGLITZ:  No, Your Honor.

21              MR. STEIN:  No, Your Honor.

22              THE COURT:  All right.

23              Now, what about 42?  The only thing I remember

24    about -- excuse me, 32?  You're talking about Morales Ramos?

25              MR. STEIN:  Yes, Your Honor.
```

1          THE COURT:  The only thing I have is that her son was

2    graduating on May 23rd.  I don't remember --

3          MR. STEIN:  I'm sorry, I have the -- I must have the

4    wrong person.  Hang on.  No, it's not 32.  It's -- oh,

5    number 32 is for cause because she said she believes law

6    enforcement over and above non-law enforcement.  That was a

7    direct quote.

8          THE COURT:  Any objection?  She did say that.  Her

9    husband was a Boston police officer, retired.

10         MR. STIEGLITZ:  Honestly, Your Honor, this may just

11   be a recollection issue.  I thought her sort of wrap-up was

12   that nevertheless, she could set it aside and fairly judge the

13   case.  But if that's not --

14         THE COURT:  That wasn't my recollection.

15         MR. STIEGLITZ:  Okay.  Then, no opposition.

16         THE COURT:  I had her stricken a long time ago.  I

17   was waiting for someone to ask.

18         MR. STEIN:  There you go.

19         MR. STIEGLITZ:  Then no, Your Honor.

20         THE COURT:  All right.

21         MR. STEIN:  Then there's the young woman in the back

22   of the room.  And apparently, I'm forgetting, Molejon had

23   expressed a significant hardship.  I don't know if it rises to

24   the level of a prepaid trip, but she had the 18-month-old, the

25   four-year-old, the new job, and the mother calling her phone

```
 1    off the hook.

 2            MR. STIEGLITZ:  No objection.  I'd add to that that

 3    she said, I think, in her words, that she shuts down when

 4    people start talking about numbers, which was somewhat

 5    concerning.  So, yes, no objection from the Government.

 6            THE COURT:  All right.  We'll excuse her.

 7            We're running out of people here.  Let me see how

 8    many we have left.

 9            Do you want to bring in Ms. Weiss so we can clarify

10    with her?

11            MR. STIEGLITZ:  If you don't mind, Your Honor, very

12    briefly.

13            (Ms. Weiss enters the courtroom.)

14            THE COURT:  Ms. Weiss, welcome back, ma'am.

15            PROSPECTIVE JUROR:  Thank you.

16            THE COURT:  Ms. Weiss, we just wanted to touch again

17    on the issue of whether you've ever seen either Mr. White or

18    the young lady who is the paralegal.

19            PROSPECTIVE JUROR:  Yes.

20            THE COURT:  I'm advised that the young lady lives in

21    California and there is -- I think she will confirm that

22    there's no way that she's ever been in Mr. Cripps' office.  Am

23    I correct, ma'am?

24            UNIDENTIFIED PERSON:  That's correct, Your Honor.

25            THE COURT:  And Mr. White doesn't believe he's ever
```

```
 1    been to Mr. Cripps' office.

 2              PROSPECTIVE JUROR:  It might have been Mr. Narkier's

 3    office.  They're in the same building.

 4              THE COURT:  Do you know Stanley Narkier, Mr. White?

 5              MR. WHITE:  I had some dealings with him years ago.

 6              PROSPECTIVE JUROR:  As I said, I just recognized

 7    them, or thought I recognized you.

 8              THE COURT:  When did you work for Mr. Narkier?

 9              PROSPECTIVE JUROR:  Well, I worked specifically for

10    Steve Cripps, but they share the building between them.  There

11    are a number of other attorneys there, as well.  We had a lot

12    of mediations in our conference room for several different

13    attorneys.

14              THE COURT:  Okay.  So, again, your only interaction,

15    if any, was to see him walk through the office?

16              PROSPECTIVE JUROR:  Basically.

17              THE COURT:  And is that going to have any impact at

18    all on your decision in this case, the fact that you may have

19    seen Mr. White come through your law office at some point?

20              PROSPECTIVE JUROR:  Probably not.

21              THE COURT:  Why do you say probably not?

22              PROSPECTIVE JUROR:  Because I don't generally give

23    straight answers, honestly.  Thirteen years in a law firm will

24    do that to you.  I'm sorry.

25              I would say, no, I don't think that that would
```

```
1    influence me.
2            THE COURT:  Is there any -- can you give us any
3    reason why the fact that you may have seen Mr. White in
4    passing through the law office would have any impact or any
5    effect on your decision of whether the Government's proved its
6    case or not?
7            PROSPECTIVE JUROR:  No, I can't.
8            THE COURT:  Does it make any sense that that would
9    have any -- that should be any reason why it would?
10           PROSPECTIVE JUROR:  No.
11           THE COURT:  Can you assure us and the United States
12   that if you're on the jury, that your decision is not going to
13   have -- be based on anything having to do with the fact that
14   you may have seen Mr. White at one time in the past?
15           PROSPECTIVE JUROR:  I'm fairly sure I can make that
16   assurance, yes.
17           THE COURT:  Why is it that you only say you're fairly
18   sure?  Intellectually, you understand that it shouldn't have
19   any effect.  Why can't you just say, no, it won't?  What's the
20   difficulty in saying -- being definitive as opposed to being
21   equivocal?
22           PROSPECTIVE JUROR:  It's just nature and training,
23   sir.  No, I don't think it's going to have any effect at all.
24           THE COURT:  Mr. Stieglitz, do you want to have any
25   questions?
```

```
 1              MR. STIEGLITZ:  No, thank you.

 2              THE COURT:  All right.  Thank you, ma'am.

 3              PROSPECTIVE JUROR:  Thank you.

 4              (Juror exits the courtroom.)

 5              THE COURT:  Do you want to add anything,

 6   Mr. Stieglitz?  Are you still asking that she be stricken?

 7              MR. STIEGLITZ:  I'm withdrawing my motion, Your

 8   Honor.  Thank you.

 9              THE COURT:  Thank you.

10              All right.  I want to just make sure I have

11   everything right.

12              All right.  We ready to proceed?

13              MR. STIEGLITZ:  Yes, Your Honor, although I just have

14   one question.  Is it going to be 10 and six strikes?

15              THE COURT:  Yes.

16              MR. STIEGLITZ:  I just wanted to confirm that.  Thank

17   you.

18              THE COURT:  And then for alternates, one each.

19              All right.  So we're at Ms. -- juror number 1,

20   Ms. Gustinelli.  Government, what's your position on

21   Ms. Gustinelli?

22              MR. STIEGLITZ:  No objection to Ms. Gustinelli.

23              THE COURT:  Mr. Stein?

24              MR. STEIN:  No objection to Ms. Gustinelli.

25              THE COURT:  She'll be our first juror.
```

```
 1                Mr. Delhome, Mr. Stein, what's your position on him?

 2            MR. STEIN:  No objection.  We'd like Mr. Gustinelli

 3    (sic) as a juror, Your Honor.

 4            THE COURT:  We're up to Ms. Delhome -- Mr. Delhome.

 5            MR. STEIN:  Mr. Delhome, yes.

 6            THE COURT:  What's your position on Mr. Delhome?

 7            MR. STEIN:  The position is that the defense would

 8    like him to be a juror.

 9            THE COURT:  So you're accepting him.

10            Okay.  What's the Government's position?

11            MR. STIEGLITZ:  No objection, Your Honor.

12            THE COURT:  All right.  He will be number 2.

13            Mr. Gauch, government?

14            MR. STIEGLITZ:  No objection, Your Honor.

15            THE COURT:  Mr. Stein?

16            MR. STEIN:  Exercising a peremptory.

17            THE COURT:  All right.  That's number 1 for him.

18            Mr. Munoz, Mr. Stein.

19            MR. STEIN:  We'd like him as a juror.

20            MR. STIEGLITZ:  No objection, Your Honor.

21            THE COURT:  He will be number 3.

22            Ms. Bansbach, Government?

23            MR. STIEGLITZ:  No objection, Your Honor.

24            MR. STEIN:  Defense will exercise its second

25    peremptory.
```

```
 1              THE COURT:  Mr. Sims.  Mr. Stein.

 2              MR. STEIN:  We'd like him as a juror.

 3              MR. STIEGLITZ:  No objection, Your Honor.

 4              THE COURT:  He will be number 4.

 5              Mr. Wright.  Government.

 6              MR. STIEGLITZ:  No objection, Your Honor.

 7              MR. STEIN:  No objection, Your Honor.

 8              THE COURT:  He will be number 5.

 9              Ms. Piretti.  Mr. Stein?

10              MR. STEIN:  We'd like her to be a juror.

11              THE COURT:  You're accepting her?

12              MR. STEIN:  Yes.

13              THE COURT:  Government?

14              MR. STIEGLITZ:  Government would exercise a

15     peremptory strike, Your Honor.

16              THE COURT:  Ms. Schulner, Government?

17              MR. STIEGLITZ:  No objection, Your Honor.

18              MR. STEIN:  Defense will exercise a peremptory with

19     regard to Ms. Schulner.

20              THE COURT:  Ms. Saffer-Domino.  Mr. Stein?

21              MR. STEIN:  We'd like her as a juror.

22              MR. STIEGLITZ:  No objection, Your Honor.

23              THE COURT:  She'll be number 6.

24              Ms. Wilson.  Government?

25              MR. STIEGLITZ:  Government will exercise a peremptory
```

```
 1   strike, Your Honor.

 2           THE COURT:  Ms. Murray.  Mr. Stein -- I'm sorry,

 3   Mr. Murray.

 4           MR. STEIN:  No objection.

 5           MR. STIEGLITZ:  No objection, Your Honor.

 6           THE COURT:  He will be number 7.

 7           All right.  Ms. Easley.  Government?

 8           MR. STIEGLITZ:  No objection from the Government,

 9   Your Honor.

10           THE COURT:  Mr. Stein?

11           MR. STEIN:  We're on Ms. Easley?

12           THE COURT:  Ms. Easley, number 16.

13           MR. STEIN:  Thank you, Your Honor.

14           No objection, Your Honor.

15           THE COURT:  She'll be number 8.

16           Ms. Weiss.  Mr. Stein?

17           MR. STEIN:  No objection, Your Honor.

18           THE COURT:  Government?

19           MR. STIEGLITZ:  The Government will move to strike

20   her.

21           THE COURT:  Mr. Scheiner.  Government?

22           MR. STIEGLITZ:  No objection, Your Honor.

23           THE COURT:  Mr. Stein?

24           MR. STEIN:  Peremptory.

25           THE COURT:  I know we've been through the strike --
```

```
 1    the cause challenges and hardships, but I'm just -- if both

 2    sides agree, and at this point it's a question of whether both

 3    sides agree, Ms. Gesner, she expressed a financial hardship

 4    for being on the jury.  Do you both want to agree to excuse

 5    her, fine.  I think we'll have enough jurors without her, but

 6    if either one of you wants to keep her on, we'll keep her on.

 7    I'm just pointing that out, that she did say --

 8              MR. STEIN:  Your Honor, she did at the end express

 9    significant financial hardship.  Accordingly, the defense

10    would stipulate for cause with regard to Ms. Gesner.

11              MR. STIEGLITZ:  No objection from the Government.

12              THE COURT:  All right.  All right.  Now we're up to

13    Mr. Wing.  And I'm sorry, I forget who goes first on this one.

14              Mr. Stein, you're first on Mr. Wing.

15              MR. STEIN:  The defense will exercise a peremptory.

16              THE COURT:  All right.  Mr. Brass.  Government.

17              MR. STIEGLITZ:  No objection, Your Honor.

18              MR. STEIN:  Defense, no objection, Your Honor.

19              THE COURT:  All right.  He will be our ninth juror.

20              Ms. Pietruszka, Mr. Stein.

21              MR. STEIN:  No objection to Ms. Pietruszka, Your

22    Honor.

23              THE COURT:  Government?

24              MR. STIEGLITZ:  No objection, Your Honor.

25              THE COURT:  She'll be 10.
```

1          All right.  Ms. Walker.  Government?

2          MR. STIEGLITZ:  No objection, Your Honor.

3          MR. STEIN:  No objection, Your Honor.

4          THE COURT:  Ms. Walker is 11.

5          Mr. Fitzwilliam.  Mr. Stein?

6          MR. STEIN:  No objection, Your Honor.

7          MR. STIEGLITZ:  No objection, Your Honor.

8          THE COURT:  Mr. Fitzwilliam is number 12.  So that is

9   the entire panel of prospective jurors.

10         So we do have enough, I think, to seat three

11  alternates.  With a case this long, I think it's probably the

12  safer thing to do.

13         But before we pick the alternates, I just want to

14  again point out a couple of potential hardship cases.

15         Mr. Liebl, he mentioned that it might be -- he

16  mentioned that it might be a financial hardship for him.  He

17  threw that in at the end, although I don't think it was as

18  significant as some of the others.

19         Ms. Bassell has the doctoral defense that she has to

20  do on the 23rd, which may present a problem for us.  And then

21  there was Ms. Kasparian who also said she has a real financial

22  hardship if she was going to be with us.  So I think even if

23  we excused those three, we'd probably still have enough

24  jurors, without imposing on someone who's going to have a

25  problem spending the 20 days with us or so.  Does anyone

```
 1    object to excusing jurors 29, 33, and 40 before we pick

 2    alternates?

 3              MR. STIEGLITZ:  The Government doesn't object, Your

 4    Honor.

 5              MR. STEIN:  The defense does not object, Your Honor.

 6              THE COURT:  All right.  So let's excuse 29, 33, and

 7    40.  So hopefully, we'll have people who are not going to be

 8    burdened financially by being with us for that length of time.

 9              So then our first prospective alternate juror is

10    Ms. Leslie, juror number 35.  What's the Government's position

11    on Ms. Leslie?

12              MR. STIEGLITZ:  No objection to Ms. Leslie, Your

13    Honor.

14              THE COURT:  Mr. Stein?

15              MR. STEIN:  No objection to Ms. Leslie, Your Honor.

16              THE COURT:  All right.  She'll be our first

17    alternate.

18              How about Junette Powell, Mr. Stein?

19              MR. STEIN:  No objection to Ms. Powell being an

20    alternate, number 2, Your Honor.

21              THE COURT:  Mr. Stieglitz?

22              MR. STIEGLITZ:  The Government would move to strike

23    her.

24              THE COURT:  All right.  Ms. Nereau.  Mr. Stein,

25    what's your position on her?
```

```
 1                 MR. STEIN:  The defense would stipulate that she'd be

 2      an alternate.

 3                 THE COURT:  All right.  She will be number 2.

 4                 Then we've got Mr. Gilfillian.  What's your position

 5      on him?

 6                 Mr. Stein, what's your position on Mr. Gilfillian?

 7                 MR. STEIN:  The defense will exercise a peremptory.

 8                 THE COURT:  Mr. Boutros was also a person who was

 9      claiming to have some issues financially.  I'm just pointing

10      that out if you want him as your last alternate or do you want

11      skip over to take Ms. Scott-Moore, who didn't seem to have an

12      issue with being -- or Ms. Smith, who didn't have -- neither

13      of them seemed to have an issue?

14                 Do you object, Mr. Stieglitz, to excusing Mr. Boutros

15      because of his financial issues?

16                 MR. STIEGLITZ:  No, Your Honor.

17                 THE COURT:  Mr. Stein, do you want to keep him on or

18      do you want to --

19                 MR. STEIN:  I'm sorry, I didn't hear the Government's

20      response.

21                 THE COURT:  They had no objection to excusing

22      Mr. Boutros.

23                 MR. STEIN:  The defense has no objection.

24                 THE COURT:  So how about Ms. Scott-Moore for your

25      third alternate, is she acceptable to you?  Actually, you've
```

 1    already used your strike, so Ms. Scott-Moore will be the third

 2    alternate.

 3            Does anybody have a problem with that?

 4            MR. STEIN:  Is it my choice?

 5            THE COURT:  Well, you both used your strikes, so it's

 6    kind of automatic.

 7            MR. STEIN:  Then it's automatic.

 8            THE COURT:  But I'm just -- does anyone have any

 9    serious issue with her?

10            MR. STEIN:  No.

11            MR. STIEGLITZ:  (Shakes head.)

12            THE COURT:  So she'll be number 3.

13            All right.  So let me just call out the numbers of

14    the jurors to make sure we're all in agreement.

15            I've got --

16            MR. STEIN:  Your Honor, if it please the Court, can

17    we, when we call out numbers also call out names next to the

18    number?

19            THE COURT:  I'm just trying to make it easier on the

20    court reporter if you don't mind.

21            MR. STEIN:  Okay.  That's fine.

22            THE COURT:  I have jurors 1, 2, 4, 9, 10, 13, 15, 16,

23    24, 25, 27, 28 as the panel of 12.

24            Does everyone agree with that?

25            MR. STIEGLITZ:  Yes, Your Honor.

```
 1                MR. STEIN:  Yes, Your Honor.

 2                THE COURT:  And then as the alternates I have 35, 37,

 3    and 46.  Am I correct?

 4                MR. STIEGLITZ:  Yes, Your Honor.

 5                MR. STEIN:  Yes, Your Honor.

 6                THE COURT:  All right.  Let's bring them in, we'll

 7    swear in the jury, I'll give them some instructions to carry

 8    them over for the evening.

 9         (The venire enters the courtroom, after which the

10    following proceedings were had:)

11                THE COURT:  Thank you.  Please be seated, everyone.

12                Welcome back, ladies and gentlemen.  Again, I'm sorry

13    that's we took longer than I expected to select the jury, and

14    I appreciate, again, your patience with us, and we thank you.

15    I know it's been a long day, and many of you are anxious to

16    find out whether you're going to be with us for the next few

17    weeks or not.  So in making our selection, I did -- and we did

18    try to honor any financial hardships that some of you might

19    suffer, and I think we did account for and excused anyone that

20    had a significant financial hardship.

21                If you had a work-related hardship where you thought

22    your employer might have a difficulty in being without you,

23    where it wasn't going to affect you personally, we weren't

24    quite as generous in terms of me excusing that.  So if you

25    have been selected and you feel that it's going to be a
```

```
 1    problem for you at work, I'm sorry that we had to impose on

 2    you.  There have to be some sacrifices by people in our

 3    society in order to have the system work.  So some of you may

 4    not be happy that you're going to be selected.  But, again,

 5    those of you who had financial issues where it may be

 6    difficult for you to make ends meet by serving with us for as

 7    long as we need you, we did, I think, successfully were able

 8    to accommodate you.  And if we didn't, I apologize.  We did

 9    the best we could.

10         I'm going to call 15 names.  When I do, I'm going to

11    ask you to sit in a seat.  Ms. Ferrante will show you the seat

12    to sit in, and we'll go from there.

13         Ms. Gustinelli, we need you to come up.  I know you

14    want to teach your Latin class 'til the end of the year, but

15    unfortunately, we're unable to accommodate you in that regard,

16    and I apologize.

17         Mr. Delhome.  Mr. Munoz.  Mr. Sims.  Mr. Wright.  Ms.

18    Saffer-Domino.  Mr. Murray.  Ms. Easley.  Mr. Brass.

19    Ms. Pietruszka.  Ms. Walker.  And Mr. Fitzwilliam.

20    Ms. Leslie.  Ms. Nereau.  I apologize if I mispronounce your

21    name.  And Ms. Scott.

22         Everyone else, I want to thank you again for being

23    with us today.  Again, I know it's been a long day, and I

24    appreciate -- we all appreciate your willingness to spend a

25    day with us and be considered to act as jurors in this case.
```

```
1   I need to advise you you need to continue to call the jury

2   number that you've been given for the rest of the timeframe

3   that you are on jury call.  I think it's the next two weeks.

4   So you need to keep calling the number to see if you're needed

5   here for another case.  I'm not sure that there will be any,

6   but in case there are, you need to call and make sure.

7           So thank you again for being with us.  It was a

8   pleasure having you, and we wish you all good luck.

9           MR. STIEGLITZ:  Your Honor, one of the jurors whose

10  name I apologize, Lisa is asking me to pass this along to one

11  of the jurors in the front row.

12          PROSPECTIVE JUROR:  It's my business card.  You can

13  look at it.

14          THE COURT:  To which juror?

15          PROSPECTIVE JUROR:  Lisa, right there in the front.

16          THE COURT:  Do you have any objection to that,

17  Mr. Stein?

18          MR. STEIN:  No, Your Honor.

19      (The venire exits the courtroom, after which the following

20  proceedings were had:)

21          THE COURT:  Ladies and gentlemen, I'm not going to

22  keep you much longer.  It's been a long day and I know you

23  need to get to your personal matters this evenings.

24          The first order of business is to have you sworn to

25  be the jurors to try this case.  Ms. Ferrante will swear you
```

```
 1   in.  If you would rise and face her and raise your right hand.

 2       (The Jury was duly impaneled and sworn.)

 3           THE COURTROOM DEPUTY:  Please be seated.

 4           THE COURT:  Ladies and gentlemen, we're not going to

 5   keep you much longer.  I'm just going to reiterate what I

 6   mentioned a number of times today.  Do not discuss this case

 7   with anyone.  Do not go home and talk to your family or

 8   friends or employers.  You can tell them you've been selected

 9   to be jurors, but the first question they're going to have of

10   you is, well, what's the case about?  We don't want you

11   discussing the subject matter of the case because people may

12   have opinions, views, thoughts on this type of a case, that we

13   don't want them to impart to you or to influence you in any

14   way in terms of how this case should be decided.

15           So today, tomorrow, for the rest of the trial, you

16   cannot discuss the case with anyone.  Don't discuss it among

17   yourselves.  Do not form any opinions about the case until

18   you've heard all the evidence, you've heard all the arguments,

19   you've heard the legal instructions, and then you can

20   deliberate and make a decision.  But until then, you need to

21   keep an open mind and not discuss the case.

22           Also, please do not do any independent research.  Do

23   not get on the Internet.  Do not get on your computers and

24   start researching the terms, the names, the legal issues that

25   may be coming up, again, because you need to be -- decide this
```

1    case only on what's presented here in the courtroom and what

2    you decide as a group in the jury room, and not based on any

3    other outside influences.  Please remember that and please

4    follow that instruction.

5           Now, we're not going to do anything else today

6    substantively.  I'm just going to ask you to follow

7    Ms. Ferrante downstairs to the third floor because that's

8    where we're going to be for the rest of the trial.  This is

9    not my courtroom.  We only use this courtroom because my

10   courtroom's not big enough to accommodate all the people we

11   had today.

12          So she's going to show you the jury room, where you

13   should go tomorrow morning when you come back.  Just go

14   directly into that jury room.  Don't talk to anyone.  Just go

15   in there and wait for us, and we'll bring you out when we're

16   ready.

17          I'm going to ask you to be here at 9:00 o'clock

18   tomorrow, and we should be going from 9:00 to 5:00.  That's

19   the normal schedule, with about an hour and 15 minutes for

20   lunch and breaks in the morning and the afternoon.  We'll take

21   a few breaks.  If you have any physical or medical issues that

22   we need to know about in order to accommodate, please let us

23   know so we can and try and accommodate you, if you have back

24   issues or diabetic issues that you need to take nourishment,

25   please let us know so we can accommodate you in that regard.

1        So that's where we're going to leave it for tonight.

2   Thank you again for being willing to serve.  I know it's a

3   sacrifice for all of you, and we thank you for being good

4   citizens.  So follow Ms. Ferrante downstairs to the third

5   floor.  She will show you where to go.  We'll see you tomorrow

6   at 9:00 o'clock.  Have a pleasant evening.

7        (The jury exits the courtroom.)

8        THE COURT:  All right.  Please be seated.

9        Is there anything we need to talk about this morning

10  (sic) before opening statements in the morning?  Issues?

11       MR. STIEGLITZ:  Not from the United States.  There

12  was one -- I -- really, I apologize.  Probably not even

13  something I need to raise with the Court, but I'll just do it

14  through the Court to Mr. Stein.

15       Mr. Stein, there was some confusion about whether

16  Mr. Nevdahl, who Mr. Stein thought he had subpoenaed but maybe

17  hadn't subpoenaed, was going to be here responsive to the

18  subpoena that he thought he had had issued.  Mr. Nevdahl is

19  here.  So if Mr. Stein had wanted him to appear today, he

20  is -- we did fly him in early.  So I just mention that.

21  That's the only logistical issue that I wanted to raise, but

22  it's probably not an issue for the Court, so . . .

23       THE COURT:  Mr. Stein?

24       MR. STEIN:  Again, I'm not sure this is an issue for

25  the Court.

```
 1              The Marshals Service subpoena tried to serve one on

 2    Mr. Nevdahl.  They'll probably serve him while he's here.  But

 3    more important, one of his brokerage houses has literally,

 4    while we were here, produced a lot of records which I now have

 5    to give to the Government which pertain directly to

 6    Mr. Nevdahl, which I will now do.  But that e-mail came in at

 7    like 2:00 o'clock, and I'm talking about national securities,

 8    there was a subpoena served to national securities.  Those are

 9    records that are not now in the case.  So I'll provide those

10    to the Government.

11              I think the only other housekeeping matter is -- and

12    I don't think it should be raised now.  We had lodged a

13    deposition of Rowland Perkins because the Government wanted

14    its objections ruled upon, but he wouldn't be called until my

15    case.  So I take it from the Court giving that back to me,

16    that I should wait re-lodging it, or would the Court like me

17    to lodge a copy?

18              THE COURT:  I'm not sure what it is that you intend

19    to do with his deposition.

20              MR. STEIN:  There's a Rule 15 deposition of Rowland

21    Perkins that was taken by Mr. Pasano, and the Government

22    doesn't intend to use it in its case.  I don't want to speak

23    for the Government, but I think that's correct.  I intend to

24    use it for my case and the Government wanted their objections

25    ruled upon, so I had lodged it with the Court so that the
```

 1    Court could do that before the jury.

 2            THE COURT:  All right.  I guess what I would ask,

 3    and, again, I guess we have some time until we get to your

 4    case.  If someone can outline for me where the objections are,

 5    give me a listing of page and line where the objections are so

 6    I can look them over and make the ruling.

 7            So I know you've delivered a transcript.  I don't

 8    know if it's still in my office.

 9            MR. STEIN:  No, they sent it back, but I -- would the

10    Court wish for me to do that electronically and give the

11    Government a copy and yellow out all of the objections for the

12    Court?

13            THE COURT:  It doesn't matter.  However you both

14    agree to supply it to me is fine with me.  You can work it

15    out.

16            MR. STEIN:  Okay.  We'll work it out.

17            THE COURT:  Okay.  Now, the only thing that came up,

18    and I apologize, I should have made a copy of this letter.

19    This relates to a subpoena that I believe Mr. Stein tried to

20    serve on or did serve on Regal Securities.  Did you try -- did

21    you have a subpoena served on Regal Securities?

22            MR. STEIN:  Yes, Mr. Nevdahl, who works for three

23    securities firms, National, Regal, and World Equity, Regal has

24    simply not responded.  Standby counsel has been interacting

25    with them.  The other two brokerage firms have responded.

```
 1              THE COURT:  Well, a letter was sent to Judge Hopkins

 2    from general counsel for Regal Securities, which I guess I'll

 3    let you both look at.  And they seem to think that they needed

 4    to have someone here today, and if it was for the Defendant's

 5    case, I don't know why they need to have someone here this

 6    early in the case.

 7              But anyway, if you could look at it, and I guess if

 8    there's an issue that I need to deal with, I'll deal with it.

 9    I just wasn't sure if there was some miscommunication about

10    the timing of when it was to be complied with.

11              MR. STEIN:  Your Honor, I'll represent that standby

12    counsel has been interacting with them and has told them they

13    need not appear on the sixth.  They have not produced records

14    responsive to the subpoena, not even today.

15              THE COURT:  Have you seen that letter?

16              MR. WHITE:  Your Honor, there's been other

17    correspondence that I've had with Regal Securities' general

18    counsel, the same woman who sent this letter.  What we were

19    trying to do is get them to get her -- as of Friday afternoon,

20    I was trying to get her to give me a date and time when she

21    could get this information, these documents to produce, not to

22    have somebody come here.  But I was explaining that if they're

23    not going to give us a timeframe for when they were going to

24    comply -- they were just saying, oh, it's not enough time for

25    to us get these documents.  And I said, well, how much time do
```

1   you need, and then they started saying things like, well, we

2   have to have account numbers, and all this kind of stuff, and

3   that's where we sort of stood.

4           So I was interpreting them as them being kind of

5   obstructionist a little bit, Your Honor.

6           THE COURT:  Is there something you need to do with

7   this letter?

8           MR. WHITE:  No, Your Honor, that letter has been

9   superseded by subsequent --

10          THE COURT:  So if there's an issue, you'll bring it

11  to my attention?

12          MR. WHITE:  Yes, Your Honor.

13          THE COURT:  Is there anything else we need to talk

14  about this evening?

15          MR. STIEGLITZ:  Not from the United States.

16          THE COURT:  How much time do you think you'll need in

17  your opening?

18          MR. STIEGLITZ:  Twenty or 30 minutes, Your Honor.

19          THE COURT:  Mr. Stein, do you intend to make an

20  opening?

21          MR. STEIN:  Yes, I do, Your Honor.  I think we have

22  two or three motions in limine pending, also.

23          THE COURT:  Well, they're all basically having to do

24  with things that have nothing to do with opening statement, do

25  they?

1          MR. STEIN:  No, they don't.

2          THE COURT:  So we'll deal with evidentiary issues

3     when they come up.  They were kind of more in the nature of,

4     make sure Mr. Stein follows the rules.

5          MR. STEIN:  Your Honor, I'm prepared to give the

6     opening tomorrow.

7          THE COURT:  Okay.

8          MR. STIEGLITZ:  I just didn't hear a time estimate,

9     Your Honor.  I was just curious for our purposes, as well.

10         MR. STEIN:  It would be the same, approximately 30

11    minutes.

12         THE COURT:  Very good.  We'll see you in the morning.

13    Have a nice evening.

14         MR. STIEGLITZ:  Thank you, Your Honor.

15         (The evening recess was taken at 5:17 p.m.)

16                        * * * * *

17                        CERTIFICATE

18    I, Stephen W. Franklin, Registered Merit Reporter, and

19    Certified Realtime Reporter, certify that the foregoing is a

20    correct transcript from the record of proceedings in the

21    above-entitled matter.

22    Dated this 1st day of JULY, 2013.

23

24    /s/Stephen W. Franklin
      _____
25    Stephen W. Franklin, RMR, CRR

**$**

$20 [1]  90/23
$20 million [1]  90/23
$4 [1]  38/21
$4 million [1]  38/21
$50,000 [1]  183/17
$5000 [1]  43/14
$65,000 [1]  90/5

**'**

'4th [1]  142/20
'60s [1]  174/6
'70s [2]  122/2 174/6
'80s [2]  89/5 89/5
'94 [1]  51/24
'97 [1]  176/19
'til [2]  209/18 245/14

**-**

-and [1]  1/21
-v [1]  1/5

**/**

/s/Stephen [1]  254/24

**1**

10 [17]  4/2 11/14 41/16 48/23 51/25 97/23
 110/2 130/22 142/15 144/25 150/24 167/6
 183/16 187/25 235/14 239/25 243/22
100 [3]  13/16 13/23 18/19
1031 [1]  1/22
1099 [1]  209/8
10:48 [1]  61/4
11 [10]  41/9 41/16 48/23 102/15 117/15
 130/22 144/25 150/21 154/21 240/4
11-80205-CR-MARRA [1]  1/2
11-year-old [1]  65/8
11:04 [1]  61/4
11th [1]  154/5
12 [11]  41/19 48/24 61/25 79/25 130/22
 142/5 148/12 158/16 167/18 240/8 243/23
12-hour [1]  70/5
12.9 billion [1]  92/1
1208 [1]  1/20
12:00 now [1]  110/2
12:00 o'clock [1]  143/14
12:15 [1]  110/4
12:22 [1]  119/13
12:30 [3]  164/14 165/7 165/17
12th [2]  34/19 128/19
13 [13]  22/2 24/8 41/19 48/24 71/20 77/6
 83/15 102/4 128/16 130/22 150/24 167/18
 243/22
136 [1]  207/18
13th [1]  128/18
14 [8]  48/24 62/18 71/20 88/19 102/4 124/12
 130/23 135/11
1400 [1]  1/18
15 [26]  3/4 34/18 49/4 54/7 54/11 54/11
 60/16 60/25 71/2 71/20 102/5 104/12 107/14
 124/11 124/12 130/23 135/20 142/19 158/24
 175/4 183/20 185/6 243/22 245/10 248/19
 250/20
15-minute [1]  59/24
15-year-old [1]  142/7
1551 [1]  1/20
15th [1]  99/15
16 [14]  41/20 48/24 77/4 104/13 124/12
 130/23 142/19 145/1 150/24 158/24 176/7

183/21 238/12 243/22
16-year-old [2]  52/14 142/24
16th [1]  99/15
17 [12]  51/13 100/2 100/8 100/10 111/21
 134/11 147/16 147/18 159/12 175/9 219/9
 219/17
17-year-old [1]  81/9
175 [1]  92/2
18 [10]  57/8 101/20 148/4 158/14 163/17
 165/11 172/8 172/15 199/11 227/8
18-month-old [1]  231/24
19 [3]  219/22 220/21 224/8
1975 [1]  174/25
1978 [1]  71/12
1980s [1]  121/15
1994 [2]  176/19 183/14
1:00 [1]  165/8
1:30 [3]  110/5 110/8 119/12
1:32 [1]  119/13
1st [1]  254/22

**2**

2 million [1]  96/23
20 [25]  11/5 11/11 11/16 11/22 12/7 38/25
 39/2 41/17 48/17 49/19 62/17 91/4 91/6
 102/19 103/24 123/22 135/1 136/2 148/16
 161/1 164/16 168/3 172/4 227/16 240/25
2005 [1]  122/4
2008 [1]  208/5
2009 [2]  163/24 191/14
2010 [2]  147/19 147/20
2011 [1]  207/18
2013 [2]  1/8 254/22
20530 [1]  1/18
20th [2]  49/24 171/13
21 [4]  83/14 108/10 147/18 183/9
21st [1]  51/20
22 [7]  37/25 128/9 139/6 147/15 160/16
 167/5 169/7
22-year-old [2]  52/20 53/13
228 [1]  1/22
22nd [2]  161/11 161/15
23 [2]  101/18 198/21
23rd [8]  43/12 139/6 142/20 143/2 143/4
 143/7 231/2 240/20
24 [2]  160/16 243/23
24th [4]  101/21 143/2 143/4 143/5
25 [8]  34/17 53/21 73/18 88/20 92/6 103/24
 173/16 243/23
26 [2]  56/19 181/16
27 [2]  92/5 243/23
28 [4]  22/2 34/18 144/14 243/23
280 [1]  1/10
29 [4]  107/5 163/14 241/1 241/6
2:00 o'clock [1]  250/7
2:30 [1]  112/14

**3**

3 million [1]  90/10
30 [12]  21/23 45/12 102/2 104/18 150/15
 160/15 189/12 211/21 220/25 221/10 253/18
 254/10
300 [1]  94/2
30th [1]  23/17
31 [5]  44/21 65/5 123/21 221/25 229/8
32 [5]  230/12 230/13 230/24 231/4 231/5
33 [2]  241/1 241/6
33179 [1]  1/22
33401 [2]  1/20 1/25
34 [3]  83/13 221/13 221/17

35 [3]  129/3 241/10 244/2
37 [1]  244/2
3768 [1]  1/24
38 [1]  103/22
39 [4]  73/20 167/4 221/19 221/24
3:05 [1]  185/8
3:20 [1]  185/8
3:30 [1]  24/14
3rd [1]  43/13

**4**

40 [6]  80/1 104/17 173/6 183/8 241/1 241/7
40-plus [1]  108/3
401k-type [1]  37/19
41 [2]  134/10 229/21
42 [5]  72/9 172/3 222/13 223/4 230/23
43 [3]  41/8 154/1 154/2
44 [1]  77/3
45 [5]  230/5 230/13 230/13 230/18 230/19
46 [4]  71/8 138/25 158/13 244/3
48 [2]  130/17 223/12
49 [1]  71/8

**5**

50 [3]  48/17 52/12 187/24
50 percent [2]  130/25 221/6
50,000 [1]  92/16
500 [1]  199/10
50th [1]  169/22
51 [4]  49/3 101/18 144/13 159/11
514-3768 [1]  1/24
52 [4]  34/16 71/7 121/5 142/4
54 [3]  21/22 53/21 147/15
55 [1]  88/18
56 [1]  150/14
561 [1]  1/24
57 [1]  61/24
5744 [1]  130/18
59 [2]  51/13 56/17
5:00 [1]  248/18
5:00 o'clock [1]  114/20
5:17 [1]  254/15

**6**

60 [3]  42/14 121/5 160/14
61 [1]  73/17
63 [1]  176/12
64 [1]  176/12
65 [2]  99/24 173/5
66 [2]  103/20 107/4
68 [1]  37/11
69 [1]  79/25
6:00 a.m [1]  70/3
6:00 p.m [1]  70/3

**7**

70 [1]  71/1
70-cents [1]  92/9
701 [1]  1/24
7:30 [6]  24/13 24/16 24/22 24/22 165/7
 165/17

**8**

8:00 [1]  24/21
8:00 o'clock [1]  50/1
8th [1]  154/6

**9**

95 [2]  93/3 93/5
9:00 [1]  24/17

**256**

**9**

**9:00 o'clock** [2] 248/17 249/6
**9:00 to** [1] 248/18

**A**

**A-n-a-n-d** [2] 201/2 201/21
**a.m** [4] 61/4 61/4 70/3 70/4
**abide** [3] 47/22 47/25 213/11
**ability** [60] 16/24 17/15 20/15 23/2 35/24
40/25 42/5 42/9 43/9 43/18 50/22 52/6 53/10
56/3 58/17 59/7 64/9 67/14 68/2 72/17 75/5
75/9 76/15 81/22 85/16 86/21 88/3 96/12
96/19 97/10 97/16 103/8 106/10 109/3
122/18 122/23 126/7 129/21 130/3 141/20
144/2 147/8 148/15 161/9 162/11 169/1
170/12 171/2 172/18 173/24 174/9 174/17
180/2 184/5 184/9 187/22 190/1 192/25
199/2 224/4
**able** [69]  4/17 15/8 23/6 24/5 27/2 27/9 27/17
27/20 32/23 32/23 36/7 36/9 39/17 40/5
43/10 47/22 54/7 54/11 57/23 57/24 64/18
66/1 66/2 70/11 70/13 70/18 72/25 73/10
74/16 78/11 79/4 80/14 82/20 82/21 83/2
84/1 84/2 84/16 99/3 104/12 104/13 107/24
110/23 110/24 111/10 111/11 116/1 116/6
116/7 135/20 138/9 138/16 139/16 146/18
146/23 149/12 173/25 180/5 180/23 182/5
182/21 182/23 183/2 190/19 191/17 223/13
225/9 226/9 245/7
**above** [2] 231/6 254/21
**above-entitled** [1] 254/21
**absolutely** [10] 40/4 90/1 137/17 138/15
179/20 195/7 196/19 207/11 207/24 226/14
**abuse** [7]  65/21 69/5 69/17 135/4 148/7
149/5 149/15
**accent** [2] 110/17 146/15
**accept** [8] 195/18 196/4 196/8 196/24 196/25
197/8 197/10 218/11
**acceptable** [1] 242/25
**accepting** [2] 236/9 237/11
**accident** [14] 64/17 65/12 65/16 67/17 67/23
102/1 103/2 125/23 169/14 170/3 175/9
177/19 183/16 184/8
**accidents** [4] 124/4 125/19 125/21 125/21
**accommodate** [9] 12/14 91/1 91/10 245/8
245/15 248/10 248/22 248/23 248/25
**according** [1] 209/13
**Accordingly** [1]  239/9
**account** [8]  11/10 45/4 129/13 129/19 173/19
175/24 244/19 253/2
**accountable** [1] 206/13
**accountants** [1] 198/10
**accounting** [2] 42/20 88/24
**accounts** [1] 210/25
**accurate** [2] 15/18 220/4
**accurately** [1] 16/5
**accused** [6] 75/22 135/4 192/19 193/5 193/17
212/12
**accusing** [1] 192/17
**acknowledge** [2] 60/9 109/24
**acknowledges** [1] 185/4
**acquaintances** [1] 57/19
**across** [2] 6/3 138/5
**act** [3] 7/21 108/18 245/25
**action** [6] 84/4 84/12 94/4 94/15 189/16
189/24
**actions** [1] 89/8
**active** [1] 45/13
**activities** [1] 190/11

**activity** [2] 8/2 38/18
**actual** [2] 191/16 192/4
**actually** [24] 5/9 7/2 23/11 24/21 25/24 26/6
43/4 68/11 89/5 120/1 123/2 125/20 143/17
145/14 148/21 156/12 158/25 161/12 166/12
182/11 182/12 192/15 229/13 242/25
**Adam** [2] 201/12 201/15
**add** [3] 214/11 232/2 235/5
**added** [1] 182/15
**additional** [4] 4/12 9/17 14/4 14/6 184/21
202/25 215/1
**Additionally** [2] 38/23 39/5
**addresses** [1] 192/2
**adequate** [1] 15/15
**adjusted** [1] 70/9
**adjustor** [1] 72/6
**administration** [2] 49/8 84/12
**administrative** [2] 62/20 154/3
**admit** [1] 226/22
**admitted** [1] 5/19
**adopted** [1] 17/9
**adult** [7] 36/18 42/19 48/19 51/16 80/3
133/14 154/24
**adults** [4] 36/19 36/23 37/15 107/8
**advanced** [1] 62/25
**advantage** [2] 136/10 136/11
**adverse** [1] 225/5
**adversely** [1] 224/4
**advertisement** [1] 18/24
**advertisements** [1] 20/8
**advertising** [2] 19/25 21/25
**advise** [2] 155/25 246/1
**advised** [1] 232/20
**advisor** [2] 164/18 203/22
**affairs** [1] 22/6
**affect** [95]
**affected** [2] 64/11 177/2
**affiliated** [2] 60/7 176/21
**afraid** [2] 162/5 214/10
**after** [35]  7/11 24/6 34/9 38/19 47/7 60/18
61/4 61/12 69/11 71/3 76/2 110/2 110/9
112/12 112/14 114/20 119/13 120/17 121/22
143/17 146/9 147/19 160/25 164/11 169/13
178/23 185/8 186/4 209/18 212/2 224/15
225/6 225/15 244/9 246/19
**aftercare** [3] 23/25 24/3 139/3
**afternoon** [52]  14/11 23/15 107/2 110/6
112/14 114/20 121/1 123/19 123/20 128/6
128/7 129/2 130/15 130/16 134/9 138/23
138/24 142/2 142/3 143/14 144/11 144/12
147/13 147/14 150/12 150/13 153/24 153/25
154/18 154/19 158/11 158/12 159/9 159/10
160/12 160/13 162/20 163/12 163/13 167/2
167/3 169/5 169/6 172/1 172/2 173/3 174/23
181/14 183/6 203/4 248/20 252/19
**afternoons** [2] 24/5 25/1
**again** [66]  6/14 14/16 15/6 17/13 23/14 29/1
30/24 31/3 37/9 44/19 47/16 54/15 56/15
61/17 62/11 66/3 67/1 70/15 76/4 84/9 86/9
96/12 97/8 97/10 100/22 109/9 109/23 110/7
114/14 114/16 120/14 120/21 123/4 135/21
138/14 138/17 138/18 152/24 158/11 185/2
186/8 187/21 190/12 192/20 196/2 199/1
201/20 203/4 203/6 222/17 229/9 232/16
229/9 232/16 233/14 240/14 244/12 244/14
245/4 245/22 245/23 246/7 247/25 249/2
249/24 251/3
**against** [70]  7/12 8/1 8/6 17/21 18/1 18/8
18/13 20/20 27/24 28/5 31/1 31/8 31/10
31/20 32/3 32/4 32/12 34/4 34/7 44/7 52/17

56/8 62/7 65/13 68/1 68/20 69/24 71/13
73/11 76/12 81/16 89/16 93/12 94/4 98/4
105/18 105/20 122/11 123/10 127/8 127/11
128/20 134/22 135/15 135/19 136/8 136/9
136/15 138/19 141/23 144/1 154/23 157/12
162/8 174/12 180/14 188/11 189/16 190/18
193/16 203/9 211/5 214/2 221/22 222/9
223/13 223/19 223/21 224/2 225/16
**age** [2] 71/1 107/4
**agencies** [5] 94/19 193/4 193/25 194/1
207/22
**agency** [10] 56/20 66/19 129/24 187/8 191/9
198/4 203/10 203/11 210/24 210/24
**agent** [3] 102/11 198/21 198/23
**agents** [1] 59/4
**ago** [30]  17/11 22/12 33/3 33/4 41/18 52/1
62/6 62/10 62/12 72/1 80/11 100/2 102/2
103/25 105/9 107/14 120/4 121/24 126/13
126/14 135/1 142/16 148/12 161/1 173/16
176/1 198/21 199/4 231/16 233/5
**agree** [14]  33/6 33/10 36/10 47/21 113/6
156/25 171/4 219/18 230/12 239/2 239/3
239/4 243/24 251/14
**agreed** [2]  25/18 33/6
**agreeing** [1] 222/10
**agreement** [4]  91/25 121/21 185/18 243/14
**agrees** [1] 113/2
**ahead** [4]  25/8 25/12 35/13 204/2
**aids** [1] 107/18
**Air** [1] 73/23
**Aircraft** [1] 134/17
**airline** [1] 124/14
**Airlines** [2] 38/1 123/23
**airplane** [1] 161/13
**Ajay** [2] 201/2 201/21
**Akerman** [1] 89/19
**Alaine** [1] 201/14
**Albert** [3]  1/16 2/8 9/10
**Algebra** [1] 74/19
**allegation** [5]  69/11 69/11 136/25 180/15
180/17
**allegations** [11]  8/3 8/6 13/6 137/1 157/1
157/13 190/13 212/14 213/13 213/15 213/15
**alleged** [6]  12/17 12/23 13/1 13/2 13/2 13/3
187/18 191/8
**Allegedly** [1]  136/22
**allow** [1]  3/3
**allowed** [1]  74/6
**almost** [5]  49/13 88/20 92/13 173/6 198/8
**alone** [3]  24/8 30/17 211/10
**along** [2]  175/18 246/10
**already** [26]  43/14 44/15 46/8 55/13 156/3
156/4 164/14 165/2 165/13 165/14 166/1
171/17 173/22 182/16 186/12 186/23 188/4
193/8 203/15 209/6 217/9 222/25 223/6
224/16 225/17 243/1
**also** [51]  5/14 9/22 9/22 10/4 10/6 11/1 12/25
13/13 15/22 30/2 39/12 40/21 41/12 46/2
51/19 65/12 73/20 80/3 84/22 86/12 98/9
103/1 104/9 115/25 117/6 121/20 135/22
137/18 142/6 142/21 154/6 161/4 163/20
167/11 175/8 175/15 176/2 177/8 191/15
198/5 198/5 198/6 198/8 223/15 228/10
230/14 240/21 242/8 243/17 247/22 253/22
**alternate** [10]  74/6 75/9 218/13 241/9 241/17
241/20 242/2 242/10 242/25 244/2
**alternates** [8]  218/21 218/22 218/24 235/18
240/11 240/13 241/2 244/2
**although** [2]  235/13 240/17
**always** [9]  25/3 42/25 63/6 72/7 98/17 98/17

**A**

always... [3]  147/24 190/10 215/4
am [89]
AMERICA [3]  1/3 2/5 7/22
American [2]  22/1 38/1
AmeriPrize [2]  164/21 203/22
among [2]  8/10 247/16
amount [9]  4/5 11/4 11/22 14/10 20/3 28/10
66/4 188/15 210/10
amounts [1]  189/13
analysis [1]  30/13
analyst [1]  134/12
Anand [2]  201/2 201/21
Andrew [1]  10/7
Andrews [3]  21/24 49/1 49/3
Anesthesia [1]  42/16
anesthesiologist [1]  52/18
Angelo [1]  103/20
animating [1]  5/7
anniversary [1]  169/22
annual [2]  187/13 199/19
another [45]  7/6 9/23 13/14 13/19 23/16 47/4
47/16 51/4 59/15 84/13 88/13 89/23 106/20
106/23 112/13 113/11 114/1 118/16 121/10
121/23 127/23 128/1 130/7 130/10 134/16
140/4 152/5 152/9 153/3 153/16 153/19
156/22 157/22 158/2 158/6 166/18 166/22
172/22 172/25 186/19 187/2 200/1 210/23
217/16 246/5
answer [12]  15/23 15/24 28/21 34/10 111/17
132/24 155/4 183/16 203/7 217/3 220/1
226/14
answer's [1]  215/3
answered [2]  203/6 203/16
answering [2]  16/3 16/8
answers [7]  3/9 15/14 15/21 210/5 228/15
228/16 233/23
anticipates [2]  4/1 5/4
anticipating [1]  3/24
Antonio [1]  74/2
anxious [1]  244/15
any [299]
anybody [14]  29/23 31/20 31/22 60/7 122/8
128/20 135/9 135/10 205/5 205/21 210/12
212/16 225/7 243/3
anymore [3]  111/22 165/3 204/16
anyone [78]  5/22 16/11 17/5 17/5 17/19
17/19 17/24 18/3 18/9 18/17 18/17 18/19
21/8 24/25 26/11 26/21 27/3 27/8 27/11
27/17 27/19 27/22 27/24 29/4 31/6 31/10
31/13 31/15 31/25 32/3 32/8 33/25 34/1 34/2
34/5 34/9 53/7 60/1 74/9 77/13 94/8 109/10
112/22 116/15 182/9 186/24 187/3 187/5
187/8 188/14 191/6 191/8 193/3 193/9
193/11 193/15 193/22 193/24 194/4 194/20
194/23 196/18 197/6 197/14 197/20 198/15
201/17 202/16 202/17 210/8 210/11 219/21
240/25 243/8 244/19 247/7 247/16 248/14
anything [142]
anyway [4]  106/4 166/3 204/18 252/7
anywhere [1]  60/7
aol.com [1]  1/25
AP [1]  62/24
apologize [12]  25/12 34/11 100/21 110/17
208/17 229/13 245/8 245/16 245/20 246/10
249/12 251/18
appalled [1]  98/15
apparently [2]  202/4 231/22
appeal [1]  162/3

appear [3]  14/17 249/19 252/13
appearances [2]  1/15 2/7
applies [2]  30/14 203/19
apply [2]  25/14 72/25
appointments [1]  147/21
appraisal [5]  87/17 87/20 87/21 87/24
228/11
appraisals [1]  87/14
appreciate [11]  33/24 61/16 86/10 91/11
196/21 202/22 215/18 229/4 244/14 245/24
245/24
appropriate [1]  170/20
appropriately [1]  226/7
approve [1]  198/3
approximately [1]  254/10
April [1]  38/18
Arc [9]  13/20 87/6 87/12 87/13 228/10
228/11 228/18 229/5 229/6
arcane [1]  39/15
area [3]  24/5 182/11 211/21
areas [2]  3/11 3/17
arguing [1]  221/7
arguments [1]  247/18
arising [1]  137/11
armed [2]  121/15 135/7
arose [3]  125/20 177/20 179/9
around [11]  39/1 60/7 64/18 82/15 85/19
98/21 109/24 143/8 143/15 192/7 199/15
arrange [1]  167/24
arrangement [2]  159/6 194/10
arrangements [3]  23/11 143/11 143/16
arrest [3]  77/11 77/12 172/17
arrested [46]  22/10 35/9 38/6 38/7 43/2 44/1
45/3 49/10 54/1 54/21 57/14 62/10 65/19
65/19 65/20 65/22 68/5 68/7 80/7 80/8 83/22
89/24 102/1 104/4 123/11 124/6 126/10
132/7 135/11 135/1 142/14 148/10 154/9
158/20 159/16 161/2 163/23 167/16 169/15
172/8 172/15 172/16 175/12 175/13 175/20
181/25
arrests [3]  51/23 52/19 71/15
arrogant [1]  138/5
art [1]  129/9
artists [2]  154/23 155/17
arts [3]  104/18 129/6 129/9
Ashraf [1]  167/4
aside [5]  20/18 214/21 215/1 226/13 231/12
ask [59]  4/22 4/24 7/19 8/7 10/22 11/2 11/24
12/10 14/15 14/19 14/21 14/22 15/4 15/5
15/24 17/22 26/10 31/12 43/15 45/18 52/25
54/10 61/20 63/3 66/6 77/19 87/19 92/19
98/25 112/15 114/4 116/10 131/6 136/5
137/14 139/20 141/5 143/24 145/2 148/18
162/6 168/3 184/21 185/2 186/11 186/15
202/21 203/5 204/1 204/17 205/23 206/24
211/21 225/18 231/17 245/11 248/6 248/17
251/2
asked [17]  10/25 15/14 33/18 135/12 186/21
186/21 186/21 186/23 186/24 208/7 212/11
215/10 215/10 223/14 223/22 225/8 226/12
asking [9]  13/17 25/8 77/16 206/12 210/3
211/7 229/9 235/6 246/10
assault [3]  54/1 162/2 162/7
assessments [1]  78/24
asset [2]  91/25 94/5
assets [4]  90/25 92/4 92/5 94/13
assigned [1]  91/18
assist [5]  10/16 24/25 82/8 85/22 156/21
assistance [5]  10/3 10/4 10/6 10/17 85/23
assistant [5]  54/17 84/21 89/11 139/2 154/3

assisting [1]  157/4
associate [1]  148/2
associate's [2]  129/8 172/7
associated [1]  203/17
associates [1]  107/16
association [5]  78/22 144/15 150/19 193/24
198/20
assume [4]  18/12 137/1 197/18 203/18
assuming [2]  85/10 136/24
assurance [1]  234/16
assure [1]  234/11
Athletes [3]  5/22 5/24 194/7
Atlanta [10]  89/11 89/25 90/5 91/19 91/23
92/6 92/10 124/10 127/18 127/20
Atlantic [4]  22/6 52/15 183/13 205/19
attack [1]  207/22
attempted [2]  161/5
attend [1]  161/11
attendant [1]  124/15
attends [1]  24/1
attention [3]  79/4 83/4 253/11
attitudes [1]  43/9
attorney [27]  10/15 16/17 44/22 45/24 83/15
84/22 92/15 98/14 98/23 99/5 104/9 151/15
152/20 184/24 192/4 192/5 202/24 209/16
209/18 212/11 212/12 213/2 213/10 214/1
214/20 215/12 226/15
attorney's [3]  46/3 46/20 46/21
attorneys [12]  9/5 14/2 45/25 46/1 151/13
151/14 184/24 200/22 202/23 211/18 233/11
233/13
audience [1]  2/23
audio [1]  185/25
audit [4]  84/14 84/16 187/15 197/21
audited [3]  187/21 198/23 199/14
auditing [2]  198/2 199/20
auditor [1]  200/19
auditors [1]  199/24
Augustin [3]  144/11 144/13 221/13
authorities [4]  68/8 69/7 75/18 97/9
automatic [2]  243/6 243/7
automatically [2]  137/4 220/5
automobile [6]  103/2 125/19 129/18 144/8
170/2 184/8
available [6]  48/9 99/17 143/20 190/5 218/15
218/21
Avenue [1]  1/18
avoid [2]  109/19 110/1
awaiting [1]  173/19
aware [4]  39/6 119/23 220/18 226/8
away [5]  9/20 108/16 108/24 121/23 179/1
Awilda [1]  138/25

**B**

B-o-l-i-e-k [1]  201/3
B-u-n-e-s [1]  201/3
BA [4]  52/15 57/2 80/5 83/20
baby [3]  44/24 65/9 66/3
bachelor [1]  129/9
bachelor's [11]  22/5 51/21 88/23 124/1 142/8
155/3 160/20 163/18 167/10 175/4 183/12
back [67]  10/7 29/23 34/13 38/9 43/2 61/7
61/10 61/15 62/14 64/24 65/17 69/10 94/5
104/3 110/4 111/14 113/25 114/4 114/5
114/13 114/15 114/17 114/17 114/18 118/15
118/20 118/21 119/1 119/2 119/16 119/17
120/19 121/14 122/2 124/5 124/6 132/23
133/21 143/4 164/10 165/9 165/10 174/6
175/23 182/12 185/10 185/12 186/6 200/1
214/18 218/10 218/19 219/23 220/8 220/18

**B**

back... [12]  220/22 224/10 226/6 227/10 230/3 231/21 232/14 244/12 248/13 248/23 250/15 251/9
back-striking [1]  218/10
backed [1]  182/25
background [12]  8/15 51/21 57/2 63/12 63/17 107/11 148/1 155/3 158/17 159/13 167/9 214/20
bad [9]  38/10 96/23 135/18 171/4 189/2 191/3 193/17 205/20 206/10
Baden [1]  104/17
badly [1]  57/22
ball [1]  227/24
bank [9]  45/4 48/18 88/20 94/6 94/13 97/23 129/14 173/19 176/23
banks [5]  92/22 92/24 94/6 97/21 129/14
Bansbach [2]  48/13 236/22
Barbara [1]  160/14
Barely [1]  79/22
bargain [1]  222/5
Barry [2]  18/23 37/11
base [2]  30/15 59/21
baseball [1]  189/11
based [24]  3/9 57/22 104/11 107/20 136/7 190/9 204/6 204/25 214/24 224/2 234/13 248/2
basic [1]  226/12
basically [11]  20/5 23/20 54/25 179/12 179/14 188/18 188/20 203/18 206/14 233/16 253/23
basis [3]  26/10 224/22 228/24
Bassell [5]  142/2 142/4 199/6 199/17 240/19
bathroom [1]  57/22
battery [5]  46/25 54/1 54/21 162/2 162/7
Baylor [1]  74/3
BBA [1]  175/5
Beach [68]  1/7 1/20 1/25 32/17 34/17 36/21 37/12 42/15 45/23 48/21 49/4 49/11 52/13 53/21 57/19 65/6 65/7 66/8 71/6 73/17 73/21 83/14 89/1 95/6 101/22 103/20 107/7 108/12 121/6 121/10 121/23 123/22 123/23 128/9 128/13 129/4 130/18 130/19 139/1 142/4 142/6 144/14 147/16 150/15 154/22 155/16 155/19 158/14 158/14 159/11 160/14 161/3 163/15 166/15 166/15 167/5 169/8 173/6 173/11 174/7 176/2 181/16 181/17 181/21 183/9 183/11 197/24 200/9
bear [4]  14/17 91/13 208/1 208/7
because [116]
beer [2]  39/10 224/15
before [75]  1/12 4/22 6/9 9/4 11/20 14/12 14/19 15/23 15/24 16/4 16/7 16/9 16/23 22/8 24/8 25/9 25/11 26/4 32/7 34/12 34/23 38/4 42/16 42/22 42/23 45/2 49/9 51/4 51/6 51/20 51/22 53/24 57/4 62/5 63/9 65/10 71/12 74/4 77/9 80/22 80/25 88/25 94/11 104/15 107/12 107/25 112/19 121/13 123/23 125/14 127/5 128/20 129/10 134/14 139/9 140/11 158/23 159/15 160/21 161/14 167/13 169/13 173/14 175/6 175/20 180/22 181/4 181/23 182/2 200/22 200/25 240/13 241/1 249/10 251/1
begin [1]  2/16
beginning [2]  87/5 91/19
behalf [8]  2/9 2/13 6/23 7/16 89/8 89/8 164/2 194/15
behind [4]  195/24 196/1 217/15 227/24
being [71]  7/17 8/16 11/14 12/1 12/11 18/5 27/9 27/17 36/2 40/3 45/9 47/21 53/13 55/7

60/11 61/16 63/12 64/13 68/17 78/6 78/22 79/5 82/20 83/4 98/11 109/25 111/11 111/12 113/20 113/21 132/3 133/8 134/25 136/11 137/3 146/17 146/19 146/24 147/6 151/1 154/14 156/4 157/5 163/3 164/11 164/24 173/15 175/19 179/9 182/1 182/14 184/11 186/10 187/17 192/7 195/14 212/12 213/19 220/7 234/20 234/20 239/4 241/8 241/19 242/12 244/22 245/22 246/7 249/2 249/3 253/4
belief [1]  196/14
beliefs [1]  98/10
believability [1]  186/25
believable [2]  186/19 190/16
believe [62]  7/6 21/5 40/1 50/24 51/5 59/14 59/20 61/21 68/12 74/11 75/24 76/21 85/9 95/3 104/1 106/22 120/23 121/13 127/25 129/25 130/9 134/19 137/4 141/1 150/25 153/18 158/1 158/5 161/8 161/22 166/21 172/24 177/6 177/12 177/13 180/21 192/21 195/19 196/3 197/18 205/18 205/21 207/12 209/20 210/8 210/11 212/19 216/6 217/16 219/8 219/17 219/18 220/1 221/4 222/5 224/2 227/3 228/4 228/5 228/7 232/25 251/19
believed [1]  193/9
believes [4]  5/12 10/16 137/2 231/5
believing [1]  213/14
bell [2]  92/3 201/9
bell-shaped [1]  92/3
bench [1]  47/13
benefit [7]  18/4 194/18 194/21 195/10 195/12 195/15 228/6
Bernard [1]  128/8
Besides [1]  135/3
best [11]  4/15 4/18 11/16 12/14 15/22 19/23 20/2 91/7 105/5 110/17 245/9
better [2]  11/12 102/18
between [7]  6/4 7/21 148/4 149/8 209/24 214/10 233/10
beyond [18]  8/6 26/1 26/7 26/18 27/7 28/11 28/15 29/9 72/25 73/1 98/8 149/10 149/12 149/20 206/3 216/12 216/16
BFA [1]  148/3
bias [16]  39/5 43/8 135/13 135/15 135/18 136/7 136/9 137/9 138/1 138/6 138/15 138/17 138/19 195/2 223/15 225/16
biased [11]  134/22 134/24 169/19 213/14 221/22 223/13 223/19 223/20 223/23 223/25 224/2
biases [1]  135/22
big [8]  101/19 107/10 109/5 152/16 183/1 209/15 230/16 248/10
biggest [1]  38/17
billion [1]  92/1
bills [3]  121/21 159/19 160/2
biotechnology [1]  167/11
bit [10]  8/11 8/14 8/21 10/22 10/23 21/20 34/25 184/19 219/24 253/5
bitch [1]  204/20
bitter [1]  69/9
Black [1]  201/2
Blanc [6]  130/13 130/17 221/1 221/2 221/4 221/9
blocks [1]  91/21
blood [1]  130/23
board [11]  107/7 128/13 197/20 197/25 198/6 198/19 199/9 199/11 200/10 200/13 200/17
boards [2]  93/12 199/24

boat [5]  38/16 148/11 150/4 150/6 175/10
boating [2]  175/9 177/19
boats [2]  38/19 38/23
Boca [19]  21/22 22/12 41/8 61/24 79/25 88/18 100/19 100/20 100/20 100/23 112/7 112/8 134/10 144/15 144/15 174/25 175/2 176/2 202/10
bodily [2]  148/6 149/4
Boliek [1]  201/3
bono [2]  46/1 47/10
books [5]  187/12 198/2 198/11 198/13 199/14
born [3]  52/13 169/8 173/5
borrower [3]  87/25 94/1 94/12
borrowers [4]  89/17 93/3 93/6 93/7
Boston [3]  139/3 139/23 231/9
both [29]  3/4 3/11 36/4 40/10 40/11 53/1 53/3 86/5 94/20 96/15 103/4 104/5 156/9 156/10 160/17 160/22 161/23 166/15 176/3 218/8 218/11 222/10 227/1 239/1 239/2 239/4 243/5 251/13 252/3
bother [1]  49/20
bottom [1]  196/16
bought [1]  121/23
Boutros [5]  167/2 167/4 242/8 242/14 242/22
boyfriend [1]  49/11
boyfriend's [2]  50/9 50/15
Boynton [8]  32/17 36/21 49/4 52/12 57/19 144/14 158/13 167/5
boys [1]  133/16
bracketing [1]  220/21
Bradford [2]  37/13 38/2
brand [1]  173/17
Brass [5]  107/2 107/3 120/23 239/16 245/18
break [8]  58/3 59/24 101/7 103/10 109/9 153/8 177/6 184/19
break-in [2]  103/10 153/8
breaks [4]  60/2 64/19 248/20 248/21
Brian [2]  201/4 202/7
brief [3]  184/24 184/25 217/25
briefly [5]  12/16 14/4 198/21 214/17 232/12
bring [21]  2/17 4/22 6/9 61/7 61/10 91/2 105/20 119/17 134/16 135/12 185/12 212/8 215/20 216/7 220/8 220/12 224/10 232/9 244/6 248/15 253/10
bringing [2]  28/5 212/21
Brio [1]  172/6
Broad [1]  89/19
broke [1]  51/24
broken [22]  22/11 51/24 124/5 142/15 173/16 175/25 182/2 183/17
broker [8]  101/19 176/9 193/16 193/17 203/18 204/16 204/24 223/20
broker-dealers [1]  203/18
brokerage [5]  175/2 176/17 193/18 250/3 251/25
brokers [2]  187/14 187/24
brother [22]  55/23 56/3 56/7 65/14 67/23 74/9 75/12 76/8 76/13 89/23 95/18 96/1 102/1 104/8 106/17 124/5 126/9 127/9 148/11 150/7 150/22 153/11
brother's [3]  56/11 150/4 162/13
brother-in-law [6]  74/9 75/12 76/8 76/13 150/22 153/11
brothers [5]  65/19 68/5 69/1 77/6 161/2
brought [14]  7/23 8/1 13/7 13/9 62/7 69/7 88/11 105/18 162/8 180/13 187/17 193/15 208/1 208/7
Broward [4]  61/25 80/1 150/23 153/12
buck [1]  168/3

**B**

Budimir [1]  201/12
Buffet [1]  210/11
builders [1]  108/4
building [6]  71/4 94/3 139/8 202/10 233/3
  233/10
Bunes [1]  201/3
burden [29]  3/15 28/3 28/4 28/7 28/24 29/2
  29/5 29/13 29/13 29/19 29/24 30/3 30/4 30/5
  30/21 33/4 33/11 72/24 72/25 73/1 102/5
  102/19 140/17 149/8 149/12 149/16 215/22
  216/9 216/16
burden's [3]  28/23 29/9 29/17
burdened [1]  241/8
Burdette [7]  42/12 42/14 198/17 198/18
  201/25 225/25 229/23
burglarized [2]  135/6 184/12
burglary [2]  73/5 144/7
Burman [1]  44/22
bus [1]  81/2
business [28]  21/25 23/8 37/16 56/20 88/23
  100/9 107/16 108/3 122/16 124/1 129/8
  131/11 131/24 132/15 136/3 160/18 168/9
  168/10 175/3 176/17 178/25 179/13 179/17
  189/16 206/24 229/7 246/12 246/24
busy [3]  23/21 90/21 167/22
but -- I [1]  177/12
buy [3]  19/8 19/22 156/6
buying [2]  19/19 19/21

**C**

C-u-t-t-e-r [1]  201/4
Cadillac [1]  173/9
calendar [1]  48/3
calendars [1]  48/8
California [6]  37/23 45/5 57/1 71/9 120/2
  232/21
called [29]  5/22 13/12 13/16 13/19 22/1
  25/19 28/3 28/11 72/22 91/24 118/20 118/21
  122/3 125/13 125/14 125/15 129/12 135/24
  147/21 150/18 164/14 194/2 194/7 200/5
  200/18 209/3 209/3 209/10 250/14
calling [7]  5/4 113/24 118/14 118/19 158/19
  231/25 246/4
calls [1]  166/1
calm [1]  143/18
came [7]  90/2 92/1 92/4 92/4 161/5 250/6
  251/17
camper [1]  188/19
can't [24]  11/25 30/20 31/20 36/13 52/3
  71/21 74/20 82/3 97/23 114/1 115/18 115/19
  118/23 122/12 132/22 155/12 174/1 191/20
  206/13 212/24 213/25 220/11 234/7 234/19
Canada [1]  22/4
cancer [4]  121/22 147/19 147/24 159/1
candidate [1]  142/10
cannot [17]  11/8 26/22 27/13 30/11 30/12
  30/14 30/19 31/1 31/1 31/14 38/15 45/12
  136/2 154/13 218/12 226/22 247/16
capacity [12]  86/15 87/9 89/6 89/10 89/14
  91/1 91/20 92/12 92/25 93/8 94/5 167/6
capital [1]  201/5
captain [1]  38/2
car [18]  22/11 51/23 53/13 54/2 57/10 65/11
  65/14 65/16 65/16 67/23 81/7 101/25 124/3
  142/15 169/14 173/11 173/17 183/15
card [5]  51/25 97/22 164/1 176/1 246/12
cardiology [1]  159/12
cards [1]  189/6

care [10]  56/21 58/3 64/19 70/12 164/7
  164/21 164/22 166/3 166/25 181/19
careful [1]  44/12 96/22
carefully [1]  197/17
Carolyn [1]  173/4
carry [4]  76/15 78/11 81/22 244/7
Carter [2]  201/3 201/12
case [356]
cases [40]  16/17 16/18 16/20 16/22 25/14
  39/14 45/13 46/10 46/16 46/23 47/12 53/2
  53/10 69/23 89/21 90/14 90/16 90/23 93/12
  103/4 103/8 106/5 114/2 118/24 122/23
  124/24 126/1 126/3 126/7 148/5 148/8
  151/15 151/18 151/22 152/9 152/18 160/22
  161/19 161/25 240/14
cash [1]  44/13
casino [2]  4/25 5/9
Cassel [1]  89/19
Cat's [1]  200/5
catch [1]  161/6
category [1]  20/12
Catholic [1]  200/13
caught [1]  90/7
cause [63]  22/25 27/1 47/3 47/16 50/24 56/7
  66/20 67/1 69/23 96/24 106/19 106/22
  127/22 127/25 130/6 130/9 137/4 137/23
  140/4 149/25 152/4 152/9 153/3 156/7
  157/21 158/1 158/5 166/18 166/21 172/21
  188/11 190/7 190/17 218/8 218/9 219/2
  219/19 219/20 221/7 221/9 222/3 222/23
  223/10 224/1 224/6 224/11 225/20 225/21
  225/23 227/2 227/8 227/17 228/3 228/7
  228/16 228/19 228/23 228/25 229/16 230/15
  231/5 239/1 239/10
caused [2]  20/9 109/18
causing [1]  78/17
caution [4]  195/11 195/17 195/20 197/16
caveat [1]  3/25
celebrating [1]  169/22
cellphone [1]  22/13
cellphones [1]  109/11
Center [2]  49/5 172/4
cents [1]  92/9
certain [9]  3/23 8/2 25/13 46/1 93/19 182/10
  183/3 195/3 198/8
certainly [3]  11/11 12/3 136/1
certificate [5]  123/25 125/5 125/6 129/9
  254/17
certification [1]  163/20
Certified [1]  254/19
certify [1]  254/19
cetera [2]  56/21 216/8
Ceus [3]  115/12 115/13 117/6
CFO [2]  198/13 202/2
chairman [1]  199/9
chairs [2]  2/24 6/15
challenges [1]  239/1
Chamber [1]  199/10
chambers [1]  199/12
chance [4]  119/22 119/24 120/1 147/25
change [7]  34/10 191/17 191/20 206/5 211/1
  211/9 211/10
changed [1]  192/2
chapter [1]  23/23
charge [12]  40/22 62/22 76/9 81/10 81/12
  89/25 95/18 126/10 126/16 141/8 141/15
  214/13
charged [32]  5/8 22/10 25/20 30/1 41/23
  44/1 44/8 45/5 54/1 55/7 56/8 57/14 68/24
  69/17 75/14 75/15 75/17 81/7 108/8 108/20

123/11 126/15 129/13 139/11 141/6 141/24
  142/14 148/11 167/17 177/25 181/25 213/19
charges [23]  8/1 8/3 13/7 13/8 25/22 25/23
  26/1 26/16 26/23 27/16 28/5 28/8 28/21 68/5
  81/15 105/20 109/12 135/1 135/4 140/17
  187/17 194/16 212/21
charging [2]  12/18 46/7
charity [2]  5/25 6/2
Charles [3]  1/21 2/12 10/4
chased [1]  189/17
cheated [1]  193/12
check [1]  221/15
checking [1]  175/24
chef [1]  51/19
chief [3]  48/18 104/8 106/17
child [17]  65/21 69/5 69/17 70/1 70/2 70/11
  80/4 102/16 103/22 147/18 148/7 148/10
  149/5 149/15 149/23 175/4 183/12
childcare [1]  70/14
children [46]  22/1 36/17 36/18 37/15 41/12
  42/19 48/19 49/6 51/15 53/22 62/2 62/24
  65/8 68/16 71/8 74/17 77/8 83/19 88/21
  98/20 100/18 101/20 102/15 107/8 111/24
  111/25 112/1 112/13 121/8 123/25 129/7
  130/20 134/13 139/4 144/21 145/4 154/5
  154/24 158/16 165/20 167/8 167/9 169/10
  172/6 173/10 181/21
chockablock [1]  38/20
choice [1]  243/4
choose [1]  19/8
chooses [11]  30/7 30/10 30/15 30/18 30/18
  30/25 31/5 31/7 31/19 31/23 137/16
chose [9]  19/12 20/19 32/4 32/12 34/4 34/6
  81/13 81/14 81/15
chosen [9]  10/12 10/14 17/23 18/11 25/16
  25/22 137/24 167/23 187/24
Christian [3]  41/8 73/19 154/4
Christina [1]  201/12
Christopher [2]  208/6 208/8
church [1]  173/8
circumstance [1]  196/25
circumstances [6]  27/1 195/18 196/4 197/11
  206/8 222/4
circus [1]  167/21
citizen [1]  98/16
citizens [2]  214/7 249/4
city [8]  56/25 57/19 71/11 100/18 100/24
  112/5 121/9 205/19
civic [2]  7/20 12/8
civil [13]  16/20 40/16 53/2 54/9 58/9 72/11
  72/12 72/20 149/1 149/7 149/9 149/11
  189/15
claim [3]  8/1 193/15 203/9
claimed [1]  224/13
claiming [2]  136/15 242/9
claims [3]  136/14 137/3 157/2
Claire [1]  201/14
clarification [2]  224/8 224/25
clarified [1]  224/23
clarify [4]  217/2 220/15 229/5 232/9
Clark [2]  9/16 201/4
class [4]  54/3 84/4 84/12 245/14
classified [1]  155/11
clear [6]  15/19 157/7 169/3 215/25 216/9
  216/11
clearly [5]  98/7 98/24 107/19 224/1 226/18
Clematis [1]  1/24
clerk [4]  124/19 124/20 125/2 125/3
Cleveland [1]  154/25
client [2]  9/5 210/18

**C**

clients [1] 108/5
clinic [5] 47/9 77/5 77/5 78/11 154/25
clinical [2] 6/5 167/25
clinics [3] 78/3 78/5 182/12
close [38] 4/25 6/4 22/10 34/20 35/17 55/21
57/15 62/9 62/13 65/24 80/8 80/8 81/4 90/4
90/20 91/20 104/7 104/7 107/16 122/8
134/25 135/3 135/10 142/16 154/11 160/24
167/16 169/15 175/11 175/12 179/17 181/24
182/3 183/19 186/9 187/5 187/6 211/21
closed [3] 57/6 58/4 92/2
closely [1] 219/11
closing [3] 89/13 93/20 162/9
Club [1] 101/22
CNA [2] 144/17 144/18
co [1] 9/13
co-counsel [1] 9/13
coach [1] 62/1
coast [2] 56/1 101/20
Colacurcio [8] 174/21 174/24 187/10 202/6
203/19 206/23 223/12 224/1
Coleman [1] 44/23
collar [1] 90/15
collateral [1] 94/5
colleague [1] 196/16
colleagues [1] 48/4
collection [1] 92/10
college [18] 41/14 48/20 48/22 49/6 51/18
53/23 62/25 65/9 88/22 107/11 142/6 144/22
145/7 154/6 159/14 173/13 181/22 183/14
colonel [1] 38/1
Columbia [1] 58/11
comes [7] 5/20 23/10 83/6 97/23 120/2 141/2
164/19
comfort [1] 95/25
comfortable [5] 117/21 147/6 147/7 147/9
147/11
coming [13] 23/14 59/15 91/9 98/19 113/16
119/5 128/1 143/4 146/9 158/6 197/2 214/18
247/25
Commerce [1] 199/10
commercial [6] 87/16 89/16 94/2 94/8
160/18 198/24
Commission [5] 187/7 191/7 191/10 193/23
207/17
commissions [1] 134/19
commit [3] 5/7 12/24 13/4
commitments [1] 11/18
committee [3] 143/10 197/21 198/5
Commodities [1] 191/10
commodity [1] 176/18
common [1] 202/2
communicating [1] 110/19
community [3] 12/9 77/10 108/24
companies [4] 13/21 13/22 60/4 87/18
company [36] 13/12 13/14 13/15 13/18 13/19
18/18 18/25 19/16 19/18 20/9 20/10 20/12
20/14 21/7 22/3 37/18 37/20 38/22 39/3
42/18 62/7 71/10 84/3 87/6 87/8 87/14 88/3
88/8 88/10 104/17 109/14 155/1 169/9
175/10 175/14 197/21
compensate [2] 107/18 160/6
compensated [1] 160/3
compensation [1] 64/7
complaints [1] 179/9
complied [1] 252/10
comply [1] 252/24
component [1] 196/19

compound [1] 216/15
computer [5] 37/20 73/25 103/23 155/20
173/18
computers [1] 247/23
concept [1] 31/6
concern [3] 31/11 66/2 137/10
concerned [2] 70/14 108/15
concerning [1] 232/5
concluded [4] 19/22 91/3 113/15 118/10
conclusion [1] 225/18
conclusions [1] 181/4
conduct [2] 157/3 157/13
conducted [1] 156/3
conducting [1] 3/2
conducts [1] 138/10
conference [4] 85/12 113/15 118/10 233/12
confident [2] 146/22 147/8
confirm [2] 232/21 235/16
conflating [1] 208/24
conflict [2] 48/9 48/9
confusing [2] 140/15 208/23
confusion [1] 249/15
Congressional [1] 39/7
congressmen [1] 39/8
connection [3] 6/4 6/6 88/12
conservative [4] 90/19 98/10 98/11 228/15
conservator [1] 89/9
consider [14] 12/3 12/13 12/20 13/8 23/7
30/11 30/19 31/8 186/17 194/22 194/24
196/9 196/17 197/16
considerable [3] 14/10 94/19 151/1
consideration [3] 12/14 44/18 195/15
considered [4] 19/24 51/16 195/11 245/25
considering [3] 19/17 19/19 219/13
conspiracy [2] 12/24 13/4
Constitution [3] 190/23 225/13 225/13
constitutional [6] 10/11 10/13 30/1 30/7 31/5
137/16
constraint [1] 230/9
construction [3] 71/5 72/7 202/9
consultant [2] 122/16 175/1
Consulting [1] 84/11
consummated [1] 91/3
contact [4] 60/9 60/12 110/1 120/11
contingencies [1] 160/25
continue [2] 60/17 246/1
continued [2] 46/2 229/10
contract [1] 92/5
contractor [2] 71/11 128/10
contractors [2] 92/5 93/11
contracts [1] 92/7
contribute [1] 156/6
conversation [1] 16/3
conveyance [1] 94/15
conveyed [2] 93/13 94/13
convicted [7] 76/5 76/8 89/2 122/4 122/18
141/8 163/23
convince [4] 25/25 30/21 137/2 140/22
convinced [1] 165/8
convincing [3] 215/25 216/9 216/11
cooperating [2] 194/17 194/19
cooperation [4] 61/16 110/7 120/22 186/9
cooperators [1] 185/16
coordinating [1] 90/25
coordinator [1] 83/15
copy [4] 3/8 250/17 251/11 251/18
Cornell [1] 160/20
corporate [2] 37/13 80/4
corporation [1] 89/6 89/9 94/24 136/11
136/16 160/23 162/9 181/19 197/21 197/24

198/9
corporations [2] 134/22 136/9
Corps [2] 37/25 39/6
correct [40] 18/15 21/14 33/7 48/13 48/14
53/2 55/9 59/22 67/17 74/25 76/5 77/22
81/17 111/22 117/9 120/24 127/16 132/20
133/5 133/6 136/12 136/13 137/13 139/23
140/2 140/22 149/3 149/21 156/23 156/24
157/18 178/12 191/25 207/7 217/13 232/23
232/24 244/3 250/23 254/20
corrections [2] 150/22 153/12
correspondence [1] 252/17
cosmetologist [1] 128/14
cost [1] 168/23
couldn't [10] 169/21 182/6 191/25 209/12
209/17 211/3 222/19 223/3 223/19 223/23
counsel [12] 1/21 2/7 2/12 9/13 9/13 10/4
60/6 118/1 251/24 252/2 252/12 252/18
counseling [1] 75/24
count [3] 13/4 52/14 204/13
counter [1] 194/3
country [13] 6/3 25/14 30/2 34/16 50/2 92/11
98/16 98/19 133/17 133/21 133/21 169/24
214/7
counts [6] 12/25 13/1 13/2 13/3 65/13 65/20
county [45] 34/17 37/12 45/23 48/21 49/11
49/14 52/17 52/17 53/21 61/25 63/21 73/18
73/21 80/1 83/14 89/1 95/7 107/7 108/13
121/6 121/14 121/23 123/24 124/18 128/9
128/13 139/1 142/5 150/23 154/22 155/16
155/19 158/14 160/15 161/3 163/15 166/15
166/15 169/8 172/10 172/21 173/6 176/2
183/11 197/24
couple [15] 4/19 5/14 7/5 62/12 65/22 78/9
80/9 83/1 179/2 187/14 206/22 206/25
208/15 229/18 240/14
course [9] 24/20 63/2 66/15 108/23 110/25
138/16 139/14 215/24 221/5
court [44] 1/1 1/24 2/1 7/8 15/17 45/14 53/3
57/24 63/21 91/1 91/8 92/13 117/13 124/22
131/19 142/23 151/21 152/24 156/18 179/2
184/18 205/16 208/20 212/18 215/9 215/21
217/10 219/11 219/24 225/6 226/7 226/15
243/16 243/20 249/13 249/14 249/22 249/25
250/15 250/16 250/25 251/1 251/10 251/12
Court's [5] 186/1 203/6 216/13 217/3 229/25
courtesy [1] 80/2
courthouse [5] 60/8 92/14 121/14 123/24
124/16
courtroom [25] 2/24 7/11 10/7 15/11 17/5
17/19 26/23 60/18 61/12 110/5 110/9 120/17
125/2 125/3 185/7 186/4 212/2 232/13 235/4
244/9 246/19 248/1 248/9 248/9 249/7
courtroom's [1] 248/10
courts [1] 89/18
cousin [7] 89/12 175/14 177/24 177/25 180/2
188/6 188/7
cousins [3] 166/13 166/14 166/14
cover [5] 3/11 3/14 182/9 182/10 183/2
covered [2] 14/5 186/12
covering [2] 3/17 207/4
coworkers [1] 182/10
Cox [2] 208/6 208/8
CPA [1] 93/18
CPE [1] 1/23
CR [2] 1/2 2/6
Crafts [1] 129/6
Cranford [1] 201/14
crazy [2] 43/3 165/13
create [1] 93/25

**C**

created [1] 93/14
creates [1] 109/15
credibility [5] 40/3 186/25 195/6 195/25 214/12
credible [3] 157/16 186/18 190/15
credit [4] 51/25 52/19 176/1 189/6
credits [1] 89/22
Creole [5] 110/22 111/14 111/15 115/24 115/25
Crew [1] 56/25
crime [35] 22/10 22/11 25/20 30/2 34/21 35/15 38/7 44/8 45/6 49/11 51/23 52/19 57/15 71/16 74/10 77/12 80/9 83/22 89/2 90/4 90/15 102/3 107/15 108/20 117/17 124/8 129/13 135/5 139/12 148/11 167/18 169/16 172/9 173/16 182/1
crimes [14] 5/7 25/21 46/24 52/5 55/8 68/24 122/8 135/8 159/16 167/17 174/15 212/12 213/2 213/20
criminal [37] 1/17 7/25 8/2 9/12 10/2 25/14 25/20 28/4 28/11 40/15 40/17 45/20 47/6 47/9 58/9 72/11 72/23 88/25 92/22 95/5 96/11 124/18 125/10 125/16 149/2 149/9 149/19 151/9 151/12 151/15 151/17 151/22 152/8 152/18 152/20 160/22 189/23
criminally [1] 81/8
criminals [1] 205/20
Cripps [5] 84/21 84/25 86/17 120/9 233/10
Cripps' [7] 85/8 85/12 119/22 119/25 220/12 232/22 233/1
Critton [1] 44/23
cross [1] 4/10
cross-examination [1] 4/10
crossed [1] 97/1
CRR [2] 1/23 254/25
cruise [4] 169/23 171/23 230/4 230/6
Crystal [1] 94/11
culinary [1] 51/19
curious [2] 53/15 254/9
current [2] 98/14 192/3
currently [27] 13/13 55/7 57/17 65/21 71/5 83/14 84/3 84/12 90/9 90/24 107/5 123/22 124/1 124/9 129/5 132/9 134/11 134/12 142/12 154/21 173/19 174/3 176/14 181/21 199/12 200/12 200/17
curve [1] 92/4
custody [2] 139/5 139/11
customer [1] 121/7
cut [1] 196/14
Cutter [1] 201/4

**D**

D'Attrice [1] 181/15
D.C [3] 57/5 73/24 189/11
dad [2] 124/8 166/3
dad's [1] 166/2
Dade [3] 155/6 157/21 199/10
daily [1] 210/8
Dairy [1] 1/22
damages [5] 58/20 65/12 65/17 167/15 168/17
Dan [1] 9/21
Daniel [3] 16/16 44/20 226/5
Danielle [1] 169/7
Daphne [1] 201/9
data [1] 6/5
database [1] 156/15
date [2] 171/12 252/20

Dated [1] 254/22
dating [1] 50/20
daughter [12] 17/9 71/8 101/21 107/8 121/8 139/6 142/8 142/25 143/16 147/18 154/24 183/12
daughter's [1] 200/13
David [2] 201/13 202/1
days [34] 4/2 7/5 9/20 11/6 11/8 11/11 11/14 11/16 11/22 12/7 25/2 38/25 39/2 46/3 49/19 62/17 74/15 91/6 91/9 91/9 94/2 99/12 99/13 99/14 99/18 102/19 121/15 135/5 136/2 143/19 148/16 164/16 168/3 240/25
DC [1] 1/18
deal [14] 3/12 5/19 64/24 110/15 124/24 152/18 156/7 179/19 196/14 196/15 210/10 252/8 252/8 254/2
dealer's [1] 148/12
dealers [2] 193/24 203/18
dealership [2] 173/9 173/11
dealing [2] 92/20 210/8
dealings [6] 13/18 18/19 88/2 187/8 191/6 233/5
dealt [4] 11/16 13/21 39/7 98/17
dear [1] 90/19
debt [1] 5/6
debts [1] 194/9
deceased [2] 6/1 121/20
decide [16] 8/4 10/20 129 18/15 76/10 105/17 105/18 105/19 145/14 157/16 195/14 195/19 196/23 211/18 247/25 248/2
decided [2] 209/15 247/14
deciding [7] 18/4 18/10 19/3 30/11 31/9 39/25 150/1
decision [28] 8/9 14/8 20/6 30/16 30/17 30/24 31/2 32/24 33/1 47/23 59/1 59/20 59/21 76/19 81/19 86/23 88/13 94/14 138/11 146/4 146/7 157/17 190/21 197/18 233/18 234/5 234/12 247/20
decision-making [1] 31/2
decisions [5] 45/15 46/7 185/1 198/6 203/1
deep [1] 108/22
default [1] 94/1
defend [1] 143/4
defendant [5] 1/7 1/19 10/2 28/6 225/3
Defendant's [1] 252/4
defendants [1] 47/10
defending [3] 135/13 138/11 142/21
defense [24] 2/13 2/20 6/7 47/10 60/24 83/16 85/5 118/7 143/12 151/18 155/11 180/11 216/12 236/7 236/24 237/18 239/9 239/15 239/18 240/19 241/5 242/1 242/7 242/23
definitely [3] 102/7 102/19 214/5
definition [1] 28/13
definitive [1] 234/20
defrauded [1] 206/14
degree [29] 22/6 37/23 41/14 44/25 49/8 51/21 57/2 62/4 74/1 74/2 77/21 88/23 124/1 125/4 128/15 129/8 142/8 142/9 142/10 148/2 150/17 151/25 155/3 160/20 163/18 167/10 169/10 169/11 172/7
delay [1] 171/20
Delhome [9] 25/9 34/13 34/16 236/1 236/4 236/4 236/5 236/6 245/17
deliberate [2] 58/5 247/20
deliver [1] 179/8
delivered [1] 251/7
delivering [2] 178/23 207/9
Delray [4] 49/5 103/20 173/11 183/9
demonstrates [1] 211/5
denied [1] 8/2

dental [1] 77/22
dentist [2] 77/4 77/21
dentistry [1] 77/21
dentists [2] 78/7 78/10
deny [2] 225/20 225/23
department [22] 1/17 9/11 26/25 49/5 57/20 62/22 65/7 66/8 124/10 127/20 128/13 130/1 156/3 157/21 158/5 163/25 166/16 172/10 192/1 203/9 203/10 203/11
departure [1] 171/21
depend [3] 39/4 164/8 165/12
depending [3] 3/3 10/19 11/6
depends [1] 211/4
deported [5] 124/6 126/10 127/4 127/5 127/9
deposition [4] 43/21 250/13 250/19 250/20
depositions [2] 43/1 43/22
Depot [2] 36/21 80/4
depth [1] 148/12
deputy [1] 172/10
description [3] 57/22 104/11 107/20
deserved [1] 134/21
design [3] 108/5 169/9 169/11
designer [1] 41/10
desire [1] 5/7
despite [4] 86/6 191/3 214/19 225/22
detectives [1] 176/3
determination [1] 8/22
determine [5] 8/10 8/12 14/17 40/2 195/23
determined [1] 224/16
determining [4] 12/4 19/3 28/14 87/15
device [2] 13/16 107/9
diabetic [1] 248/24
Diagnosed [1] 147/19
dialysis [1] 181/19
dictionary [1] 134/6
didn't [43] 4/20 5/14 23/12 23/12 33/18 33/21 87/8 87/23 92/3 94/25 96/4 96/8 96/25 97/3 136/8 140/23 146/6 168/25 179/8 179/19 189/4 192/21 208/2 208/24 209/7 209/7 209/8 212/15 212/16 215/11 217/6 217/7 218/6 221/25 222/9 222/9 226/22 227/19 242/11 242/12 242/19 245/8 254/8
died [1] 80/9
Diego [1] 71/8
diesel [1] 22/4
difference [4] 86/3 136/17 149/8 202/18
different [6] 112/13 171/5 182/12 192/3 210/24 233/12
difficult [13] 15/11 16/5 62/15 64/17 110/14 143/9 161/15 164/15 168/2 196/7 212/11 213/12 245/6
difficulty [7] 4/17 47/20 110/15 132/20 213/17 234/20 244/22
diploma [1] 101/23
dire [3] 3/2 7/7 217/4
direct [1] 231/7
direction [1] 98/20
directions [7] 49/16 62/19 66/2 122/11 154/13 164/6 174/1
directly [4] 89/22 107/21 248/14 250/5
director [8] 49/5 71/6 89/11 139/2 142/5 154/25 173/8 183/10
directors [5] 93/12 197/20 197/25 198/6 198/19
disabilities [31] 22/15 35/23 43/7 45/9 49/15 52/2 52/22 54/5 57/21 66/1 74/3 74/14 83/24 90/17 104/10 107/17 122/10 124/11 129/16 135/11 142/18 148/14 154/11 159/17 161/8 164/5 169/18 172/11 173/24 182/4 183/20
disability [3] 56/21 77/13 139/15

**D**

Disability's [1] 176/6
disabled [1] 166/2
disagree [2] 47/22 81/11
disaster [1] 166/2
disbarred [2] 90/8 97/7
disbelieve [2] 40/1 59/20
disclose [1] 86/9
discount [1] 196/13
discounted [1] 197/2
discourteous [1] 60/11
Discover [1] 176/1
discovery [2] 45/14 176/5
discs [1] 124/4
discuss [12] 5/9 26/13 28/3 29/25 60/1
109/10 185/2 211/25 247/6 247/16 247/16
247/21
discussing [1] 247/11
discussion [2] 30/3 107/19
dispatcher [2] 65/7 66/9
disposition [1] 91/25
dispute [2] 122/3 203/8
disregard [1] 137/5
dissatisfaction [1] 180/1
dissertation [1] 142/21
distracted [2] 79/5 219/11
distracting [1] 219/13
distributed [1] 199/15
distribution [4] 84/4 84/7 84/8 84/13
district [9] 1/1 1/1 1/13 48/21 58/10 62/6
63/20 139/2 158/15
distrusted [2] 210/9 210/12
distrustful [2] 210/16 210/20
division [2] 1/17 9/12
divorce [11] 69/10 77/7 78/15 121/17 122/21
142/23 148/9 149/22 175/8 183/15 184/8
divorced [3] 147/17 154/24 175/2
Dixon [1] 92/14
doable [1] 148/17
docket [1] 45/14
doctor [5] 6/1 58/23 167/11 201/22 201/23
doctoral [2] 142/10 240/19
doctors [1] 174/7
document [1] 12/19
documents [8] 91/2 92/17 117/20 117/20
117/21 209/19 252/21 252/25
does [61] 5/1 5/23 16/11 18/17 24/11 26/15
26/19 26/21 27/4 27/8 27/8 27/15 27/17 28/8
28/16 28/17 29/1 29/3 29/4 29/4 29/8 29/16
30/4 30/6 31/4 31/5 31/9 31/15 31/17 33/9
33/14 33/16 34/2 34/3 37/4 37/6 39/16 44/24
63/16 82/10 82/15 84/4 112/22 136/3 147/21
151/13 172/21 202/9 204/12 210/8 211/9
213/12 213/25 226/23 230/11 234/8 240/25
241/5 243/3 243/8 243/24
doesn't [17] 28/16 28/18 28/20 30/20 31/18
31/19 33/5 33/10 103/22 210/3 211/9 224/14
227/8 232/25 241/3 250/22 251/13
doing [13] 6/22 8/25 9/1 11/9 91/17 93/20
93/22 94/7 99/5 109/12 109/18 109/19
192/18
dollar [2] 92/9 210/10
dollars [4] 93/13 93/19 184/12 210/9
domestic [4] 65/22 69/20 122/2 135/4
Domino [5] 61/21 61/24 201/19 237/20
245/18
don't [225]
don't -- you [1] 187/25
done [10] 39/12 39/12 55/24 97/3 142/22

143/21 147/23 152/4 199/20 215/19
Donjohn [2] 32/16 158/13
door [1] 165/2
dotted [1] 90/14
double [2] 20/12 208/18
doubt [20] 8/7 26/1 26/7 26/18 27/8 28/12
28/15 29/10 72/25 73/1 98/8 149/10 149/12
149/20 206/3 216/10 216/10 216/13 216/16
216/18
Douglas [1] 62/20
down [23] 12/21 15/17 16/5 21/12 21/19 22/2
34/18 38/23 52/13 71/3 81/5 82/6 93/4
164/25 173/11 175/21 178/25 188/25 199/9
202/9 208/1 208/7 232/3
downstairs [2] 248/7 249/4
Drakulic [1] 201/13
draw [1] 181/4
drive [4] 1/20 130/18 131/16 143/7
driver [8] 80/3 81/2 81/16 131/12 131/13
131/14 131/25 132/1
driving [4] 41/24 135/2 143/17 172/9
dropped [2] 135/2 135/5
drove [1] 81/7
drug [6] 58/11 58/11 65/20 68/5 89/24 95/18
drug-related [1] 89/24
Drugshire [1] 139/7
due [3] 94/2 150/20 188/17
DUI [20] 43/3 44/1 46/25 54/1 54/21 74/4
74/23 80/9 81/4 107/14 108/8 123/8 124/24
135/1 161/2 162/3 162/13 173/15 174/8
175/20
duly [2] 14/25 247/2
Dump [1] 131/14
during [19] 7/5 10/25 11/8 11/19 14/21 15/4
15/17 60/1 64/19 70/7 90/13 91/2 99/17
109/22 110/25 116/13 135/25 138/15 147/22
duty [6] 54/9 70/10 77/16 102/6 131/15
160/4
DWI [1] 122/5

**E**

e-mail [2] 1/25 250/6
e-mails [1] 90/22
E-w-i-n [1] 201/5
each [11] 8/12 8/21 13/25 59/18 93/9 184/17
202/23 202/25 217/15 222/6 235/18
earlier [7] 24/20 34/10 34/12 59/11 135/12
149/6 217/4
early [6] 24/22 92/25 121/14 148/4 249/20
252/6
easier [3] 101/9 140/21 243/19
Easley [6] 73/15 73/17 238/7 238/11 238/12
245/18
economic [1] 20/6
Edgar [1] 144/13
Edgard [1] 99/23
editorializing [1] 5/10
education [14] 22/7 57/3 62/4 74/1 80/5
121/11 121/12 125/9 128/18 129/7 133/14
133/15 142/11 156/16
educational [11] 51/20 57/2 107/10 142/9
142/10 148/1 155/3 158/17 159/13 167/9
221/5
effect [4] 33/13 234/5 234/19 234/23
Ehrlichman [1] 201/4
eight [6] 56/18 74/20 77/8 164/16 167/9
172/7
eight-hour [1] 164/16
eighth [2] 142/22 143/22
Eisner [1] 201/15

either [25] 16/11 17/25 18/3 18/9 20/20 39/2
103/7 116/13 148/23 149/22 157/20 161/20
180/8 180/9 184/7 187/5 192/21 193/22
193/25 194/1 205/19 212/16 230/15 232/17
239/6
electrical [4] 42/19 71/5 71/11 155/10
electrician [1] 173/12
electronically [1] 251/10
element [1] 3/23
elementary [1] 74/1
elements [1] 228/18
Eleven [3] 128/21 155/5 183/16
eliminated [1] 218/9
Ellen [1] 183/8
else [39] 6/9 17/5 17/19 20/23 21/8 32/8 34/2
46/8 53/7 55/25 66/5 84/15 119/7 120/8
136/3 152/14 164/23 170/1 182/9 183/2
188/14 191/6 193/3 193/9 193/14 197/6
197/14 197/15 198/15 205/5 207/8 208/4
212/16 213/12 219/21 221/11 245/22 248/5
253/13
else's [1] 196/18
elsewhere [1] 60/8
embarrass [4] 8/25 15/6 110/14 146/14
embezzle [1] 96/22
embezzled [1] 90/5
embezzlement [1] 96/17
emotional [1] 79/11
emphasize [1] 12/5
employed [35] 21/23 37/12 41/9 44/22 49/5
51/14 61/25 71/5 88/19 121/6 123/22 124/9
127/19 128/9 128/12 130/19 131/9 139/1
144/15 147/16 150/15 150/16 154/2 154/5
158/14 159/11 160/17 163/15 167/5 167/7
172/4 173/7 175/1 181/18 183/9
employee [5] 34/17 175/16 175/19 178/21
179/5
employees [1] 39/4
employer [6] 54/2 54/8 150/25 151/2 160/6
244/22
employers [1] 247/8
end [18] 11/7 57/10 62/21 63/1 74/7 91/20
169/21 175/17 176/4 210/14 218/13 218/24
223/20 227/3 230/6 239/8 240/17 245/14
ended [4] 95/1 147/20 175/16 175/19
ends [3] 23/17 24/14 245/6
enforcement [92]
engaged [4] 8/2 12/24 92/23 157/2
engineer [3] 22/4 42/19 155/10
engineering [2] 37/20 71/10
England [1] 125/14
English [35] 110/19 110/22 111/4 111/5
111/8 113/18 115/17 115/18 116/7 117/7
117/10 117/23 118/12 118/22 130/25 132/20
133/1 133/13 133/15 133/15 133/21 133/24
146/18 147/3 162/21 162/22 162/23 200/18
217/6 217/13 217/17 221/3 221/16 222/19
223/3
enjoyed [1] 92/18
enough [14] 22/16 81/10 111/5 113/18
118/13 118/22 169/19 179/16 228/19 239/5
240/10 240/23 248/10 252/24
Enterprise [1] 80/3
enters [6] 7/11 61/12 120/17 186/4 232/13
244/9
entire [8] 6/17 28/7 192/15 195/22 198/4
215/11 218/8 240/9
entirely [2] 28/19 195/13
entitled [1] 254/21
entity [3] 87/25 189/5 198/9

**E**

entry [1]  177/7
episodes [1]  138/3
equal [2]  224/21 225/2
equipment [1]  37/17
Equity [1]  251/23
equivocal [1]  234/21
Eric [3]  9/14 129/3 201/15
errors [1]  93/8
especially [4]  15/6 164/16 182/14 213/9
ESQ [1]  1/16 1/16 1/21
establish [1]  5/5
establishment [4]  5/1 194/9 194/11 194/12
establishments [2]  194/10 205/17
estate [13]  54/18 87/15 101/19 101/22
101/23 102/10 102/11 102/17 160/18 160/24
162/9 167/15 168/12
estimate [2]  11/16 254/8
et [2]  56/21 216/8
et cetera [2]  56/21 216/8
ethical [1]  213/11
ethics [2]  212/13 215/18
Europe [5]  43/4 44/11 44/13 108/4 226/1
evaluate [11]  39/17 59/19 99/4 138/9 157/16
195/19 196/5 196/7 196/23 197/17 202/19
evaluating [2]  39/24 94/21
evaporated [1]  188/20
evasion [1]  155/20
even [17]  12/7 36/10 40/6 47/3 51/20 66/19
83/3 110/23 151/24 164/19 209/14 209/17
225/8 226/20 240/22 249/12 252/14
evening [5]  244/8 249/6 253/14 254/13
254/15
evenings [1]  246/23
event [1]  105/24
events [1]  219/12
eventually [2]  188/24 189/23
ever [55]  13/21 13/21 18/17 18/19 18/25 19/2
19/8 34/22 34/23 35/1 35/15 45/3 53/5 57/4
57/7 57/14 57/15 62/9 63/11 71/18 71/23
71/25 92/21 93/15 106/4 119/21 119/24
125/7 148/10 151/21 154/9 156/18 167/17
175/11 176/21 187/5 187/6 187/7 187/8
189/15 191/8 193/9 193/15 193/22 194/6
194/8 197/20 198/1 200/25 203/8 220/9
220/11 232/17 232/22 232/25
Everglades [1]  101/22
every [23]  8/7 11/21 14/1 25/19 28/4 82/9
82/17 92/13 92/13 93/20 97/21 101/5 112/13
114/19 118/15 118/17 118/18 131/17 131/17
131/17 165/6 165/21 198/4
everybody [4]  50/11 146/10 166/24 213/12
everyone [38]  2/2 7/13 7/16 7/23 15/7 18/12
21/13 26/15 26/19 27/4 27/8 27/15 29/1 29/4
29/8 29/12 29/16 30/1 31/4 31/17 34/3 49/13
61/14 101/8 110/11 113/2 113/17 119/15
120/19 186/6 186/21 197/15 197/19 205/13
208/4 243/24 244/11 245/22
everything [18]  15/17 58/23 83/7 107/19
109/20 111/11 116/9 126/12 131/5 132/25
133/8 133/18 146/17 146/19 146/24 157/7
192/3 235/11
everything's [1]  169/3
Evi [1]  201/6
eviction [1]  167/15
evidence [56]  5/12 5/18 5/20 12/20 12/22
13/7 13/9 18/15 25/25 26/4 26/7 26/19 27/7
28/14 28/18 30/13 30/16 30/17 39/17 40/3
72/22 73/3 79/4 79/5 82/21 94/21 99/4

105/16 105/17 105/20 137/1 137/5 140/12
145/23 149/11 157/15 180/19 180/22 181/4
190/9 190/14 190/14 190/20 195/22 206/2
206/3 211/4 211/8 214/23 215/5 215/23
215/25 216/9 216/12 219/14 247/18
evidentiary [2]  47/21 254/2
ex [5]  120/5 120/15 204/13 204/15 204/23
ex-husband [3]  204/13 204/15 204/23
ex-wife [2]  120/5 120/15
Exactly [1]  33/22
exam [2]  23/18 23/23
examination [1]  4/10
examined [1]  224/15
example [4]  91/22 117/12 117/15 155/20
except [5]  57/21 80/14 109/4 150/25 158/21
excess [1]  92/16
Exchange [5]  187/7 191/7 191/10 193/23
207/16
exchanging [1]  6/5
exclusion [1]  8/7
excuse [10]  91/8 113/2 113/8 113/21 114/1
114/7 118/8 118/11 118/23 118/24 230/24
232/6 239/4 241/6
excused [4]  42/23 118/25 240/23 244/19
excusing [5]  118/4 241/1 242/14 242/21
244/24
executive [6]  37/17 37/19 54/17 84/21 183/10
198/5
exercise [9]  10/12 30/7 224/12 236/24 237/14
237/18 237/25 239/15 242/7
Exercising [1]  236/16
exits [5]  60/18 110/9 185/7 212/2 235/4
246/19 249/7
exorbitant [1]  5/11
expect [12]  4/2 6/19 6/25 11/5 14/11 28/25
55/10 73/2 147/23 147/25 193/21 194/13
expected [3]  4/15 11/2 244/13
expecting [4]  29/6 33/12 195/10 195/12
expeditiously [1]  61/18
experience [24]  40/15 40/20 41/21 46/13
46/14 47/15 53/10 72/10 84/18 94/17 96/18
97/9 106/9 106/14 109/2 122/17 123/1 123/5
168/25 171/1 190/6 190/17 191/3 214/20
experiences [4]  8/15 52/16 53/1 88/7
expert [1]  92/12
explain [2]  84/9 220/13
explaining [1]  252/22
explanation [1]  167/19
explored [1]  219/24
express [1]  239/8
expressed [2]  231/23 239/3
expressly [1]  226/21
extended [2]  66/4 105/16
extent [8]  6/6 10/16 85/22 86/19 92/19
182/10 183/3 229/24
external [3]  199/19 199/24 200/19
extra [1]  96/22
extraordinaire [2]  9/14 10/5
extreme [2]  124/4 142/19
extremely [6]  54/8 90/21 161/15 167/22
168/1 168/2
Eye [1]  200/5

**F**

Fabien [1]  130/17
face [2]  2/25 247/1
facilities [1]  107/10
fact [63]  3/22 8/5 12/20 13/6 13/8 20/18
25/25 26/3 26/22 26/23 26/24 28/9 30/4 42/7
43/25 47/2 50/19 55/20 66/18 67/25 73/9

76/7 86/6 96/10 97/18 99/4 106/13 106/18
127/21 130/2 143/25 153/14 157/19 157/25
158/4 162/16 187/20 189/25 190/16 195/8
198/25 204/4 204/23 206/9 206/16 209/19
210/2 213/4 213/6 214/8 215/12 219/25
223/19 223/20 224/21 224/23 225/4 225/21
226/19 228/17 233/18 234/3 234/13
factor [4]  30/13 30/14 31/1 31/11
facts [5]  88/12 156/12 204/6 204/25 215/1
93/14
fail [1]  93/14
failed [3]  92/2 92/20 160/24
failing [1]  78/21
fair [95]
fairly [21]  18/13 39/17 40/6 44/4 44/6 55/16
68/14 75/21 99/4 108/14 123/7 126/22 127/3
141/11 141/13 178/17 190/20 226/9 231/12
235/13 234/17
fairness [1]  229/23
fall [2]  62/8 62/14
false [5]  19/25 97/14 97/15 193/19 209/7
falsified [1]  93/5
familiar [7]  48/8 120/15 186/1 206/25
207/15 207/19 215/21
families [2]  57/20 197/24
family [59]  4/24 22/9 24/4 34/21 35/6 35/17
35/20 38/6 38/8 45/4 50/2 53/25 54/20 57/15
62/9 65/18 68/23 71/16 73/24 77/12 77/17
80/7 81/13 81/14 81/15 84/21 90/4 90/9
104/4 104/5 124/7 127/21 129/12 134/25
139/10 142/13 155/5 158/20 158/20 159/15
159/16 163/22 164/4 167/16 167/16 167/17
169/14 169/17 169/23 171/19 172/9 175/11
175/12 181/24 186/16 187/15 193/25 203/17
247/7
family's [2]  35/8 148/10
far [20]  16/13 22/20 22/25 42/23 70/14 71/18
94/1 104/3 108/14 134/25 135/5 149/14
151/9 167/7 182/1 196/1 206/24 214/2 218/7
226/20
Fargo [4]  88/19 93/23 93/24 93/25
fashion [1]  218/19
father [6]  50/15 104/5 127/14 134/17 158/25
159/4
father's [1]  49/12 68/15 136/7 137/11
father-in-law [1]  159/4
FAU [1]  175/5
fault [3]  57/12 125/23 209/25
favor [12]  18/2 18/14 20/20 33/1 47/4 67/1
94/21 137/6 137/12 140/10 150/20 157/11
favorably [2]  66/21 69/23
favors [2]  25/3 168/23
FBI [5]  57/17 59/3 90/14 97/2 97/10
FDIC [1]  89/12
federal [16]  52/16 52/18 68/8 68/12 68/12
69/1 75/18 89/18 92/13 92/14 105/12 126/16
187/8 191/9 213/8 213/19
Federico [2]  134/10 210/15
feed [1]  93/10
feel [41]  3/5 6/15 16/1 17/24 18/5 18/5 18/6
22/15 26/21 31/8 31/10 31/15 33/2 34/2 34/3
43/8 44/4 64/25 75/20 76/4 96/23 98/2
107/23 109/24 111/9 116/12 117/20 123/7
126/22 127/2 141/11 144/4 146/22 147/6
166/5 167/21 169/18 196/20 196/22 214/1
244/25
feeling [3]  68/13 190/10 208/22
feelings [4]  98/4 107/21 127/8 197/14
feels [6]  26/11 27/12 31/13 31/25 32/8 34/1
fees [1]  150/20
Feidler [1]  201/9

**F**

fellow [1] 212/12
felt [8] 81/10 136/10 149/24 178/17 179/11
193/9 193/11 208/25
Ferrante [5] 14/22 245/11 246/25 248/7
249/4
few [30] 9/20 11/6 11/19 24/6 25/9 33/3
43/15 45/23 46/3 63/3 66/6 77/19 89/21
101/7 101/13 102/18 108/9 110/3 131/6
135/5 136/5 139/20 145/2 148/18 161/17
163/7 202/23 202/24 244/16 248/21
Fidelity [3] 13/16 13/23 18/18
field [10] 22/21 63/6 89/11 91/23 92/6 92/10
94/17 107/9 158/18 164/5
Fifteen [13] 41/20 48/24 62/18 128/22
129/17 145/1 148/15 150/24 155/7 159/18
167/20 169/20 176/7
Fifty [2] 128/8 174/24
Fifty-six [1] 128/8
Fifty-three [1] 174/24
fight [2] 130/21 132/6
fighting [1] 132/4
figured [1] 32/23
figures [1] 223/16
file [2] 189/15 209/4
filed [5] 46/8 173/20 186/2 189/19 209/6
filing [5] 94/3 94/4 97/14 164/2 191/14
filings [1] 90/11
final [7] 23/18 23/23 74/19 74/20 108/6
108/21 109/1
finally [3] 150/8 165/8 168/23
finance [8] 42/17 128/15 164/19 164/23
164/25 228/18 229/5 229/6
financed [1] 6/3
financial [28] 13/20 87/6 87/12 87/13 87/23
89/10 91/20 93/4 93/5 93/9 94/17 102/5
102/19 103/13 160/8 164/18 175/1 175/3
203/22 228/10 239/3 239/9 240/16 240/21
242/15 244/18 244/20 245/5
financially [3] 102/6 241/8 242/9
financials [1] 198/4
financing [2] 87/16 165/3
finder [1] 148/12
fine [14] 58/24 62/16 121/2 129/8 129/9
157/9 196/21 199/14 216/24 217/1 217/8
239/5 243/21 251/14
finish [9] 11/16 11/21 14/7 14/12 15/23 15/24
16/4 16/7 110/6
finished [5] 3/4 14/2 114/23 184/17 186/10
finishing [1] 124/1
Fiona [1] 123/21
fire [2] 50/13 57/20
firearm [2] 124/6 126/10
firm [11] 48/4 84/6 84/18 84/19 150/16 151/4
152/8 175/2 193/18 213/12 233/23
firm's [1] 223/21
firms [7] 89/19 90/22 152/16 152/18 176/20
251/23 251/25
first [47] 11/20 14/19 15/7 18/22 21/11 25/17
26/14 26/19 26/21 27/2 27/15 29/1 29/5
29/16 31/3 31/13 31/16 31/24 32/4 33/17
34/24 36/20 53/4 72/3 112/4 128/14 136/7
142/23 152/19 156/5 197/25 201/20 203/6
204/11 218/14 218/15 218/18 219/1 219/8
227/21 235/25 239/13 239/14 241/9 241/16
246/24 247/9
Fitzwilliam [5] 128/6 128/8 240/5 240/8
245/19
FIU [1] 128/15

five [31] 22/1 34/18 37/14 41/12 46/5 46/22
80/11 80/13 82/3 82/5 82/17 82/18 89/14
92/3 121/6 123/24 124/17 127/6 129/4
130/20 139/5 154/20 158/17 164/11 165/18
165/20 167/9 178/23 179/6 207/23 216/25
five-month [1] 179/6
five-year-old [1] 139/5
FL [2] 1/20 1/22
flag [1] 7/7
Flagler [2] 18/18 48/18
flares [3] 38/10
flew [2] 89/25 95/24
flight [1] 124/15
floor [2] 248/7 249/5
FLORIDA [32] 1/1 1/7 1/25 22/5 22/6 38/16
41/9 50/18 52/15 56/1 56/19 59/5 61/25 71/2
77/3 81/5 93/2 93/19 111/2 130/19 134/14
142/11 144/14 147/15 148/6 149/2 149/5
163/14 174/25 175/14 183/12 199/19
fly [2] 38/24 249/20
flying [1] 50/2
focus [2] 9/17 230/10
folks [2] 9/17 230/10
follow [57] 3/5 3/9 14/3 14/5 15/3 15/4 23/6
25/15 25/18 26/9 29/19 36/8 36/9 38/13
43/10 43/16 45/10 52/2 52/23 54/12 57/23
58/2 62/18 66/2 74/16 79/5 80/14 83/2 84/1
90/20 104/12 107/23 111/1 122/11 135/20
139/16 147/21 149/12 154/13 161/9 164/6
172/12 174/1 182/5 186/14 190/24 202/25
204/1 204/17 206/25 215/7 215/14 216/16
225/13 248/4 248/6 249/4
follow-up [6] 43/16 147/21 204/1 204/17
206/25 215/14
following [15] 7/12 60/18 61/5 61/13 109/16
110/9 112/21 118/3 119/14 120/18 185/9
186/5 212/2 244/10 246/19
follows [2] 30/2 254/4
food [3] 48/20 107/9 133/19
fool [1] 210/18
football [3] 202/12 202/14 202/18
Force [1] 73/23
Ford [1] 52/18
foreclosure [4] 94/3 142/13 143/24 144/1
foregoing [1] 254/19
foreman [4] 40/20 103/25 162/7 173/10
foreperson [12] 42/2 58/14 64/1 67/10 75/2
95/12 121/16 148/23 161/20 162/4 177/14
184/2
forever [1] 95/1
forget [1] 239/13
forgetting [1] 231/22
forgiveness [1] 99/1
forgot [2] 90/13 217/23
form [6] 60/2 109/10 185/2 206/13 211/25
247/17
formed [1] 5/25
former [3] 49/12 50/17 202/17
Fort [4] 37/14 38/4 121/11 178/6
forth [7] 69/10 175/10 175/19 182/13 213/11
218/19 226/6
Forty [2] 222/18 230/2
Forty-one [1] 230/2
Forty-two [1] 222/18
forward [2] 2/17 25/24
fought [1] 131/20
found [14] 39/10 39/11 39/12 42/1 74/5 76/2
93/1 93/3 121/16 178/11 188/19 206/2 206/3
209/4
foundation [1] 189/7

four [27] 38/23 42/15 46/5 46/22 57/11 65/9
66/3 66/14 70/1 90/21 128/13 143/7 144/21
145/4 148/3 164/11 164/11 164/13 165/6
165/9 165/11 165/19 165/19 178/23 179/9
200/10 231/25
four-hour [1] 143/7
four-month [1] 179/6
four-month-old [3] 65/9 66/3 70/1
four-year-old [1] 231/25
Fourteen [13] 41/19 128/21 129/16 142/18
145/1 148/15 150/24 155/6 158/23 159/17
167/19 176/6 183/20
fourth [5] 27/22 27/22 29/22 34/5 128/15
Fowler [1] 89/20
franchise [1] 189/11
Franklin [5] 1/23 16/4 254/18 254/24 254/25
Franklin's [1] 203/13
frankly [1] 5/6
Franks [1] 9/24
fraud [22] 9/12 12/25 13/1 13/1 13/2 93/16
93/16 156/22 157/4 175/15 178/1 189/22
189/23 190/1 193/12 212/13 212/22 213/3
213/9 213/20 224/3 224/14
frauds [1] 156/22
fraudulent [3] 94/14 157/3 157/13
fraudulently [3] 93/13 94/12 156/6
free [3] 6/15 64/25 147/24
frequently [1] 89/17
Fresenius [1] 181/19
freshman [1] 160/19
Friday [3] 143/5 158/25 252/19
friend [11] 4/25 22/10 34/20 96/21 122/8
135/3 157/20 157/23 169/15 170/14 187/6
friendly [1] 60/10
friends [50] 22/13 24/4 35/18 35/20 38/6
43/5 45/3 45/7 50/7 52/21 54/4 57/15 57/17
57/18 59/4 62/9 62/13 65/24 74/13 80/8
80/10 81/4 83/21 102/4 104/7 107/16 108/9
134/25 139/13 142/14 142/16 154/11 158/21
159/16 161/7 163/22 164/4 166/10 167/17
169/15 169/17 173/23 175/12 175/13 181/24
182/3 183/19 186/16 193/25 247/8
front [5] 15/16 16/19 99/1 246/11 246/15
frozen [1] 210/24
full [14] 11/11 38/20 41/9 79/7 144/15 154/2
167/6 167/7 171/18 175/4 181/21 182/7
182/7 183/10
full-time [9] 41/9 144/15 154/2 167/6 167/7
181/21 182/7 182/7 183/10
funds [1] 96/18
further [12] 9/4 26/13 61/19 108/25 112/20
117/25 156/1 175/18 204/9 216/20 225/18
229/16
Future [1] 191/10

**G**

gain [2] 195/5 195/5
Gainesville [1] 142/21
gambled [1] 205/19
gambling [7] 5/1 5/5 194/9 194/9 194/11
194/12 205/17
Gardens [3] 42/15 121/10 159/11
gas [1] 97/22
gastroenterologist [1] 163/16
gate [1] 197/3
gathering [1] 13/25
Gauch [8] 18/23 37/9 37/11 40/15 188/14
193/8 205/23 236/13
Gault [6] 5/25 201/9 202/12 202/13 202/14
202/16

**G**

gave [3]  43/22 139/5 170/19
geared [1]  168/22
gee [2]  18/7 214/3
general [9]  59/11 98/14 98/23 172/6 184/23
 205/16 207/16 252/2 252/17
General's [1]  99/5
generally [5]  3/7 90/17 184/22 207/21
 233/22
generous [1]  244/24
Genghis [1]  97/24
gentleman [14]  15/16 18/22 32/7 32/11 32/13
 113/11 116/11 118/4 149/17 149/17 151/18
 217/16 222/18 223/3
gentlemen [19]  7/14 9/10 10/11 10/10 15/2
 25/7 61/15 98/23 109/8 120/21 184/16 186/8
 200/21 202/20 203/4 211/17 244/12 246/21
 247/4
George [3]  9/15 154/19 201/4
Georgia [5]  69/12 90/6 90/7 91/19 97/1
Germany [2]  108/4 143/10
Gesner [6]  101/13 101/16 101/18 204/15
 239/3 239/10
gets [3]  94/2 213/16 219/23
getting [14]  5/18 23/14 24/9 24/9 24/9 24/23
 28/12 98/6 102/18 175/23 186/9 188/7 207/9
 222/16
Gilfillian [4]  154/18 154/20 242/4 242/6
girl [2]  75/16 81/9
girls [4]  163/17 164/8 165/7 165/10
give [34]  11/1 11/12 11/15 15/9 18/3 18/8
 23/2 23/21 26/5 59/25 62/24 74/6 85/20 97/6
 101/12 107/22 132/23 151/3 156/16 184/19
 186/25 190/18 202/23 214/3 220/2 233/22
 234/2 244/7 250/5 251/5 251/10 252/20
 252/23 254/5
given [11]  3/10 43/11 46/11 113/25 117/13
 202/21 213/2 215/8 217/10 225/4 246/2
gives [2]  204/7 205/2
giving [4]  25/1 209/13 220/5 250/15
glitch [1]  209/24
God [4]  88/20 90/2 92/8 96/6
goes [6]  11/11 39/4 54/9 122/6 218/13 239/13
going [188]
Goldberg [1]  91/5
gone [7]  23/9 23/20 34/11 84/7 151/21
 156/18 171/15
Gonzalez [2]  191/16 191/19
good [117]
Goodman [3]  79/18 109/17 227/13
goodness [1]  122/7
got [40]  14/9 38/23 39/2 39/3 44/14 57/2
 65/16 67/23 77/21 96/6 96/22 97/6 97/7
 97/24 100/2 100/7 111/13 112/13 112/13
 132/7 132/23 134/20 139/10 142/15 146/11
 150/8 156/6 175/19 176/18 176/19 179/12
 179/19 179/24 200/15 208/16 208/22 209/18
 230/3 242/4 243/15
gotten [2]  22/16 226/20
government [108]
Government's [13]  3/24 31/9 136/24 136/25
 137/4 202/24 214/2 222/8 226/10 234/5
 236/10 241/10 242/19
governmental [3]  94/25 207/22 210/23
grade [4]  34/19 128/19 154/5 154/6
graduate [1]  144/22
graduated [9]  34/19 36/21 37/22 48/22 51/18
 103/23 125/14 128/14 175/5
graduates [1]  51/19

graduating [4]  49/7 101/20 139/6 231/2
graduation [3]  49/19 49/23 147/20
grand [24]  5/9 5/11 12/19 103/24 104/20
 104/21 104/23 104/25 105/1 105/3 105/6
 105/11 105/12 105/15 105/15 106/1 106/4
 106/10 139/11 141/6 175/7 177/8 177/9
 178/5
grandparents [2]  169/22 230/4
grandparents' [1]  171/9
grant [3]  223/25 224/5 226/23
Granted [5]  221/18 226/4 227/6 227/15
 229/15
graphic [1]  41/10
great [4]  92/18 96/9 110/15 176/24
greater [4]  72/22 73/3 85/20 149/10
Greene [1]  201/14
greet [1]  109/25
greeting [1]  85/11
grew [1]  161/3
grilled [1]  208/6
grocery [1]  89/2
grossly [1]  134/20
group [16]  8/19 13/20 14/9 25/11 89/15
 91/24 91/24 91/25 136/3 159/12 174/7
 184/22 186/11 228/10 228/18 248/2
grow [2]  132/13 132/14
growing [1]  135/6
grown [5]  62/2 73/22 100/18 112/1 173/10
Guarantee [1]  72/5
guarantors [2]  89/17 94/4
guard [5]  62/2 62/3 63/5 63/12 63/14
guess [14]  47/23 47/24 63/21 91/4 98/6
 175/15 187/23 203/13 205/19 218/20 251/2
 251/3 252/2 252/7
guide [1]  28/13
guilt [11]  12/20 12/22 13/7 13/9 26/4 26/7
 26/18 27/7 28/19 29/9 30/12
guilty [34]  8/3 25/25 28/7 28/9 29/3 29/18
 30/22 31/14 31/15 32/1 32/10 33/12 42/1
 67/9 74/5 74/11 76/2 105/19 105/19 121/16
 126/20 131/20 141/15 141/16 141/17 149/17
 178/8 178/10 178/11 179/12 194/16 211/5
 216/14 216/19
Gustinelli [10]  21/14 21/22 34/12 200/15
 235/20 235/21 235/22 235/24 236/2 245/13
gut [1]  190/10
guy [6]  18/7 42/18 100/3 100/3 170/19
 170/20
guys [3]  39/9 97/5 206/19

**H**

hadn't [2]  51/20 249/17
Haiti [3]  34/19 130/24 144/23
Haitian [1]  130/24
Haitians [1]  217/14
half [4]  57/17 147/24 164/12 211/20
Halsey [1]  89/20
Hampshire [1]  45/6
Hampton [1]  201/10
Hampton-Stein [1]  201/10
hand [13]  14/24 20/23 26/13 32/7 32/11
 32/14 48/12 186/13 194/22 200/1 200/15
 203/7 247/1
handed [1]  12/21
handle [3]  70/18 76/9 84/6
handled [16]  64/8 69/22 72/17 75/5 96/11
 97/9 122/23 136/8 149/24 162/10
handles [2]  175/15 151/22
hands [4]  14/23 18/12 203/14 205/18
Hang [1]  231/4

happen [1]  91/5
happened [15]  40/25 54/23 56/2 56/6 68/10
 68/18 84/22 95/23 96/4 96/22 146/6 180/1
 188/20 192/11 192/12
happening [2]  91/6 156/1
happens [3]  91/4 91/5 210/1
happy [6]  17/2 58/22 81/18 188/18 220/14
 245/4
harass [1]  8/25
hard [12]  15/7 25/4 80/12 96/16 98/4 127/7
 133/17 151/3 164/12 182/14 196/4 196/8
hardest [1]  210/13
hardship [29]  12/1 12/3 12/4 12/5 12/12
 12/15 23/7 23/13 103/13 142/20 159/18
 159/21 159/24 160/8 160/9 205/14 208/17
 208/18 227/2 230/2 230/14 231/23 239/3
 239/9 240/14 240/16 240/22 244/20 244/21
hardships [4]  229/19 230/16 239/1 244/18
Harmison [2]  6/1 201/16
Harris [2]  201/5 202/7
hasn't [3]  55/2 164/2 190/13
hate [1]  164/19
hater [1]  224/22
hates [1]  225/21
haven't [15]  22/16 83/25 100/5 100/14
 116/15 116/23 133/5 134/15 180/15 180/19
 186/12 186/21 190/14 191/17 192/19
having [21]  30/21 44/10 56/8 76/13 88/11
 100/4 100/21 102/18 108/10 110/15 148/12
 159/2 180/2 213/17 215/21 220/19 223/20
 225/5 234/13 246/8 253/23
He'd [1]  31/14
he's [55]  8/3 15/17 17/25 18/2 18/4 18/5 18/6
 18/7 18/14 23/9 23/13 24/7 24/8 24/8 26/24
 29/18 30/22 42/18 43/3 55/7 55/13 55/23
 80/3 84/21 90/2 96/9 132/13 132/14 137/24
 138/11 139/6 164/20 180/12 180/13 201/23
 202/2 202/17 203/21 203/22 204/20 211/5
 212/24 213/1 213/2 213/3 214/1 223/20
 224/21 225/1 225/17 226/19 228/7 229/6
 232/25 250/2
head [13]  15/15 15/19 41/13 42/6 71/9 71/10
 81/24 103/15 104/22 113/23 172/23 208/6
 243/11
health [7]  37/17 42/16 49/8 56/21 142/7
 181/22 202/3
healthcare [2]  43/1 155/2
hear [25]  15/8 15/11 32/9 32/23 33/1 33/15
 33/18 79/20 79/21 79/21 86/1 115/15 115/19
 137/1 164/25 194/14 207/25 208/2 214/23
 214/24 215/4 219/1 224/9 242/19 254/8
heard [37]  5/22 10/10 13/21 18/17 18/20
 18/23 22/20 22/24 23/1 26/23 36/1 51/4 60/4
 83/25 107/19 132/16 133/3 137/7 140/11
 146/16 167/19 169/19 180/16 180/19 180/22
 186/15 187/7 190/14 193/9 194/6 200/25
 202/16 207/21 210/18 247/18 247/18 247/19
hearing [6]  34/9 47/20 107/17 107/18 159/2
 194/20
hears [1]  202/17
heart [9]  6/2 13/13 13/15 13/16 13/23 18/18
 18/19 90/20 200/13
heating [1]  128/10
heavily [1]  225/4
heavy [1]  146/15
Hebrew [1]  95/25
held [4]  59/21 112/21 118/3 186/20
hello [5]  60/10 123/20 163/13 181/15 185/4
help [11]  25/4 28/13 46/14 48/4 74/20 82/10
 82/16 85/22 91/3 93/11 109/20

**H**

helped [3]  90/15 93/13 176/3
helps [2]  82/11 228/1
Hempstead [2]  104/9 106/18
here [127]
herself [1]  179/1
hey [1]  179/16
Hi [2]  173/4 183/7
high [19]  48/22 49/7 51/19 62/20 84/5 88/23
92/8 101/22 103/23 121/11 128/18 130/23
144/22 144/22 145/7 145/8 145/9 147/20
160/19
higher [2]  72/24 210/10
highest [1]  92/10
highly [1]  95/22
highrise [1]  71/4
Hills [1]  57/1
himself [28]  3/23 9/6 10/11 10/12 10/13
10/15 10/21 17/24 18/1 18/2 18/5 18/6 18/8
18/11 18/14 26/24 85/24 132/15 135/13
137/15 137/16 137/25 138/10 138/12 210/16
210/17 211/2 211/8
hip [1]  80/11
hired [1]  192/5
Hispanic [1]  217/16
history [2]  52/15 91/16
hit [3]  57/9 90/11 125/24
hoarse [1]  227/10
hold [27]  17/25 18/11 18/3 18/8 18/13 20/19
31/1 31/8 31/10 31/20 32/3 32/4 32/11 34/3
34/7 49/22 62/4 70/22 90/19 98/10 102/9
112/15 115/15 127/11 176/11 206/13 222/9
Holder [1]  98/23
holiday [2]  11/7 99/12
holidays [1]  99/10
Hollywood [1]  56/25
home [28]  23/10 23/12 23/14 24/8 24/9 24/23
25/1 36/20 71/24 73/6 74/17 103/10 114/24
114/25 115/1 122/22 142/7 146/10 150/21
153/9 163/25 164/11 173/16 183/17 184/11
209/5 209/9 247/7
homeowner's [2]  78/22 150/20
homeowners' [1]  198/20
honest [8]  39/8 39/21 51/2 85/19 164/24
188/12 190/8 216/10
honestly [6]  62/17 75/23 162/6 190/3 231/10
233/23
honesty [1]  33/24
honor [168]
HONORABLE [1]  1/12
hook [1]  232/1
hope [3]  4/4 194/16 211/20
hopeful [1]  218/23
hopefully [7]  3/6 3/8 110/5 211/22 226/12
230/9 241/7
hoping [4]  11/12 194/21 195/15 228/6
Hopkins [3]  151/5 151/8 252/1
hospital [5]  52/13 147/21 167/6 168/1 173/5
hour [5]  70/5 143/7 164/16 211/20 248/19
hours [10]  24/6 70/2 83/2 90/21 164/13
165/6 165/9 165/18 165/21 165/23
house [10]  51/24 71/17 102/3 121/23 121/25
133/19 135/6 135/8 160/2 182/1
housekeeping [1]  250/11
houses [1]  250/3
however [8]  3/1 54/8 77/15 118/18 154/21
161/10 164/16 251/13
huge [1]  102/19
huh [5]  15/19 15/19 85/1 165/22 174/20

huh-uh [1]  15/19
human [2]  37/18 71/9
hundred [6]  39/3 131/2 132/21 147/1 165/12
221/6
hundreds [1]  117/19
hurt [1]  43/5
husband [38]  21/25 23/8 23/11 42/17 43/4
44/10 48/21 56/19 62/2 73/20 80/2 80/25
121/20 122/15 139/3 139/14 139/22 140/23
141/3 142/6 142/24 150/16 150/19 154/4
160/17 161/11 164/18 165/8 172/5 173/9
192/5 203/21 204/4 204/13 204/15 204/23
209/4 231/9
husband's [7]  22/11 63/5 140/21 142/15
143/17 144/8 160/16
hyphenated [1]  191/19

**I**

I'd [19]  21/10 25/2 28/2 29/25 39/9 104/12
134/23 179/14 180/4 182/23 184/16 184/18
203/5 207/19 211/20 218/24 220/1 220/14
232/2
I'll [24]  3/12 10/21 39/19 39/21 58/1 79/23
88/16 91/7 99/19 102/7 138/16 184/23 185/2
190/24 197/1 204/17 224/5 226/16 244/7
249/13 250/9 252/2 252/8 252/11
I'm [300]
I've [101]
I-95 [2]  93/3 93/5
idea [5]  4/6 166/3 167/23 220/5 220/7
identified [1]  94/12
identify [1]  91/21
identity [15]  41/17 42/8 62/10 62/12 64/13
90/10 158/21 161/5 163/23 166/5 173/20
191/13 192/24 208/21 209/1
illegal [1]  192/18
imagine [1]  220/11
impact [5]  59/1 76/9 187/21 233/17 234/4
impacted [1]  102/7
impacts [1]  98/12
impairment [1]  107/17
impaneled [1]  247/2
impart [1]  247/13
impartial [14]  8/13 8/17 8/22 9/2 14/14 23/1
74/15 104/12 107/22 204/6 204/25 214/24
220/7 229/1
importance [1]  14/16
important [12]  7/20 7/21 8/9 9/2 12/8 12/9
12/10 14/13 14/14 14/15 23/17 250/3
impose [2]  30/20 245/1
imposing [1]  240/24
impressions [1]  20/10
improper [2]  136/16 192/18
inaudible [2]  131/21 145/16
Inc [2]  13/12 13/15
incidences [1]  129/20 156/13
incident [4]  68/1 81/21 129/20 150/6
incidents [1]  156/1
inclined [1]  220/2
includes [1]  192/16
including [1]  63/1
income [2]  47/10 198/2
inconvenience [1]  12/6
inconvenient [2]  12/6 139/18
Incorporated [1]  37/18
incorrect [1]  209/14
increase [1]  148/9
Incredibly [1]  90/21
indebted [2]  4/25 194/8
Indeed [1]  168/13

independent [7]  60/5 87/24 87/25 109/12
109/19 185/5 247/22
indicated [11]  117/6 205/15 205/25 206/23
208/19 210/15 219/10 221/20 223/12 223/15
230/13
indicative [1]  97/19
indictment [7]  5/8 12/18 12/18 12/21 12/23
26/4 106/5
individual [8]  7/22 9/21 41/23 122/18 202/5
212/21 213/3 217/6
individually [6]  14/1 15/5 21/11 25/11 59/19
217/5
individuals [6]  59/7 200/23 206/4 206/14
213/9 217/13
industry [2]  38/17 73/25
ineffectively [1]  98/5
influence [9]  41/24 42/8 69/14 88/12 107/21
168/20 184/5 234/1 247/13
influences [1]  248/3
information [16]  13/25 14/6 22/16 22/19
88/21 93/10 93/11 129/13 129/19 192/2
192/3 192/4 192/15 209/11 209/12 252/21
informed [1]  190/21
Initially [1]  91/20
initiative [2]  96/25 97/2
injured [2]  58/20 64/7
injuries [3]  64/7 64/16 67/17
injury [3]  62/14 148/6 149/4
innocence [27]  3/15 25/19 26/6 27/12 28/8
28/16 28/25 29/4 29/7 29/10 29/18 30/5 30/6
30/20 31/19 33/6 33/10 33/11 33/13 33/16
137/5 190/19 213/17 214/4 215/10 225/11
225/11
innocent [27]  25/21 25/23 26/3 26/12 26/16
26/17 26/22 27/2 27/6 27/6 27/13 27/16
27/18 27/20 28/1 149/18 180/23 180/24
180/25 181/1 212/24 213/1 213/18 214/1
214/6 226/19 226/23
inside [1]  112/12
Inspection [1]  9/15
inspector [3]  9/15 9/23 207/16
instances [3]  126/6 160/22 173/15
Institute [1]  121/22
institution [2]  89/10 198/8
institutional [1]  107/10
institutions [6]  87/24 91/21 92/20 93/4 93/9
93/14
instruct [2]  214/22 216/17
instructed [2]  139/17 182/5
instruction [4]  195/9 215/8 216/13 248/4
instructions [12]  6/23 36/8 36/10 38/13
43/10 45/11 57/24 59/25 84/1 107/23 244/7
247/19
instructs [2]  214/25 226/15
insufficient [1]  113/3
insurance [8]  37/18 56/20 71/6 150/8 155/1
175/3 175/10 176/12
insure [1]  57/20
intellectual [1]  45/1
Intellectually [1]  234/18
intend [4]  250/18 250/22 250/23 253/19
interacting [2]  251/24 252/12
interaction [3]  85/11 85/15 233/14
interest [2]  19/23 20/3
interested [1]  56/22
interesting [2]  59/13 210/5
interior [2]  169/9 169/11
intern [1]  169/9
Internal [1]  191/9
international [4]  22/5 44/25 134/12 163/19

## I

Internet [3]  60/3 109/11 247/23
interpreting [1]  253/4
interrupt [1]  87/23
Interstate [2]  93/3 93/5
introduce [2]  9/5 9/6
introduced [4]  7/24 16/12 17/20 26/24
introduces [1]  3/23
invest [3]  18/25 20/19 189/10
invested [5]  188/15 189/12 194/2 198/7
  225/7
investigate [4]  19/2 156/12 192/14 212/21
investigated [5]  19/6 20/1 187/6 191/8 193/5
investigates [1]  213/8
investigating [7]  191/15 191/23 192/10
  192/11 208/22 208/23 209/11
investigation [8]  20/14 156/14 191/13 191/21
  191/22 192/23 193/3 224/24
investigations [3]  92/21 156/2 176/21
investigators [1]  93/10
investing [2]  19/16 19/17
investment [25]  19/22 52/4 18 160/18 188/17
  188/19 189/2 189/2 189/8 189/8 193/13
  193/16 193/17 193/19 193/20 193/21 206/6
  206/9 206/10 224/14 224/16 225/6 225/9
  225/17 225/19 225/22
investments [3]  193/11 194/5 225/5
investors [2]  188/16 189/12
involve [1]  117/19
involved [68]  7/16 7/23 13/14 13/19 22/9
  35/1 38/5 38/17 42/24 43/17 45/2 46/6 49/9
  53/25 57/7 62/6 63/2 65/11 65/24 69/9 71/15
  71/16 74/8 80/6 83/21 89/4 89/7 92/21 93/15
  94/8 101/24 104/3 107/13 108/2 108/5
  108/22 109/23 124/3 134/15 139/10 142/13
  148/9 149/24 154/9 155/23 158/19 167/14
  167/15 173/14 175/7 175/9 175/15 175/15
  175/17 179/10 180/12 180/13 181/24 183/15
  185/4 188/22 193/6 199/13 200/8 206/12
  206/17 206/18 224/24
involvement [1]  187/10
involves [7]  10/24 12/17 13/11 136/14 157/1
  157/12 213/9
involving [3]  160/23 206/1 213/2
iPhones [1]  60/3
Ireland [2]  43/12 44/15
Irene [1]  60/15
Irene's [1]  119/20
IRS [10]  90/11 97/14 98/5 173/19 191/14
  192/1 198/21 198/22 199/1 209/14
is -- I [1]  232/21
Island [3]  103/21 104/22 129/25
isn't [3]  41/2 122/12 182/8
issue [29]  7/7 17/15 24/23 26/11 32/21 43/10
  48/1 51/14 99/2 103/13 113/12 150/25
  212/19 213/4 213/6 214/8 219/23 221/3
  221/12 231/11 232/17 242/12 242/13 243/9
  249/21 249/22 249/24 252/8 253/10
issued [2]  207/17 249/18
issues [18]  3/15 8/15 12/9 64/24 69/16 79/12
  141/10 142/19 176/25 242/9 242/15 245/5
  247/24 248/21 248/24 248/24 249/10 254/2
issuing [1]  189/6
it'd [1]  182/14
it's [115]
Italy [3]  161/12 229/21 229/22
itself [1]  58/21
Ives [1]  1/22
IWLE [1]  200/18

## J

Jack [2]  120/10 120/11
Jacksonville [2]  100/18 112/5
jail [7]  90/8 97/7 130/20 132/3 132/9 132/17
  175/18
Jamaica [3]  124/6 124/9 127/15
James [2]  107/3 201/9
Jamie [1]  201/8
Jane [1]  201/13
Jared [1]  201/11
Jean [1]  34/15
Jennifer [4]  163/14 192/7 201/2 201/5
jewelry [2]  183/17 184/12
job [9]  92/18 99/5 152/19 179/6 182/7 183/1
  223/21 223/21 231/25
jobs [4]  90/8 152/11 159/19 160/1
John [2]  51/12 201/7
joined [1]  9/22
joining [2]  9/13 9/18
Jones [3]  201/5 201/13 202/1
Joseph [1]  99/23
journalism [2]  163/18 169/10
journeyman [1]  173/12
judge [26]  1/13 7/15 16/25 17/10 44/20 47/5
  47/18 52/11 53/12 73/16 94/11 96/4 116/14
  118/21 131/19 190/9 204/7 205/2 214/21
  214/22 214/25 215/8 216/17 226/9 231/12
  252/1
judging [2]  196/18 214/11
judgment [3]  65/13 68/1 107/22
judgments [1]  138/16
juggler [1]  167/21
juggling [1]  182/12
JULY [1]  254/22
jumped [1]  25/7
June [15]  11/20 38/18 43/13 45/16 142/22
June 3rd [1]  43/13
Junette [3]  154/10 200/2 241/18
Junior [1]  200/9
Juno [1]  71/6
Jupiter [6]  51/3 71/2 154/2 154/4 172/3
  172/4
juries [7]  74/4 105/15 148/3 148/19 148/24
  160/21 161/21
jurisdiction [2]  93/2 108/25
jurisdictions [1]  176/3
juror [78]  8/13 8/17 8/22 11/25 16/24 17/16
  20/15 23/1 23/3 25/16 25/19 25/22 35/24
  36/2 36/13 38/15 39/23 41/1 41/15 42/5
  43/19 47/20 52/3 56/3 57/25 59/7 64/9 67/5
  76/15 85/16 86/21 88/3 96/13 97/11 103/8
  105/1 106/10 107/24 109/17 118/13 118/14
  118/23 135/22 139/19 147/8 150/18 157/11
  163/2 169/1 170/12 174/9 187/22 190/7
  192/25 195/13 199/2 205/23 212/4 218/11
  218/11 218/12 218/15 218/17 220/7 229/1
  235/4 235/19 235/25 236/3 236/8 236/19
  237/2 237/10 237/21 239/19 241/9 241/10
  246/14
jurors [40]  2/17 2/23 3/7 3/14 3/21 4/14 4/16
  4/18 4/22 6/18 6/24 7/21 8/11 30/11 40/2
  61/10 67/8 72/14 74/24 146/3 149/7 185/12
  185/21 205/10 212/5 215/19 218/10 218/23
  221/16 239/5 240/9 240/24 241/1 243/14
  243/22 245/25 246/9 246/11 246/25 247/9
jury [135]
just [169]
justice [6]  1/17 9/12 13/5 26/25 203/10 226/7
juvenile [1]  89/24

## K

K-e-i-t-t [1]  201/15
Kamen [2]  20/25 56/17
Kamen-Schulner [2]  20/25 56/17
Karate [1]  104/18
Kasparian [3]  159/9 159/10 240/21
Kathleen [3]  42/14 172/3 225/25
keep [15]  112/14 113/24 118/14 118/19
  158/19 159/20 188/7 229/22 239/6 239/6
  242/17 246/4 246/22 247/5 247/21
keeping [1]  143/17
Keitt [1]  201/15
Kellie [1]  142/4
KENNETH [3]  1/12 7/15 201/13
Kevin [4]  1/16 2/9 9/13 201/6
key [2]  228/17 228/18
Khan [1]  97/25
kicking [2]  224/22 225/2
kidding [1]  204/21
kids [5]  34/18 52/14 128/14 159/6 159/13
kill [2]  74/17 74/19
killed [1]  81/4
Kim [3]  17/7 153/23 154/1
kind [19]  25/7 25/12 41/22 43/1 63/22 78/17
  94/9 97/5 187/15 188/10 189/22 193/13
  193/21 196/15 220/13 243/6 253/2 253/4
  254/3
kinda [2]  97/5 213/16
kinds [1]  62/23
Kings [1]  130/1
knew [3]  59/3 170/15 228/10
know [186]
knowledge [7]  20/13 71/18 84/5 84/14 106/6
  214/9 214/20
known [2]  13/13 13/13
knows [4]  17/19 165/2 228/12 228/17

## L

lab [1]  52/15
ladies [18]  7/14 9/10 10/1 10/10 15/2 25/7
  61/15 109/8 120/21 184/16 186/8 200/21
  202/20 203/4 211/17 244/12 246/21 247/4
lady [4]  75/22 86/11 232/18 232/20
LaFrance [1]  201/14
Lake [2]  22/11 154/20
landscaper [1]  154/5
landscaping [4]  100/1 100/9 111/21 144/16
language [6]  21/24 110/21 113/3 114/3
  115/23 221/3
Lantana [1]  48/17
large [9]  8/19 14/9 121/20 159/11 183/10
  188/15 188/18 189/12 205/25
Las [1]  205/20
last [36]  14/11 23/23 27/25 34/8 37/20 63/7
  88/18 89/14 90/21 99/9 102/15 102/18 107/5
  111/22 112/10 128/9 129/4 150/21 158/25
  167/5 171/11 171/14 172/4 173/16 191/16
  196/17 196/19 196/19 200/21 207/23 208/19
  210/13 226/5 228/4 229/8 242/10
late [4]  89/5 89/5 122/14 143/5
later [13]  51/25 57/11 68/16 79/17 135/5
  143/14 179/1 179/2 217/7 217/11 217/19
  218/12 220/21
Latin [4]  23/18 23/19 23/20 245/14
Lauderdale [3]  37/14 38/4 178/6
laughs [1]  96/6
laundering [1]  13/3
law [141]
lawsuit [44]  22/9 35/1 38/5 45/3 49/10 51/23

## L

lawsuit... [38]  53/25 57/7 58/19 62/7 64/6 65/11 65/14 71/15 74/8 77/10 80/7 83/21 84/12 104/4 107/13 121/17 122/1 134/15 134/16 139/10 142/13 148/9 154/9 158/20 160/23 162/8 163/22 167/14 168/16 172/8 173/14 175/8 175/8 177/20 181/24 183/15 189/19 189/21
lawsuits [9]  42/24 43/17 52/19 89/4 101/25 125/20 125/22 128/20 176/22
lawyer [20]  10/13 85/24 90/4 90/7 96/18 137/19 137/24 151/21 152/25 153/2 210/16 210/17 210/25 211/1 212/25 215/17 215/21 224/14 225/2 226/19
lawyer's [1]  213/18
lawyers [17]  26/25 39/7 40/6 40/10 60/6 91/2 112/18 146/25 151/2 152/7 211/7 224/14 224/22 225/2 225/16 225/21 229/10
layperson [1]  214/10
league [3]  199/19 200/9 206/1
lean [21]  18/2 47/16 66/21 67/1 69/23 94/21 106/19 127/22 130/6 137/6 137/11 140/4 140/10 152/4 152/9 153/3 157/21 166/18 172/22 188/11 190/18
leaning [2]  153/15 210/3
leanings [1]  229/1
learn [5]  8/11 96/25 133/15 200/18 228/11
learned [7]  20/9 96/6 107/14 168/21 210/22 210/23 210/25
learning [2]  23/22 74/3
lease [1]  168/14
least [4]  5/4 97/6 196/9 197/17
leave [9]  23/12 38/19 66/4 118/25 143/3 143/13 165/20 171/4 249/1
leaves [1]  101/8
leaving [7]  10/19 143/6 143/15 171/11 171/14 230/5 230/5
Lee [1]  201/4
left [13]  21/12 26/14 27/15 29/1 29/16 31/3 34/1 120/23 158/25 160/15 210/14 218/23 232/8
leg [1]  82/6
legal [13]  25/13 25/17 28/2 28/12 29/25 36/8 45/19 150/16 151/24 152/11 194/12 247/19 247/24
legally [2]  191/20 205/19
legitimate [1]  197/4
lender [1]  87/16
length [6]  12/2 12/11 43/11 151/1 218/25 241/8
lengthy [1]  8/18
leniently [1]  123/9
Leslie [9]  101/17 147/13 147/15 204/15 241/10 241/11 241/12 241/15 245/20
less [8]  4/5 11/12 70/8 70/15 170/10 175/19 178/15 187/13
lesson [4]  96/7 96/21 107/14 109/5
let [58]  3/21 4/14 4/21 5/15 6/24 10/23 12/2 12/12 12/16 16/14 17/22 18/21 27/14 29/15 31/12 32/7 32/18 43/15 45/18 52/25 54/10 58/1 58/1 59/24 59/25 63/3 66/6 74/11 77/19 92/19 107/20 110/11 131/6 136/5 136/23 137/14 139/20 141/5 143/24 145/2 148/18 164/6 165/8 191/11 201/1 206/8 212/18 215/9 219/1 220/9 221/15 224/9 230/11 232/7 243/13 248/22 248/25 252/3
let's [11]  32/6 32/13 61/10 74/11 83/10 101/6 163/18 168/6 230/17 241/6 244/6
letter [6]  251/18 252/1 252/15 252/18 253/7

253/8
letting [4]  6/8 33/23 50/5 230/10
level [5]  28/10 96/8 98/16 98/19 231/24
Liable [1]  128/25
liaison [1]  39/7
license [10]  93/21 101/23 101/23 108/16 108/24 122/5 172/9 172/15 176/18 176/19
licensed [6]  147/16 148/1 154/6 167/10 203/18 204/5
licenses [1]  176/11
lie [1]  171/3
Liebl [4]  129/1 129/2 129/3 240/15
lien [2]  121/24 122/22
lies [1]  30/4
lieutenant [1]  38/1
life [15]  5/23 5/24 65/6 68/16 76/18 131/21 163/15 167/23 178/6 181/17 194/7 196/18 219/12 225/5 225/16
lifestyle [1]  168/22
light [1]  138/4
likelihood [1]  220/10
likely [15]  5/4 50/24 59/14 72/23 106/22 114/18 127/25 130/9 141/1 153/18 158/1 158/5 166/21 172/24 227/2
limine [1]  253/22
limit [1]  11/13
limited [3]  78/13 94/25 182/11
Lincoln [1]  125/15
Linda [1]  73/17
Lindsay [3]  160/12 160/14 199/22
line [5]  60/16 90/14 92/14 195/25 251/5
lines [1]  97/11
Lisa [8]  21/21 49/3 175/14 177/23 177/24 177/25 246/10 246/15
list [10]  3/6 5/15 16/10 21/18 21/19 32/18 200/23 220/15 227/7 228/9
listen [16]  32/23 49/16 83/7 96/4 105/16 145/22 157/15 164/20 190/19 195/18 196/5 196/6 196/23 197/1 197/17 227/9
listening [3]  83/5 99/3 116/6
listing [1]  251/5
literally [1]  250/3
litigating [1]  89/16
litigation [1]  89/7
little [25]  8/11 8/13 8/21 10/22 10/23 21/20 34/25 51/14 62/17 101/9 108/22 133/16 134/22 134/23 139/18 140/15 163/17 164/8 165/10 168/9 184/19 212/20 214/11 219/24 253/5
live [22]  21/22 34/16 41/8 44/21 51/13 52/12 61/24 65/5 77/3 100/18 100/19 100/23 103/20 112/4 112/7 112/8 130/17 134/10 164/20 164/25 172/3 181/16
lived [26]  21/23 38/5 42/15 49/4 57/5 57/16 59/4 71/3 73/13 89/25 91/18 101/18 123/21 127/4 129/4 134/11 142/4 147/15 150/15 154/2 160/14 163/14 169/7 173/6 183/9 192/2
lives [3]  9/1 71/8 232/20
living [13]  36/18 54/15 57/9 80/22 100/19 103/21 104/15 107/25 122/15 133/16 155/8 181/17 199/8
LLC [3]  13/20 167/14 168/7
LLM [1]  44/25
load [1]  78/11
loan [5]  88/1 89/16 92/17 92/20 94/1
loans [6]  89/13 90/23 91/21 92/1 92/2 92/22
local [6]  68/9 69/7 150/16 167/5 168/1 173/9
locally [2]  55/24 108/11
Lockheed [1]  155/11

lodge [1]  250/17
lodged [2]  250/12 250/25
lodging [1]  250/16
logically [1]  30/2
logistical [1]  249/21
Londoner [1]  201/13
long [43]  4/17 11/1 17/12 39/21 43/13 45/12 45/17 46/4 62/16 64/17 64/22 66/13 72/1 72/1 74/18 86/16 103/21 104/22 105/3 105/9 118/18 126/13 127/4 129/25 143/21 148/16 157/6 157/8 161/15 164/16 169/2 171/15 176/16 199/4 202/23 207/18 223/8 231/16 240/11 244/15 245/7 245/23 246/22
longer [6]  11/14 65/23 183/11 244/13 246/22 247/5
longterm [1]  56/21
looked [1]  93/8
looking [2]  20/11 94/8
loopholes [1]  168/22
lose [2]  76/18 189/8
losing [1]  184/12
loss [5]  96/24 206/4 206/4 206/4 225/22
lost [12]  74/12 79/23 93/21 97/24 139/11 188/17 189/18 205/20 205/25 225/5 225/9 225/16
lot [18]  25/3 45/14 50/6 50/20 57/16 57/18 77/17 83/5 91/12 102/16 152/16 169/25 182/25 210/19 216/7 216/7 233/11 250/4
loud [1]  79/24
low [2]  47/10 47/11
Lowell [2]  6/1 201/15
Loxahatchee [1]  138/25
Lucie [1]  173/12
luck [2]  115/5 246/8
lumped [1]  217/15
lunch [6]  101/7 101/8 109/9 147/22 166/1 248/20
Lustig [11]  16/16 17/4 44/19 44/21 194/25 197/22 212/6 212/9 214/18 215/17 226/5
Luttier [1]  44/23
Luzincourt [14]  32/16 32/20 34/2 34/9 158/11 158/13 197/7 221/20 221/21 222/3 222/11 222/20 222/24 222/25
Lynn [2]  61/24 201/19

## M

M-c [1]  201/5
M-e-l-l-e-y [1]  201/6
ma'am [54]  17/6 17/8 17/18 18/21 20/24 21/1 21/19 25/6 43/15 44/17 48/15 48/25 49/22 51/9 56/14 61/22 63/4 65/2 70/20 74/23 76/22 80/16 83/9 83/11 103/16 121/1 122/14 123/17 128/4 139/20 142/1 144/10 148/18 150/10 153/21 154/17 160/11 161/17 162/18 171/24 172/14 173/2 174/19 191/11 199/5 199/25 200/14 200/20 201/18 201/25 204/14 232/14 232/23 235/2
Macillio [1]  201/6
macro [3]  98/13 98/14 98/19
mail [6]  1/25 12/24 13/1 93/16 111/14 250/6
mails [1]  79/22
maintenance [3]  42/18 78/25 144/16
major [4]  73/23 161/10 165/24 206/1
making [9]  31/2 33/13 33/16 46/6 87/25 199/13 203/1 228/9 244/17
malfeasance [1]  188/17
malpractice [5]  42/25 52/17 101/25 102/23 102/24
man [5]  34/18 74/5 89/3 96/5 121/16
manage [2]  154/23 155/19

# M

managed [6]  13/14 92/1 92/5 92/7 102/15
155/17
management [11]  37/24 42/18 63/10 72/8
91/22 91/25 92/21 124/2 175/18 178/22
181/22
manager [16]  36/20 37/13 54/18 62/3 80/4
101/19 101/23 102/12 104/16 112/10 129/5
164/20 172/6 173/11 174/7 203/22
managing [1]  38/20
Manhattan [1]  88/22
manner [1]  39/13
marine [6]  37/13 37/25 38/3 39/6 121/10
225/14
mark [2]  167/19 201/6
market [3]  100/25 102/17 112/11
marketing [3]  56/24 129/8 175/5
MARRA [8]  1/2 1/12 2/6 7/15 116/14 204/7
205/2 214/25
Marra's [1]  214/22
married [48]  21/25 34/18 37/2 37/14 42/17
44/23 48/20 49/6 51/15 52/14 53/22 56/19
62/1 65/8 71/7 72/3 73/19 73/20 77/6 80/2
83/19 88/20 101/19 103/21 107/6 123/24
128/12 129/6 130/19 134/13 139/3 142/6
144/16 147/17 154/4 158/16 159/13 163/16
167/6 169/9 172/5 173/9 175/2 181/18
181/20 183/11 191/17 204/16
Marshal [1]  166/13
Marshals [1]  250/1
Martha [1]  147/14
martial [1]  104/17
Martin [4]  155/11 172/10 172/21 201/3
Marvin [1]  52/12
Mary's [1]  173/5
Maryland [6]  90/1 93/2 95/20 95/21 148/5
149/5
Mason [1]  92/14
Mason-Dixon [1]  92/14
massage [1]  167/10
Master [1]  144/15
master's [7]  22/6 37/23 44/25 49/7 62/4 74/2
142/9
material [1]  23/22
matter [5]  14/16 247/11 250/11 251/13
254/21
matters [5]  11/19 25/10 48/5 212/13 246/23
Matthews [1]  201/10
mature [1]  43/3
May 20th [2]  49/24 171/13
May 23rd [3]  43/12 139/6 231/2
May 30th [1]  23/17
may add [1]  214/11
maybe [7]  18/5 51/25 85/11 96/8 105/5 105/5
249/16
MBA [2]  42/21 134/13
McAuliffe [1]  45/24
McConville [1]  9/21
McDonald [3]  151/5 151/7 151/8
McEwin [1]  201/5
me [170]
mean [28]  24/8 39/16 45/11 46/20 48/7 87/23
134/6 159/7 164/12 164/24 166/7 166/8
170/18 171/3 177/9 182/24 209/22 209/22
210/1 210/3 211/8 213/5 213/25 214/6 214/9
220/12 227/11 230/8
means [6]  28/13 72/23 195/23 215/23 216/1
216/4
meant [3]  58/5 98/11 226/21

mechanic [1]  121/11
Media [1]  22/1
mediations [2]  84/22 233/12
medical [13]  22/21 49/5 65/12 77/22 101/25
102/23 102/24 104/2 107/9 121/21 172/4
181/19 248/21
medication [1]  82/7
meet [2]  68/16 245/6
meeting [1]  220/10
meets [1]  28/15
Melley [1]  201/6
member [4]  4/24 4/25 22/9 49/13 53/25
54/20 77/12 80/8 155/5 158/20 187/6
members [28]  8/4 12/8 35/6 35/17 38/8 57/15
62/9 65/18 68/23 104/4 104/5 124/7 127/21
129/12 134/25 139/10 142/14 143/10 163/22
164/4 167/16 167/17 172/9 175/11 175/12
181/24 199/11 203/16
membership [1]  199/15
Memorial [1]  161/12
memory [1]  54/2
mental [1]  79/11
mentally [1]  75/16
mention [5]  7/3 9/17 90/13 218/6 249/20
mentioned [43]  5/21 11/2 13/6 13/22 13/24
14/9 17/21 26/4 26/16 36/17 50/6 58/19 59/3
60/5 64/16 68/4 75/12 78/20 81/3 81/25
84/18 87/6 87/9 88/11 95/5 95/17 106/17
109/13 109/14 125/19 126/9 135/22 136/7
138/1 139/22 149/6 155/15 174/16 205/17
226/14 240/15 240/16 247/6
mere [1]  213/13
Merit [1]  254/18
MGM [2]  5/9 5/11
Miami [7]  1/22 94/11 155/6 157/21 163/20
199/9 199/10
Miami-Dade [3]  155/6 157/21 199/10
Michael [3]  45/23 87/5 201/2
Michael's [1]  129/6
Michigan [1]  42/15
micro [1]  98/16
microbiologist [1]  22/3
microphone [12]  15/9 15/10 15/12 16/14
32/14 34/14 101/12 115/14 115/15 115/20
186/13 219/5
middle [6]  21/24 24/2 73/19 74/17 78/14
196/1
might [95]
migraines [1]  83/24
military [1]  190/24
million [4]  38/21 90/10 90/23 96/23
millions [1]  210/9
mind [10]  12/7 22/25 23/2 76/8 135/14 197/2
197/19 232/11 243/20 247/21
minimum [1]  225/18
minor [6]  38/9 96/3 163/19 167/11 169/11
175/5
minute [6]  33/3 59/24 112/16 112/19 119/21
131/17
minutes [24]  3/4 25/9 33/4 60/16 61/1 80/13
82/4 82/5 82/17 82/18 97/23 101/7 101/13
110/2 110/3 163/8 185/6 202/23 202/24
211/21 216/25 248/19 253/18 254/11
miscommunication [1]  252/9
misconduct [1]  224/17
Misdemeanors [1]  46/25
misheard [1]  33/17
misleading [1]  19/25
misled [1]  193/10
mismanaged [1]  134/20

mismanagement [1]  176/22
mispaying [1]  78/21
mispayment [1]  77/11
mispronounce [2]  219/9 245/20
miss [2]  49/19 182/24
missed [1]  166/1
missing [1]  169/25
mistaken [1]  220/19
Mister [6]  76/24 86/14 128/25 219/9 219/15
221/9
MITCHELL [6]  1/6 1/19 2/5 2/11 7/23 10/2
Mobic [1]  82/9
mobile [1]  6/2
Molejon [11]  163/11 163/14 191/11 191/19
192/7 203/21 203/23 204/3 208/16 208/16
231/22
Molejon-Gonzalez [1]  191/19
molesting [1]  75/16
Moliere [3]  115/10 115/12 115/13
mom [5]  163/25 165/22 166/2 209/5 209/9
mom's [2]  165/12 175/22
moment [1]  54/2
Monday [2]  171/11 171/14
money [22]  13/3 20/3 102/16 134/21 156/6
169/25 173/18 175/23 188/16 188/20 189/9
189/13 189/13 198/7 198/7 205/21 205/25
207/9 211/2 213/3 213/9 225/7
monitor [1]  18/19
monitoring [2]  13/16 13/23
month [13]  11/7 38/18 45/15 65/9 66/3 70/1
169/21 171/12 179/6 179/6 198/4 230/6
231/24
monthly [2]  78/24 199/14
months [6]  45/23 46/5 46/5 163/17 165/11
178/24
Moore [4]  172/1 242/11 242/24 243/1
Morales [2]  138/23 230/24
Morgan [1]  72/5
morning [68]  2/2 2/4 2/8 2/10 2/11 2/14 2/15
7/14 7/18 9/10 10/1 16/12 21/16 21/17 23/10
23/14 24/12 34/14 34/15 37/9 37/10 41/6
41/7 42/12 42/13 44/19 44/20 48/15 49/1
49/2 50/1 51/11 51/12 52/10 52/11 53/19
53/20 56/15 56/16 61/23 65/3 65/4 70/24
70/25 73/15 73/16 77/1 77/2 79/18 79/19
82/12 82/13 83/1 83/11 83/12 87/3 87/4
99/22 101/16 101/17 107/3 113/21 116/2
248/13 248/20 249/9 249/10 254/12
mornings [1]  24/16
mortgage [1]  72/6
most [13]  3/2 3/10 3/12 8/20 10/18 23/17
38/16 39/7 39/15 62/4 126/24 135/16 138/2
mother [6]  41/17 42/7 49/17 104/5 135/7
164/12 183/21 231/25
motion [4]  186/2 223/25 224/21 235/7
motions [1]  253/22
motive [1]  5/12
Motor [1]  52/18
mouth [2]  171/4 213/22
move [8]  2/24 6/14 61/17 64/18 64/24 131/19
238/19 241/22
moved [7]  65/15 71/3 91/23 160/16 188/24
188/25 227/21
moving [2]  78/4 94/4
Mr [2]  17/4 32/20
Mr. [308]
Mr. Augustin [2]  144/11 221/13
Mr. Blanc [5]  130/13 221/1 221/2 221/4
221/9
Mr. Boutros [4]  167/2 242/8 242/14 242/22

# M

Mr. Brass [4] 107/2 120/23 239/16 245/18
Mr. Ceus [1] 117/6
Mr. Charles [1] 10/4
Mr. Colacurcio [7] 174/21 187/10 202/6
 203/19 206/23 223/12 224/1
Mr. Cripps [3] 84/25 86/17 120/9
Mr. Cripps' [4] 85/8 85/12 232/22 233/1
Mr. Delhome [7] 25/9 34/13 236/1 236/4
 236/5 236/6 245/17
Mr. Fitzwilliam [4] 128/6 240/5 240/8
 245/19
Mr. Franklin [1] 16/4
Mr. Franklin's [1] 203/13
Mr. Gauch [5] 37/9 40/15 188/14 193/8
 236/13
Mr. Gault [1] 202/16
Mr. Gilfillian [3] 154/18 242/4 242/6
Mr. Gustinelli [1] 236/2
Mr. Holder [1] 98/23
Mr. Liebl [1] 240/15
Mr. Lustig [7] 44/19 194/25 197/22 212/6
 212/9 214/18 215/17
Mr. Luzincourt [11] 34/2 34/9 158/11 197/7
 221/20 221/21 222/3 222/11 222/20 222/24
 222/25
Mr. Munoz [3] 41/6 236/18 245/17
Mr. Murray [4] 70/22 70/23 238/3 245/18
Mr. Narkier [1] 233/8
Mr. Narkier's [1] 233/2
Mr. Nevdahl [5] 249/16 249/18 250/2 250/6
 251/22
Mr. Ngo [2] 219/10 219/17
Mr. Palle [3] 134/8 229/12 229/15
Mr. Pasano [1] 250/21
Mr. Rauch [1] 205/22
Mr. Scheiner [4] 87/3 196/11 227/16 238/21
Mr. Sims [3] 51/11 237/1 245/17
Mr. Stein [140]
Mr. Stein's [10] 3/23 5/10 6/22 27/16 30/24
 119/16 137/5 185/11 220/4 224/21
Mr. Stein's -- I [1] 6/17
Mr. Stieglitz [12] 9/8 116/10 185/15 203/2
 214/16 217/12 224/19 226/2 234/24 235/6
 241/21 242/14
Mr. Sweeney [2] 7/4 9/19
Mr. Turin [7] 99/22 101/13 110/3 110/12
 110/13 112/23 113/16
Mr. Vargas [8] 162/19 217/5 222/13 222/14
 223/1 223/2 223/5 223/10
Mr. White [20] 6/16 10/15 10/18 85/6 85/7
 85/21 86/2 86/6 119/21 219/24 219/25 220/4
 220/10 220/11 232/17 232/25 233/4 233/19
 234/3 234/14
Mr. Wing [3] 103/18 239/13 239/14
Mr. Wright [3] 52/10 237/5 245/17
Mr., [1] 210/15
Mr., I [1] 210/15
Mrs. [1] 208/16
Mrs. Molejon [1] 208/16
Ms [7] 153/22 198/16 232/13 235/19 241/24
 245/17 245/20
Ms. [93]
Ms. Andrews [1] 49/1
Ms. Bansbach [2] 48/3 236/22
Ms. Bassell [4] 142/2 199/6 199/17 240/19
Ms. Burdette [4] 42/12 198/18 201/25
 229/23
Ms. Delhome [1] 236/4

Ms. Easley [5] 73/15 238/7 238/11 238/12
 245/18
Ms. Ferrante [5] 14/22 245/11 246/25 248/7
 249/4
Ms. Gesner [4] 101/13 101/16 239/3 239/10
Ms. Goodman [2] 79/18 227/13
Ms. Gustinelli [8] 21/14 34/12 200/15 235/20
 235/21 235/22 235/24 245/13
Ms. Kasparian [2] 159/9 240/21
Ms. Leslie [6] 147/13 241/10 241/11 241/12
 241/15 245/20
Ms. Lindsay [2] 160/12 199/22
Ms. Molejon [4] 163/11 203/23 204/3 208/16
Ms. Morales-Ramos [1] 138/23
Ms. Murray [1] 238/2
Ms. Perry [2] 169/5 230/5
Ms. Pietruszka [4] 120/24 239/20 239/21
 245/19
Ms. Piretti [2] 53/19 237/9
Ms. Powell [3] 150/12 200/3 241/19
Ms. Saffer-Domino [2] 61/21 237/20
Ms. Schulner [4] 56/15 199/7 237/16 237/19
Ms. Scott [1] 245/21
Ms. Scott-Moore [4] 172/1 242/11 242/24
 243/1
Ms. Smith [2] 173/3 242/12
Ms. Stubbs [1] 181/14
Ms. Vaughan [2] 183/6 200/7
Ms. Walker [4] 123/19 240/1 240/4 245/19
Ms. Weiss [8] 83/10 219/23 224/8 224/10
 232/9 232/14 232/16 238/16
Ms. Wilson [2] 65/3 237/24
much [26] 3/20 4/6 22/18 36/16 48/25 50/13
 56/14 57/12 60/17 115/6 120/12 123/17
 125/11 128/23 138/21 150/10 192/6 208/14
 210/5 211/13 216/23 221/21 246/22 247/5
 252/25 253/16
mugged [1] 104/5
Muhlendorf [1] 1/6 2/9 9/14
multiple [4] 89/7 89/16 89/21 90/23
municipality [1] 49/14
Munoz [4] 41/6 41/8 236/18 245/17
murder [6] 40/23 65/10 67/4 104/1 106/1
 106/2
murdered [2] 169/16 170/15
Murray [6] 70/22 70/23 71/1 238/2 238/3
 245/18
music [1] 173/8
must [7] 25/23 26/5 26/17 27/6 28/9 213/20
 231/3
Mutual [1] 176/24
myself [7] 3/3 5/25 10/3 25/8 102/15 191/15
 192/8

# N

N-o-n-a-k-a [1] 201/16
naked [7] 207/1 207/3 207/17 207/21 207/25
 208/7 223/22
name [62] 7/6 7/15 9/21 9/23 10/2 13/14
 16/15 16/16 17/6 18/22 20/24 21/21 32/15
 32/16 32/18 34/15 41/7 42/14 51/12 52/12
 53/20 61/22 61/23 65/5 71/1 73/16 77/2
 83/13 87/6 89/21 92/16 99/23 101/17 115/9
 117/14 120/5 120/15 121/4 128/7 129/3
 130/17 134/9 138/24 142/3 144/13 147/14
 150/14 154/1 163/13 172/2 173/4 181/15
 183/8 191/16 191/18 201/20 202/2 204/14
 209/6 210/13 245/21 246/10
name's [5] 9/10 49/3 87/5 103/19 160/13
names [10] 9/17 17/20 60/4 97/15 109/13

200/23 201/17 243/17 245/10 247/24
Nancy [2] 121/4 159/10
Narkier [2] 233/4 233/8
Narkier's [1] 233/2
NASD [1] 193/23
national [5] 193/23 208/5 250/7 250/8
 251/23
nationally [1] 148/1
Nationwide [1] 155/1
native [2] 110/21 115/23
nature [9] 40/22 46/24 93/17 109/15 175/3
 187/18 193/20 234/22 254/3
Navy [1] 166/13
necessarily [3] 4/21 84/23 166/23
necessary [1] 217/5
neck [3] 62/15 64/24 124/5
need [53] 3/5 6/9 8/4 8/11 8/13 12/8 14/19
 15/8 15/13 15/20 23/22 25/10 25/17 26/2
 28/22 33/15 39/5 60/20 64/23 91/6 94/24
 109/21 113/24 114/4 118/14 118/19 120/24
 155/25 156/16 164/9 216/23 217/19 221/21
 245/7 245/13 246/1 246/1 246/4 246/6
 246/23 247/20 247/25 248/22 248/24 249/9
 249/13 252/5 252/8 252/13 253/1 253/6
 253/13 253/16
needed [2] 246/4 252/3
needs [3] 62/23 73/22 147/22
negative [5] 20/10 88/7 135/18 138/4 206/12
negatively [1] 18/10
neighborhood [3] 49/13 50/11 50/21
neither [1] 242/12
nephew [3] 52/1 124/9 127/17
Nereau [6] 17/7 153/22 153/23 154/1 241/24
 245/20
networking [1] 199/12
Nevdahl [6] 201/6 249/16 249/18 250/2
 250/6 251/22
never [73] 12/7 19/17 22/8 22/8 22/9 34/20
 34/20 38/5 42/22 43/2 45/2 45/3 45/20 47/24
 49/9 49/9 51/22 51/22 53/6 53/24 53/24
 65/21 71/15 73/9 74/8 74/11 77/9 77/11 80/6
 80/6 80/7 83/20 101/24 102/15 104/3 107/12
 124/3 124/7 128/19 129/10 129/11 134/14
 134/20 139/9 139/9 139/12 142/12 146/11
 150/18 154/8 154/8 158/18 158/19 158/19
 159/15 163/21 163/21 167/13 169/13 172/7
 172/8 173/13 173/14 181/23 181/23 183/18
 188/20 195/17 196/3 196/24 207/9 220/18
 223/23
nevertheless [1] 231/12
new [17] 1/18 23/8 23/22 45/6 56/25 57/9
 71/3 71/11 71/17 81/2 104/22 121/22 125/14
 150/9 158/25 173/18 231/25
news [2] 109/16 159/5
next [25] 11/6 11/19 15/24 28/2 29/25 33/25
 37/16 37/17 37/19 38/9 91/4 91/9 99/16
 101/4 118/18 118/19 118/21 156/16 160/19
 218/17 220/25 222/12 243/17 244/16 246/3
Ngo [4] 76/24 77/3 219/10 219/17
nice [3] 17/13 111/8 254/13
nicest [1] 40/6
niece [1] 188/5
niece's [2] 181/11 224/3
night [7] 90/21 118/15 118/17 118/18 143/5
 182/20 182/22
nine [6] 92/15 126/14 139/1 158/17 183/12
 222/1
ninth [1] 239/19
no [421]
nobody [7] 83/22 83/23 84/15 136/3 148/10

**N**

nobody... [2]  185/4 210/1
nobody's [4]  38/6 49/10 49/10 210/1
nod [2]  15/15 15/19
Nods [2]  103/15 113/23
non [1]  231/6
non-law [1]  231/6
Nonaka [1]  201/16
none [5]  38/7 104/4 109/4 148/25 163/22
nonperforming [2]  89/16 92/1
nonprofit [5]  183/10 197/23 199/20 199/24 200/5
noontime [2]  143/8 143/16
Norma [1]  201/10
normal [4]  16/2 24/20 70/2 248/19
north [4]  1/20 22/1 38/19 121/12
Northwest [1]  1/18
notes [7]  216/23 219/4 221/15 222/16 223/9 227/17 229/14
nothing [19]  20/8 47/14 91/15 107/21 132/12 132/14 132/15 136/16 157/7 167/19 170/1 176/6 176/25 179/15 187/17 209/23 228/24 229/16 253/24
noticed [1]  4/19
notwithstanding [1]  226/6
nourishment [1]  248/24
November [1]  150/21
NTA [1]  68/10
number [103]
number 1 [2]  235/19 236/17
number 10 [6]  41/16 48/23 130/22 144/25 150/21 183/16
number 11 [5]  41/16 117/15 130/22 144/25 150/21
number 11-80205-CR-MARRA [1]  2/6
number 12 [3]  41/19 130/22 240/8
number 13 [5]  41/19 71/20 130/22 150/24 167/18
number 14 [3]  62/18 130/23 135/11
number 15 [4]  54/7 104/12 130/23 135/20
number 16 [2]  104/13 238/12
number 17 [2]  219/9 219/17
Number 18 [1]  227/8
number 19 [3]  219/22 220/21 224/8
number 2 [3]  236/12 241/20 242/3
Number 20 [1]  227/16
number 3 [3]  224/13 236/21 243/12
number 30 [2]  220/25 221/10
number 32 [1]  231/5
number 34 [2]  221/13 221/17
number 35 [1]  241/10
number 39 [2]  221/19 221/24
number 41 [1]  229/21
number 42 [2]  222/13 223/4
number 45 [2]  230/5 230/18
Number 48 [1]  223/12
number 5 [3]  41/11 225/25 237/8
number 6 [3]  41/11 226/5 237/23
number 7 [2]  41/14 238/6
number 8 [7]  41/14 48/23 130/21 144/24 155/4 227/1 238/15
number 9 [6]  41/16 48/23 128/20 130/21 144/24 155/4
numbers [5]  173/21 232/4 243/13 243/17 253/2
nurse [2]  37/7 142/7
nursing [4]  142/5 142/8 142/9 199/19

**O**

o'clock [6]  50/1 114/20 143/14 248/17 249/6
250/7
oath [2]  190/22 225/12
object [6]  223/18 228/21 241/1 241/3 241/5 242/14
objection [49]  3/16 3/19 118/4 221/2 221/14 222/14 222/15 223/17 226/2 227/4 229/12 230/7 230/18 231/8 232/2 232/5 235/22 235/24 236/2 236/11 236/14 236/20 236/23 237/3 237/6 237/7 237/17 237/22 238/4 238/5 238/8 238/14 238/17 238/22 239/11 239/17 239/18 239/21 239/24 240/2 240/3 240/6 240/7 241/12 241/15 241/19 242/21 242/23 246/16
objections [5]  250/14 250/24 251/4 251/5 251/11
objective [2]  93/24 190/21
objectively [1]  190/20
obligated [2]  60/11 110/1
obstruction [1]  13/4
obstructionist [1]  253/5
obtain [2]  14/14 194/21
obtained [3]  12/18 12/19 14/6
obviously [3]  3/22 3/25 4/4 47/25 75/20 175/17 195/2 195/4 195/22 205/14 209/10 212/13 214/6 215/3 216/7 223/16
occasion [2]  151/16 209/21
occasional [1]  42/25
occupations [1]  56/22
occurred [1]  168/17
occurring [1]  179/15
October [1]  147/20
October 2010 [1]  147/20
odds [1]  220/7
off [4]  120/23 136/2 190/17 232/1
offend [1]  98/25
offended [2]  109/24 185/3
offense [2]  60/13 123/12
offer [1]  95/24
offered [1]  5/20
offhand [1]  171/12
office [36]  9/22 46/3 46/20 46/21 47/3 49/12 54/18 71/4 78/6 80/4 83/18 84/15 84/23 85/8 85/12 89/12 91/23 92/6 92/10 111/14 119/22 119/25 151/1 152/24 155/16 155/19 174/7 207/16 220/12 232/22 233/1 233/3 233/15 233/19 234/4 251/8
officer [31]  39/7 48/18 50/20 51/3 51/6 59/15 66/11 66/20 88/19 106/23 124/9 127/15 127/18 128/1 129/15 130/10 139/4 139/23 140/24 150/22 153/12 153/19 155/6 158/6 166/22 172/25 186/18 186/20 187/1 190/23 231/9
officers [8]  35/21 50/21 50/25 66/16 66/25 139/13 141/2 158/2
Official [1]  1/24
often [1]  165/5
oh [12]  36/17 40/14 55/13 59/2 86/18 106/3 181/18 199/6 223/2 223/5 231/4 252/24
Ohio [2]  148/4 148/19
okay [160]
old [56]  21/22 23/9 23/25 34/16 37/11 41/8 42/14 44/21 44/24 48/17 52/14 52/20 53/13 56/17 57/8 61/24 65/5 65/8 65/9 66/3 70/1 73/17 77/3 79/25 81/9 83/13 88/18 90/24 103/22 121/5 123/21 128/8 129/4 130/17 134/10 138/25 139/5 142/4 142/7 142/24 144/13 147/15 147/18 150/14 154/1 154/20 158/13 160/14 167/4 172/3 173/5 174/25 181/16 183/8 231/24 231/25
older [1]  122/4
oldest [7]  22/2 37/15 73/22 121/8 122/4 154/24 173/14
omissions [1]  93/8
once [11]  3/4 14/1 16/3 31/3 38/4 92/3 129/10 164/25 179/14 218/9 218/11
one [191]
one's [5]  42/20 163/17 163/17 165/11 165/11
one-day [4]  41/16 95/5 95/6 136/1
one-year-old [1]  44/24
ongoing [3]  65/21 69/5 79/1
only [44]  23/19 36/23 43/10 45/6 45/11 45/16 62/19 66/2 71/16 73/2 74/21 84/2 84/6 94/1 97/18 105/7 105/25 109/15 128/16 135/21 136/2 148/15 159/19 160/2 164/8 165/9 169/15 169/20 183/2 192/14 214/8 214/13 214/24 216/12 221/5 230/23 231/1 233/14 234/17 248/1 248/9 249/21 250/11 251/17
open [3]  107/19 107/22 247/21
opening [5]  249/10 253/17 253/20 253/24 254/6
operating [2]  48/18
operation [2]  90/7 189/9
opinion [8]  34/10 74/7 90/1 166/24 178/16 178/20 195/6 211/25
opinions [11]  54/6 60/2 83/25 109/10 139/16 161/8 164/7 185/3 229/1 247/12 247/17
opportunity [5]  14/3 40/2 184/20 224/21 225/2
oppose [2]  224/20 227/14
opposed [4]  12/5 149/10 187/1 234/20
opposite [1]  223/24
opposition [4]  229/24 229/25 230/1 231/15
order [14]  2/1 8/10 8/12 8/21 31/14 32/9 33/1 64/24 87/19 87/21 87/24 245/3 246/24 248/22
ordering [1]  87/14
Oregon [1]  37/21
organization [6]  5/22 194/7 198/13 199/20 200/5 200/18
organizations [1]  194/1
Orlando [2]  23/8 23/12
Orsley [2]  120/10 120/11
ostensibly [1]  189/9
other's [1]  222/7
others [8]  89/20 96/23 199/13 224/6 225/24 226/25 229/19 240/18
otherwise [2]  32/1 168/4
our [39]  4/4 7/4 7/6 9/14 9/22 11/16 12/14 14/8 15/16 38/17 62/21 71/17 84/23 93/11 97/19 98/14 98/19 109/9 135/6 150/20 161/13 161/13 173/8 173/16 173/17 173/18 173/20 182/11 185/1 186/1 203/1 233/12 235/25 239/19 241/9 241/16 244/17 245/2 254/9
outcome [2]  58/25 64/8
outcomes [1]  149/25
outdoor [1]  21/25
outline [1]  251/4
outset [1]  226/9
outside [7]  11/13 11/15 60/16 71/24 110/4 211/21 248/3
over [46]  3/10 7/16 11/6 16/11 17/10 21/11 25/10 27/14 29/15 31/24 34/11 41/17 48/5 48/12 50/2 76/15 81/22 84/16 89/14 91/3 92/2 92/7 96/23 109/17 112/19 122/25 128/19 131/3 146/11 160/15 175/7 178/22 184/23 189/6 194/3 196/16 200/15 200/22 207/23 216/22 228/25 228/25 231/6 242/11 244/8 251/6
over-the-counter [1]  194/3

**O**

overload [1] 131/15
own [10]  3/5 37/16 56/19 77/4 109/19 109/20
138/11 138/16 195/5 195/5
owners [1] 175/10
owns [1] 37/16

**P**

P-r-o-v-e-n-c-i-o [1] 201/11
p.m [7] 70/3 70/4 119/13 119/13 185/8 185/8
254/15
page [1] 251/5
pages [2] 1/10 207/18
paid [5] 43/14 49/18 134/19 171/17 171/18
pain [4] 82/5 82/12 96/1 96/24
Palle [4] 134/8 134/10 229/12 229/15
Palm [58] 1/7 1/20 1/25 34/17 37/12 42/15
44/23 45/23 48/21 49/11 53/21 65/6 65/7
66/8 73/17 73/21 83/14 89/1 95/6 101/18
101/21 107/6 108/12 121/6 121/9 121/23
123/22 123/23 128/8 128/13 129/4 130/18
130/18 139/1 142/4 142/6 147/16 150/15
154/22 155/16 155/19 158/14 159/11 160/14
161/2 163/15 166/14 166/15 169/7 173/6
174/7 176/2 181/16 181/17 181/21 183/11
197/24 200/9
Pamela [1] 201/3
panel [4] 8/4 218/8 240/9 243/23
paper [1] 97/24
paralegal [19]  7/4 7/6 9/14 9/22 10/5 10/5
85/6 119/24 123/25 125/4 125/7 125/10
150/17 151/25 152/1 152/22 220/4 220/10
232/18
parceled [1] 91/22
parent [2] 102/6 132/14
parents [7] 90/9 90/12 95/25 97/13 98/6
106/13 183/16
parents' [1] 184/11
Park [2] 22/11 130/1
part-time [5] 80/2 101/21 129/7 163/15
164/9
participate [2] 89/15 89/21
particular [7] 19/11 39/3 39/13 89/9 90/16
93/1 104/24
particularly [1] 94/2
parties [2] 90/25 228/12
party [5] 16/18 45/3 94/13 180/8 180/9
Pasano [1] 250/21
pass [4] 74/19 74/20 168/3 246/10
passed [1] 121/22
passing [1] 234/4
past [16]  15/6 71/2 75/23 89/8 94/2 150/20
154/21 158/14 161/15 164/14 173/6 174/3
199/18 205/19 222/25 234/14
patience [4] 120/22 186/9 202/22 244/14
patient [5] 14/12 14/16 61/16 61/20 211/23
patients [1] 6/2
pattern [1] 93/1
pause [1] 217/25
pay [3] 78/21 79/4 83/3
paycheck [1] 148/17
Paychecks [1] 37/18
paying [1] 65/17
payment [2] 77/10 194/10
payments [1] 125/1
pays [2] 159/19 160/2
penalties [1] 122/6
pending [2] 144/1 253/22
Pensacola [1] 93/19

people [50]  6/6 8/19 14/10 16/12 27/24 40/7
59/10 59/11 75/23 83/6 83/16 85/5 85/5
85/19 90/10 92/7 94/24 96/21 97/14 98/17
109/23 116/19 133/4 133/18 134/23 136/19
138/4 139/25 140/9 146/16 179/13 180/14
185/16 185/17 190/4 205/20 206/6 206/8
210/8 210/10 210/24 220/2 220/18 229/20
232/4 232/7 241/7 245/2 247/11 248/10
people's [1] 97/15
per [1] 187/24
perceive [1] 134/22
percent [8] 120/1 130/25 131/2 132/22 147/1
165/12 221/6 221/6
peremptories [1] 218/13
peremptory [8] 236/16 236/25 237/15
237/18 237/25 238/24 239/15 242/7
perfect [2] 209/23 210/1
perfectly [3]  24/7 196/21 197/4
perform [3] 7/19 79/6 79/8
period [11] 11/17 62/16 92/2 94/19 105/23
135/25 164/16 168/2 178/14 184/24 184/25
periods [2] 64/18 105/16
Perkins [3] 201/10 250/13 250/21
permission [1] 91/8
perpetrated [1] 193/12
Perry [3] 169/5 169/7 230/5
person [21]  25/20 51/4 51/6 51/24 55/16
55/21 59/21 72/21 81/7 96/22 120/6 186/19
186/20 195/4 195/24 195/25 196/17 211/5
217/16 231/4 242/8
person's [5]  54/23 55/2 59/19 105/19 196/14
persona [1] 2/12
personal [20]  9/1 22/17 38/11 39/5 45/10
52/2 54/6 80/13 139/16 154/12 161/8 166/8
167/22 168/9 172/12 173/25 182/4 196/14
219/12 246/23
personally [9]  16/18 36/10 43/2 43/11 83/17
134/15 166/24 202/17 244/23
persons [1] 205/19
perspective [1] 60/23
persuaded [1] 205/22
pertain [1] 250/5
Peru [2] 134/18 135/6
Pet [1] 121/7
Peter [1] 201/6
pharmaceutical [4]  22/3 37/15 51/15 71/10
pharmacist [4] 36/22 150/17 167/7 168/1
pharmacy [1] 167/12
Phillip [1] 37/11
phone [4] 114/16 178/22 179/10 231/25
phones [1] 60/3
phonetic [5]  9/21 10/6 104/17 130/18 139/7
phony [1] 156/7
phrase [1] 210/17
physical [1] 221/24
pick [7]  43/4 136/3 165/7 187/14 218/20
240/13 241/1
pick-pocketed [1] 43/4
Pickard [1] 201/7
picked [10] 18/5 44/11 46/1 46/8 46/10
107/14 143/16 145/20 146/11 158/19
picking [1] 210/3
piece [2] 97/24 196/19
pieces [1] 105/9
Pierce [1] 121/11
Pietruszka [5] 120/24 121/4 239/20 239/21
245/19
Pilates [1] 54/3
pilot [2] 37/13 38/2
pink [2] 194/3 194/4

Pinnacle [1] 123/22
Piretti [3] 53/19 53/21 237/9
place [6]  45/15 74/12 80/13 86/20 92/17 96/5
placed [3] 65/13 91/24 122/22
placement [1] 62/25
places [1] 97/22
plaintiff [1] 160/23
plan [1] 6/16
planned [1] 171/10
planning [3] 43/13 143/6 143/15
plans [1] 96/6
play [1] 183/1
player [3] 202/12 202/14 202/18
plea [2] 185/18 222/5
plead [2] 131/20 141/15
pleaded [2] 141/17 175/20
pleasant [2] 168/25 249/6
please [45]  2/2 2/7 7/13 8/24 14/12 14/12
14/22 14/24 15/1 15/5 15/10 15/13 15/20
15/22 16/6 18/22 21/20 26/12 56/23 59/25
60/8 60/12 61/6 61/14 98/25 109/19 110/11
112/16 119/15 120/19 185/3 186/6 186/12
201/1 201/20 219/6 243/16 244/1 247/3
247/22 248/3 248/3 248/22 248/25 249/8
pleasure [1] 246/8
pled [6]  8/3 126/20 141/16 178/8 178/10
194/16
plumber [1] 158/18
plus [2] 108/3 121/7
pocketed [1] 43/4
pockets [1] 44/11
point [22]  5/19 6/4 11/24 14/1 14/11 30/25
83/18 85/8 86/7 94/3 98/18 112/22 116/13
120/4 131/19 155/23 156/8 192/20 229/18
233/19 239/2 240/14
pointed [1] 215/18
pointing [2] 239/7 242/9
poison [2] 212/16 215/11
poisoning [1] 215/19
police [22]  35/21 57/19 65/7 66/8 69/22 73/9
90/6 104/9 106/18 124/9 124/10 127/14
127/18 129/15 130/1 131/17 139/4 139/22
140/23 155/6 157/21 231/9
policies [1] 93/8
poor [1] 102/17
Port [1] 173/12
portion [1] 71/5
Portland [1] 37/21
portrayed [1] 135/17
pose [1] 135/13
posed [1] 225/6
position [22]  5/21 173/8 174/3 182/9 183/1
186/20 187/3 197/5 218/16 219/15 224/18
226/10 227/12 235/20 236/1 236/6 236/7
236/10 241/10 241/25 242/4 242/6
positions [1] 222/7
positively [1] 18/9
possession [2] 58/11 65/20
possible [5]  61/18 118/20 168/4 211/23
219/25
Possibly [1] 188/3
post [1] 111/14
postal [3] 9/15 9/15 9/23
potential [1] 240/14
potentially [2] 10/5 195/1
Powell [6] 150/12 150/14 200/2 200/3 241/18
241/19
power [1] 92/15
practice [3] 46/2 47/9 93/1
practiced [1] 45/20

**P**

preclude [2]  204/5 219/13
predispose [1]  137/11
predisposition [3]  137/9 138/17 157/11
prejudice [1]  122/10
premedical [1]  167/11
premier [1]  108/4
prepaid [4]  43/12 44/14 229/22 231/24
prepared [1]  254/5
preponderance [3]  72/22 149/11 215/22
present [6]  28/17 28/18 119/16 181/4 185/11
  240/20
presented [15]  24/14 30/16 38/12 39/18 40/3
  79/5 105/25 109/21 138/10 190/10 190/15
  193/19 205/1 205/1 248/1
presenting [1]  9/16
Presently [1]  38/16
presided [1]  17/10
president [5]  42/17 48/19 154/3 199/9
  199/18
presiding [1]  7/16
pressure [1]  130/24
presume [22]  25/23 26/12 26/17 26/22 27/2
  27/6 27/13 27/17 27/20 27/25 75/25 180/23
  181/1 189/22 212/24 213/1 214/1 214/5
  214/6 226/18 226/22 226/23
presume -- I [1]  214/5
presumed [5]  25/21 26/3 26/15 27/5 27/16
presuming [2]  4/9 213/18
presumption [11]  3/15 25/19 26/5 27/12
  137/5 190/19 213/16 214/3 215/10 225/10
  225/11
pretty [3]  50/13 192/6 224/1
prevent [6]  8/16 12/1 36/2 74/14 156/1
  204/24
previous [1]  52/16
previously [2]  83/16 215/22
primary [1]  228/12
principals [1]  176/13
principle [4]  25/17 26/8 28/2 29/25
principles [3]  25/13 25/15 90/19
prior [6]  65/23 71/2 84/17 87/14 103/20
  225/15
prison [8]  55/11 55/12 68/11 69/2 74/10
  75/13 76/14 178/14
private [4]  45/25 46/2 73/19 154/3
pro [3]  1/19 46/1 47/10
probable [1]  173/20
probably [32]  8/19 11/6 11/10 11/19 11/20
  16/1 24/19 33/18 39/1 45/16 46/22 47/25
  48/7 51/8 57/17 63/7 86/1 110/3 118/23
  143/8 148/17 186/1 202/2 208/3 219/9
  233/20 233/21 240/11 240/23 249/12 249/22
  250/2
probation [1]  108/23
problem [52]  17/2 24/16 27/9 27/11 27/17
  29/5 31/6 31/7 31/20 31/22 33/20 34/6 38/9
  45/9 45/11 45/16 49/17 49/18 68/17 70/14
  71/21 77/17 82/20 97/20 104/11 113/13
  114/2 115/17 116/8 137/25 143/1 150/1
  157/4 158/24 161/10 162/21 164/7 164/8
  165/24 166/6 166/8 181/6 181/10 208/3
  209/15 229/9 230/14 230/15 240/20 240/25
  243/3 245/1
problems [16]  10/8 57/23 82/1 109/15
  109/18 110/18 111/12 114/3 137/24 175/22
  176/25 191/18 192/23 203/8 217/14 219/18
proceed [9]  2/19 2/20 3/1 10/20 211/22 218/1
  218/3 218/4 235/12

proceeding [8]  7/25 10/17 17/14 96/11
  122/21 144/1 149/23 214/14
proceedings [18]  1/11 7/12 60/19 61/5 61/13
  110/10 112/21 118/3 119/14 120/18 149/23
  185/9 186/5 212/3 217/25 244/10 246/20
  254/20
process [22]  8/17 8/20 8/24 11/1 13/24 14/7
  14/11 14/21 15/4 31/2 55/5 61/17 84/14
  84/16 96/3 120/23 136/20 155/23 156/4
  195/4 212/20 213/8
procurement [1]  154/25
produce [1]  782/25
produced [2]  250/4 252/13
product [16]  13/18 13/22 13/23 18/18 18/20
  19/4 19/4 19/9 19/14 19/20 19/21 19/25
  20/14 20/19 109/13 178/23
products [1]  179/9
professional [2]  98/18 202/18
professionally [2]  42/25 43/18
program [3]  39/15 45/25 125/17
programs [1]  190/5
project [2]  37/13 83/14
projects [1]  38/21
prominently [1]  223/16
promotors [1]  189/16
prompted [1]  7/3
pronounce [1]  210/14
proof [12]  3/15 28/3 28/10 28/10 29/2 30/3
  33/4 72/24 73/1 149/8 149/12 149/16
properly [3]  96/11 136/9 138/12
properties [1]  94/9
property [7]  42/18 45/1 101/19 101/23
  102/11 168/14 168/17
proposed [4]  3/12 4/20 5/21 7/6
propria [1]  2/12
prosecute [2]  93/21 94/8
prosecuted [11]  56/8 76/13 90/8 97/7 127/9
  144/5 156/4 170/22 170/23 174/13 179/22
prosecuting [1]  179/25
prosecution [2]  92/22 224/3
prosecutions [1]  93/16
prosecutor [4]  45/22 49/12 50/16 50/17
prosecutor's [2]  47/3 134/20
prospective [4]  2/23 3/14 240/9 241/9
protect [1]  223/21
protocol [1]  179/13
prove [33]  8/5 26/6 27/7 28/8 28/9 28/16
  28/19 28/25 29/3 29/3 29/6 29/9 29/10 29/17
  29/18 30/5 30/6 30/20 31/19 33/5 33/10
  33/11 33/12 33/13 33/16 72/21 73/2 98/8
  136/25 149/16 149/18 209/8 209/18
proved [34]  30/12 31/9 216/11 234/5
Provencio [1]  201/11
proves [1]  26/18
provide [2]  47/10 250/9
provided [1]  87/17
proving [3]  28/4 28/7 140/17
pry [1]  9/1
psychology [2]  51/21 169/12
Publix [6]  100/24 101/1 101/5 112/2 112/11
  112/11
pull [1]  156/15
punished [1]  96/6
punishment [1]  170/20
purchase [3]  19/3 20/19 206/1
purchased [1]  11/3
purpose [2]  6/1 9/2
purposes [4]  185/20 199/12 203/13 254/9
purse [4]  154/10 154/14 161/3 162/16
pursuant [1]  185/18

pursue [2]  81/15 94/14
purveyors [1]  107/10
push [1]  97/3
pushed [1]  97/6
put [14]  4/7 4/8 4/10 7/6 20/18 28/24 29/13
  29/23 97/22 98/6 121/24 133/19 148/13
  213/21
putting [1]  29/5

**Q**

qualified [1]  131/5
Quarterly [1]  78/21
quasi [1]  94/25
quasi-governmental [1]  94/25
question [40]  4/23 15/16 15/23 15/24 16/3
  16/7 17/22 21/2 23/2 34/10 54/10 57/11
  57/12 111/9 121/17 135/14 181/18 186/15
  186/24 186/25 190/16 192/9 195/16 195/17
  196/22 203/15 204/17 205/16 205/24 210/7
  210/13 212/10 215/9 216/15 225/7 225/18
  226/12 235/14 239/2 247/9
questioned [2]  219/11 226/7
questioning [4]  61/19 185/21 208/17 223/22
questions [58]  3/5 3/7 3/9 3/12 4/20 4/20
  5/14 5/21 7/7 10/25 14/2 14/4 14/20 15/14
  15/21 15/25 16/2 16/9 16/10 21/19 25/8
  43/16 58/2 63/4 66/7 77/20 111/18 111/18
  116/11 117/3 117/13 117/25 131/7 136/6
  139/21 145/3 148/18 161/18 184/21 184/23
  186/11 202/21 202/25 203/5 203/7 203/24
  204/1 205/9 206/22 206/25 208/15 208/19
  210/3 210/4 214/16 215/14 223/14 234/25
quickly [2]  16/1 21/13
quite [9]  4/20 5/14 15/25 17/11 33/18 38/14
  186/10 188/17 244/24
quote [3]  227/2 227/3 231/7

**R**

Rachel [1]  201/16
racketeering [1]  175/16
raise [11]  14/23 14/24 20/23 26/12 32/7
  186/13 203/7 205/18 247/1 249/13 249/21
raised [4]  32/11 32/13 87/9 250/12
raising [2]  102/14 139/4
Raleigh [1]  73/24
Ramos [3]  138/23 138/25 230/24
ran [1]  5/5
random [2]  187/15 187/25
range [1]  38/23
rap [1]  179/12
rape [1]  183/24
Rasika [1]  10/5
rate [1]  84/5
rather [4]  5/10 11/13 219/11 223/16
Raton [15]  21/22 22/12 41/8 61/24 79/25
  88/18 100/20 100/24 112/8 112/8 134/10
  144/16 174/25 175/2 176/2
Rauch [1]  205/22
ray [3]  147/17 148/2 154/6
Raytheon [2]  134/17 136/8
re [1]  250/16
re-lodging [1]  250/16
reach [9]  40/18 41/25 53/7 58/5 63/24 67/8
  148/7 177/11 183/25
reached [6]  58/12 72/13 74/24 95/10 160/22
  161/20
read [12]  111/18 115/18 133/13 133/23
  133/24 133/25 133/25 134/2 135/23 147/3
  221/6 221/16
reading [4]  62/1 62/4 117/7 117/8

**R**

ready [14]  2/17 2/18 2/20 61/7 110/5 119/17
 119/20 185/12 211/22 218/1 218/2 218/4
 235/12 248/16
real [16]  52/3 54/18 87/15 101/19 101/22
 101/23 102/10 102/11 102/17 105/9 160/18
 160/24 162/9 167/15 168/12 240/21
reality [1]  206/5
realized [2]  178/24 179/15
really [37]  12/15 20/2 22/22 33/18 38/10
 38/11 38/25 45/2 49/20 82/25 84/6 92/18
 96/4 96/16 122/12 124/4 159/1 159/4 164/12
 164/18 164/21 165/1 165/4 165/25 166/7
 166/20 169/20 176/6 176/7 177/22 182/8
 182/14 188/23 191/18 208/24 216/10 249/12
Realtime [1]  254/19
rear [2]  57/10 57/10
reason [31]  11/25 19/11 26/21 36/13 38/15
 45/12 52/3 54/7 71/21 74/22 80/15 84/2
 104/13 107/23 115/16 122/12 139/17 139/18
 143/9 154/13 165/9 168/4 169/20 172/13
 174/1 182/6 195/3 195/11 222/8 234/3 234/9
reasonable [18]  8/7 26/1 26/7 26/18 27/8
 28/11 28/15 29/10 72/25 73/1 98/8 149/10
 149/12 149/20 216/3 216/10 216/13 216/16
reasons [4]  126/12 135/21 210/21 228/14
recall [2]  219/10 227/9
received [6]  3/8 67/17 77/24 92/8 161/14
 179/2
receiver [1]  89/9
receiving [1]  93/11
recently [4]  84/6 84/7 123/23 127/19
receptionist [2]  84/20 84/25
recess [6]  61/4 119/13 184/18 185/8 211/18
 254/15
reckless [1]  135/2
recognition [1]  220/3
recognize [7]  12/6 83/16 85/4 120/14 201/17
 219/25 220/2
recognized [2]  233/6 233/7
recollection [3]  220/3 231/11 231/14
Recom [1]  13/14
record [4]  15/18 119/16 185/10 254/20
recordings [2]  186/1 186/2
records [4]  216/8 250/4 250/9 252/13
recovered [1]  183/18
recovery [1]  94/6
reduced [1]  194/18
referenced [1]  215/22
refunds [2]  97/14 97/15
Regal [6]  251/20 251/21 251/23 251/23
 252/2 252/17
regard [10]  212/19 216/13 221/7 222/2
 230/12 230/13 237/19 239/10 245/15 248/25
regarding [7]  77/10 158/23 176/22 198/6
 208/21 227/17 228/15
Regardless [1]  227/22
regional [1]  104/16
registered [2]  203/17 254/18
regular [1]  70/16
Reichart [1]  10/6
reiterate [1]  247/5
reject [3]  194/22 194/23 196/24
rejected [1]  173/21
relate [1]  177/1
related [12]  4/21 5/15 6/22 73/7 84/23 89/24
 129/17 135/23 167/25 168/12 212/12 244/21
related-wise [1]  167/25
relates [1]  251/19

relating [2]  4/24 56/11
relations [1]  44/25
relationship [5]  55/21 55/22 59/6 65/23
 66/24
relationships [2]  140/4 166/18
relative [4]  45/10 157/20 157/24 158/1
relatives [17]  22/13 43/5 45/7 54/3 62/13
 65/24 71/18 74/12 83/21 104/7 142/16
 154/11 158/22 159/17 173/23 182/2 183/19
relevant [1]  5/12
relieve [1]  77/16
remain [3]  3/16 211/3 219/4
remaining [1]  218/13
remember [5]  15/13 54/16 54/24 71/14
 72/11 104/2 105/9 105/14 105/22 106/7
 126/17 145/19 146/1 148/5 148/20 148/20
 162/6 171/12 177/13 208/10 208/12 229/14
 230/23 231/2 248/3
remind [1]  109/9
remote [1]  220/11
removed [1]  145/25
render [2]  145/15 214/23
rendered [1]  148/21
rendering [2]  204/6 204/25
rent [2]  168/14 168/16
rep [2]  51/15 56/24
repetitive [1]  15/25
replaced [2]  7/5 9/20
replacement [1]  80/11
report [1]  207/15
reported [1]  208/20
reporter [1]  1/23 1/24 15/17 184/19 243/20
 254/18 254/19
reporting [1]  156/5
reports [1]  156/15
represent [12]  10/12 10/13 10/14 17/23
 18/11 134/18 137/16 137/24 138/5 211/2
 229/10 252/11
representations [1]  193/20
representative [1]  37/16
representatives [2]  9/6 203/17
represented [3]  16/18 89/18 108/3
representing [16]  3/23 10/3 10/11 10/21 18/1
 18/2 18/4 18/6 18/7 18/14 26/24 137/15
 138/3 210/16 210/17 211/8
represents [1]  135/17
require [1]  164/9
required [3]  28/11 29/18 61/19
requirements [1]  36/9
requiring [1]  76/14
rescue [1]  50/14
research [6]  60/3 60/5 109/12 109/19 185/5
 247/22
researching [1]  247/24
resentment [11]  44/7 56/7 68/20 73/10 76/12
 76/17 108/19 123/10 127/8 141/23 174/12
reside [13]  48/17 49/4 56/17 71/2 107/4
 128/8 138/25 144/14 154/20 158/13 159/11
 167/4 174/25
resided [4]  37/11 73/17 79/25 88/18
residence [1]  173/7
Resolution [3]  89/6 89/8 94/24
resolve [2]  11/5 109/1
resolved [10]  55/3 58/21 71/18 103/5 108/14
 121/20 121/25 126/3 150/20 170/5
resource [1]  37/19
resources [2]  47/11 71/9
respond [1]  5/16
responded [2]  251/24 251/25
response [5]  15/15 15/20 186/12 226/11

242/20
responses [1]  184/22
responsibilities [1]  79/9
responsibility [2]  7/20 12/8
responsible [3]  65/16 89/22 91/17
responsive [2]  249/17 252/14
rest [7]  39/13 88/16 114/22 220/14 246/2
 247/15 248/8
restaurant [2]  62/4 172/6
restroom [1]  184/20
result [5]  55/10 57/13 77/10 170/7 170/9
resulted [5]  62/8 62/14 98/6 122/5 161/4
results [1]  108/22
retail [3]  63/10 129/5 129/7
retarded [1]  75/16
retired [20]  37/25 38/2 71/3 80/1 80/3 80/23
 81/1 103/21 104/15 107/5 108/1 124/8
 129/15 139/3 139/22 140/23 150/22 153/13
 154/21 231/9
retirement [1]  188/18
return [4]  20/4 92/8 106/4 193/21
returns [1]  198/24
revenue [3]  191/9 198/21 198/23
reverse [1]  218/17
review [7]  23/18 156/15 187/12 187/13
 195/20 198/2 198/11
reviewed [2]  20/1 187/21
reviewing [1]  117/21
reviews [1]  198/13
revisit [1]  224/10
Richard [2]  71/1 201/7
ride [1]  25/1
ridiculous [1]  90/2
right [317]
rise [1]  247/1
rises [1]  231/23
risk [1]  5/10
River [1]  104/22
RMR [2]  1/23 254/25
Road [1]  1/22
robbed [5]  71/17 102/3 104/6 106/14 150/21
robbery [2]  95/8 121/15 135/8
robbing [1]  89/2
Robin [1]  83/13
role [1]  183/1
Ronk [1]  201/13
room [9]  27/15 29/16 31/24 85/12 231/22
 233/12 248/2 248/12 248/14
Rosanne [1]  53/20
Roswell [1]  121/22
row [48]  15/7 18/22 22/11 26/10 26/10 26/15
 26/20 26/21 27/2 27/4 27/5 27/11 27/15
 27/19 27/19 27/21 27/22 27/23 27/25 29/1
 29/5 29/8 29/12 29/16 29/20 29/21 29/22
 31/3 31/13 31/16 31/17 31/21 31/22 31/25
 32/4 32/6 32/8 32/10 33/25 33/25 34/2 34/3
 34/5 34/8 204/11 227/21 227/21 246/11
Rowland [3]  201/10 250/13 250/20
rows [1]  21/12
Royal [2]  129/4 150/15
RTC [5]  89/11 90/13 91/16 91/19 91/20
Rube [1]  91/4
rude [2]  60/11 109/25
Rule [1]  250/20
ruled [2]  250/14 250/25
rules [6]  15/3 47/21 122/11 190/24 213/11
 254/4
ruling [1]  251/6
rulings [4]  17/1 47/21 47/22 47/25
run [3]  59/24 77/5 78/5

**R**

running [6]  4/17 78/2 92/23 98/14 179/13
232/7
runs [1]  98/5
Russ [1]  84/11

**S**

S-h-a-r-f [1]  201/11
S-I-G-N-A-L-I-F-E [1]  21/5
Sacred [1]  200/13
sacrifice [5]  8/8 11/3 11/23 12/11 249/3
sacrifices [1]  245/2
safe [1]  4/5
safer [1]  240/12
safety [1]  37/24
Saffer [5]  61/21 61/24 201/19 237/20 245/18
Saffer-Domino [3]  61/24 201/19 245/18
Saint [1]  21/24
sale [2]  90/24 90/25
sales [5]  71/6 104/16 108/6 134/12 134/18
salesperson [1]  179/10
Sam [2]  52/13 201/12
SAMDA [2]  91/24 92/5
same [26]  7/8 16/6 34/1 51/24 86/15 113/12
115/17 118/21 120/6 128/2 128/19 146/18
149/15 173/7 179/24 202/4 202/13 211/3
212/17 218/19 221/12 229/5 230/10 233/3
252/18 254/10
San [2]  71/8 74/2
sanity [1]  168/23
sat [36]  22/8 34/23 38/4 42/22 45/2 49/9
53/24 57/4 62/5 63/19 65/10 74/4 74/24
88/25 101/24 103/24 124/3 124/21 128/19
134/14 139/9 142/12 148/3 148/19 149/7
160/21 161/19 167/13 169/13 172/7 173/13
175/6 181/23 183/22 216/11 216/12
satisfaction [1]  103/5
satisfactorily [1]  126/4
satisfied [2]  170/7 170/9
savings [6]  89/13 92/2 92/20 92/22 225/6
225/17
saw [5]  20/23 32/6 51/3 131/17 138/13
say [56]  15/17 15/19 39/9 60/10 62/11 68/18
78/3 81/12 85/20 99/3 100/22 102/10 116/8
116/16 116/25 117/17 117/17 131/5 132/2
132/22 132/22 136/23 146/8 147/10 148/16
150/3 156/21 165/15 167/25 170/5 176/9
179/14 179/16 180/4 181/8 186/15 190/3
190/8 191/22 204/3 204/12 207/19 212/17
215/19 216/16 217/18 221/21 222/22 226/21
229/10 231/8 233/21 233/25 234/17 234/19
239/7
saying [31]  16/5 16/6 98/25 110/16 110/25
115/12 116/2 116/7 133/4 133/10 138/14
156/22 173/21 192/21 196/3 196/24 208/25
209/19 210/22 210/23 212/24 213/21 213/23
214/4 226/8 226/18 228/7 229/14 234/20
252/24 253/1
says [3]  113/11 185/4 214/12
scales [1]  226/7
scam [5]  97/14 154/23 154/23 155/17 225/6
scams [3]  155/20 155/21 156/22
Scharf [1]  201/11
schedule [2]  70/10 248/19
scheduled [2]  43/12 161/11
Scheiner [5]  87/3 87/5 196/11 227/16 238/21
school [55]  21/24 23/10 23/14 23/16 23/19
23/25 24/2 24/6 24/9 24/10 24/11 24/14 45/5
47/7 47/9 48/21 48/22 49/7 51/19 57/9 62/21

73/19 73/19 74/18 74/21 77/22 88/23 100/20
101/22 103/23 104/18 107/7 112/14 121/11
125/11 125/12 128/13 128/18 139/2 139/7
143/17 144/22 144/22 145/7 145/8 145/9
147/20 154/4 158/15 160/19 182/19 182/22
182/24 200/13 200/13
schoolers [1]  21/24
schools [2]  62/1 73/21
schoolteacher [4]  73/18 73/21 80/1 80/24
Schulner [6]  20/25 56/15 56/17 199/7 237/16
237/19
sciatica [3]  80/12 80/15 81/25
science [1]  148/2
Scott [7]  172/1 172/3 201/14 242/11 242/24
243/1 245/21
screen [1]  6/2
Se [1]  1/19
Seal [1]  166/13
seat [6]  131/17 218/22 218/24 240/10 245/11
245/11
seated [20]  2/3 2/23 7/13 9/18 10/7 15/1
15/16 27/24 61/6 61/14 86/12 110/11 119/15
120/20 186/7 218/11 219/4 244/11 247/3
249/8
seating [1]  10/8
seats [2]  227/18 227/19
Seattle [1]  160/16
SEC [9]  186/3 187/11 187/21 188/22 191/10
208/6 213/10 223/14 223/16
second [28]  27/4 27/5 27/19 27/19 29/8 29/20
31/17 31/21 32/2 32/6 32/8 32/10 36/21
47/23 47/24 70/22 73/24 74/5 87/10 100/19
100/23 112/7 112/11 128/14 131/18 218/18
227/20 236/24
second-guess [2]  47/23 47/24
secretary [8]  150/16 151/24 152/16 152/21
152/23 181/20 182/18 200/4
section [2]  2/23 9/12
secure [1]  87/16
securities [18]  13/2 176/14 176/17 176/19
187/7 191/6 193/11 193/23 193/24 203/17
206/24 207/16 250/7 250/8 251/20 251/21
251/23 252/2
Securities' [1]  252/17
security [11]  62/2 62/3 63/5 63/12 63/14
163/24 163/25 164/1 175/22 175/23 192/15
seek [1]  218/12
seeking [1]  192/1
seem [4]  95/22 229/19 242/11 252/3
seemed [3]  161/5 229/2 242/13
seems [3]  213/22 222/6 222/7
seen [14]  85/19 86/6 86/11 86/20 86/24 138/3
210/21 220/9 220/19 232/17 233/19 234/3
234/14 252/15
select [2]  218/7 244/13
selected [8]  7/20 11/24 12/4 147/7 149/13
244/25 245/4 247/8
selecting [1]  218/10
selection [2]  42/24 244/17
self [5]  128/9 130/19 131/9 154/5 160/17
self-employed [5]  128/9 130/19 131/9 154/5
160/17
sell [2]  100/3 176/14
selling [10]  178/22 207/1 207/3 207/4 207/5
207/17 207/22 207/25 208/7 223/22
sells [1]  103/23
Senator [2]  208/6 208/12
senators [1]  39/8
send [2]  111/13 146/10
sending [2]  85/12 90/22

senior [3]  48/19 139/6 175/1
sense [8]  33/9 33/14 33/16 97/25 179/4 207/3
230/11 234/8
sent [5]  92/13 163/21 251/9 252/1 252/18
sentence [3]  55/11 175/20 194/18
sentenced [4]  55/13 170/24 178/13 178/14
sentencing [1]  171/5
Senterfitt [1]  89/20
separately [4]  101/9 163/8 184/18 217/11
separation [1]  77/7
Series [1]  176/12
serious [3]  76/9 229/19 243/9
seriously [1]  96/15
serve [17]  41/15 74/7 74/22 77/9 77/14 102/6
107/24 113/20 122/13 161/15 173/25 174/1
249/2 250/1 250/2 251/20 251/20
served [14]  45/22 47/8 57/5 74/9 107/12
108/24 154/8 197/20 198/20 199/8 199/23
200/4 250/8 251/21
serves [1]  149/14
service [7]  100/2 100/3 121/7 135/24 175/4
191/10 250/1
services [4]  48/20 87/17 139/8 228/11
serving [8]  45/16 54/6 54/25 74/15 151/3
175/17 200/12 245/6
session [1]  11/21
set [5]  208/19 214/21 215/1 226/13 231/12
settled [8]  53/3 67/21 161/1 162/12 169/14
169/17 170/17 170/18
settlement [2]  84/4 175/11
settling [1]  176/4
seven [6]  68/11 74/9 75/13 76/14 77/8 200/9
seventies [1]  104/6
several [5]  62/10 63/1 75/23 173/15 233/12
severe [2]  208/17 208/18
severely [2]  196/13 197/2
sexually [1]  75/16
SFranklinUSDC [1]  1/25
shake [2]  15/15 15/18
Shakes [5]  41/13 42/6 81/24 172/23 243/11
shape [1]  206/13
shaped [1]  92/3
share [4]  120/10 150/19 153/5 233/10
shares [1]  120/9
Shavuoth [1]  91/9
she'd [2]  220/5 242/1
she'll [6]  235/25 237/23 238/15 239/25
241/16 243/12
she's [18]  36/22 37/7 51/19 69/9 71/9 71/24
121/8 128/12 139/7 147/24 164/14 165/13
178/21 179/5 220/9 220/19 232/22 248/12
sheet [1]  117/12
sheets [2]  194/3 194/4
sheriff [3]  49/11 50/9 166/16
sheriff's [6]  49/12 154/22 155/16 156/3
158/5 172/10
sheriffs [1]  166/15
shift [1]  70/5
shifts [1]  70/16
shipyard [4]  37/14 38/3 38/20 39/4
shocked [1]  98/15
shop [1]  173/10
short [12]  105/4 105/23 168/1 182/11 184/18
207/1 207/3 207/17 207/21 207/25 208/7
223/22
shorter [1]  11/17
shortly [2]  7/24 58/1
should [30]  6/18 6/18 8/10 12/4 12/20 13/8
16/10 32/23 34/11 62/24 113/2 119/7 137/2
156/17 157/8 191/19 195/10 195/20 197/15

**S**

should... [11] 210/9 220/17 222/7 222/8
234/9 247/14 248/13 248/18 250/12 250/16
251/18
shouldn't [4] 24/16 33/11 210/11 234/18
show [4] 147/23 245/11 248/12 249/5
showed [1] 119/25
shown [1] 149/9
shows [2] 135/16 138/2
shut [2] 164/25 178/25
shuts [1] 232/3
sic [6] 132/14 139/19 201/11 222/21 236/3
249/10
sick [2] 159/1 159/5
side [11] 2/24 3/4 27/14 29/15 31/24 47/4
66/21 67/1 134/20 167/14 220/6
sidebar [4] 112/21 113/15 118/3 118/10
sides [10] 3/4 36/5 40/10 86/5 94/20 96/15
218/9 218/11 239/2 239/3
sight [1] 107/17
sight/hearing [1] 107/17
sign [1] 91/2
Signalife [9] 6/3 6/5 13/12 13/15 18/18 18/24
21/2 21/4 109/14
signed [2] 92/16 121/21
significant [11] 5/5 8/8 11/3 11/4 11/22
11/23 96/24 231/23 239/9 240/18 244/20
Significantly [1] 89/4
silent [1] 3/16
similar [4] 7/3 93/22 188/4 188/10
simple [1] 213/13
simply [5] 194/23 195/2 217/17 220/6 251/24
Sims [4] 51/11 51/13 237/1 245/17
since [16] 30/20 31/18 86/16 89/5 96/8
129/14 144/14 156/21 159/19 163/24 164/2
164/20 169/8 174/25 191/14 222/10
single [5] 20/11 49/17 102/6 146/14 183/21
sir [129]
sister [8] 65/20 69/4 77/6 78/4 172/10 172/20
177/23 198/8
sit [36] 4/17 8/10 11/25 14/8 35/24 38/15
39/17 45/12 54/8 57/25 62/16 64/17 80/12
82/3 84/2 104/13 105/15 111/10 113/3 114/3
116/6 139/18 145/20 146/11 148/15 154/13
158/18 164/5 167/23 169/21 182/6 183/14
207/12 214/22 245/11 245/12
site [1] 139/2
sits [1] 26/3
sitting [7] 43/8 47/20 62/17 96/2 213/19
217/15 227/20
situation [14] 7/4 58/3 64/20 80/19 81/6
93/25 94/1 97/16 141/20 146/18 166/5
181/11 188/10 192/13
six [8] 70/4 70/4 77/4 115/11 128/8 172/7
205/11 235/14
Sixteen [5] 128/22 129/17 155/7 159/4
159/18 167/21
sixth [1] 252/13
Sixty [1] 154/20
Sixty-five [1] 154/20
skeptical [1] 230/8
skeptically [1] 195/17
skills [2] 113/3 215/1
skip [1] 242/11
skipped [2] 25/12 181/18
Skype [1] 143/11
slight [6] 135/15 135/18 137/8 138/6 138/15
138/17
slip [2] 62/7 62/14

slowly [1] 14/18
small [2] 133/18 167/14
smart [1] 179/15
smashed [2] 173/17 173/17
Smith [4] 89/20 173/3 173/4 242/12
snitch [1] 227/24
snitches [1] 222/5
so-called [1] 119/25
social [6] 163/24 163/25 164/1 175/22 175/23
192/15
socially [1] 57/17
society [1] 245/3
solace [1] 95/25
sold [6] 78/6 121/24 121/24 164/1 193/10
194/4
soliciting [1] 178/22
solve [1] 73/10
solved [1] 164/3
somebody [22] 25/3 59/10 91/6 111/1 111/13
131/1 131/5 132/16 135/17 137/2 137/7
138/3 156/5 163/25 164/1 191/14 192/1
192/6 192/6 209/5 209/25 252/22
somehow [2] 88/10 98/5
someone [31] 3/16 20/23 32/23 35/3 35/3
45/5 46/8 52/18 67/16 102/24 105/18 105/20
120/5 125/24 132/17 136/10 136/11 140/23
156/5 169/13 170/3 170/15 183/2 192/24
193/10 207/8 231/17 240/24 251/4 252/4
252/5
something [31] 8/14 10/21 43/13 78/20 78/21
85/13 95/17 104/1 112/12 116/25 116/25
132/2 132/14 132/22 132/23 135/12 156/6
171/13 178/24 180/13 182/15 191/24 192/10
206/2 208/20 213/20 214/21 217/11 225/12
249/13 253/6
sometime [12] 45/15 111/2 111/6 111/7
115/21 115/22 131/1 131/2 131/14 131/18
132/22 133/22
sometimes [6] 59/11 85/19 96/21 111/1
133/25 165/19
somewhat [2] 208/23 232/4
somewhere [3] 55/24 86/24 209/24
son [26] 10/7 23/24 23/25 43/2 43/25 71/10
73/22 73/24 101/1 108/7 112/13 121/9
121/10 122/4 122/4 123/7 130/20 132/2
132/6 139/5 139/11 141/19 160/18 173/14
204/20 231/1
son's [3] 49/19 63/14 174/8
sons [3] 73/22 107/9 107/13
soon [3] 57/25 110/6 211/23
sorry [48] 18/5 25/7 35/13 36/17 37/2 40/14
40/14 54/13 54/15 70/23 76/17 87/23 91/14
91/15 99/12 99/25 100/4 100/21 101/6
105/13 110/13 124/12 127/3 129/2 129/19
145/9 145/17 151/6 155/2 159/2 159/21
162/25 163/4 170/8 177/25 188/7 199/6
202/22 205/23 221/24 222/16 231/3 233/24
238/2 239/13 242/19 244/12 245/1
sort [14] 98/12 217/14 231/11 253/3
Sosebee [1] 201/14
sought [1] 64/7
sound [1] 53/1
sounded [1] 216/8
sounds [5] 105/6 168/24 208/18 213/21
216/14
south [3] 92/14 175/14 188/16
SOUTHERN [2] 1/1 37/23
space [2] 120/9 120/10
speak [27] 12/2 12/13 15/4 15/10 25/10 32/7
110/16 111/1 111/4 111/6 111/14 111/15

113/18 115/20 120/24 131/1 131/1 131/3
133/21 146/15 162/21 163/11 212/5 219/5
222/19 223/3 250/22
speaking [8] 14/1 15/9 16/6 21/10 25/11
34/12 111/8 132/20
special [5] 23/11 45/22 45/24 62/23 73/22
specialist's [1] 142/9
specialized [2] 84/5 84/14
specializing [1] 56/20
specific [1] 16/9
specifically [1] 233/9
spell [1] 21/3
spend [3] 76/14 112/23 245/24
spending [3] 5/11 205/13 240/25
spent [3] 75/13 90/21 211/14
spinal [1] 62/8
spiritual [1] 96/8
spoken [2] 113/17 133/1
sports [2] 37/17 206/1
St [1] 173/12
St. [1] 173/5
St. Mary's [1] 173/5
staff [1] 92/6
stage [1] 214/14
stand [2] 14/23 15/5
standard [2] 28/15 227/25
standby [5] 1/21 2/12 60/6 251/24 252/11
standing [1] 15/8
stands [1] 91/24
Stanley [1] 233/4
start [21] 16/3 16/7 21/10 21/11 24/11 24/17
24/20 24/22 25/11 26/14 34/18 109/12 110/5
111/20 195/24 206/11 218/10 218/15 227/24
232/4 247/24
started [6] 23/8 25/8 34/12 84/14 164/10
253/1
starting [1] 190/17
starts [1] 24/21
state [38] 2/7 22/5 34/9 41/15 45/14 45/24
46/3 46/19 46/21 49/12 50/17 56/18 65/15
68/8 69/8 71/13 74/10 75/17 75/19 81/13
89/18 89/18 89/23 90/6 90/6 97/1 97/1 97/9
105/11 121/21 142/6 148/3 158/23 160/21
175/7 177/10 181/22 188/25
stated [1] 209/5
statement [4] 5/17 225/3 226/6 253/24
statements [4] 93/5 225/4 227/23 249/10
states [67] 1/1 1/3 1/13 2/5 2/9 2/18 5/6 5/11
6/11 7/22 7/25 8/5 9/11 9/15 9/23 12/17
12/24 18/6 25/24 28/9 28/15 28/19 28/23
28/24 29/2 29/6 29/9 29/13 29/17 29/24 30/6
30/12 33/5 72/24 73/23 77/25 92/15 94/18
118/5 119/9 126/15 127/8 127/12 135/9
136/15 178/3 179/21 179/24 180/3 180/6
181/7 190/15 190/23 190/24 192/17 193/4
194/15 203/9 203/12 219/1 223/14 224/2
224/5 224/6 234/11 249/11 253/15
States' [1] 60/22
station [1] 97/22
stationed [1] 73/23
stay [4] 131/16 163/25 209/5 209/9
stay-at-home [3] 163/25 209/5 209/9
stayed [2] 23/11 115/16
stealing [1] 192/24
Stearns [3] 89/19 208/1 208/7
STEIN [148]
Stein's [11] 3/23 5/10 6/17 6/22 27/16 30/24
119/16 137/5 185/11 220/4 224/21
step [1] 9/20
stepchildren [1] 56/22

**S**

Stephen [4]  1/23 254/18 254/24 254/25
stepson [3]  139/10 141/5 141/24
stepson's [1]  141/20
Stetson [1]  134/13
Steve [5]  84/21 119/22 119/25 220/11 233/10
Steven [1]  174/24
Stieglitz [15]  1/16 2/9 9/8 9/11 116/10
185/15 203/2 214/16 217/12 224/19 226/2
234/24 235/6 241/21 242/14
still [9]  53/15 82/12 88/22 134/3 182/22
214/21 235/6 240/23 251/8
Stillman [1]  62/20
sting [1]  90/7
stipulate [8]  221/7 221/17 222/2 222/20
222/23 230/13 239/10 242/1
stock [6]  204/16 204/24 207/4 207/5 207/9
207/10
stockbroker [4]  175/3 193/10 203/18 204/5
stocks [2]  194/3 194/3
stole [2]  22/12 175/25
stolen [17]  45/4 51/25 52/20 53/14 129/14
129/19 142/16 148/11 150/4 154/10 154/14
162/16 163/24 173/18 175/22 176/1 183/18
stood [1]  253/3
stop [3]  131/15 131/18 207/17
store [1]  89/2
stores [1]  45/5
stories [1]  59/12
straight [2]  21/19 233/23
straightened [1]  108/17
street [2]  1/24 52/13
stress [3]  77/17 78/18 182/15
stretch [1]  184/20
stricken [4]  223/10 230/2 231/16 235/6
strict [1]  97/21
strike [19]  218/12 219/20 222/8 222/10
223/25 225/20 225/21 225/23 226/17 226/24
228/3 228/6 229/23 237/15 238/1 238/19
238/25 241/22 243/1
strikes [6]  218/8 218/9 219/2 224/11 235/14
243/5
striking [3]  218/10 230/7 230/19
strong [1]  83/25
strongly [1]  98/10
structured [2]  91/25 167/22
struggling [1]  80/12
Stubbs [2]  181/14 181/16
stuck [1]  135/14
student [4]  181/21 182/7 182/15 182/17
students [2]  23/18 23/21
studies [1]  163/19
stuff [4]  169/25 175/25 182/25 253/2
subject [3]  128/2 224/7 247/11
subpoena [6]  249/18 250/1 250/8 251/19
251/21 252/14
subpoenaed [3]  129/11 249/16 249/17
subsequent [3]  149/23 161/13 253/9
substantive [1]  12/25
substantively [1]  248/6
substitute [1]  23/19
successfully [1]  245/7
such [4]  89/19 149/25 155/21 168/2
sue [1]  189/16
sued [21]  35/3 35/3 38/6 43/2 58/20 65/12
67/16 67/22 68/1 74/8 78/22 103/1 125/24
134/17 134/18 150/19 160/24 169/13 170/3
175/9 193/15
suffer [2]  130/23 244/19

suffered [1]  81/10
sufficient [2]  105/17 105/20
sugar [1]  130/24
suggested [4]  3/11 217/4 217/10 221/21
suggests [1]  5/7
suing [4]  52/18 72/21 102/24 189/22
suit [2]  62/7 143/25
suitable [1]  135/21
Suite [1]  1/22
summer [1]  143/11
summons [2]  161/14 179/2
Sun [1]  107/3
Sunrise [1]  176/23
Suntrust [1]  176/23
superseded [1]  253/9
supervisor [1]  71/4
supply [2]  121/7 251/14
support [3]  102/16 148/10 149/23
supports [1]  160/2
supposed [3]  114/19 134/1 189/14
supposedly [1]  189/5
sure [39]  22/22 25/15 25/18 26/2 26/8 28/22
28/24 30/23 48/6 52/9 58/5 65/13 68/18
82/25 83/7 83/8 98/11 120/3 128/15 160/15
162/6 176/24 181/2 199/13 202/2 207/2
212/23 215/16 217/21 234/15 234/18 235/10
243/14 246/5 246/6 249/24 250/18 252/9
254/4
surgery [2]  62/8 62/15
surgical [2]  163/16 163/20
surrounding [1]  192/23
surviver [1]  147/19
Susan [1]  201/15
Sushack [1]  130/18
suspect [2]  48/1 217/3
suspended [2]  172/9 172/14
suspension [1]  122/5
suspicious [1]  190/4
sustain [1]  226/17
sustaining [1]  222/8
swear [3]  14/22 244/7 246/25
Sweeney [3]  7/4 9/14 9/19
switch [1]  227/19
switched [2]  129/14 227/17
Switzerland [1]  189/18
sworn [5]  14/20 14/20 14/25 246/24 247/2
synagogue [1]  99/19
Sysco [1]  107/9
system [4]  96/7 98/5 107/7 245/3
systems [4]  13/15 37/24 97/19 103/23

**T**

T-r-i-b-o-u [1]  201/7
table [3]  9/13 83/17 85/5
tables [1]  2/25
take [48]  3/21 4/7 6/2 8/19 11/2 11/4 11/5
11/13 11/20 12/13 16/20 21/18 38/24 44/17
45/20 46/7 48/5 58/2 58/3 59/24 60/12 64/19
82/8 82/9 84/16 93/3 96/15 96/25 97/2 109/8
132/15 132/23 136/2 184/18 187/3 187/25
211/19 212/19 213/4 213/6 213/7 216/22
227/23 230/17 242/11 248/20 248/24 250/15
taken [12]  61/4 65/14 70/12 119/13 161/4
173/18 175/24 185/8 202/22 221/5 250/21
254/15
takes [6]  14/10 40/12 61/19 166/2 212/20
214/12
taking [13]  11/10 15/17 16/5 45/15 93/19
136/10 136/11 142/24 169/22 195/14 222/6
223/8 230/4
talk [28]  6/9 25/13 32/13 60/20 79/17 79/24

91/12 101/8 101/9 101/13 110/3 110/12
112/18 113/12 119/7 131/19 155/12 155/24
163/7 163/8 165/3 217/7 217/11 217/18
247/7 248/14 249/9 253/13
talked [6]  188/5 206/6 206/8 206/9 223/6
225/5
talking [10]  33/4 131/3 164/19 184/17
194/11 204/22 229/6 230/24 232/4 250/7
talks [1]  165/1
tapes [2]  185/23 186/3
taste [1]  171/4
taught [4]  39/13 39/14 96/20 109/5
tax [4]  90/11 155/20 173/21 198/24
taxes [4]  164/2 173/20 209/4 209/6
taxpayers [1]  215/20
teach [5]  21/24 23/18 23/20 73/18 245/14
teacher [5]  21/23 23/16 23/19 23/20 37/20
teaches [1]  73/21
teaching [1]  129/9
team [6]  42/16 62/20 93/10 154/23 202/2
206/2
tech [4]  125/14 154/7 163/16 163/20
Technical [1]  121/12
technically [3]  121/18 121/19 191/20
technicians [1]  38/24
technologist [4]  121/9 147/17 148/2 172/5
technology [2]  88/21 142/10
tedious [1]  8/18
teenage [1]  75/16
television [2]  208/5 210/21
tell [25]  6/18 10/23 11/13 12/16 14/20 16/15
16/15 17/6 21/19 32/15 36/8 55/21 59/11
59/12 62/19 84/17 88/16 91/16 102/23
114/17 118/21 185/19 201/19 218/16 247/8
telling [8]  88/15 102/21 196/20 196/22 197/1
207/8 212/23 213/17
tells [1]  195/9
temporarily [2]  47/3 65/15
temporary [3]  80/16 80/19 152/15
Ten [2]  128/20 155/4
tenant [1]  168/22
tend [1]  51/5
tendency [1]  16/2
term [3]  135/24 177/8 206/25
terminated [1]  179/1
terms [14]  6/5 18/10 19/2 19/14 19/16 47/7
48/3 58/25 94/7 193/13 193/18 244/24
247/14 247/24
territories [1]  92/15
Terry [2]  20/25 56/16
test [2]  62/25 62/25
Tester [2]  208/6 208/12
testifies [1]  31/13
testify [24]  30/8 30/10 30/15 30/18 30/19
30/21 31/14 31/25 33/13 33/15 33/15 33/21
34/4 34/6 50/25 51/1 106/24 116/6 123/2
156/19 195/3 195/10 222/10 228/6
testifying [7]  158/24 185/16 185/18 194/14
194/16 194/17 221/22
testimony [37]  39/24 40/1 43/21 50/25 51/5
58/23 59/15 59/19 88/11 106/23 128/1
130/10 141/2 145/22 153/18 158/2 158/6
166/22 172/24 186/3 186/18 186/19 187/1
194/14 194/20 194/21 194/22 195/10 195/23
196/3 196/5 196/13 196/18 197/10 197/16
208/5 228/24
testing [1]  62/22
tests [2]  63/1 147/22
Texas [7]  37/22 74/2 74/3 74/10 75/13 75/17
78/5

**T**

thank [170]
Thanks [1] 119/6
that's [100]
theft [18] 41/17 42/8 62/10 62/12 63/23 64/14 74/6 75/8 90/10 139/11 141/6 158/21 161/5 163/23 166/5 173/20 191/13 208/21
themselves [6] 9/5 103/5 135/17 138/3 138/5 229/10
therapist [1] 167/10
there's [43] 6/4 8/14 11/25 13/4 13/14 24/3 26/3 26/11 39/9 48/8 54/7 71/21 91/12 91/15 97/25 105/17 105/20 108/25 113/11 120/1 139/17 139/18 142/18 147/24 149/8 157/7 170/1 172/13 182/6 187/24 192/6 192/6 209/22 212/20 213/8 216/18 220/9 231/21 232/22 250/20 252/8 252/16 253/10
thereby [1] 205/20
therefore [1] 195/5
they'd [1] 14/5
they'll [2] 118/23 250/2
they're [27] 23/21 23/22 37/15 39/14 39/21 48/9 59/10 59/10 60/8 60/10 60/10 60/11 69/10 90/10 99/3 109/25 109/25 116/7 151/2 171/18 195/12 196/15 199/14 233/3 247/9 252/22 253/23
they've [8] 70/9 143/11 164/1 176/25 181/25 191/14 193/5 205/20
thick [1] 110/17
thieves [1] 209/1
thing [21] 7/3 14/19 22/22 23/15 23/16 39/1 43/1 62/19 80/17 91/5 99/9 109/19 118/21 131/3 148/16 149/15 200/21 230/23 231/1 240/12 251/17
things [20] 6/22 11/9 62/23 93/16 97/20 97/25 98/14 116/13 116/18 116/22 133/5 136/16 156/19 161/4 190/9 215/2 226/13 229/2 253/1 253/24
think [150]
thinking [2] 135/25 213/13
thinks [1] 220/6
third [17] 27/11 27/21 29/12 29/21 31/22 33/25 34/3 88/22 90/25 94/13 100/19 112/8 128/15 242/25 243/1 248/7 249/4
thirteen [7] 23/9 23/25 128/21 144/25 155/6 158/23 233/23
thirteen-year-old [2] 23/9 23/25
Thirty [1] 222/1
Thirty-nine [1] 222/1
those [67] 3/8 3/12 3/17 9/18 11/10 11/23 36/10 36/23 39/9 53/10 59/6 65/17 76/18 89/12 90/16 90/19 90/25 91/21 92/5 92/7 92/21 92/22 92/23 93/6 93/7 93/9 93/12 93/14 97/5 98/10 98/20 99/14 99/18 103/4 103/7 111/17 111/18 114/1 118/24 122/23 125/20 126/3 126/6 126/6 135/22 140/3 143/19 148/7 148/23 161/20 166/17 186/23 190/4 190/10 193/25 194/1 194/4 201/17 212/14 227/25 228/7 228/14 230/15 240/23 245/5 250/8 250/9
though [9] 40/6 66/19 83/3 151/25 196/22 208/19 225/8 225/9 226/20
thought [21] 51/20 86/8 95/22 96/11 96/21 105/23 135/12 135/15 145/4 145/6 170/20 195/3 197/6 217/9 225/8 226/12 231/11 233/7 244/21 249/16 249/18
thoughts [4] 32/20 197/14 215/11 247/12
thousand [1] 92/7
thousands [2] 117/20 184/12

three [44] 12/25 13/1 13/2 13/3 39/1 44/21 55/1 55/11 55/12 63/7 65/19 68/5 88/20 100/17 107/8 107/11 111/10 111/24 112/1 116/6 121/8 135/6 135/25 142/23 144/21 145/8 145/9 158/16 163/17 164/14 166/1 174/24 178/23 206/14 217/12 217/13 218/22 218/23 218/24 227/7 240/10 240/23 251/22 253/22
three-day [1] 39/1
three-year [1] 55/11
threw [1] 240/17
throat [1] 51/14
through [30] 3/7 8/17 8/20 8/24 13/24 18/24 43/12 61/17 82/21 84/7 89/7 90/11 90/11 93/2 93/10 96/1 120/5 120/22 124/21 168/22 187/13 216/7 218/8 220/14 223/9 233/15 233/19 234/4 248/25 249/14
throughout [1] 9/19
Thursday [1] 143/5
thus [2] 16/12 22/24
ticket [3] 131/15 131/18 131/20
tickets [4] 125/1 131/22 131/23 161/13
Tiffany [1] 65/5
Tim [2] 9/23 201/4
timeframe [6] 4/15 11/1 11/18 105/23 246/2 252/23
times [11] 8/18 9/19 10/6 10/19 61/19 65/23 92/16 135/7 135/25 164/15 247/6
timing [2] 3/3 252/10
tired [1] 165/3
to -- I [1] 198/5
today [35] 23/10 23/13 23/13 24/19 51/14 62/16 89/7 107/19 113/17 114/22 114/23 116/13 116/19 116/23 118/25 119/1 119/2 119/3 133/4 146/9 146/16 159/7 168/20 171/6 205/14 207/12 227/10 245/23 247/6 247/15 248/5 248/11 249/19 252/4 252/14
together [1] 217/15
told [9] 17/23 109/13 112/2 114/13 118/22 132/17 146/16 209/11 252/12
Tom [2] 201/7 201/13
tomorrow [6] 62/24 247/15 248/13 248/18 249/5 254/6
tonight [1] 249/1
too [6] 63/1 101/5 111/8 112/8 122/1 175/20
took [13] 39/11 82/11 86/20 92/17 108/16 108/23 121/15 125/1 179/12 189/9 190/22 225/12 244/13
totally [1] 171/5
touch [2] 8/16 232/16
tough [1] 4/16
toward [1] 168/22
towards [6] 66/21 108/19 140/9 195/2 210/3 213/14
town [1] 106/18
track [1] 189/18
Tracy [2] 201/5 201/9
traffic [4] 124/18 124/21 131/22 131/23
trained [2] 10/14 38/13
trainer [1] 129/5
training [6] 45/19 47/6 62/22 125/9 125/16 234/22
transaction [4] 91/3 160/25 162/9 206/1
transactions [1] 92/17
transcript [3] 1/11 251/7 254/20
transpired [1] 3/24
traveling [2] 43/4 44/13
treasurer [3] 197/25 198/20 200/5
treat [2] 18/13 59/18
treated [13] 43/22 44/4 55/16 68/14 68/19

75/21 123/7 126/22 127/2 141/11 141/13 144/4 178/17
treating [2] 134/23 171/19
treatment [1] 147/20
trial [50] 1/11 2/17 4/2 7/5 9/19 10/17 11/5 11/8 11/22 15/18 18/9 30/8 30/8 30/11 41/16 45/12 45/13 45/17 46/12 46/14 47/13 48/3 51/1 57/5 57/11 58/7 65/11 67/4 75/25 76/2 83/6 86/2 96/2 109/17 109/22 123/2 126/19 129/11 132/11 136/1 138/16 141/14 178/7 178/9 178/10 194/18 205/1 218/25 247/15 248/8
Tribou [1] 201/7
tried [5] 46/19 46/22 95/1 250/1 251/19
Trinity [1] 74/1
trip [6] 43/12 43/14 44/15 171/9 229/22 231/24
Tronics [3] 13/13 13/15 18/18
trouble [9] 100/4 100/22 117/7 117/8 133/8 133/11 134/3 146/17 159/2
troubling [1] 220/1
truck [7] 6/2 131/12 131/13 131/14 131/24 132/1 175/25
true [6] 20/21 40/8 72/23 72/23 180/20 209/25
truly [1] 104/2
trust [6] 54/18 89/6 89/9 94/24 211/3 224/14
trustworthy [1] 213/3
truth [5] 14/21 59/12 59/12 210/23 213/15
truthful [4] 39/10 195/12 195/13 195/14
try [23] 3/10 3/12 11/16 12/14 14/13 15/3 15/13 15/22 15/23 16/7 46/16 47/12 61/17 79/23 111/17 115/14 133/18 133/20 176/3 244/18 246/25 248/23 251/20
trying [14] 9/2 110/13 110/14 110/17 112/22 140/9 146/14 189/11 192/11 192/14 196/15 243/19 252/19 252/20
turbo [2] 90/11 173/20
Turin [8] 99/22 99/23 101/13 110/3 110/12 110/13 112/23 113/16
turn [3] 2/25 184/23 200/22
turned [1] 189/2
turnover [1] 84/5
TV [3] 135/16 138/2 138/13
Twelve [4] 128/21 144/25 155/5 158/22
twenties [1] 148/5
Twenty [3] 51/16 115/11 253/18
Twenty-six [1] 115/11
twice [3] 129/14 173/18 182/2
twin [1] 166/14
two [105]
two-week [3] 135/23 135/25 230/4
Tyco [1] 134/12
type [15] 37/19 41/2 72/2 72/4 72/8 109/19 131/11 180/12 190/4 190/11 193/16 194/3 194/4 197/16 247/12

**U**

U-s-d-a-n [1] 201/12
U.S [6] 1/17 92/15 93/11 93/20 97/19 166/13
uh [5] 15/19 15/19 85/1 165/22 174/20
uh-huh [4] 15/19 85/1 165/22 174/20
ultrasound [1] 172/5
unable [2] 26/11 245/15
unbelievable [1] 96/20
uncertainty [1] 3/24
uncle [3] 129/15 129/23 166/12
uncomfortable [3] 64/22 82/13 83/3
under [13] 41/24 77/17 90/9 92/4 97/15 191/13 195/18 196/3 196/25 197/10 206/8

# U

under... [2]  207/22 222/4
undercover [2]  185/23 186/3
undergoing [3]  77/7 191/21 191/23
undergrad [1]  42/20
understand [98]
understanding [12]  10/24 100/5 100/22
  110/16 111/12 133/8 134/4 146/17 158/24
  195/20 196/2 197/15
understood [6]  116/15 116/19 116/23 133/4
  133/5 135/24
unduly [1]  9/1
unethically [1]  134/23
unfairly [9]  44/5 55/16 68/14 68/19 123/8
  126/23 141/12 144/5 178/18
unfavorably [1]  69/24
unfortunately [7]  40/20 65/18 74/9 75/15
  89/23 107/13 245/15
unit [1]  92/18
UNITED [68]  1/1 1/3 1/13 2/5 2/9 2/18 5/6
  5/11 6/11 7/21 7/25 8/5 9/11 9/15 9/23 12/17
  12/23 18/6 25/24 28/9 28/14 28/19 28/23
  28/24 29/2 29/6 29/9 29/13 29/17 29/24 30/5
  30/12 33/5 60/22 72/24 73/23 77/24 94/18
  118/5 119/9 126/15 127/8 127/11 135/9
  136/15 155/2 178/3 179/21 179/24 180/2
  180/6 181/7 190/15 190/23 190/23 192/17
  193/4 194/15 203/9 203/11 219/1 223/13
  224/2 224/4 224/6 234/11 249/11 253/15
University [11]  22/5 22/6 37/22 37/23 74/2
  74/3 134/14 142/11 160/20 163/19 183/13
unlawful [1]  207/13
unless [8]  3/16 25/23 26/6 26/17 27/6 31/13
  52/14 115/19
unperforming [1]  90/23
until [10]  24/17 25/24 68/16 78/6 91/19
  110/4 247/17 247/20 250/14 251/3
unusual [2]  73/13 105/6
upfront [1]  98/17
uphold [1]  190/22
upon [18]  3/3 3/9 8/16 10/19 11/7 85/23
  104/11 107/20 129/12 136/7 193/12 204/6
  204/25 223/21 224/2 229/9 250/14 250/25
upper [1]  175/18
UPS [1]  52/14
upset [4]  54/8 90/12 108/23 206/7
us [50]  8/10 8/19 9/18 11/20 12/1 12/2 12/11
  14/12 14/17 16/15 16/15 17/6 21/19 32/15
  33/23 38/7 39/13 39/15 50/2 61/16 87/20
  88/15 112/2 113/21 135/14 146/16 189/9
  201/1 206/14 208/24 210/18 210/19 214/7
  234/2 234/11 240/20 240/22 240/25 241/8
  248/15 248/22 248/25 252/23 252/25
Usdan [1]  201/12
used [11]  87/13 120/10 134/17 152/15
  173/10 173/22 176/2 177/8 228/10 243/1
  243/5
using [1]  15/12
usually [6]  3/3 3/8 105/15 138/4 138/5
  165/19

# V

vacation [2]  142/24 161/13
vacations [1]  229/20
Vaguely [1]  208/11
valuation [1]  87/15
value [1]  19/13
vandalized [1]  54/2

Vargas [8]  162/19 217/5 222/13 222/14
  223/1 223/2 223/5 223/10
variety [1]  7/8
various [5]  9/19 10/19 93/4 174/15 207/22
Vaughan [3]  183/6 183/8 200/7
Vegas [1]  205/20
vehicle [1]  52/20
venire [11]  71/14 125 60/18 61/12 110/9
  120/17 185/7 186/4 212/2 244/9 246/19
verbalize [2]  15/13 15/20
verdict [19]  40/18 41/25 53/7 58/6 58/12
  63/24 67/8 72/13 74/24 95/10 145/15 148/7
  148/21 161/20 177/11 183/25 204/6 204/25
  214/24
verdicts [1]  160/22
verification [1]  209/13
verify [3]  192/1 209/12 209/17
versus [5]  2/5 51/4 149/9 210/10 220/6
very [67]  6/4 7/19 7/21 8/8 8/9 8/17 8/18 9/2
  11/3 12/7 12/9 12/10 15/11 16/1 16/5 36/16
  39/15 48/25 56/14 60/17 62/15 78/12 80/12
  84/5 90/12 90/12 92/8 94/25 96/15 98/10
  98/17 98/18 98/24 102/7 110/16 115/18
  117/10 123/9 123/17 128/23 131/1 133/24
  133/24 134/2 135/18 138/21 146/20 147/4
  147/5 147/10 150/10 152/19 164/15 182/11
  190/4 190/4 190/10 195/11 196/7 202/2
  208/14 210/5 211/13 212/11 221/21 232/11
  254/12
veterinarian [1]  42/20
vice [2]  42/16 48/19
victim [32]  22/10 35/15 38/7 41/17 42/8 45/7
  49/10 51/23 52/5 52/19 54/2 57/15 64/13
  65/22 69/19 77/12 80/9 83/22 102/3 107/15
  117/17 122/7 124/8 125/22 135/5 139/12
  163/23 169/16 174/16 182/1 190/1 224/13
victimized [3]  136/19 137/3 137/7
victimizing [2]  134/23 180/14
victims [9]  90/4 97/14 155/20 155/25 156/15
  156/22 157/4 167/18 173/15
view [10]  18/9 99/6 99/8 178/17 192/22
  195/16 211/1 211/2 218/24 226/19
viewed [1]  206/6
viewpoints [1]  228/15
views [16]  8/15 22/17 38/11 45/10 52/2 54/6
  55/15 55/18 55/19 80/13 139/16 154/12
  172/12 173/25 182/4 247/12
violence [2]  65/22 69/20
Virginia [1]  188/25
Visa [1]  189/7
vocabulary [1]  134/2
voice [5]  79/23 80/17 80/18 227/10 227/10
voir [3]  3/2 7/7 217/4
volume [2]  1/10 46/15
volunteer [7]  45/25 154/22 155/16 155/18
  158/4 173/8 174/2
volunteers [1]  154/23
vote [1]  97/23
Vu [1]  77/2

# W

W-2 [1]  209/7
Waco [1]  74/3
wait [8]  15/22 15/23 16/7 25/9 181/3 218/20
  248/15 250/16
waiting [2]  64/22 231/17
waive [1]  4/10
walk [3]  82/15 82/18 233/15
walked [1]  179/1
Walker [5]  123/19 123/21 240/1 240/4

245/19
walking [1]  192/7
walks [1]  165/2
wall [1]  27/24
wallet [2]  22/13 142/16
want [52]  3/1 6/7 6/14 7/17 9/17 13/20 25/13
  26/8 30/23 33/14 66/3 90/18 98/1 112/18
  113/16 113/25 116/10 118/15 134/15 146/13
  164/19 200/18 204/1 205/13 212/14 212/15
  212/16 213/21 215/11 216/22 217/21 220/12
  221/16 226/22 229/3 229/5 229/18 232/9
  234/24 235/5 235/10 239/4 240/13 242/10
  242/10 242/17 242/18 245/14 245/22 247/10
  247/13 250/22
wanted [25]  4/23 7/3 7/7 19/3 20/3 39/12
  88/6 120/3 135/12 155/13 185/20 186/11
  194/19 205/23 206/15 212/18 215/9 217/2
  217/4 232/16 235/16 249/19 249/21 250/13
  250/24
wants [2]  85/22 239/6
Warren [1]  210/11
was -- I [1]  124/25
Washington [7]  1/18 57/5 57/16 59/4 73/23
  176/24 189/11
wasn't [22]  19/13 20/2 58/5 73/12 83/5 95/13
  97/2 105/8 108/22 110/23 125/23 134/19
  178/23 179/11 206/12 206/17 209/7 215/9
  224/24 231/14 244/23 252/9
watch [2]  24/5 208/5
watches [1]  164/13
watching [3]  135/16 138/2 165/12
ways [2]  93/13 207/17
we'd [6]  236/2 236/19 237/2 237/10 237/21
  240/23
we'll [60]  3/6 4/14 4/15 4/18 5/19 9/22 12/13
  13/17 13/20 13/24 14/7 21/12 32/2 44/17
  58/2 60/17 60/25 79/17 101/8 101/13 110/3
  110/5 110/7 113/8 118/8 119/12 163/7 163/8
  185/1 185/5 186/13 186/13 203/1 211/22
  211/23 218/7 218/7 218/9 218/13 218/15
  218/17 218/18 218/20 218/20 219/20 220/22
  222/10 224/10 232/6 239/5 239/6 241/7
  244/6 245/12 248/15 248/20 249/5 251/16
  254/2 254/12
we're [54]  5/18 8/20 8/25 9/1 11/2 11/10
  11/11 11/15 11/16 11/19 12/9 14/17 15/9
  16/6 21/11 26/22 61/21 62/21 101/7 109/8
  113/21 118/11 119/16 142/22 143/21 159/2
  160/17 168/1 171/5 171/11 182/11 184/17
  185/10 186/9 211/17 211/19 218/23 220/21
  222/25 222/25 230/10 230/18 232/7 235/19
  236/4 238/11 239/12 243/14 245/15 247/4
  248/5 248/8 248/15 249/1
we've [18]  14/9 38/23 39/3 83/2 84/5 84/13
  97/24 146/16 173/15 173/18 179/24 188/4
  192/4 193/8 218/9 230/3 238/25 242/4
wealth [1]  94/16
Weaver [1]  89/19
wedding [1]  161/11
week [11]  11/20 23/9 46/3 51/25 91/10 99/16
  105/5 105/7 135/23 135/25 230/4
weekend [1]  161/12
weekends [1]  147/23
weeks [13]  35/23 4/11 4/12 11/6 11/19 23/17
  111/10 116/6 118/19 169/23 171/16 244/17
  246/3
weigh [1]  197/16
weighs [1]  225/3
weight [6]  72/22 73/3 85/20 149/10 220/2
  220/5

**W**

Weiss [10]  83/10 83/13 219/23 224/8 224/10 232/9 232/13 232/14 232/16 238/16
welcome [12]  7/14 7/17 51/10 61/15 115/4 115/7 120/19 150/11 186/6 210/6 232/14 244/12
well [95]
Wellington [4]  44/21 56/17 77/3 107/4
Wells [4]  88/19 93/23 93/24 93/25
went [21]  42/23 57/5 57/10 58/7 68/11 69/1 75/5 90/8 93/4 97/7 112/14 131/18 133/14 164/10 165/10 168/22 175/4 193/17 206/18 209/4 220/11
weren't [5]  20/12 97/4 125/2 192/20 244/23
west [18]  1/7 1/20 1/25 44/23 56/1 65/6 65/7 66/8 73/17 101/18 123/21 130/18 130/18 144/15 147/16 174/7 181/16 181/17
Western [1]  176/24
what's [30]  5/19 18/7 25/19 28/3 38/12 48/1 72/21 83/3 83/4 90/18 111/12 114/10 138/10 140/9 194/2 219/15 224/18 226/10 227/12 234/19 235/20 236/1 236/6 236/10 241/10 241/25 242/4 242/6 247/10 248/1
whatever [9]  39/11 164/12 179/18 190/14 196/15 212/17 214/12 215/1 215/7
whatsoever [4]  12/22 13/10 107/21 109/4
When's [1]  49/23
Whenever [1]  119/20
where [30]  16/18 22/22 24/1 30/3 35/3 45/25 60/14 64/6 67/17 73/13 75/8 91/2 120/23 122/17 138/3 152/14 160/16 193/4 193/17 225/1 244/21 244/23 245/5 248/8 248/12 249/1 249/5 251/4 251/5 253/3
whether [48]  4/24 8/5 8/12 8/14 8/22 12/4 13/17 13/20 19/3 21/3 22/16 28/14 30/17 31/9 39/25 55/16 59/20 68/14 94/14 105/17 105/18 105/19 136/16 138/11 148/20 157/16 178/17 186/17 193/5 195/14 195/16 195/19 195/23 196/23 197/18 198/7 213/3 219/12 219/24 220/3 225/9 225/10 229/9 232/17 234/5 239/2 244/16 249/15
while [15]  17/11 45/4 45/5 54/3 65/14 65/15 70/10 119/21 120/22 211/18 212/20 214/13 219/23 250/2 250/4
white [25]  1/21 2/12 6/16 10/4 10/15 10/18 85/6 85/7 85/21 86/2 86/6 89/20 90/15 119/21 219/24 219/25 220/4 220/10 220/11 232/17 232/25 233/4 233/19 234/3 234/14
whiz [1]  18/7
who's [12]  9/21 10/7 14/8 18/3 32/11 72/21 86/11 103/22 127/17 187/8 211/19 240/24
whoever [1]  71/13
whole [6]  22/22 86/2 97/8 169/23 171/19 192/13
whom [3]  7/22 84/10 159/22
whose [2]  230/3 246/9
why [35]  11/25 19/11 21/18 32/22 52/20 59/24 74/22 101/6 101/12 111/17 113/12 122/12 131/2 131/4 137/23 137/25 138/12 139/12 140/7 146/6 165/10 169/20 180/11 180/21 182/21 209/15 210/14 223/7 223/7 233/21 234/3 234/9 234/17 234/19 252/5
widow [1]  121/7
wife [20]  37/4 44/24 71/7 71/23 77/11 78/21 90/5 96/24 103/22 107/6 120/5 120/15 129/6 130/21 132/4 132/6 144/16 144/18 158/25 167/7
Wilk [1]  201/7
William [1]  201/10

Willie [5]  5/25 201/9 202/12 202/13 202/14
willing [3]  39/11 113/20 249/2
willingness [1]  245/24
Wilson [3]  65/3 65/5 237/24
win [5]  39/14 40/12 93/12 93/25 93/25
win-win [1]  93/25
wind [1]  11/14
window [2]  125/1 173/17
Wing [4]  103/18 103/20 239/13 239/14
wire [6]  12/25 13/1 93/16 175/15 178/1 224/3
wise [1]  167/25
wish [3]  224/12 246/8 251/10
withdrawing [1]  235/7
within [1]  198/13
without [9]  4/17 15/12 45/11 79/5 142/24 212/5 239/5 240/24 244/22
witness [32]  30/8 30/10 30/25 31/5 31/7 31/18 31/23 32/5 32/12 59/16 59/18 59/20 90/1 92/12 106/23 122/2 122/3 123/1 128/2 129/11 130/10 153/19 158/2 158/7 166/22 172/25 187/2 194/20 195/2 197/9 227/24 228/12
witnessed [1]  96/10
witnesses [19]  5/4 5/8 28/17 39/25 51/1 96/3 96/4 116/6 141/3 146/24 194/14 195/9 200/23 200/25 227/25 228/4 228/5 228/8 228/17
witnesses' [1]  40/1
witnessing [1]  96/2
Wittenberg [1]  201/15
Wolff [1]  201/12
woman [6]  204/11 227/9 229/21 230/3 231/21 252/18
Women's [1]  199/10
won't [4]  56/12 86/1 160/6 234/19
wonder [1]  6/18
wonderful [1]  40/20
wondering [3]  6/16 143/13 223/7
Woodbury [1]  201/7
words [6]  134/4 134/5 207/5 213/22 214/25 232/3
work [98]
work-related [1]  244/21
worked [40]  4/25 38/1 43/1 47/2 63/6 66/13 72/5 84/20 86/16 87/14 89/10 90/6 96/8 100/5 100/14 123/23 124/25 125/7 127/22 129/23 130/3 151/17 152/11 152/16 152/17 155/9 155/10 165/15 174/3 175/14 176/23 176/24 193/22 193/24 194/1 194/8 194/11 194/15 199/1 233/9
working [33]  22/3 23/13 38/2 66/15 71/7 71/24 74/18 88/21 89/6 90/14 90/22 90/24 94/18 97/20 100/1 100/24 101/4 107/6 108/5 111/22 112/12 139/7 144/17 151/25 164/2 164/3 164/10 164/17 169/8 169/11 179/5 209/7 209/9
workout [1]  88/19
works [17]  42/17 48/21 80/2 101/1 101/21 112/2 112/3 121/9 121/10 129/6 142/7 153/14 154/25 155/1 157/20 173/9 251/22
world [2]  88/21 251/23
world's [1]  108/4
worried [1]  62/17
worry [2]  98/20 138/12
worth [3]  38/21 154/20 221/7
wouldn't [17]  32/22 53/16 54/7 70/13 97/3 160/3 180/7 180/9 180/11 182/21 189/8 195/25 211/10 226/21 228/4 230/14 250/14
wound [1]  188/16
wrap [1]  231/11

wrap-up [1]  231/11
wrapping [1]  23/18
wrapping-up [1]  23/18
Wright [4]  52/10 52/12 237/5 245/17
writer [1]  57/1
writing [2]  91/8 91/10
wrong [10]  18/7 96/5 96/5 136/17 188/8 191/24 192/10 209/21 209/24 231/4
wrongdoing [7]  92/23 94/9 187/18 191/9 193/5 193/6 193/18
wrongfully [5]  76/5 76/8 76/13 135/4 210/25
Wyman [1]  22/11

**X**

x-ray [3]  147/17 148/2 154/6

**Y**

y'all [1]  9/18
Y-a-f-a [1]  201/8
yacht [2]  108/2 108/4
Yafa [1]  201/8
yeah [17]  36/6 36/25 50/13 50/17 89/5 95/24 111/1 111/13 116/24 116/24 117/14 131/23 143/3 180/4 187/16 197/8 221/25
year [27]  23/9 23/25 44/24 49/7 52/14 52/20 53/13 55/11 62/21 65/8 74/18 81/9 86/18 107/5 108/17 121/12 139/5 142/7 142/24 145/19 150/22 160/19 173/13 173/17 178/15 231/25 245/14
years [157]
yellow [1]  251/11
yes [322]
yet [10]  22/16 52/21 55/3 83/25 132/11 167/19 169/20 180/19 186/10 205/22
York [10]  1/18 56/25 57/9 71/3 71/11 71/17 81/2 104/22 121/22 158/25
you'd [4]  2/25 203/7 210/20 216/14
you'll [13]  10/24 15/25 16/1 16/2 28/12 40/1 40/5 70/15 70/18 138/9 157/10 253/10 253/16
you're [98]
you've [40]  3/8 10/10 13/18 22/19 22/24 23/1 26/23 26/24 44/14 45/20 60/4 77/21 95/4 131/22 133/3 140/11 144/4 152/4 174/16 187/7 192/23 193/13 193/16 202/21 205/14 206/23 208/16 210/21 211/13 214/19 215/17 215/18 232/17 242/25 246/2 247/8 247/18 247/19 247/19 251/7
young [10]  43/3 74/5 75/22 86/11 89/2 204/11 230/3 231/21 232/18 232/20
Youngest [1]  154/25
yours [2]  170/14 222/8
yourself [3]  21/20 66/20 216/10
yourselves [1]  247/17

**Z**

zero [1]  120/1