```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                      Case No. 11-80205-CR-MARRA
 3
     UNITED STATES OF AMERICA,      )
 4                                  )
          GOVERNMENT,               )
 5                                  )
          -v-                       )
 6                                  )
     MITCHELL J. STEIN,             )
 7                                  )
          DEFENDANT.                )    West Palm Beach, Florida
 8                                  )    May 7, 2013
     _____)
 9

10                    VOLUME 2, PAGES 1 - 291

11              TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12            BEFORE THE HONORABLE KENNETH A. MARRA

13                 UNITED STATES DISTRICT JUDGE

14

15   Appearances:

16   FOR THE GOVERNMENT        Albert Stieglitz, ESQ., and
                               Kevin Muhlendorf, ESQ.
17                             U.S. Department of Justice
                               Criminal Division
18                             1400 New York Avenue, Northwest
                               Washington, DC 20530
19
     FOR THE DEFENDANT         Mitchell J. Stein, Pro Se
20                             1551 North Flagler Drive, #1208
                               West Palm Beach, FL 33401
21   -and-
     (Standby Counsel)         Charles G. White, ESQ.
22                             1031 Ives Dairy Road, Suite 228
                               Miami, FL 33179
23
     Reporter                  Stephen W. Franklin, RMR, CRR, CPE
24   (561)514-3768             Official Court Reporter
                               701 Clematis Street
25                             West Palm Beach, Florida  33401
                               E-mail:  SFranklinUSDC@aol.com
```

1         (Call to the order of the Court.)

2              THE COURT:  All right.  We're back on the record.

3    Mr. Stein is present.

4              Good morning.

5              MR. STEIN:  Good morning.

6              MR. STIEGLITZ:   Good morning, Your Honor.

7              THE COURT:  We're still waiting for one of the

8    jurors, so I thought I'd come in and make sure there weren't

9    any issues that we needed to discuss before the jury got here

10   or before we began opening statements.

11             Anything that we need to talk about?

12             MR. STIEGLITZ:  Your Honor, the only issue is just

13   the Government obviously would invoke the rule on witnesses.

14   We haven't specifically addressed that.  The only exception

15   that the Government would make would be as to its summary

16   witness, Postal Inspector George Clark, which -- who the

17   Government would ask the Court's permission to be here

18   throughout trial.

19             THE COURT:  He's your --

20             MR. STIEGLITZ:  Summary witness.

21             THE COURT:  But he's your representative, government

22   representative for the trial, correct?

23             MR. STIEGLITZ:  That's correct, Your Honor, but he

24   will testify.

25             THE COURT:  Any problems, Mr. Stein?

```
 1            MR. STEIN:  I would also invoke the rule regarding

 2   witnesses, Your Honor, and I would just for the record object

 3   to having a summary witness testify first before any documents

 4   have been authenticated.

 5            THE COURT:  He didn't say he was going to testify

 6   first.

 7            MR. STEIN:  No, he told -- I'm sorry, Your Honor, I

 8   apologize.

 9            The Government told me he was going to be testifying

10   first, and there are no -- there are some authenticated

11   exhibits because we've reached a stipulation on certain

12   matters, but other than the stipulation, there are not

13   documents authenticated, and I believe it's out of the

14   ordinary for a summary witness to testify regarding facts that

15   aren't even in the record yet.

16            MR. STIEGLITZ:  May I clarify, Your Honor?

17            THE COURT:  Yes.

18            MR. STIEGLITZ:  And I apologize to Mr. Stein if I was

19   unclear, because we just discussed this five minutes ago.

20   Inspector Clark will not be testifying until much later in the

21   trial.  He's not testifying first.

22            MR. STEIN:  I apologize, Your Honor.

23            THE COURT:  Okay.  I'm going to read the jurors the

24   standard preliminary jury instructions, pattern instructions

25   from the Eleventh Circuit, which will take a few minutes.
```

 1    Most of the things I've kind of touched on with them already,

 2    but it doesn't hurt to reemphasize them.

 3         And, again, Mr. Stein, just so we're clear, I know

 4    the Government's filed a motion in limine regarding statements

 5    that you might make during your opening statement.  You

 6    understand the opening statement is just to tell the jurors

 7    what you expect the evidence is going to show during the

 8    course of the trial and not to make a closing argument or

 9    essentially testify yourself?

10         MR. STEIN:  Your Honor, just to have full

11    transparency, my opening statement will only speak of what the

12    Government will put on in its case, what it has marked as

13    exhibits.  I will not be telling them what I will put on in my

14    case because it may not be admitted by the Court.  So I will

15    only concentrate on the Government's evidence.

16         THE COURT:  All right.  Well, again, I want to make

17    sure you're not going to be making arguments regarding the

18    Government's evidence as opposed to talking about what you

19    think the evidence is going to show.

20         MR. STEIN:  That's correct.

21         THE COURT:  As long as you're going to be arguing or

22    stating to the jury what you believe the evidence will show as

23    opposed to arguing why the Government's evidence isn't

24    sufficient to convict you, which is closing argument, not

25    opening statement.

```
 1          MR. STEIN:  And I would -- and I apologize, Your
 2   Honor.  I was just going further, indicating that items I may
 3   wish to put into evidence later, should the burden shift, I'm
 4   not going to even be talking about those because the Court
 5   may --
 6          THE COURT:  The burden never shifts.  Okay?  The
 7   burden never shifts to you, so let's not be -- let's not say
 8   anything that kind of gives the wrong impression.  The
 9   Government always has the burden.  So the burden doesn't
10   shift.  You can put on evidence to rebut the Government's
11   evidence or to try and create a reasonable doubt in the jury's
12   mind, but the burden never shifts to you.
13          MR. STEIN:  I was just talking about if I were to put
14   on a case.  I'm not talking about that today.
15          THE COURT:  All right.  So we're clear, though, as
16   far as opening statement --
17          MR. STEIN:  Yes, Your Honor.
18          THE COURT:  -- is just to talk about what the
19   evidence is going to show and not to argue why the Government
20   hasn't proved its case?
21          MR. STEIN:  Yes, Your Honor.
22          Anything else?
23          MR. STIEGLITZ:  Not from the United States, Your
24   Honor.
25          THE COURT:  We're ready?
```

```
 1              THE COURTROOM DEPUTY:  We're ready.
 2              THE COURT:  All right.  Let's bring the jurors in.
 3              I'm going to tell the jurors some scheduling matters
 4    that I haven't mentioned to you for your planning purposes.
 5    This week we're going to break at 1:00 o'clock on Friday.
 6    Okay?  So we're not going to be -- what I hope is that we just
 7    work through lunch and don't break for lunch on Friday and try
 8    and get an extra hour in, because I have to leave at
 9    1:00 o'clock for another matter in Fort Lauderdale.
10              So next -- so Friday we'll stop at 1:00.  Next week,
11    we'll be in session every day.  The third week, we're going to
12    have a couple of breaks.  On the 20th, Monday the 20th, we'll
13    only be in session in the morning.  On the 22nd, we'll only be
14    in session in the morning, and the 23rd, we won't be in
15    session at all.  The 27th is a holiday.  Other than that, we
16    should be going all the other days.  Okay?
17       (The jury enters the courtroom, after which the following
18    proceedings were had:)
19              THE COURT:  You can be seated once you get to your
20    seats.
21              Welcome back, everyone.  Good morning.  Please be
22    seated, ladies and gentlemen.  Thank you again for being here
23    this morning.  We appreciate, again, your cooperation and your
24    willingness to serve in this case.
25              We're going to be getting started shortly.
```

1    Mrs. Easley, if you can't see anything from where you're

2    seated, please let us know so we can make sure people

3    rearrange themselves.  All right?  And if you need to move,

4    feel free to move your chair.

5         I'm going to read you, before we begin, some

6    instructions that I'd like you to follow during the course of

7    the trial and also to give you some information about how the

8    trial's going to proceed and some of the procedural aspects of

9    the case that you may not be familiar with.  Some of these

10   things I've already touched on yesterday, but it doesn't hurt

11   to reemphasize them, and then after that we'll hear from the

12   Government's attorney, then from Mr. Stein.

13        You have now been sworn as the jury to try this case,

14   and I'm going to explain some basic principles about a

15   criminal trial and your duty as jurors.  These are preliminary

16   instructions, and at the end of the trial I will give you more

17   detailed instructions.

18        It will be your duty to decide what happens so you

19   can determine whether the Defendant is guilty or not guilty of

20   the crimes charged in the indictment.  At the end of the

21   trial, I will explain the law that you must follow to reach a

22   verdict.  You must follow the law as I explain it to you, even

23   if you do not agree with the law.

24        You must decide the case solely on the evidence

25   presented here in the courtroom.  Evidence can come in many

1    forms.  It can be testimony about what someone saw or heard or

2    smelled, it can be an exhibit admitted into evidence, it can

3    be someone's opinion.

4           Some evidence proves a fact indirectly.  Such as a

5    witness who saw wet grass outside and people walking into the

6    courthouse carrying wet umbrellas.  Indirect evidence,

7    sometimes called circumstantial evidence, is simply a chain of

8    circumstances that proves a fact.  As far as the law is

9    concerned, it makes no difference whether evidence is direct

10   or indirect.  You may choose to believe or disbelieve either

11   kind, and you should give every piece of evidence whatever

12   weight you think it deserves.

13          Certain things are not evidence and must not be

14   considered, and I will list them for you:

15          Statements and arguments of the attorneys or

16   Mr. Stein in their opening statements and closing arguments.

17   The lawyers will discuss the case, but their remarks are not

18   evidence.

19          Questions and objections are not evidence.  The

20   questions are not evidence, only the witness' answers are the

21   evidence.  You should not think that something is true just

22   because a question suggests that it is.  For instance, if a --

23   if someone asks a question, "You saw the Defendant hit his

24   sister, didn't you," the question is not evidence of what the

25   witness saw or what the Defendant did unless the witness

1    agrees with what the question was.

2         There are Rules of Evidence that control what can be

3    received into evidence.  When a lawyer or Mr. Stein asks a

4    question or offers an exhibit and the other party thinks it is

5    not permitted by the Rules of Evidence, the person may object.

6    If I overrule the objection, then the question may be answered

7    or the exhibit is received into evidence.  If I sustain the

8    objection, then the question cannot be answered and the

9    exhibit cannot be received into evidence.

10        Whenever I sustain an objection to a question, you

11   must ignore the question and try not to guess what the answer

12   would have been.  Sometimes I may order that evidence be

13   stricken and that you disregard or ignore the evidence.  That

14   means that when you are deciding the case, you must not

15   consider that evidence.  Some evidence is admitted only for a

16   limited purpose, and when I instruct you that an item of

17   evidence has been admitted for a limited purpose, you must

18   consider it only for that limited purpose and no other.

19        In reaching your verdict, you may have to decide what

20   testimony to believe and what testimony not to believe.  You

21   may believe everything a witness says, or part of it, or none

22   of it.  In considering the testimony of any witness, you may

23   take into account the opportunity and the ability of the

24   witness to see or hear or know the things about which he or

25   she testified.  The witness' memory, the witness' manner while

```
 1     testifying, the witness' interest in the outcome of the case,

 2     and any bias or prejudice, whether other evidence contradicted

 3     the witness' testimony, the reasonableness of the witness'

 4     testimony in light of all of the evidence, and any other

 5     factor that bears on believability.

 6           I will give you additional guidelines for determining

 7     credibility at the end of the case.

 8           As you know, this is a criminal case, and there are

 9     some basic rules about a criminal case that you must keep in

10     mind, which, again, we've already discussed yesterday, but

11     I'll reemphasize them.

12           First, the Defendant is presumed innocent until

13     proven guilty.  The indictment against the Defendant brought

14     by the Government is only an accusation, nothing more.  It is

15     not proof of guilt or anything else.  The Defendant therefore

16     starts out with a clean slate.

17           Second, the burden of proof is on the Government

18     until the very end of the case.  The Defendant has no burden

19     to prove his innocence or to present any evidence or to

20     testify.  And since the Defendant has the right to remain

21     silent and may choose whether to testify, you cannot legally

22     put any weight on the Defendant's choice not to testify.  It

23     is not evidence.

24           Third, the Government must prove the Defendant's

25     guilt beyond a reasonable doubt.  And I will give you further
```

 1    instructions on this point later, but bear in mind that the

 2    level of proof required is high.

 3            Our law requires jurors to follow certain

 4    instructions regarding their personal conduct in order to help

 5    assure a just and fair trial.  I'll give you some of those

 6    instructions now.

 7            Do not talk either among yourselves or with anyone

 8    else about anything related to the case.  You may tell the

 9    people with whom you live and your employer that you are on

10    a -- you are a juror and give them information about when you

11    will be required to be in court, but you may not discuss with

12    them or anyone else anything related to the case.

13            Do not at any time during the trial request, accept,

14    agree to accept or discuss with any person any type of payment

15    or benefit in return for supplying any information about the

16    trial.  You must promptly tell me about any incident you know

17    of involving any attempt by any person to improperly influence

18    you or any member of the jury.

19            Do not visit or view the premises or place where the

20    crime charged allegedly was committed or any other premises or

21    place involved in the case, and you must not use Internet maps

22    or Google Earth or any other program or device to search for a

23    view of any location discussed in the testimony.

24            Do not read, watch or listen to any accounts or

25    discussions related to the case which may be reported by

1    newspapers, television, radio, the Internet or any other news

2    media.

3            Do not attempt to research any fact, issue or law

4    related to this case, whether by discussions with others, by

5    library, Internet research or any other means or source.  In

6    this age of instant electronic communication and research, I

7    want to emphasize that in addition to not talking face to face

8    with anyone about the case, you must not communicate with

9    anyone about the case by any other means, including telephone,

10   text messages, e-mail, Internet chat rooms, blogs, social

11   networking websites, such as Facebook, My Space or Twitter.

12           You must not provide any information about the case

13   to anyone by any means whatsoever, and that includes posting

14   information about the case or what you are doing in the case

15   or any device -- on any device or Internet site, including

16   blogs, chat rooms, social websites or other means.

17           You must also not use Google or otherwise search for

18   any information about the case or the law that applies to the

19   case or the people involved in the case, including the

20   Defendant, the witnesses, the attorneys or me.

21           And it is important that you understand why these

22   rules exist and why they are so important.  Our law does not

23   permit jurors to talk with anyone else about the case or

24   permit anyone to talk to them about the case because only

25   jurors are authorized to render a verdict.  Only you have been

1    found to be fair, and only you have promised to be fair.  No

2    one else is so qualified.

3           Our law does not permit jurors to talk among

4    themselves about the case until the Court tells them to begin

5    deliberations because premature discussions can lead to a

6    premature final decision.

7           Our law does not permit you to visit a place

8    discussed in the testimony.  First, you can't be sure that the

9    place is in the same condition as it was on the day in

10   question.  Even if it were in the same condition, once you go

11   to the place discussed in the testimony to evaluate the

12   evidence in light of what you see, you become a witness, not a

13   juror.  As a witness, you may now have taken -- have a

14   mistaken view of the scene that neither party may have a

15   chance to correct.  That is not fair.

16          Finally, our law requires that you not read or listen

17   to any news accounts of the case and that you not attempt to

18   research any fact, issue or law related to the case.  Your

19   decision must be based solely on the testimony and other

20   evidence presented in this courtroom.  Also, the law often

21   uses words and phrases in special ways, so it's important that

22   any definitions you hear come only from me and not from any

23   other source.  It wouldn't be fair to the parties for you to

24   base your decision on some reporter's view or opinion or upon

25   other information you acquire outside the courtroom.

1          These rules are designed to help guarantee a fair

2     trial, and our law, accordingly, sets forth serious

3     consequence if the rules are not followed.  I trust that you

4     understand and appreciate the importance of following these

5     rules, and in accord with your oath and promise, I know you

6     will do so.

7          If you would like to take notes to help you remember

8     what witnesses say, you may do so.  If you do take notes,

9     please keep them to yourself until you and your fellow jurors

10    go to the jury room to decide the case.  Do not let

11    note-taking, however, distract you so that you do not hear

12    other answers by witnesses.  When you leave the courtroom,

13    leave your notes at your seat.  Don't take them into the jury

14    room with you.

15         Whether or not you take notes, you should rely on

16    your own memory of what was said.  Notes are to assist your

17    memory only.  Notes are to -- they are not entitled to any

18    greater weight than your memory or impression about the

19    testimony.

20         Now, the trial's going to begin by having the parties

21    make what's called an opening statement, which is simply an

22    outline to help you understand the evidence as it comes in.

23    Opening statements are not evidence nor argument.  After the

24    opening statements are made, the United States will present

25    its witnesses, and then Mr. Stein will be able to

1    cross-examine those witnesses as they're presented.  After the

2    Government's presented all of its evidence and what's called

3    rests its case, then Mr. Stein, if he chooses, may present

4    witnesses who the Government can cross-examine.

5           After all the exhibits and evidence are presented,

6    then the parties will be able to make what's called their

7    final or closing arguments, and after which I will give you

8    the legal instructions on what the law is for you to follow,

9    and then you will be able to begin your deliberations.

10          So we're going to begin by having Government's

11   counsel make his opening statement.

12          Mr. Stieglitz.

13          MR. STIEGLITZ:  Thank you, Your Honor.

14          Good morning, ladies and gentlemen.

15          Ladies and gentlemen, this is a case about one thing.

16   It's about lies.  It's about lies by that man right there,

17   Mitchell Stein, to get money, over three and a half million

18   dollars that he got by manipulating a company called

19   Signalife, a company you've heard a little bit about.  He

20   manipulated that company in a number of different ways that

21   you'll hear about during this trial, but they all had one

22   thing in common, they were all designed to line his pockets.

23   He had the company put out fake good news about sales, things

24   like that, to boost its stock place.  He had people buy the

25   company's stock to boost the company's stock price, the price

1    of stock that Mr. Stein and his family had a lot of.

2            But that wasn't the only way that he cashed in, by

3    lying.  He also just stole directly from the company, making

4    the company pay people who were all just kicking money back to

5    Mr. Stein.  That's the sort of thing you're going to hear

6    evidence of over the next few days, evidence from witnesses,

7    evidence that you'll see in documents and things that you'll

8    hear in audio recordings, as well, evidence of Mr. Stein's

9    lies to get money.

10           And you're also going to hear why he wanted the

11   money.  You see, Mr. Stein lived a lavish lifestyle, the life

12   of a bigtime Los Angeles attorney, a life of private jets,

13   luxurious homes in California and down in Boca Raton, fancy

14   cars and six-figure gambling nights in Las Vegas, a big

15   spender with a big appetite for money wherever and however he

16   could get it.

17           Now, before I go any further, I just want to

18   reintroduce myself.  My name's Albert Stieglitz, and with my

19   colleagues, Kevin Muhlendorf and Eric Sweeney there at counsel

20   table, and Postal Inspectors George Clark and Tim France, who

21   are seated there in the gallery, I will be presenting this

22   case to you on behalf of the United States.  And as Judge

23   Marra just indicated to you a few minutes ago, what I want to

24   do this morning is give you an overview of what the evidence

25   in this case will show you in the coming days, evidence that

1    will prove to you beyond a reasonable doubt that Mr. Stein is

2    guilty of each and every one of the crimes that have been

3    charged against him.

4          What that evidence is going to describe is a fraud, a

5    fraud designed and carried out by Mr. Stein, and a fraud that

6    was about two things, Mr. Stein secretly draining money out of

7    the Signalife, and Mr. Stein lying to the public to give the

8    public the impression that good things were happening at the

9    company so that, again, Signalife's stock, which Mr. Stein

10   could cash in in a number of different ways that I'll explain

11   in a minute, would be worth more.

12         So let's talk a little more about the basic

13   background of the case.  I told you several times that the

14   case involves a company by the name of Signalife.  That

15   company went by several different names as you heard

16   yesterday.  It went by the name Recom Managed Systems for a

17   while, and currently it's actually known as Heart Tronics, two

18   different words.  But for the sake of simplicity during the

19   trial we'll refer to it largely as Signalife.  And Signalife

20   was a small medical device, medical technology company with

21   offices in California and South Carolina.  Kind of a startup

22   company.  And Signalife was trying to sell heart monitors, the

23   kind of things that hospitals or doctors might plug you into

24   to get a reading on your heart.

25         And I say that Signalife was trying to sell heart

1    monitors, because the fact was Signalife wasn't really having

2    much success selling its products.  As I just said, it was

3    kind of a startup company.  It was a company with a great

4    idea, but a company that hadn't quite taken that next step to

5    making money off that idea.

6          Now, Signalife was also a public company.  And what

7    that basically means, as you'll hear, is that it issued shares

8    to the public, shares of its stock.  And as a public company,

9    Signalife also filed reports with the SEC, the Securities and

10   Exchange Commission.  And as many of you may already know, the

11   SEC's a government agency, and it's basically charged with

12   regulating public companies and protecting the integrity of

13   investment markets.  And that's why public companies report to

14   the SEC, so that investors, the public, can know what's going

15   on with them.

16         And throughout this trial, you're going to hear and

17   see what the public was hearing about Signalife, about sales,

18   about customers.  And you're going to hear where that

19   information came from.  In particular, you're going to hear

20   how some of the really exciting news came from Mitch Stein,

21   but what you're also going to hear is that that exciting news,

22   the exciting news he was having the company put out, it was

23   lies.  The company's press releases bragging about customers

24   and sales, the announcement of those sales that appeared in

25   those SEC filings I just talked about, they were made up.

1    They were lies that came from Mr. Stein.

2         So that's a little bit about Signalife the company.

3    And I told you a minute ago that Mr. Stein and his family

4    owned a whole lot of Signalife stock.  And that's because in

5    2005, ARC Finance, ARC, A-R-C, Finance, which was controlled

6    by Mr. Stein's wife, owned over 80 percent of Signalife stock,

7    over 22 million shares of the company.  And ARC Finance owning

8    that many shares meant two things.  First, it meant that

9    Mr. Stein got to throw his weight around at the company, make

10   demands, give orders, threaten people.  He wasn't an officer

11   of the company, he wasn't the CEO, he wasn't the CFO, he

12   wasn't on the board of directors.  He was, as a technical

13   matter, the company's lawyer.

14        But what you're going to hear is that when it came to

15   what Mr. Stein was doing and his relationship with Signalife,

16   you had to look behind the titles.  Because while Mr. Stein

17   was trying to hide himself as just being the company's lawyer,

18   you're going to hear from people and see in documents that he

19   was the one really pulling the strings at Signalife.  Over

20   e-mail, on the phone, in person, around the clock he was

21   telling people what to do, when to do it and how to do it.

22   That was the reality at Signalife.  Sure, there were CEOs, and

23   you're going to hear about one I expect quite prominently

24   named Lowell Harmison.  He's unfortunately now deceased.  But

25   for a time he was the CEO of Signalife.  But his title, just

1    like these other people's titles, didn't matter.  Mr. Stein

2    was the one in control.  That's what you'll hear during this

3    trial.  When it came to important issues, Mr. Stein was

4    pulling the springs.

5            Now, that big ownership stake that ARC Finance had in

6    Signalife that I mentioned a minute ago meant something else,

7    as well.  It meant that the price of Signalife stock was

8    something that had a direct impact on the wealth of Mr. Stein

9    and his family, because if the stock price went up, every

10   single one of those shares was worth more and the Stein family

11   was richer.  And it wasn't just how much his family could get

12   for their shares that Mr. Stein cared about.  As you're going

13   to hear throughout this trial, he cared a lot about how much a

14   couple of other people could get for their shares, too,

15   because those other people, they were selling those shares and

16   they were sending the money to Mr. Stein.

17           Now, before we get to that you need one more piece of

18   background, and that's the why, a little bit more about the

19   why of this, why does Mr. Stein want the money, why Mr. Stein

20   would design and carry out this fraud.  And I mentioned it a

21   moment ago.  In 2005, Mr. Stein needed money.  And as an

22   example of that, you're going to hear how he ran up an

23   enormous gambling debt at the MGM Grand casino in Las Vegas,

24   blowing through hundreds of thousands of dollars in a single

25   night.  This was a guy with big bills to pay.  And that's what

1    led to the fraud, it was his greed.  So let's talk about how

2    he pulled it off.

3         Let me start with the fake good news, the fake

4    positive news about the company that Mr. Stein created to

5    inflate the value of Signalife stock.  I told you that

6    Signalife was a struggling startup company, a company

7    desperate for cash, a company with virtually no revenue, a

8    company that thought it had something really great in this

9    heart monitoring technology but just needed to cross that

10   hurdle to start making money with it.

11        But rather than waiting for that good news to

12   actually happen, you're going to hear that Mr. Stein just

13   decided to make up that good news.  Large orders for the

14   company's product, that would be good news for the company.

15   So Mr. Stein sent in some fake purchase orders.  But those

16   purchase orders, they weren't going to announce themselves.

17   So you'll see Mr. Stein telling people to put out press

18   releases about those purchase orders as soon as possible, put

19   them out before the market opens.

20        And there are other things that would make this good

21   news look real, like shipping actual products to people.  And

22   you'll hear that Mr. Stein took care of that, too.  He got an

23   address to ship some Signalife products to.  But you'll hear

24   that it wasn't a real customer's address, it was the address

25   of a lawn maintenance guy in Ohio.  Not a real customer.  Not

 1    even a person who could use heart monitors, just a dummy

 2    address to use as a mail drop, a lie to make it look like good

 3    things were happening with the company.

 4          The problem with Mr. Stein, though, is that those big

 5    purchase orders started to attract attention inside the

 6    company and outside the company.  And if there aren't any real

 7    customers for those purchase orders that the company's

 8    bragging about, well, that was going to be a big problem.  For

 9    example, who's going to pay for those products that were

10    shipped to Ohio?

11          So Mr. Stein lied some more.  He had people create

12    more fake documents to try and cover his tracks, documents

13    that said, oh, well, the customers have moved to far off

14    locations, like Israel and Japan.  And those products that had

15    been shipped out, well, he had someone go up to Ohio, pick up

16    the boxes, open them, mess around with them to make them look

17    like they were broken, and then ship them back to the company.

18    And he then followed up with a letter pretending to be the

19    fake customer complaining and canceling its order just to

20    close the loop and to cover his tracks.

21          But as I told you, those lies to create good news for

22    the company, sales activity and things like that, that was

23    only half of the story, only some of the lies that Mr. Stein

24    told to get money.  You'll remember that a minute ago I told

25    you that he was also just plain stealing from the company.

1    And let me explain to you what I mean about that.  You see,

2    through the lies that he told, Mr. Stein convinced Signalife

3    to send huge amounts of stock and cash to people who then just

4    sent money right back to Mr. Stein.  In fact, one person that

5    you'll hear from sent over 85 percent of what Signalife sent

6    him right to Mr. Stein.  That person's name is Martin Carter,

7    and he's going to testify during this trial.  And Martin

8    Carter was a guy who was basically Mitch Stein's gofer.  He's

9    an unlicensed electrician and a handyman down in Boca Raton.

10   He did odd jobs around town, and he met Mr. Stein actually in

11   2005 when he installed a generator at Mitch Stein's house down

12   in Boca.

13        Not long after that, Mr. Stein hired Mr. Carter to be

14   his driver, be his chauffeur.  And what Mr. Stein quickly

15   realized about Mr. Carter was that Mr. Carter was a loyal guy,

16   an unquestioning guy, a guy who was impressed by Attorney

17   Mitchell Stein, a guy who wanted a taste of that fancy Mitch

18   Stein lifestyle for himself, and who trusted what Mr. Stein

19   said, a guy who would do whatever Mitch Stein told him.

20        And you'll hear about all the things that Mr. Stein

21   had Mr. Carter do, how he had Carter create a bunch of fake

22   documents and send them to Signalife.  And you'll hear about

23   Signalife sending huge sums of cash, huge sums of stock to

24   Mr. Carter.  And follow that money, ladies and gentlemen.

25   You'll see where all of it goes.  Not all of it, almost all of

```
 1    it goes.  It goes to Mitch Stein.  It wasn't always easy.

 2    Mr. Stein and Mr. Carter, they had to, as I said, create fake

 3    documents to cover their tracks.  But that's what was going

 4    on.  That's what you're going to see, lies to get money for

 5    Mr. Stein and lies to cover his tracks.

 6         But Mr. Stein and Mr. Carter didn't just have to

 7    cover their tracks with Signalife.  They had to cover their

 8    tracks with the outside world, as well, because, you see, the

 9    SEC, the Securities and Exchange Commission, eventually

10    started asking questions about Signalife.  And Mr. Stein

11    himself testified before the SEC.  And I'll tell you more

12    about his testimony in just a minute.  But he wasn't the only

13    person that the SEC had testify.  The SEC also asked

14    Mr. Carter, Martin Carter, to testify.  And when Mr. Carter

15    was asked to testify, picked up the phone, called his friend,

16    Mitch Stein, his trusted friend, his attorney.

17         And you'll hear what Mr. Stein did.  Mr. Stein

18    summoned Mr. Carter down to a restaurant in Boca, sat down and

19    told him what to say to the SEC.  He made up a story for

20    Mr. Carter to tell.  Not the truth, but a story that blamed

21    anything bad that happened at Signalife on everyone and anyone

22    and everyone other than Mr. Stein.  He had Mr. Carter take

23    notes.  He had Mr. Carter study up on those notes.  You'll see

24    those notes.

25         And then he and Mr. Carter went to Washington, D.C.
```

1    for Mr. Carter's testimony before the SEC.  They shared a

2    hotel room.  In fact, they got there a day early, and

3    Mr. Stein gave instructions to Mr. Carter, told him to stay in

4    his room, study those notes, study the lies.  And when the day

5    came to testify, Mr. Stein marched Mr. Carter into the SEC,

6    sat down right next to him and listened in as Mr. Carter told

7    those lies to the SEC.  He made sure that Mr. Carter stuck to

8    the story to cover up the fraud, to hide what Mr. Stein had

9    done.

10         So that's basically what happened.  That's what

11    you're going to hear evidence about during the trial.  And

12    because of that, Mr. Stein's charged with several crimes in

13    the indictment.  He's charged with mail fraud and wire fraud.

14    And you'll get more instructions on what exactly that means

15    later, but very basically it's because Mr. Stein used the mail

16    and used wires, in this case used faxes, as part of the fraud.

17    He's also charged with securities fraud because Mr. Stein sold

18    and caused other people to sell stock in connection with his

19    fraud.  He's also charged with money laundering, because, as I

20    told you a moment ago, he had Mr. Carter send him money that

21    was a result of this fraud.  And he's charged with two

22    different conspiracies.  He's charged with a conspiracy to

23    commit the mail and wire fraud that I just mentioned a minute

24    ago, and he's charged with a conspiracy to obstruct justice, a

25    conspiracy to lie to the SEC.

1        So now that I've talked about what Mr. Stein's

2   charged with and what the Government intends to prove to you,

3   let me just spend a couple of minutes and tell you about how

4   we intend to prove it to you, couple of the specific things,

5   specific people that you'll hear from in the coming days.

6        First, you're going to see a number of documents and

7   a number of e-mails during the trial.  A lot of these will be

8   the fake documents that Mr. Stein had people create or created

9   himself.  You'll see the SEC filings.  You'll see the press

10  releases that I mentioned.  You'll see e-mails from Mr. Stein

11  telling people what to do, and you'll also see e-mails with

12  Mr. Stein's reaction when people didn't do what he wanted them

13  to do.  You'll see e-mails that show the nature of his

14  relationship with Mr. Carter, giving orders, making demands.

15       But it won't just be documents and e-mails.  You'll

16  also hear from witnesses.  And let me mention a few witnesses.

17  You'll hear from an individual by the name of John Woodbury.

18  You'll actually hear from him this morning.  He was

19  Signalife's securities lawyer.  He was basically the guy who

20  filed all of Signalife's SEC filings and posted their press

21  releases to the public.  And what he'll do for you is explain

22  a lot of the background on Signalife, he'll describe

23  Mr. Stein's role in the company, and he'll tell you how the

24  information that was in those SEC filings, that was in those

25  press releases, he'll tell you where he got it, how he got it

1    from Mr. Stein.  He'll tell you how the lies that the public

2    saw came from Mr. Stein.

3            Now, you'll also hear from Martin Carter, who I

4    mentioned a minute ago, and he'll explain his relationship

5    with Mr. Stein.  He's going to tell you how Mr. Stein used

6    him, how Mr. Stein manipulated him, how he repeatedly followed

7    Mr. Stein's instructions.  And he's going to tell you about a

8    lot of the fake documents that Mr. Stein had him create.  He's

9    going to tell you about getting those huge amounts of cash and

10   shares from the company, and he's going to tell you about

11   sending almost all of it to Mr. Stein, not because he's just a

12   charitable guy, but because Mr. Stein was telling him to.  And

13   he'll tell you about knowing that he was lying when he walked

14   into the SEC, but trusting his friend, trusting his attorney,

15   Mitch Stein.

16           You're also going to hear from a person by the name

17   of Ajay Anand.  And Mr. Anand had a company called the Silve

18   Group, S-i-l-v-e.  And Mr. Anand's going to tell you about

19   getting a bunch of stock from Signalife courtesy of Mr. Stein.

20   Now, Mr. Anand will tell you he didn't really accomplish a

21   whole lot on behalf of Signalife, but he'll also tell you he

22   was kicking a bunch of money back to Mr. Stein, yet another

23   person that Mr. Stein used to steal money from Signalife.

24           Now, Mr. Carter and Mr. Anand will both be testifying

25   for you pursuant to plea agreements.  They've pled guilty to

1    federal crimes.  And, look, we're not going to ask you to

2    think that Mr. Carter or Mr. Anand are good people.  We're not

3    asking you to like them at all.  What we are going to ask you

4    to do is listen to them and then compare what they say to all

5    of the other evidence that you're going to hear in this case,

6    because that evidence will corroborate what they tell you.

7           A few other folks that you're going to hear from

8    during this trial.  You'll hear from someone who bought

9    Signalife stock, relying on the truth of what was in

10    Signalife's filings and the press releases about the sales,

11    about the purchase orders, the positive news about the

12    company, the lies from Mr. Stein.  His name's Brian Harris,

13    and as you'll hear, when Signalife stock eventually plunged

14    when those fake customers didn't materialize, that investment

15    that he made, trusting in the reality of that information,

16    became virtually worthless.

17           And, finally, let me mention one other thing that

18    you're going to get to hear.  Remember I told you that

19    Mr. Stein testified before the SEC.  Didn't just sit in on

20    other people's testimony but testified himself.  He did so

21    four separate times, each time under oath to tell the truth.

22    And in the coming days, starting today, we're going to play

23    recordings, pieces of the audio recordings of that testimony

24    so that you can listen to Mr. Stein and what he told the SEC.

25    And what you're going to hear in those recordings is him lying

1    over and over to the SEC.

2         Now, before I wrap up, I want to make one

3    distinction, one critical distinction that I want you to keep

4    in mind as you're listening to the evidence in this case.  As

5    I said at the outset, this is a case about Mitch Stein's lies,

6    Mitch Stein's fraud.  The case certainly will mention

7    Signalife, certainly involves Signalife, but I want to be

8    clear that this is not a case about the specifics of

9    Signalife's heart technology.  It's not a technical case, not

10   a patent case about how or if that technology worked.  It's

11   not about whether Signalife's product could have helped people

12   or did help people.  It's not about anything like that.

13        And that's because all of those questions have

14   absolutely nothing to do with whether Mitch Stein lied to get

15   money, whether he committed the crimes that are charged in the

16   indictment.  That's what the issue is in this case, and that's

17   what the Government's going to put on evidence of during the

18   trial, and that's what the Government intends to prove to you

19   beyond a reasonable doubt, that Mitch Stein lied to get money.

20   And that's what fraud is, ladies and gentlemen, lies to get

21   money.

22        You'll see that Mitchell Stein's lies, they weren't

23   just in one place, not just in one piece of paper, in one

24   e-mail or to one person.  They were calculated, they were

25   systematic, they were a creative and elaborate deception by a

1    man determined to enrich himself at the expense of Signalife

2    and its investors.  That's what the evidence in this case is

3    going to show you, ladies and gentlemen.

4           And that's why once you've heard all the evidence,

5    I'll be back up here to ask you to find the only verdict that

6    the evidence will support, and that's a verdict of guilty

7    beyond a reasonable doubt on each and every one of the crimes

8    that are charged against Mitchell Stein.

9           Thank you.

10          THE COURT:  Thank you, Mr. Stieglitz.

11          MR. STIEGLITZ:  Thank you, Your Honor.

12          THE COURT:  Mr. Stein.

13          MR. STEIN:  Thank you, Your Honor.

14          Good morning.

15          Since 2008, the company, Signalife, and myself have

16   been hearing the exact same story that Mr. Stieglitz has just

17   told you.  Not word for word, but close to word for word.

18   Mr. Stieglitz, for whatever reason, just has it wrong.  The

19   documents don't support what Mr. Stieglitz says.  The evidence

20   doesn't support what Mr. Stieglitz says.  The evidence is to

21   the opposite.  The evidence is undisputed that when Signalife,

22   which was then called Recom Managed Systems, was formed, to

23   develop an EKG device that could save lives, my wife and I and

24   our daughter, our family were millionaires.  We moved from

25   California, from Los Angeles, to Florida.

 1              And the evidence, ladies and gentlemen of the jury,

 2      will reflect that from and after that time I stopped

 3      practicing law, because every time Signalife, or Recom or

 4      Heart Tronics -- same company -- had a problem, the company

 5      would call me to fix it, because I'm a lawyer, and I'm a good

 6      one, and I'm a well-known lawyer.  And you'll find that out

 7      throughout the trial.

 8              As Mr. Stieglitz correctly said, the evidence will

 9      show that this case is not about the rights to a patent or the

10      rights to a device, because he can't -- the Government can't

11      dispute that the device is different and more effective than

12      any other EKG in the United States, because the Government

13      says so.  Let me repeat that.  The Government, not me, not the

14      technologists at Signalife who wanted me to not succeed in my

15      quest to have an EKG system that worked, and not from the

16      witnesses who are on my side.  The Government says that this

17      is the only EKG device that works at a cost of almost

18      $30 million, of which, contrary to what Mr. Stieglitz says,

19      his evidence will reflect that my family put in everything it

20      had, to the point -- and I'm talking about $7 million -- to

21      the point that in 2011, right down the street from here, the

22      evidence is unrefuted that I filed personal bankruptcy in 2011

23      to reorganize my debts.  I did not want to do a Chapter 7.  I

24      did not want to quote-unquote stiff all my creditors, although

25      the judge -- and you'll see evidence of this.  It's

1    undisputed.  The judge will judicially notice other court

2    files, which means that you will see them.  I filed a Chapter

3    11.

4            Individuals don't file a Chapter 11.  You'll find

5    that they're very rarely granted, because it's very hard for

6    an individual to pay back all of his creditors, when, under

7    Chapter 11, they might be in the millions of dollars.  But

8    this judge and my creditors approved of the Chapter 11.

9            It's very fascinating when you look at the Chapter

10   11, which, again, is in the courthouse down the street.  So

11   the records are not far away.  The evidence will reflect that

12   one of the witnesses that Mr. Stieglitz says he would bring in

13   here made a claim in that bankruptcy against me saying that I

14   did everything that Mr. Stieglitz said, and let's just line

15   them up, and I'll talk about them in a moment.  And he claimed

16   that, and he claimed, along with a class -- we know what a

17   class action is, I'm sure -- that I owed the class of

18   Signalife shareholders $120 million, just, you know, I guess

19   picking a number out of the sky.  If that claim had been

20   granted by the United States bankruptcy court, had it been

21   found to be credible, I couldn't have possibly reorganized.  I

22   can't make $120 million.  I just can't, not again.

23           So litigation ensued in Greenville, South Carolina,

24   and in Florida bankruptcy court on Flagler Street, right down

25   the street.  And I was found to be responsible, out of the

1    $120 million, for a grand total of zero dollars.  Of all

2    investors in the United States, who made the same claims that

3    Mr. Stieglitz said, I was found to be liable for zero dollars.

4    I successfully reorganized, and I am now a trustee and a

5    debtor in possession of that bankruptcy.

6         The Government never appeared in that bankruptcy.

7    They never argued their claim in that bankruptcy.  They argued

8    it vicariously through the shareholders of Signalife, the

9    shareholders of Signalife saying, we've been damaged, and it

10   must have been Mitch Stein and a bunch of other people.  And,

11   again, the Government never appeared.  The shareholders did

12   not succeed.

13        My family has lost everything.

14        The evidence will then undisputedly show that the

15   moment -- this coincided with the meltdown of 2008, which I

16   imagine we all remember.  I moved back to Los Angeles and

17   began practicing law again, representing homeowners in the

18   foreclosure crisis.  I was a bank lawyer.  And then the

19   evidence will also be undisputed that that's when the

20   Government started their investigation.  But the evidence is

21   undisputed that the investigation was regarding naked short

22   selling and regarding sabotage to the device, this device.

23   Someone in the company allegedly, because we didn't know, the

24   company didn't know, was doing everything they were doing to

25   sabotage the device.  I was just spending my money, the

 1    evidence will reflect, supporting the company, because this

 2    device was found by a government contractor to be the solution

 3    to a problem listed by the American Heart Association for the

 4    last decade.

 5          And the problem is that these devices, EKGs, only

 6    work when you're lying on your back and everything's quiet.

 7    But the heart's a muscle, so you should be able to be walking

 8    around the golf course or playing tennis with this device, and

 9    none of the other devices are capable of garnering a signal.

10    You'll see evidence of that.  The evidence won't be me, it

11    will be the American Heart Association.

12          The evidence will reflect that at deposition before

13    the SEC -- Mr. Stieglitz indicated I lied to the SEC.  I did

14    not.  You will see the evidence, and you will govern it

15    accordingly.  The evidence will reflect that he gave the SEC

16    the American Heart Association report and talked about the

17    device, and the evidence will reflect that they round filed

18    it, meaning they took it and put it behind them.  They didn't

19    ask me one question about it.

20          In a fascinating way, just last year the United

21    States came out with another report.  Not the American Heart

22    Association, the United States.  And that report, the evidence

23    will reflect, said that all EKGs, all of them are recommended

24    not to be used, because they're so inaccurate they could lead

25    to false positive results or false negative results.  In other

1     words, they don't work.  So if you went to the doctor, if I

2     went to the doctor, there's no telling whether or not they may

3     find I have cardiovascular disease, but I don't have it, and

4     then they would give me a drug that I don't need.  And that's,

5     again, not me talking.  None of this is me talking.  This

6     is -- these are governmental agencies.  Turning -- and the

7     evidence will reflect all of what I've just told you and more.

8     I'm giving you the highlights of the device, of what it does

9     and of what the Government said about it.

10          Will you hear the government contractor in this

11    trial?  To the extent that I put on a case, and the answer is,

12    yes, you'll hear them get up on the stand.  Do I have a

13    preexisting relationship with them?  You'll find the evidence

14    is no.  Have I met them?  You'll find the answer is maybe

15    twice.

16          So if I controlled Signalife for the benefit of

17    money, and if I had a government contractor who built this

18    device who also has had a 75-year contract with the United

19    States Department of Energy, and who will explain what this

20    device does to you, then why didn't I put out press releases

21    in Mr. Stieglitz's word, about this?  Because that would be

22    the most market-moving press release possible, and the

23    evidence regarding that is not disputed.

24          With regard -- Mr. Stieglitz mentioned a few of his

25    witnesses, so let's go through them.

 1          Martin Carter.  When I moved to Florida in 2005 to

 2    retire, ill-fated obviously, Martin Carter slipped a card in a

 3    generator in Hurricane, I think, Wilma.  I had never been in a

 4    hurricane.  Hit the house, and we needed a generator.  And I

 5    wasn't in town, but my then wife went to Home Depot, got a

 6    generator.  His card was in there, she called him, he hooked

 7    up the generator.

 8          From that point forward, the evidence is undisputed

 9    that this man wrote me two e-mails every day for five years.

10    He came and sat in my house every day.  He was looking for

11    work.  The problem is that the Government calls Mr. Carter a

12    chauffeur and a handyman.  It's in paragraph 4 of their

13    indictment.  They say it verbatim at paragraph 4 of the

14    indictment.  And I think paragraph 4 is emblematic, because if

15    you find a witness to not be credible, the Judge will instruct

16    you that you have the right to find that witness to have not

17    been credible regarding all of his testimony.  This really

18    isn't that.  This is the Government.  This is their

19    indictment.  This is why you're sitting here.

20          Paragraph 4:  "Coconspirator one" -- it will be

21    undisputed that's Martin Carter -- "was a handyman and Stein's

22    chauffeur who resided in Boca Raton, Florida.  Coconspirator

23    one purported to be at various times the co-chief technology

24    officer of Signalife and consultant to Signalife."

25          Mr. Carter was neither a chauffeur nor a handyman.

1    He was an electrician.  Why would he drop his card in a box

2    with a generator?  Maybe a handyman could hook up a generator.

3         And the Government says that electricians, or people

4    with electrical experience, aren't useful to -- whether it be

5    this device, or the cable that hooks the device up to the

6    heart or the computer.  Well, it turns out that they are.

7         It also turns out that every CEO in the United States

8    that was with Signalife -- and Mr. Stieglitz correctly said

9    there were many of them -- figured that they had to hire their

10   own co-CTO, because nobody trusted the CTO in Los Angeles,

11   including the government contractor.  Mr. Carter was hired.

12   He signed a contract with Dr. Harmison, and Mr. Carter, the

13   evidence will reflect, assisted in developing the cables.

14        Mr. Carter will now tell you he didn't develop the

15   cables.  He signed a contract with Dr. Harmison, who was the

16   CEO, but it wasn't really the contract.  The problem, ladies

17   and gentlemen, is that Lowell Harmison was the former

18   principal deputy of the United States Department of Health

19   Services, the FDA.  He developed the first fully implantable

20   artificial heart.  His resume is overflowing with achievement,

21   the evidence will reflect.

22        So there are two signatures on that contract.

23   There's Mr. Carter's and there's Dr. Harmison's.  Dr. Harmison

24   unfortunately is deceased.  Is that contract not a contract?

25   I don't know.  I guess you'll see from the e-mails from

1    Dr. Harmison.  But Mr. Carter has pled guilty to a felony for

2    lying to the SEC.  We'll go through his SEC testimony.  We'll

3    go through the e-mails, and we'll see whether he was lying or

4    not.  The Government's plea bargain agreement with him, the

5    evidence will reflect, tells him that he's got to do a number

6    of things which will reduce his crime as a felon.  Mr. --

7    that's Mr. Carter.

8         Mr. Anand, Ajay Anand, the Government also mentioned.

9    He's another convicted felon.  Mr. Anand also pled guilty to a

10   felony so that the Government could secure his testimony in

11   this case.  The Judge will instruct you on what you are

12   supposed to do or can do regarding such situations.

13        But the evidence will reflect that Mr. Anand had

14   known me for over a decade and was involved in some very

15   successful companies regarding the medical industry with me.

16   And the evidence will reflect something that I think you,

17   ladies and gentlemen, will find to be problematic.

18        In 2008, Mr. Stieglitz said that's when it all blew

19   up.  Actually, that's when Dr. Harmison got cancer, and

20   Dr. Harmison was at that point the company.  So, yeah, it blew

21   up because he got cancer, and unfortunately he's deceased.

22   Mr. Stieglitz didn't tell you that.

23        But Mr. Anand, in 2007, before everything went,

24   excuse the language, to hell in a handbasket according to

25   Mr. Stieglitz, in 2007, the company~-- the first witness

1    you're going to hear from, John Woodbury, will testify that he

2    drafted a contract for the company and Ajay Anand, because

3    Ajay Anand is talented, and that contract was signed by Pam

4    Bunes, who was the then CEO, who was later terminated by the

5    board on the one hand and Ajay Anand on the other hand.  And

6    under that contract he received millions of dollars.

7           You might ask yourself the question, why would

8    someone take millions of dollars from a company concurrently

9    with surreptitiously tape-recording its lawyer?  You think

10   maybe the company might want to know that this guy is breaking

11   the law and tape-recording me?  Do you think the company would

12   want to know that the man was tape-recording the lawyer?

13          It is true.  My wife and me formed the company,

14   bought the technology from the inventor in 2002.  That's true.

15   That's how she got her stock.  They impute her -- and you'll

16   hear this from Mr. Woodbury -- her dealings in her stock, with

17   me.  They impute other things to me, too, as they've

18   indicated.

19          This is a public company.  Mr. Stieglitz has made

20   that clear.  Twice a year or three times a year -- I'm not a

21   securities expert.  John Woodbury is.  You'll be hearing from

22   him -- the company filed documents like this with the

23   Securities and Exchange Commission.  You will see very few of

24   these documents in evidence, but these are the documents the

25   public relies on when they make trading decisions.  They are

1   supposed to rely on it.  In fact, the Court in Greenville made

2   a ruling that they're supposed to rely on it, and there would

3   be no other reason to file them.  That's why people invest in

4   public companies.  They get the whole story in the public

5   document.

6          Well, the evidence will reflect that this 2005

7   document -- it will be in evidence, and these have been

8   stipulated into evidence.  The Government stipulates they're

9   their documents -- that the stock --

10          First of all, the document reflects not only did I

11  not take money from the company, I invested in the company.

12  Not in the market.  I did that, too.  I gave the company money

13  when it needed money before I then went to New York to someone

14  I knew, and we raised $10 million, which the then CEO

15  proceeded to spend with no sales.  And that's my fault.  She

16  also wanted the company moved from Los Angeles to Greenville,

17  South Carolina, the company, Signalife.  I've been to

18  Greenville maybe once or twice.  There are e-mails from her,

19  and you can see she was not under any control.

20          But on the 2005 SB2 -- and you'll see a lot of these.

21  And I expect you to get mixed up, so you don't have to

22  remember what I'm telling you.  But it says:  "On April 8th,

23  2003, we sold to Mitchell Stein 112,812 common shares for

24  100,000 in cash and 150,000 in expenses and equipment.

25  Mr. Stein is the spouse of Ms. Tracey Hampton, who owns and

1    controls ARC Finance Group, which owns 65.4 percent of our

2    outstanding common shares."  I guess it's not a secret, except

3    the only secret is Mr. Stieglitz didn't tell you that.

4    However, the filing goes on and the evidence will go on.

5         "On May 15th, 2003, we sold to Mr. Stein 16,000 units

6    at three dollars per unit, for cash amounting to $48,000."

7         But we can go on again.  "On July 24th, we sold to

8    Mr. Stein 30,000 units at three dollars and thirty-three

9    percents (sic) for $100,000."

10        THE COURT:  Slow down.

11        MR. STEIN:  I'm sorry.  That's a problem I have.  I'm

12   sorry.

13        These filings are critical.  They were drafted by the

14   first witness in this case.  He will tell you he drafted them.

15   He will tell you they're true.  He will tell you that this

16   2005 SB2, which is simply a document saying, okay, you've now

17   sold millions of dollars of stock, the people can now resell

18   the stock, my family was entitled to sell 10 percent of their

19   securities, or thereabouts.  The other two investors who put

20   in a large amount of money were entitled to sell all of their

21   securities, or if they weren't entitled to, they did.

22        The securities that my family had, which ended up

23   being 20 million shares -- and it was once 80 percent of the

24   company -- it ended up being 30 percent, because you have to

25   pay people in order for them to do work for the company.  That

1    dilutes the shareholdings.  That makes them less.  So my

2    family ended up eating the shares.  They ended up getting

3    reverse split from 20 million to one.  They ended up being one

4    share.  And that wasn't through any act other than to stop

5    people from breaking the law regarding selling stock.

6          The Government will put on witnesses who are either

7    felons or who are, in some other way the evidence will show,

8    breaking the law.

9          Did anyone ever steal this device?  You'll find out

10   in the trial.  For sure you'll find out.  We didn't know when

11   I was testifying before the SEC because I'm not a savant.  I

12   just knew there were strange things happening.  There was a

13   contract with Newell Rubbermaid, the evidence will reflect,

14   and they became unhappy with the shipment of devices, but yet

15   the device works perfectly.  So what went on?  Well, we just

16   knew something was happening.  We now know what it was.  We

17   just found out in the last two months.  The Government does,

18   too.  Mr. Stieglitz is not going to tell you, and I will tell

19   you.

20         The Government will put on a case involving snippets,

21   little pieces of evidence from a witness that knows about

22   thousands of pages of this.  He will put on evidence of 30

23   exhibits.  Will he go through the public filings which are

24   this thick?  And you saw us during opening argument looking

25   through the public filings so I could get this.  I apologize

```
 1    if that caused noise.  But these documents say it all.  They
 2    say who owns what, what shareholders owns what, who's selling
 3    what, who's not selling what, why they're selling it, what the
 4    device does, who the manufacturers are.
 5          You're going to hear deposition testimony, and you're
 6    going to hear it by snippet.  When the Government introduces
 7    my deposition testimony where I -- the Government alleges I
 8    lied, they're not going to introduce the whole transcript,
 9    because then you might see me saying, you know, the whole
10    story.  They're going to introduce snippets.
11          When they introduce documents, they're going to
12    introduce a portion of documents.  The defense is going to
13    cross-examine the witnesses and introduce all of the relevant
14    documents.
15          For example, Mr. Stieglitz said that people got
16    contracts and got paid millions of dollars and paid me money.
17    Well, when the company was low on cash, I took some of the
18    stock that I purchased and I transferred it to them so they
19    could be paid in consulting fees.  And those transfers are
20    documented.  They paid me back cents on the dollar of the
21    stock.  Mr. Stieglitz thinks that's a kickback.  I think I
22    have a right to be paid for the stock as a matter of law.
23    That's what happened.  You'll see it.  You'll see my broker
24    transferring stock to someone and getting paid not the three
25    dollars that it was being traded at, but 75 cents.
```

 1          And this SB2 and other documents say that is an

 2     acceptable method, according to the SEC, of selling stock.  In

 3     fact, that's the most favorable method, because why?  Because

 4     when I sell strong privately it doesn't hit the market.  So if

 5     it doesn't hit the market, then the market price won't be

 6     affected.  It's a private sale between individuals.  That's

 7     one method of distribution.

 8          The Government's case is built on convicted felons,

 9     people who have done things wrong, and is untrue.  Will I have

10     some surprises for you that I'm not capable of telling you

11     about now because they may or may not come into evidence?

12     Yes, many.  Particularly what has happened to this device.

13          By the way, I leave you with this.  The company, run

14     by the former general counsel of Sony Corporation, is still in

15     existence.  They still own this device.  They're not being

16     indicted.  They don't agree with the Government.  They'll be

17     here to testify.

18          Thank you for your time.

19          THE COURT:  Thank you, Mr. Stein.

20          Ladies and gentlemen, why don't we give the reporter

21     a short break before we call the first witness.  So let's take

22     a 10-minute recess.  If you could step into the jury room.

23     Again, don't discuss the case, don't form any opinions about

24     the case, leave your notes at your seat, please, and we'll see

25     you in about 10 minutes.

```
 1              Thank you.
 2         (The jury exits the courtroom.)
 3              THE COURT:  All right.  We'll see you in about 10
 4    minutes.  Thank you.
 5         (A recess was taken from 10:14 a.m. to 10:27 a.m., after
 6    which the following proceedings were had:)
 7              THE COURT:  Please be seated, everyone.  We're back
 8    on the record.  Mr. Stein's present.
 9              I'm talking to Mr. Stieglitz.
10              When do you anticipate presenting audiotaped
11    conversations from the --
12              MR. STIEGLITZ:  In this first witness with
13    Mr. Woodbury, who we're about to call.
14              THE COURT:  All right.  Do you both agree that
15    Mr. Franklin does not have to transcribe what he hears being
16    played and that the transcript itself will be the record of
17    what the testimony was?
18              MR. STIEGLITZ:  The Government's fine with that, and
19    actually at Mr. Franklin's suggestion, which I appreciate, we
20    will identify by chapter and verse, page and line number of
21    the transcript, which I'm about to introduce, where it falls.
22    So I don't know if Mr. Stein has an objection or not.
23              MR. STEIN:  Which transcript is that?
24              THE COURT:  My question is when a transcript is
25    played or read into evidence, but my concern is more when
```

1   there is a transcript of audio recording being played for the

2   jury to hear, whether you're going to agree that Mr. Franklin,

3   as the court reporter, does not have to transcribe what he

4   hears being played, that the transcript itself will be the

5   evidence of what was presented to the jury.

6           MR. STEIN:  Yes, I would so stipulate.

7           THE COURT:  Okay.  So if you would identify for the

8   record when something is played page and line of the

9   transcript, and then if we could at some point have a summary

10  exhibit of all of the portions of the transcript that were

11  played for the jury so that the court of appeals will have a

12  record if need be.

13          MR. STIEGLITZ:  And we have that prepared, Your

14  Honor, and obviously subject to what happens at trial, at the

15  end, what we will do is, in audio and transcript form, have

16  exactly that.

17          THE COURT:  All right.  Thank you.

18          MR. STIEGLITZ:  So . . .

19          THE COURT:  All right.  Can we proceed with the

20  jurors, bringing the jurors?

21          And Mr. Stieglitz, I'm going to ask you to move that

22  lectern back further so that all the jurors can see the

23  witness and not be blocked.  I think you're going to need to

24  move it back further towards the counsel table.

25          All right.  Let's bring the jurors in.

```
 1          (The jury enters the courtroom, after which the following
 2     proceedings were had:)
 3          THE COURT:  You can be seated once you get to your
 4     seats.
 5          Welcome back, everyone.  Please be seated, ladies and
 6     gentlemen.
 7          All right.  We are going to hear from the
 8     Government's first witness, who is . . .
 9          MR. STIEGLITZ:  Thank you, Your Honor.  The
10     Government calls John Woodbury.
11          Actually, I'm sorry, Your Honor, before Mr. Woodbury
12     comes in, I just wanted to as an administrative matter move in
13     five exhibits to which the Government and the defense have
14     stipulated.  Those would be the complete transcripts of
15     Mr. Stein's SEC testimony, exhibits 216, 217, 219, and 220, as
16     well as the complete audio of that testimony, Government's
17     exhibit 247.
18          THE COURT:  Any objection?
19          MR. STEIN:  So stipulated.
20          THE COURT:  All right.  They'll all be admitted
21     without objection.
22          (Government's Exhibit No. 216, 217, 219, 220, and 247
23     entered into evidence.)
24          THE COURT:  All right.  You may call your witness.
25          MR. STIEGLITZ:  And now we'll call Mr. Woodbury.
```

 1              Thank you, Your Honor.

 2              THE COURT:  Sir, raise your right hand, please.

 3         John Martin Woodbury, Jr., Government's witness, sworn.

 4              THE COURT:  Please be seated.

 5              And, sir, if you could please try and speak into that

 6    microphone.  The chair does not move, so you have to adjust

 7    the microphone towards you, and if you would please tell us

 8    your name and spell your last name for us.

 9              THE WITNESS:  My name is John Martin Woodbury,

10    Junior.  It's spelled W-o-o-d-b-u-r-y.

11              THE COURT:  I'm sorry, your middle name was?

12              THE WITNESS:  Martin.

13              THE COURT:  Martin, thank you.

14              You may proceed.

15              MR. STIEGLITZ:  Thank you, Your Honor.

16                        Direct Examination

17    BY MR. STIEGLITZ:

18    Q   Good morning, Mr. Woodbury.

19              Would you please tell the jurors where you -- the

20    city, and state where you live?

21    A   I reside in Porter Ranch, California.

22    Q   And, sir, what is it that you do for a living?

23    A   I am a business attorney.  I handle business transactions,

24    forming, taking apart corporations, and public securities

25    work.

1    Q    Mr. Woodbury, I note that at times you're speaking a

2    little bit fast, and I just want to make sure we don't put

3    Mr. Franklin here to the test.  So we'll try to go slowly and

4    just make sure you're talking into that microphone so that

5    everybody can hear you, please.

6              Mr. Woodbury, how long have you been an attorney?

7    A    Twenty-eight, 29 years.

8    Q    And what, very generally, what sort of law do you

9    practice?

10   A    I am a transactional attorney.  So I handle transactions,

11   contracts, joint ventures.  I do securities work dealing with

12   both private companies, public companies; anything other than

13   being in a courtroom.

14   Q    Mr. Woodbury, are you familiar with a company by the name

15   of Signalife?

16   A    Yes, I am.

17   Q    And very generally, how are you familiar with the company

18   Signalife?

19   A    Since December 2003, I was engaged to handle a variety of

20   matters for them, mostly securities law work, some business

21   contractual work.

22   Q    All right.  And Mr. Woodbury, you said that dates back to

23   2003, I believe.  Is that -- at that time was the company

24   known as Signalife or was it called something else?

25   A    No, at that time it was known as Recom Managed Systems.

1    Q    And subsequent to the company being referred to as

2    Signalife, did it take on another name?

3    A    Yes, it's currently known as Heart Tronics.

4    Q    All right.  Mr. Woodbury, where is that company based?

5    Well, can we agree that we'll just refer to it as Signalife?

6    A    Yes.

7    Q    All right.  Mr. Woodbury, where is Signalife based?

8    A    Currently, I believe it's based in Van Nuys, California.

9    Q    And at the time you were doing work for the company, was

10   it based there, as well?

11   A    It was initially based in Studio City, California, went to

12   South Carolina, and then back to Los Angeles.

13   Q    All right.  Very generally, Mr. Woodbury, you touched on

14   this a moment ago, but what were your responsibilities during

15   your time with Signalife?

16   A    Well, initially I was engaged -- the company had raised

17   some capital, they had some shareholders, they need to

18   register the shares to be sold on the market.  I was initially

19   engaged to do that project, register those shares.

20          Subsequently, I started doing the periodic reports

21   that you're required to do by the SEC for public companies,

22   and then after that at some point they also started giving me

23   additional duties.

24   Q    And Mr. Woodbury, you mentioned the SEC.  Can you just

25   explain very generally what the SEC is, please?

1    A    The SEC stands for the United States Securities and

2    Commission -- excuse me -- Securities Exchange Commission.

3    Their job is basically govern transaction involving

4    securities, which is stocks, bonds, and investment contracts,

5    things of that nature.

6              Whenever a company buys or sells stocks and bonds,

7    whenever investors buy and sell stocks and bonds, they have to

8    comply with the securities laws.  There's all sorts of

9    complicated rules that you have to follow.  And with Signalife

10   being a public company, there were much more complicated rules

11   imposed upon them, including public disclosures and things of

12   that nature.

13   Q    And, again, when you say that Signalife was a public

14   company, just as a basic matter, what does that mean?

15   A    A public company is a company whose securities trade on an

16   exchange or a public market.  Basically, it allows investors

17   to know that if I want to buy the shares or if I want to sell

18   the shares, I can do that immediately.  I don't have to go out

19   and hunt the woods to get a buyer for those shares.

20   Q    And Mr. Woodbury, during the time you were associated with

21   Signalife can you just give the jury an idea how big a company

22   was Signalife, either in terms of employees or offices or

23   anything like that?

24   A    Signalife was a very small company, and they probably had,

25   I don't know, eight to 15 employees at the most.

1    Q    And you may have said this already, forgive me, but being

2    a public company, did Signalife file reports with the SEC?

3    A    Yes, the company did file a variety of reports.

4    Q    And can you just describe for the jury what the more

5    significant reports were that Signalife filed?

6    A    Okay.  The most significant report would be an annual

7    report.  Three months after the end of the company's fiscal

8    year, usually after December 31st, you had to file this long

9    involved report with the SEC.  It goes on the SEC's website.

10   It's automatically disseminated to everybody in the world, if

11   do you want look it up.

12   Q    Is there a name for that report?

13   A    It's called an annual report on form 10-K.

14   Q    Okay.  And aside from the annual report on form 10-K, are

15   there other periodic reports that the company files?

16   A    Yes, you need to file quarterly reports for the first,

17   second, and third quarter of the year.  These are known as

18   interim reports on form 10-Q.

19   Q    And very generally, what are the sorts of things that a

20   company reports on in a form -- a 10-K or a 10-Q?

21   A    Okay.  Well, the form 10-K is the most comprehensive

22   filing.  It really has two parts.  It has what I refer to as

23   the financial statement part, and then the other part is what

24   I refer to as the legal part.  The financial statement part

25   shows the earnings or the losses for the company for the year,

1    all their assets, their balance sheet, all their stock

2    transactions, and it's accompanied by a section called notes

3    on financial statements, which have all sorts of financial

4    data that are put together in all sorts of different areas.

5    Q    And Mr. Woodbury, for how many years did you help

6    Signalife put its SEC filings together, its 10-Ks and 10-Qs?

7    A    From the end of -- well, the first 10-K that I worked on

8    would be -- would have been filed in March 2004, and I think

9    the last 10-K or 10-Q that I worked on would have been in --

10   well, the last 10-Q would have been for the third quarter in

11   2008.

12   Q    Now, Mr. Woodbury, do you know who owned most of the

13   shares of Signalife during the period that you just referred

14   to?

15   A    Yes, the majority of the shares were owned by a company

16   called ARC Finance Group, LLC, and that was owned by Tracey

17   Hampton-Stein, who was the wife of Mr. Mitchell Stein.

18   Q    And I don't know that it's at issue in this case, but just

19   to clarify the record, do you know Mitchell Stein?

20   A    Yes, I do.

21   Q    And can you identify him for the record by what he's

22   wearing?

23   A    Yeah.  Well, Mr. Stein is sitting at the end of this table

24   on the left, and he has on a yellow shirt and looks like a

25   brown jacket.

```
 1            MR. STIEGLITZ:  Okay.  Judge, I'll ask that the
 2    record reflect that he's identified Mr. Stein.
 3            THE COURT:  Yes.
 4            MR. STIEGLITZ:  Thank you.
 5    BY MR. STIEGLITZ:
 6    Q   Now, when did you first meet Mr. Stein?
 7    A   I first spoke to Mr. Stein in March of 2005.  At that time
 8    there had been a change in company management.  In fact,
 9    Mr. Stein said he had never heard of me before, and I had
10    heard some things about him, but I had never dealt with him
11    before, and basically, he asked me to continue to do any
12    securities filings for the company.  I never met him in person
13    until the first annual meeting thereafter, which I would guess
14    would probably be six months afterwards.
15    Q   Did Mr. Stein have a position at Signalife?
16    A   Well, I would call him -- although he did not have an
17    official position, I would call him the de facto general
18    counsel.  He's a lawyer.  A general counsel's duty is to
19    supervise all the legal affairs of the company; and all the
20    legal affairs that I worked on for the most part, at least the
21    major ones, all went through him.
22    Q   So let's get back to the shares of Signalife owned by ARC
23    Finance.  Do you recall approximately how many those were?
24    A   I believe it was 22 million.
25    Q   At the time that you first got involved with Signalife,
```

1    were those shares like shares of General Motors or something,

2    something that could just be sold on the open market?

3    A    No, they couldn't.

4    Q    And can you just explain very generally for the jury why

5    not?

6    A    Well, the SEC is very concerned that shares held by

7    insiders, control people, meet certain requirements.  The

8    shares that were acquired by ARC originally were through a

9    reverse merger, a fancy transaction where you take over a

10   public company.  Those were known as restricted shares which,

11   in order to be traded, would have to be at a subsequent date

12   registered.  Even if they had been registered before, because

13   at the time that they were acquired by ARC Finance Group, the

14   company basically was a shell company.

15   Q    And Mr. Woodbury, did there come a point in time when

16   those shares that ARC Finance owned were registered?

17   A    I believe we registered about 3 million of them sometime

18   in the middle of 2005, as I recall.

19   Q    And did you decide to do that yourself, or did someone ask

20   you to do that?

21   A    No, I was requested to do that by Pamela Bunes, the

22   president, and Mr. Stein.

23   Q    Now, just to be absolutely clear, then, so once you had

24   registered the shares, what, if anything, could ARC Finance do

25   with them?

1    A    Well, they were free to sell those shares on the public

2    market if they wanted to.

3    Q    Now, when you registered those shares -- well, let's shift

4    gears away from share registration in 2005 and let's talk

5    about some of the public filings, the public statements that

6    you mentioned just a moment ago.

7              In your time working with the company, did Signalife

8    issue any press releases to the public?

9    A    It issued many press releases.

10   Q    Did there come a time when you became personally involved

11   in Signalife putting press releases out?

12   A    Yes, I became involved, I'm thinking about April 2007.

13   Q    When we're talking about sending out press releases, can

14   you just describe sort of generally what that means sort of

15   mechanically?

16   A    Well, the mechanics of sending out a press release is you

17   take a copy of it by e-mail, you e-mail it to a releasing

18   agency which will disseminate it on the public wires.  They

19   receive it, they call you up, say we're ready to go, can we

20   push the button?  You say yes, and it's out there.

21   Q    So from that point in 2007 that you identified on, were

22   you the one who posted all of Signalife's press releases, to

23   your knowledge?

24   A    Yes, I -- pretty much so.

25   Q    The press releases that you posted, did you draft most of

```
 1    them or did someone else draft most of them?

 2    A    It depended on the press release.  You have --

 3    Q    Can you just describe what you mean by that?

 4    A    Well, I guess it would be the function of the press

 5    release.  Press releases dealing with product sales, press

 6    releases dealing with product marketing, anything of that

 7    nature, were basically handled by Mr. Stein.  He would give

 8    those to me.  Press releases dealing with very technical

 9    matters which basically tracked SEC reports that I was filing,

10    I would draft.

11           For example, new officer comes in, we have an

12    employment contract, I'd file a report with the SEC called a

13    form 8K, which describes, and I basically pull out all that

14    language and drop it in the press release and essentially

15    regurgitate it.

16           Press releases dealing with AMEX.  There's a question

17    whether or not we're in compliance with the rules.  I spell

18    out what those rules are, what the impact does.  So, very

19    technical things.

20    Q    And before we move on, you mentioned something called

21    AMEX.  Can you just briefly explain what that means to the

22    jury, please?

23    A    Okay.  AMEX is the American Stock Exchange.  When I first

24    joined -- started working for the company, their shares traded

25    on something called the OTC Bulletin Board.  Then the company
```

1    was able to list on AMEX.  Was on that for a number of years,

2    and then they went back to the OTC Bulletin Board.

3    Q   So is it fair to say AMEX is a stock exchange?

4    A   Yes, it's a stock exchange.

5    Q   All right.  Let's get back to press releases, and let's

6    look at an exhibit.  If we can pull up Government's

7    exhibit 68, please.

8          And Mr. Woodbury, you'll note it will come up on that

9    screen in front of you, but you've also got a binder there if

10   you prefer to look at the hard copies.

11         MR. STIEGLITZ:  And I don't want to inquire directly

12   of the jury, Your Honor, but I do -- I'm just curious if

13   everyone can see it.  So the jury will let us know if folks

14   are having trouble seeing things.

15         THE COURT:  You might want to increase the size on

16   it.

17   BY MR. STIEGLITZ:

18   Q   Mr. Woodbury, do you recognize this document?

19   A   Yes, I do.

20   Q   And if so, what is it?

21   A   This is an e-mail that Mr. Stein sent to me on

22   September 20th, 2007.

23         MR. STIEGLITZ:  And, Your Honor, the Government would

24   move Government's exhibit 68, please.

25         THE COURT:  Any objection?

```
 1          MR. STEIN:  No objection.

 2          THE COURT:  Admitted without objection.

 3      (Government's Exhibit No. 68 entered into evidence.)

 4  BY MR. STIEGLITZ:

 5  Q   And Mr. Woodbury, what's the date of this e-mail, please?

 6  A   September 20th, 2007.

 7  Q   All right.  Can you just read that very first two lines?

 8  A   Sure.

 9          "John, I was with Harmison all day.  The attached

10  release is backed up by a purchase order, and we are beginning

11  to ship the units.  It is anything but promotional.  It is a

12  fact."

13  Q   And what's that next line?

14  A   "Please make sure it is released before market opens."

15  Q   And, I'm sorry, before we go any further with it,

16  Harmison, that reference to Harmison, who's Harmison?

17  A   Harmison referred to Dr. Lowell Harmison.  He was the

18  president for Signalife at that time.

19  Q   And did there come a point in time later when Dr. Harmison

20  was the CEO of Signalife?

21  A   I'm sorry, did I say -- no, he was the CEO throughout.

22  Q   Okay.

23  A   It was that period.  Sorry.

24          MR. STIEGLITZ:  And Mr. Sweeney, if you can just pull

25  back out to the view you had before there of the full e-mail.
```

1    Thanks.

2    BY MR. STIEGLITZ:

3    Q   Just looking at who that e-mail's from and to, does

4    Mr. Stein identify any other witnesses to this conversation or

5    this meeting that he says he's having with Mr. Harmison?

6    A   No, he does not.

7    Q   Does he copy Dr. Harmison on this e-mail?

8    A   No, he does not.

9    Q   Does he ask you to confirm any of what he's saying with

10   Dr. Harmison?

11   A   No, he did not.

12   Q   Okay.  Now, that line you just read, "Please make sure

13   it's released before the market opens," in your experience,

14   why would it matter whether a press release was issued before

15   the market opens versus after the market opens?

16   A   Well, as a common practice, all companies want their press

17   releases to go out first thing.  That way if people are going

18   to buy their shares, they can immediately respond and

19   hopefully that price increase will be reflected throughout the

20   whole market.

21   Q   All right.  And just if you'd read that last line of the

22   e-mail, the one in all caps, please.

23   A   "In any event, John, get the release issued."

24        MR. STIEGLITZ:  All right.  And, now, Mr. Sweeney, if

25   we can go to the second page of the exhibit, please.  And if

1    we can just blow out the content of it.

2    BY MR. STIEGLITZ:

3    Q    Mr. Woodbury, can you just explain to the jury what this

4    is, please?

5    A    This appears to be the press release that Mr. Stein

6    attached as an exhibit to that e-mail that I was supposed to

7    file the next morning.

8    Q    And can you just read the headline of it and then the

9    content of what Signalife's announcing?

10   A    "Signature Achieves 1.98 million Sales Thus Far."

11   Q    And what's the content of the announcement there?

12   Starting with "Signalife announced"?

13   A    "Signalife announced today that it has sold nearly

14   $2 million of fidelity 100 units thus far in its initial sales

15   push, being led by new management.  Signalife, which

16   anticipates additional sales resulting from its current

17   efforts, shall announce such sales as and when they are

18   completed."

19            MR. STIEGLITZ:  Okay.  And Mr. Sweeney, if we can go

20   back to the e-mail, the first page, please.

21   BY MR. STIEGLITZ:

22   Q    Mr. Woodbury, did you ask Mr. Stein for any additional

23   documents, any supporting information about what was being

24   reported in that press release that he was sending you?

25   A    No, I did not.

1   Q   Did you have any independent knowledge of whether what was
2   being said in that press release was true or false?
3   A   Well, the knowledge I had was this.  About a week
4   beforehand, the company had issued a press release talking
5   about Dr. Harmison; Dr. Windom, who was a director of the
6   company; and Dr. Phillips, who was the director of a (sic)
7   company were going to start out their initial sales efforts
8   under Dr. Harmison's marquis hospital sales program and
9   basically start promoting the product sales.
10  Q   Aside from another press release that you had read, did
11  you have any independent knowledge of the specific facts in
12  there, whether there were $1.98 million-worth of sales?
13  A   No, I had no independent understanding at all.
14  Q   Why then did you feel comfortable -- well, let me wait on
15  that question.
16        Where Stein claims in the top paragraph of that
17  e-mail to be -- that Signalife is shipping the units, did you
18  have any independent knowledge of whether that was true?
19  A   None at all.
20  Q   Did you, in fact, issue that press release?
21  A   Yes, I did.
22  Q   And why did you feel comfortable if you didn't have any
23  independent knowledge of it, didn't have any supporting
24  information?
25  A   Well, my understanding was that they were on a road trip.

1    In fact, I had numerous conversations with Mr. Stein in the

2    week beforehand where he discussed that they were on the road

3    trip, and basically reiterated all the places that they were

4    visiting, hospitals, et cetera.  I had every reason to believe

5    that this was the product of those sales efforts, that

6    Mr. Stein was involved in those sales efforts, and this was

7    all legitimate.  There's nothing that led me to question any

8    of it.

9         MR. STIEGLITZ:  All right.  Mr. Sweeney, if we could

10    pull up Government's exhibit 69, please.

11   BY MR. STIEGLITZ:

12   Q   And Mr. Woodbury, if you will just take a look at that,

13   tell me if you recognize that document, and if so, what it is,

14   please?

15   A   This appears to be the same press release that we just

16   looked at.

17   Q   All right.

18        MR. STIEGLITZ:  Your Honor, I'd move Government's

19   exhibit 69, please.

20        MR. STEIN:  No objection.

21        THE COURT:  Admitted without objection.

22     (Government's Exhibit No. 69 entered into evidence.)

23   BY MR. STIEGLITZ:

24   Q   And Mr. Woodbury, is it fair to say this is the press

25   release as it was actually issued?

1    A    Yes, it is fair to say that.

2    Q    What's the date on this press release?

3    A    September 20th.

4    Q    And I won't have you read this e-mail -- this press

5    release again to the jury, but can you just tell the jury if

6    the language in here is the same language that was in that

7    draft that Mr. Stein sent you.

8    A    It appears to be identical.

9    Q    Once again, once you post this press release, is that

10    something that's available to the public?

11    A    Immediately.

12    Q    All right.  Let's look at another one.

13         MR. STIEGLITZ:  Government's exhibit 71, please,

14    Mr. Sweeney.  And if you can just blow out that document.

15    BY MR. STIEGLITZ:

16    Q    Mr. Woodbury, do you recognize this document?  And if so,

17    what is it?

18    A    Yes, this would be an e-mail from Mr. Stein to myself

19    dated September 24th, 2007, accompanied by another press

20    release.

21         MR. STIEGLITZ:  All right.  Your Honor, I'd move

22    Government's exhibit 71, please.

23         MR. STEIN:  No objection.

24         THE COURT:  Admitted without objection.

25         (Government's Exhibit No. 71 entered into evidence.)

```
 1   BY MR. STIEGLITZ:

 2   Q   And Mr. Woodbury, what's the date of this e-mail?

 3   A   September 24th of 2007.

 4   Q   And if you'd just read it to the jury, please.

 5   A   "John, here is the press release that has been approved by

 6   Lowell."

 7   Q   And is Lowell, Lowell Harmison, is he copied on this

 8   e-mail?

 9   A   No, he's not.

10   Q   Does Mr. Stein claim that anyone has witnessed the fact

11   that Lowell Harmison approved this press release?

12   A   No.

13   Q   Does he ask you to confirm that Lowell Harmison is okay

14   with this press release?

15   A   No.

16   Q   Did you talk to Lowell Harmison about this press release?

17   A   No.

18   Q   Why not?

19   A   Well, my interactions -- Dr. Harmison was a brand new CEO

20   I really had not had much interaction with him at all to that

21   point.  All my interactions were through Mr. Stein, who was,

22   indeed, my superior in terms of reporting to him and

23   collecting information.  There was really no need for me to go

24   talk to Dr. Harmison.

25   Q   All right.  Let's look at the second page, please.
```

1          Can you just tell the jury what this is, please,

2    Mr. Woodbury.

3    A    This appears to be the press release that was attached as

4    an exhibit to the previous e-mail.

5    Q    And if you can, again, just read the headline and then the

6    content of the announcement, as well, please.

7    A    Okay.  The headline reads:  "Signalife receives another

8    3.3 million sales orders.

9          "Earlier today, Signalife announced that it has

10   received additional orders for the sale of $3.3 million of

11   Fidelity 100 units as a continued result of new management's

12   initial sales campaign.  In the words of Dr. Harmison, quote,

13   'That is 5.28 million of sales orders of our Fidelity 100

14   since I took over operational control of the company, and, as

15   we fulfill our existing orders, the company will continue its

16   efforts and expects to add additional sales to the system

17   shortly.'"

18   Q    Now, here again, Mr. Woodbury, did you ask Mr. Stein for

19   any supporting documents, any proof of whether or not this was

20   accurate?

21   A    No, I did not.

22   Q    Did you have any independent knowledge of whether, in

23   fact, Signalife had received another $3.3 million worth of

24   sales orders?

25   A    No, I did not.

1    Q    Now, there's a quote in there that you just read from

2    Dr. Harmison.  Did you check with Dr. Harmison to verify if

3    that quote was accurate or had even been made?

4    A    No, I did not.

5    Q    Why not?

6    A    Well, Mr. Stein, once again, is the de facto general

7    counsel of the company.  He's an attorney just like I am.  My

8    understanding is he's involved in negotiating all of these

9    sales orders.  My understanding is he's on the road trip with

10   Dr. Harmison.  My understanding is that he is basically doing

11   any doublechecking that needs to be done in the process of

12   negotiating and getting these sales orders signed.

13   Q    All right.

14   A    In fact, if you refer to the first e-mail, it is a fact

15   that is basically carried over with me, that he is actively

16   involved up to his ears in these transactions.

17   Q    All right.  Mr. Woodbury --

18        MR. STIEGLITZ:  Let's now pull up, Mr. Sweeney,

19   Government's exhibit 72, please.

20   BY MR. STIEGLITZ:

21   Q    Mr. Woodbury, do you recognize this document?  And if so,

22   what is it?

23   A    This appears to be the same press release we just looked

24   at attached to the e-mail.

25   Q    Is it fair to say this is the press release as issued?

1    A    Yes, it is fair.

2              MR. STIEGLITZ:  Your Honor, at this time I would move

3    Government's exhibit 72, please.

4              MR. STEIN:  No objection.

5              THE COURT:  Admit without objection.

6         (Government's Exhibit No. 72 entered into evidence.)

7    BY MR. STIEGLITZ:

8    Q    And Mr. Woodbury, I won't have you read this again to the

9    jury, but can you just tell us whether the language in there

10   tracks what Mr. Stein had sent you?

11   A    Yes, it appears identical.

12   Q    All right.  And, again, once you post this, is this

13   available to the public?

14   A    Immediately.

15   Q    Let's look at one more example showing you what's been

16   marked for identification as Government's exhibit 75, please.

17             MR. STIEGLITZ:  If we can just blow out the bottom of

18   that, please.  You can blow out the whole bottom, Mr. Sweeney.

19   Thank you.

20   BY MR. STIEGLITZ:

21   Q    And Mr. Woodbury, do you recognize that document?  And if

22   so, what is it?

23   A    Yes, I do.  This is a third e-mail that Mr. Stein sent me.

24   Q    What's the date of it?

25   A    October 9th, 2007.

```
 1              MR. STIEGLITZ:  Your Honor, at this time, we'd move
 2      Government's exhibit 75, please.
 3              MR. STEIN:  No objection.
 4              THE COURT:  Admitted without objection.
 5      (Government's Exhibit No. 75 entered into evidence.)
 6      BY MR. STIEGLITZ:
 7      Q   And Mr. Woodbury, would you just read the e-mail to the
 8      jury, please?
 9      A   Yes.
10              "Must be out before market opens."
11              This is given to me at 11:00 o'clock at night.  I
12      think the other two were given to me at about 8:00 o'clock at
13      night.  Market opens, my time, at about 6:00 or 7:00 in the
14      morning.
15              Then it goes on:  "Simple release.  Lowell will
16      revise as appropriate, but I just met with him and I don't
17      think he'll have any."
18      Q   Now, Mr. Woodbury, did you see Dr. Harmison and Mr. Stein
19      having any conversations about this e-mail or about this
20      release?
21      A   No, they were 3000 miles away.
22      Q   All right.  Now, does Mr. Stein identify anyone in this
23      email --
24              Mr. Woodbury, does Mr. Stein identify anyone else in
25      this e-mail who was at those meetings with him and
```

1   Mr. Harmison?

2   A    No, he does not.

3   Q    Dr. Harmison, excuse me.  Now, here, Mr. Stein does copy

4   Dr. Harmison; is that right?

5   A    That's correct.

6   Q    Now, let's look at the third page of the exhibit, please.

7   And if you can just again read that headline and the content

8   of the announcement, please.

9   A    "Signalife continues to procure purchase orders, revenues.

10  Signalife has received additional sales orders in excess of

11  half a million dollars, $551,500 to be exact, during CEO

12  Lowell Harmison's most recent cross-country sales initiative.

13  These purchase orders are currently resulting in revenues to

14  the company such that the company anticipates achieving break

15  even by the end of January 2008."

16  Q    Here again, Mr. Woodbury, did you ask Mr. Stein for any

17  supporting information, supporting documents, any proof of

18  whether what that press release says is true?

19  A    No, I did not.

20  Q    Did you have any independent knowledge of whether what was

21  in that press release was true?

22  A    No, I did not.

23  Q    Did you issue the press release?

24  A    Yes.

25  Q    Why did you feel comfortable doing that?

1   A   Once again, I knew Mr. Stein was with Dr. Harmison, he's

2   my superior, I believed he was negotiating the transactions,

3   had all the documentation.  The prior e-mail he's talking

4   about is fact.  I'm sure that carried over to this one.  I had

5   no reason to doubt that this was not real.

6          MR. STIEGLITZ:  All right.  If we can pull up

7   Government's exhibit 76, please.

8   BY MR. STIEGLITZ:

9   Q   And Mr. Woodbury, can you please take a look at this, tell

10  me if you recognize it, and if so, what it is.

11  A   This appears to be the e-mail that was attached -- excuse

12  me -- it appears to be the press release that was attached as

13  an exhibit to the e-mail.

14  Q   I'm sorry, let's back out.

15         MR. STIEGLITZ:  Mr. Sweeney, if you can blow that

16  out.

17  BY MR. STIEGLITZ:

18  Q   Mr. Woodbury, just for purposes of clarity, is this the

19  press release that was attached to that e-mail or is this a

20  subsequent exhibit?

21  A   This appears to be the press release attached to the

22  e-mail.

23  Q   Oh, I'm sorry.  Let me -- Mr. Woodbury, let me clarify.

24         Is this the press release as you issued it?

25  A   Yes, it appears to be so.

1    Q   And just to be clear, based on the content that was in

2    that press release that was attached to the e-mail, is that

3    what you were saying?

4    A   Yes, this appears to be the one that I --

5    Q   Issued.

6    A   -- issued.

7    Q   Is that fair?

8    A   That is fair.

9            MR. STIEGLITZ:  Okay.  Your Honor, we'd move

10   Government's exhibit 76, please.

11           MR. STEIN:  No objection.

12           THE COURT:  Admitted without objection.

13       (Government's Exhibit No. 76 entered into evidence.)

14   BY MR. STIEGLITZ:

15   Q   And just to be clear, Mr. Woodbury --

16           MR. STIEGLITZ:  Mr. Sweeney, if you could blow out

17   that text there.

18   BY MR. STIEGLITZ:

19   Q   Without reading it to the jury, can you just tell us

20   whether that language in there tracks what Mr. Stein sent you?

21   A   Yes, it appears identical.

22   Q   Again, once you post this, is that available to the

23   public?

24   A   Immediately.

25           MR. STIEGLITZ:  All right.  We can take that down.

```
 1              Thank you, Mr. Sweeney.

 2   BY MR. STIEGLITZ:

 3   Q   Now, Mr. Woodbury, did there come a time when you did ask

 4   Mr. Stein for more information on these purchase orders?

 5   A   Yes, about, I would say three, four weeks later, we had a

 6   couple of things happening.  First --

 7   Q   Well, before we get to that, Mr. Woodbury, if I may, did

 8   he provide you with additional information?

 9   A   Yes, he did.

10              MR. STIEGLITZ:  All right.  Can we pull up

11   Government's exhibit 64, please?

12   BY MR. STIEGLITZ:

13   Q   Mr. Woodbury, do you recognize this document, Government's

14   exhibit 64?

15   A   Yes, I do.

16   Q   And what is it?

17   A   That appears to be the purchase order for the first

18   transaction that was reported.

19   Q   All right.  And where did you get this document,

20   Mr. Woodbury?

21   A   This was e-mailed to me by Mr. Stein.

22              MR. STIEGLITZ:  And, Your Honor, at this time we

23   would move Government's 64.

24              MR. STEIN:  No objection.

25              THE COURT:  Admitted without objection.
```

```
 1          (Government's Exhibit No. 64 entered into evidence.)

 2     BY MR. STIEGLITZ:

 3     Q    Had you ever seen this document before Mr. Stein sent it

 4     to you?

 5     A    No, I had not.

 6          MR. STIEGLITZ:  And we may need to blow out certain

 7     parts of this.

 8     BY MR. STIEGLITZ:

 9     Q    But Mr. Woodbury, what's the company name there at the top

10     under "sold to"?

11     A    That would be Cardiac Hospital Management.

12     Q    Okay.  And what's the total amount of units and total

13     amount of dollars that this order is for?

14     A    Okay.  I think it's 180.

15          MR. STIEGLITZ:  Why don't we blow back out,

16     Mr. Sweeney, please.  There we go.

17          THE WITNESS:  Okay.  There are 180 units that will be

18     sold.  The total price would be $1.98 million.

19     BY MR. STIEGLITZ:

20     Q    And what's the date of ---

21          MR. STIEGLITZ:  Excuse me.  If we can now pull out,

22     Mr. Sweeney.  And you may have said this already,

23     Mr. Woodbury, but if we can just do a split screen, please,

24     Mr. Sweeney, with Government's exhibit 69.

25     BY MR. STIEGLITZ:
```

1    Q   And can you just tell the jury whether this bears any

2    relationship to that press release?

3    A   Yes, it appears to be the purchase order behind the press

4    release.

5            MR. STIEGLITZ:  Thank you, Mr. Sweeney.

6            Can we now pull up Government's exhibit 70, please.

7    BY MR. STIEGLITZ:

8    Q   And Mr. Woodbury, do you recognize this document?  And if

9    so, what is it?

10   A   Yes, this would be the purchase order that was also

11   e-mailed to me by Mr. Stein, and this would be the purchase

12   order that goes with the second press release.

13           MR. STIEGLITZ:  At this time, Your Honor, we would

14   move Government's exhibit 70.

15           MR. STEIN:  No objection.

16           THE COURT:  Admitted without objection.

17       (Government's Exhibit No. 70 entered into evidence.)

18   BY MR. STIEGLITZ:

19   Q   Had you ever seen this document before Mr. Stein gave it

20   to you?

21   A   No.

22   Q   And what's the total number of units and total number

23   of -- total number of units and total number of dollars for

24   this order?

25   A   300 units were sold, or to be sold, and the total price

1   was $3.3 million.

2   Q   And just to be clear, a moment ago you referred to a

3   second press release.

4        MR. STIEGLITZ:  If we can go split screen with

5   Government's exhibit 72, please.

6   BY MR. STIEGLITZ:

7   Q   Mr. Woodbury, if you can tell the jury what, if any,

8   relationship do those two documents bear to one another?

9   A   Well, this would be the purchase order that is behind the

10  second press release right next to it.

11  Q   Okay.  Finally, I want to show you what's been marked as

12  Government's exhibit 74, please.  Mr. Woodbury, do you

13  recognize this document?  And if so, what is it?

14  A   Yes, I do.  This would be the purchase order that

15  Mr. Stein e-mailed me that would go with the third press

16  release.

17  Q   And the date of this agreement, if you can see it down

18  there on the bottom by the signatures?

19  A   The date would be October 4th, 2007.

20       MR. STIEGLITZ:  All right.  Your Honor, we'd move

21  Government's exhibit 74.

22       MR. STEIN:  No objection.

23       THE COURT:  Admitted without objection.

24       (Government Exhibit No. 74 entered into evidence.)

25  BY MR. STIEGLITZ:

1    Q   Mr. Woodbury, if you can see it there, what's the -- well,

2    what's the company name?

3    A   The company~-- the purchaser?  The purchaser is IT Health,

4    looks like Healthcare, but it's initialed.

5            MR. STIEGLITZ:  If we can pull back out, Mr. Sweeney.

6    BY MR. STIEGLITZ:

7    Q   What's the net amount of this order?

8    A   Okay.  Well, the net amount is $551,500.

9            MR. STIEGLITZ:  And if we can pull up split screen

10   Government's exhibit 76.

11   BY MR. STIEGLITZ:

12   Q   And if you can just tell the jury what, if any,

13   relationship these two documents bear to one another.

14   A   This purchase order would be the purchase order that's

15   referred to in that press release.

16           MR. STIEGLITZ:  Okay.  Thank you, Mr. Sweeney.  We

17   can take those down.

18   BY MR. STIEGLITZ:

19   Q   Mr. Woodbury, to the extent you needed more information on

20   these purchase orders, on these sales, who was your first

21   call?  Was it Dr. Harmison, Mr. Stein?  Was it somebody else?

22   A   No, it was Mr. Stein.  I at that point had no real

23   relationship with Dr. Harmison, and I had been working with

24   Mr. Stein for years.

25   Q   All right.  Let's look up what's been -- look at what's

1    been marked as Government's exhibit 78, please.  And

2    Mr. Woodbury, if you can tell us if you recognize that

3    document and, if so, what it is.

4    A   Yes, I do.  That's an e-mail from Mr. Stein to myself, and

5    I believe that's the e-mail to which all of these purchase

6    orders were attached as exhibits.

7    Q   What's the date of this e-mail?

8    A   October 16th, 2007.

9         MR. STIEGLITZ:  All right.  Your Honor, we'd move

10   Government's exhibit 78, please.

11        MR. STEIN:  No objection.

12        THE COURT:  Admitted without objection.

13        (Government's Exhibit No. 78 entered into evidence.)

14   BY MR. STIEGLITZ:

15   Q   If you can just read that first line of that e-mail,

16   Mr. Woodbury.

17   A   "John, here is what I have in my possession regarding the

18   purchase orders Dr. H is now fulfilling."

19   Q   Now, Mr. Woodbury, is Dr. Harmison copied on that e-mail?

20   A   No, he is not.

21   Q   Does Mr. Stein suggest that you should check with

22   Dr. Harmison and figure out what's going on about these

23   purchase orders?

24   A   No, he did not.

25   Q   Now, before we look at more of the e-mail where he's

1    describing what he's sending to you, let's look at what he's

2    actually sending you.  This is a multi-page document; is that

3    correct, Mr. Woodbury, this exhibit?  And feel free to look at

4    it in the binder there.  I know it's --

5    A   Yeah.  Are you referring to the e-mail or -- well, the

6    whole e-mail, including attachments, is a multi-page set of

7    documents.

8    Q   All right.  Let's look at the 20th page of the exhibit.

9         MR. STIEGLITZ:  Mr. Sweeney, that would be -- you're

10   a step ahead of me, as usual.

11   BY MR. STIEGLITZ:

12   Q   What is this, Mr. Woodbury?

13   A   This is -- it appears to be the third purchase order that

14   was referred to in those three press releases.

15   Q   Let's move forward to the 24th page of the exhibit,

16   please.  What is this, Mr. Woodbury?

17   A   This would be the second purchase order.

18   Q   Okay.  And before we go any further through these

19   documents that he sent you, let's go back to his e-mail to

20   you.

21        MR. STIEGLITZ:  The second page of the exhibit,

22   please, Mr. Sweeney.

23   BY MR. STIEGLITZ:

24   Q   And let's look down at -- actually, I'm sorry.  I got

25   ahead of myself.  Let's look at page 10 of the exhibit.

```
 1              MR. STIEGLITZ:  I'm sorry, Mr. Sweeney.
 2    BY MR. STIEGLITZ:
 3    Q    What is this document, please?
 4    A    This would be the first page -- excuse me, the first
 5    purchase order that accompanied the first press release.
 6    Q    Now we can go back to that second page of the exhibit,
 7    second page of Mr. Stein's e-mail to you, and let's look at
 8    that first paragraph, please.  And if you can just read that
 9    to the jury, please.
10    A    Okay.
11              "Also, I have included a couple consulting
12    agreements, unrelated to these orders, that Harmison entered
13    into.  One is a marketing agreement for assisting in
14    fulfillment of the orders and a general marketing, paren,
15    Signalife is not a service company, needs a service agency to
16    fulfill and to market.  The other is a JV regarding the credit
17    card device, paren, once it is approved shortly, end paren.
18    The other is a general consultation agreement."
19    Q    All right.  Let's take a look at those agreements that
20    Mr. Stein says are unrelated.  Let's look at page 3 of the
21    exhibit, please.  And just very generally, what is this
22    document?
23    A    This is a business consultant agreement.
24    Q    All right.  Between whom and whom?
25    A    I think I have to see the signature page.
```

1    Q    The party of the first part and the party of the second

2    part, right?

3    A    Yes.

4            MR. STIEGLITZ:  Can we look at the third page of the

5    exhibit, please, Mr. Sweeney.  This is 78.

6            THE WITNESS:  Yes, it appears to be by Signalife on

7    one hand and Thomas R. Tribou on the other hand.

8    BY MR. STIEGLITZ:

9    Q    When you received this document from Mr. Stein, did you

10   have any idea what this business consultant agreement was

11   about?

12   A    No, I had no idea.  Plus, he stated that it was totally

13   unrelated to the purchase themself, other than fulfillment

14   function, whatever that is.

15   Q    And had you ever seen this document before Stein sent it

16   to you?

17   A    No.

18           MR. STIEGLITZ:  Let's look at the fifth page of the

19   exhibit, please, Mr. Sweeney; and if we can blow out the top.

20   I think we can do this from this page.

21   BY MR. STIEGLITZ:

22   Q    What, very generally, is this?

23   A    This is a marketing agreement.

24   Q    Between whom and whom?

25   A    TTN Marketing, GP, is one party, and Signalife is the

1    other.

2    Q   Okay.  When you received this, did you have any idea who

3    or what TTN Marketing was?

4    A   No.

5    Q   Did you have an understanding that TTN Marketing was doing

6    work for Signalife?

7    A   Well, it was providing some services.  I don't really know

8    what they were.

9    Q   How did you know that?

10   A   Well, just in the text of this.

11   Q   Oh, you're saying you're inferring that from the document?

12   A   Yes.

13   Q   Oh, I see.

14        Okay.  All right.  Let's move to the ninth page of

15   the exhibit, please, the signature page for that document,

16   Mr. Woodbury.

17        And, again, who's signing that document?

18   A   Once again, Dr. Harmison on behalf of Signalife and Thomas

19   R. Tribou on behalf of, I guess it's TTN.

20   Q   And Mr. Woodbury, based on Mr. Stein's description of

21   these agreements that he's sending you in his e-mail, did you

22   have any understanding that these had anything to do with the

23   purchase orders?

24   A   No, other than fulfillment, whatever that was, but it

25   indicated somebody else was the buyer under the purchase

1    orders.

2    Q    All right.  Now, let's skip forward to page 16 of the

3    exhibit, please.

4           MR. STIEGLITZ:  And if we can just blow out the top

5    there.

6    BY MR. STIEGLITZ:

7    Q    What's this?

8    A    This is a direct to consumer venture agreement.

9    Q    Between whom and whom?

10   A    T Ventures, GP, on the one hand and Signalife on the

11   other.

12   Q    And when you received this, did you have any idea who T

13   Ventures was?

14   A    None at all.

15   Q    Did you have any understanding that T Ventures was doing

16   work on behalf of or with Signalife?

17   A    No, only what's on the face of the document.

18   Q    Okay.  And three pages later, which would be page 19 --

19   I'm sorry, page 18, went too far.  Page 18, who's signing this

20   document?

21   A    Once again, Dr. Harmison for Signalife and Thomas R.

22   Tribou for, I guess, T Ventures.

23   Q    Okay.  And, again, based on Mr. Stein's description of

24   these agreements in his e-mail, did you have any understanding

25   that this had anything to do with the purchase orders that

1    we've looked at?

2    A    No.

3    Q    Let's go back to Mr. Stein's cover e-mail for this, page 2

4    of that e-mail, please, or of the exhibit.  Can you just read

5    that bottom paragraph, please?

6    A    "The smaller IT order was a direct referral from Silve, as

7    can be attested to by Harmison, and probably by Silve, as

8    well, paren, and certainly by IT, end paren.  So, that has to

9    be accounted for as being deducted from their prepaid

10   expenses.  They are supposed to bring in the largest

11   healthcare system in Mexico this week, which will be more

12   proof of what they are doing."

13   Q    And did you just take Mr. Stein's word for this, or did

14   you do some sort of background checking on what he was telling

15   you at this time?

16   A    No, I did no background checking.

17   Q    And why was that?

18   A    Once again, Mr. Stein was the general counsel, he was

19   attending on all these trips.  He had told me all these

20   hospitals and nursing centers and ambulance services that he

21   was visiting with Dr. Harmison, this is exactly what I

22   expected to receive in terms of what he was telling me was

23   going on.  I had no question at all that this was not

24   legitimate.

25   Q    Let's -- now that we've seen what Mr. Stein sent you and

1    what he told you, let's listen to what Mr. Stein tells the SEC

2    in his testimony about what he knows about IT Healthcare and

3    Cardiac Hospital Management.

4           MR. STIEGLITZ:  The first clip, for identification

5    purposes, will be clip -- before you play it, Mr. Sweeney,

6    will be clip 8.  This is from Mr. Stein's testimony on

7    December 18th, 2009, and it begins in transcript page 325, at

8    line 10, and ends at the very next line, 325, line 11.

9           If we can play clip 8, please.

10          (Audio played.)

11          Do we have audio?  Oh, maybe we didn't ask.  I bet we

12   need audio.  I apologize.  Your Honor, do we have audio?  I

13   think Irene told us maybe you have control over the audio.  I

14   may be wrong about that.

15          THE COURT:  Mr. Franklin does.

16          MR. STIEGLITZ:  Mr. Franklin does.  I'm sorry.

17          THE COURT:  I don't have control of anything.

18          (Audio played.)

19          MR. STIEGLITZ:  All right.  Let's listen to the next

20   clip, which will be same page, starting at line -- I'm sorry,

21   December 18th, 2009, testimony, beginning on page 325,

22   line 24, going to the next page, which will be 326, at line 9.

23          Clip 9, please, Mr. Sweeney.

24          (Audio played.)

25          Let's play Mr. Stein's testimony, same day,

1    December 18th, 2009, beginning at page 366, line 23, ending at

2    367, line 1.

3            Clip 21, please, Mr. Sweeney.

4            (Audio played.)

5            And finally, Mr. Sweeney, can we play what will be

6    clip 22.  It will be the same day, December 18th, 2009,

7    page 368 of the transcript, starting at line 23, going to

8    page 369 of the transcript, ending at line 6.

9            If we can play that clip, please.

10           (Audio played.)

11   BY MR. STIEGLITZ:

12   Q   Mr. Woodbury, based on your interactions with Mr. Stein,

13   is he being truthful to the SEC when he says that?

14   A   No, I think it's ludicrous to make any statement that he

15   doesn't know about these.

16           As an aside, could you flip to the second page of the

17   e-mail that was sent to me with all these documents attached?

18   Q   Certainly.  Government's exhibit 78, I believe, I guess,

19   the second page.

20   A   Yeah, the second page.

21           Okay.  If you could highlight for me that paragraph

22   talking about the POs are subject.

23           Okay.  This is the detail that Mr. Stein gave me

24   ancillary to giving me the documents and the press releases.

25   He's talking about these purchase orders are subject to

1    Signalife's standard lease, which is interest-free and 24 or

2    24 (sic) months including the deal.  How does he have that

3    information if he's not involved in the transaction and

4    doesn't know about it?

5          He's talking about costs.  He's talking about

6    discounts, all sorts of things.

7          MR. STIEGLITZ:  All right.  Let's pull up

8    Government's exhibit 79, please.  And if you can blow out the

9    bottom of that e-mail.

10   BY MR. STIEGLITZ:

11   Q   Mr. Woodbury, do you recognize this document?  And if so,

12   what is it?

13   A   Yes.  This is an e-mail that I sent to Mr. Stein which was

14   prepared originally to be sent to AMEX and was later used by

15   me also for securities filings.

16   Q   What's the date of this e-mail?

17   A   The date of the e-mail is October 20th, 2007.

18         MR. STIEGLITZ:  Your Honor, we'd move Government's

19   exhibit 79 at this time.

20         THE COURT:  Any objection?

21         MR. STEIN:  Your Honor, I'd like to voir dire the

22   witness on it, but if I could talk to Mr. Stieglitz for 10

23   seconds, that may become unnecessary.

24         THE COURT:  Go ahead.

25         (Brief pause in proceedings.)

1        MR. STIEGLITZ:  Your Honor, I believe what

2   Mr. Stein's asking is whether Government's exhibit 78 came

3   into evidence.  I believe it did.  To the extent we didn't

4   move it, I move it now.

5        THE COURT:  No, it was admitted without objection.

6        MR. STIEGLITZ:  Okay.

7        MR. STEIN:  There's no voir dire necessary, Your

8   Honor.

9        THE COURT:  So are you --

10        MR. STEIN:  I have no objection, Your Honor.

11        THE COURT:  So this is which number?

12        MR. STIEGLITZ:  This is 79, Your Honor.

13        THE COURT:  Seventy-nine's admitted without

14   objection.

15     (Government's Exhibit No. 79 entered into evidence.)

16   BY MR. STIEGLITZ:

17   Q   Now, the subject line of this e-mail, Mr. Woodbury, is

18   what?

19   A   Draft sales insert for AMEX letter.

20   Q   Can you just very generally explain to the jury what the

21   purpose of this e-mail was.

22   A   Well, going back several weeks, the company issued a press

23   release that was very promotional in nature, and AMEX was very

24   upset about that, and after that there occurred basically

25   like, say, almost a litigious process between the company and

1    AMEX.  AMEX came back and demanded that Signalife verify

2    details supporting all of these news releases.

3    Q   And were these the news releases about the purchase

4    orders?

5    A   That is correct.

6    Q   All right.  Can you just read the first two sentences of

7    that paragraph, please?

8    A   Yes.  "On September 14th, 2007, Signalife entered into a

9    purchase order with a hospital/medical group purchasing

10   organization pursuant to which it would lease with the right

11   to purchase, pursuant to a finance lease, 180 Fidelity 100

12   units.  The gross proceeds to Signalife, assuming exercise of

13   purchase rights, was $1.98 million."

14   Q   And just to be clear, if we can go split screen with

15   Government's exhibit 64, Mr. Woodbury, is that the purchase

16   that's referred to, Government's exhibit 64?

17   A   Yes, that appears to refer to that purchase order.

18           MR. STIEGLITZ:  All right.  Let's go back to 79

19   there, please, and look at the second page, Mr. Sweeney, the

20   rest of that e-mail.

21   BY MR. STIEGLITZ:

22   Q   And if you can just read the first two sentences of the

23   second paragraph, starting with on September 24th, please.

24   A   "On September 24th, 2007, Signalife entered into a

25   purchase order with a hospital/medical group purchasing

1    organization pursuant to which it would lease with the right

2    to purchase, pursuant to a finance lease, 300 Fidelity 100

3    units.  The gross proceeds to Signalife, assuming exercise of

4    purchase rights, was $3.3 million."

5              MR. STIEGLITZ:  All right.  And if we can just go

6    split screen with Government's exhibit 70 already in evidence.

7    BY MR. STIEGLITZ:

8    Q   Mr. Woodbury, is that the purchase order that's being

9    referred to in that paragraph?

10   A   Yes, it is.

11   Q   All right.

12             And, lastly, if you would just read the first two

13   sentences of that third paragraph starting with October 4th,

14   2007, please.

15   A   "On October 4th, 2007, Signalife entered into a purchase

16   order with a hospital/medical group purchasing organization

17   pursuant to which it would lease with a right to purchase

18   pursuant to a financing lease, 47 Fidelity 100 units.  The

19   gross proceeds to Signalife, assuming exercise of purchase

20   rights, was $564,000."

21   Q   All right.  And if we can just go split screen with

22   Government's exhibit 74, Mr. Woodbury, is that the purchase

23   order that's being referred to in that paragraph?

24   A   Yes, it is.

25             MR. STIEGLITZ:  Mr. Sweeney, if we can go back to the

1    first page of the exhibit there and blow out the address

2    information.

3    BY MR. STIEGLITZ:

4    Q   Mr. Woodbury, you sent this e-mail to Mr. Stein; is that

5    right?

6    A   Yes, I did.

7    Q   Why not in October, 2007 send it to anyone else?

8    A   Once again, Mr. Stein was my superior.  He's the one who

9    directed me to respond to AMEX.  He's the one who had

10   originally given me all the information about the -- all the

11   transactions.  In fact, if you could, slip down to the fourth

12   paragraph on the next page.

13   Q   Well, without -- okay.  Go ahead.

14   A   Sorry.

15   Q   No need to apologize.

16   A   That's fine.

17       Okay.  This talks about hospital/medical group

18   purchasing organizations buying the product.  This all came

19   from Mr. Stein to me, describing all the details of these

20   transactions, giving the background that I needed to prepare

21   this document to give to AMEX.

22   Q   You've talked about to prepare it for AMEX.  Did you

23   ultimately send this language to AMEX?

24   A   Yes, I did.

25       MR. STIEGLITZ:  We can take that down, Mr. Sweeney.

1   BY MR. STIEGLITZ:

2   Q   You may have mentioned this a little earlier, but did you

3   use that language anywhere else other than in your response to

4   AMEX?

5   A   Yes, shortly after we sent this to AMEX, our interim

6   report for the second quarter of 2007 was due.  I pulled out

7   this language because it now had been approved and vetted

8   through Mr. Stein, and we used that for that interim report

9   and for all of our subsequent SEC annual and interim reports.

10          MR. STIEGLITZ:  Just the Court's indulgence for just

11   a moment.

12   BY MR. STIEGLITZ:

13   Q   Mr. Woodbury, while we're talking about SEC filings, can

14   you just describe as a general matter the process for -- that

15   you underwent when you were putting together SEC filings for

16   Signalife?

17   A   Okay.  Well, the process would go through several stages.

18   First, I would prepare the documents in conjunction with the

19   chief financial officer.  I would basically block out both the

20   financial statements and the legal portions of the documents.

21   Then I would forward the financial statements to the

22   accountant, who would then put in all the pertinent

23   information for the current period, and we would go back and

24   forth and massage that.  As part of that process I would talk

25   to Mr. Stein, I would talk to other people involved in the

```
 1    company for updates on things like contracts and things of

 2    that nature.  I would also get stockholder reports from the

 3    stock transfer agent, because one of the things we needed to

 4    do was report stock transactions.  So I'd go through that

 5    journal.

 6            When I saw a bunch of shares that were issued to

 7    somebody, I'd call up Mr. Stein or other people and say, well,

 8    what is this all about, send me a contract, give me

 9    background.

10    Q   Mr. Woodbury, when you talk about shares of the company,

11    stock of the company, can you just tell the jury, was that

12    stock, was Signalife stock during the time that you were

13    there, was Signalife covered by Section 12 of the Securities

14    and Exchange Act?  Was it covered by the Securities and

15    Exchange Act of 1934?

16    A   Yes, it was --

17            MR. STEIN:  Objection, calls for legal conclusion.

18            THE COURT:  Overruled.

19            You can answer.

20    BY MR. STIEGLITZ:

21    Q   Mr. Woodbury, can I just ask it since we got interrupted

22    there?

23    A   Yes.

24    Q   Was Signalife covered by Section 12 of the Securities and

25    Exchange Act of -- excuse me, the Securities Exchange Act of
```

1    1934?

2    A    Yes, under the Securities and Exchange Act of 1934, as

3    soon as a company is listed on the American Stock Exchange, it

4    is, by definition, covered by the Securities Act of 1934.

5    Q    Mr. Woodbury, did you work with anyone?  You just

6    described the process that you went through.  Was there anyone

7    that you worked closely with in particular to assemble the

8    securities filings for Signalife?

9    A    Well, I was in charge of basically riding herd on the

10   filings and sending of the documents.  So I was in charge of

11   riding herd on the document.  I would control the document.  I

12   would talk to everybody to collect information.  People that I

13   worked with were Mr. Pickard on the financial side --

14   Q    And who is Mr. Pickard?

15   A    Mr. Pickard was what would be known as a contract chief

16   financial officer.

17   Q    And is Mr. Pickard's last name spelled P-i-c-k-a-r-d?

18   A    That's correct.

19   Q    Okay.  Did you collect information from Mr. Stein -- you

20   may have just said this, I apologize.  Did you collect

21   information from Mr. Stein regarding the filings?

22   A    Yes, I did, both during the process and at the end of the

23   process when we circulated the documents for review and

24   comment.  That also, of course, went through him, and he would

25   comment on them.

1   Q   All right.  Let's look at a few specific SEC filings.

2   Let's look at Government's exhibit 73, please.

3          Mr. Woodbury, can you just tell us if you recognize

4   that document.  Maybe we can -- recognize that document, and,

5   if so, what is it?

6   A   Yes, this is the interim report for the nine-month period

7   ended September 30th, 2007.

8   Q   All right.  Mr. Woodbury, is this document, this exhibit,

9   Government's exhibit 73, is this a multi-page document?

10   A   Yes, it is.

11   Q   Did you prepare this document for Signalife?

12   A   Yes, I did.

13   Q   Did you file this document with the SEC?

14   A   Yes, I did.

15          MR. STIEGLITZ:  Your Honor, we'd move Government's

16   exhibit 73.

17          MR. STEIN:  No objection.

18          THE COURT:  Admitted without objection.

19      (Government's Exhibit No. 73 entered into evidence.)

20   BY MR. STIEGLITZ:

21   Q   Mr. Woodbury, with Mr. Sweeney's help here, if we can look

22   at page 22 of this filing, please.

23          MR. STIEGLITZ:  And if we can blow out the section

24   under pending purchase orders.

25   BY MR. STIEGLITZ:

1    Q    And Mr. Woodbury, very much to I'm sure everyone's

2    disappointment, I'm not going to have you read all that

3    language, but what I'd like you to do is just take a moment,

4    review it, and tell us if that's the same language used in

5    your response to AMEX that we looked at a moment ago.

6    A    Yes, this would be the language for the first two purchase

7    orders that were, chronologically speaking, in the AMEX

8    letter.

9           MR. STIEGLITZ:  And if we can do the same question

10    with respect to page 45, please, Mr. Sweeney, under subsequent

11    events.

12    BY MR. STIEGLITZ:

13    Q    And just looking at that first paragraph there, where it

14    says on October 4th, 2007, can you just describe -- explain

15    whether that was language that we've seen already?

16    A    Yes, that would be the language that we pulled out from

17    the AMEX letter for the third purchase order chronologically

18    speaking.

19    Q    And again, at the time you prepared and filed this

20    quarterly filing, this 10-Q, with the SEC, did you have any

21    additional independent information about these purchase orders

22    other than what we've seen?

23    A    No, I did not.  I did not speak to Dr. Harmison.  I got

24    all my information from Mr. Stein.

25    Q    Now, just stepping back, this is late 2007; is that

1    correct?

2    A    That's correct.

3    Q    Can you characterize for the jury how big a deal for

4    Signalife was $5 million worth of purchase orders?  Is that a

5    big deal or not a big deal?

6    A    Well, it was a huge deal.  This was a development stage

7    company.  They had a brand new technology.  Other than, I

8    guess a hundred thousand dollars, they never sold any product.

9    All of a sudden they had over $5 million in sales.  This goes

10   out to the public.  This company goes from an R and D company

11   to all of a sudden a big revenue generating company.  It's

12   huge.

13   Q    All right.  Now, after a company files its third quarter

14   filing, what's the next big filing on the calendar?

15   A    The next filing would be the filing for the complete year.

16   And that would be the annual report on form 10-K.

17   Q    All right.  And then as a general matter, what makes a

18   10-K different from a 10Q, other than the fact that it's

19   reporting on the whole year?

20   A    I guess the two main things would be, number one, the

21   financial statements were actually audited by the auditors.

22   What they do is they test transactions and make sure you're

23   using proper accounting techniques and things of that nature.

24   Q    All right.

25   A    That's a much more involved process.

1          Second of all, the disclosure is much more

2     comprehensive, both on the financial statements and on the

3     legal portion.  You go in much greater detail than you do on

4     the interim reports.

5     Q   Mr. Woodbury --

6          MR. STIEGLITZ:  Mr. Sweeney, let's look at

7     Government's exhibit 93, please.

8     BY MR. STIEGLITZ:

9     Q   And Mr. Woodbury, I'll ask you if you recognize this, and

10    if so, what it is?

11    A   Yes, this would be the annual report on form 10-K for the

12    12-month period ended December 31st, 2007.

13    Q   And Mr. Woodbury, is this a multi-page document?

14    A   Yes.

15    Q   Did you prepare this filing for Signalife?

16    A   Yes, I did.

17    Q   Did you file it with the SEC?

18    A   Yes, I did.

19         MR. STIEGLITZ:  Your Honor, at this time, we'd move

20    Government's exhibit 93.

21         MR. STEIN:  It's stipulated to.  No objection.

22         THE COURT:  Admitted without objection.

23         (Government's Exhibit No. 93 entered into evidence.)

24    BY MR. STIEGLITZ:

25    Q   And Mr. Woodbury, approximately when, if you remember, did

1   you file this?  Just approximately?

2   A   It would probably be the end of March, 2007, or beginning

3   of April 2007.

4   Q   2007 or 2008?

5   A   I'm sorry, 2008.  I apologize.

6   Q   Yeah, I didn't mean to interrupt you while you were

7   getting some water.

8           MR. STIEGLITZ:  All right.  Let's look at page 78 of

9   the exhibit, if you would, Mr. Sweeney.

10          And if we can just blow out the section there under

11  pending purchase orders.

12  BY MR. STIEGLITZ:

13  Q   And, again, Mr. Woodbury, can you just tell the jury, is

14  this language that we've seen anywhere else this morning?

15  A   Yes, that's the language for the first purchase order that

16  was pulled out of the AMEX letter and also inserted in the

17  third quarter 10-Q for the prior year.

18  Q   And let's go to the next page, page 79 of the exhibit.

19  Mr. Woodbury.  Those first two paragraphs starting with "On

20  September 24th, 2000 (sic), and on October 24th, 2007," is

21  that language that you pulled from anywhere else to put into

22  this document?

23  A   Yes, that's the second and third purchase order language,

24  chronologically speaking, that was, again, pulled from the

25  AMEX letter and the prior 10-Q.

1          MR. STIEGLITZ:  All right.  We can take that down,

2     Mr. Sweeney.

3     BY MR. STIEGLITZ:

4     Q   Now, Mr. Woodbury, before you left that language in the

5     10-K, did you do anything else to try and check on that

6     information, figure out if it was still accurate?

7     A   Yes, we did.  I had a conversation with Mr. Pickard, and

8     we were going over what the auditors may require, and we

9     wanted to make sure the process was expedited and there were

10    no glitches.  These purchase orders dated back seven, eight

11    months prior to them.  There had been a number of delays that

12    they had not been fulfilled dealing with issues on chips and

13    Blue Tooth and a bunch of technical stuff.

14          So the concern was, okay, we're going to be talking

15    to the auditors.  Want to make sure they're comfortable that

16    these are still good purchase orders.  We weren't --

17    Q   Mr. Woodbury, I realize that this is the pot calling the

18    kettle black, but if you can just slow down a little bit with

19    your speech?

20    A   Okay.  So we --

21          MR. STEIN:  Your Honor, I object to the question on

22    the grounds it calls for hearsay.  He's talking about out of

23    court statements offered to prove the truth.

24          THE COURT:  What was the question again?

25          MR. STEIN:  What did Mr. Pickard say to him or what

1   was his discussion.

2           THE COURT:  Sustained.

3   BY MR. STIEGLITZ:

4   Q   To be clear, although I don't know that I asked you what

5   Mr. Pickard said, just explain what you did to try to get

6   additional information?

7           MR. STEIN:  No objection to that.

8           THE WITNESS:  Okay.  I prepared confirmation

9   documents that would be sent to these purchasers that would

10  address the various concerns that I had that I had expressed.

11  BY MR. STIEGLITZ:

12  Q   All right.  Let's look at Government's exhibit 129,

13  please.  Mr. Sweeney has got us on the second page.

14          Mr. Woodbury, do you recognize this document?

15  A   Yes, I do.  That is one of the purchase order confirmation

16  documents that had been sent out and returned.

17  Q   All right.  And flipping to the first page of the exhibit,

18  just generally before we talk about it in detail, what is

19  this?

20  A   This is an e-mail that I received.  I have an Internet

21  e-mail service, if someone wants to send me a fax, they fax it

22  to that Internet e-mail service, converts it into a picture

23  document and they e-mail it to me.  So I don't have to convert

24  it into a picture document.

25          MR. STIEGLITZ:  Your Honor, at this time we would

1    move Government's exhibit 129, please.

2              MR. STEIN:  No objection.

3              THE COURT:  Admitted without objection.

4         (Government's Exhibit No. 129 entered into evidence.)

5              MR. STIEGLITZ:  Going back to page 2, Mr. Sweeney.

6    BY MR. STIEGLITZ:

7    Q    Mr. Woodbury, who created the text of this letter?

8    A    I created the text.

9    Q    And what did you do with it when you were finished with

10   it?

11   A    I faxed it to Mr. Pickard.

12             MR. STIEGLITZ:  And if we can blow out the top there,

13   the part that's -- perfect.

14   BY MR. STIEGLITZ:

15   Q    That number where it says "via facsimile," where did you

16   get that number?

17   A    I got that number from Mr. Stein.

18   Q    That name there, "Mr. Tony Nony," the purchasing agent for

19   Cardiac Management, where did you get that name and

20   information?

21   A    I got the name and the title from Mr. Stein.

22   Q    When you asked Mr. Stein for information on Cardiac

23   Management, contact information, did he tell you you had to

24   check with anybody else to get that information?

25   A    No, he did not.

```
 1    Q   Did he act confused about who Cardiac Hospital Management
 2    is or who Tony Nony was?
 3    A   No, not at all.  In fact, I had gone into detail with him
 4    before I did these letters, explaining my purpose in doing it,
 5    and he said that's fine.
 6    Q   Okay.
 7    A   Good idea.
 8          MR. STIEGLITZ:  If we can just play what will be an
 9    excerpt from Mr. Stein's April 5th, 2010 testimony before the
10    SEC, starting at page 522, line 8, ending at page 522,
11    line 18.  That's clip 28, please, Mr. Sweeney.
12          (Audio played.)
13    BY MR. STIEGLITZ:
14    Q   Mr. Woodbury, based on your interactions with Mr. Stein,
15    is he telling the truth when he says that to the SEC?
16    A   No, he's not.
17    Q   Mr. Woodbury, had you ever met Tony Nony?
18    A   No, I had no idea who he was.
19    Q   You ever spoken to him?
20    A   No, or anybody else at Cardiac Management.
21    Q   Okay.  Did you have any idea whether Tony Nony even
22    existed?
23    A   No idea.
24    Q   Did you have any idea if Cardiac Hospital Management even
25    existed?
```

```
 1   A   No idea.
 2            MR. STIEGLITZ:  All right.  Let's go back to the
 3   first page of exhibit 129, please, Mr. Sweeney.
 4   BY MR. STIEGLITZ:
 5   Q   And you talked a little bit about this, Mr. Woodbury, but
 6   I just want to make sure we're clear on what it is.
 7            MR. STIEGLITZ:  If you can blow out the content of
 8   it, Mr. Sweeney.
 9   BY MR. STIEGLITZ:
10   Q   So is it fair to say that that document that we just
11   looked at, the second page, the letter, is what was faxed to
12   you; is that the import of this document?
13   A   Yes, this would be the fax cover sheet, or, excuse me,
14   this would be the e-mail cover sheet from my fax service to
15   which that fax that was faxed to me is attached as an exhibit.
16   Q   All right.  When you received this fax, where were you,
17   Mr. Woodbury?
18   A   I was in Calgary, Canada.
19   Q   And what's the date of this fax?
20   A   March 25th, 2008.
21   Q   And what number is the fax coming to you from?
22   A   Area code (561)883-2479.
23   Q   And Mr. Woodbury, at the time you received this fax, did
24   that number have any significance for you?
25   A   Not at all.
```

1   Q   All right.  Now, looking back at the letter, the

2   attachment, page 2, was this a two-page letter when you

3   received it, Mr. Woodbury?

4   A   Yes, it was.

5           MR. STIEGLITZ:  All right.  Let's pull up

6   Government's exhibit 293, please.

7   BY MR. STIEGLITZ:

8   Q   Mr. Woodbury, if you need to reference the documents in

9   the binder, feel free.  Is this the letter, the full letter,

10  both pages that you received?

11  A   Yes, I believe so.

12  Q   Can we look at the second page, please?

13          Is that what that is, Mr. Woodbury?

14  A   Yes, it is.

15          MR. STIEGLITZ:  Your Honor, we move Government's

16  exhibit 293.

17          MR. STEIN:  No objection.

18          THE COURT:  Admitted without objection.

19      (Government's Exhibit No. 293 entered into evidence.)

20  BY MR. STIEGLITZ:

21  Q   All right.  And who signs this confirmation letter on

22  behalf of Cardiac Management?

23  A   Well, appears to be Tony Nony.

24  Q   All right.  So Mr. Woodbury, as to Cardiac Management,

25  Cardiac Hospital Management, that information that you were

1   including in the 10-K, after you received this letter, how did

2   you feel about leaving that information in the 10-K?

3   A   I was very comfortable about leaving the information in

4   the 10-K at that point.  It addressed a whole bunch of

5   questions that I had.  Checked it off my list to do things and

6   moved on to other things.

7   Q   Okay.  Let's talk about those other things.

8       Let's look at Government's exhibit 130.

9   Mr. Woodbury, do you recognize this document and its

10  attachment?

11  A   Yes, I do.

12  Q   And what is it?

13  A   This would be the confirmation that I prepared for --

14      MR. STIEGLITZ:  Can you blow it out --

15      THE WITNESS:  IT Health -- looks like it's IT

16  Healthcare Corporate.

17      MR. STIEGLITZ:  Your Honor, at this time, we'd move

18  Government's exhibit 130.

19      MR. STEIN:  No objection.

20      THE COURT:  Admitted without objection.

21      (Government's Exhibit No. 130 entered into evidence.)

22  BY MR. STIEGLITZ:

23  Q   And, again, is the text -- well, who prepared the text of

24  this letter?

25  A   I prepared all the text.

1    Q    All right.  And is it substantially similar to the text of

2    the other confirmation that we just looked at in 293?

3    A    Yeah.  I mean, the format is pretty much identical.

4    Q    And what did you do with this letter when you finished it?

5    A    I faxed it to Mr. Pickard.

6    Q    All right.  And just looking at the third page of the

7    exhibit, which is -- great.  Who purports to sign this for IT

8    Healthcare?

9    A    Well, that would be Yossi Keret.

10   Q    And going back to the second page, the first page of the

11   letter, if we can blow out at the top, is that Mr.Keret's name

12   again?

13   A    Yes, it is.

14   Q    Who was it that gave you the name Yossi Keret?

15   A    Mr. Stein gave me the name.

16   Q    That number that's right above where it says -- well, the

17   number via facsimile, that 513 number, where did you get that

18   number?

19   A    I got that number from Mr. Stein.

20   Q    Now, when you asked Mr. Stein for information about IT

21   Healthcare, Yossi Keret, did he act confused about who IT

22   Healthcare was or who Yossi Keret was?

23   A    No, not at all.

24   Q    Did he say he needed to check with somebody else to get

25   that information --

```
 1              MR. STIEGLITZ:  I'm sorry, I did it again.

 2              MR. STEIN:  Objection, hearsay.

 3              THE COURT:  Overruled.

 4              What was the answer, sir?

 5              THE WITNESS:  Not at all.

 6              Please rephrase the question, just to make sure.

 7    BY MR. STIEGLITZ:

 8    Q   Mr. Woodbury, did you -- when you spoke to Mr. Stein about

 9    IT Healthcare and Yossi Keret for this contact information,

10    did he say he needed to check with anyone else to get that

11    information?

12    A   No, he did not.

13    Q   Let's just very briefly listen to what Mr. Stein told the

14    SEC about what he knew about Yossi Keret.  And this will be

15    clip from Mr. Stein's April 5th, 2010, testimony, starting at

16    page 574, line 8, going to page 574, line 9.

17              MR. STIEGLITZ:  This will be clip 33, Mr. Sweeney.

18              (Audio played.)

19    BY MR. STIEGLITZ:

20    Q   Mr. Woodbury, based on your interactions with Mr. Stein,

21    is he telling the truth when he said that to the SEC?

22    A   No, he was not being truthful.

23    Q   Why do you say that?

24    A   The documents are self-evident.  He gave me the names.  He

25    was the only source.
```

```
 1    Q    Mr. Woodbury, had you ever met Yossi Keret?

 2    A    No, I have not met him.

 3    Q    Did you ever speak to Yossi Keret?

 4    A    I have never spoken to him.  I've never heard of him.

 5    Q    Do you have any idea if he even exists?

 6    A    Do not.

 7    Q    What about IT Healthcare?  Did you ever meet anybody from

 8    IT Healthcare?

 9    A    No.

10    Q    Did you ever speak to anyone from IT Healthcare?

11    A    Never.

12    Q    Do you have any idea if IT Healthcare even exists?

13    A    No, I do not.

14         MR. STIEGLITZ:  Now, let's go back to the first page

15    of Government's exhibit 130, please.  And if we can just blow

16    that out, please, Mr. Sweeney.

17         Thank you.

18    BY MR. STIEGLITZ:

19    Q    And, again, if you just explain to the jury what we're

20    looking at here, Mr. Woodbury.

21    A    This is the e-mail that I received from Callcentric, my

22    e-mail service which takes my faxes, converts them into

23    picture documents and then forwards them to me.

24    Q    Where were you when you received this letter via fax,

25    Mr. Woodbury?
```

1    A    I was in Calgary, Canada.

2    Q    What's the date of this fax?

3    A    March 25th, 2008.

4    Q    What number is the fax coming from?

5    A    Area code (561)883-2479.

6    Q    And, again, at the time you get this fax, did that number

7    have any significance for you?

8    A    No, it did not.

9    Q    So after you received this letter, this confirmation

10   letter from IT Healthcare, how did you feel about leaving the

11   information in the 10-K about those purchase orders from IT

12   Healthcare?

13   A    Again, I was very comfortable.  I was in the process of

14   completing this massive hundred-page document, I checked it

15   off my box and went on to complete the other things I was

16   working on.

17         MR. STIEGLITZ:  Okay.  Let's go ahead and take that

18   down, Mr. Sweeney.  Thank you.

19   BY MR. STIEGLITZ:

20   Q    Mr. Woodbury, before you filed the 10-K for Signalife, the

21   2007 10K, did you circulate it to anyone else for review?

22   A    Yes, after Kevin and I did our initial review, then I

23   would circulate it to all the officers and to Mr. Stein.

24   Q    And, I'm sorry, just to clarify, when you refer to Kevin?

25   A    Mr. Pickard, the chief financial officer.

```
 1              The next step would be to circulate it to the senior
 2    executive officers, Dr. Harmison, Mr. Stein, and get all their
 3    rounds of approval.  After we get that stage and they
 4    commented on it, then we circulate it to the full board of
 5    directors, including the members of the audit committee.  So
 6    at that stage they all review it and they may have questions
 7    or comments on it.  So it really goes through everybody in the
 8    organization through different steps.
 9    Q   All right.  To your knowledge, then, you said you sent the
10    document to Mr. Stein.  To your knowledge, did Mr. Stein
11    review the draft SEC filings?
12    A   Yes, he did.
13    Q   And in particular did he review this one, this 10-K?
14    A   Yes, he did.
15    Q   In your experience, would Mr. Stein ever edit or revise
16    the SEC filings that you circulated to him?
17    A   Oh, yes, he would edit the sections that he was interested
18    in.
19              MR. STIEGLITZ:  Let's pull up Government's
20    exhibit 133, please, and if we can just look at the top part
21    there.
22    BY MR. STIEGLITZ:
23    Q   Do you recognize this, Mr. Woodbury?  And if so, what is
24    it?
25    A   This is an example of an e-mail that I received from
```

1    Mr. Stein regarding to his comments on the 10-K.

2    Q    And what's the date of this e-mail?

3    A    March 27th, 2008.

4         MR. STIEGLITZ:  Your Honor, we'd move Government's

5    exhibit 133, please.

6         MR. STEIN:  No objection.

7         THE COURT:  Admitted without objection.

8         (Government's Exhibit No. 133 entered into evidence.)

9    BY MR. STIEGLITZ:

10   Q    Now, what's the subject line of that e-mail?

11   A    "Regarding for your review, revised Signalife 10-K and a

12   blackline."

13   Q    And the attachments?

14   A    That would be~-- the attachment would be a blackline

15   document.

16   Q    And just look -- and if you would like to look at the hard

17   copy you can, but, is there an actual attachment to

18   Government's exhibit 133 that you can recall?

19   A    Yes, there was a blackline.

20   Q    To your recollection --

21   A    To my recollection --

22   Q    -- why don't you take a look at the hard copy, please, and

23   see if there's actually an attachment.

24   A    What exhibit number?

25   Q    133, please.

```
 1    A    Do I have the right one?

 2    Q    Mr. Woodbury, there's no attachment to that exhibit, is

 3    there?

 4    A    Okay, there's no attachment.  I'm sorry.

 5    Q    But to your recollection, was there an attachment when it

 6    actually went out?

 7    A    From Mr. Stein to myself?

 8    Q    Yes.

 9    A    Yes, there was an attachment, and all that language was

10    incorporated in the final 10-K that was filed with the SEC.

11    Q    Okay.  Can you just read, looking at the last three

12    sentences that he has there in his e-mail?

13    A    Okay.

14         "Lowell directed me to conduct this analysis with

15    Matthews.  Please make the appropriate changes.  Keep me in

16    the loop.  This is an important K."

17    Q    And is that level of detailed engagement, detailed

18    involvement in the content of the 10-K, was that something

19    that was usual or unusual for Mr. Stein, in your experience?

20    A    Well, it was usual for Mr. Stein to comment on the Ks and

21    the Qs, but he would focus on the areas that were of interest

22    to him.  So, I mean, what he read I don't know, but certainly

23    he read all sorts of different parts of the documents.

24    Q    Let's just listen to what Mr. Stein told the SEC about

25    that.
```

```
 1              MR. STIEGLITZ:  This will be a portion of Mr. Stein's

 2    April 5th, 2010, testimony, beginning at page 557, line 9,

 3    ending at page 557, line 11.  If we can play clip 29, please,

 4    Mr. Sweeney.

 5              (Audio played.)

 6    BY MR. STIEGLITZ:

 7    Q    All right.  Mr. Woodbury, is Mr. Stein telling the SEC the

 8    truth when he says that?

 9    A    No, he's not telling the truth.  I mean, in all the

10    important documents that I did he was always in the loop on

11    all my work product, all my e-mails, all my questions.  He was

12    intimately involved in the whole process.

13    Q    All right.  Moving on, let's look at Government's

14    exhibit 136, please.  Mr. Woodbury, do you recognize this

15    document?  And if so, what is it?

16    A    This would be an interim report on form 10-Q for the

17    three-month period ended March 31st, 2008.

18    Q    And did you -- is this a multi-page document,

19    Mr. Woodbury?

20    A    Yes, it is.

21    Q    Did you prepare this document for Signalife?

22    A    Yes, I did.

23    Q    Did you file this document with the SEC?

24    A    Yes, I did.

25              MR. STIEGLITZ:  Your Honor, we'd move Government's
```

```
 1    exhibit 136.

 2                MR. STEIN:  No objection.

 3                THE COURT:  Admitted without objection.

 4        (Government's Exhibit No. 136 entered into evidence.)

 5    BY MR. STIEGLITZ:

 6    Q    Turning your attention to page 20 of that exhibit,

 7    Mr. Woodbury.  And, again, I won't ask you to read this

 8    language again, but just looking at the bottom there, which

 9    we're going to blow out for you, take a look at that and let

10    me know when you've finished looking at it, and then we'll

11    move to the second page.

12    A    Yes, that would be the same excerpt that we had in the

13    prior SEC filings on, I guess, the first purchase order.

14    Q    Okay.  And if we can look at the second page, please.  The

15    language, September 24th, '07, and the language in the

16    paragraph beginning with "on October 4th, 2007."

17                Is that language that you recognize?

18    A    Yes, that is.  That is the -- once again, the language

19    that, for the most part is pulled out from the prior

20    documents.

21    Q    Okay.  And is this a document that you circulated to

22    others before you filed it?

23    A    Yes, I did.

24    Q    And was one of those other people Mitch Stein?

25    A    Yes, he was.
```

1    Q   Did he at any point tell you to take any of this language

2    out of this filing?

3    A   No, not at all.

4           MR. STIEGLITZ:  Your Honor, I'm about to change

5    subject areas.  I don't know if it might make sense to --

6           THE COURT:  It would make sense.

7           All right.  Ladies and gentlemen, we're going to take

8    our lunch break.  Please don't discuss the case or form any

9    opinions about the case, leave your notes at your seat, and if

10   you can be back at 1:10.  Thank you very much.  We'll see you

11   at 1:10.

12       (The jury exits the courtroom.)

13          THE COURT:  All right.  Sir, if you would not discuss

14   your testimony with anyone during the break.  All right.  And

15   we'll see you at 1:10.

16          Is there anything else we need to talk about?

17          MR. STIEGLITZ:  Not from the United States, Your

18   Honor.

19          MR. STEIN:  Not from the defense.

20          THE COURT:  Is it your plan to have at the witness

21   chair all of the hard copies of the exhibits you're going to

22   go over with each of the witnesses?

23          MR. STIEGLITZ:  With the Court's permission, that is

24   what we'd like to do.  And I apologize for not having asked

25   the Court's permission before doing it.

```
 1              THE COURT:  No, no, it's not a problem.  But what I'm

 2    going to ask you to do is before you show an exhibit on the

 3    screen that hasn't been admitted into evidence, please have

 4    the witness look at the exhibit first and have -- lay the

 5    predicate without showing an exhibit not in evidence to the

 6    jurors --

 7              MR. STIEGLITZ:  Absolutely.

 8              THE COURT:  -- unless you can assure me that

 9    everything you're showing has been stipulated and there's no

10    objection to anything.

11              MR. STEIN:  Your Honor, it hasn't been stipulated,

12    but we do have all of the Government's exhibits, and they are

13    authentic.  So my voir dire would only pertain to signatures.

14              THE COURT:  Well, then if you're not going to have

15    any objections to any of the exhibits going into evidence I

16    don't have a problem, but I just want to make sure that

17    exhibits are not shown to the jury that may be objectionable,

18    and something is shown to the jury that they shouldn't see.

19              MR. STIEGLITZ:  Absolutely, Your Honor, and I

20    apologize.  We had inquired of court staff about that very

21    issue and been assured that that was just -- that wasn't as

22    much of a concern, but we will proceed in that manner.

23              THE COURT:  Again, if Mr. Stein's telling --

24              MR. STEIN:  We've been very good about discovery as

25    the Court had ordered, so I don't think there's going to be a
```

```
1    problem as to authenticity.

2           THE COURT:  Okay.  If there's not going to be an

3    issue, then I don't have a problem with it.  I just want to

4    make sure that nothing is shown to the jury that's not going

5    to go into evidence.

6           MR. STEIN:  Thank you, Your Honor.

7           THE COURT:  Thank you.  We'll see you.

8       (A recess was taken from 11:58 a.m. to 1:16 p.m., after

9    which the following proceedings were had:)

10          THE COURT:  Please be seated, everyone.  We're back

11   on the record.  Mr. Stein's present.

12          We have our witness?

13          MR. STIEGLITZ:  We do, Your Honor.

14          THE COURT:  All right.  Let's bring the jurors out.

15          You're still under oath, sir.

16          And are you waiting for Mr. White?

17          MR. STEIN:  No, I'm not waiting.  He had to -- he

18   parked far away, and I didn't.  I went with my kids.

19          THE COURT:  So you're all right with going?

20          MR. STEIN:  I'm fine without him.

21          THE COURT:  I'll just note for the record that

22   standby counsel has just entered the courtroom.  Mr. White,

23   welcome back.

24      (The jury enters the courtroom, after which the following

25   proceedings were had:)
```

```
 1              THE COURT:  Welcome back, everyone.  Please be
 2    seated, ladies and gentlemen.
 3              Mr. Stieglitz, you may continue.
 4              MR. STIEGLITZ:  Thank you, Your Honor.
 5    BY MR. STIEGLITZ:
 6    Q   Good afternoon, Mr. Woodbury.
 7              Mr. Woodbury, when we left off before lunch, we were
 8    talking about purchase orders for IT Healthcare and Cardiac
 9    Hospital Management.  Do you remember that?
10    A   Yes, I do.
11    Q   Okay.  Did there come a point in time, Mr. Woodbury, where
12    you made efforts or where Signalife made efforts to get money
13    from either IT Healthcare or Cardiac Hospital Management?
14    A   Well, my understanding was that an invoice was sent out to
15    them.
16    Q   And who was involved in that process?
17    A   That would have been Mr. Pickard, and whom else he dealt
18    with I don't know.
19    Q   If we can please take a look, Mr. Woodbury -- we're going
20    to do this differently this afternoon.  In the first instance,
21    Mr. Woodbury, have you look at it in the binder, Government's
22    exhibit 141, please.  And if you can just take a look at that,
23    Mr. Woodbury, and tell me if that's a document that you
24    recognize, and, if so, what is it.
25    A   Yes, I do recognize the document.  It's an e-mail from
```

1    myself to Kevin Pickard with a copy to Mr. Stein.

2    Q    And what is the date of that e-mail?

3    A    April 22nd, 2008.

4         MR. STIEGLITZ:  Your Honor, at this time, we'd move

5    Government's exhibit 141, please.

6         THE COURT:  Any objection?

7         MR. STEIN:  No objection, Your Honor.

8         THE COURT:  Admitted without objection.

9    (Government's Exhibit No. 141 entered into evidence.)

10        MR. STIEGLITZ:  And I'd ask the Court's permission to

11   publish it to the jury.

12        THE COURT:  Yes, once it's admitted, you may publish

13   it.

14        MR. STIEGLITZ:  Thank you, Your Honor.

15   BY MR. STIEGLITZ:

16   Q    Okay.  Now, Mr. Pickard, we're going to blow out the top

17   portion of the e-mail there -- Mr. Pickard -- Mr. Woodbury,

18   we're going to blow out the top portion of that e-mail.

19        And can you just explain to the members of the jury

20   very generally what you are doing in this e-mail?

21   A    Well, as can be seen at the bottom of the e-mail, I

22   received probably -- well, excuse me.  I received an e-mail

23   from Mr. Pickard, and he was asking for the addresses of the

24   people at IT Healthcare so he could send them an invoice for

25   the units that had been shipped to them apparently.

```
 1    Q    And what do you do?

 2    A    I call up Mr. Stein, who I've dealt with before to get all

 3    this information from these two companies, and he comes back

 4    and he quickly gives me these addresses for both IT Healthcare

 5    and for Cardiac Hospital Management.

 6    Q    Prior to getting this information from Mr. Stein, did you

 7    know that Cardiac -- that Signalife had customers in Japan or

 8    in Israel?

 9    A    No, it came as an absolute surprise to me.  This is the

10    first I had ever heard of that.

11    Q    All right.  We'll take that exhibit down, and after filing

12    the first quarter 10-Q, Mr. Woodbury, first quarterly report

13    for 2008, what's the next report that comes along?

14    A    Well, that would be the second interim quarterly report

15    for the six months ended June 30th, 2008.

16    Q    And can you just tell the members of the jury

17    approximately when was it that you filed that report?

18    A    Probably would have been the middle of July, 2007.

19    Q    All right.  2007 or 2008?

20    A    2008, I'm sorry.

21    Q    Now, before we look at that filing, if you'd just look in

22    your binder there for Government's exhibit 151, please, which

23    should be the next exhibit in your binder.

24    A    Okay.

25    Q    And take a moment and review it.  Tell me if you recognize
```

1    that document, and, if so, what is it, please.

2    A   Yes, I do recognize it.   This is an e-mail which I

3    again -- this is an e-mail that was sent to me again from my

4    Internet fax service.   So it's a cover sheet and an attachment

5    to that cover sheet of a letter that was sent to my fax

6    service.

7            MR. STIEGLITZ:   Your Honor, at this time, we would

8    move Government's exhibit 151.

9            MR. STEIN:   No objection.

10           THE COURT:   Admitted without objection.

11       (Government's Exhibit No. 151 entered into evidence.)

12   BY MR. STIEGLITZ:

13   Q   And so Mr. Woodbury, starting on the second page of this

14   exhibit, please, we'll blow out that portion, and if you can

15   just read the content of that letter to the jury, please.

16   A   Okay.

17           "Dear Mr. Woodbury, it is obvious that Signalife is

18   going to be unable to place our order.   We have returned the

19   items and are forced to go on with another plan.   We are sorry

20   about the delays by you and wish we would have been able to

21   have our calls returned regarding the hospital marketing

22   program."

23   Q   And Mr. Woodbury, who purports to sign that letter?

24   A   Yossi H. Keret.

25   Q   And according to the letterhead, where is IT Healthcare

1    located?

2    A    Netanya, Israel.

3    Q    And the date of it?   I'm sorry.

4    A    June 11th, 2008.

5    Q    Turning back to the first page of the exhibit,

6    Mr. Woodbury, can you just explain what that is for the jury,

7    please?

8    A    Once again, that is the cover page that's generated by my

9    Internet facsimile service in which they send this fax to my

10   Internet e-mail box.

11   Q    When you received this e-mail, this notification, where

12   were you?

13   A    Calgary, Canada.

14   Q    And we didn't talk about this earlier, but can you just

15   explain to the members of the jury why it was that you were

16   spending time in Calgary, Canada?

17   A    Oh, in 1998, I was an attorney in an LA Law firm.   I went

18   up to Calgary, Canada, to be general counsel and chief

19   financial officer of a small U.S. publicly traded company.   So

20   I had been up there for a number of years.   That engagement

21   ceased after four years, and at that point, I picked up some

22   outside clients, including Signalife.

23   Q    Is it fair to say you had a home in Calgary, Canada?

24   A    Yes, at that time I was residing in Calgary, Canada.

25        THE COURT:   Mr. Woodbury, can you kind of lean closer

 1   to the microphone, please?

 2              THE WITNESS:  Sorry.

 3              THE COURT:  Thank you.

 4   BY MR. STIEGLITZ:

 5   Q   Mr. Woodbury, what's the number from which you received

 6   this fax?

 7   A   The number is area code (561)883-2479.

 8   Q   And Mr. Woodbury, when you received this letter, this fax,

 9   did that number have any significance for you?

10   A   No, it did not.

11   Q   Sitting here today, does that number have any significance

12   to you?

13   A   Oh, absolutely.

14   Q   Would you explain that to the jury, please.

15   A   Well, the fax number that this cancellation came in from,

16   as well as the fax numbers for the purchase order

17   confirmations that we have prepared and circulated out all

18   came from the same telephone number.

19   Q   Mr. Woodbury, you may have said this already, but what's

20   the date that you received this fax?

21   A   June 11th, 2008.

22   Q   All right.  Now, did there come a time after you received

23   this cancellation when you spoke to Mr. Stein about the

24   cancellation?

25   A   Oh, yes.  I spoke to him several times about it.

```
 1   Q   And can you explain to the jury what, if anything, he told
 2   you you should or shouldn't do about it?
 3   A   Essentially, Mr. Stein, in conjunction with Mr. Perkins,
 4   decided that Mr. Stein would follow up on all these purchase
 5   orders, and in this case, I mean --
 6   Q   Mr. Woodbury, I'm sorry to interrupt you.  Will you
 7   just -- if you can just tell us what, if anything, Mr. Stein
 8   told you.
 9   A   Okay.  Mr. Stein would be following up and investigating
10   the status of the canceled purchase order, as well as the
11   other purchase order.
12   Q   All right.  We'll take down that exhibit, and we'll pull
13   up Government's exhibit 159, please.
14            MR. STIEGLITZ:  I'm sorry, don't pull it up.
15   BY MR. STIEGLITZ:
16   Q   Mr. Woodbury, if you'll look at 159 in your binder.
17   A   Okay.
18   Q   And if you'll look at it.  Tell me if you recognize it,
19   and, if so, what it is.
20   A   This would be the interim report on form 10-Q for the
21   six-month period ended June 30th, 2008.
22   Q   Mr. Woodbury, is this a multi-page document?
23   A   Yes, it is.
24   Q   Did you prepare this document for the -- for Signalife?
25   A   Yes, I did.
```

1    Q    Did you file this document with the SEC?

2    A    Yes, I did.

3          MR. STIEGLITZ:  Your Honor, we'd move Government's

4    exhibit 159, please.

5          MR. STEIN:  No objection.

6          THE COURT:  Admitted without objection.

7    (Government's Exhibit No. 159 entered into evidence.)

8    BY MR. STIEGLITZ:

9    Q    Mr. Woodbury, we'll blow up the first page there, and then

10   we will go to page 21 of this document, please.

11         And Mr. Woodbury, we're going to look at the section

12   that we'll blow out as pending purchase orders.  And

13   Mr. Woodbury, is that paragraph that begins with "on

14   September 14th, 2007" -- I won't have you read that to the

15   jury, but can you describe to the jury whether that is

16   language that we've seen anywhere else in the exhibits that

17   you've described for us today?

18   A    Yes, that's the core language about this purchase order

19   that's been carried forward from all the prior filings.

20   Q    Is that the Cardiac Hospital Management purchase order?

21   A    Yes, I believe so, the first one.

22   Q    Okay.  We'll go to the next page of the exhibit, please,

23   page 22, and we'll blow out the subsequent language.

24   Mr. Woodbury, can you just take a look at that paragraph

25   beginning with "on September 24th, 2007," and can you just

1    explain to the jury whether there's anything different about

2    that language from what has appeared in the prior filings and

3    prior language that we've seen?

4    A    Well, I explained in this excerpt that Signalife had

5    already commenced shipments of orders under this purchase

6    order.  I believe we shipped 15 units.  However, they were

7    returned by the lessee, that too much time had passed.  That

8    was in response to that letter, the cancellation order that we

9    received a couple weeks -- excuse me, 10 days earlier.

10          And then it goes on to say that Signalife is

11   currently evaluating this matter and recourse available to the

12   company.  That's because Mr. Stein is going to investigate it

13   and contact them, and per my discussion with him, see if he

14   can resuscitate the transaction.

15          Then we go on, it says Signalife has not recognized

16   any revenues as an accounting matter.  We would not actually

17   book the revenues until we received it in cash in the books of

18   the company.

19   Q    Thank you, Mr. Woodbury.  We'll take that exhibit down,

20   and I want to shift gears away from SEC filings like we've

21   been looking at, and I want to talk about some of the other

22   things that you did as the company's securities lawyer.  Among

23   your responsibilities, did you track how many shares of

24   company stock, of Signalife stock were being issued to various

25   people by the company?

1    A    Yes, I did.

2    Q    And, now, very generally, when a company issues shares of

3    stock to someone, are those items of value that the company is

4    giving those people?

5    A    Yes, they are of value.  You can take those shares of

6    stock and sell them on the market.

7    Q    And why, as Signalife's securities counsel, were you

8    keeping track of who was getting shares from the company?

9    A    Well, as part of doing the periodic filings, things that

10   we were required to do both in the financial statements and in

11   the legal portion, was keep track of our outstanding shares

12   and explain the transactions pursuant to which some of those

13   shares were issued.  So I would go through all the

14   transactions as I prepared the reports.  I get the report from

15   the stock transfer agent, look at all the transactions and if

16   something popped out, like a big block of shares and I know

17   nothing about it, then I'm on the phone to somebody trying to

18   find out, what's this all about, explain it to me.

19   Q    And Mr. Woodbury, you mentioned a stock transfer agent.

20   Can you just describe in layperson's terms just what role that

21   stock transfer agent fills?

22   A    These shares are for a publicly held company.  They have

23   to transfer quickly and automatically to keep the stock

24   exchanges and the brokerages happy.  The stock transfer agent

25   is a company that facilitates all this.  In fact, at this time

```
 1    most of their transactions are electronically done on their
 2    system.  So you're not swapping actual physical shares.
 3            So they run all the stock issuances, they keep track
 4    of the transfers, they give me an accounting of whatever the
 5    outstanding shares are whenever I need them.
 6    Q    Is it fair to say that the stock transfer agent really
 7    just fills an administrative function and does what the
 8    company says in terms of issuing stock?
 9    A    Yes, they will follow the company's directions.
10    Q    And if you recall, what stock transfer agents did the
11    company use during your time there?
12    A    There were two stock transfer agents.  One was, I believe,
13    was Standard and the other one was Atlas.
14    Q    All right.  Now, Mr. Woodbury, are you familiar with an
15    entity called the Silve Group?
16    A    Yes, I am.
17    Q    To your knowledge, did Signalife issue shares to the Silve
18    Group?
19    A    Yes, it did.
20    Q    Let's take a look at the 10-K for 2007, which is already
21    in evidence as Government's exhibit 93.  And if we can just
22    blow out that first page so that we see what we're looking at,
23    Mr. Woodbury, and then we'll turn to page 71 of that exhibit,
24    and we'll blow out the section there called prepaid sales
25    commissions.
```

```
 1              And Mr. Woodbury, it's somewhat hard to read, but if
 2    you can read the portion of that paragraph starting at the
 3    beginning and ending at "to be earned by the Silve Group."
 4    A    Okay.  During the year ended December 31st, 2007, the
 5    company issued to the Silve Group a total of 1,736,583 common
 6    shares valued at $2,848,251.  The issuance of these shares was
 7    as an advance against future commissions to be earned by the
 8    Silve Group and as the shares issued represent --
 9    Q    Thank you, Mr. Woodbury.
10    A    Okay.
11    Q    Mr. Woodbury, that amount of shares, over 1.7 million
12    shares valued at over $2.8 million, in your experience at
13    Signalife, was that a large amount of shares to be issued to
14    any one person or entity or not that large an amount?
15    A    Well, a very large amount, and probably the biggest
16    transaction in terms of compensation of any that the company
17    ever entered into at any single point in time.
18    Q    Did you ever talk to Mr. Stein about the Silve Group?
19    A    Yes, I did.
20    Q    Did he ever tell you that he didn't know who the Silve
21    Group was?
22    A    No, to the contrary.  He gave me all sorts of detailed
23    information about them.
24    Q    Now, while we're on the subject of shares being issued,
25    let's talk about some other folks.
```

1          Take a look, if we can take down that exhibit, and

2     I'll have you look in your binder at Government's exhibit 147,

3     please.

4          Mr. Woodbury, do you recognize this document?  And if

5     so, what is it?

6     A   Yes, I do recognize it.  It's an e-mail from myself to

7     Mr. Stein on May 6th, 2008.

8          MR. STIEGLITZ:  Your Honor, at this time we would

9     move admission of Government's 147.

10         MR. STEIN:  No objection.

11         THE COURT:  Admitted without objection.

12         (Government's Exhibit No. 147 entered into evidence.)

13    BY MR. STIEGLITZ:

14    Q   And Mr. Woodbury, we'll blow out the relevant portion of

15    your e-mail there, and if you could just read what you say to

16    Mr. Stein in that e-mail, please.

17    A   "Mitch, I have searched my e-mail, and I cannot find a

18    copy of the Electrical Connections agreement.  Please send me

19    same, as I will need to forward to Kevin.  Also, is there an

20    addendum or other agreement relative to services provided by

21    Muscillo, Lerea, and Ryan in connection with Electrical

22    Connections.

23    Q   Why are you asking for this information, Mr. Woodbury?

24    A   Well, once again, I am preparing in this case an interim

25    filing.  I have gone through the stock register or the stock

1    transfer sheet sent to me by the stock transfer agent.  I have

2    identified that there are all these shares that have been

3    issued to Electrical Connections.  I don't know any detail

4    about the transactions, and I'm hunting for the agreement to

5    get started to analyze them.

6    Q   You e-mailed Mr. Stein.  To your recollection, did you

7    e-mail anyone else to ask for information on these

8    transactions?

9    A   No, I did not.  And there really wasn't anybody to e-mail,

10   since Dr. Harmison was gone by that point in time.

11   Q   And since we've talked about Dr. Harmison being -- well,

12   when you say gone, do you mean literally physically gone from

13   the company or deceased at that point?

14   A   No, he was alive.

15   Q   Okay.

16   A   I suppose the best term I would use would be withdrawn.

17   Q   Now, we'll take that exhibit down, and if you could look

18   in your binder at Government's exhibit 96, please, and tell me

19   if that's a document you recognize as, and if so, what it is.

20   A   Yes, I do recognize it.  This is a consulting agreement

21   for Electrical Connections that was sent to me by Mr. Stein

22   after I requested it from him.

23          MR. STIEGLITZ:  Your Honor, at this time we would

24   move Government's exhibit 96.

25          THE COURT:  Any objection?

```
 1            MR. STEIN:  Your Honor, I'd like to voir dire the

 2     witness with regard to that document.

 3            THE COURT:  All right.  You may.

 4                    Voir Dire Examination

 5     BY MR. STEIN

 6     Q   Mr. Woodbury, you're familiar with having worked with him,

 7     with Dr. Harmison's signature; is that accurate?

 8     A   Yes, I think I have a familiarity with his signature.

 9     Q   Could you turn to page 8 of Government's exhibit 96.

10     A   Yes.

11     Q   You see the signature line for Dr. Lowell Harmison?

12     A   Yes, I do.

13     Q   Does that appear to be his signature above the signature

14     line?

15     A   Yes, it does appear to be his signature.

16     Q   Are you familiar with Dr. Harmison's practice of

17     initialing every page of an agreement before signing it?

18     A   I don't know if I'm familiar with that practice, but . . .

19     Q   Have you ever seen him do it before, other than this

20     exhibit 96?

21     A   I don't recall one way or the other, but I won't contest

22     it if that's what you're getting to.

23     Q   No, not at all.

24            Do you recognize his initials on the bottom

25     right-hand corner of each page of exhibit 96?
```

1    A    It certainly looks like it appears to be his initials.

2    The H seems similar.

3              MR. STEIN:  I have no further questions.

4              THE COURT:  Is there any objection to the --

5              MR. STEIN:  No objection.

6              THE COURT:  All right.  It will be admitted without

7    objection.

8         (Government's Exhibit No. 96 entered into evidence.)

9                    Direct Examination (Cont.'d)

10   BY MR. STIEGLITZ:

11   Q    And Mr. Woodbury, let's go ahead and look at page 8 of

12   this -- well, let's blow up the first page there for a moment,

13   just so we can see what we're looking at, and then let's go to

14   the eighth page of this consulting agreement, please.

15             And Mr. Woodbury, Mr. Stein just asked you who signs

16   this document, and if you could just explain that signature

17   page, including the date on which it purports to be executed.

18   A    Okay.  It's purported to be executed on January 20th of

19   2008.  So, at the beginning of the year.  And the signatures

20   are by Dr. Lowell T. Harmison on behalf of Signalife and

21   Martin Carter on behalf of Electrical Connections.

22   Q    Now, let's just look at what the agreement says that

23   Martin Carter and Electrical Connections are going to do.

24   Let's look at the next page of the document, please.

25   A    Okay.

1    Q   And if we can -- we'll blow up -- Mr. Woodbury, take a

2    look at that part that's labeled exhibit A.  And we'll blow up

3    the text there.  I'm sorry, we blew up the wrong part,

4    Mr. Woodbury.  We'll blow up the, where it says services down

5    at the bottom of exhibit A there, that second half of the

6    page, essentially.

7            Mr. Woodbury, can you just read to the jury what that

8    first paragraph says that Martin Carter and Electrical

9    Connections are going to do for the company?

10   A   "Consultant shall consult regarding the continual

11   development of cables and attachments regarding the products

12   of the party of the first part" -- being Signalife --

13   "applicable to its heart monitoring technologies."

14   Q   And if you'd just read that next portion, as well,

15   Mr. Woodbury, please?

16   A   "Consultant shall consult and develop, as it may directed

17   hereunder, on all projects under advisement by the party of

18   the first part" -- being Signalife -- "including the

19   development of the Fidelity 1000."

20   Q   All right.  And now we'll look at the next page of that

21   document, which will be page 10, I believe, of that document,

22   and we'll continue looking at what Mr. Carter and Electrical

23   Connections, according to this contract, are going to do for

24   Signalife.  Let's look at that bottom paragraph there that we

25   just were looking at.

1    A    Okay.  Well, this is a continuation of the paragraph that

2    I just read.

3    Q    And what's that next paragraph that starts with

4    "consultant shall consult," Mr. Woodbury?

5    A    "Consultant shall consult on software, microchip, and

6    connectivity development on the Fidelity 1000 heart module."

7    Q    And if we can just scroll down and look at the next

8    paragraph there.

9    A    "Consultant shall consult regarding the manufacturing

10   facility of Signalife and the efficiencies and economies of

11   device production."

12   Q    Thank you, Mr. Woodbury.

13        Now, if we can -- that's what Electrical Connections

14   and Martin Carter are to do.

15        Let's look at the previous page, the beginning of

16   this exhibit A, and let's look at what Mr. Carter is going to

17   get in return.

18        Can you just tell the jury, without reading that

19   entire passage, how much is Mr. Carter going to get for that?

20   A    Okay.  Looks like he gets paid $700,000, plus

21   reimbursement of costs up to 250,000, plus other mutually

22   agreed upon fees and expense.

23   Q    Mr. Woodbury, in terms of how much people were getting

24   paid at Signalife, was $700,000, was that a lot of money or a

25   little money?

1   A    No, that was a very significant payment.

2   Q    Now, does it say anything in that passage there about how

3   Mr. Carter has to hold that money?

4   A    Well, to the extent that he receives stock, he's required

5   to hold the stock in trust and provide quarterly updates of

6   what he's worked on.

7   Q    All right.  And Mr. Woodbury, have you ever met Martin

8   Carter?

9   A    No, I have not.

10   Q    Did you have any involvement in negotiating this contract

11   with him?

12   A    None at all.

13   Q    And who was it that sent you this contract?

14   A    Mr. Stein.

15   Q    Let's now look at Government's exhibit 1 -- excuse me.  If

16   you'll look at your binder, we can take down this exhibit, and

17   we'll look in your binder at Government's exhibit 148, please.

18   A    Okay.

19   Q    And can you just tell me if that is a document you

20   recognize, and, if so, what it is?

21   A    Yes, I recognize it.  It's an e-mail that I sent to

22   Mr. Stein.

23   Q    What's the date of it?

24   A    On May 8th, 2008.

25        MR. STIEGLITZ:  Your Honor, we would move

1    Government's exhibit 148.

2              MR. STEIN:  No objection.

3              THE COURT:  Admitted without objection.

4         (Government's Exhibit No. 148 entered into evidence.)

5    BY MR. STIEGLITZ:

6    Q    Mr. Woodbury, we'll blow up the top portion of that

7    e-mail, and it may be a little tricky to read, but if you can

8    just read that e-mail to the jury, please.

9    A    Okay.

10   Q    Read the first -- let's start with the first two lines,

11   please.

12   A    Okay.

13             "Mitch, I'm going to forward the Electrical

14   Connections contract to Kevin.  I see the language relative to

15   the shares being held in trust and being returnable to the

16   extent not earned."

17   Q    Now, I won't have you read that entire next paragraph, but

18   can you just explain in laymen's terms to the jury what you're

19   trying to get at in that paragraph there?

20   A    Okay.  I'm working with the chief financial officer on the

21   financial statements.  There's all sorts of accounting issues

22   relative to how you expense payments, or if you capitalize

23   them.  There's a bunch of accounting gobbledegook.  I know

24   that Kevin Pickard, as the chief financial officer, is going

25   to be asking me a bunch of questions because of the -- he's

1   going to ask me questions relating to the information he needs

2   to decide, am I going to expense the shares on the financial

3   statements or will I basically capitalize them and accrue

4   them.

5          So it's an accounting question, it's not really a

6   legal question, but since I work with him I know it's going to

7   pop up.

8          So I am basically giving Mr. Stein a heads-up that we

9   need to go over the issues about the shares being held in

10  trust, and when they're disbursed and when they're earned,

11  because this all goes to Kevin so he can make the decision

12  what numbers he's going to put in the financial statements.

13  Q   All right.  And Mr. Woodbury, again, the pot asking the

14  kettle something here, but if you could just try and slow down

15  your answers just a little bit.

16  A   Okay.

17  Q   I've got my Post-It note reminders here for myself.  I can

18  share some with you if you'd like.

19          Mr. Woodbury, if you would, just take a look at the

20  sentence in that last paragraph.  It starts with "If any of

21  these shares," and just read that one sentence to the jury,

22  please.

23  A   "If any of these shares are, quote, "unearned," unquote,

24  as of March 31st, 2008, we would probably need some type of

25  statement from Martin showing what dollar amounts of work had

1    been performed and fully earned as of March 31st, 2008, both

2    for Electrical Connections and the subcontractors, Muscillo,

3    Lerea, and Ryan."

4    Q    All right, Mr. Woodbury, let me ask you to look at, in

5    your binder Government's exhibit 149, please.  Is that a

6    document you recognize?  And if so, what is it?

7    A    Yes, I do recognize it.  It's a letter from NPC Financial,

8    in Florida.  That was, I believe was e-mailed to me.

9    Q    All right.  What's the date of that letter, Mr. Woodbury?

10   A    May 12th, 2008.

11   Q    And who was it e-mailed to you by, Mr. Woodbury, if you

12   recall?  Or who did you receive it from?

13   A    Well, actually, I received it from Mr. Stein.

14   Q    All right.

15   A    The signature is Mark Silverman, of NPC.

16         MR. STIEGLITZ:  Your Honor, we would move

17   Government's exhibit 149.

18         MR. STEIN:  No objection.

19         THE COURT:  Admitted without objection.

20         (Government's Exhibit No. 149 entered into evidence.)

21   BY MR. STIEGLITZ:

22   Q    And Mr. Woodbury, we'll blow out the content of that

23   letter to the extent we can, and if you can just read that

24   first paragraph of the letter, please?

25   A    "To whom this may concern:  This confirms that we are

1    acting as financial consultants and trustee with regards to

2    that certain consulting agreement executed as of January 20th,

3    2008, by and between Signalife, Inc. and Electrical

4    Connections.   Pursuant to exhibit A of that agreement, this

5    confirms that Electrical Connection owner Martin Carter holds

6    all consideration received directly by him from Signalife in

7    trust."

8    Q    And you may have said this a moment ago, but that's signed

9    by Mark Silverman; is that correct?

10   A    That's correct.

11   Q    Did you ever meet Mr. Silverman?

12   A    No.

13   Q    Did you ever speak to Mr. Silverman?

14   A    No.

15   Q    We'll take that exhibit down, Mr. Woodbury, and have you

16   look at Government's exhibit 237 in your binder, please, and

17   tell me if you recognize that document, and, if so, what it

18   is, please?

19   A    This is a letter from Mr. Carter to myself.

20   Q    And is this a letter that you actually received,

21   Mr. Woodbury?

22   A    Yes, I did receive that.

23          MR. STIEGLITZ:  All right.  Your Honor, at this time

24   we would move Government's exhibit 237.

25          MR. STEIN:  No objection.

1            THE COURT:  Admitted without objection.

2        (Government's Exhibit No. 237 entered into evidence.)

3    BY MR. STIEGLITZ:

4    Q   Mr. Woodbury, we'll blow up that letter to the extent we

5    can, and if you can just read the content of that letter,

6    please.

7    A   "I have not earned any money as of March 31st, 2008, under

8    Electrical Connection contract which is held in trust, except

9    payments made to subcontractors."

10   Q   And who signs that?

11   A   Martin Carter.

12   Q   Okay.  Now, let's -- Mr. Woodbury, we will take that

13   exhibit down, and we'll look at Government's exhibit -- you'll

14   look at, if you would, please, in your binder, Government's

15   exhibit 161.

16           And if you could tell me if that's a document you

17   recognize, and, if so, what is it.

18   A   Yes, that's an e-mail from Mr. Stein to myself dated

19   July 16th, 2008.

20           MR. STIEGLITZ:  Your Honor, at this time we would

21   move Government's exhibit 161.

22           THE COURT:  Any objection, Mr. Stein?

23           MR. STEIN:  No objection, Your Honor.

24           THE COURT:  Admitted without objection.

25       (Government's Exhibit No. 161 entered into evidence.)

1   BY MR. STIEGLITZ:

2   Q   And we'll blow out the top portion for you, Mr. Woodbury,

3   and ask you if you can just read your e-mail -- read

4   Mr. Stein's e-mail to you, please.

5   A   Okay.

6        "John, you asked for the relationship between these

7   two people and EC, paren, Carter, end paren.  They sent me

8   this by e-mail late last night.  He says he has worked with

9   these people for years and does not keep any other documents

10  in their records, but these are pretty clear.  They are income

11  to EC, and the work was already done according to EC, Mitch."

12  Q   Thank you, Mr. Woodbury.

13       Now, if we can just look at the subsequent pages of

14  this exhibit, please.  So we'll look first at the second page

15  of the exhibit.

16  A   Okay.

17  Q   And we'll blow out the top portion for you there,

18  Mr. Woodbury, and ask you to just read that statement.

19  A   "I acknowledge that in exchange for the securities

20  Signalife received on this date, February 7th, 2008, I am

21  providing consulting services to EC as mutually agreed."

22  Q   Do you recognize that signature, Mr. Woodbury?

23  A   No, I do not.

24  Q   Let's look at the third page of that exhibit, please, and

25  we'll blow out the content of that.  And Mr. Woodbury, I won't

1    have you reread that text, but if you could just tell the jury

2    if that's the same or different text from what you just read

3    in the preceding page.

4    A    That's the identical text.

5    Q    Do you recognize that signature?

6    A    Well, I can decipher it as Dave Ryan.

7    Q    Do you know Dave Ryan?

8    A    No, I do not.

9    Q    Did you ever speak to Dave Ryan?

10   A    No.

11   Q    Let's look at the last page, please, of the exhibit.  And,

12   again, Mr. Woodbury, I won't ask you to read this again, but

13   if you will just take a look and just see if that is the same

14   or different from the language that we've seen in the

15   preceding two pages.

16   A    It is identical language.

17   Q    And who purports to sign that page?

18   A    Evie Muscillo.

19   Q    Mr. Woodbury, at least with respect to Ryan and Muscillo,

20   understanding that you didn't recognize that first signature,

21   were those two of the people that you had asked Mr. Stein for

22   information about?

23   A    Yes, there were two.  I just couldn't decipher the first

24   signature, or recognize it.

25   Q    We'll take down that exhibit, Mr. Woodbury, and if you can

1    take a look in your binder at what's been marked for

2    identification as Government's exhibit 166, please.  And tell

3    me if you recognize that document, and, if so, tell us what it

4    is, please.

5    A   Yes, this is an e-mail that I sent to Mitchell Stein on

6    August 8th, 2008.

7        MR. STIEGLITZ:  Your Honor, at this time, we'd move

8    Government's exhibit 166.

9        MR. STEIN:  No objection.

10       THE COURT:  Admitted without objection.

11   (Government's Exhibit No. 166 entered into evidence.)

12   BY MR. STIEGLITZ:

13   Q   And we'll blow out the top portion of that.  And, again,

14   we've got some small writing here, but we'll have you read,

15   Mr. Woodbury, that first sentence of that e-mail to the jury,

16   please.

17   A   "Mitch, I see that over the past month, Signalife has

18   issued an additional 500,000 shares to Martin Carter of

19   Electrical Connections, raising the total number of shares

20   issued to Martin to 2,135,000."

21   Q   Now, I won't have you read the entire rest of this e-mail,

22   but can you just explain for the members of the jury very

23   generally what you're asking for in light of that fact?

24   A   Well, I'm asking to confirm that the shares are held in

25   trust and whether or not they've been earned so we can figure

1    out the proper accounting treatment.

2    Q    That volume of shares, over 2.1 million shares, can you

3    just explain to the jury, was that a lot of shares for

4    Signalife to be issuing someone or a little bit of shares?

5    A    That was a lot of shares.  Of course, by then the stock

6    price is going down, so the relative value goes down a bit,

7    but it's still a lot of shares.

8    Q    Okay.  Now, let's look at -- if you would look in your

9    binder, excuse me, at Government's exhibit 167, please.  And

10   if you can take a look at that and tell me if you recognize

11   it, and, if so, what it is.

12   A    Yes, I do.  This is a letter that I believe was faxed to

13   me at my fax number from Mr. Carter.

14   Q    All right.  And what's the date of it, Mr. Woodbury?

15   A    August 12th, 2008.

16        MR. STIEGLITZ:  Your Honor, at this time we would

17   move Government's exhibit 167.

18        MR. STEIN:  No objection.

19        THE COURT:  Admitted without objection.

20   (Government's Exhibit No. 167 entered into evidence.)

21   BY MR. STIEGLITZ:

22   Q    And we'll blow out the portion starting with "John."  And

23   Mr. Woodbury, if you could just read that to the jury, please.

24   A    "John, this confirms with regards to my trustee's letter

25   to you yesterday, all stocks ever issued under the company's

1    contracts remain under the control of the trustee."

2    Q   Now, who signs that?

3    A   Martin Carter.

4    Q   All right.  Now, with respect to Mr. Carter's assertion

5    that there was a letter sent to you by a trustee the day

6    before you got this, do you remember receiving any sort of

7    letter that day?

8    A   No, I never received another letter from the trustee.

9    Q   Okay.  Aside from the two letters that we just saw from

10   Martin Carter in Government's exhibit -- this Government's

11   exhibit 167 and Government's exhibit 237, between 2005 and

12   2010, did you ever communicate directly with Mr. Carter?

13   A   No, I did not.

14   Q   If you needed to get information about Martin Carter

15   between 2005 and 2010, who did you go to for that information?

16   A   I went through Mr. Stein.

17   Q   When you asked him questions about Mr. Carter, did he ever

18   act confused about who Mr. Carter was or what he was doing?

19   A   No, not at all.

20   Q   All right.  We can take that exhibit down.

21           Mr. Woodbury, let's just step back and talk about a

22   few big picture items regarding Signalife.  Mr. Woodbury, did

23   Signalife have a board of directors during your time?

24   A   Yes, it did.

25   Q   Was Mr. Stein on that board of directors?

1    A    No, he was not.

2    Q    Based on your experience at Signalife, Mr. Woodbury, was

3    Mr. Stein able to influence what the board of directors of

4    Signalife did?

5    A    Oh, absolutely.

6    Q    Can you just describe that to the jury, please?

7    A    Well, first of all, all the chief executive officers for

8    the company were placed into those offices by Mr. Stein,

9    usually after removing the prior one.  So he had personal

10   relationships with all the chief executive officers and worked

11   very closely with them.

12        Second of all, when we had board of directors

13   meetings that were handling matters that were important to

14   Mr. Stein, he would basically prep the people in advance for

15   it.  Not all of them, but the chief executive officer, he

16   certainly talked to me what was going to be going on at the

17   board meeting.  And then when the board meeting was held, with

18   the exception of the introduction and the voting at the end,

19   Mr. Stein would essentially lead the discussion.

20        Now, there's certain, you know, other matters, maybe

21   dealing with issues on the ECG devices and what the doctors

22   are thinking, things like that.  He wouldn't be involved in

23   that.  But the things that were important to him, replacement

24   of officers, AMEX shorting, reverse stocks, all these

25   important things that he wanted to have done, he led the

```
 1    discussion and he basically walked everybody down to the path

 2    of the conclusion that he wanted to attain.

 3            At that point the directors then would -- one would

 4    make a motion to approve it, another would second it, and then

 5    they would unanimously vote to approve the documents.

 6    Q   Mr. Woodbury, when it came to things like consulting

 7    agreements that were going to require Signalife to pay outside

 8    people to do work for the company, did Mr. Stein have any

 9    influence over those and whether they got approved?

10    A   Well, actually, I think with the exception of the Silve

11    Group, I don't recall the board ever being presented with

12    these consulting agreements.  I mean, I do know that we had a

13    board meeting where, this is the beginning of 2008, where

14    Dr. Harmison was discussing we bought these new products --

15    Q   Well, Mr. Woodbury, without telling me what Dr. Harmison

16    said --

17    A   Okay.  So --

18    Q   Let me ask you this question.

19    A   Okay.

20    Q   When it came to what Signalife was telling the public

21    about itself, did Mr. Stein have influence over that?

22    A   Oh, absolutely.

23    Q   Explain what you mean by that.

24    A   Well, the announcements to the public would be mostly done

25    by way of press releases that are issued to the public.
```

1    Mr. Stein drafted, to my knowledge, all of the promotional

2    type of press releases dealing with product orders, pending

3    contracts.  You know, anything of that nature, he drafted it

4    and basically, he would forward it to me and ask me to file it

5    the following morning for dissemination.

6          MR. STIEGLITZ:  Court's indulgence for just a moment.

7          Mr. Woodbury, please answer Mr. Stein's questions.

8          THE COURT:  Thank you.

9          Any cross-examination?

10         MR. STEIN:  Your Honor, may I have a few minutes?

11         THE COURT:  All right.  We'll take a short break.

12         All right.  Ladies and gentlemen, let's take a short

13   recess before we start cross-examination, like 10 minutes.

14   Please don't discuss the case or form any opinions about the

15   case, and leave your notes at your seat.  Thank you.

16     (The jury exits the courtroom.)

17         THE COURT:  Mr. Woodbury, again, don't discuss your

18   testimony during the recess.  Thank you.

19     (A recess was taken from 2:03 p.m. to 2:14 p.m., after

20   which the following proceedings were had:)

21         THE COURT:  Please be seated, everyone.

22         Mr. Stein's present.

23         You ready to proceed?

24         MR. STIEGLITZ:  The United States is ready, Your

25   Honor.

1          THE COURT:  Mr. Stein, you ready?

2          MR. STEIN:  Yes, I'm ready, Your Honor.  There's one

3   document that I wanted the Court to judicially notice.  I'm

4   not going to show it to the jury because the Court hasn't seen

5   it, and the Government is not being unreasonable.  They won't

6   stipulate to it being judicially noticeable.  So I will ask

7   Mr. Woodbury if he's aware of it, and not show it on the

8   screen and not show it to him, and I'll address the judicial

9   notice later.

10          THE COURT:  Okay.  What is the document?

11          MR. STEIN:  It is a report from the office of the

12   Inspector General of the United States regarding -- during

13   this period, regarding practices related to naked short

14   selling from the U.S. Securities Exchange Commission.

15          THE COURT:  Okay.  Let's bring the jurors in.

16          MR. STEIN:  Your Honor, the way that I'll do this is

17   I'll ask the Court to approach the witness with exhibits, and

18   then if it's authenticated, we'll show it on the screen.

19          THE COURT:  Okay.

20        (The jury enters the courtroom, after which the following

21   proceedings were had:)

22          THE COURT:  Please be seated again, everyone.

23   Welcome back, ladies and gentlemen.

24          Mr. Stein, you may cross-examine.

25          MR. STEIN:  Thank you, Your Honor.

```
1                      Cross-examination

2   BY MR. STEIN:

3   Q    Good afternoon, Mr. Woodbury.

4   A    Mr. Stein.

5   Q    You no longer are counsel in any capacity for the company

6   known as Signalife or Heart Tronics, or what have you; is that

7   correct?

8   A    That's correct.

9   Q    When did you cease becoming counsel, to the best of your

10  recollection, of that company?

11  A    I believe May or so of 2011.

12  Q    During your tenure, other than the filings that you've

13  referenced, which I believe pertain to 2007-2008, are you

14  aware of any other filings that you filed that contained any

15  information that was inaccurate?

16  A    That turned out to be inaccurate after the fact or that

17  was inaccurate at the time, that I knew it was inaccurate when

18  it was filed?

19  Q    That turned out to be inaccurate after the fact.

20  A    Well, I guess the question is all these purchase orders,

21  are those inaccurate.

22  Q    We're going to go over those.

23  A    Okay.

24  Q    I'm talking about before those purchase orders, 2007-2008,

25  do you recall, as you sit here today, any other filings from
```

1    the beginning of your tenure that are inaccurate?

2    A    I don't recall off the top of my head.

3    Q    So that would include the annual report for 2005.  That's

4    not inaccurate, right?

5    A    As far as I know, it's not.

6    Q    That would include the registration statement for -- that

7    was filed in 2005, a document that is this thick.  This is it.

8    That's not inaccurate, right?

9    A    As far as I know, it isn't.

10   Q    You did a good job on that?

11   A    I hope I did.

12   Q    Since you drafted it, Mr. Woodbury, I want to ask you a

13   couple questions about it.  I'm talking about the registration

14   statement.

15   A    Okay.

16   Q    Registration statement is a filing with the SEC whereby

17   shareholders are permitted under certain parameters to sell

18   their shares; is that correct?

19   A    That would be correct.

20   Q    And the reason it's so thick is because the public is

21   entitled to know the truth about the company to the extent

22   that there's about to be selling shareholders in the market.

23   That's one of the reasons, right?

24   A    That is one of the reasons, yes.

25   Q    One of the other reasons is the SEC requires things to be

1    updated when shareholders are selling; is that correct?

2    A    That would be correct.

3    Q    One of the other reasons for filing this 10-K -- excuse

4    me, this SB2, which is a registration statement, is to inform

5    the public of the way that the shareholders can sell their

6    shares, the plan of distribution; is that correct?

7    A    That is correct.

8    Q    I'm just going to read to you what is on~-- what is in

9    that filing.  I believe you will know the language, since you

10   wrote it, and I think you've done a lot of these.

11            THE COURT:  Hold on, Mr. Stein.

12            MR. STIEGLITZ:  Just procedurally, Your Honor, I

13   don't know if Mr. Stein is offering this as an exhibit or not,

14   but before he starts reading it to the jury, I'd just ask that

15   we go through that step that, if that's --

16            THE COURT:  It's not in evidence yet, so you need

17   to --

18            MR. STEIN:  Your Honor, we've stipulated that all SEC

19   filings are authentic and admissible.  I haven't offered it

20   yet.  I'm just questioning on it.

21            THE COURT:  Well, if you're going to read from it, it

22   should be in evidence.  If you want to ask him a question

23   about it, that's different.  So if you're going to move it

24   into evidence, just move it into evidence, and then you can

25   read from it.

 1          MR. STEIN:  I'll move the SB2 stipulated as

 2    authentic.

 3          THE COURT:  What's your -- what year?

 4          MR. STEIN:  It was filed on June 29th, 2005 -- into

 5    evidence.  You can examine it.

 6          MR. STIEGLITZ:  I'm sorry, what exhibit number is

 7    this?

 8          THE COURT:  What number are you making that?

 9          MR. STEIN:  I'm making this exhibit 323.

10          THE COURT:  So it's Defendant's 323?

11          MR. STEIN:  That's correct.

12          THE COURT:  Any objection?

13          MR. STIEGLITZ:  It's not on the Defendant's exhibit

14    list, but, no, that's fine, Your Honor.  No objection.

15          THE COURT:  All right.  323's admitted.

16          MR. STIEGLITZ:  We just ask that we get a copy of it

17    at some point so we can look at it.

18          THE COURT:  It's admitted without objection.

19          (Defendant's Exhibit No. 323 entered into evidence.)

20          MR. STEIN:  Thank you, Your Honor.

21    BY MR. STEIN:

22    Q    Mr. Woodbury, it says that "Each selling shareholder and

23    each of their respective donees, transferees, pledgees or

24    other successors in interest, to the extent permitted under

25    this plan of distribution as described below, may from time to

1    time sell any or all of their common shares offered for share

2    under this prospectus on AMEX or any other stock exchange,

3    market or trading facility on which shares are traded or in

4    private transactions."  Remember that language?

5    A    Yes, that language is accurate.

6    Q    These sales may be at fixed --

7            MR. STIEGLITZ:  I'm sorry to interrupt.  I hate to do

8    this, but since Mr. Stein didn't produce a copy to us, I don't

9    want to have to read over his shoulder, but I just don't have

10   any other way to sort of know what's being read to the

11   witness.

12           MR. STEIN:  I'm just going through this.

13           MR. STIEGLITZ:  Great.

14   BY MR. STEIN:

15   Q    These sales may be at fixed or at negotiated prices.

16   A    That's correct.

17   Q    "A selling shareholder may use any one or more of the

18   following methods when selling shares," and then it lists the

19   methods.

20   A    Uh-huh.

21   Q    You remember that language?

22   A    Yes, I do.

23   Q    This is standard language for an SB2, isn't it?

24   A    Yes, it's standard for a resell registration statement.

25   Q    Nothing about this plan of distribution, as you recall, is

1    inaccurate?

2    A    No, I don't recall any inaccuracies.

3    Q    Mr. Woodbury, do you have an independent recollection,

4    again with regard to this SB2, of who were the selling

5    shareholders that were being registered under this SB2 in

6    2005?  Do you have an independent recollection?

7    A    In 2005.  Well, certainly, I believe our finance group was

8    one of the selling shareholders.  I can't recall who else was

9    added to that, if any.  I'd have to take a look at the selling

10   shareholder table.

11   Q    Do you think Trellis (phonetic) was a selling shareholder?

12   A    Actually, yeah, I think probably they were, yes.

13   Q    Gruber McBaine?

14   A    Yes.  Also.

15   Q    They are capital firms.  They are firms that invest

16   capital in companies; is that correct?

17   A    That's correct.  They did some private placements with the

18   companies and wanted their shares registered for resell.

19   Q    Very well.

20        We've talked a lot about Lowell Harmison.

21        MR. STEIN:  Your Honor, may I approach?

22        THE COURT:  Yes.

23   BY MR. STEIN:

24   Q    I've marked as exhibit 279 --

25        THE COURT:  Can you show it to counsel first before

```
 1   you show it to the witness?

 2              MR. STEIN:  Yes.  He already has it.

 3              May I approach, Your Honor?

 4              THE COURT:  Yes.

 5              MR. STEIN:  Thank you.

 6   BY MR. STEIN:

 7   Q   Mr. Woodbury, is that the resume of Dr. Harmison that was

 8   provided to you while you were working for Signalife Heart

 9   Tronics?

10              THE COURT:  Ma'am, don't put up anything until it's

11   been admitted.  Thank you.

12              MR. STIEGLITZ:  I'm going to object to this, Your

13   Honor, as to it's hearsay.

14              THE COURT:  Well, let's wait and see what the

15   question is.

16              MR. STIEGLITZ:  If he offers it, yes.

17              THE COURT:  What's the question again, Mr. Stein?

18              MR. STEIN:  Is that the resume that was in -- that

19   was in Mr. Woodbury's possession at the time he was lawyer for

20   the company.

21              THE WITNESS:  To be honest, I don't recall.

22   Dr. Harmison was a director before I even came aboard.  I

23   don't know when this resume was provided.  It looks accurate,

24   but I don't recall that he ever actually gave me a resume.

25   BY MR. STEIN:
```

1    Q    Do you recall a resume in the books and records of the

2    company being discussed amongst board members during your

3    tenure?

4              MR. STIEGLITZ:  Objection to hearsay.

5              THE COURT:  Overruled.

6              THE WITNESS:  Well, certainly on multiple equations

7    there were mentions of Dr. Harmison's qualifications, and

8    certainly I did prepare a bio that would go on the proxy

9    materials, which I did solicit information on his background

10   to put into it.

11   BY MR. STEIN:

12   Q    And you solicited that information from officers of the

13   company, from the books and records of the company; is that

14   right?

15   A    Well, I mean, it's very fuzzy because it goes far back.

16   My assumption is I started off with Dr. Harmison's bio that

17   was used by the company probably before I came aboard, and

18   then I probably had questions and augmented as we went along

19   in time.

20   Q    And those questions would have been asked of officers and

21   directors of the company; is that right?

22   A    Yes, in preparing bios, I would go to them and ask

23   questions or ask them of other people.

24              For example, Lowell Harmison, at that point Raoul

25   Silvestre was general counsel.  I may have very well gone to

1    him and gotten the information, and he talked to Dr. Harmison.

2    I just don't recall his particular starting bio back in 2003.

3         MR. STEIN:  May I approach, Your Honor?

4         THE COURT:  Yes, sir.

5    BY MR. STEIN:

6    Q    Was Dr. Harmison, to your knowledge, the formal principal

7    deputy of the Food and Drug Administration?

8    A    That's what was represented to me.

9    Q    Did Dr. Harmison develop the first fully implantable

10   artificial heart and patent it?  Was that represented to you?

11   A    I believe so.

12   Q    Did you report that in the public filings of Signalife?

13   A    I can't recall if I included that in the public filings

14   other than possibly being in his bio.

15   Q    Was Dr. Harmison the principal deputy assistant for DHHS

16   for the United States?  Do you recall that?

17   A    That sounds familiar.

18   Q    He had a very extensive background that you reported; is

19   that right?

20   A    Yes, he did.

21   Q    And you've said consistently today that with respect to

22   press releases, when Dr. Harmison was the CEO, just

23   concentrating on that time, your communications were not with

24   him, they were with me; isn't that right?

25   A    Well, you'd probably have to break it down into the period

1   of time.  So I'm happy to walk you through the chronology of

2   that year to discuss how much communication I actually had

3   with him.

4   Q   Well, when you talked about Government exhibit 72, you

5   said you did not talk to Dr. Harmison.  Do you remember that

6   testimony?

7   A   Which exhibit is that?

8   Q   Government exhibit 72, Government exhibit 75.

9   A   Well, you'll have to show me the exhibits, because I don't

10  remember the numbers.

11           THE COURT:  Look in your book there.

12           THE WITNESS:  Oh, okay.  Never mind.  I have it in

13  the book.

14           Okay.  I've reviewed those.

15  BY MR. STEIN:

16  Q   You didn't talk to Dr. Harmison regarding those; is that

17  right?

18  A   No.  At that time, to be honest, I really didn't have a

19  relationship with Dr. Harmison.  I knew him as a director.

20  Really had very limited conversations with him.  He was a very

21  gruff guy.  He was a director, and my interactions were with

22  you at that point in time.

23           Probably six months, seven months later, when we

24  started working on AMEX issues, that's really when I started

25  working with him and calling him and dealing with him

1    directly.  But up to at that point, I had very limited

2    interaction with him.

3    Q   I understand.

4         So in August of 2007, you didn't have any interaction

5    with Dr. Harmison regarding press releases; is that right?

6    A   In August of 2007.  I don't recall.  I'd have to see the

7    press release to refresh my memory.

8    Q   With regard to the public filings as opposed to the press

9    releases from 2007 through the end of 2008, you indicated that

10   I had significant roles with regard to those press -- those

11   filings; is that right?

12   A   Well, certainly when I had a lot of questions I would go

13   to you, and you would -- you sent the document in the course

14   of review with the other principals of the company.  So, yes,

15   there are many areas that you did have significant impact on.

16   Q   Isn't it true that the primary thing you always asked me

17   to look at was the litigation portion of the description of

18   the 10-K?  Isn't that accurate?

19   A   That was one area that I asked you to look at because you

20   were handling the litigation for the company.  But I never

21   said that's the only thing or the primary thing.  Those are

22   your words.

23   Q   Those are my words, not yours?

24   A   The primary thing you're looking at is litigation, and

25   that's what I'm looking at you from?  No, I don't recall using

 1    those words.

 2    Q    And, now, as you sit here after direct examination, you

 3    don't recall working with Dr. Harmison regarding press

 4    releases, is that right, in 2007?

 5    A    Well, you would have to show me the press release so I can

 6    refresh my memory.

 7              MR. STEIN:  May I approach?

 8              THE COURT:  Yes.

 9              MR. STEIN:  Your Honor, I'm showing --

10              THE COURT:  Why don't you show Mr. Stieglitz first

11    before you show the witness.

12              MR. STEIN:  Sure.  It's 225.

13              THE COURT:  Okay.

14              MR. STEIN:  Thank you, Your Honor.

15    BY MR. STEIN:

16    Q    Exhibit 225 is an e-mail from Dr. Lowell Harmison to you

17    in August of 2007; isn't that correct, Mr. Woodbury?

18    A    That is correct.

19              MR. STEIN:  May I approach?

20              THE COURT:  Yes.

21    BY MR. STEIN:

22    Q    And Mr. Woodbury, certainly in August of 2007, you

23    testified that you never drafted a press release.  They were

24    either drafted by me or maybe by somebody else, but you never

25    drafted them, right?

1    A    No, I didn't say that.

2    Q    So you drafted press releases, as well?

3    A    For example, I drafted the press releases in April 2007

4    pertaining to AMEX when the company first was -- went through

5    the first deficiency review by AMEX.

6    Q    Anything else you can recall?

7    A    Well, I -- there are a lot of press releases, so if you

8    want to present it to me and show me, I will tell you whether

9    or not I was involved with it.

10   Q    Did you draft a press release in August of 2007 at any

11   time that you can recall?

12   A    Show it to me and I'll refresh my memory.

13           MR. STEIN:  May I approach?

14           THE COURT:  Yes.

15   BY MR. STEIN:

16   Q    186 is an e-mail trail which we can put up on the screen.

17           Is that authentic, Mr. Woodbury?  Do you recall that,

18   those two e-mails?

19   A    "For your review, draft letter to" --

20           THE COURT:  Sir, don't read it out loud.  Just read

21   it to yourself until we've established what it is.

22           THE WITNESS:  Well, looks like it was an e-mail that

23   was sent from Dr. Harmison to me.  Exactly what the attachment

24   and the context was, show me the attachments.

25   BY MR. STEIN:

```
 1    Q    Is the exhibit authentic?

 2    A    It appears to be authentic.

 3              MR. STEIN:  I'd offer it into evidence, Your Honor.

 4              THE COURT:  Any objection?

 5              MR. STIEGLITZ:  Yes, Your Honor.  I believe the

 6    bottom half of this exhibit, there's not an objection to.  The

 7    top half, there is an objection to as to hearsay.

 8              THE COURT:  May I see it, Mr. Stein?

 9              MR. STEIN:  May I approach?

10              THE COURT:  Yes.

11              Which portion are you saying is objectionable?  Which

12    portion?

13              MR. STIEGLITZ:  The top half, Your Honor, of the

14    e-mail, where it's a statement from Dr. Harmison to

15    Mr. Woodbury.

16              You know what, Your Honor, we'll withdraw our

17    objection in the interests of time.  We'll withdraw our

18    objection.

19              THE COURT:  All right.  I'll admit 186 without

20    objection.

21         (Defendant's Exhibit No. 186 entered into evidence.)

22              MR. STEIN:  May I approach, Your Honor?

23              THE COURT:  Yes.

24              MR. STEIN:  Thank you.

25    BY MR. STEIN:
```

1    Q    So that's now twice you were communicating with

2    Dr. Harmison in 2007.

3            How about even before August of 2007?  Did you

4    communicate with Dr. Harmison regarding press releases or

5    letters?

6    A    I guess my question would be, what does communication

7    mean?  Apparently, Dr. Harmison sends an e-mail to me asking a

8    simple question.  Me engaging, involved communications with

9    him --

10            THE COURT:  Mr. Woodbury, can you lean towards the

11    microphone so we can hear you, please?

12            THE WITNESS:  Oh, I sorry.

13            Yeah, from what I can see on the e-mails you're

14    presenting me, he's asking me a quick question, did you look

15    at this, is it okay, and I guess maybe I responded and said,

16    yes, it's okay.  I don't see any involved communications with

17    him, passing information back and forth, other than responding

18    to a question.

19            So if you would give me the attachment so I can

20    refresh my mind, I can give you the context.

21            MR. STEIN:  May I approach?

22            THE COURT:  Yes.

23    BY MR. STEIN:

24    Q    Show you an e-mail trail in July of 2007 between you and

25    Dr. Harmison.  Have you seen that before?

1   A   Well, it appears familiar.  Apparently, I've sent a letter

2   to you and to Dr. Harmison relative to responding to AMEX

3   questions, and then Dr. Harmison got back and had a few

4   questions on the document.

5           MR. STIEGLITZ:  I thought he was about to read from

6   the document.  I just wanted to prevent that from happening.

7           MR. STEIN:  Your Honor, I offer the document into

8   evidence.

9           THE COURT:  What number is this?

10          MR. STEIN:  188.

11          MR. STIEGLITZ:  The Government does object as to the

12   top half being hearsay.

13          THE COURT:  I need to see it.

14          And the objection is?

15          MR. STIEGLITZ:  Hearsay, Your Honor, as to statements

16   of Dr. Harmison.

17          THE COURT:  May I see counsel, please, or the

18   parties.

19      (The following proceedings were held at sidebar:)

20          THE COURT:  What you do consider being offered for

21   the truth here?

22          MR. STIEGLITZ:  Well, I think to the extent he is --

23   Dr. Harmison is making any statement about the -- any

24   declarative statement where he's asserting a fact, I'm missing

25   something here.  The AMEX issue occurred when it went below

 1    50 million.  All of this I would assert is a statement by

 2    Lowell Harmison, out of court statement by Dr. Lowell Harmison

 3    that's being offered for its truth.

 4          THE COURT:  What is it that's being offered for the

 5    truth?  That's what I'm asking you.  I understand it's an

 6    out-of-court statement, but what's being offered for the

 7    truth?

 8          MR. STIEGLITZ:  Any assertion that doesn't end in a

 9    question mark, frankly, is an out of court -- I mean is an

10    assertion of a fact, and I guess the first example is

11    market -- AMEX issue occurred when it went below 50 million.

12    I am missing something here.

13          THE COURT:  You really care about whether or not he

14    has a statement in the evidence that says, I am missing

15    something here?

16          MR. STIEGLITZ:  Well, Your Honor, I guess -- look, as

17    to this particular exhibit, I'm trying to sort of forestall

18    Mr. Stein offering a series of other -- of hearsay statements

19    into the record.  You're right, Your Honor, I can withdraw as

20    to this document, but I'm just worried that the next -- we're

21    going to be going through this 10 times over with

22    Dr. Harmison.

23          THE COURT:  And what I would ask you to do is pick

24    your battles?

25          MR. STIEGLITZ:  Fair enough.

1          THE COURT:  I don't see anything in here that is --

2     has any meaning to anything, other than he's trying to

3     establish that he spoke to Dr. Harmison about things.

4          MR. STIEGLITZ:  Fair enough.

5          THE COURT:  The content of this is really

6     meaningless, as I see it.

7          MR. STIEGLITZ:  Fair enough.  We'll withdraw the

8     objection.

9          THE COURT:  Okay.  Thank you.

10         MR. STEIN:  Thank you, Your Honor.

11    (Sidebar conference concluded.)

12         THE COURT:  So 188's admitted without objection.

13    (Defendant's Exhibit No. 188 entered into evidence.)

14         You may proceed.

15    BY MR. STEIN:

16    Q   Mr. Woodbury, do you recall a person by the name of Stella

17    Leung, L-e-u-n-g?

18    A   Yes, that's Stella Leung.  She works for AMEX.

19    Q   Do you recall interacting with that person?

20    A   Yes, many times.

21    Q   On the screen we have the prior exhibit that has been

22    admitted from Dr. Harmison to Doctor -- to you.

23         I'm now focusing on exhibit 206.

24         MR. STEIN:  May I approach?

25         THE COURT:  Yes.

1  BY MR. STEIN:

2  Q   Mr. Woodbury, have you ever seen this document before?

3  A   No, I don't really recall it, but I mean it looks like a

4  legitimate e-mail trail.

5          MR. STEIN:  I'd offer it into evidence, Your Honor.

6          THE COURT:  What exhibit?

7          MR. STEIN:  This is exhibit No. 206, e-mail chain

8  between Dr. Harmison and Mr. Woodbury.

9          THE WITNESS:  Well, actually, can I see that again,

10  please?

11          MR. STEIN:  May I approach, Your Honor?

12          THE COURT:  Yes.

13          THE WITNESS:  Okay.  I received an e-mail from Stella

14  Leung.  She works for AMEX.  She was doing on AMEX's side with

15  the deficiency issues concerning Signalife.  These are very

16  technical issues.  They're not sales and marketing promotion,

17  okay?  So she sent me an e-mail -- or excuse me, I sent her an

18  e-mail.  And actually, I CC'd Dr. Harmison.  And that was

19  basically a copy of a deficiency letter that we had worked

20  together on.  Well, I'm not going to say we because I'm going

21  to have to review the e-mail trail on who worked on it, but

22  I'm sure Dr. Harmison was in the loop as well as Mr. Stein.

23          And Stella responded with a CC to Harmison and then

24  Harmison sent an e-mail to Mr. Stein with a question that I

25  was CC'd on.  Well, that's the trail.  So, me to Stella and

```
 1     then Stella back to me, with a CC to Dr. Harmison.

 2              MR. STEIN:  And it was an important issue.  It

 3     involved the American Stock Exchange, is that right? .

 4              THE WITNESS:  Yes, it was an important issue.

 5              THE COURT:  All right.  Before you go forward,

 6     exhibit 206 is admitted without objection?

 7              MR. STIEGLITZ:  Without objection, Your Honor.

 8              THE COURT:  All right.

 9       (Defendant's Exhibit No. 206 entered into evidence.)

10       Go ahead, Mr. Stein.

11     BY MR. STEIN:

12     Q   On that exhibit, that important exhibit regarding the

13     American Stock Exchange, your communications were with

14     Dr. Harmison and with me; is that correct?

15     A   Well, that's my recollection, but I'd have to go back and

16     review all my e-mails.

17              MR. STEIN:  May I approach?

18              THE COURT:  Yes.

19              And Mr. Woodbury, if you can try and stay towards the

20     microphone, please.

21              THE WITNESS:  Sorry.

22              THE COURT:  Thank you.

23     BY MR. STEIN:

24     Q   Dr. Harmison actually followed up and sent a letter to the

25     AMEX in response to that communication, didn't he?
```

```
 1   A    Well, I don't recall.  Please show me the letter.

 2   Q    I'm asking if you have an independent recollection of such

 3   happening, since it was an important issue.

 4   A    Well, on the e-mail it shows that a letter was attached

 5   that was sent to Stella.  Exactly who was in that letter I

 6   don't recall.  Please refresh my memory.

 7   Q    I'm going to show you a document marked 224.

 8            MR. STEIN:  Do not put it on the screen.

 9            May I approach, Your Honor?

10            THE COURT:  Yes.

11   BY MR. STEIN:

12   Q    I'm showing this.  Please do not recite anything out of

13   the document.

14   A    Okay.

15   Q    Is that letter authentic?

16   A    I would assume that it is.

17   Q    Do you recall assisting Dr. Harmison in drafting that

18   letter?

19   A    This appears to be mostly Dr. Harmison's language.  I

20   don't know if he sent me a draft and I made some changes to

21   it.

22   Q    That's a possibility?

23   A    It's a possibility.  I don't recall.

24   Q    I'm sorry for interrupting you.

25            Is that his signature at the end of the exhibit?
```

1   A   Yes, it is.

2            MR. STEIN:  I offer the exhibit into evidence.

3            MR. STIEGLITZ:  Court's indulgence for just a moment.

4            MR. STEIN:  Your Honor, while they're indulging, may

5   I approach?

6            THE COURT:  Yes.

7            MR. STEIN:  Thank you.

8            MR. STIEGLITZ:  Your Honor, mindful of conversations

9   we've had, this is two and a half pages of hearsay, Your

10  Honor; so we do object.

11           THE COURT:  All right.  May I see it, please.

12           MR. STEIN:  I'd like to respond to the objection, if

13  the Court's so inclined.

14           THE COURT:  When I'm ready, I'll let you know.

15           MR. STEIN:  Thank you.

16           THE COURT:  Ladies and gentlemen, Mr. Franklin's

17  computer is giving him some trouble, so rather than you sit

18  there while he's trying to fix it, why don't you step into the

19  jury room for a few minutes until he gets this issue resolved.

20           So again if you could bear with us.  I apologize.

21  Leave your notes at your seats.  Do not discuss the case or

22  form any opinions.  Thank you.

23           THE COURT:  Let's take a 15-minute recess.

24      (A recess was taken from 3:05 p.m. to 3:14 p.m., after

25  which the following proceedings were had:)

1          THE COURT:  Please be seated, everyone.  We're back

2     on the record.  Mr. Stein is present.

3          All right, Mr. Stein, before we bring the jury back

4     in, we might as well deal with this exhibit 224.  The

5     objection's hearsay.  Why isn't the Government correct?  Why

6     isn't it hearsay?

7          MR. STEIN:  Your Honor, it's -- there are two types

8     of Harmison exhibits.  One of them relates to his

9     communication on press releases.  The Government's already

10    opened that door, and I believe those are admissible.  This

11    falls into the second category, which is not related to press

12    releases but a direct communication to the AMEX.  I believe

13    the exhibit is admissible.  If the Court would allow me, in

14    the jury's presence or not, to lay a foundation as a business

15    record because Mr. Woodbury kept the business records of the

16    company, and that is one of the business records made at or

17    about the time and in the ordinary course of business.

18         THE COURT:  I doubt very seriously that this could

19    ever be considered a business record, but if you want to try

20    and lay a predicate with him, go ahead.

21         MR. STEIN:  If the Court doesn't believe this falls

22    into a business record, letters to the AMEX, then I'm not

23    going to waste the Court's time.

24         THE COURT:  Well, I mean I don't want to deprive you

25    of the opportunity to lay a predicate, but it doesn't seem to

1    me like it would be considered a business record, just, you

2    know --

3              First of all, it's a letter sent from the Signalife

4    to AMEX.  So I don't believe correspondence to an outside

5    third party is generally considered a business record.  It's

6    something that's kept in the ordinary course of business

7    regularly -- I mean the whole thing.

8              I don't want to deprive you of the opportunity to try

9    and lay a predicate.

10             MR. STEIN:  No, Your Honor, there are other letters

11   that are from the AMEX or from Mr. Woodbury to the AMEX which

12   would not be hearsay.  I would not indulge the Court in

13   attempting to do a fruitless act.  So I will just ask him

14   general questions about it and not put it into evidence.

15             THE COURT:  Okay.  Again, I don't want to deprive you

16   of the opportunity to attempt to lay a proper predicate to

17   consider this exhibit a business record, so if you want to

18   make that attempt I'll allow it.  If you're waiving or

19   withdrawing your request to try and make this a business

20   record, then that's one thing.  I just want to make sure we're

21   clear on the record.

22             MR. STEIN:  We're completely clear.  I am withdrawing

23   my request to attempt to have this admissible into evidence as

24   an exception to the hearsay rule or otherwise.

25             THE COURT:  All right.  Then I will sustain the

1    objection to exhibit 224.

2              MR. STEIN:  May I approach, Your Honor, to . . .

3              THE COURT:  Yes.

4              MR. STEIN:  I'm going to be drawing some things, so

5    we were trying to figure out the right place to --

6         (Discussion held off the record.)

7              THE COURT:  All right.  So can we bring the jury in?

8              MR. STEIN:  Yes.

9              MR. STIEGLITZ:  Yes, Your Honor.

10             THE COURT:  Let's bring the jury in.

11        (The jury enters the courtroom, after which the following

12   proceedings were had:)

13             THE COURT:  Welcome back, everyone.  Please be

14   seated.  I'm sorry, ladies and gentlemen, for that

15   interruption, but the equipment was malfunctioning and

16   required some machinations that I can't explain to get it

17   working again, but Mr. Franklin has got it working.  So we're

18   ready to proceed, and, again, we apologize for the delay.

19             All right.  Mr. Stein, you may continue.

20             MR. STEIN:  Thank you, Your Honor.

21   BY MR. STEIN:

22   Q   Mr. Woodbury, in the fourth quarter of 2007, do you have

23   an independent recollection that the American Stock Exchange

24   had an issue with the value or the market cap of Signalife

25   falling below $50 million?

1  A   Yes, I do have a recollection that there was an issue that
2  fell below 50 million and what would the proper period of time
3  have been.
4  Q   And the issue with regard to the $50 million value or
5  market cap as the experts called it, was that if it fell below
6  $50 million the American Stock Exchange may delist the
7  company.  Was that the issue?
8  A   Well, to be precise, the company would have had to
9  demonstrate that it could basically support operations through
10 cash flow or contracts, whereas if it was above the
11 50 million, then that would not be an issue.  That's my
12 recollection.
13 Q   Is it your bare recollection that, therefore, if the
14 company's value or market cap for securities purposes was over
15 50 million, that it need not worry about being delisted from
16 the American Stock Exchange?
17 A   Not for lack of capital.
18 Q   Second, do you recall, again, and I'm talking in the
19 fourth quarter of 2007, the American Stock Exchange having an
20 issue regarding approving the press releases issued by
21 Signalife to the general public, the ones you were talking to
22 Mr. Stieglitz about this morning?
23 A   Yes, I do recall that.
24 Q   And do you recall that the American Stock Exchange and you
25 had discussed that you would rather use the firm -- the term

1    "accepted" as opposed to "approved" with regard to a press

2    release?

3    A   I don't recall that dialogue as far as what the

4    distinction was.  No, at this time, I don't recall that.

5    Q   Now, with regard to the actual issuance of the press

6    release, the pushing it onto the Internet, onto the wires, you

7    talked with Mr. Stieglitz about a button being pushed.  Do you

8    remember that this morning?

9    A   Yes, I do.

10   Q   And it was you who pushed that button with regard to every

11   press release during your tenure; is that correct?

12   A   Well, probably have to go a little bit further into the

13   process.

14         Okay.  At that time, the requirements of AMEX was

15   that when Signalife wanted to issue a news release, that news

16   release would be forwarded to AMEX.  So you'd typically give

17   me the news release between 8:00 o'clock and midnight the

18   night before with the instructions to get it issued.  I would

19   then submit it first thing in the morning, try and at least

20   get it in an hour in advance and see whether or not AMEX had

21   any comments.

22         If they didn't come back with comments, then I was

23   free to basically instruct the wire release company that, yes,

24   they could push the button and they could release that press

25   release on the market.

1    Q    Other than the American Stock Exchange, it would be you

2    that would push the button on press releases, is that right?

3    A    I would give them the instructions that they could release

4    the press release, yes.

5    Q    And you also recall that they wanted to review as of late

6    2007 the press releases before they pushed the button or

7    issued them; is that right?

8    A    Yes, they did.  They had an issue.  A number of press

9    releases they felt were very promotional, and it was a very

10   touchy issue for them, and basically they wanted to have the

11   opportunity to look at them.

12   Q    Do you recall during that time the AMEX actually raising

13   such issues with the company or with you?

14   A    Yes, I do.

15   Q    Do you recall the company responding to such issues?  I

16   don't want the content of the response, I just want to know if

17   the company responded.

18   A    Well, you have to understand the content to understand the

19   response.  But, yes, the company did respond.

20   Q    And it was Dr. Lowell Harmison that responded in writing;

21   isn't that correct?

22   A    Well, I would assume that, yes, Dr. Harmison prepared a

23   response.

24   Q    Do you also recall, again, in or about late 2007, early

25   2008, that the company had another issue with the AMEX, which

1   was the activities of the trader at the AMEX with regard to

2   his activities in adjusting stock price for purposes of buying

3   and selling?

4   A    What I recall was that you had been tracking the stock and

5   the volume, and you had contacted me and asked me to contact

6   AMEX, and there was several trading issues.  I don't recall

7   the issues on all of them, but issues with the traders, issues

8   about, on occasion, shares being sold after the close of

9   market.  In each case you came to me and asked me to contact

10  AMEX.

11  Q    It was me who came to you.  It wasn't Dr. Harmison?

12  A    I certainly remember, for example, one case when stock was

13  trading after close that you came to me for that.

14  Q    And who communicated with the AMEX regarding such issues,

15  if you recall?

16  A    Typically, you would ask me to communicate to AMEX.

17          MR. STEIN:  May I approach?

18          THE COURT:  Yes.

19  BY MR. STEIN:

20  Q    I'm going to reshow you what's previously marked as

21  exhibit 224, and it's not in evidence, and I ask you to read

22  the second paragraph and ask you if that refreshes your

23  recollection as to who communicated with the AMEX regarding

24  trading issues.  Do not read the section out loud, please.

25  A    Okay.  I've read it.

1    Q    Does it refresh your recollection of who communicated with

2    the AMEX regarding issues of activities of their stock watch

3    department and their specialist?

4    A    Well, I'm sure that I communicated with AMEX per my

5    recollection on this issue.

6    Q    Do you now recall that Dr. Harmison also communicated with

7    AMEX?

8    A    Well, based upon this letter, he would have communicated

9    with AMEX.

10              MR. STEIN:  May I approach?

11              THE COURT:  Yes.

12              MR. STEIN:  Thank you, Your Honor.

13   BY MR. STEIN:

14   Q    Do you recall times where there were -- and, again, we

15   focused this morning on the period of during Dr. Harmison's

16   tenure, which was August of 2007 through 2008.  That's where

17   most of the questions were.  So that's what I'm focusing on so

18   that I'm not confusing everyone.

19              During that period in 2007, do you recall instances

20   where Dr. Harmison would get a press release from you and

21   would disapprove of it and tell you not to issue it?

22   A    Oh, yes, I definitely remember an event, and with both

23   Dr. Harmison and yourself at the same time who objected to me

24   issuing a press release.  And it actually was not issuing the

25   press release.  My recollection is I brought up concerns about

1    the press release being overly promotional, went over the

2    issues with AMEX, and you were both very angry that I

3    basically had the gall to question whether or not they were

4    overly promotional.

5              MR. STEIN:  May I approach?

6              THE COURT:  Yes.

7    BY MR. STEIN:

8    Q   I show you what's been marked as exhibit 272.

9    A   Okay.

10             Yes, I remember this.

11   Q   That's the press release that you were referring to?

12   A   Well, there were two press releases that were given to me

13   simultaneously.  One from Dr. Harmison and one from you which

14   basically said the same thing.  Dr. Harmison said, I'm not to

15   suggest and changes to press releases.  If AMEX has a problem,

16   in essence, you guys are going to shove it down their throat.

17   You sent me an e-mail that said the same thing, I'm not to

18   interfere with press releases, I'm not to make suggestions.

19             And these are sales and marketing press releases,

20   these are not technical press releases like AMEX.  And you

21   made it very clear to me that I'm not allowed to make any

22   suggestions, and, again, you would be the person who would

23   determine whether or not that press release would be overly

24   promotional.

25             You want me to hand me the other press release that

1    you sent so they can compare them side to side?

2    Q    I just want to know if that e-mail is accurate.

3    A    Yes, that e-mail is accurate.

4              MR. STEIN:  Offer it into evidence.

5              MR. STIEGLITZ:  No objection, Your Honor.

6              THE COURT:  272 is admitted without objection.

7         (Defendant's Exhibit No. 272 entered into evidence.)

8              MR. STEIN:  May I approach?

9              THE COURT:  Yes.

10   BY MR. STEIN:

11   Q    This is a e-mail dated September 9th, 2007, in which

12   Dr. Harmison writes to you and he says:  "I have read the

13   press release that you redrafted.  I do not want to send it.

14   I want you to issue the press release that I read and approved

15   and sent to you earlier."

16             Do you remember that language?

17   A    I remember the language, except it was your press release

18   that you sent to me which he said he approved, and he wanted

19   me to send out your press release.

20   Q    So the press release that he said he read and approved, he

21   didn't approve; is that what you're saying?

22   A    I am saying that it was not his press release, it was your

23   press release, but, yes, he approved it.

24   Q    He goes on, the former principal deputy of the FDA.  He

25   says:  "I've read the revised suggested press release, and it

1    does not conform to the reality of this company."

2         Do you remember him saying those words?  They're on

3    the screen now.

4    A    Uh-huh.  Yes, it's in the news release.

5    Q    "The company is moving forward," he says, "and makes no

6    apologies for progress and further does not apologizing (sic)

7    for a prior CEO who couldn't find her asked" -- a-s-k-e-d,

8    which is probably a good mistake -- "if it was attached to

9    her."

10        Remember that language?

11   A    Well, it's on the news release, and, yes, I accept it.  Or

12   the e-mail, rather, sorry.

13   Q    And then he said:  "I want the press release issued.  If

14   AMEX wants changes, they must be specific and put in writing

15   and stop hiding behind a telephone.  We are extending them a

16   courtesy that should respect the intent and honesty of the

17   company acting on behalf of its shareholders."

18        Do you remember him saying that?

19   A    I'm reading it right now in the e-mail.  Yes, it's an

20   e-mail.

21   Q    Dr. Harmison was that type of man, wasn't he?  He wanted

22   them to respect the intent, integrity, and honesty of the

23   company as it moved forward; isn't that right?

24   A    I would say that Dr. Harmison wanted to do what he wanted

25   to do, and he didn't care what AMEX thought.  If you'd like me

1   to go into the reasons and give the context, I'm more than

2   happy to.

3   Q    We may get into that.

4   A    Okay.

5   Q    Right now I'm asking the questions.

6         He then goes on, he says.  "What I put in the press

7   release is factual and truthful.  If they wanted to rewrite

8   the press release, they have to take responsibility for the

9   company.  You" -- meaning John Woodbury -- "and I both know

10  what they're doing.  They didn't respond to my letter, and

11  this leaves reasonable doubt and an apparent situation that

12  reveals less than forthright intent on the part of the AMEX."

13        Remember those words?

14  A    Yes, I can read them right now.

15  Q    You never wrote back to Dr. Harmison and said that his

16  impressions were incorrect; isn't that correct?

17  A    Excuse me, I never wrote back to Dr. Harmison?

18  Q    And told him that his statements here were wrong.

19  A    Well, Mr. Stein, I had varied discussions with you about

20  my concerns.

21        MR. STEIN:  Your Honor, could you direct the witness

22  to just answer yes or no?  I just want to know if he wrote

23  back.

24        THE COURT:  Answer that question, sir.  Did you write

25  back?

```
 1               THE WITNESS:  No, I did not write back.
 2    BY MR. STEIN:
 3    Q   He says:  "Therefore, I want you to fight to get out the
 4    approved press release that I read and approved.  It's your
 5    job to support this company and get the press release out."
 6               What did you do to fight to get the press release
 7    out, Mr. Woodbury, if anything?
 8    A   I went ahead and authorized the press release to be
 9    released, because those are my instructions from you and
10    Dr. Harmison.
11    Q   Below that he says:  "John, read and approved," on
12    September 9th, 2007, as I showed you.  It's on the screen in
13    blue.  You can see it.
14               Do you remember him reading and approving the press
15    release?
16    A   Yes.
17    Q   Another communication between you and Dr. Harmison
18    regarding press releases during his tenure.
19               MR. STEIN:  I'm now going to show the witness what
20    I've marked as exhibit 165.
21    BY MR. STEIN:
22    Q   Please take a moment and review that.
23    A   Okay.  I read it.
24    Q   Is that exhibit authentic?
25    A   It appears to be.
```

```
 1              MR. STEIN:  I'd offer it into evidence.

 2              MR. STIEGLITZ:  No objection, Your Honor.

 3              THE COURT:  Admitted without objection.

 4         (Defendant's Exhibit No. 165 entered into evidence.)

 5              MR. STEIN:  May I approach?

 6              THE COURT:  Yes.

 7              MR. STEIN:  Place it on the screen, please.

 8    BY MR. STEIN:

 9    Q    Mr. Woodbury, you indicated that Dr. Harmison in words or

10    substance had a rather strong personality.  Would you think

11    that's fair to say?

12    A    Yes, I would say that's fair.

13    Q    If somebody said something to him and he disagreed with

14    it, he would use his experience and power, and he would let

15    them know, wouldn't he?

16    A    I can't say that I know him well enough to say that, but

17    certainly there were occasions where he was very outspoken.

18    Q    Were there occasions where he hung up the phone on board

19    members?

20    A    Yes, he did hang up the phone on board members.

21    Q    Several times?

22    A    Yes, several times.

23    Q    Did he ever hang up the phone on you?

24    A    I don't recall that he did that to me.

25    Q    Exhibit 165, which is on the screen, if you scroll to the
```

1    bottom of it, in evidence, it's an e-mail from me to you and

2    Lowell, and it says:  "John, here's the press release for

3    tomorrow prior to opening.  If Lowell approves or does not

4    indicate revisions, please make sure it is on the wire."

5         You indicated that I controlled the company.  Did I

6    control Lowell Harmison, in your mind?

7    A   Well, if you're asking me to maybe psychologically

8    evaluate it, I would say that when Lowell was going the

9    direction that you wanted him to go, you would basically push

10   him in that direction.

11        We can go back to that last press release and that

12   last e-mail that you gave me, if you want to go in detail.

13   Actually, I think that would be an excellent example to

14   demonstrate your interplay with Lowell and how that worked.

15   Q   We'll be going through -- these exhibits are all in

16   evidence.

17   A   Uh-huh.

18   Q   Mr. Woodbury, so your testimony psychologically in your

19   opinion as you sit here today is that I controlled the former

20   principal deputy of the Food and Drug Administration and

21   developer of the first artificial heart patented?  That's your

22   testimony?

23   A   I would say that you manipulated him, if you're asking me

24   for my opinion.  Does somebody control him?  I think if

25   they're outright in his face and say, no, you're wrong,

1    Lowell, and he says I'm right, I think he will come back to

2    you and say no.

3    Q    Including me.

4    A    I would assume excluding you, but if you're on the same

5    side of the issue or he does not see that you're against him

6    or he does not take somebody else's advice because you

7    override it.  Such as the case of the last press release when

8    I said it was overly promotional and you said no.  I mean from

9    that standpoint you weren't acting like an attorney, you were

10   acting like a businessman.  You wanted to send out a

11   promotional press release with words such as miraculous and

12   revolutionary, one of a kind, and Dr. Drakulic was legendary.

13        All this language that one week before the AMEX told

14   us, tone it down, don't do these things.  You weren't looking

15   at it as a lawyer, you were looking at it as a businessperson.

16   You wanted to get that press release out with all this

17   promotional language.  Me, as an attorney, I saw the issues

18   that were coming ahead of us.  I raised them, I tried to tone

19   it down.  That was not acceptable to either of you.

20        And look what happened the following week with AMEX.

21   A blowup and potential litigation with AMEX for three or four

22   months.  All because that you and Dr. Harmison wanted to shove

23   this press release down their throat.

24   Q    Do you have any written documents where I attempted to use

25   the word miraculous or any of the other words you issued?  We

1    can give you all night to look for them.  Do you have any

2    documents that support your claim?

3    A   Yes, I've seen a lot of documents, and why don't we take a

4    look at the news release that you gave me to issue?

5    Q   They have a redirect, and they can do that.

6           MR. STEIN:  I'd like to show the witness 225, if I

7    may approach.  Excuse me, for the record, it's 216.

8    BY MR. STEIN:

9    Q   Have you seen this before?

10   A   I don't recall it.  I would have to take a look at the

11   e-mail train to refresh my memory.

12   Q   Do you have any reason to believe it's not an accurate

13   e-mail, authentic that was sent?

14   A   No, I don't, but I don't have recollection until I can see

15   the context.

16          MR. STEIN:  Move it into evidence.

17          MR. STIEGLITZ:  No objection.

18          THE COURT:  All right.  216's admitted without

19   objection.

20          (Defendant's Exhibit No. 216 entered into evidence.)

21          MR. STEIN:  May I approach?

22          THE COURT:  Yes.

23   BY MR. STEIN:

24   Q   Mr. Woodbury, this is an e-mail from Lowell Harmison to

25   you.  I'm not even on this e-mail.  It's a very short e-mail,

1    as everyone can see.  He's just asking you what the answer is

2    about whether or not the listing at the AMEX was secure.  This

3    is something you needed to refresh your recollection about the

4    AMEX, which you said was a very important issue.  Why wasn't I

5    copied on this letter if I controlled Dr. Harmison?

6    A   Whether or not you controlled Dr. Harmison had nothing to

7    do with you being involved in every single e-mail that I sent

8    out.  Certainly he can ask me questions.  That doesn't mean

9    that you are on everything.  You certainly are CC'd and I run

10   things past you on everything that's very important.

11          But what is this good question?  Is this a question

12   that raises itself to the level that, oh, I got to go tell

13   Mitch Stein that Harmison is asking this very simple question?

14   This may be something that is of no import at all.  Just a yes

15   or a no.

16          MR. STEIN:  If I could approach, exhibit number 179.

17   Q   It's a letter from you.  Ask you if you have seen it

18   before.

19          Did you write that letter?

20   A   Yes, I did, although this appears to be a prior draft

21   to -- a prior draft, not the final draft.  This appears to be

22   an interim draft.  There's redacted language in there crossed

23   out, like it's a blackline copy, not signed.

24   Q   So you wrote a letter in words or substance like that, but

25   that was an earlier iteration?

1    A    Yes.

2              MR. STEIN:  May I approach?

3              THE COURT:  Yes.

4    BY MR. STEIN:

5    Q    This letter is emblematic of the disputes that the company

6    was having with the American Stock Exchange at this point; is

7    that right?

8    A    Actually, no.

9    Q    The AMEX had asked the company for an action plan; is that

10   correct?

11   A    Well, that was not in connection with a prior dispute

12   about press releases, it's an entirely separate matter.

13   Q    It was regarding the money and market cap of the company,

14   right?

15   A    No.  I'm going to have to give you some background and

16   refresh your memory on this.

17   Q    I have no memory.

18   A    Okay.  AMEX has a requirement that if your market cap is

19   below 50 million, you need to have a certain amount of cash

20   equity in the company.  If you don't have that amount, and I

21   believe it's either 4000 -- excuse me, 4 million or 6 million,

22   then you have to provide them with an action plan explaining

23   how you will get that money in the future.  So you may get

24   that money from product sales or projected product sales.  You

25   may get that money from capital investment.  You're going to

```
 1    go to the market, you're going to go to an investment banker,
 2    you do a private placement.
 3           Okay.  This had happened one time before when
 4    Ms. Bunes was president, and that was in about April of 2007.
 5    That issue was cured when the market capital of the company
 6    went back over 50 million.  So end of story, that's put to
 7    bed.  However, at the time of this letter, which was early
 8    2008, the market cap went below it again at that point.
 9    Because AMEX's job is to make sure all the issuers follow
10    their rules, they contacted the company, said, well, you're
11    back below the four or the $6 million.  You need to give us an
12    action plan how you're going to get up there.
13           It had nothing to do with the other issues, which
14    were all the promotional language in the press releases that
15    AMEX had been dealing with six months prior with Dr. Harmison
16    and Mr. Stein.
17    Q   I'm sorry, did the AMEX ever write me a letter about
18    promotional issues, or they wrote it to the company?
19    A   Well, the communication with the company, but you were the
20    sensual spider in the spider web in determining how to respond
21    to this.
22    Q   As so you call it.
23           You indicated that Ms. Bunes was also a CEO of the
24    company.  So you were the lawyer during her tenure, as well?
25    A   Yes, I was.
```

```
 1              MR. STEIN:  May I approach?

 2              MR. STIEGLITZ:  Your Honor, I apologize.  This wasn't

 3     marked as a defense exhibit, so it's just taking me a minute

 4     to make sure I . . .

 5              MR. STEIN:  May I approach?

 6              THE COURT:  Yes.

 7     BY MR. STEIN:

 8     Q    I show you what's been marked as exhibit 322, document

 9     3565.

10     A    Okay.  I read it.

11     Q    Is it authentic?

12     A    It appears to be.

13              MR. STEIN:  Move it into evidence.

14              MR. STIEGLITZ:  I would object to this one, Your

15     Honor.  It's not got a single person in this room copied on

16     it.

17              THE COURT:  What's the objection?

18              MR. STIEGLITZ:  Hearsay.

19              THE COURT:  May I see it, please?

20              MR. STIEGLITZ:  I should also add I think there would

21     be a relevance objection, as well, if not scope.

22              THE COURT:  What's your response to the hearsay

23     objection?

24              MR. STEIN:  Your Honor, Mr. Woodbury recognizes the

25     document --
```

```
 1              THE COURT:  Authenticity is not the issue, it's

 2    hearsay.  What's the --

 3              MR. STEIN:  With regard to hearsay, I'm not offering

 4    it for the truth of the matter asserted.  I'm offering it

 5    merely to show communication -- who was at the company who was

 6    communicating in 2005, which is directly relevant to the

 7    issues in the case.

 8              THE COURT:  Why don't you ask him, then, who was

 9    communicating with whom, without having to offer the document

10    into evidence, because there's information in there that's --

11    I agree is hearsay.  So you can achieve your purpose without

12    having the document in evidence.  So I'll sustain the

13    objection.

14              MR. STEIN:  Thank you, Your Honor.

15              May I approach?

16              THE COURT:  Yes.

17    BY MR. STEIN:

18    Q    You remember in 2006 a man by the name of Rowland Perkins?

19    A    Yes, I do.

20    Q    He ultimately became the CEO of the company; is that

21    right?

22    A    That's correct.

23    Q    Do you remember Bob Shern (phonetic)?

24    A    Yes, I do.

25    Q    He was the CFO of the company before Mr. Pickard, right?
```

```
 1    A    That's correct.

 2    Q    You remember Jennifer Black?

 3    A    Yes, I do.

 4    Q    She was a board member before your tenure, right?

 5    A    That is correct.

 6    Q    And the CEO in 2006 was -- in August of 2006, before

 7    August 17th was Pam Bunes; is that right?

 8    A    That is correct.

 9    Q    And you were the securities lawyer for the company, so

10    that securities filings would be filed by you during that

11    period of 2006; is that right?

12    A    That's correct.

13    Q    Now, Mr. Woodbury, you've been allowed to and are

14    encouraged to give your opinion about everything.  Your

15    opinion was that I controlled the company during

16    Mr. Harmison's tenure.  Now we're talking about 2006 when you

17    were making filings.  I've showed you a document.  Did I

18    control the company in 2005 or '6 when you were there, in your

19    view?

20    A    I would -- it's a matter of acceleration.  You have to

21    look at each time period, and by that I mean each CEO

22    separately and compare.  The first CEO was Marvin Fink.  I had

23    no interaction at all with Mr. Stein during that period --

24         MR. STEIN:  Do you mind if I make notes for us on the

25    board with the Court's indulgence?
```

```
 1                THE COURT:  Of what?

 2                MR. STEIN:  Of what he's testifying to now, the CEOs.

 3                THE COURT:  All right.

 4                MR. STEIN:  Thank you.

 5    BY MR. STEIN:

 6    Q   So the original CEO was Marvin Fink?

 7    A   Yes.  When I first started working for the company, the

 8    CEO was Marvin Fink.  At that time they had a official general

 9    counsel.  His name was Raoul Silvestre.  And I worked with

10    Raoul Silvestre.  I had no interaction whatsoever with

11    Mr. Stein.  I don't think Mr. Stein even knew who I was during

12    this period of time, as I recall.

13    Q   I don't think I did either.

14    A   Yep.

15    Q   Approximately what year was that, if you recall?

16    A   I started working in December 2003, and Mr. Fink was in

17    the company probably 'til March 2005.

18    Q   So Marvin Fink was the CEO of the company during that

19    period, and you wouldn't have any knowledge about what

20    occurred then.

21                Who was the next CEO?

22    A   The next CEO -- well, technically, Lowell Harmison was CEO

23    for a month on a temporary basis.  Then Pam Bunes came aboard

24    and became permanent CEO.

25    Q   And when was that approximately?
```

1    A    May 2005.

2    Q    If I told you it was on my birthday in 2005, would you

3    think that was wrong?  It's August 17th.

4    A    She came aboard August 17th?

5    Q    Yeah.  But sometime in 2005.

6    A    Okay.

7    Q    You at that time were heavily involved in the company; is

8    that right?

9    A    At that time I continued to work with Ms. Bunes, and I

10   guess my responsibilities probably would have expanded.  Went

11   from strictly securities, and I did some contractual work and

12   some other type of work.  So my level of work went up.

13   Q    Now, Ms. Bunes came from Johnson & Johnson; is that right?

14   A    That is correct.

15   Q    And Ms. Bunes came with an individual by the name of

16   Rodney Hildebrandt; is that correct?

17   A    That is correct.

18   Q    And Mr. Hildebrandt in his contract with the board that

19   the board approved promised to move to Greenville, South

20   Carolina, because the company was moving there with Ms. Bunes.

21   Do you recall that?

22   A    I don't recall that provision in the contract, but I do

23   recall that the company did move to Greenville, South

24   Carolina.

25   Q    So the company went from LA to Greenville in terms of the

1    officership or the operations in or about 2005; is that right?

2    A    That is correct.

3    Q    And Mr. Hildebrandt was an officer who also was from

4    Johnson & Johnson who came with Ms. Bunes; is that correct?

5    A    That is correct.

6    Q    And he was a senior officer.  He was like a chief

7    operating officer type?

8    A    That is correct.

9    Q    So it would have been somewhat strange to have a chief

10   operating officer in -- 2000 miles away, in your experience,

11   wouldn't it?

12   A    Well, I believe he was based in Cincinnati.  To what

13   extent he needed to be at the premises, I mean, I don't recall

14   the provision in the contract, and, I mean, if that was an

15   issue, that was not something that I was involved in.

16   Q    When did Ms. Bunes cease being the CEO, if you recall,

17   approximately?

18   A    That would have been, I'm going to say August 2007, when

19   basically Mr. Stein and Dr. Harmison essentially pushed her

20   out of the company so Dr. Harmison could become the CEO.

21   Q    Now, was there -- so let's focus on the period 2000 -- and

22   then after -- excuse me, after Harmison, because he got ill,

23   or you used a different word, withdrawn.

24   A    Uh-huh.

25   Q    After him, was there another CEO?

```
 1    A    Yes, Rowland Perkins.

 2    Q    So I've listed Marvin Fink; Pam Bunes; Harmison, who ended

 3    his tenure when he withdrew, or got sick, or both, which was

 4    sometime in 2008, right?

 5    A    Yes, I guess it would be April 2008.

 6    Q    And ever since, Rowland Perkins has been the CEO?

 7    A    That is correct.

 8    Q    Until you stopped working for the company, and you

 9    wouldn't know what would be the case now.

10         Now, Mr. Woodbury, your conclusion based on

11    whatever -- and you said it was a matter of CEOs, so that's

12    why I listed him.

13    A    Uh-huh.

14    Q    Did I control the company when it was in Greenville in

15    2005?

16    A    Well, what I would say is, I have a much greater awareness

17    of events prior to the removal of Pam Bunes as far as your

18    involvement in the company and being on board meetings and

19    things like that.  So as far as your level of influence on

20    Ms. Bunes, I can't really say because I wasn't involved in a

21    lot of those transactions, or I guess I have observational

22    knowledge.

23    Q    Do you have observational knowledge of whether I went to

24    Greenville a lot to be with Ms. Bunes?

25    A    Well, my understanding was there was an awful lot of
```

1    interaction between you and her, but I cannot give the

2    specifics because I was not involved in that stuff.

3    Q    But any control of Ms. Bunes you're saying in your mind is

4    less than with Dr. Harmison; is that right?

5    A    I was say your involvement during the time of Ms. Bunes,

6    particularly -- well, I guess you have to decide what the

7    function is of the company.  I know with Ms. Bunes you were

8    heavily involved in a lot of the marketing and sales

9    activities.  I'm thinking of Silve Group.  I'm thinking of

10   whatever was happening in Mexico.  Certainly the Rubbermaid

11   contract you were heavily invested in, and that was a very

12   comprehensive agreement.  Certainly there were a fair number

13   of consulting agreements, as I recall, that came down that

14   that time.

15          Relative to pushing Ms. Bunes to go into those

16   transactions, or basically giving her information or directing

17   her or bringing transactions to her, I really don't -- can't

18   cite what the source is.  I would say, though, that there was

19   a high level of influence, but I have less feel for that than

20   I do during the Harmison era.

21   Q    The large transaction regarding Ms. Bunes' tenure was with

22   the Fortune 500 company Rubbermaid; is that correct?

23   A    That is correct.

24   Q    Rubbermaid paid to the company $2 million for the right to

25   distribute the Fidelity 100 ECG device; is that right?

 1   A   That is correct.

 2   Q   You and I as lawyers worked extensively on that contract

 3   on behalf of the company; is that right?

 4   A   That is correct.

 5   Q   And in fact, on the other side there was a lawyer named

 6   John Stipancich who we worked with who worked for Rubbermaid;

 7   is that correct?

 8   A   That is correct.

 9   Q   And after we were done with the contract, it was then up

10   to the company to perform under the contract, obviously, as it

11   was up to Rubbermaid, right?

12   A   That is 100 percent correct.

13   Q   And the lawyering on that contract was, I would ask you,

14   do you find it to be excessive as versus other lawyering in

15   other contracts?  Do you find that we worked harder on that

16   contract than usual?

17   A   No, I think working together, we did an excellent job on

18   that contract, and it was a contract that in certain respects

19   was very good for the company.

20   Q   The mediation provision was very helpful, wasn't it?

21   A   That was helpful, and you can take credit for that.

22   Q   I'm not taking credit for it.

23   A   Okay.

24   Q   Mediation provision just said if the parties start yelling

25   at each other they got to wait 180 days before they start

1    suing each other?

2    A    Well, that's true, and I guess you can look at it either

3    way depending upon how events turned out, but, yes.

4    Q    But in the end, Rubbermaid declared a termination of that

5    agreement; isn't that correct?

6    A    Yes, they attempted to terminate the contract and get

7    their $2 million back.

8    Q    And there was a 180-day mediation period that was complied

9    with by Rubbermaid; is that right?

10   A    I'm trying to recall the exact dates, but it would not

11   surprise me that there was 180 days that went through.  But I

12   wasn't involved with the discussions with Rubbermaid relative

13   to when the termination was, what the dates were, what was

14   happening, who was pointing their fingers at who.  That was

15   being handled, well, Signalife, by you and Dr. Harmison.

16   Q    The mediation was being handled in your recollection by me

17   and Dr. Harmison?

18   A    I don't have any details on mediation.  Just in terms of

19   handling the matter, my recollection is that you and

20   Dr. Harmison were handling whatever was being done for

21   Signalife on behalf of Signalife.  That's my recollection.

22   Q    Do you know if there was a mediation between Signalife and

23   Rubbermaid?  You were the securities lawyer of the company and

24   you had filings.  That's the only reason I'm asking.

25   A    Whatever was disclosed in the litigation section of the

1    filings would have been the extent of my knowledge.  So I

2    would have to refresh myself by reading the litigation section

3    to see if it specifically discussed mediation.

4          Most of my recollection was that it was discussing

5    counter-lawsuits by each party against the other.

6    Q   And as a litigator, you would have expected me to be

7    involved in the counter-lawsuits, or lawsuits?

8    A   Yes, I would expect you to be in that.

9    Q   And you would ask me to draft portions of the filings with

10   regard to litigation.  That wasn't always the case with you;

11   is that right?

12   A   Yes, I would always go through you for the litigation

13   update.  You handled the litigation for the company.

14   Q   In the end, with Rubbermaid out of the $2 million they

15   paid the company, were you aware of how much money the company

16   had to pay back to Rubbermaid?

17   A   Well, I believe that Rubbermaid got a stipulated judgment

18   for, like, $80,000, which it never actually received from the

19   company.

20   Q   So out of $2 million, the company got a judgment against

21   it for $80,000?

22   A   That's correct.

23   Q   And you're sure about that?  You reported that in filings?

24   A   Well, I mean, that's my recollection.  I mean, I may be

25   off on the dollar amount, but that's my recollection.

1        MR. STEIN:  May I approach, Your Honor?

2        THE COURT:  Yes.

3        MR. STEIN:  Ms. Bunes will be here, so we'll talk to

4   her more.

5        MR. STIEGLITZ:  Mr. Stein, what exhibit?

6        MR. STEIN:  It's 180, 3134.

7   BY MR. STEIN:

8   Q    Have you seen that before?

9   A    Well, I don't recall it, but it seems to be a letter

10  dealing with projections that were being paid -- being

11  prepared for AMEX.

12  Q    You generally recall doing that, preparing projections?

13  A    Well, I started preparing the projections.  I worked with

14  Lowell on preparing the projections.  That's really the first

15  opportunity I would say that I had to work with him closely.

16  But then it was kicked off to Mr. Pickard and then Norma

17  Provencio ultimately.

18  Q    So on the projections for the AMEX it was Lowell, but then

19  it was kicked over to other people by Lowell, Pickard and

20  Provencio?

21  A    Well, I started to do a proforma on projections, so I was

22  trying to figure out what the product orders would be and also

23  figure out what the product flow would be because Lowell said

24  there were a limited number of computer chips that he could

25  get that would basically determine how fast he could produce

1    the product.  So I initially sat down to Lowell to prepare

2    some proformas so we could advise AMEX what we thought future

3    revenues might be.

4    Q   Had you finished your answer?

5          The question was Harmison and then Pickard and

6    Provencio with regard to the projections at that time, and you

7    were answering, and I think I cut you off or something.

8    A   Well, let me just reiterate.

9          Okay.  Initially, AMEX needed a projection so they

10   could determine whether or not we would have a plan that would

11   take us out of the capital deficiency situation.  So I started

12   off to prepare a proforma financial which basically covered

13   projected sales from different sources over a certain period

14   of time.  I initially started working with Lowell on that

15   information, and then after it reached a certain point we

16   then, or I then kicked it over to Kevin Pickard, who was the

17   chief financial officer.

18         He picked it up and then he kicked it over to Norma

19   Provencio.  What Lowell's interaction was with them I don't

20   know.

21   Q   At the time of doing these projections -- by the way, who

22   was Norma Provencio?  Is she is a CPA?

23   A   Norma Provencio is a CPA.  She used to be a board member

24   for Signalife.  She has a long association with Mr. Stein, and

25   she was engaged, after being a board member on a consulting

1    basis, to assist on this project.

2    Q    Are you familiar with a phrase called audit committee?

3    A    Yes, I am.

4    Q    An audit committee is a committee of the board that

5    reviews every financial transaction of the company on behalf

6    of the company; isn't that correct?

7    A    No; that's not correct.

8    Q    What is your definition of what an audit committee is?

9    A    An audit committee generally reviews the financial

10   statements, makes sure they're properly prepared, respond to

11   questions from the auditor.  Do they inspect every transaction

12   that the company does?  Well, they may inspect selected

13   transactions, but they don't inspect every single transaction.

14   Q    Between the audit committee of the board of directors and

15   the auditors, there's three different sets.  There's an audit

16   committee, then there's a board of directors, and then they're

17   outside auditors?

18   A    Yes.

19   Q    Is it their group responsibility to review all of the

20   transactions of the company and make sure they're fairly

21   presented so that you can write your reports to the market?

22   A    Well, your question is, again, do they inspect every

23   single transaction the company goes into.  No, I don't think

24   they inspect every single transaction.  As a general rule,

25   they look at the financial statements, they look at the

1    financial rules that you're filing for reporting.  They spot

2    certain transactions to test them.  They make sure that you

3    are collecting your information and giving it to the auditor

4    in a timely fashion and getting your financial statements out

5    in a timely fashion.

6            So I would call it it's a general financial overview.

7    But they don't look at every single transaction if that's the

8    point you're trying to get.

9    Q    Not trying to get the point.  You're telling me under the

10   Sarbanes-Oxley Act and under the securities laws, that the

11   audit committee, the auditor, and the board do not have to

12   know about everything that happens in the company; is that

13   what you're telling me?  It's a yes or no.

14   A    Well, as a practical matter in real life, there's no way,

15   particularly for a larger company, that all these people know

16   about every single transaction that a company enters into.

17   Q    You said this was a small company.

18   A    Yes, it, is but it still has lots of transactions.

19   Q    So the answer is no, it is not their responsibility to

20   review all transactions and to test them; is that correct?

21   A    No, they do not review and test every single transaction.

22           And, in fact, I don't know if there's an obligation

23   for the audit committee or even the auditors to test every

24   transaction.  Auditors test selected transactions so they can

25   get selectively things.  They're not required to test every

1    single transaction.

2    Q    Do auditors have a duty to talk to the CEO of the company?

3    A    You'll have to ask the auditors.

4    Q    But there's no law you're aware of that says on public

5    companies outside auditors must communicate with the CEO of

6    the company?  You're not aware of any law?

7    A    Well, if you're referring to Sarbanes-Oxley, I'd have to

8    go back bag and review it.  I would say what typically happens

9    is at the end of the process before you do your filing, you

10   have an audit committee meeting.  Usually the chief executive

11   officer is present at that audit committee meeting to answer

12   any questions that the auditors may raise at that meeting.  So

13   certainly if they have questions of him at that point, he is

14   commonly typically present at that meeting.

15           Do they call him up and contact him before it gets to

16   that stage?  Do they call him up during the process of their

17   audit?  I don't know what their common practice is.  I would

18   assume they normally work with the chief financial officer and

19   run it past him.  That's his job, is to coordinate with them

20   and provide them with what they need and also to coordinate

21   with the audit committee.

22   Q    And the chief financial officer would get his information

23   from the CEO?

24   A    I think he gets his information from a whole variety of

25   sources.

1    Q    Including the CEO?

2    A    It certainly could include the CEO.

3            MR. STEIN:  May I approach?

4            THE COURT:  Yes.

5    BY MR. STEIN:

6    Q    Thank you, Mr. Woodbury.

7            I'm showing you a document that you should not speak

8    about, but it's marked as 323.

9            THE COURT:  Did you say 323?

10           MR. STEIN:  323, Your Honor.

11           THE COURT:  I thought I had 323 already in evidence.

12   Am I mistaken about that?

13           MR. STIEGLITZ:  Your Honor -- well, I don't mean to

14   step in on Mr. Stein.  I think we had spoken about it briefly,

15   but there had been no -- I don't believe it was with

16   Mr. Woodbury, unless I've got my numbers wrong.

17           THE COURT:  What was your first exhibit that you

18   admitted into evidence?

19           MR. STIEGLITZ:  The SB2 you marked as 323.  Is that

20   323 or 322?  There might just be a matter of duplicate

21   markings on an exhibit.

22           MR. STEIN:  The Court is correct.  The SB2 was marked

23   as 323, so this will be 324.

24           THE COURT:  Okay.

25           MR. STEIN:  I apologize.

1    BY MR. STEIN:

2    Q   Mr. Woodbury, are you familiar with the report in front of

3    you?

4    A   Yes, I am.

5    Q   What is the title of the report?

6              MR. STIEGLITZ:  Your Honor, we'd object as to

7    Mr. Woodbury reading off a document that's not in evidence.

8    And to the extent Mr. Stein's going to offer it into evidence,

9    we would object on hearsay grounds.

10             MR. STEIN:  I'm not offering it, I just want to

11   identify it.  I'll be offering it later.

12             THE COURT:  I don't see the harm in him telling us

13   what the document is, so I'll overrule the objection at this

14   point.

15             Go ahead.

16             THE WITNESS:  Okay.  It's a report by the Office of

17   Inspector General of the Office of Audit of the U.S.

18   Securities and Exchange Commission.  The report is captioned,

19   "Practices relating to naked short selling complaints and

20   referrals."

21   BY MR. STEIN:

22   Q   Are you familiar, do you recall an issue with the AMEX and

23   the company regarding naked short selling on the American

24   Stock Exchange that you personally interacted with the AMEX

25   on?

```
1   A   I recall you directing me, because you were concerned with

2   naked shorting, to contact the AMEX and raise it as an issue.

3   Q   You don't recall Dr. Harmison directing you to do that; is

4   that right?

5   A   I don't recall, but he may have.  I mean, certainly at

6   that point when you were working with him, he would have

7   shared your concerns.

8   Q   Did he ever ask you to put in writing to the American

9   Stock Exchange the concerns about naked short selling?

10   A   I remember at one point I think it was you who gave me a

11   letter to send to them, which I basically copied whole cloth

12   and sent to them.  I don't know if that's the letter.  I would

13   have to take a look and see.  But that's kinda what I have in

14   my recollection.

15   Q   Well, that's not the letter.

16   A   No, that's a report from the SEC.

17   Q   From the OIG.

18   A   That is correct.

19   Q   Do you remember the company ever consulting and getting

20   reports from another company called buyins.net?

21   A   Well, I remember that you were constantly on the phone

22   with them and Tom Ronk and always talking about their reports.

23   At one point you even wanted to put their report in a press

24   release, which at your direction was added into the press

25   release.
```

1    Q   And their address is WWW buyins.net dot com?  They do this

2    for all companies, right?

3    A   I don't know.  I never followed up on it.  That was your

4    issue; that wasn't mine.  I just knew you were always working

5    with them.

6    Q   Buyins.net issued its own press releases regarding the

7    naked short selling of the Signalife stock; isn't that right?

8    A   I don't recall, but I'll take your word for it.

9    Q   Please don't take my word for it.  It will be in evidence.

10          MR. STEIN:  May I approach, Your Honor?

11          THE COURT:  Yes.

12          MR. STIEGLITZ:  I apologize, Your Honor.  This isn't

13   marked as an exhibit, so I'm having to track it down. .

14          MR. STEIN:  May I approach?

15          THE COURT:  Yes.

16   BY MR. STEIN:

17   Q   We've marked exhibit 326, the communication by you to the

18   AMEX.  You wrote that communication to the American Stock

19   Exchange, didn't you?

20   A   No, I think this is the e-mail that I was referring to.  I

21   think I basically got this whole cloth from you and dropped it

22   into my e-mail because you did not want to be on the e-mail.

23   Q   Do you have any writing confirming that, such as an e-mail

24   from me?  Because the Government has everything.  So if that

25   happened, they would introduce it into evidence.

```
 1   A   I believe so.  I'll take a look.  Can somebody over there

 2   jot down a note for me to do that?

 3            MR. STEIN:  May I approach?

 4            THE COURT:  Yes.

 5   BY MR. STEIN:

 6   Q   This is an e-mail sent by you to four or five people, none

 7   of which was me, correct?

 8   A   As I explained, you --

 9   Q   It's a yes or no question.

10   A   No, of course you were not copied on it.  You did not want

11   to be.

12   Q   The e-mail says that, "As you are probably aware,

13   Signalife has several investors, most of them institutions and

14   many of them significant --"

15            THE COURT:  Mr. Stein, the document's not in

16   evidence.

17            MR. STEIN:  I'd offer it into evidence, Your Honor.

18   I'm sorry.

19            MR. STIEGLITZ:  Your Honor, we don't have an

20   objection.  I just wanted to make sure.

21            THE COURT:  What's the number again?

22            MR. STEIN:  I'm sorry, Your Honor.  It's 326.

23            THE COURT:  Admitted without objection.

24        (Defendant's Exhibit No. 326 entered into evidence.)

25            You can now read from it if you'd like.
```

```
 1            MR. STEIN:  Just says:  "As you're probably aware,
 2   Signalife has several investors, most of them institutions and
 3   many of them significant stockholders that are closely
 4   tracking our stock."
 5            Was that true at the time on September of 2007?  Were
 6   there institutional investors that were closely tracking the
 7   stock?
 8            THE WITNESS:  Well, we certainly had several
 9   institutional investors.  Whether or not they were tracking
10   the stock, I have no idea.
11   BY MR. STEIN:
12   Q   Are you familiar with Rule 5 of the American Stock
13   Exchange entitled Manipulation?
14   A   I would have to read it.  I don't have any direct
15   recollection of exactly what's in the rule.  I can guess
16   what's in it.
17   Q   We don't want you to guess.  You're a securities lawyer.
18   I just wanted to know if you had an independent recollection.
19            At the end of the letter it says:  "As previously
20   noticed to you, Dr. Harmison remains available to discuss the
21   news release issue and is also equally available to discuss
22   this issue.  If there are no improprieties and there is an
23   innocent explanation, Dr. Harmison would like to put the
24   matter to bed ASAP since it remains a constant irritant in
25   Signalife's relationships with both AMEX and its investors."
```

1              It's now on your screen.

2              Is that a true statement in September of 2007, to the

3     best of your recollection?

4     A    Well, my recollection, yes, is that you and Dr. Harmison

5     wanted to meet with AMEX and talk things through.

6     Q    In fact, there was a meeting with AMEX.  There's actually

7     a picture in the Government's archives.  You remember that

8     picture, don't you?

9              MR. STIEGLITZ:  Your Honor, I'm sorry --

10             THE COURT:  Sustained.

11             Mr. Stein, don't refer to Government's evidence or

12    records or what they have or don't have.

13             MR. STEIN:  I'm sorry, Your Honor.

14    BY MR. STEIN:

15    Q    Do you recall seeing a picture of Dr. Harmison with the --

16    with Neil Wyckoff, the head of the American Stock Exchange?

17    A    I don't know if I recall the picture, but I do recollect

18    that you guys did go to New York and meet with them.

19    Q    And when it was you guys, it was Dr. Harmison, Dr. Windom,

20    the former Secretary of Health, and Stan Gelfer, one of the

21    electronics people; isn't that correct?

22    A    I don't remember who went with Dr. Harmison, I just know

23    that he was there.

24    Q    There was a meeting with the AMEX?

25    A    That's correct.

```
 1              MR. STEIN:  May I approach?

 2              THE COURT:  Yes.

 3   BY MR. STEIN:

 4    Q   Have you ever seen that before?

 5    A   I don't recall it.  I would have to go through my e-mails

 6    and refresh my memory.

 7    Q   The e-mail's kind of strange.  It has a lot of links on

 8    it.  As you can see, a lot of Internet links.  It doesn't

 9    refresh your recollection?

10    A   No, it doesn't.

11    Q   Very well.

12              MR. STEIN:  Can I approach?

13              THE COURT:  Yes.

14              MR. STEIN:  It's not being offered by this witness.

15   BY MR. STEIN:

16    Q   Mr. Woodbury, you were preparing projections, as you

17    indicated, and this morning you indicated there were various

18    sales orders that you believe to be false.  Remember that

19    testimony?

20    A   Which -- well, at the time I certainly believed that they

21    were false.  Based upon what I said was the falsity was when

22    you denied that you had any knowledge of them.

23    Q   You have no idea what Dr. Harmison and I spoke about;

24    isn't that correct?

25    A   That's true.  I was not on that marketing trip with you
```

```
 1    and Dr. Harmison.

 2    Q    In fact, there may not have been a marketing trip

 3    between -- with me and Dr. Harmison; isn't that right?

 4    A    Well, the whole week prior to the first press release you

 5    kept on calling me and telling me that you're on the trip with

 6    Dr. Harmison.  You're talking about we're going to hospitals,

 7    we're going to nursing homes, there's this ambulance service.

 8    So you certainly led me to believe that you were on the trip

 9    with him.  But do I have firsthand knowledge?  No.

10    Q    Do you have firsthand knowledge that there was a press

11    release issued that said Dr. Harmison, flanked by Drs. Windom

12    and Johnson began the marquis hospital initiative?  Remember

13    that press release?

14    A    Yes, I do remember that.

15    Q    Mr. Woodbury, the total amount of purchase orders that you

16    reviewed this morning were somewhere south of $10 million.  I

17    don't remember the exact amount, but would you agree it's

18    somewhere south of $10 million?

19    A    That's accurate.

20              MR. STEIN:  May I approach, Your Honor?

21              THE COURT:  Yes.

22              I'm sorry, Mr. Woodbury, when you answered one of the

23    last questions about truth or falsity of the press release,

24    did you say at the time you believed that they were false or

25    you did not believe they were false?
```

1          THE WITNESS:  No, at the time I believed they were

2    all valid.  I was commenting on the truth or falsity of

3    Mr. Stein's testimony of the SEC that he's never seen these

4    things.  He's totally unaware of them.  It's patently obvious

5    that's false.

6          THE COURT:  The answer you gave in the last two

7    minutes about whether you believed the press releases were

8    false or not at the time, your answer was?

9          THE WITNESS:  No, I absolutely believe they were

10   valid.

11   BY MR. STEIN:

12   Q   Show you what's been marked as exhibit 57.

13   A   I reviewed it.

14          MR. STEIN:  May I approach?

15          THE COURT:  Yes.

16   BY MR. STEIN:

17   Q   What's the title of exhibit 57?

18   A   Capital venture equity agreement by and between Innet,

19   I-n-n-e-t, Company, Ltd., and SignalCare, Inc.

20   Q   You formed a subsidiary for Signalife called SignalCare;

21   is that correct?

22   A   I formed several subsidiaries.  I don't recall that name

23   offhand, but if you said I did, I'll accept that I did.

24   Q   So you did.

25          Is that Dr. Harmison's signature on page 45 of

1    exhibit 57?

2    A    Yes, that appears to be his signature.

3            MR. STEIN:  I'd like to offer exhibit 57 into

4    evidence.

5            MR. STIEGLITZ:  No objection, Your Honor.

6            THE COURT:  Admitted without objection.

7        (Defendant's Exhibit No. 57 entered into evidence.)

8    BY MR. STEIN:

9    Q    Exhibit 57 is a long document, Mr. Woodbury, signed by

10   Dr. Harmison.  Was there ever a press release issued regarding

11   this document, the capital venture agreement?  It's a yes or

12   no question.  To your recollection.

13   A    Actually, I don't recall.

14           MR. STEIN:  May I approach again, Your Honor?

15           Go to page VI at the beginning.

16   BY MR. STEIN

17   Q    Mr. Woodbury, can you -- you've seen this document before.

18   The last two pages of this document are a letter from

19   Dr. Harmison.  You've already authenticated his signature.

20   Could you please read the letter by Dr. Harmison sent to

21   Innet?

22   A    "Dear Mr. Lee, it is with great honor and pleasure that I

23   forward to you my signature on our capital venture equity

24   agreement.  I thank you, sir, for your time and commitment in

25   negotiating and completing this agreement.  It is apparent

1    that Innet has a fantastic level of technological

2    sophistication that may aid SignalCare in its expansions near

3    the Pacific Rim and elsewhere.

4            "We look forward through the joint venture to assist

5    Innet in establishing and expanding its import/export

6    capabilities to meet the growing demands dictated by Innet's

7    business plans and market expansion.  I personally will be

8    honored to meet with you in the near future.

9            "In order to continue forward on the agreement, it is

10   now apparent that the pledge, collateral, and other schedules

11   and agreements be concluded so there is no limitation on the

12   value we can advance toward our mutual goals.  The bonds are

13   of a particular importance, including the same prohibition

14   against limiting Innet's or SignalCare's upside in the

15   leverage and utilization of the bonds in both public and

16   private marketplaces.  I know that our respective lawyers are

17   working on those, and I am confident that they will complete

18   all of the schedules and all of the important bonds in very

19   short order.

20           "On a personal note, once again, I appreciate the

21   work and success you have achieved in building Innet; and on

22   behalf of SignalCare and its affiliates and partners

23   worldwide, I personally look forward to forging a longstanding

24   and mutually beneficial relationship between our companies."

25   Q    Thank you, Mr. Woodbury.

 1              MR. STEIN:  May I approach?

 2   BY MR. STEIN:

 3   Q   One more thing.  Recitals.

 4              You're a California lawyer, right?

 5   A   Yes, I am.

 6   Q   You're aware that recitals and written instruments are

 7   conclusively deemed to be true between the parties under

 8   evidence code 622, aren't you?

 9   A   No, I'll take your word for that.  You're a litigator, I'm

10   not.

11   Q   I'm talking about the evidence code.

12   A   Yes, I'm not a litigator.  Litigators are familiar with

13   the evidence code.

14   Q   Isn't that also --

15              THE COURT:  Mr. Woodbury, you need to speak into the

16   microphone, please.

17              THE WITNESS:  Yes, I am not going to quote the

18   evidence code because I don't use it.

19   BY MR. STEIN:

20   Q   But you would expect recitals to be true between the

21   parties?

22   A   I really can't comment on that.  I'm not a litigator.

23   Q   Okay.  We'll show the jury 622.

24              Could you read subsection C, and then we're done with

25   that document.

```
 1   A    "The boards of directors of SGC has determined that the
 2   JCV is consistent with and in furtherance of the longterm
 3   business strategy of SGC and is fair to and in the best
 4   interests of SGC and its stockholders and has approved and
 5   adopted the JCV, this agreement, and the other transactions
 6   contemplated hereby, and has perfected the agreement to be
 7   carried and the other transactions contemplated hereby and has
 8   affected this agreement to be carried out immediately.  The
 9   board of directors of SGC has made the precise same
10   determination.  As of the date of signing hereto, Innet
11   represents that the bond issued herewith maintains a face
12   valuation of more than $30 million."
13   Q    How much?
14   A    $30 million.
15            MR. STEIN:  May I approach?
16            THE COURT:  Yes.
17   BY MR. STEIN:
18   Q    I never pushed you to issue a press release regarding this
19   document; isn't that correct?
20   A    I don't recall.  I know there were two press releases that
21   were issued in early 2008.  I don't know if this was or wasn't
22   in one of those.
23   Q    The record will reflect it.
24            MR. STEIN:  May I approach?
25            THE COURT:  Yes.
```

```
 1  BY MR. STEIN:

 2    Q   I'm going to show you exhibit 106.  Much shorter document.

 3    A   Okay.  Yes, I recall this.

 4    Q   You do recall 106?

 5    A   Yes, I do.

 6    Q   Thank you.

 7            MR. STEIN:  Move 106 into evidence, Your Honor.

 8            MR. STIEGLITZ:  I just want -- is this just the one

 9  page?

10            MR. STEIN:  Yeah, it's just the one page.

11            MR. STIEGLITZ:  Not the attachments?

12            MR. STEIN:  I never got the attachments.

13            MR. STIEGLITZ:  No objection, Your Honor.

14            THE COURT:  Admitted without objection.

15        (Defendant's Exhibit No. 106 entered into evidence.)

16            MR. STEIN:  May I approach, Your Honor?

17            THE COURT:  Yes.

18            MR. STEIN:  Thank you.

19  BY MR. STEIN:

20    Q   You wrote to Lowell Harmison on February 3rd, 2008

21  attaching consulting agreements for Brian Harmison and

22  Cantrell.

23            Do you remember doing that?

24    A   Yes, I do.

25    Q   You drafted both of those agreements, right?
```

```
 1    A    Yes, I do.

 2    Q    Was Brian Harmison related to Dr. Harmison?  Do you know?

 3    A    I believe he was his son.

 4    Q    And that was February 3rd, 2008.  That date is not off,

 5    right, to your knowledge?

 6    A    To my knowledge.  To my knowledge, no.

 7              MR. STEIN:  I'm going to show the witness a four-page

 8    document.  First, let me show it to the Government.  It's

 9    Bates stamped.  I just marked it.                        .

10              May I approach?

11              THE COURT:  Yes.

12              THE WITNESS:  Okay.  I recall this document.

13    BY MR. STEIN:

14    Q    Were you the author of this document?

15    A    Yes, I was.

16              MR. STEIN:  Move it into evidence.

17              MR. STIEGLITZ:  No objection, Your Honor.

18              THE COURT:  I'm sorry, what was the number?

19              MR. STEIN:  327, Your Honor.

20              THE COURT:  Admitted without objection.

21    (Defendant's Exhibit No. 27 entered into evidence.)

22              MR. STEIN:  Thank you.

23    BY MR. STEIN:

24    Q    The date of this document is Saturday, May 24th, 2008.  To

25    the best of your recollection, that was after Dr. Harmison
```

 1   withdrew or had illness or whatever; is that right?

 2   A   Yes, I think it was about a month afterwards.

 3   Q   You drafted this, Mr. Woodbury; is that correct?

 4   A   That's correct.

 5       MR. STEIN:  May I approach again, Your Honor?

 6   BY MR. STEIN:

 7   Q   Please read verbatim number 1 on the screen right here,

 8   called the marquis health program of Dr. Harmison.

 9   A   You don't want any context of this, I take it.

10   Q   Please read it?

11   A   Sure.

12       "Rowland, per our discussion" —— I'm sorry.

13       "Number 1, marquis health program.  Lowell's and

14   Windom's ability to use their personal contacts to cut through

15   the red tape and immediately sell to the major hospitals and

16   generating purchase orders was the basis for Lowell replacing

17   Pam in July 2007.

18       "Remember, per Lowell, the F100 was fully commercial

19   and there was no excuses for Pam not making any sales.  Based

20   on this, SGN has promoted the marquis health program since

21   July 2007 to both the investing public and AMEX.  However, as

22   far as I can tell, Lowell's efforts stopped last

23   September/October, eight, nine months ago, after he visited

24   three, four hospitals."

25       Again, this is when I'm reviewing it at this time and

1    recollecting past events.

2         "Has anyone been doing any selling

3    activities/demonstrations to the marquis hospitals over the

4    past nine months, question mark?  Lowell, question mark?

5    Windom, question mark?  Brian, question mark?  Cantrell,

6    question mark?  Phillips, question mark?

7         "Remember, Lowell circulated to me some form of draft

8    selling plan in January 2008 talking about how he was going

9    to, quote, sell, sell, sell, unquote, which he has apparently

10   not discussed with anyone on the board or Mitch.  Granted that

11   there were some production issues to resolve, but why has F100

12   domestic marketing efforts appeared to have stopped for the

13   past eight to nine months in their entirety?

14        "Also, I understand that Phillips, Brian, and

15   Cantrell were hired to conduct sales activities supplementary

16   to the marquis health program that was going to be personally

17   conducted by Lowell and Windom.  Moreover, they were to report

18   to Phillips.  Have they done so?"

19   Q   Thank you.

20        There were some production problems with Fidelity 100

21   at the end of 2007; is that correct?

22   A   That's correct.  That's my understanding.

23   Q   Mr. Woodbury, have you ever heard of a company called

24   Biosig?

25   A   No, I have not.

1    Q   How many contracts, to the best of your recollection, have

2    you drafted with the person claimed to have invented the

3    Fidelity 100, Budimir Drakulic, in the course of your

4    responsibilities?  I'm just looking for your best guess, best

5    estimate.

6    A   Well, I'd have to think through.  I recall that you

7    directed me to produce a number of contracts dealing with his

8    receipt of shares and the sale of them.  You also directed me

9    to put together a set of contracts for him to at a later date

10    vend in other technology into Signalife.  Those are the two

11    sets that come to the top of my head.

12    Q   How many contracts made up those sets?  Less than 10?

13    More than five?

14    A   I don't recall the exact number.

15    Q   Were you instructed by the company and its board or me to

16    assure that all technology generated by Budimir Drakulic, the

17    inventor, would be owned by the company, not by him

18    personally?

19    A   Well, the concept as it was explained to me was an

20    opportunity to also make him a larger shareholder in the

21    company and have him on the team of the existing shareholders.

22    And so really the question is what comes first.  Is it the

23    technology going in or is it really increasing his position to

24    the benefit of the company?  My understanding was that he had

25    some concepts that had not been developed, and basically that

1    was what was going to be vended into the company.  And that's

2    all per Mr. Stein.

3    Q    And as of the first day you started drafting contracts

4    with Dr. Drakulic, you knew that the company owned the one

5    patent that he had developed with the Air Force in the '90s,

6    right?

7    A    Yes, the company would own that patent, yes.

8    Q    The company owns the patent that transmits biomedical

9    signals from the human body outside the human body.  That's

10   what that patent generally says, and you wrote about it in

11   your filings; is that right?

12   A    I don't recall the exact language, but that sounds like

13   that's what it would be.

14   Q    There was this picture of a body on the front of the

15   patent with wires coming off of it.  Remember that?

16   A    Not really, but it would be the patent so you could get a

17   clear signal from the body to the device without interference.

18   Q    And that patent was transferred to the company, and the

19   company owned that patent outright, is that your recollection?

20   A    Well, actually, that patent to my knowledge, was purchased

21   by either ARC or Mr. and Mrs. Stein, who later transferred

22   that patent to the company.

23   Q    And the company owned that patent as of the -- certainly

24   as of the date you became counsel, right?

25   A    That's correct.

```
 1   Q    Remember I told you --
 2            MR. STEIN:  I'm not going to mark this, although I
 3   may.  I'm just going to show it to him.
 4   BY MR. STEIN:
 5   Q    Do you remember this picture on the patent?  The
 6   biomedical signals on the body?
 7   A    Not off the top of my head.
 8   Q    Well, I think I better mark it.
 9            MR. STEIN:  May I approach, Your Honor?
10            THE COURT:  Yes.
11   BY MR. STEIN:
12   Q    Mr. Woodbury, you remember seeing this patent, don't you?
13   A    Not really.  Remember, Elliott Roston was the patent
14   attorney.  I really didn't handle patents.  All I got was
15   summaries.
16   Q    Well, in your public filings you talked about it in every
17   filing.  Do you remember referencing it in filings, the
18   company's ownership of patents?
19   A    Yes, I did.  I named the patent, I put the patent number
20   in.  I believe I got that off of the U.S. patent website.  I
21   had a brief one or two-sentence explanation of the patent.
22   But, you know, that goes back years and years, so what source
23   material I used for that I just don't recall.  I don't recall
24   actually going through this.
25            MR. STEIN:  I move it into evidence, Your Honor.
```

 1          MR. STIEGLITZ:  Your Honor, I would object on the

 2     grounds of relevance, on the grounds of --

 3          THE COURT:  What's the relevance, Mr. Stein?  I

 4     thought I heard in opening statement that this case was not

 5     about the technology.

 6          MR. STEIN:  It's not about the technology, Your

 7     Honor.  I would like to have a sidebar if that's possible.

 8          THE COURT:  Okay.

 9        (The following proceedings were held at sidebar:)

10          MR. STEIN:  Your Honor, I produced these documents to

11     the Government.

12          THE COURT:  The issue is relevancy.  What's the

13     relevance?

14          MR. STEIN:  Yes, this issue goes to bias.  As it

15     turns out, all of the work of the company, and this was the

16     complaint to the SEC --

17          THE COURT:  Keep your voice down.

18          MR. STEIN:  -- was that the inventor was stealing

19     the technology.  He has now completed that theft.  I just wish

20     to know if this witness is a part of it.  If he's not, I'm not

21     going to ask another question.

22          THE COURT:  Again, what does moving the patent into

23     evidence have to do with that?

24          MR. STEIN:  Because the patent was stolen, along with

25     other items, and if he was the owner of that company he would

```
 1    be very biased against me.  If he was not an owner of that
 2    company, I would have no further questions.
 3            THE COURT:  But you're asking that the patent itself
 4    be moved into evidence.  You can ask him about the issue
 5    you're talking about that might show bias, but why does the
 6    patent need to be in evidence?
 7            MR. STEIN:  There will be a claim, I believe, by --
 8    and the offer of proof is there would be a claim by another
 9    witness that the technology that the inventor has in his new
10    company is not that patent, and it is, and it will establish
11    bias on the part of four witnesses.
12            THE COURT:  Well, why don't you wait until -- to see
13    if you can tie it in.  It's been -- I don't think anybody's
14    doubting that it's the patent.  So it's been marked.  If you
15    can tie it in somehow later to something else --
16            MR. STEIN:  Judge Hopkins has subpoenaed those
17    witnesses, so I will not move it at this time.
18            THE COURT:  All right.
19            MR. STIEGLITZ:  Go ahead.
20            THE COURT:  So you're going to withdraw your request
21    to admit this at this time?
22            MR. STEIN:  Right.  I'm just going to ask him if he
23    owns the company or knows about it, and that's it.
24            MR. STIEGLITZ:  Your Honor, while we're here, I
25    just -- I've refrained from making a scope objection.  We're
```

1    well, well, well beyond the scope of any direct examination,

2    and I just ask Mr. Stein to perhaps proffer where we're going

3    and --

4            THE COURT:  Well, that kind of brings us to the

5    question that -- or the issue that Mr. Stein raised earlier

6    about having to bring this witness back in his case.  I would

7    prefer, if we could, to just, you know, any witnesses that you

8    call in your case that he wants to call in his case, that we

9    try and do them all at once rather than to bring him back from

10   California.

11           MR. STEIN:  I'd like to try to do that.  We tried to

12   work that out.

13           THE COURT:  So to the extent that he might be trying

14   to put in evidence that relates to his case now, so we can

15   avoid bringing this witness back, do you have a real problem?

16           MR. STIEGLITZ:  Well, I guess I just ask sort of,

17   given that Mr. Stein estimated we'd be -- we're certainly past

18   the time, how much further we have to go on Mr. Woodbury, if

19   that's the case, if indeed I agree to that.

20           THE COURT:  Okay.  Well, do you have a problem with

21   doing that if this is --

22           MR. STIEGLITZ:  I guess from just sort of a clarity

23   aspect of it, would it be the Court's view that then Mr. Stein

24   would be, in effect, putting on a case by doing so, if I agree

25   to that?  I just think for purposes of the record, I don't

1    know whether if I agree to Mr. Stein being allowed to

2    essentially ask -- conduct a direct examination through his

3    cross-examination, whether he's thereby putting on a case or

4    not.  And I just --

5              THE COURT:  I assume that's what he's doing.

6              So anyway, do you want to have to bring this

7    gentleman back to put him on in your case, or can we just do

8    it, whatever you want for purposes of your defense, to bring

9    out now?

10             MR. STEIN:  I don't know what the other witnesses are

11   going to testify to, so I'd like to reserve the right, but I

12   will represent to the Court that for today I don't know what

13   the other witnesses will do, I'll be done in 10 minutes.  So I

14   can at that point, in bringing him in my case, it would be

15   something new that would have to come up.

16             THE COURT:  So as far as you're concerned, you've

17   covered enough with him that you would not need to bring him

18   back in your case unless something unexpected came up that you

19   weren't able to cover because of that, because of the fact

20   that it came up after he left?

21             MR. STEIN:  And I fully expect that to happen, which

22   is why I wanted to get rid of -- but Your Honor's correct, I

23   have covered enough.  And I don't think this is beyond the

24   scope, because the whole thing was~-- the whole thing was --

25             THE COURT:  We don't need to worry about that now.

```
 1    We don't need to worry about that.  I'm trying to figure out

 2    whether you need to call this witness back.

 3         MR. STEIN:  I do not expect to call him back unless

 4    some other witness testifies to something that he would have

 5    personal knowledge of.  I do not expect that.

 6         THE COURT:  Okay.

 7         MR. STIEGLITZ:  And with that in mind, can I just,

 8    while we're here, ask the housekeeping question of, if that's

 9    the case, when Your Honor asks if we can release Mr. Woodbury,

10    will Mr. Stein's position be that we can put him on a flight

11    tonight and then subject to, you know, a 48-hour callback or

12    something period?

13         MR. STEIN:  That's fine.

14         I mean, I presume your case is more than one day

15    long.

16         MR. STIEGLITZ:  I just wanted to make sure we could

17    put him on a flight tonight.

18         MR. STEIN:  I don't want to keep him here.

19         MR. STIEGLITZ:  Or I'm sorry not tonight because

20    we'll have redirect, I guess.

21         THE COURT:  You're going to try and finish him up in

22    10 minutes?

23         MR. STEIN:  Yes, Your Honor, I represent that.

24         THE COURT:  And you're going to have how much in

25    redirect?  We're going to need to bring him back tomorrow?
```

```
 1              MR. STIEGLITZ:  I think so probably.

 2              THE COURT:  Let's try and finish your

 3    cross-examination before we break.

 4              MR. STEIN:  I understand.  Thank you, Your Honor.

 5           (Sidebar conference concluded.)

 6              THE COURT:  All right.  Ladies and gentlemen, we're

 7    going to try and finish with Mr. Stein's cross-examination

 8    before we break for the evening.  Is there anyone who has to

 9    leave like right at 5:00 o'clock, if we go a few minutes?

10    You, do sir?

11              A JUROR:  I'm good.  5:30, I got to be out of here by

12    5:30.

13              THE COURT:  We are expecting maybe 10 or 15 more

14    minutes for cross-examination.  Is everyone okay with staying

15    for that long?

16              Okay.  Thank you.

17              Go ahead, Mr. Stein.

18              MR. STEIN:  Thank you, Your Honor.

19              May I approach?

20              THE COURT:  Yes.

21    BY MR. STEIN:

22    Q   I'm withdrawing the exhibit.  You recall the patent,

23    Mr. Woodbury.

24              Are you familiar with a company called BioSig

25    Technologies?
```

1    A    Does not strike a bell.

2    Q    Do you own any interests in BioSig Technologies?

3    A    No, I don't.

4    Q    Are you aware of any person that you know of that owns an

5    interest in BioSig Technologies?

6    A    No.

7    Q    Are you aware that any of the technology that you

8    protected as the lawyer for Signalife is now being used by the

9    same Dr. Drakulic at BioSig Technologies?  Are you aware of

10   that fact?

11   A    Well, you had two questions there.  First of all, it's not

12   my job to protect the technology.  I'm not the patent

13   attorney.  The second question is I have no knowledge

14   whatsoever.  This is the first I've ever heard of this company

15   or allegations that it's now owned by this other company.

16   Q    Are you aware of any company, forget the name BioSig,

17   located on Wilshire Boulevard in Los Angeles, where you live,

18   that purports to own any of the technology that Signalife used

19   to own?

20   A    No, I'm not.

21         MR. STEIN:  May I approach, Your Honor?

22         THE COURT:  Yes.

23   BY MR. STEIN:

24   Q    Going to show two exhibits.  In the interest of judicial

25   economy, I'll stand with you.  They are two e-mails in the

1    2006 Pam Bunes timeframe.  Do you recall those?

2    A   Well, this looks typical, so I suppose this is accurate.

3    Sounds accurate.

4    Q   How about 127?

5            THE COURT:  I'm sorry, what was the first one that

6    the witness looked at?

7            MR. STEIN:  126.

8            THE COURT:  Thank you.

9            MR. STEIN:  From Hildebrand to --

10           THE COURT:  I just wanted to know the number.  Thank

11   you.

12           THE WITNESS:  Yes, I think I recall this one.

13           MR. STEIN:  Okay.  Move both 126 and 127 into

14   evidence.

15           MR. STIEGLITZ:  No objection, Your Honor.

16           THE COURT:  Both admitted without objection.

17       (Defendant's Exhibit No. 126 and 127 entered into

18   evidence.)

19   BY MR. STEIN:

20   Q   Mr. Woodbury, interestingly, you said with 126 that

21   something like this is the type of thing that went on then.

22   Can you just read the content of 126?

23   A   Yes.

24           "Upon Alaine Sosebee's" --

25   Q   Can you please include who it's addressed to?  It starts

1    off --

2            THE COURT:  Can you speak into the microphone,

3    please?

4            THE WITNESS:  Well, this is an e-mail from Rodney

5    Hildebrand to myself.

6            "John:  Upon Alaine Sosebee one-year service

7    anniversary, we would like to thank Alaine for her service and

8    contributions during her first year with Signalife.  To

9    underscore our appreciation and recognize the value she brings

10   to the company, we have granted her an additional 12,500

11   options to purchase Signalife, Inc. stock.  The options will

12   vest quarterly over a two-year period."

13           Do you want me to go on?

14   Q    There's only two sentences left.

15   A    "The effective date of this grant is Friday, July 14th,

16   2006.  The strike price is the closing price of the stock on

17   that date.  John, please register this grant and communicate

18   the registration to Alaine."

19   Q    Thank you.  Mr. Woodbury, who is Susan Keitt?  Do you

20   recall that name?

21   A    If I recall the name, she worked for Pam Bunes.  At this

22   point I don't recall what it was that she did.

23   Q    How about Jane Greene?  Who is she?

24   A    She was also someone that worked for Pam Bunes.

25   Q    How about Elaine Sosebee?

1   A   I believe she also worked for Pam Bunes.

2   Q   Mr. Woodbury, you remained counsel for the company after

3   Dr. Harmison withdrew for whatever reasons, health or

4   otherwise, correct?

5   A   That's correct.

6   Q   Well into the tenure of Rowland Perkins; is that right?

7   A   That's correct.

8   Q   Do you recall Dr. Harmison --

9            MR. STEIN:  May I approach, Your Honor?

10           THE COURT:  Yes.

11  BY MR. STEIN:

12  Q   -- issuing a summary report of all of his work to the

13  company later on that year?  I've just showed it to you.

14  A   Yes, I think he actually did this, I'm thinking January or

15  February 2008, although this says May 2008.  I think this is

16  the later report that he did after he withdrew and all of a

17  sudden this report showed up.

18  Q   He sent it to the company as a report of his tenure; is

19  that right?

20  A   Yes, that's correct.

21           MR. STEIN:  This is exhibit number 14.  Move it into

22  evidence, Your Honor.

23           MR. STIEGLITZ:  Court's indulgence for a moment while

24  we look at it.

25           Your Honor, we'd object on hearsay grounds.

```
 1                THE COURT:  What's the response to the hearsay

 2      objection?

 3                MR. STEIN:  Your Honor, I can -- this is a report

 4      sent by Dr. Harmison to the company in the ordinary course of

 5      business.  I can lay the foundation for the business records

 6      exception, which is an absolute exception to the hearsay rule.

 7                THE COURT:  Well, try and lay the predicate for the

 8      exception.

 9      BY MR. STEIN:

10      Q    Mr. Woodbury, when you received the reports in here you

11      said some were January and some may have been later.  Did you

12      receive them in the ordinary course of your business with

13      Signalife?

14      A    Well, my recollection is that in January of the year,

15      Dr. Harmison circulated some type of report.  I don't recall

16      to whom it was sent to and how I got my copy, but I do recall

17      that he did circulate a report in January.  This is actually a

18      second report that basically builds on that first report which

19      he circulated after he withdrew.  I don't recall exactly to

20      whom he sent that to.

21      Q    And because you were securities counsel and were very

22      comprehensive in your work, you had a complete set of files of

23      Signalife.  A lot of times people would have to call you for

24      files; is that right?

25      A    Well, most of my files are on my computer.  I'm in
```

 1   Calgary.  Things are sending me things by PDF, by e-mails.  So

 2   there's documents that are on my computer that I'm working on

 3   and I send out or in my e-mail files.

 4   Q   And these reports would be on your computer, then; is that

 5   right?

 6   A   Yes, if it was sent to me, it would have come to me by

 7   e-mail, and yes, it would be in my computer.

 8            MR. STEIN:  Move the document into evidence under the

 9   business records exception under the hearsay rule.

10            THE COURT:  I'll sustain the objection.  I don't

11   think you've met the requirements of the business exception

12   rule.

13   BY MR. STEIN:

14   Q   Mr. Woodbury, you are aware of the hospital marquis

15   initiative.  You have already read about it?

16   A   Yes, I am.

17   Q   Were you aware of the Fidelity 200 product?  Not the 100,

18   the full-blown EKG but the 200 product?

19   A   I do recall the 200.  I'm a bit vague on what the

20   difference is, but I do recall it as being a different

21   product.  Is that the credit card one?

22   Q   Yes, the company received FDA approval for that, right?

23   A   I don't recall at this point in time if it was ever --

24   Q   Conceptually, it looks something like this, credit card,

25   right?

```
 1   A   Yes, it's a small device.  Don't recall whether or not it

 2   was FDA approved.  I have to go back and read the 10-K which

 3   will describe what was or wasn't.

 4   Q   We'll do that.

 5           Do you recall other products that Dr. Harmison was

 6   developing, the Fidelity 1000, the 350, and other R&D

 7   activities that he had going during his tenure?

 8   A   Yes, there was several that he was working on.  I do

 9   recall the Fidelity 1000.

10   Q   Dr. Harmison was interested in forming a distribution

11   network so that Rubbermaid would never happen again, there

12   would never be a dissatisfied customer; is that right?  Is

13   that your recollection?

14           MR. STIEGLITZ:  Objection as to what Dr. Harmison

15   intended or was interested in.

16           THE COURT:  Sustained.

17   BY MR. STEIN:

18   Q   Is your understanding -- did you report to the public that

19   there was to be a distribution network of the product, in your

20   filings?

21   A   Well, I had different reports at different times.  During

22   Dr. Harmison's time, to my knowledge, there were only two

23   things that were going on.  At the outset of the year he was

24   doing his hospital marquis program, and that was the program

25   where he went down with you and the other people to Florida to
```

```
 1    sell top down from hospitals.  At the beginning of the next

 2    year we had all of these foreign sales.  We had Innet, we

 3    had -- there was another one, there were a whole bunch of

 4    things.

 5            To my knowledge, those all were going through you, or

 6    at least that's my discussions.  I didn't have any discussions

 7    with Dr. Harmison about those.

 8    Q   You remember talking -- I'm sorry, I didn't mean to cut

 9    you off, were you completed with your answer?

10    A   Yes.

11    Q   You familiar or you do remember sales or sales discussions

12    between Dr. Harmison and Edwards Life Sciences?

13    A   No, I don't.

14    Q   Davis Medical Electronics?

15    A   No, I don't.

16    Q   DMS Health Group?

17    A   No, I don't.

18    Q   Mueller Products and Services?

19    A   No, I don't.

20    Q   Moore Medical?

21    A   No, I don't.

22    Q   Sterling Surgical?

23    A   No, I don't.

24    Q   Cardiac Equipment Services?

25    A   No, I don't.
```

1    Q    A1 Cardiology Supplies?

2    A    No, I don't.

3    Q    The United States Department of Defense?

4    A    He had mentioned to me that he was going to go down to San

5    Diego and go to a military hospital.  This was up front.  Is

6    this the report from the summer after he withdrew that you're

7    referring to?

8    Q    I'm referring to the same report that's not in evidence,

9    so I'm just using it.

10   A    Okay.  Yeah, this was his rather, I'm going to say

11   self-serving report that he gave to the company after he left.

12   My recollection at that time, we were all, including yourself,

13   were kind of in shock because, well, we didn't see any of this

14   stuff, and all of a sudden here --

15        MR. STIEGLITZ:  Your Honor, I'm sorry to interrupt,

16   but it sounds like Mr. Woodbury's now characterizing and

17   Mr. Stein are both characterizing, discussing a document that

18   has not been admitted into evidence.

19        THE COURT:  Agreed.

20        He can ask him a question whether he knows about

21   anything and the witness can say whether he knows it or not.

22        So don't talk about the contents of that report, sir,

23   since it's not in evidence.

24   BY MR. STEIN:

25   Q    With regard to the Government, you do remember Lee

```
 1   Ehrlichman who worked under Rowland Perkins after Dr. Harmison

 2   actually traveling to Washington and meeting with

 3   representatives of the Government regarding the device, do you

 4   recall that?  Senator Waxman, Congressman Waxman?

 5   A   I remember that vaguely, but that's not a purchase order.

 6   Q   Remember any contracts with Cardinal?

 7   A   No.

 8   Q   Tenet?

 9   A   No.

10   Q   United Healthcare?

11   A   No.

12   Q   Humana?

13   A   Nope.

14   Q   Volunteer Hospitals of America?

15   A   No.

16   Q   Did any -- how many doctors did Dr. Harmison bring on the

17   board with him when he became CEO, if you recall?

18   A   My recollection, there were three doctors on the board.

19   One was Windom, who was his personal cardiologist.  I believe

20   there was Phillips.  I don't recall if that was Harmison's

21   lead or somebody else's.  And I believe there was another

22   doctor that was up in the San Jose area.  I don't recall his

23   name.

24   Q   Would Jay Johnson refresh your recollection as to his

25   name?
```

1    A    Actually, that sounds familiar.

2    Q    And the second doctor was named Steven Phillips at the

3    National Institute of Health; is that correct?

4    A    I don't recall where he worked at.  For some reason, I

5    thought he worked out of Iowa, but the name Phillips is

6    familiar.

7    Q    So Dr. Harmison came as a CEO of the company and brought

8    three physicians, cardiologists, on the board with him; is

9    that correct?

10   A    Three cardiologists joined the board.  I recall that he

11   brought Windom.  The other two, did he source them?  I don't

12   know.

13        MR. STEIN:  It's your witness.  I'm through.

14        THE COURT:  All right.  Thank you, Mr. Stein.

15        Ladies and gentlemen, thank you for working past the

16   5:00 o'clock hour.  We appreciate it, to try and finish with

17   the cross-examination.

18        I'm going to again remind you not to discuss the case

19   or form any opinions, please leave your notes, and don't do

20   any research.

21        Just for your planning purposes, we're only going to

22   work Friday until 1:00 o'clock.  So I don't know if you have

23   other things you want to do on Friday afternoon, but we're not

24   going to go past 1:00 o'clock on Friday, and I would like, if

25   possible, to just work through lunch so we can get an extra

1    hour in and not -- and take lunch after 1:00 o'clock, if

2    that's all right.

3           And so I'll tell you about other scheduling issues

4    tomorrow.  I don't want to keep you any later, but I just

5    thought I'd tell you about Friday so you can make plans if you

6    need to.

7           Thank you, and we'll see you tomorrow morning at

8    9:00.  Thank you, have a nice evening.

9        (The jury exits the courtroom.)

10           THE COURT:  All right.  Sorry, Mr. Woodbury, we

11   weren't able to finish you today, so we're going to have to

12   ask you to come back tomorrow.  So the Government has some

13   redirect examination that they would like to conduct.

14           THE WITNESS:  Okay.

15           THE COURT:  Unfortunately, we have to ask you to

16   spend an extra night here.

17           MR. STIEGLITZ:  But Your Honor left out the good

18   news.

19           MR. STEIN:  What's that?

20           MR. STIEGLITZ:  I believe unless Mr. Stein tells me

21   that I've got it wrong, I believe that when Mr. Woodbury's

22   completed, we're going to be in a position to let him go home

23   subject to a 48-hour call.

24           MR. STEIN:  Yeah.  If I have recross, it would be one

25   question, and then I would like Mr. Woodbury to go home and

 1    not come back.

 2            THE COURT:  All right.  So it's hopeful -- we're

 3    hopeful you're not going to have to make another trip back

 4    here.

 5            THE WITNESS:  So it's likely that I won't have to

 6    make another trip.

 7            THE COURT:  It's likely.

 8            MR. STEIN:  It's highly likely.  I will only have one

 9    recross.

10            THE COURT:  Thank you, sir.  We'll see you tomorrow.

11    Don't discuss your testimony during the recess, and I need to

12    speak to the parties here for some housekeeping issues.

13            THE WITNESS:  I just have one question.  If I do have

14    to come back, I'm told the U.S. Marshals is supposed to be

15    paying for my trip and I'm not going to have to front the

16    money, but I have no instructions or directions or who I call.

17    If somebody could handle that, so I am ready to respond, I

18    would appreciate it.

19            THE COURT:  Okay.  Well, since Mr. Stein is the one

20    who subpoenaed you to come back possibly, I'll have him have

21    to deal with that issue.

22            MR. WHITE:  I had responded to Mr. Woodbury's e-mail

23    request, I guess he was -- it was early this morning.  He

24    hasn't had a chance.  I will forward him the form and

25    instructions on how to handle that, if he does have to come

1    back.

2              THE COURT:  Okay.

3              MR. STIEGLITZ:  And, Your Honor, I'm sorry, one other

4    administrative matter is unless Mr. Stein objects, just in

5    terms of rescheduling Mr. Woodbury's travel for tonight, one

6    of the agents likely will just be in touch with him and

7    someone from our office about his travel issues.  I just

8    wanted to clarify the contact issue.

9              MR. STEIN:  Of course.

10             THE COURT:  Thank you, sir.  We'll see you tomorrow

11   morning.  Have a nice evening.

12             All right.  Anything that anybody has to talk about?

13   I just -- I'm just going to make a suggestion to try and speed

14   things up.  To the extent that you both agree that something's

15   going to go into evidence, if you could just tomorrow or

16   before a witness comes on, if you already -- Mr. Stein, if you

17   know that you're not going to have an objection to their

18   exhibits that they're offering, let's just move them into

19   evidence so we don't have to go through with the witness:  Do

20   you see it, do you know it, do you recognize it, move it into

21   evidence.

22             We can save a lot of time if you know there's not

23   going to be an objection, let's just get them admitted up

24   front, both sides, and then we can save a lot of --

25             MR. STEIN:  Your Honor, there's one I think it's not

1    an issue at this point, but that would speed things up, and

2    that is that prior to the trial, the only thing Mr. Pasano had

3    had were the copies of the SEC transcripts.  We subpoenaed the

4    SEC and they've produced these nice certified transcripts, but

5    they're still not officially authentic unless -- and so I

6    would ask the Government to stipulate to that, and I think

7    they will.

8            There's transcripts of the witnesses that will be

9    testifying that are obviously not hearsay because they're

10   prior recollection recorded and they could be inconsistent

11   with their statements.

12           THE COURT:  I'm not sure.

13           All I'm telling you is we went through the entire

14   witness, and the Government offered I think every one of their

15   documents you didn't have an objection to.  So we spent a lot

16   of time having the witness look at the exhibit, identifying

17   it, saying what it is, the Government having to say, I move it

18   into evidence, I have to say is there any objection, you say

19   no objection.  That all takes time.  We've got about 30 -- we

20   did that about 30 times.

21           If the next witness they bring on, if you're not

22   going to have any objection to any of those exhibits, let's

23   just move them into evidence all at once and save all that

24   time.

25           MR. STEIN:  If they'll tell me in advance, I probably

1    won't.

2              THE COURT:  That's all I'm asking is to try to see if

3    you come to an agreement.  When you put on your evidence,

4    hopefully, we can do the same and not have to waste -- I'm

5    trying to shorten this, not lengthen it.  These people don't

6    want to be here for three weeks if they don't have to be.  All

7    right?

8              MR. STIEGLITZ:  Absolutely.

9              Yes, Your Honor.

10             THE COURT:  Anything else?

11             MR. STEIN:  Yes, Your Honor.

12             With regard to the letter that the Court received

13   from Regal Securities.

14             THE COURT:  Yes.

15             MR. STEIN:  There's a prior letter.  And I'm not

16   suggesting anything untoward on the DOJ's part, where the

17   Regal Securities' general counsel said that she was told by

18   the United States Attorney that I had already gotten all their

19   documents and she didn't need to produce them.  This letter

20   leaves it out because I wrote her back and said please tell me

21   who told you that.

22             There's three securities firms that Mr. Nevdahl,

23   who's a witness for the Government, worked for.  Two of them,

24   National and World Equity, have produced all the documents

25   immediately, no problem.  National had to go back a little

1    further.  Regal Securities is just stonewalling.  They won't

2    produce anything.  And they got the exact same subpoena as the

3    other two brokerage houses.

4         I just wanted to make the Court aware that we're

5    going to be bringing some sort of motion regarding it.  It

6    can't be that they just say no, we're not producing the

7    documents.  We're going to forget about and just ignore the

8    comment that they were told by the U.S. Attorney we already

9    have the documents because the U.S. Attorney's not here.  So

10   obviously, I don't want to get into those types of issues.

11   But we do need the documents.  They're important to the case.

12        MR. MUHLENDORF:  Your Honor, if I could just address

13   that?  I had the conversation with Regal Securities, and I can

14   assure you what we told them, and I have an e-mail to back up

15   the communication with them was, while we had produced

16   documents to Mr. Stein that we had gotten from the SEC, that

17   was his subpoena, and they had to deal with him.  And we left

18   it at that.  We were not inserting ourselves in that.

19        So if they misunderstood the communication, I'd be

20   surprised because it was very clearly laid out in an e-mail to

21   them.  So my only point is saying with all the subpoenas where

22   we've been contacted, we have made it very clear to people

23   that we are not interfering, have nothing to do with

24   Mr. Stein's subpoenas to them.

25        MR. WHITE:  Your Honor, if I may, because I had some

 1    personal contact with Gina Bokios, who was the attorney

 2    general counsel for Regal Securities who wrote this letter,

 3    I'm concerned, too, because she alleges in this letter that I

 4    agreed that all of the documents had already been produced by

 5    the Government.

 6              What I object to, my conversation with her, she told

 7    me, oh, I understand from the U.S. Attorney that all of these

 8    documents have already been provided.  And I told her that I

 9    don't know exactly what's been provided because I'm not

10    representing Mr. Stein, but I understand that there may have

11    been some documents provided for one year.  I think I had

12    mentioned 2008.  We need all the documents, all the trading

13    history all the way back, and that's what I told her.

14              THE COURT:  Where is this woman located?

15              MR. STEIN:  Illinois.

16              MR. WHITE:  Milwaukee, Your Honor.

17              THE COURT:  Let's go off the record.

18              (Discussion held off the record.)

19              THE COURT:  Ms. Bokios, my name is Kenneth Marra.

20    Can you hear me?

21              MS. BOKIAS:  Yes, I can, Judge.  I have a meeting at

22    4:30 in about -- I have to get off in 10 minutes.

23              THE COURT:  Okay.  Well, this shouldn't take that

24    long.

25              I'm in the middle of a trial with -- between the

1    United States and an individual by the name of Mitchell Stein,

2    who I understand has subpoenaed records from your company, and

3    it's my understanding that there's some difficulty in getting

4    the records, and you have not been as forthright and

5    forthcoming with the records as they would like.

6        MS. BOKIAS:  I'm sorry, Your Honor, you keep breaking

7    up every few seconds.  I'm having a hard time.

8        THE COURT:  Let me come down and speak to you.  I'll

9    try and get closer to the phone.  Hold on.

10       MS. BOKIAS:  Okay.  Thank you.

11       THE COURT:  Can you hear me better?

12       MS. BOKIAS:  Yes, much better, thank you.

13       THE COURT:  All right.  There's been a subpoena

14   apparently served on your company by Mr. Stein.

15       MS. BOKIAS:  Yes.

16       THE COURT:  And there have been some issues that

17   Mr. Stein is telling me that you have represented to him or

18   his representative that all of the documents have already been

19   produced, and Mr. Stein advises me that that's not correct.

20       What can you tell me about the status of the subpoena

21   and your company's compliance with it?

22       MS. BOKIAS:  Okay.  Well, I sent a letter to

23   Mr. Stein's attorney, and I also sent it to the Court.  The

24   Court should have received it yesterday.  When we got the

25   subpoena two weeks ago from Mr. Stein, and they asked for

1    everything single trading record that he had done at Regal,

2    and I had tried to reach Mr. Stein, I had tried to reach his

3    attorney.

4            And I said, you know, this is just too big to produce

5    in two weeks, can we try and be reasonable, can we try to cut

6    this down, and that Regal is not able to appear in person.

7            I did not get any responses for a few days, and then

8    last Thursday, May 4th, I tried again to contact them, and

9    then I finally got a fax from the attorney, Mr. Stein's

10   attorney, Mr. White, and said not only does he want every

11   trading record, he wants every single -- he wants every single

12   document that Regal has on Mr. Stein.  And I got this -- this

13   is Thursday, I believe, afternoon.  So that was, what,

14   May 4th.  And I said, you know, there's no way we can do that

15   at this late date, and if you can be reasonable and I can

16   provide you monthly statements, if you can be reasonable.

17           And I said, you know, provide me some dates, some

18   definitive times.  We don't normally -- when we have a

19   subpoena, we don't normally provide the trading history.  We

20   provide the monthly statements that the brokerage firm

21   provides.  And so I said if it's reasonable, we can get you

22   those, but we cannot appear in person, and we certainly cannot

23   produce every single document with one business day before the

24   hearing.

25           THE COURT:  Can I interrupt for --

1          MS. BOKIAS:  And we got nothing reasonable back, and

2     so we just can't -- that's not possible for us to do that.

3          THE COURT:  Can I interrupt for a second?

4          MS. BOKIAS:  Sure, sure.

5          THE COURT:  No one is expecting you to send anyone

6     here, and no one is expecting you to send anyone here or

7     produce the documents on one day's notice.  So the question

8     is, are you going to be able to work with Mr. Stein to get the

9     documents together in a reasonable period of time?

10          MS. BOKIAS:  Well, what we can do, we don't -- what

11     we can do is, okay, we can provide monthly brokerage

12     statements.  So we don't provide a trading history per se.  We

13     can provide the monthly statements.  The problem is that we --

14     my head of customer service told me last Friday that we're in

15     the process of -- we're basically in the process of switching

16     clearing firms.  So these trades were done using a clearing

17     firm called Penson Financial, and Apex merged with them last

18     year.

19          Now we're switching clearing firms, and so I was told

20     that our customer service department has very limited access

21     to those back statements.  So what I wrote in my letter to

22     Mr. White, who is Mr. Stein's attorney, is that we would try,

23     but they might have to serve the subpoena on Penson/Apex, as

24     well, because they're not being too cooperative in getting us

25     back documents.  And this is from a few years ago.

```
1              THE COURT:  All right.  Well, I'm going to ask you to

2    work with Mr. Stein or his standby counsel, Mr. White, and

3    speak to them when you have a chance, to see if you can work

4    something out that's mutually agreeable.  Would you please do

5    that?

6              MS. BOKIAS:  Okay.  If they can give me a reasonable

7    amount, like if they can say we need these monthly statements

8    from, and give us a definitive time period, like from January

9    of one year to January of the following year, I can try to do

10   that.  But they may have to go to -- I will try my best, but

11   they may have to go to Penson.

12             But we don't give a trading history.  I mean, that

13   is -- I can't -- I would -- I just can't do that, and I don't

14   have the resources to do that.  So we could only provide the

15   monthly statements.

16             So, Your Honor, could you make sure that Mr. Stein

17   understands that?  We can get him monthly statements, you

18   know, we can get documents that the firm has already produced,

19   but for me to put something together would take me months to

20   do.

21             THE COURT:  Okay.  All right.  Well, we're in open

22   court, so you're on the speaker phone, and everybody can --

23   Mr. Stein hears what you're saying.

24             MS. BOKIAS:  Okay.

25             THE COURT:  And so I'm going to ask you to, when you
```

1   have a chance, speak to him or his standby counsel, Mr. White,

2   and try and work something out that makes sense and is

3   reasonable for everybody.  Would you please do that?

4          MS. BOKIAS:  Okay.  Can I get the contact information

5   for Mr. Stein?  Because his voicemail, there's no name on the

6   voicemail, it's just a blank message.  And I tried to get in

7   touch with him.  So what is the best way to get in touch with

8   him?

9          MR. STEIN:  It's on the subpoena.

10          THE COURT:  Just tell us.

11          MR. STEIN:  (561)350-6136, and the e-mail -- her and

12   I have already e-mailed each other.

13          THE COURT:  So I'm going to leave it to the two of

14   you to try and work these things out.  All right?

15          MS. BOKIAS:  Okay.  And, Your Honor, if we -- like I

16   said, if the request is reasonable and I get definitive dates,

17   I can provide monthly statements, and that's what I can try to

18   do, but it may have to go to Penson/Apex, but I will do what I

19   can.  But I urge Mr. Stein to be reasonable, too, because they

20   just kept making the demand more and more unreasonable, and

21   usually when I speak with people, we try to agree to make it

22   more reasonable and tolerable, and this is the only case where

23   it got more onerous and burdensome.

24          THE COURT:  All right.

25          MS. BOKIAS:  And we just couldn't do it.

```
 1              THE COURT:  All right.  I thank you for your

 2    cooperation, and I appreciate you speaking to me, and

 3    hopefully, you can work it out.

 4              MS. BOKIAS:  Thank you, Your Honor.  Bye now.

 5              THE COURT:  Bye.

 6              MR. STEIN:  Thank you, Your Honor.

 7              THE COURT:  Anything else?

 8              MR. STIEGLITZ:  Nothing from the United States, Your

 9    Honor.

10              THE COURT:  Mr. Stein, anything else?

11              MR. STEIN:  Nothing from the defense, Your Honor.

12              THE COURT:  Okay.  Have a good evening.  We'll see

13    you tomorrow morning.

14         (The evening recess was taken at 5:25 p.m.)

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                            * * * * *

 2                          I N D E X

 3   Preliminary Instructions                  7

 4   Opening Statements

 5            By Mr. Stieglitz                  15

 6            By Mr. Stein                      30

 7   Testimony of John Martin Woodbury, Jr.

 8            Direct by Mr. Stieglitz          48

 9            Voir Dire by Mr. Stein           133

10            Direct by Mr. Stieglitz (Cont.'d)  134

11            Cross by Mr. Stieglitz           152

12                         * * * * *

13                       E X H I B I T S

14   Government's Exhibits in Evidence:

15            Government's 216-217, 219-220 and 247   47

16            Government's 68                  59

17            Government's 69                  63

18            Government's 71                  64

19            Government's 72                  68

20            Government's 75                  69

21            Government's 76                  72

22            Government's 64                  74

23            Government's 70                  75

24            Government's 74                  76

25            Government's 78                  78
```

```
 1                          * * * * *

 2              E X H I B I T S (Continued)

 3    Government's Exhibits in Evidence:

 4              Government's 79                    88

 5              Government's 73                    95

 6              Government's 93                    98

 7              Government's 129                  102

 8              Government's 293                  105

 9              Government's 130                  106

10              Government's 133                  112

11              Government's 136                  115

12              Government's 141                  120

13              Government's 151                  122

14              Government's 159                  126

15              Government's 147                  131

16              Government's 96                   134

17              Government's 148                  138

18              Government's 149                  140

19              Government's 237                  142

20              Government's 161                  142

21              Government's 166                  145

22              Government's 167                  146

23

24

25
```

```
 1                        * * * * *

 2            E X H I B I T S (Continued)

 3   Defendant's Exhibits in Evidence:

 4            Defendant's 323                    155

 5            Defendant's 186                    165

 6            Defendant's 188                    169

 7            Defendant's 206                    171

 8            Defendant's 272                    183

 9            Defendant's 165                    187

10            Defendant's 216                    190

11            Defendant's 326                    214

12            Defendant's 57                     220

13            Defendant's 106                    224

14            Defendant's 27                     225

15            Defendant's 126 and 127           238

16                        * * * * *

17                     CERTIFICATE

18      I, Stephen W. Franklin, Registered Merit Reporter, and

19   Certified Realtime Reporter, certify that the foregoing is a

20   correct transcript from the record of proceedings in the

21   above-entitled matter.

22      Dated this 3rd day of JULY, 2013.

23

24      /s/Stephen W. Franklin
        _____
25      Stephen W. Franklin, RMR, CRR
```

**$**

$1.98 [3]  62/12 74/18 89/13
$1.98 million [2]  74/18 89/13
$1.98 million-worth [1]  62/12
$10 [3]  40/14 218/16 218/18
$10 million [3]  40/14 218/16 218/18
$100,000 [1]  41/9
$120 [3]  32/18 32/22 33/1
$120 million [3]  32/18 32/22 33/1
$2 [5]  61/14 201/24 203/7 204/14 204/20
$2 million [5]  61/14 201/24 203/7 204/14 204/20
$2,848,251 [1]  130/6
$2.8 [1]  130/12
$2.8 million [1]  130/12
$3.3 [4]  66/10 66/23 76/1 90/4
$3.3 million [4]  66/10 66/23 76/1 90/4
$30 [3]  31/18 223/12 223/14
$30 million [3]  31/18 223/12 223/14
$48,000 [1]  41/6
$5 [2]  97/4 97/9
$5 million [2]  97/4 97/9
$50 [3]  176/25 177/4 177/6
$50 million [3]  176/25 177/4 177/6
$551,500 [2]  70/11 77/8
$564,000 [1]  90/20
$6 [1]  193/11
$6 million [1]  193/11
$7 [1]  31/20
$7 million [1]  31/20
$700,000 [2]  136/20 136/24
$80,000 [2]  204/18 204/21

**'**

'07 [1]  115/15
'6 [1]  196/18
'90s [1]  229/5
'That [1]  66/13
'til [1]  197/17

**-**

-- was [1]  231/18
-and [1]  1/21
-v [1]  1/5

**/**

/s/Stephen [1]  263/24

**1**

1,736,583 [1]  130/5
1.7 million [1]  130/11
1.98 million [1]  61/10
10 [14]  44/25 45/3 79/25 85/8 87/22 127/9 135/21 150/13 168/21 228/12 234/13 235/22 236/13 254/22
10 percent [1]  41/18
10-K [24]  52/13 52/14 52/20 52/21 53/7 53/9 97/16 97/18 98/11 100/5 106/1 106/2 106/4 110/11 110/20 111/13 112/1 112/11 113/10 113/18 129/20 154/3 162/18 243/2
10-Ks [1]  53/6
10-minute [1]  44/22
10-Q [10]  52/18 52/20 53/9 53/10 96/20 99/7 99/25 114/16 121/12 125/20
10-Qs [1]  53/6
100 [10]  61/14 66/11 66/13 89/11 90/2 90/18 201/25 227/20 228/3 242/17
100 percent [1]  202/12
100,000 [1]  40/24

1000 [1]  135/19 136/6 243/6 243/9
102 [1]  262/7
1031 [1]  1/22
105 [1]  262/8
106 [6]  224/2 224/4 224/7 224/15 262/9 263/13
10:14 [1]  45/5
10:27 [1]  45/5
10K [1]  110/21
10Q [1]  97/18
11 [7]  32/3 32/4 32/7 32/8 32/10 85/8 114/3
11-80205-CR-MARRA [1]  1/2
112 [1]  262/10
112,812 [1]  40/23
115 [1]  262/11
11:00 o'clock [1]  69/11
11:58 [1]  118/8
11th [2]  123/4 124/21
12 [2]  93/13 93/24
12,500 [1]  239/10
12-month [1]  98/12
120 [1]  262/12
1208 [1]  1/20
122 [1]  262/13
126 [7]  238/7 238/13 238/17 238/20 238/22 262/14 263/15
127 [4]  238/4 238/13 238/17 263/15
129 [5]  101/12 102/1 102/4 104/3 262/7
12th [2]  140/10 146/15
130 [5]  106/8 106/18 106/21 109/15 262/9
131 [1]  262/15
133 [7]  111/20 112/5 112/8 112/18 112/25 261/9 262/10
134 [2]  261/10 262/16
136 [4]  114/14 115/1 115/4 262/11
138 [1]  262/17
14 [1]  240/21
140 [1]  262/18
1400 [1]  1/18
141 [4]  119/22 120/5 120/9 262/12
142 [2]  262/19 262/20
145 [1]  262/21
146 [1]  262/22
147 [4]  131/2 131/9 131/12 262/15
148 [4]  137/17 138/1 138/4 262/17
149 [4]  140/5 140/17 140/20 262/18
14th [3]  89/8 126/14 239/15
15 [4]  51/25 127/6 236/13 261/5
15-minute [1]  173/23
150,000 [1]  40/24
151 [4]  121/22 122/8 122/11 262/13
152 [1]  261/11
155 [1]  263/4
1551 [1]  1/20
159 [5]  125/13 125/16 126/4 126/7 262/14
15th [1]  41/5
16 [1]  83/2
16,000 [1]  41/5
161 [4]  142/15 142/21 142/25 262/20
165 [5]  186/20 187/4 187/25 263/5 263/9
166 [4]  145/2 145/8 145/11 262/21
167 [5]  146/9 146/17 146/20 147/11 262/22
169 [1]  263/6
16th [2]  78/8 142/19
171 [1]  263/7
179 [1]  191/10
17th [3]  196/7 198/3 198/4
18 [3]  83/19 83/19 103/11
180 [6]  74/14 74/17 89/11 202/25 203/11 205/6

180-day [1]  203/8
183 [1]  263/8
186 [4]  164/16 165/19 165/21 263/5
187 [1]  263/9
188 [3]  167/10 169/13 263/6
188's [1]  169/12
18th [4]  85/7 85/21 86/1 86/6
19 [1]  83/18
190 [1]  263/10
1934 [4]  93/15 94/1 94/2 94/4
1998 [1]  123/17
1:00 [1]  6/10
1:00 o'clock [5]  6/5 6/9 247/22 247/24 248/1
1:10 [3]  116/10 116/11 116/15
1:16 [1]  118/8

**2**

2,135,000 [1]  145/20
2.1 million [1]  146/2
20 [1]  115/6
20 million [2]  41/23 42/3
200 [3]  242/17 242/18 242/19
2000 [2]  99/20 199/21
2000 miles [1]  199/10
2002 [1]  39/14
2003 [6]  40/23 41/5 49/19 49/23 160/2 197/16
2004 [1]  53/8
2005 [25]  19/5 20/21 23/11 36/1 40/6 40/20 41/16 54/7 55/18 56/4 147/11 147/15 153/3 153/7 155/4 157/6 157/7 195/6 196/18 197/17 198/1 198/2 198/5 199/1 200/15
2006 [7]  195/18 196/6 196/6 196/11 196/16 238/1 239/16
2007 [60]  38/23 38/25 56/12 56/21 58/22 59/6 64/19 65/3 68/25 76/19 78/8 87/17 89/8 89/24 90/14 90/15 91/7 92/6 95/7 96/14 96/25 98/12 99/2 99/3 99/4 99/20 110/21 115/16 121/18 121/19 126/14 126/25 129/20 130/4 162/4 162/6 162/9 163/4 163/17 163/22 164/3 164/10 166/2 166/3 166/24 176/22 177/19 179/6 179/24 181/16 181/19 183/11 186/12 193/4 199/18 215/5 216/2 226/17 226/21 227/21
2007-2008 [2]  152/13 152/24
2008 [48]  30/15 33/15 38/18 53/11 70/15 99/4 99/5 104/20 110/3 112/3 114/17 120/3 121/13 121/15 121/19 121/20 123/4 124/21 125/21 131/7 134/19 137/24 139/24 140/1 140/10 141/3 142/7 142/19 143/6 145/6 146/15 149/13 152/13 152/24 162/9 179/25 181/16 193/8 200/4 200/5 223/21 224/20 225/4 225/24 227/8 240/15 240/15 254/12
2009 [4]  85/7 85/21 86/1 86/6
2010 [5]  103/9 108/15 114/2 147/12 147/15
2011 [3]  31/21 31/22 152/11
2013 [2]  1/8 263/22
20530 [1]  1/18
206 [5]  169/23 170/7 171/6 171/9 263/7
20th [9]  6/12 6/12 58/22 59/6 64/3 79/8 87/17 134/18 141/2
21 [2]  86/3 126/10
214 [1]  263/11
216 [5]  47/15 47/22 190/7 190/20 263/10
216's [1]  190/18
216-217 [1]  261/15
217 [3]  47/15 47/22 261/15
219 [2]  47/15 47/22
219-220 [1]  261/15
22 [3]  86/6 95/22 126/23

**2**

22 million [2]  19/7 54/24
220 [4]  47/15 47/22 261/15 263/12
224 [5]  172/7 174/4 176/1 180/21 263/13
225 [4]  163/12 163/16 190/6 263/14
228 [1]  1/22
22nd [2]  6/13 120/3
23 [2]  86/1 86/7
237 [5]  141/16 141/24 142/2 147/11 262/19
238 [1]  263/15
23rd [1]  6/14
24 [3]  85/22 87/1 87/2
247 [3]  47/17 47/22 261/15
2479 [3]  104/22 110/5 124/7
24th [11]  41/7 64/19 65/3 79/15 89/23 89/24
  99/20 99/20 115/15 126/25 225/24
250,000 [1]  136/21
25th [2]  104/20 110/3
27 [2]  225/21 263/14
272 [4]  182/8 183/6 183/7 263/8
279 [1]  157/24
27th [2]  6/15 112/3
28 [1]  103/11
29 [2]  49/7 114/3
291 [1]  1/10
293 [5]  105/6 105/16 105/19 107/2 262/8
29th [1]  155/4
2:03 [1]  150/19
2:14 [1]  150/19

**3**

3 million [1]  55/17
3.3 million [1]  66/8
30 [4]  42/22 251/19 251/20 261/6
30 percent [1]  41/24
30,000 [1]  41/8
300 [2]  75/25 90/2
3000 miles [1]  69/21
30th [3]  95/7 121/15 125/21
3134 [1]  205/6
31st [7]  52/8 98/12 114/17 130/4 139/24
  140/1 142/7
322 [2]  194/8 210/20
323 [11]  155/9 155/10 155/19 210/8 210/9
  210/10 210/11 210/19 210/20 210/23 263/4
323's [1]  155/15
324 [1]  210/23
325 [3]  85/7 85/8 85/21
326 [5]  85/22 213/17 214/22 214/24 263/11
327 [1]  225/19
33 [1]  108/17
33179 [1]  1/22
33401 [2]  1/20 1/25
350 [1]  243/6
350-6136 [1]  259/11
3565 [1]  194/9
366 [1]  86/1
367 [1]  86/2
368 [1]  86/7
369 [1]  86/8
3768 [1]  1/24
3:05 [1]  173/24
3:14 [1]  173/24
3rd [3]  224/20 225/4 263/22

**4**

4 million [1]  192/21
4000 [1]  192/21
45 [2]  96/10 219/25

47 [2]  90/18 261/15
48 [1]  261/8
48-hour [2]  235/11 248/23
4:30 [1]  254/22
4th [7]  76/19 90/13 90/15 96/14 115/16
  256/8 256/14

**5**

5.28 million [1]  66/13
50 million [7]  168/11 168/11 177/2 177/11
  177/15 192/19 193/6
500 [1]  201/22
500,000 [1]  145/18
513 [1]  107/17
514-3768 [1]  1/24
522 [2]  103/10 103/10
557 [2]  114/2 114/3
561 [5]  1/24 104/22 110/5 124/7 259/11
57 [7]  219/12 219/17 220/1 220/3 220/7
  220/9 263/12
574 [2]  108/16 108/16
59 [1]  261/16
5:00 o'clock [2]  236/9 247/16
5:25 [1]  260/14
5:30 [2]  236/11 236/12
5th [3]  103/9 108/15 114/2

**6**

6 million [1]  192/21
6136 [1]  259/11
622 [2]  222/8 222/23
63 [1]  261/17
64 [8]  73/11 73/14 73/23 74/1 89/15 89/16
  261/18 261/22
65.4 percent [1]  41/1
68 [5]  58/7 58/24 59/3 261/16 261/19
69 [6]  63/10 63/19 63/22 74/24 261/17
  261/20
6:00 or [1]  69/13
6th [1]  131/7

**7**

70 [5]  75/6 75/14 75/17 90/6 261/23
701 [1]  1/24
71 [5]  64/13 64/22 64/25 129/23 261/18
72 [8]  67/9 68/3 68/6 76/5 161/4 161/8
  261/19 261/21
73 [5]  95/2 95/9 95/16 95/19 262/5
74 [6]  76/12 76/21 76/24 90/22 261/22
  261/24
75 [7]  43/25 68/16 69/2 69/5 161/8 261/20
  261/23
75-year [1]  35/18
76 [6]  71/7 72/10 72/13 77/10 261/21 261/24
78 [9]  78/1 78/10 78/13 81/5 86/18 88/2 99/8
  261/25 261/25
79 [7]  87/8 87/19 88/12 88/15 89/18 99/18
  262/4
7:00 in [1]  69/13
7th [1]  143/20

**8**

80 percent [2]  19/6 41/23
85 percent [1]  23/5
88 [1]  262/4
883-2479 [3]  104/22 110/5 124/7
8:00 o'clock [2]  69/12 178/17
8K [1]  57/13
8th [3]  40/22 137/24 145/6

**9**

93 [5]  98/7 98/20 98/23 129/21 262/6
95 [1]  262/5
96 [7]  132/18 132/24 133/9 133/20 133/25
  134/8 262/16
98 [1]  262/6
9:00 [1]  248/8
9th [3]  68/25 183/11 186/12

**A**

A-R-C [1]  19/5
a-s-k-e-d [1]  184/7
a.m [3]  45/5 45/5 118/8
A1 [1]  245/1
ability [1]  9/23 226/14
able [11]  14/25 15/6 15/9 34/7 58/1 122/20
  148/3 234/19 248/11 256/6 257/8
aboard [4]  158/22 159/17 197/23 198/4
above [4]  107/16 133/13 177/10 263/21
above-entitled [1]  263/21
absolute [2]  121/9 241/6
absolutely [9]  29/14 55/23 117/7 117/19
  124/13 148/5 149/22 219/9 252/8
acceleration [1]  196/20
accept [4]  11/13 11/14 184/11 219/23
acceptable [2]  44/2 189/19
accepted [1]  178/1
access [1]  257/20
accompanied [3]  53/2 64/19 80/5
accomplish [1]  27/20
accord [1]  14/5
according [5]  38/24 44/2 122/25 135/23
  143/11
accordingly [2]  14/2 34/15
account [1]  9/23
accountant [1]  92/22
accounted [1]  84/9
accounting [7]  97/23 127/16 129/4 138/21
  138/23 139/5 146/1
accounts [2]  11/24 13/17
accrue [1]  139/3
accurate [13]  66/20 67/3 100/6 133/7 156/5
  158/23 162/18 183/2 183/3 190/12 218/19
  238/2 238/3
accusation [1]  10/14
achieve [1]  195/11
achieved [1]  221/21
achievement [1]  37/20
Achieves [1]  61/10
achieving [1]  70/14
acknowledge [1]  143/19
acquire [1]  13/25
acquired [2]  55/8 55/13
act [12]  42/4 93/14 93/15 93/25 93/25 94/2
  94/4 103/1 107/21 147/18 175/13 208/10
acting [4]  141/1 184/17 189/9 189/10
action [4]  32/17 192/9 192/22 193/12
actively [1]  67/15
activities [7]  180/1 180/2 181/2 201/9 227/3
  227/15 243/7
activities/demonstrations [1]  227/3
activity [1]  22/22
actual [4]  21/21 112/17 129/2 178/5
actually [36]  17/17 21/12 23/10 26/18 38/19
  45/19 47/11 63/25 79/2 79/24 97/21 112/23
  113/6 127/16 140/13 141/20 149/10 157/12
  158/24 161/2 170/9 170/18 171/24 179/12
  181/24 188/13 192/8 204/18 216/6 220/13
  229/20 230/24 240/14 241/17 246/2 247/1

**A**

add [2]  66/16 194/20
added [2]  157/9 212/24
addendum [1]  131/20
addition [1]  12/7
additional [12]  10/6 50/23 61/16 61/22 66/10
66/16 70/10 73/8 96/21 101/6 145/18 239/10
address [9]  21/23 21/24 21/24 22/2 91/1
101/10 151/8 213/1 253/12
addressed [3]  2/14 106/4 238/25
addresses [2]  120/23 121/4
adjust [1]  48/6
adjusting [1]  180/2
Administration [2]  160/7 188/20
administrative [3]  47/12 129/7 250/4
admissible [4]  154/19 174/10 174/13 175/23
admission [1]  131/9
admit [3]  68/5 165/19 232/21
admitted [53]  4/14 8/2 9/15 9/17 47/20 59/2
63/21 64/24 69/4 72/12 73/25 75/16 76/23
78/12 88/5 88/13 95/18 98/22 102/3 105/18
106/20 112/7 115/3 117/3 120/8 120/12
122/10 126/6 131/11 134/6 138/3 140/19
142/1 142/24 145/10 146/19 155/15 155/18
158/11 169/12 169/22 171/6 183/6 187/3
190/18 210/18 214/23 220/6 224/14 225/20
238/16 245/18 250/23
adopted [1]  223/5
advance [5]  130/7 148/14 178/20 221/12
251/25
advice [1]  189/6
advise [1]  206/2
advisement [1]  135/17
advises [1]  255/19
affairs [2]  54/19 54/20
affected [2]  44/6 223/8
affiliates [1]  221/22
after [53]  6/17 7/11 14/23 15/1 15/5 15/7
23/13 31/2 45/5 47/1 50/22 52/7 52/8 60/15
88/24 92/5 97/13 106/1 110/9 110/22 111/3
118/8 118/24 121/11 123/21 124/22 132/22
148/9 150/19 151/20 152/16 152/19 163/2
173/24 176/11 180/8 180/13 199/22 199/22
199/25 202/9 206/15 206/25 225/25 226/23
234/20 240/2 240/16 241/19 245/6 245/11
246/1 248/1
afternoon [5]  119/6 119/20 152/3 247/23
256/13
afterwards [2]  54/14 226/2
again [77]  4/3 4/16 6/22 6/23 10/10 17/9
32/10 32/22 33/11 33/17 35/5 41/7 44/23
51/13 64/5 64/9 66/5 66/18 67/6 68/8 68/12
70/7 70/16 71/1 72/22 82/17 82/18 83/21
83/23 84/18 91/8 96/19 99/13 99/24 100/24
106/23 107/12 108/1 109/19 110/6 110/13
115/7 115/8 115/18 117/23 122/3 122/3
123/8 131/24 139/13 144/12 144/12 145/13
150/17 151/22 157/4 158/17 170/9 173/20
175/15 176/17 176/18 177/18 179/24 181/14
182/22 193/8 207/22 214/21 220/14 221/20
226/5 226/25 231/22 243/11 247/18 256/8
against [10]  10/13 17/3 30/8 32/13 130/7
189/5 204/5 204/20 221/14 232/1
age [1]  12/6
agencies [1]  35/6
agency [3]  18/11 56/18 80/15
agent [8]  93/3 102/18 128/15 128/19 128/21
128/24 129/6 132/1
agents [3]  129/10 129/12 250/6

ago [17]  3/19 16/23 19/3 20/6 20/21 22/24
25/20 25/24 27/4 50/14 56/6 76/2 96/5 141/8
226/23 255/25 257/25
agree [13]  7/23 11/14 44/16 45/14 46/2 50/5
195/11 218/17 233/19 233/24 234/1 250/14
259/21
agreeable [1]  258/4
agreed [4]  136/22 143/21 245/19 254/4
agreement [28]  38/4 76/17 80/13 80/18
80/23 81/10 81/23 83/8 131/18 131/20 132/4
132/20 133/17 134/14 134/22 141/2 141/4
201/12 203/5 219/18 220/11 220/24 220/25
221/9 223/5 223/6 223/8 252/3
agreements [11]  27/25 80/12 80/19 82/21
83/24 149/7 149/12 201/13 221/11 224/21
224/25
agrees [1]  9/1
ahead [13]  79/10 79/25 87/24 91/13 110/17
134/11 171/10 174/20 186/8 189/18 211/15
232/19 236/17
aid [1]  221/2
Air [1]  229/5
Ajay [5]  17/7 38/8 39/2 39/3 39/5
Alaine [4]  238/24 239/6 239/7 239/18
Albert [2]  1/16 16/18
alive [1]  132/14
allegations [1]  237/15
allegedly [2]  11/20 33/23
alleges [2]  43/7 254/3
allow [2]  174/13 175/18
allowed [3]  182/21 196/13 234/1
allows [1]  51/16
almost [4]  23/25 27/11 31/17 88/25
along [4]  32/16 121/13 159/18 231/24
already [25]  4/1 7/10 10/10 18/10 52/1 74/22
90/6 96/15 124/19 127/5 129/20 143/11
158/2 174/9 210/11 220/19 242/15 250/16
252/18 253/8 254/4 254/8 255/18 258/18
259/12
also [50]  3/1 7/7 12/17 13/20 16/3 16/10 18/6
18/9 18/21 22/25 24/13 25/17 25/19 26/11
26/16 27/3 27/16 27/21 33/19 35/18 37/7
38/8 38/9 40/16 50/22 58/9 75/10 80/11
87/15 93/2 94/24 99/16 131/19 157/14 179/5
179/24 181/6 193/23 194/20 199/3 205/22
209/20 215/21 222/14 227/14 228/8 228/20
239/24 240/1 255/23
although [6]  31/24 54/16 101/4 191/20 230/2
240/15
always [8]  5/9 24/1 114/10 162/16 204/10
204/12 212/22 213/4
am [22]  33/4 48/23 49/10 49/16 67/7 129/16
131/24 139/2 139/8 143/20 168/12 168/14
175/22 183/22 207/3 210/12 211/4 221/17
222/5 222/17 242/16 249/17
ambulance [2]  84/20 218/7
AMERICA [2]  1/3 246/14
American [20]  34/3 34/11 34/16 34/21 57/23
94/3 171/3 171/13 176/23 177/6 177/16
177/19 177/24 179/1 192/6 211/23 212/8
213/18 215/12 216/16
AMEX [80]  57/16 57/21 57/23 58/1 58/3
87/14 88/19 88/23 89/1 89/1 91/9 91/21
91/22 91/23 92/4 92/5 96/5 96/7 96/17 99/16
99/25 148/24 156/2 161/24 164/4 164/5
167/2 167/25 168/11 169/18 170/14 171/25
174/12 174/22 175/4 175/11 175/11 178/14
178/16 178/20 179/12 179/25 180/1 180/6
180/10 180/14 180/16 180/23 181/2 181/4
181/7 181/9 182/2 182/15 182/20 184/14

184/25 185/12 189/13 189/20 189/21 191/2
191/4 192/9 192/18 193/15 193/17 205/11
205/18 206/2 206/9 211/22 211/24 212/2
213/18 215/25 216/5 216/6 216/24 226/21
AMEX's [2]  170/14 193/9
among [3]  11/7 13/3 127/22
amongst [1]  159/2
amount [15]  41/20 74/12 74/13 77/7 77/8
130/11 130/13 130/14 130/15 192/19 192/20
204/25 218/15 218/17 258/7
amounting [1]  41/6
amounts [3]  23/3 27/9 139/25
analysis [1]  113/14
analyze [1]  132/5
Anand [13]  27/17 27/17 27/20 27/24 28/2
38/8 38/8 38/9 38/13 38/23 39/2 39/3 39/5
Anand's [1]  27/18
ancillary [1]  86/24
Angeles [7]  16/12 30/25 33/16 37/10 40/16
50/12 237/17
angry [1]  182/2
anniversary [1]  239/7
announce [2]  21/16 61/17
announced [3]  61/12 61/13 66/9
announcement [4]  18/24 61/11 66/6 70/8
announcements [1]  149/24
announcing [1]  61/9
annual [8]  52/6 52/13 52/14 54/13 92/9
97/16 98/11 153/3
another [25]  6/9 27/22 34/21 38/9 50/2 62/10
64/12 64/19 66/7 66/23 76/8 77/13 122/19
147/8 149/4 179/25 186/17 199/25 212/20
231/21 232/8 244/3 246/21 249/3 249/6
answer [15]  9/11 35/11 35/14 93/19 108/4
150/7 185/22 185/24 191/1 206/4 208/19
209/11 219/6 219/8 244/9
answered [3]  9/6 9/8 218/22
answering [1]  206/7
answers [3]  8/20 14/12 139/15
anticipate [1]  45/10
anticipates [2]  61/16 70/14
any [165]
anybody [5]  102/24 103/20 109/7 132/9
250/12
anybody's [1]  232/13
anyone [25]  11/7 11/12 12/8 12/9 12/13
12/23 12/24 24/21 42/9 65/10 69/22 69/24
91/7 94/5 94/6 108/10 109/10 110/21 116/14
132/7 227/2 227/10 236/8 257/5 257/6
anything [38]  2/11 5/8 5/22 7/1 10/15 11/8
11/12 24/21 29/12 49/12 51/23 55/24 57/6
59/11 82/22 83/25 85/17 100/5 116/16
117/10 125/1 125/7 127/1 137/2 150/3
158/10 164/6 169/1 169/2 172/12 186/7
245/21 250/12 252/10 252/16 253/2 260/7
260/10
anyway [1]  234/6
anywhere [4]  92/3 99/14 99/21 126/16
aol.com [1]  1/25
apart [1]  48/24
Apex [3]  257/17 257/23 259/18
apologies [1]  184/6
apologize [16]  3/8 3/18 3/22 5/1 42/25 85/12
91/15 94/20 99/5 116/24 117/20 173/20
176/18 194/2 210/25 213/12
apologizing [1]  184/6
apparent [3]  185/11 220/25 221/10
apparently [5]  120/25 166/7 167/1 227/9
255/14
appeals [1]  46/11

**A**

appear [4]  133/13 133/15 256/6 256/22
Appearances [1]  1/15
appeared [5]  18/24 33/6 33/11 127/2 227/12
appears [27]  61/5 63/15 64/8 66/3 67/23
68/11 71/11 71/12 71/21 71/25 72/4 72/21
73/17 75/3 79/13 81/6 89/17 105/23 134/1
165/2 167/1 172/19 186/25 191/20 191/21
194/12 220/2
appetite [1]  16/15
applicable [1]  135/13
applies [1]  12/18
appreciate [7]  6/23 14/4 45/19 221/20
247/16 249/18 260/2
appreciation [1]  239/9
approach [48]  151/17 157/21 158/3 160/3
163/7 163/19 164/13 165/9 165/22 166/21
169/24 170/11 171/17 172/9 175/16 175/6
180/17 181/10 182/5 183/8 187/5 190/7
190/21 191/16 192/2 194/1 194/5 195/15
205/1 210/3 213/10 213/14 214/3 217/1
217/12 218/20 219/14 220/14 222/1 223/15
223/24 224/16 225/10 226/5 230/9 236/19
237/21 240/9
appropriate [2]  69/16 113/15
approval [2]  111/3 242/22
approve [3]  149/4 149/5 183/21
approved [17]  32/8 65/5 65/11 80/17 92/7
149/9 178/1 183/14 183/18 183/20 183/23
186/4 186/4 186/11 198/19 223/4 243/2
approves [1]  188/3
approving [2]  177/20 186/14
approximately [7]  54/23 98/25 99/1 121/17
197/15 197/25 199/17
April [10]  40/22 56/12 99/3 103/9 108/15
114/2 120/3 164/3 193/4 200/5
April 2007 [3]  56/12 99/3 164/3
April 2008 [1]  200/5
April 22nd [1]  120/3
April 5th [3]  103/9 108/15 114/2
April 8th [1]  40/22
ARC [12]  19/5 19/5 19/7 20/5 41/1 53/16
54/22 55/8 55/13 55/16 55/24 229/21
archives [1]  216/7
area [5]  104/22 110/5 124/7 162/19 246/22
areas [4]  53/4 113/21 116/5 162/15
aren't [4]  3/15 22/6 37/4 222/8
argue [1]  5/19
argued [2]  33/7 33/7
arguing [2]  4/21 4/23
argument [4]  4/8 4/24 14/23 42/24
arguments [4]  4/17 8/15 8/16 15/7
around [5]  19/9 19/20 22/16 23/10 34/8
artificial [3]  37/20 160/10 188/21
ASAP [1]  215/24
aside [4]  52/14 62/10 86/16 147/9
ask [62]  2/17 28/1 28/3 30/5 34/19 39/7
46/21 54/1 55/19 60/9 61/22 65/13 66/18
70/16 73/3 85/11 93/21 98/9 115/7 117/2
120/10 132/7 139/1 140/4 143/3 143/18
144/12 149/18 150/4 151/6 151/17 153/12
154/14 154/22 155/16 159/22 159/23 168/23
175/13 180/16 180/21 180/22 191/8 191/17
195/8 202/13 204/9 209/3 212/8 231/21
232/4 232/22 233/2 233/16 234/2 235/8
245/20 248/12 248/15 251/6 258/1 258/25
asked [19]  24/13 24/15 54/11 101/4 102/22
107/20 116/24 134/15 143/6 144/21 147/17
159/20 162/16 162/19 180/5 180/9 184/7

192/9 255/25
asking [21]  24/10 28/3 88/2 120/23 131/23
138/25 139/13 145/23 145/24 166/7 166/14
168/5 172/2 185/5 188/7 188/23 191/1
191/13 203/24 232/3 252/2
asks [3]  8/23 9/3 235/9
aspect [1]  233/23
aspects [1]  7/8
assemble [1]  94/7
assert [1]  168/1
asserted [1]  195/4
asserting [1]  167/24
assertion [3]  147/4 168/8 168/10
assets [1]  53/1
assist [3]  14/16 207/1 221/4
assistant [1]  160/15
assisted [1]  37/13
assisting [2]  80/13 172/17
associated [1]  51/20
association [5]  34/3 34/11 34/16 34/22
206/24
assume [5]  172/16 179/22 189/4 209/18
234/5
assuming [3]  89/12 90/3 90/19
assumption [1]  159/16
assure [4]  11/5 117/8 228/16 253/14
assured [1]  117/21
Atlas [1]  129/13
attached [14]  59/9 61/6 66/3 67/24 71/11
71/12 71/19 71/21 72/2 78/6 86/17 104/15
172/4 184/8
attaching [1]  224/21
attachment [12]  105/2 106/10 112/14 112/17
112/23 113/2 113/4 113/5 113/9 122/4
164/23 166/19
attachments [6]  79/6 112/13 135/11 164/24
224/11 224/12
attain [1]  149/2
attempt [6]  11/17 12/3 13/17 175/16 175/18
175/23
attempted [2]  189/24 203/6
attempting [1]  175/13
attending [1]  84/19
attention [2]  22/5 115/6
attested [1]  84/7
attorney [23]  71/2 16/12 23/16 24/16 27/14
48/23 49/6 49/10 67/7 123/17 189/9 189/17
230/14 237/13 252/18 253/8 254/1 254/7
255/23 256/3 256/9 256/10 257/22
Attorney's [1]  253/9
attorneys [2]  8/15 12/20
attract [1]  22/5
audio [17]  16/8 28/23 46/1 46/15 47/16
85/10 85/11 85/12 85/12 85/13 85/18 85/24
86/4 86/10 103/12 108/18 114/5
audiotaped [1]  45/10
audit [14]  111/5 207/2 207/4 207/8 207/9
207/14 207/11 208/11 208/23 209/10 209/11
209/17 209/21 211/17
audited [1]  97/21
auditor [3]  207/11 208/3 208/11
auditors [11]  97/21 100/8 100/15 207/15
207/17 208/23 208/24 209/2 209/3 209/5
209/12
augmented [1]  159/18
August [14]  145/6 146/15 162/4 162/6
163/17 163/22 164/10 166/3 181/16 196/6
196/7 198/3 198/4 199/19
August 12th [1]  146/15
August 17th [3]  196/7 198/3 198/4

August 2007 [1]  199/18
August 8th [1]  145/6
authentic [11]  117/13 154/19 155/2 164/17
165/1 165/2 172/15 186/24 190/13 194/11
251/5
authenticated [5]  3/4 3/10 3/13 151/18
220/19
authenticity [2]  118/1 195/1
author [1]  225/14
authorized [2]  12/25 186/8
automatically [2]  52/10 128/23
available [6]  64/10 68/13 72/22 127/11
215/20 215/21
Avenue [1]  1/18
avoid [1]  233/15
aware [15]  151/7 152/14 204/15 209/4 209/6
214/12 215/1 222/6 237/4 237/7 237/9
237/16 242/14 242/17 253/4
awareness [1]  200/16
away [6]  32/11 56/4 69/21 118/18 127/20
199/10
awful [1]  200/25

**B**

back [93]
backed [1]  59/10
background [10]  17/13 20/18 26/22 84/14
84/16 91/20 93/9 159/9 160/18 192/15
bad [1]  24/21
bag [1]  209/8
balance [1]  53/1
bank [1]  33/18
banker [1]  193/1
bankruptcy [7]  31/22 32/13 32/20 32/24
33/5 33/6 33/7
bare [1]  177/13
bargain [1]  38/4
base [1]  13/24
based [18]  13/19 50/4 50/7 50/8 50/10 50/11
72/1 82/20 83/23 86/12 103/14 108/20 148/2
181/8 199/12 200/10 217/21 226/19
basic [4]  7/14 10/9 17/12 51/14
basically [41]  18/7 18/11 23/8 25/10 25/15
26/19 51/3 51/16 54/11 55/14 57/7 57/9
57/13 62/9 63/3 67/10 67/15 88/24 92/9
94/9 139/3 139/8 148/14 149/1 150/4 170/19
177/9 178/23 179/10 182/3 182/14 188/9
199/19 201/16 205/25 206/12 212/11 213/21
228/25 241/18 257/15
basis [3]  197/23 207/1 226/16
Bates [1]  225/9
battles [1]  168/24
Beach [3]  1/7 1/20 1/25
bear [4]  11/1 76/8 77/13 173/20
bears [2]  10/5 75/1
became [8]  28/16 42/14 56/10 56/12 195/20
197/24 229/24 246/17
because [85]  3/11 3/19 4/14 5/4 6/8 8/22
12/24 13/5 18/1 19/4 19/16 20/9 20/15 24/8
25/12 25/15 25/17 25/19 27/11 27/12 28/6
29/13 31/3 31/5 31/10 31/12 32/5 33/23 34/1
34/24 35/21 36/14 37/10 38/21 39/2 41/24
42/11 43/9 44/3 44/3 44/11 55/12 92/7 93/3
127/12 138/25 139/11 151/4 153/20 159/15
161/9 162/19 170/20 174/15 186/9 189/6
189/22 193/9 195/10 198/20 199/22 200/20
201/2 205/23 212/1 213/22 213/24 222/18
231/24 234/19 234/19 234/24 235/19 241/21
245/13 251/9 252/20 253/9 253/20 253/25
254/3 254/9 257/24 259/5 259/19

**B**

become [3]  13/12 87/23 199/20
becoming [1]  152/9
bed [2]  193/7 215/24
before [80]  1/12 2/9 2/10 3/3 7/5 16/17 20/17
 21/19 24/11 25/1 28/19 29/2 34/12 38/23
 40/13 42/11 44/21 47/11 54/9 54/11 55/12
 57/20 59/14 59/15 59/25 60/13 60/14 69/10
 73/7 74/3 75/19 78/25 79/18 81/15 85/5
 100/4 101/18 103/4 103/9 110/20 115/22
 116/25 117/2 119/7 121/2 121/21 133/17
 133/19 147/6 150/13 152/24 154/14 157/25
 158/22 159/17 163/11 166/3 166/25 170/2
 171/5 174/3 178/18 179/6 189/13 190/9
 191/18 193/3 195/25 196/4 196/6 202/25
 205/8 209/9 209/15 217/24 220/17 236/3
 236/8 250/16 256/23
beforehand [2]  62/4 63/2
began [3]  2/10 33/17 218/12
begin [5]  7/5 13/4 14/20 15/9 15/10
beginning [14]  59/10 85/21 86/1 99/2 114/2
 115/16 126/25 130/3 134/19 136/15 149/13
 153/1 220/15 244/1
begins [2]  85/7 126/13
behalf [13]  16/22 27/21 82/18 82/19 83/16
 105/22 134/20 134/21 184/17 202/3 203/21
 207/5 221/22
behind [5]  19/16 34/18 75/3 76/9 184/15
being [60]  6/22 19/17 41/23 41/24 42/3 43/25
 44/15 45/15 46/1 46/4 49/13 50/1 51/10 52/1
 61/15 61/23 62/2 84/9 86/13 90/8 90/23
 108/22 127/24 130/24 132/11 135/12 135/18
 138/15 138/15 139/9 149/11 151/5 151/6
 156/10 157/5 159/2 160/14 167/12 167/20
 168/3 168/4 168/6 177/15 178/7 180/8 182/1
 191/7 199/16 200/18 203/15 203/16 203/20
 205/10 205/10 206/25 217/14 234/1 237/8
 242/20 257/24
believability [1]  10/5
believe [51]  3/13 4/22 8/10 9/20 9/20 9/21
 49/23 50/8 54/24 55/17 63/4 78/5 86/18 88/1
 88/3 105/11 126/21 127/6 129/12 135/21
 140/8 146/12 152/11 152/13 154/9 157/7
 160/11 165/5 174/10 174/12 174/21 175/4
 190/12 192/21 199/12 204/17 210/15 214/1
 217/18 218/8 218/25 219/9 225/3 230/20
 232/7 240/1 246/19 246/21 248/20 248/21
 256/13
believed [5]  71/2 217/20 218/24 219/1 219/7
bell [1]  237/1
below [10]  155/25 167/25 168/11 176/25
 177/2 177/5 186/11 192/19 193/8 193/11
beneficial [1]  221/24
benefit [3]  11/15 35/16 228/24
best [10]  132/16 152/9 216/3 223/3 225/25
 228/1 228/4 228/4 258/10 259/7
bet [1]  85/11
better [3]  230/8 255/11 255/12
between [23]  44/6 80/24 81/24 83/9 88/25
 141/3 143/6 147/11 147/15 166/24 170/8
 178/17 186/17 201/1 203/22 207/14 218/3
 219/18 221/24 222/7 222/20 244/12 254/25
beyond [6]  10/25 17/1 29/19 30/7 233/1
 234/23
bias [4]  10/2 231/14 232/5 232/11
biased [1]  232/1
big [15]  16/14 16/15 20/5 20/25 22/4 22/8
 51/21 97/3 97/5 97/11 97/14 128/16
 147/22 256/4

biggest [1]  130/15
bigtime [1]  16/12
bills [1]  20/25
binder [16]  58/9 79/4 105/9 119/21 121/22
 121/23 125/16 131/2 132/18 137/16 137/17
 140/5 141/16 142/14 145/1 146/9
bio [4]  159/8 159/16 160/2 160/14
biomedical [2]  229/8 230/6
bios [1]  159/22
Biosig [6]  227/24 236/24 237/2 237/5 237/9
 237/16
birthday [1]  198/2
bit [11]  15/19 19/2 20/18 49/2 100/18 104/5
 139/15 146/4 146/6 178/12 242/19
black [2]  100/18 196/2
blackline [4]  112/12 112/14 112/19 191/23
blamed [1]  24/15
blank [1]  259/6
blew [3]  38/18 38/20 135/3
block [2]  92/19 128/16
blocked [1]  46/23
blogs [2]  12/10 12/16
blow [41]  61/1 64/14 68/17 68/18 71/15
 72/16 74/6 74/15 81/19 83/4 87/8 91/1 95/23
 99/10 102/12 104/7 106/14 107/11 109/15
 115/9 120/16 120/18 122/14 126/9 126/12
 126/23 129/22 129/24 131/14 134/12 135/1
 135/2 135/4 138/6 140/22 142/4 142/4 143/2
 143/17 143/25 145/13 146/22
blowing [1]  20/24
blown [1]  242/18
blowup [1]  189/21
blue [2]  100/13 186/13
board [34]  19/12 39/5 57/25 58/2 111/4
 147/23 147/25 148/3 148/12 148/17 148/17
 149/11 149/13 159/2 187/18 187/20 196/4
 196/25 198/18 198/19 200/18 206/23 206/25
 207/4 207/14 207/16 208/11 223/9 227/10
 228/15 246/17 246/18 247/8 247/10
boards [1]  223/1
Bob [1]  195/23
Boca [5]  16/13 23/9 23/12 24/18 36/22
body [5]  229/9 229/9 229/14 229/17 230/6
Bokios [2]  254/1 254/19
bond [1]  223/11
bonds [6]  51/4 51/6 51/7 221/12 221/15
 221/18
book [1]  127/17 161/11 161/13
books [3]  127/17 159/1 159/13
boost [2]  15/24 15/25
both [23]  27/24 45/14 49/12 92/19 94/22
 98/2 105/10 121/4 128/10 140/1 181/22
 182/2 185/9 200/3 215/25 221/15 224/25
 226/21 238/13 238/16 245/17 250/14 250/24
bottom [12]  68/17 68/18 76/18 84/5 87/9
 115/8 120/21 133/24 135/5 135/24 165/6
 188/1
bought [3]  28/8 39/14 149/14
Boulevard [1]  237/17
box [3]  37/1 110/15 123/10
boxes [1]  22/16
bragging [2]  18/23 22/8
brand [2]  65/19 97/7
break [10]  6/5 6/7 44/21 70/14 116/8 116/14
 150/11 160/25 236/3 236/8
breaking [4]  39/10 42/5 42/8 255/6
breaks [1]  6/12
Brian [5]  28/12 224/21 225/2 227/5 227/14
brief [2]  87/25 230/21
briefly [3]  57/21 108/13 210/14

bring [17]  6/2 32/12 46/25 84/10 118/14
 151/15 174/3 176/7 176/10 233/6 233/9
 234/6 234/8 234/17 235/25 246/16 251/21
bringing [5]  46/20 201/17 233/15 234/14
 253/5
brings [2]  233/4 239/9
broken [1]  22/17
broker [1]  43/23
brokerage [3]  253/3 256/20 257/11
brokerages [1]  128/24
brought [4]  10/13 181/25 247/7 247/11
brown [1]  53/25
Budimir [2]  228/3 228/16
building [1]  221/21
builds [1]  241/18
built [2]  35/17 44/8
Bulletin [2]  57/25 58/2
bunch [10]  23/21 27/19 27/22 33/10 93/6
 100/13 106/4 138/23 138/25 244/3
Bunes [25]  39/4 55/21 193/4 193/23 196/7
 197/23 198/9 198/13 198/15 198/20 199/4
 199/16 200/2 200/17 200/20 200/24 201/3
 201/5 201/7 201/15 205/3 238/1 239/21
 239/24 240/1
Bunes' [1]  201/21
burden [8]  5/3 5/6 5/7 5/9 5/9 5/12 10/17
 10/18
burdensome [1]  259/23
business [24]  48/23 48/23 49/20 80/23 81/10
 174/14 174/15 174/16 174/17 174/19 174/22
 175/1 175/5 175/6 175/17 175/19 221/7
 223/3 241/5 241/5 241/12 242/9 242/11
 256/23
businessman [1]  189/10
businessperson [1]  189/15
button [6]  56/20 178/7 178/10 178/24 179/2
 179/6
buy [4]  15/24 51/7 51/17 60/18
buyer [2]  51/19 82/25
buying [2]  91/18 180/2
buyins.net [3]  212/20 213/1 213/6
buys [1]  51/6
Bye [2]  260/4 260/5

**C**

cable [1]  37/5
cables [3]  37/13 37/15 135/11
calculated [1]  29/24
calendar [1]  97/14
Calgary [8]  104/18 110/1 123/13 123/16
 123/18 123/23 123/24 242/1
California [8]  16/13 17/21 30/25 48/21 50/8
 50/11 222/4 233/10
callback [1]  235/11
Callcentric [1]  109/21
called [26]  8/7 14/21 15/2 15/6 15/18 24/15
 27/17 30/22 36/6 49/24 52/13 53/2 53/16
 57/12 57/20 57/25 129/15 129/24 177/5
 207/2 212/20 219/20 226/8 227/23 236/24
 257/17
calling [3]  100/17 161/25 218/5
calls [5]  36/11 47/10 93/17 100/22 122/21
came [31]  18/19 18/20 19/1 19/14 20/3 25/5
 27/2 34/21 36/10 88/2 89/1 91/18 121/9
 124/15 124/18 149/6 149/20 158/22 159/17
 180/9 180/11 180/13 197/23 198/4 198/13
 198/15 199/4 201/13 234/18 234/20 247/7
campaign [1]  66/12
can't [17]  7/1 13/8 31/10 31/10 32/22 32/22
 157/8 160/13 176/16 187/16 200/20 201/17

**C**

can't... [5]  222/22 253/6 257/2 258/13 258/13
Canada [7]  104/18 110/1 123/13 123/16
123/18 123/23 123/24
canceled [1]  125/10
canceling [1]  22/19
cancellation [4]  124/15 124/23 124/24 127/8
cancer [2]  38/19 38/21
cannot [7]  9/8 9/9 10/21 131/17 201/1 256/22
256/22
Cantrell [3]  224/22 227/5 227/15
cap [6]  176/24 177/5 177/14 192/13 192/18
193/8
capabilities [1]  221/6
capable [2]  34/9 44/10
capacity [1]  152/5
capital [10]  50/17 157/15 157/16 177/17
192/25 193/5 206/11 219/18 220/11 220/23
capitalize [2]  138/22 139/3
caps [1]  60/22
captioned [1]  211/18
card [6]  36/2 36/6 37/1 80/17 242/21 242/24
Cardiac [16]  74/11 85/3 102/19 102/22
103/1 103/20 103/24 105/22 105/24 105/25
119/8 119/13 121/5 121/7 126/20 244/24
Cardinal [1]  246/6
cardiologist [1]  246/19
cardiologists [2]  247/8 247/10
Cardiology [1]  245/1
cardiovascular [1]  35/3
care [3]  21/22 168/13 184/25
cared [2]  20/12 20/13
Carolina [6]  17/21 32/23 40/17 50/12 198/20
198/24
carried [6]  17/5 67/15 71/4 126/19 223/7
223/8
carry [1]  20/20
carrying [1]  8/6
cars [1]  16/14
Carter [58]  23/6 23/8 23/13 23/15 23/15
23/21 23/21 23/24 24/2 24/6 24/14 24/14
24/14 24/18 24/20 24/22 24/23 24/25 25/3
25/5 25/6 25/7 25/20 26/14 27/3 27/24 28/2
36/1 36/2 36/11 36/21 36/25 37/11 37/12
37/14 38/1 38/7 134/21 134/23 135/8 135/22
136/14 136/16 136/19 137/3 137/8 141/5
141/19 142/11 143/7 145/18 146/13 147/3
147/10 147/12 147/14 147/17 147/18
Carter's [3]  25/1 37/23 147/4
case [89]
cash [11]  17/10 21/7 23/3 23/23 27/9 40/24
41/6 43/17 127/17 177/10 192/19
cashed [1]  16/2
casino [1]  20/23
category [1]  174/11
caused [2]  25/18 43/1
CC [2]  170/23 171/1
CC'd [3]  170/18 170/25 191/9
cease [2]  152/9 199/16
ceased [1]  123/21
centers [1]  84/20
cents [2]  43/20 43/25
CEO [35]  19/11 19/25 37/7 37/16 39/4 40/14
59/20 59/21 65/19 70/11 160/22 184/7
193/23 195/20 196/6 196/21 196/22 197/6
197/8 197/18 197/21 197/22 197/22 197/24
199/16 199/20 199/25 200/6 209/2 209/5
209/23 210/1 210/2 246/17 247/7
CEOs [3]  19/22 197/2 200/11

certain [13]  3/11 8/13 11/3 55/7 74/6 141/2
148/20 153/17 192/19 202/18 206/13 206/15
208/2
certainly [27]  29/6 29/7 84/8 86/18 113/22
134/1 148/16 157/7 159/6 159/8 162/12
163/22 180/12 187/17 191/8 191/9 201/10
201/12 209/13 210/2 212/5 215/8 217/20
218/8 229/23 233/17 256/22
CERTIFICATE [1]  263/17
certified [2]  251/4 263/19
certify [1]  263/19
cetera [1]  63/4
CFO [2]  19/11 195/25
chain [2]  8/7 170/7
chair [3]  7/4 48/6 116/21
chance [4]  13/15 249/24 258/3 259/1
change [2]  54/8 116/4
changes [4]  113/15 172/20 182/15 184/14
chapter [7]  31/23 32/2 32/4 32/7 32/8 32/9
45/20
Chapter 7 [1]  31/23
characterize [1]  97/3
characterizing [2]  245/16 245/17
charge [2]  94/9 94/10
charged [14]  7/20 11/20 17/3 18/11 25/12
25/13 25/17 25/19 25/21 25/22 25/24 26/2
29/15 30/8
charitable [1]  27/12
Charles [1]  1/21
chat [2]  12/10 12/16
chauffeur [4]  23/14 36/12 36/22 36/25
check [6]  67/2 78/21 100/5 102/24 107/24
108/10
checked [2]  106/5 110/14
checking [2]  84/14 84/16
chief [16]  36/23 92/19 94/15 110/25 123/18
138/20 138/24 148/7 148/10 148/15 199/6
199/9 206/17 209/10 209/18 209/22
chips [2]  100/12 205/24
choice [1]  10/22
choose [2]  8/10 10/21
chooses [1]  15/3
chronologically [3]  96/7 96/17 99/24
chronology [1]  161/1
Cincinnati [1]  199/12
Circuit [1]  3/25
circulate [5]  110/21 110/23 111/1 111/4
241/17
circulated [7]  94/23 111/16 115/21 124/17
227/7 241/15 241/19
circumstances [1]  8/8
circumstantial [1]  8/7
cite [1]  201/18
city [2]  48/20 50/11
claim [7]  32/13 32/19 33/7 65/10 190/2 232/7
232/8
claimed [3]  32/15 32/16 228/2
claims [2]  33/2 62/16
clarify [5]  3/16 53/19 71/23 110/24 250/8
clarity [2]  71/18 233/22
Clark [3]  2/16 3/20 16/20
class [3]  32/16 32/17 32/17
clean [1]  10/16
clear [17]  4/3 5/15 29/8 39/20 55/23 72/1
72/15 76/2 89/14 101/4 104/6 143/10 175/21
175/22 182/21 199/2 199/2 253/22
clearing [3]  257/16 257/16 257/19
clearly [1]  253/20
Clematis [1]  1/24
clients [1]  123/22

clip [13]  85/4 85/5 85/6 85/9 85/20 85/23
86/3 86/6 86/9 103/11 108/15 108/17 114/3
clock [1]  19/20
close [4]  22/20 30/17 180/8 180/13
closely [5]  94/7 148/11 205/15 215/3 215/6
closer [2]  123/25 255/9
closing [5]  4/8 4/24 8/16 15/7 239/16
cloth [2]  212/11 213/21
co [2]  36/23 37/10
co-chief [1]  36/23
co-CTO [1]  37/10
Coconspirator [2]  36/20 36/22
code [7]  104/22 110/5 124/7 222/8 222/11
222/13 222/18
coincided [1]  33/15
collateral [1]  221/10
colleagues [1]  16/19
collect [3]  94/12 94/19 94/20
collecting [2]  65/23 208/3
com [1]  213/1
comes [7]  14/22 47/12 57/11 121/3 121/13
228/22 250/16
comfortable [6]  62/14 62/22 70/25 100/15
106/3 110/13
coming [7]  16/25 26/5 28/22 104/21 110/4
189/18 229/15
commenced [1]  127/5
comment [5]  94/24 94/25 113/20 222/22
253/8
commented [1]  111/4
commenting [1]  219/2
comments [4]  111/7 112/1 178/21 178/22
commercial [1]  226/18
Commission [7]  18/10 24/9 39/23 51/2 51/2
151/14 211/18
commissions [2]  129/25 130/7
commit [1]  25/23
commitment [1]  220/24
committed [2]  11/20 29/15
committee [13]  111/5 207/2 207/4 207/4
207/8 207/9 207/14 207/16 208/11 208/23
209/10 209/11 209/21
common [7]  15/22 40/23 41/2 60/16 130/5
156/1 209/17
commonly [1]  209/14
communicate [6]  12/8 147/12 166/4 180/16
209/5 239/17
communicated [6]  180/14 180/23 181/1
181/4 181/6 181/8
communicating [3]  166/1 195/6 195/9
communication [13]  12/6 161/2 166/6
171/25 174/9 174/12 186/17 193/19 195/5
213/17 213/18 253/15 253/19
communications [4]  160/23 166/8 166/16
171/13
companies [14]  18/12 18/13 38/15 40/4
49/12 49/12 50/21 60/16 121/3 157/16
157/18 209/5 213/2 221/24
company [244]
company's [14]  15/25 15/25 18/23 19/13
19/17 21/14 22/7 52/7 127/22 129/9 146/25
177/14 230/18 255/21
compare [3]  28/4 183/1 196/22
compensation [1]  130/16
complaining [1]  22/19
complaint [1]  231/16
complaints [1]  211/19
complete [6]  47/14 47/16 97/15 110/15
221/17 241/22
completed [4]  61/18 231/19 244/9 248/22

**C**

completely [1]  175/22
completing [2]  110/14 220/25
compliance [2]  57/17 255/21
complicated [2]  51/9 51/10
complied [1]  203/8
comply [1]  51/8
comprehensive [4]  52/21 98/2 201/12 241/22
computer [7]  37/6 173/17 205/24 241/25 242/2 242/4 242/7
concentrate [1]  4/15
concentrating [1]  160/23
concept [6]  228/19
concepts [1]  228/25
Conceptually [1]  242/24
concern [4]  45/25 100/14 117/22 140/25
concerned [5]  8/9 55/6 212/1 234/16 254/3
concerning [1]  170/15
concerns [5]  101/10 181/25 185/20 212/7 212/9
concluded [3]  169/11 221/11 236/5
conclusion [3]  93/17 149/2 200/10
conclusively [1]  222/7
concurrently [1]  39/8
condition [2]  13/9 13/10
conduct [5]  11/4 113/14 227/15 234/2 248/13
conducted [1]  227/17
conference [2]  169/11 236/5
confident [1]  221/17
confirm [3]  60/9 65/13 145/24
confirmation [6]  101/8 101/15 105/21 106/13 107/2 110/9
confirmations [1]  124/17
confirming [1]  213/23
confirms [3]  140/25 141/5 146/24
conform [1]  184/1
confused [3]  103/1 107/21 147/18
confusing [1]  181/18
Congressman [1]  246/4
conjunction [2]  92/18 125/3
connection [5]  25/18 131/21 141/5 142/8 192/11
Connections [13]  131/18 131/22 132/3 132/21 134/21 134/23 135/9 135/23 136/13 138/14 140/2 141/4 145/19
connectivity [1]  136/6
consequence [1]  14/3
consider [4]  9/15 9/18 167/20 175/17
consideration [1]  141/6
considered [4]  8/14 174/19 175/1 175/5
considering [1]  9/22
consistent [1]  223/2
consistently [1]  160/21
conspiracies [1]  25/22
conspiracy [3]  25/22 25/24 25/25
constant [1]  215/24
constantly [1]  212/21
consult [5]  135/10 135/16 136/4 136/5 136/9
consultant [8]  36/24 80/23 81/10 135/10 135/16 136/4 136/5 136/9
consultants [1]  141/1
consultation [1]  80/18
consulting [12]  43/19 80/11 132/20 134/14 141/2 143/21 149/6 149/12 201/13 206/25 212/19 224/21
consumer [1]  83/8
Cont.'d [2]  134/9 261/10
contact [11]  102/23 108/9 127/13 180/5 180/9 209/15 212/2 250/8 254/1 256/8 259/4

contacted [3]  180/5 193/10 253/22
contacts [1]  226/14
contained [1]  152/14
contemplated [2]  223/6 223/7
content [16]  61/1 61/9 61/11 66/6 70/7 72/1 104/7 113/18 122/15 140/22 142/5 143/25 169/5 179/16 179/18 238/22
contents [1]  245/22
contest [1]  133/21
context [5]  164/24 166/20 185/1 190/15 226/9
continual [1]  135/10
continuation [1]  136/1
continue [6]  54/11 66/15 119/3 135/22 176/19 221/9
continued [4]  66/11 198/9 262/2 263/2
continues [1]  70/9
contract [31]  35/18 37/12 37/15 37/16 37/22 37/24 37/24 39/2 39/3 39/6 42/13 57/12 93/8 94/15 135/23 137/10 137/13 138/14 142/8 198/18 198/22 199/14 201/11 202/2 202/9 202/10 202/13 202/16 202/18 202/18 203/6
contractor [4]  34/2 35/10 35/17 37/11
contracts [14]  43/16 49/11 51/4 93/1 147/1 150/3 177/10 202/15 228/1 228/7 228/9 228/12 229/3 246/6
contractual [2]  49/21 198/11
contradicted [1]  10/2
contrary [2]  31/18 130/22
contributions [1]  239/8
control [14]  9/2 20/2 40/19 55/7 66/14 85/13 85/17 94/11 147/1 188/6 188/24 196/18 200/14 201/3
controlled [7]  19/5 35/16 188/5 188/19 191/5 191/6 196/15
controls [1]  41/1
conversation [4]  60/4 100/7 253/13 254/6
conversations [5]  45/11 63/1 69/19 161/20 173/8
convert [1]  101/23
converts [2]  101/22 109/22
convict [1]  4/24
convicted [2]  38/9 44/8
convinced [1]  23/2
cooperation [2]  6/23 260/2
cooperative [1]  257/24
coordinate [2]  209/19 209/20
copied [6]  65/7 78/19 191/5 194/15 212/11 214/10
copies [3]  58/10 116/24 117/3
copy [12]  56/17 60/7 70/3 112/17 112/22 120/1 131/18 155/16 156/8 170/19 191/23 241/16
core [1]  126/18
corner [1]  133/25
Corporate [1]  106/16
Corporation [1]  44/14
corporations [1]  48/24
correct [79]  2/22 2/23 4/20 13/15 70/5 79/3 89/5 94/18 97/1 97/2 141/9 141/10 152/7 152/8 153/18 153/19 154/1 154/2 154/6 154/7 155/11 156/16 157/16 157/17 163/17 163/18 171/14 174/5 178/11 179/21 185/16 192/10 195/22 196/4 196/5 196/8 196/12 198/14 198/16 198/17 199/2 199/4 199/5 199/8 200/7 201/22 201/23 202/1 202/4 202/7 202/8 202/12 203/5 204/22 207/6 207/7 208/20 210/22 212/18 214/7 216/21 216/25 217/24 219/21 223/19 226/3 226/4 227/21 227/22 229/25 234/22 240/4 240/5

240/7 240/20 247/3 247/9 255/19 263/20
correctly [2]  31/8 37/8
correspondence [1]  175/4
corroborate [1]  28/6
cost [1]  31/17
costs [2]  87/5 136/21
couldn't [5]  32/21 55/3 144/23 184/7 259/25
counsel [24]  1/21 15/11 16/19 44/14 46/24 54/18 67/7 84/18 118/22 123/18 128/7 152/5 152/9 157/25 159/25 167/17 197/9 229/24 240/2 241/21 252/17 254/2 258/2 259/1
counsel's [1]  54/18
counter [2]  204/5 204/7
counter-lawsuits [2]  204/5 204/7
country [1]  70/12
couple [8]  6/12 20/14 26/3 26/4 73/6 80/11 127/9 153/13
course [13]  4/8 7/6 34/8 94/24 146/5 162/13 174/17 175/6 214/10 228/3 241/4 241/12 250/9
court [32]  1/1 1/24 2/1 4/14 5/4 11/11 13/4 32/1 32/20 32/24 40/1 46/3 46/11 100/23 117/20 117/25 151/3 151/4 151/17 168/2 168/6 168/9 174/13 174/21 175/12 210/22 234/12 252/12 253/4 255/23 255/24 258/22
Court's [12]  2/17 92/10 116/23 116/25 120/10 150/6 173/3 173/13 174/23 196/25 233/23 240/23
courtesy [2]  27/19 184/16
courthouse [2]  8/6 32/10
courtroom [15]  6/17 7/25 13/20 13/25 14/12 45/2 47/1 49/13 116/12 118/22 118/24 150/16 151/20 176/11 248/9
cover [14]  22/12 22/20 24/3 24/5 24/7 24/7 25/8 84/3 104/13 104/14 122/4 122/5 123/8 234/19
covered [7]  93/13 93/14 93/24 94/4 206/12 234/17 234/23
CPA [2]  206/22 206/23
CPE [1]  1/23
CR [1]  1/2
create [7]  5/11 22/11 22/21 23/21 24/2 26/8 27/8
created [4]  21/4 26/8 102/7 102/8
creative [1]  29/25
credibility [1]  10/7
credible [3]  32/21 36/15 36/17
credit [5]  80/16 202/21 202/22 242/21 242/24
creditors [3]  31/24 32/6 32/8
crime [2]  11/20 38/6
crimes [6]  7/20 17/2 25/12 28/1 29/15 30/7
criminal [4]  1/17 7/15 10/8 10/9
crisis [1]  33/18
critical [2]  29/3 41/13
cross [15]  15/1 15/4 21/9 43/13 70/12 150/9 150/13 151/24 152/1 234/3 236/3 236/7 236/14 247/17 261/11
cross-country [1]  70/12
cross-examination [8]  150/9 150/13 152/1 234/3 236/3 236/7 236/14 247/17
cross-examine [4]  15/1 15/4 43/13 151/24
crossed [1]  191/22
CRR [2]  1/23 263/25
CTO [2]  37/10 37/10
cured [1]  193/5
curious [1]  58/12
current [2]  61/16 92/23
currently [5]  17/17 50/3 50/8 70/13 127/11
customer [5]  21/25 22/19 243/12 257/14

**C**

customer... [1]  257/20
customer's [1]  21/24
customers [6]  18/18 18/23 22/7 22/13 28/14
121/7
cut [4]  206/7 226/14 244/8 256/5

**D**

D.C [1]  24/25
Dairy [1]  1/22
damaged [1]  33/9
data [1]  53/4
date [30]  55/11 59/5 64/2 65/2 68/24 74/20
76/17 76/19 78/7 87/16 87/17 104/19 110/2
112/2 120/2 123/3 124/20 134/17 137/23
140/9 143/20 146/14 223/10 225/4 225/24
228/9 229/24 239/15 239/17 256/15
dated [5]  64/19 100/10 142/18 183/11 263/22
dates [5]  49/22 203/10 203/13 256/17 259/16
daughter [1]  30/24
Dave [3]  144/6 144/7 144/9
Davis [1]  244/14
day's [1]  257/7
days [9]  6/16 16/6 16/25 26/5 28/22 127/9
202/25 203/11 256/7
DC [1]  1/18
de [2]  54/17 67/6
deal [8]  87/2 97/3 97/5 97/5 97/6 174/4
249/21 253/17
dealing [12]  49/11 57/5 57/6 57/8 57/16
100/12 148/21 150/2 161/25 193/15 205/10
228/7
dealings [1]  39/16
dealt [3]  54/10 119/17 121/2
Dear [2]  122/17 220/22
debt [1]  20/23
debtor [1]  33/5
debts [1]  31/23
decade [2]  34/4 38/14
deceased [4]  19/24 37/24 38/21 132/13
December [9]  49/19 52/8 85/7 85/21 86/1
86/6 98/12 130/4 197/16
December 18th [4]  85/7 85/21 86/1 86/6
December 2003 [2]  49/19 197/16
December 31st [3]  52/8 98/12 130/4
deception [1]  29/25
decide [7]  7/18 7/24 9/19 14/10 55/19 139/2
201/6
decided [2]  21/13 125/4
deciding [1]  9/14
decipher [2]  144/6 144/23
decision [4]  13/6 13/19 13/24 139/11
decisions [1]  39/25
declarative [1]  167/24
declared [1]  203/4
deducted [1]  84/9
deemed [1]  222/7
DEFENDANT [11]  1/7 1/19 7/19 8/23 8/25
10/12 10/13 10/15 10/18 10/20 12/20
Defendant's [29]  10/22 10/24 155/10 155/13
155/19 165/21 169/13 171/9 183/7 187/4
190/20 214/24 220/7 224/15 225/21 238/17
263/3 263/4 263/5 263/6 263/7 263/8 263/9
263/10 263/11 263/12 263/13 263/14 263/15
Defendant's 323 [1]  155/10
defense [7]  43/12 47/13 116/19 194/3 234/8
245/3 260/11
deficiency [4]  164/5 170/15 170/19 206/11
definitely [1]  181/22

definition [2]  94/4 207/8
definitions [1]  13/22
definitive [3]  256/18 258/8 259/16
delay [1]  176/18
delays [2]  100/11 122/20
deliberations [2]  13/5 15/9
delist [1]  177/6
delisted [1]  177/15
demand [1]  259/20
demanded [1]  89/1
demands [3]  19/10 26/14 221/6
demonstrate [2]  177/9 188/14
demonstrations [1]  227/3
denied [1]  217/22
department [6]  1/17 35/19 37/18 181/3
245/3 257/20
depended [1]  57/2
depending [1]  203/3
deposition [3]  34/12 43/5 43/7
Depot [1]  36/5
deprive [3]  174/24 175/8 175/15
deputy [5]  37/18 160/7 160/15 183/24
188/20
describe [11]  17/4 26/22 52/4 56/14 57/3
92/14 96/14 126/15 128/20 148/6 243/3
described [3]  94/6 126/17 155/25
describes [1]  57/13
describing [2]  79/1 91/19
description [3]  82/20 83/23 162/17
deserves [1]  8/12
design [1]  20/20
designed [3]  14/1 15/22 17/5
desperate [1]  21/7
detail [6]  86/23 98/3 101/18 103/3 132/3
188/12
detailed [4]  7/17 113/17 113/17 130/22
details [3]  89/2 91/19 203/18
determination [1]  223/10
determine [4]  7/19 182/23 205/25 206/10
determined [2]  30/1 223/1
determining [2]  10/6 193/20
develop [4]  30/23 37/14 135/16 160/9
developed [3]  37/19 228/25 229/5
developer [1]  188/21
developing [2]  37/13 243/6
development [4]  97/6 135/11 135/19 136/6
device [30]  11/22 12/15 12/15 17/20 30/23
31/10 31/11 31/17 33/22 33/22 33/25 34/2
34/8 34/17 35/8 35/18 35/20 37/5 37/5 42/9
42/15 43/4 44/12 44/15 80/17 136/11 201/25
229/17 243/1 246/3
devices [4]  34/5 34/9 42/14 148/21
DHHS [1]  160/15
dialogue [1]  178/3
dictated [1]  221/6
didn't [42]  3/5 8/24 20/1 24/6 26/12 27/20
28/14 28/19 33/23 33/24 34/18 35/20 37/14
38/22 41/3 42/10 62/22 62/23 85/11 88/3
99/6 118/18 123/14 130/20 144/20 156/8
161/16 161/18 162/4 164/1 171/25 178/22
183/21 184/25 185/10 213/19 230/14 244/6
244/8 245/13 251/15 252/19
Diego [1]  245/5
difference [2]  8/9 242/20
different [20]  15/20 17/10 17/15 17/18 25/22
31/11 53/4 97/18 111/8 113/23 127/1 144/2
144/14 154/23 199/23 206/13 207/15 242/20
243/21 243/21
differently [1]  119/20
difficulty [1]  255/3

dilutes [1]  42/1
dire [6]  87/21 88/7 117/13 133/1 133/4 261/9
direct [14]  8/9 20/8 48/16 83/8 84/6 134/9
163/2 174/12 185/21 215/14 233/1 234/2
261/8 261/10
directed [5]  91/9 113/14 135/16 228/7 228/8
directing [3]  201/16 212/1 212/3
direction [3]  188/9 188/10 212/24
directions [2]  129/9 249/16
directly [6]  16/3 58/11 141/6 147/12 162/1
195/6
director [5]  62/5 62/6 158/22 161/19 161/21
directors [12]  19/12 111/5 147/23 147/25
148/3 148/12 149/3 159/21 207/14 207/16
223/1 223/9
disagreed [1]  187/13
disappointment [1]  96/2
disapprove [1]  181/21
disbelieve [1]  8/10
disbursed [1]  139/10
disclosed [1]  203/25
disclosure [1]  98/1
disclosures [1]  51/11
discounts [1]  87/6
discovery [1]  117/24
discuss [15]  2/9 8/17 11/11 11/14 44/23
116/8 116/13 150/14 150/17 161/2 173/21
215/20 215/21 247/18 249/11
discussed [10]  3/19 10/10 11/23 13/8 13/11
63/2 159/2 177/25 204/3 227/10
discussing [3]  149/14 204/4 245/17
discussion [7]  101/1 127/13 148/19 149/1
176/6 226/12 254/18
discussions [8]  11/25 12/4 13/5 185/19
203/12 244/6 244/6 244/11
disease [1]  35/3
dispute [2]  31/11 192/11
disputed [1]  35/23
disputes [1]  192/5
disregard [1]  9/13
dissatisfied [1]  243/12
disseminate [1]  56/18
disseminated [1]  52/10
dissemination [1]  150/5
distinction [3]  29/3 29/3 178/4
distract [1]  14/11
distribute [1]  201/25
distribution [6]  44/7 154/6 155/25 156/25
243/10 243/19
DISTRICT [3]  1/1 1/1 1/13
Division [1]  1/17
DMS [1]  244/16
doctor [5]  35/1 35/2 169/22 246/22 247/2
doctors [4]  17/23 148/21 246/16 246/18
document [106]
document's [1]  214/15
documentation [1]  71/3
documented [1]  43/20
documents [66]  3/3 3/13 16/7 19/18 22/12
22/12 23/22 24/3 26/6 26/8 26/15 27/8 30/19
39/22 39/24 39/24 40/9 43/1 43/11 43/12
43/14 44/1 61/23 66/19 70/17 76/8 77/13
79/7 79/19 86/17 86/24 92/18 92/20 94/10
94/23 101/9 101/16 105/8 108/24 109/23
113/23 114/10 115/20 143/9 149/5 189/24
190/2 190/3 231/10 242/2 251/15 252/1
252/24 253/7 253/9 253/11 253/16 254/4
254/8 254/11 254/12 255/18 257/7 257/9
257/25 258/18
does [49]  12/22 13/3 13/7 20/19 35/8 35/20

**D**

does... [43] 42/17 43/4 45/15 46/3 48/6 51/14 57/18 60/3 60/6 60/7 60/8 60/9 65/10 65/13 69/22 69/24 70/2 70/3 78/21 85/15 85/16 87/2 124/11 129/7 133/13 133/15 137/2 143/9 166/6 167/11 181/1 184/1 184/6 188/3 188/24 189/5 189/6 207/12 231/22 232/5 237/1 249/25 256/10
doesn't [14] 4/2 5/9 7/10 30/20 44/4 44/5 86/15 87/4 168/8 174/21 174/25 191/8 217/8 217/10
doing [26] 12/14 19/15 33/24 33/24 50/9 50/20 67/10 70/25 82/5 83/15 84/12 103/4 116/25 120/20 128/9 147/18 170/14 185/10 205/12 206/21 224/23 227/2 233/21 233/24 234/5 243/24
DOJ's [1] 252/16
dollar [3] 43/20 139/25 204/25
dollars [16] 15/18 20/24 32/7 33/1 33/3 39/6 39/8 41/6 41/8 41/17 43/16 43/25 70/11 74/13 75/23 97/8
domestic [1] 227/12
don't [167]
done [15] 25/9 44/9 67/11 129/1 143/11 148/25 149/24 154/10 202/9 203/20 222/24 227/18 234/13 256/1 257/16
donees [1] 155/23
door [1] 174/10
dot [1] 213/1
doublechecking [1] 67/11
doubt [8] 5/11 10/25 17/1 29/19 30/7 71/5 174/18 185/11
doubting [1] 232/14
down [50] 16/13 23/9 23/11 24/18 24/18 25/6 31/21 32/10 32/24 41/10 72/25 76/17 77/17 79/24 91/11 91/25 100/1 100/18 110/18 121/11 125/12 127/19 131/1 132/17 135/4 136/7 137/16 139/14 141/15 142/13 144/25 146/6 146/6 147/20 149/1 160/25 182/16 189/14 189/19 189/23 191/13 206/1 213/13 214/2 231/17 243/25 244/1 245/4 255/8 256/6
Dr [6] 78/18 170/8 170/18 170/22 171/1 189/12
Dr. [137]
Dr. Drakulic [2] 229/4 237/9
Dr. Harmison [116]
Dr. Harmison's [10] 37/23 62/8 133/7 133/16 159/7 159/16 172/19 181/15 219/25 243/22
Dr. Lowell [6] 59/17 133/11 134/20 163/16 168/2 179/20
Dr. Phillips [1] 62/6
Dr. Windom [2] 62/5 216/19
draft [15] 56/25 57/1 57/10 64/7 88/19 111/11 164/10 164/19 172/20 191/20 191/21 191/91 191/22 204/9 227/7
drafted [14] 39/2 41/13 41/14 150/1 150/3 153/12 163/23 163/24 163/25 164/2 164/3 224/25 226/3 228/2
drafting [2] 172/17 229/3
draining [1] 17/6
Drakulic [5] 189/12 228/3 228/16 229/4 237/9
drawing [1] 176/4
Drive [1] 1/20
driver [1] 23/14
drop [3] 22/2 37/1 57/14
dropped [1] 213/21

Drs. [1] 218/11
Drs. Windom [1] 218/11
drug [3] 35/4 160/7 188/20
due [1] 92/6
dummy [1] 22/1
duplicate [1] 210/20
during [45] 4/5 4/7 7/6 11/13 15/21 17/18 20/2 23/7 25/11 26/7 28/8 29/17 42/24 50/14 51/20 53/13 70/11 93/12 94/22 116/14 129/11 130/4 147/23 150/18 151/12 152/12 159/2 178/11 179/12 181/15 181/19 186/18 193/24 196/10 196/15 196/23 197/11 197/18 201/5 201/20 209/16 239/8 243/7 243/21 249/11
duties [1] 50/23
duty [4] 7/15 7/18 54/18 209/2

**E**

e-mail [134]
e-mail's [2] 60/3 217/7
e-mailed [7] 73/21 75/11 76/15 132/6 140/8 140/11 259/12
e-mails [18] 26/7 26/10 26/11 26/13 26/15 36/9 37/25 38/3 40/18 114/11 164/18 166/13 171/16 217/5 237/25 242/1
each [14] 17/2 28/21 30/7 116/22 133/25 155/22 155/23 180/9 196/21 196/21 202/25 203/1 204/5 259/12
earlier [7] 66/9 92/2 123/14 127/9 183/15 191/25 233/5
early [5] 25/2 179/24 193/7 223/21 249/23
earned [7] 130/3 130/7 138/16 139/10 140/1 142/7 145/25
earnings [1] 52/25
ears [1] 67/16
Earth [1] 11/22
Easley [1] 7/1
easy [1] 24/1
eating [1] 42/2
EC [4] 143/7 143/11 143/11 143/21
ECG [2] 148/21 201/25
economies [1] 136/10
economy [1] 237/25
edit [2] 111/15 111/17
Edwards [1] 244/12
effect [1] 233/24
effective [2] 31/11 239/15
efficiencies [1] 136/10
efforts [9] 61/17 62/7 63/5 63/6 66/16 119/12 119/12 226/22 227/12
Ehrlichman [1] 246/1
eight [5] 49/7 51/25 100/10 226/23 227/13
eighth [1] 134/14
either [11] 8/10 11/7 42/6 51/22 119/13 163/24 189/19 192/21 197/13 203/2 229/21
EKG [5] 30/23 31/12 31/15 31/17 242/18
EKGs [2] 34/5 34/23
elaborate [1] 29/25
Elaine [1] 239/25
electrical [16] 37/4 131/18 131/21 132/3 132/21 134/21 134/23 135/8 135/22 136/13 138/13 140/2 141/3 141/5 142/8 145/19
electrician [2] 23/9 37/1
electricians [1] 37/3
electronic [1] 12/6
electronically [1] 37/4
electronics [2] 216/21 244/14
Eleventh [1] 3/25
Elliott [1] 230/13
else [33] 5/22 10/15 11/8 11/12 12/23 13/2

20/6 49/24 57/1 69/24 77/21 82/25 91/7 92/3 99/14 99/21 100/5 102/24 103/20 107/24 108/10 110/21 116/16 119/17 126/16 132/7 157/8 163/24 164/6 232/15 252/10 260/7 260/10
else's [2] 189/6 246/21
elsewhere [1] 221/3
email [1] 69/23
emblematic [2] 36/14 192/5
emphasize [1] 12/7
employees [2] 51/22 51/25
employer [1] 11/9
employment [1] 57/12
encouraged [1] 196/14
end [24] 7/16 7/20 10/7 10/18 46/15 52/7 53/7 53/23 70/15 80/17 84/8 94/22 99/2 143/7 148/18 162/9 168/8 172/25 193/6 203/4 204/14 209/9 215/19 227/21
ended [12] 41/22 41/24 42/2 42/2 42/3 95/7 98/12 114/17 121/15 125/21 130/4 200/2
ending [5] 86/1 86/8 103/10 114/3 130/3
ends [1] 85/8
Energy [1] 35/19
engaged [4] 49/19 50/16 50/19 206/25
engagement [2] 113/17 123/20
engaging [1] 166/8
enormous [1] 20/23
enough [6] 168/25 169/4 169/7 187/16 234/17 234/23
enrich [1] 30/1
ensued [1] 32/23
entered [48] 47/23 59/3 63/22 64/25 68/6 69/5 72/13 74/1 75/17 76/24 78/13 80/12 88/15 89/8 89/24 90/15 95/19 98/23 102/4 105/19 106/21 112/8 115/4 118/22 120/9 122/11 126/7 130/17 131/12 134/8 138/4 140/20 142/2 142/25 145/11 146/20 155/19 165/21 169/13 171/9 183/7 187/4 190/20 214/24 220/7 224/15 225/21 238/17
enters [6] 6/17 47/1 118/24 151/20 176/11 208/16
entire [4] 136/19 138/17 145/21 251/13
entirely [1] 192/12
entirety [1] 227/13
entitled [7] 14/17 41/18 41/20 41/21 153/21 153/13 263/21
entity [2] 129/15 130/14
equally [1] 215/21
equations [1] 159/6
equipment [3] 40/24 176/15 244/24
equity [4] 192/20 219/18 220/23 252/24
era [1] 201/20
Eric [1] 16/19
ESQ [3] 1/16 1/16 1/21
essence [1] 182/16
essentially [7] 4/9 57/14 125/3 135/6 148/19 199/19 234/2
establish [2] 169/3 232/10
established [1] 164/21
establishing [1] 221/5
estimate [1] 228/5
estimated [1] 233/17
et [1] 63/4
et cetera [1] 63/4
evaluate [2] 13/11 188/8
evaluating [1] 127/11
even [18] 3/15 5/4 7/22 13/10 22/1 55/12 67/3 70/15 103/21 103/24 109/5 109/12 158/22 166/3 190/25 197/11 208/23 212/23
evening [5] 236/8 248/8 250/11 260/12

**E**

evening... [1]  260/14
event [2]  60/23 181/22
events [4]  96/11 200/17 203/3 227/1
eventually [2]  24/9 28/13
ever [37]  42/9 74/3 75/19 81/15 103/17
  103/19 109/1 109/3 109/7 109/10 111/15
  121/10 130/17 130/18 130/20 133/19 137/7
  141/11 141/13 144/9 146/25 147/12 147/17
  149/11 158/24 170/2 174/19 187/23 193/17
  200/6 212/8 212/19 217/4 220/10 227/23
  237/14 242/23
every [30]  6/11 8/11 17/2 20/9 30/7 31/3 36/9
  36/10 37/7 63/4 133/17 178/10 191/7 207/5
  207/11 207/13 207/22 207/24 208/7 208/16
  208/21 208/23 208/25 230/16 251/14 255/7
  256/10 256/11 256/11 256/23
everybody [7]  49/5 52/10 94/12 111/7 149/1
  258/22 259/3
everyone [15]  6/21 24/21 24/22 45/7 47/5
  58/13 118/10 119/1 150/21 151/22 174/1
  176/13 181/18 191/1 236/14
everyone's [1]  96/1
everything [13]  9/21 31/19 32/14 33/13
  33/24 38/23 117/9 191/9 191/10 196/14
  208/12 213/24 256/1
everything's [1]  34/6
evidence [206]
evident [1]  108/24
Evie [1]  144/18
exact [7]  30/16 70/11 203/10 218/17 228/14
  229/12 253/2
exactly [8]  25/14 46/16 84/21 164/23 172/5
  215/15 241/19 254/9
examination [15]  48/16 133/4 134/9 150/9
  150/13 152/1 163/2 233/1 234/2 234/3 236/3
  236/7 236/14 247/17 248/13
examine [5]  15/1 15/4 43/13 151/24 155/5
example [11]  20/22 22/9 43/15 57/11 68/15
  111/25 159/24 164/3 168/10 180/12 188/13
excellent [2]  188/13 202/17
except [3]  41/2 142/8 183/17
exception [9]  2/14 148/18 149/10 175/24
  241/6 241/6 241/8 242/9 242/11
excerpt [3]  103/9 115/12 127/4
excess [1]  70/10
excessive [1]  202/14
exchange [32]  18/10 24/9 39/23 51/2 51/16
  57/23 58/3 58/4 93/14 93/15 93/25 93/25
  94/2 94/3 143/19 151/14 156/2 171/3 171/13
  176/23 177/6 177/16 177/19 177/24 179/1
  192/6 211/18 211/24 212/9 213/19 215/13
  216/16
exchanges [1]  128/24
exciting [3]  18/20 18/21 18/22
excluding [1]  189/4
excuse [18]  38/24 51/2 70/3 71/11 74/21 80/4
  93/25 104/13 120/22 127/9 137/15 146/9
  154/3 170/17 185/17 190/7 192/21 199/22
excuses [1]  226/19
executed [3]  134/17 134/18 141/2
executive [5]  111/2 148/7 148/10 148/15
  209/10
exercise [3]  89/12 90/3 90/19
exhibit [230]
exhibit 1 [1]  137/15
exhibit 106 [1]  224/2
exhibit 129 [3]  101/12 102/1 104/3
exhibit 130 [3]  106/8 106/18 109/15

exhibit 133 [3]  111/20 112/5 112/18
exhibit 136 [2]  114/14 115/1
exhibit 141 [2]  119/22 120/5
exhibit 147 [1]  131/2
exhibit 148 [2]  137/17 138/1
exhibit 149 [2]  140/5 140/17
exhibit 151 [2]  121/22 122/8
exhibit 159 [2]  125/13 126/4
exhibit 161 [2]  142/15 142/21
exhibit 165 [2]  186/20 187/25
exhibit 166 [2]  145/2 145/8
exhibit 167 [2]  146/9 146/17
exhibit 206 [2]  169/23 171/6
exhibit 224 [3]  174/4 176/1 180/21
Exhibit 225 [1]  163/16
exhibit 237 [3]  141/16 141/24 147/1
exhibit 247 [1]  47/17
exhibit 272 [1]  182/8
exhibit 279 [1]  157/24
exhibit 293 [2]  105/6 105/16
exhibit 322 [1]  194/8
exhibit 323 [1]  155/9
exhibit 326 [1]  213/17
exhibit 57 [5]  219/12 219/17 220/1 220/3
  220/9
exhibit 64 [4]  73/11 73/14 89/15 89/16
exhibit 68 [2]  58/7 58/24
exhibit 69 [3]  63/10 63/19 74/24
exhibit 70 [3]  75/6 75/14 90/6
exhibit 71 [2]  64/13 64/22
exhibit 72 [5]  67/19 68/3 76/5 161/4 161/8
exhibit 73 [3]  95/2 95/9 95/16
exhibit 74 [3]  76/12 76/21 90/22
exhibit 75 [3]  68/16 69/2 161/8
exhibit 76 [3]  71/7 72/10 77/10
exhibit 78 [4]  78/1 78/10 86/18 88/2
exhibit 79 [2]  87/8 87/19
exhibit 93 [3]  98/7 98/20 129/21
exhibit 96 [5]  132/18 132/24 133/9 133/20
  133/25
exhibit first [1]  117/4
exhibits [22]  3/11 4/13 15/5 42/23 47/13
  47/15 78/6 116/21 117/12 117/15 117/17
  126/16 151/17 161/9 174/8 188/15 237/24
  250/18 251/22 261/14 262/3 263/3
exhibits 216 [1]  47/15
exist [1]  12/22
existed [2]  103/22 103/25
existence [1]  44/15
existing [2]  146/15 228/21
exists [2]  109/5 109/12
exits [4]  45/2 116/12 150/16 248/9
expanded [1]  198/10
expanding [1]  221/5
expansion [1]  221/7
expansions [1]  221/2
expect [8]  4/7 19/23 40/21 204/8 222/20
  234/21 235/3 235/5
expected [2]  84/22 204/6
expecting [3]  236/13 257/5 257/6
expects [1]  66/16
expedited [1]  100/9
expense [4]  30/1 136/22 138/22 139/2
expenses [2]  40/24 84/10
experience [8]  37/4 60/13 111/15 113/19
  130/12 148/2 187/14 199/10
expert [1]  39/21
experts [1]  177/5
explain [30]  7/14 7/21 7/22 17/10 23/1 26/21
  27/4 35/19 50/25 55/4 57/21 61/3 88/20

96/14 101/5 109/19 120/19 123/6 123/15
  124/14 125/1 127/1 128/12 128/18 134/16
  138/18 145/22 146/3 149/23 176/16
explained [3]  127/4 214/8 228/19
explaining [2]  103/4 192/22
explanation [2]  215/23 230/21
export [1]  221/5
expressed [1]  101/10
extending [1]  184/15
extensive [1]  160/18
extensively [1]  202/2
extent [15]  35/11 77/19 88/3 137/4 138/16
  140/23 142/4 153/21 155/24 167/22 199/13
  204/1 211/8 233/13 250/14
extra [3]  6/8 247/25 248/16

**F**

F100 [2]  226/18 227/11
face [5]  12/7 12/7 83/17 188/25 223/11
Facebook [1]  12/11
facilitates [1]  128/25
facility [2]  136/10 156/3
facsimile [2]  105/15 107/17 123/9
fact [33]  8/4 8/8 12/3 13/18 18/1 23/4 25/2
  40/1 44/3 54/8 59/12 62/20 63/1 65/10 66/23
  67/14 67/14 71/4 91/11 97/8 103/3 128/25
  145/23 152/16 152/19 167/24 168/10 202/5
  208/22 216/6 218/2 234/19 237/10
facto [2]  54/17 67/6
factor [1]  10/5
facts [2]  3/14 62/11
factual [1]  185/7
fair [23]  11/5 13/1 13/1 13/15 13/23 14/1
  58/3 63/24 64/1 67/25 68/1 72/7 72/8 104/10
  123/23 129/6 168/25 169/4 169/7 187/11
  187/12 201/12 223/3
fairly [1]  207/20
fake [11]  15/23 21/3 21/3 21/15 22/12 22/19
  23/21 24/2 26/8 27/8 28/14
falling [1]  176/25
falls [3]  45/21 174/11 174/21
false [9]  34/25 34/25 62/2 217/18 217/21
  218/24 218/25 219/5 219/8
falsity [3]  217/21 218/23 219/2
familiar [18]  7/9 49/14 49/17 129/14 133/6
  133/16 133/18 160/17 167/1 207/2 211/2
  211/22 215/12 222/12 236/24 244/11 247/1
  247/6
familiarity [1]  133/8
family [11]  16/1 19/3 20/9 20/10 20/11 30/24
  31/19 33/13 41/18 41/22 42/2
fancy [3]  16/13 23/17 55/9
fantastic [1]  221/1
far [16]  5/16 8/8 22/13 32/11 61/10 61/14
  83/19 118/18 153/5 153/9 159/15 178/3
  200/17 200/19 226/22 234/16
fascinating [2]  32/9 34/20
fashion [2]  208/4 208/5
fast [2]  49/2 205/25
fated [1]  36/2
fault [1]  40/15
favorable [1]  44/3
fax [23]  101/21 101/21 104/13 104/14 104/15
  104/16 104/19 104/21 104/23 109/24 110/2
  110/4 110/6 122/4 122/5 123/9 124/6 124/8
  124/15 124/16 124/20 146/13 256/9
faxed [5]  102/11 104/11 104/15 107/5 146/12
faxes [2]  25/16 109/22
FDA [4]  37/19 183/24 242/22 243/2
February [4]  143/20 224/20 225/4 240/15

**F**

February 2008 [1]  240/15
February 3rd [2]  224/20 225/4
February 7th [1]  143/20
federal [1]  28/1
feel [9]  7/4 62/14 62/22 70/25 79/3 105/9
 106/2 110/10 201/19
fees [2]  43/19 136/22
fell [2]  177/2 177/5
fellow [1]  14/9
felon [2]  38/6 38/9
felons [2]  42/7 44/8
felony [2]  38/1 38/10
felt [1]  179/9
few [16]  3/25 16/6 16/23 26/16 28/7 35/24
 39/23 95/1 147/22 150/10 167/3 173/19
 236/9 255/7 256/7 257/25
fidelity [14]  61/14 66/13 89/11 90/2
 90/18 135/19 136/6 201/25 227/20 228/3
 242/17 243/6 243/9
fifth [1]  81/18
fight [2]  186/3 186/6
figure [8]  16/14 78/22 100/6 145/25 176/5
 205/22 205/23 235/1
figured [1]  37/9
file [14]  32/4 40/3 52/2 52/3 52/8 52/16 57/12
 61/7 95/13 98/17 99/1 114/23 126/1 150/4
filed [19]  4/4 18/9 26/20 31/22 32/2 34/17
 39/22 52/5 53/8 96/19 110/20 113/10 115/22
 121/17 152/14 152/18 153/7 155/4 196/10
files [7]  32/2 52/15 97/13 241/22 241/24
 241/25 242/3
filing [20]  41/4 52/22 57/9 95/22 96/20 97/14
 97/14 97/15 97/15 98/15 116/2 121/11
 121/21 131/25 153/16 154/3 154/9 208/1
 209/9 230/17
filings [43]  18/25 26/9 26/20 26/24 28/10
 41/13 42/23 42/25 53/6 54/12 56/5 87/15
 92/13 92/15 94/8 94/10 94/21 95/1 111/11
 111/16 115/13 126/19 127/2 127/20 128/9
 152/12 152/14 152/25 154/19 160/12 160/13
 162/8 162/11 196/10 196/17 203/24 204/1
 204/9 204/23 229/11 230/16 230/17 243/20
fills [2]  128/21 129/7
final [4]  13/6 15/7 113/10 191/21
finally [5]  13/16 28/17 76/11 86/5 256/9
finance [13]  19/5 19/5 19/7 20/5 41/1 53/16
 54/23 55/13 55/16 55/24 89/11 90/2 157/7
financial [32]  52/23 52/24 53/3 53/3 92/19
 92/20 92/21 94/13 94/16 97/21 98/2 110/25
 123/19 128/10 138/20 138/21 138/24 139/2
 139/12 140/7 141/1 206/12 206/17 207/5
 207/9 207/25 208/1 208/4 208/6 209/18
 209/22 257/17
financing [1]  90/18
fine [6]  45/18 91/16 103/5 118/20 155/14
 235/13
fingers [1]  203/14
finish [5]  235/21 236/2 236/7 247/16 248/11
finished [4]  102/9 107/4 115/10 206/4
Fink [6]  196/22 197/6 197/8 197/16 197/18
 200/2
firm [5]  123/17 177/25 256/20 257/17 258/18
firms [5]  157/15 157/15 252/22 257/16
 257/19
first [93]
firsthand [2]  218/9 218/10
fiscal [1]  52/7
five [5]  3/19 36/9 47/13 214/6 228/13

fix [2]  31/5 173/18
fixed [2]  156/6 156/15
FL [2]  1/20 1/22
Flagler [2]  1/20 32/24
flanked [1]  218/11
flight [2]  235/10 235/17
flip [1]  86/16
flipping [1]  101/17
FLORIDA [9]  1/1 1/7 1/25 30/25 32/24 36/1
 36/22 140/8 243/25
flow [2]  177/10 205/23
focus [2]  113/21 199/21
focused [1]  181/15
focusing [2]  169/23 181/17
folks [3]  28/7 58/13 130/25
follow [10]  7/6 7/21 7/22 11/3 15/8 23/24
 51/9 125/4 129/9 193/9
followed [5]  14/3 22/18 27/6 171/24 213/3
following [17]  6/17 14/4 45/6 47/1 118/9
 118/24 125/9 150/5 150/20 151/20 156/18
 167/19 173/25 176/11 189/20 231/9 258/9
Food [2]  160/7 188/20
Force [1]  229/5
forced [1]  122/19
foreclosure [1]  33/18
foregoing [1]  263/19
foreign [1]  244/2
forestall [1]  168/17
forget [2]  237/16 253/7
forging [1]  221/23
forgive [1]  52/1
form [18]  44/23 46/15 52/13 52/14 52/18
 52/20 52/21 57/13 97/16 98/11 114/16 116/8
 125/20 150/14 173/22 227/7 247/19 249/24
formal [1]  160/6
format [1]  107/3
formed [4]  30/22 39/13 219/20 219/22
former [5]  37/17 44/14 183/24 188/19
 216/20
forming [2]  48/24 243/10
forms [1]  8/1
Fort [1]  6/9
forth [3]  14/2 92/24 166/17
forthcoming [1]  255/5
forthright [2]  185/12 255/4
Fortune [1]  201/22
forward [16]  36/8 79/15 83/2 92/21 126/19
 131/19 138/13 150/4 171/5 184/5 184/23
 220/23 221/4 221/9 221/23 249/24
forwarded [1]  178/16
forwards [1]  109/23
found [6]  13/1 32/21 32/25 33/3 34/2 42/17
foundation [2]  174/14 241/5
four [9]  28/21 73/5 123/21 189/21 193/11
 214/6 225/7 226/24 232/11
four-page [1]  225/7
fourth [3]  91/11 176/22 177/19
France [1]  16/20
Franklin [10]  1/23 45/15 46/2 49/3 85/15
 85/16 176/17 263/18 263/24 263/25
Franklin's [2]  45/19 173/16
frankly [1]  168/9
fraud [15]  17/4 17/5 17/5 20/20 21/1 25/8
 25/13 25/13 25/16 25/17 25/19 25/21 25/23
 29/6 29/20
free [6]  7/4 56/1 79/3 87/1 105/9 178/23
Friday [9]  6/5 6/7 6/10 239/15 247/22 247/23
 247/24 248/5 257/14
friend [3]  24/15 24/16 27/14
front [6]  58/9 211/2 229/14 245/5 249/15

250/24
fruitless [1]  175/13
fulfill [2]  66/15 80/16
fulfilled [1]  100/12
fulfilling [1]  78/18
fulfillment [3]  80/14 81/13 82/24
full [5]  4/10 59/25 105/9 111/4 242/18
full-blown [1]  242/18
fully [5]  37/19 140/1 160/9 226/18 234/21
function [4]  57/4 81/14 129/7 201/7
further [13]  5/2 10/25 16/17 46/22 46/24
 59/15 79/18 134/3 178/12 184/6 232/2
 233/18 253/1
furtherance [1]  223/2
future [4]  130/7 192/23 206/2 221/8
fuzzy [1]  159/15

**G**

gall [1]  182/3
gallery [1]  16/21
gambling [2]  16/14 20/23
garnering [1]  34/9
gave [15]  25/3 34/15 40/12 75/19 86/23
 107/14 107/15 108/24 130/22 158/24 188/12
 190/4 212/10 219/6 245/11
gears [2]  56/4 127/20
Gelfer [1]  216/20
general [21]  44/14 54/17 54/18 55/1 67/6
 80/14 80/18 84/18 92/14 97/17 123/18
 151/12 159/25 175/14 177/21 197/8 207/24
 208/6 211/17 252/17 254/2
generally [18]  49/8 49/17 50/13 50/25 52/19
 55/4 56/14 80/21 81/22 88/20 101/18 120/20
 128/2 145/23 175/5 205/12 207/9 229/10
generated [2]  123/8 228/16
generating [2]  97/11 226/16
generator [7]  23/11 36/3 36/4 36/6 36/7 37/2
 37/2
gentleman [1]  234/7
gentlemen [19]  6/22 15/14 15/15 23/24 29/20
 30/3 31/1 37/17 38/17 44/20 47/6 116/7
 119/2 150/12 151/23 173/16 176/14 236/6
 247/15
George [2]  2/16 16/20
gets [4]  136/20 173/19 209/15 209/24
getting [15]  6/25 27/9 27/19 42/2 43/24
 67/12 99/7 121/6 128/8 133/22 136/23 208/4
 212/19 255/3 257/24
Gina [1]  254/1
give [31]  7/7 7/16 8/11 10/6 10/25 11/5 11/10
 15/7 16/24 17/7 19/10 35/4 44/20 51/21 57/7
 91/21 93/8 129/4 166/19 166/20 178/16
 179/3 185/1 190/1 192/15 193/11 196/14
 201/1 258/6 258/8 258/12
given [5]  69/11 69/12 91/10 182/12 233/17
gives [2]  5/8 121/4
giving [10]  26/14 35/8 50/22 86/24 91/20
 128/4 139/8 173/17 201/16 208/3
glitches [1]  100/10
goals [1]  221/12
gobbledegook [1]  138/23
goes [19]  23/25 24/1 24/1 41/4 52/9 69/15
 75/12 97/9 97/10 111/7 127/10 139/11 146/6
 159/15 183/24 185/6 207/23 230/22 231/14
gofer [1]  23/8
going [184]
golf [1]  34/8
gone [6]  103/3 131/25 132/10 132/12 132/12
 159/25
good [30]  2/4 2/5 2/6 6/21 15/14 15/23 17/8

**G**

good... [23]  21/3 21/11 21/13 21/14 21/20
22/2 22/21 28/2 30/14 31/5 48/18 100/16
103/7 117/24 119/6 152/3 153/10 184/8
191/11 202/19 236/11 248/17 260/12
**Google [2]**  11/22 12/17
**got [51]**  2/9 15/18 19/9 21/22 25/2 26/25
26/25 36/5 38/5 38/19 38/21 39/15 43/15
43/16 54/25 58/9 79/24 93/21 96/23 101/13
102/17 102/21 107/19 139/17 145/14 147/6
149/9 167/3 176/17 191/12 194/15 199/22
200/3 202/25 204/17 204/20 210/16 213/21
224/12 230/14 230/20 236/11 241/16 248/21
251/19 253/2 255/24 256/9 256/12 257/1
259/23
**gotten [3]**  160/1 252/18 253/16
**govern [2]**  34/14 51/3
**government [62]**  1/4 1/16 2/13 2/15 2/17
2/21 3/9 4/12 5/9 5/19 10/14 10/17 10/24
15/4 18/11 26/2 29/18 31/10 31/12 31/13
31/16 33/6 33/11 33/20 34/2 35/9 35/10
35/17 36/11 36/18 37/3 37/11 38/8 38/10
40/8 42/6 42/17 42/20 43/6 43/7 44/16 47/10
47/13 58/23 76/24 151/5 161/4 161/8 161/8
167/11 174/5 213/24 225/8 231/11 245/25
246/3 248/12 251/6 251/14 251/17 252/23
254/5
**Government's [158]**
**Government's 147 [1]**  131/9
**Government's 64 [1]**  73/23
**governmental [1]**  35/6
**GP [2]**  81/25 83/10
**grand [2]**  20/23 33/1
**grant [2]**  239/15 239/17
**granted [4]**  32/5 32/20 227/10 239/10
**grass [1]**  8/5
**great [5]**  18/3 21/8 107/7 156/13 220/22
**greater [3]**  14/18 98/3 200/16
**greed [1]**  21/1
**Greene [1]**  239/23
**Greenville [9]**  32/23 40/1 40/16 40/18 198/19
198/23 198/25 200/14 200/24
**gross [3]**  89/12 90/3 90/19
**grounds [5]**  100/22 211/9 231/2 231/2
240/25
**group [20]**  27/18 41/1 53/16 55/13 89/9
89/25 90/16 91/17 129/15 129/18 130/3
130/5 130/8 130/18 130/21 149/11 157/7
201/9 207/19 244/16
**growing [1]**  221/6
**Gruber [1]**  157/13
**gruff [1]**  161/21
**guarantee [1]**  14/1
**guess [29]**  9/11 32/18 37/25 41/2 54/13 57/4
82/19 83/22 86/18 97/8 97/20 115/13 152/20
166/6 166/15 168/10 168/16 198/10 200/5
200/21 201/6 203/2 215/15 215/17 228/4
233/16 233/22 235/20 249/23
**guidelines [1]**  10/6
**guilt [2]**  10/15 10/25
**guilty [8]**  7/19 7/19 10/13 17/2 27/25 30/6
38/1 38/9
**guy [12]**  20/25 21/25 23/8 23/15 23/16 23/16
23/17 23/19 26/19 27/12 39/10 161/21
**guys [3]**  182/16 216/18 216/19

**H**

**hadn't [1]**  18/4
**half [9]**  15/17 22/23 70/11 135/5 165/6 165/7

165/13 167/12 173/9
**Hampton [2]**  40/25 53/17
**Hampton-Stein [1]**  53/17
**hand [8]**  39/5 39/5 48/2 81/7 81/7 83/10
133/25 182/25
**handbasket [1]**  38/24
**handle [6]**  48/23 49/10 49/19 230/14 249/17
249/25
**handled [4]**  57/7 203/15 203/16 204/13
**handling [4]**  148/13 162/20 203/19 203/20
**handyman [5]**  23/9 36/12 36/21 36/25 37/2
**hang [2]**  187/20 187/23
**happen [3]**  21/12 234/21 243/11
**happened [7]**  24/21 25/10 43/23 44/12
189/20 193/3 213/25
**happening [9]**  17/8 22/3 42/12 42/16 73/6
167/6 172/3 201/10 203/14
**happens [4]**  7/18 46/14 208/12 209/8
**happy [3]**  128/24 161/1 185/2
**hard [7]**  32/5 58/10 112/16 112/22 116/21
130/1 255/7
**harder [1]**  202/15
**harm [1]**  211/12
**Harmison [158]**
**Harmison's [13]**  37/23 62/8 70/12 133/7
133/16 159/7 159/16 172/19 181/15 196/16
219/25 243/22 246/20
**Harris [1]**  28/12
**hasn't [5]**  5/20 117/3 117/11 151/4 249/24
**hate [1]**  156/7
**haven't [3]**  2/14 6/4 154/19
**having [19]**  3/3 14/20 15/10 18/1 18/22 58/14
60/5 69/19 116/24 133/6 177/19 192/6 195/9
195/12 213/13 233/6 251/16 251/17 255/7
**he'll [9]**  26/21 26/22 26/23 26/25 27/1 27/4
27/13 27/21 69/17
**he's [60]**  21/9 2/21 3/21 19/24 23/7 23/8
25/13 25/17 25/19 25/21 25/22 25/24 27/5
27/7 27/8 27/10 27/11 38/5 38/9 38/21 53/21
54/2 54/18 60/5 60/9 65/9 67/7 67/8 67/9
71/1 71/3 78/25 79/1 79/1 82/21 86/25 87/3
87/5 87/5 91/8 91/9 100/22 103/16 114/9
137/4 137/6 138/25 139/12 151/7 166/14
167/24 169/2 173/18 191/1 197/2 219/3
219/4 231/20 234/3 234/5
**head [5]**  153/2 216/16 228/11 230/7 257/14
**headline [4]**  61/8 66/5 66/7 70/7
**heads [1]**  139/8
**heads-up [1]**  139/8
**health [16]**  37/18 77/3 106/15 216/20 226/8
226/13 226/20 227/16 240/3 244/16 247/3
**healthcare [20]**  77/4 84/11 85/2 106/16
107/8 107/21 107/22 108/9 109/7 109/8
109/10 109/12 110/10 110/12 119/8 119/13
120/24 121/4 122/25 246/10
**hear [51]**  7/11 9/24 13/22 14/11 15/21 16/5
16/6 16/16 18/7 18/16 18/18 18/19 18/21
19/14 19/18 19/23 20/2 20/13 20/22 21/12
21/22 21/23 23/5 23/20 23/22 24/7 26/5 26/6
26/5 26/16 26/17 26/18 27/3 27/16 28/5 28/7
28/8 28/13 28/18 28/25 35/10 35/12 39/1
39/16 43/5 43/6 46/2 47/7 49/5 166/11
254/20 255/11
**heard [11]**  8/1 15/19 17/15 30/4 54/9 54/10
109/4 121/10 227/23 231/4 237/14
**hearing [4]**  18/17 30/16 39/21 256/24
**hears [3]**  45/15 46/4 258/23
**hearsay [24]**  100/22 108/2 158/13 159/4
165/7 167/12 167/15 168/18 173/9 174/5
174/6 175/12 175/24 194/18 194/22 195/2

195/3 195/11 211/9 240/25 241/1 241/6
242/9 251/9
**heart [21]**  17/17 17/22 17/24 17/25 21/9 22/1
29/9 31/4 34/3 34/11 34/16 34/21 37/6 37/20
50/3 135/13 136/6 152/6 158/8 160/10
188/21
**heart's [1]**  34/7
**heavily [3]**  198/7 201/8 201/11
**held [11]**  55/6 128/22 138/15 139/9 142/8
145/24 148/17 167/19 176/6 231/9 254/18
**hell [1]**  38/24
**help [7]**  11/4 14/1 14/7 14/22 29/12 53/5
95/21
**helped [1]**  29/11
**helpful [2]**  202/20 202/21
**herd [2]**  94/9 94/11
**here [46]**  2/9 2/17 6/22 7/25 30/5 31/21 32/13
36/19 44/17 49/3 64/6 65/5 66/18 70/3 70/16
78/17 95/21 109/20 124/11 139/14 139/17
145/14 152/25 163/2 167/21 167/25 168/12
168/15 169/1 185/18 188/19 205/3 226/7
232/24 235/8 235/18 236/11 241/10 245/14
248/16 249/4 249/12 252/6 253/9 257/6
257/6
**here's [1]**  188/2
**hereby [2]**  223/6 223/7
**hereto [1]**  223/10
**hereunder [1]**  135/17
**herewith [1]**  223/11
**hide [2]**  19/17 25/8
**hiding [1]**  184/15
**high [2]**  112 201/19
**highlight [1]**  86/21
**highlights [1]**  35/8
**highly [1]**  249/8
**Hildebrand [2]**  238/9 239/5
**Hildebrandt [3]**  198/16 198/18 199/3
**himself [6]**  19/17 23/18 24/11 26/9 28/20
30/1
**hire [1]**  37/9
**hired [3]**  23/13 37/11 227/15
**history [4]**  254/13 256/19 257/12 258/12
**hit [4]**  8/23 36/4 44/4 44/5
**hold [4]**  137/3 137/5 154/11 255/9
**holds [1]**  141/5
**holiday [1]**  6/15
**home [4]**  36/5 123/23 248/22 248/25
**homeowners [1]**  33/17
**homes [2]**  16/13 218/7
**honest [2]**  158/21 161/18
**honesty [2]**  184/16 184/22
**honor [166]**
**Honor's [1]**  234/22
**HONORABLE [1]**  1/12
**honored [1]**  221/8
**hook [1]**  37/2
**hooked [1]**  36/6
**hooks [1]**  37/5
**hope [2]**  6/6 153/11
**hopeful [2]**  249/2 249/3
**hopefully [3]**  60/19 252/4 260/3
**Hopkins [1]**  232/16
**hospital [19]**  62/8 74/11 85/3 89/9 89/25
90/16 91/17 103/1 103/24 105/25 119/9
119/13 121/5 122/21 126/20 218/12 242/14
243/24 245/5
**hospital/medical [4]**  89/9 89/25 90/16 91/17
**hospitals [7]**  17/23 63/4 84/20 218/6 226/15
226/24 227/3 244/1 246/14
**hotel [1]**  25/2

**H**

hour [6]  6/8 178/20 235/11 247/16 248/1 248/23
house [3] 23/11 36/4 36/10
housekeeping [2]  235/8 249/12
houses [1]  253/3
however [6]  14/11 16/15 41/4 127/6 193/7 226/21
huge [6]  23/3 23/23 23/23 27/9 97/6 97/12
huh [5]  156/20 184/4 188/17 199/24 200/13
human [2]  229/9 229/9
Humana [1]  246/12
hundred [2]  97/8 110/14
hundred-page [1]  110/14
hundreds [1]  20/24
hung [1]  187/18
hunt [1]  51/19
hunting [1]  132/4
hurdle [1]  21/10
hurricane [2]  36/3 36/4
hurt [2]  4/2 7/10

**I**

I'd [28]  2/8 7/6 57/12 63/18 64/21 87/21 93/4 93/7 96/3 120/10 133/1 154/14 157/9 162/6 165/3 170/5 171/15 173/12 187/1 190/6 209/7 214/17 220/3 228/6 233/11 234/11 248/5 253/19
I'll [31]  10/11 11/5 17/10 24/11 30/5 32/15 54/1 98/9 118/21 131/2 151/8 151/16 151/17 155/1 164/12 165/19 173/14 175/18 195/12 211/1 211/13 213/8 214/1 219/23 222/9 234/13 237/25 242/10 248/3 249/20 255/8
I'm [169]
I've [22]  4/1 7/10 26/1 35/7 40/17 109/4 121/2 139/17 157/24 161/14 167/1 180/25 183/25 186/20 190/3 196/17 200/2 210/16 232/25 237/14 240/13 248/21
I-n-n-e-t [1]  219/19
idea [17]  18/4 18/5 51/21 81/10 81/12 82/2 83/12 103/7 103/18 103/21 103/23 103/24 104/1 109/5 109/12 215/10 217/23
identical [6]  64/8 68/11 72/21 107/3 144/4 144/16
identification [3]  68/16 85/4 145/2
identified [3]  54/2 56/21 132/2
identify [7]  45/20 46/7 53/21 60/4 69/22 69/24 211/11
identifying [1]  251/16
ignore [3]  9/11 9/13 253/7
ill [2]  36/2 199/22
ill-fated [1]  36/2
Illinois [1]  254/15
illness [1]  226/1
imagine [1]  33/16
immediately [8]  51/18 60/18 64/11 68/14 72/24 223/8 226/15 252/25
impact [3]  20/8 57/18 162/15
implantable [2]  37/19 160/9
import [3]  104/12 191/14 221/5
import/export [1]  221/5
importance [2]  14/4 221/13
important [17]  12/21 12/22 13/21 20/3 113/16 114/10 148/13 148/23 148/25 171/2 171/4 171/12 172/3 191/4 191/10 221/18 253/11
imposed [1]  51/11
impressed [1]  23/16
impression [3]  5/8 14/18 17/8

impressions [1]  185/16
improperly [1]  11/17
improprieties [1]  215/22
impute [2]  39/15 39/17
inaccuracies [1]  157/2
inaccurate [11]  34/24 152/15 152/16 152/17 152/17 152/19 152/21 153/1 153/4 153/8 157/1
Inc [3]  141/3 219/19 239/11
incident [1]  11/16
inclined [1]  173/13
include [4]  153/3 153/6 210/2 238/25
included [2]  80/11 160/13
includes [1]  12/13
including [16]  12/9 12/15 12/19 37/11 51/11 79/6 87/2 106/1 111/5 123/22 134/17 135/18 189/3 210/1 221/13 245/12
income [1]  143/10
inconsistent [1]  251/10
incorporated [1]  113/10
incorrect [1]  185/16
increase [2]  58/15 60/19
increasing [1]  228/23
indeed [2]  65/22 233/19
independent [13]  62/1 62/11 62/13 62/18 62/23 66/22 70/20 96/21 157/3 157/6 172/2 176/23 215/18
indicate [1]  188/4
indicated [10]  16/23 34/13 39/18 82/25 162/9 187/9 188/5 193/23 217/17 217/17
indicating [1]  5/2
indicted [1]  44/16
indictment [7]  7/20 10/13 25/13 29/16 36/13 36/14 36/19
indirect [2]  8/6 8/10
indirectly [1]  8/4
individual [4]  26/17 32/6 198/15 255/1
individuals [2]  32/4 44/6
indulge [1]  175/12
indulgence [5]  92/10 150/6 173/3 196/25 240/23
indulging [1]  173/4
industry [1]  38/15
inferring [1]  82/11
inflate [1]  21/5
influence [6]  11/17 148/3 149/9 149/21 200/19 201/19
inform [1]  154/4
information [61]  7/7 11/10 11/15 12/12 12/14 12/18 13/25 18/19 26/24 28/15 61/23 62/24 65/23 70/17 73/4 73/8 77/19 87/3 91/2 91/10 92/23 94/12 94/19 94/21 96/21 96/24 100/6 101/6 102/20 102/22 102/23 102/24 105/25 106/2 106/3 107/20 107/25 108/9 108/11 110/11 121/3 121/6 130/23 131/23 132/7 139/1 144/22 147/14 147/15 152/15 159/9 159/12 160/1 166/17 195/10 201/16 206/15 208/3 209/22 209/24 259/4
initial [4]  61/14 62/7 66/12 110/22
initialed [1]  77/4
initialing [1]  133/17
initially [6]  50/11 50/16 50/18 206/1 206/9 206/14
initials [2]  133/24 134/1
initiative [3]  70/12 218/12 242/15
Innet [7]  219/18 220/21 221/1 221/5 221/21 223/10 244/2
Innet's [2]  221/6 221/14
innocence [1]  10/19
innocent [2]  10/12 215/23

inquire [1]  58/11
inquired [1]  117/20
insert [1]  88/19
inserted [1]  99/16
inserting [1]  253/18
inside [1]  22/5
insiders [1]  55/7
inspect [5]  207/11 207/12 207/13 207/22 207/24
Inspector [4]  2/16 3/20 151/12 211/17
Inspectors [1]  16/20
installed [1]  23/11
instance [2]  8/22 119/20
instances [1]  181/19
instant [1]  12/6
Institute [1]  247/3
institutional [2]  215/6 215/9
institutions [2]  214/13 215/2
instruct [4]  9/16 36/15 38/11 178/23
instructed [1]  228/15
instructions [18]  3/24 3/24 7/6 7/16 7/17 11/1 11/4 11/6 15/8 25/3 25/14 27/7 178/18 179/3 186/9 249/16 249/25 261/3
instruments [1]  222/6
integrity [2]  18/12 184/22
intend [1]  26/4
intended [1]  243/15
intends [2]  26/2 29/18
intent [3]  184/16 184/22 185/12
interacted [1]  211/24
interacting [1]  169/19
interaction [7]  65/20 162/2 162/4 196/23 197/10 201/1 206/19
interactions [6]  65/19 65/21 86/12 103/14 108/20 161/21
interest [6]  10/1 87/1 113/21 155/24 237/5 237/24
interest-free [1]  87/1
interested [3]  111/17 243/10 243/15
interestingly [1]  238/20
interests [3]  165/17 223/4 237/2
interfere [1]  182/18
interference [1]  229/17
interfering [1]  253/23
interim [11]  52/18 92/5 92/8 92/9 95/6 98/4 114/16 121/14 125/20 131/24 191/22
Internet [12]  11/21 12/1 12/5 12/10 12/15 101/20 101/22 122/4 123/9 123/10 178/6 217/8
interplay [1]  188/14
interrupt [6]  99/6 125/6 156/7 245/15 256/25 257/3
interrupted [1]  93/21
interrupting [1]  172/24
interruption [1]  176/15
intimately [1]  114/12
introduce [7]  43/8 43/10 43/11 43/12 43/13 45/21 213/25
introduces [1]  43/6
introduction [1]  148/18
invented [1]  228/2
inventor [4]  39/14 228/17 231/18 232/9
invest [2]  40/3 157/15
invested [2]  40/11 201/11
investigate [1]  127/12
investigating [1]  125/9
investigation [2]  33/20 33/21
investing [1]  226/21
investment [5]  18/13 28/14 51/4 192/25 193/1

**I**

investors [11]  18/14 30/2 33/2 41/19 51/7
51/16 214/13 215/2 215/6 215/9 215/25
invoice [2]  119/14 120/24
invoke [2]  2/13 3/1
involved [28]  11/21 12/19 38/14 52/9 54/25
56/10 56/12 63/6 67/8 67/16 87/3 92/25
97/25 114/12 119/16 148/22 164/9 166/8
166/16 171/3 191/7 198/7 199/15 200/20
201/2 201/8 203/12 204/7
involvement [4]  113/18 137/10 200/18 201/5
involves [2]  17/14 29/7
involving [3]  11/17 42/20 51/3
Iowa [1]  247/5
Irene [1]  85/13
irritant [1]  215/24
isn't [22]  4/23 36/18 153/9 156/23 160/24
162/16 162/18 163/17 174/5 174/6 179/21
184/23 185/16 203/5 207/6 213/7 213/12
216/21 217/24 218/3 222/14 223/19
Israel [3]  22/14 121/8 123/2
issuance [2]  130/6 178/5
issuances [1]  129/3
issue [49]  2/12 12/3 13/18 29/16 53/18 56/8
62/20 70/23 117/21 118/3 129/17 167/25
168/11 171/2 171/4 172/3 173/19 176/24
177/1 177/4 177/7 177/11 177/20 178/15
179/8 179/10 179/25 181/5 181/21 183/14
189/5 190/4 191/4 193/5 195/1 199/15
211/22 212/2 213/4 215/21 215/22 223/18
231/12 231/14 232/4 233/5 249/21 250/8
251/1
issued [33]  18/7 56/9 60/14 60/23 62/4 63/25
67/25 71/24 72/5 72/6 88/22 93/6 127/24
128/13 130/5 130/8 130/13 130/24 132/3
145/18 145/20 146/25 149/25 177/20 178/18
179/7 184/13 189/25 213/6 218/11 220/10
223/11 223/21
issuers [1]  193/9
issues [30]  2/9 20/3 100/12 128/2 138/21
139/9 148/21 161/24 170/15 170/16 179/13
179/15 180/6 180/7 180/7 180/7 180/14
180/24 181/2 182/2 189/17 193/13 193/18
195/7 227/11 248/3 249/12 250/7 253/10
255/16
issuing [5]  129/8 146/4 181/24 181/24
240/12
it's [119]
item [1]  9/16
items [5]  5/2 122/19 128/3 147/22 231/25
iteration [1]  191/25
itself [5]  45/16 46/4 149/21 191/12 232/3
Ives [1]  1/22

**J**

jacket [1]  53/25
Jane [1]  239/23
January [10]  70/15 134/18 141/2 227/8
240/14 241/11 241/14 241/17 258/8 258/9
January 2008 [2]  70/15 227/8
January 20th [2]  134/18 141/2
Japan [2]  22/14 121/7
Jay [1]  246/24
JCV [2]  223/2 223/5
Jennifer [1]  196/2
jets [1]  16/12
job [7]  51/3 153/10 186/5 193/9 202/17
209/19 237/12
jobs [1]  23/10

John [20]  26/17 39/1 39/21 47/10 48/3 48/9
59/9 60/23 65/5 78/17 143/6 146/22 146/24
185/9 186/11 188/2 202/6 239/6 239/17
261/7
Johnson [6]  198/13 198/13 199/4 199/4
218/12 246/24
joined [2]  57/24 247/10
joint [2]  49/11 221/4
Jose [1]  246/22
jot [1]  214/2
journal [1]  93/5
Jr [2]  48/3 261/7
judge [10]  1/13 16/22 31/25 32/1 32/8 36/15
38/11 54/1 232/16 254/21
judgment [2]  204/17 204/20
judicial [2]  151/8 237/24
judicially [3]  32/1 151/3 151/6
July [8]  41/7 121/18 142/19 166/24 226/17
226/21 239/15 263/22
July 14th [1]  239/15
July 16th [1]  142/19
July 2007 [2]  226/17 226/21
June [5]  121/15 123/4 124/21 125/21 155/4
June 11th [2]  123/4 124/21
June 29th [1]  155/4
June 30th [2]  121/15 125/21
Junior [1]  48/10
juror [2]  11/11 151/3 151/6
jurors [19]  2/8 3/23 4/6 6/2 6/3 7/15 11/3
12/23 12/25 13/4 14/9 46/20 46/20 46/22
46/25 48/19 117/6 118/14 151/15
jury [77]  1/11 2/9 3/24 4/22 6/17 7/13 11/18
14/10 14/13 31/1 44/22 45/2 46/2 46/5 46/11
47/1 51/21 52/4 55/4 57/22 58/12 58/13 61/3
64/5 64/5 65/4 66/1 68/9 69/8 72/19 75/1
76/7 77/12 80/9 88/20 93/11 97/3 99/13
109/19 116/12 117/17 117/18 118/4 118/24
120/11 120/19 121/16 122/15 123/6 123/15
124/14 125/1 126/15 126/15 127/1 135/7
136/18 138/8 138/18 139/21 144/1 145/15
145/22 146/3 146/23 148/6 150/16 151/4
151/20 154/14 173/19 174/3 176/7 176/10
176/11 222/23 248/9
jury's [2]  5/11 174/14
just [280]
justice [2]  1/17 25/21
JV [1]  80/16

**K**

keep [12]  10/9 14/9 29/3 113/15 128/11
128/23 129/3 143/9 231/17 235/18 248/4
255/6
keeping [1]  128/8
Keitt [1]  239/19
KENNETH [2]  1/12 254/19
kept [4]  174/15 175/6 218/5 259/20
Keret [9]  107/9 107/14 107/21 107/22 108/9
108/14 109/1 109/3 122/24
kettle [2]  100/18 139/14
Kevin [10]  1/16 16/19 110/22 110/24 120/1
131/19 138/14 138/24 139/11 206/16
kickback [1]  43/21
kicked [4]  205/16 205/19 206/16 206/18
kicking [2]  14/6 27/22
kids [1]  118/18
kind [11]  4/1 5/8 8/11 17/21 17/23 18/3
123/25 189/12 217/7 233/4 245/13
kinda [1]  212/13
knew [10]  40/14 42/12 42/16 71/1 108/14
152/17 161/19 197/11 213/4 229/4

know [99]
knowing [1]  27/13
knowledge [28]  56/23 62/1 62/3 62/11 62/18
62/23 66/22 70/20 111/9 111/10 129/17
150/1 160/6 197/19 200/22 200/23 204/1
217/22 218/9 218/10 225/5 225/6 225/6
229/20 235/5 237/13 243/22 244/5
known [10]  17/17 31/6 38/14 49/24 49/25
50/3 52/17 55/10 94/15 152/6
knows [5]  42/21 85/2 232/23 245/20 245/21
Ks [2]  53/6 113/20

**L**

L-e-u-n-g [1]  169/17
LA [2]  123/17 198/25
labeled [1]  135/2
lack [1]  177/17
ladies [19]  6/22 15/14 15/15 23/24 29/20
30/3 31/1 37/16 38/17 44/20 47/5 116/7
119/2 150/12 151/23 173/16 176/14 236/6
247/15
laid [1]  253/20
language [48]  38/24 57/14 64/6 64/6 68/9
72/20 91/23 92/3 92/7 96/3 96/4 96/6 96/15
96/16 99/14 99/15 99/21 99/23 100/4 113/9
115/8 115/15 115/15 115/17 115/18 116/1
126/16 126/18 126/23 127/2 127/3 138/14
144/14 144/16 154/9 156/4 156/5 156/21
156/23 172/19 183/16 183/17 184/10 189/13
189/17 191/22 193/14 229/12
large [6]  21/13 41/20 130/13 130/14 130/15
201/21
largely [1]  17/19
larger [2]  208/15 228/20
largest [1]  84/10
Las [2]  16/14 20/23
last [22]  34/4 34/20 42/17 48/8 53/9 53/10
60/21 94/17 113/11 139/20 143/8 144/11
188/11 188/12 189/7 218/23 219/6 220/18
226/22 256/8 257/14 257/17
lastly [1]  90/12
late [5]  96/25 143/8 179/5 179/24 256/15
later [19]  3/20 5/3 11/1 25/15 39/4 59/19
73/5 83/18 87/14 151/9 161/23 211/11 228/9
229/21 232/15 240/13 240/16 241/11 248/4
Lauderdale [1]  6/9
laundering [1]  25/19
lavish [1]  16/11
law [26]  7/21 7/22 7/23 8/8 11/3 12/3 12/18
12/22 13/3 13/7 13/16 13/18 13/20 14/2 15/8
31/3 33/17 39/11 42/5 42/8 43/22 49/8 49/20
123/17 209/4 209/6
lawn [1]  21/25
laws [2]  51/8 208/10
lawsuits [3]  204/5 204/7 204/7
lawyer [20]  9/3 19/13 19/17 26/19 31/5 31/6
33/18 39/9 39/12 54/18 127/22 158/19
189/15 193/24 196/9 202/5 203/23 215/17
222/4 237/8
lawyering [2]  202/13 202/14
lawyers [3]  9/7 202/2 221/16
lay [8]  117/4 174/14 174/20 174/25 175/9
175/16 241/5 241/7
laymen's [1]  138/18
layperson's [1]  128/20
lead [4]  13/5 34/24 148/19 246/21
lean [2]  123/25 166/10
lease [7]  87/1 89/10 89/11 90/1 90/2 90/17
90/18
least [4]  54/20 144/19 178/19 244/6

# L

leave [11]  6/8 14/12 14/13 44/13 44/24 116/9 150/15 173/21 236/9 247/19 259/13
leaves [2]  185/11 252/20
leaving [3]  106/2 106/3 110/10
lecturn [1]  46/22
led [5]  21/1 61/15 63/7 148/25 218/8
Lee [2]  220/22 245/25
left [8]  53/24 100/4 119/7 234/20 239/14 245/11 248/17 253/17
legal [9]  15/8 52/24 54/19 54/20 92/20 93/17 98/3 128/11 139/6
legally [1]  10/21
legendary [1]  189/12
legitimate [3]  63/7 84/24 170/4
lengthen [1]  252/5
Lerea [2]  131/21 140/3
less [5]  42/1 185/12 201/4 201/19 228/12
lessee [1]  127/7
let [21]  7/2 14/10 21/3 23/1 26/3 26/16 28/17 31/13 58/13 62/14 71/23 71/23 115/9 140/4 149/18 173/14 187/14 206/8 225/8 248/22 255/8
let's [85]  5/7 5/7 6/2 17/12 21/1 32/14 35/25 44/21 46/25 54/22 56/3 56/4 58/5 58/5 64/12 65/25 67/18 68/15 70/6 71/14 77/25 79/1 79/8 79/15 79/19 79/24 79/25 80/7 80/19 80/20 81/18 82/14 83/2 84/3 84/25 85/1 85/19 85/25 87/7 89/18 95/1 95/2 98/6 99/8 99/18 101/12 104/2 105/5 106/7 106/8 108/13 109/14 110/17 111/19 113/24 114/13 118/14 129/20 130/25 134/11 134/12 134/13 134/22 134/24 135/24 136/15 136/16 137/15 138/10 142/12 143/24 144/11 146/8 147/21 150/12 151/15 158/14 173/23 176/10 199/21 236/2 250/18 250/23 251/22 254/17
letter [71]  22/18 88/19 96/8 96/17 99/16 99/25 102/7 104/11 105/1 105/2 105/9 105/9 105/21 106/1 106/24 107/4 107/11 109/24 110/9 110/10 122/5 122/15 122/23 124/8 127/8 140/7 140/9 140/23 140/24 141/19 141/20 142/4 142/5 146/12 146/24 147/5 147/7 147/8 164/19 167/1 170/19 171/24 172/1 172/4 172/5 172/15 172/18 175/3 181/8 185/10 191/5 191/17 191/19 191/24 192/5 193/7 193/17 205/9 212/11 212/12 212/15 215/19 220/18 220/20 252/12 252/15 252/19 254/2 254/3 255/22 257/21
letterhead [1]  122/25
letters [5]  103/4 147/9 166/5 174/22 175/10
Leung [3]  169/17 169/18 170/14
level [7]  11/2 113/17 191/12 198/12 200/19 201/19 221/1
leverage [1]  221/15
liable [1]  33/3
library [1]  12/5
lie [2]  22/2 25/25
lied [5]  22/11 29/14 29/19 34/13 43/8
lies [17]  15/16 15/16 16/9 18/23 19/1 22/21 22/23 23/2 24/4 24/5 25/4 25/7 27/1 28/12 29/5 29/20 29/22
life [4]  16/11 16/12 208/14 244/12
lifestyle [2]  16/11 23/18
light [3]  10/4 13/12 145/23
likely [4]  249/5 249/7 249/8 250/6
limine [1]  4/4
limitation [1]  221/11
limited [7]  9/16 9/17 9/18 161/20 162/1 205/24 257/20

limiting [1]  221/14
line [28]  15/22 32/14 45/20 46/8 59/13 60/12 60/21 78/15 85/8 85/8 85/8 85/20 85/22 85/22 86/1 86/2 86/7 86/8 88/17 103/10 103/11 108/16 108/16 112/10 114/2 114/3 133/11 133/14
line 1 [1]  86/2
line 10 [1]  85/8
line 11 [2]  85/8 114/3
line 18 [1]  103/11
line 23 [2]  86/1 86/7
line 24 [1]  85/22
line 6 [1]  86/8
line 8 [2]  103/10 108/16
line 9 [3]  85/22 108/16 114/2
lines [2]  59/7 138/10
links [2]  217/7 217/8
list [4]  8/14 58/1 106/5 155/14
listed [4]  34/3 94/3 200/2 200/12
listen [8]  11/24 13/16 28/4 28/24 85/1 85/19 108/13 113/24
listened [1]  25/6
listening [1]  29/4
listing [1]  191/2
lists [1]  156/18
literally [1]  132/12
litigation [10]  32/23 162/17 162/20 162/24 189/21 203/25 204/2 204/10 204/12 204/13
litigator [4]  204/6 222/9 222/12 222/22
Litigators [1]  222/12
litigious [1]  88/25
little [15]  15/19 17/12 19/2 20/18 42/21 49/2 92/2 100/18 104/5 136/25 138/7 139/15 146/4 178/12 252/25
live [3]  11/9 48/20 237/17
lived [1]  16/11
lives [1]  30/23
living [1]  48/22
LLC [1]  53/16
located [3]  123/1 237/17 254/14
location [1]  11/23
locations [1]  22/14
long [9]  4/21 23/13 49/6 52/8 206/24 220/9 235/15 236/15 254/24
longer [1]  152/5
longstanding [1]  221/23
longterm [1]  223/2
looked [7]  63/16 67/23 84/1 96/5 104/11 107/2 238/6
looking [20]  36/10 42/24 60/3 96/13 105/1 107/6 109/20 113/11 115/8 115/10 127/21 129/22 134/13 135/22 135/25 162/24 162/25 189/14 189/15 228/4
looks [10]  53/24 77/4 106/15 134/1 136/20 158/23 164/22 170/3 238/2 242/24
loop [4]  22/20 113/16 114/10 170/22
Los [7]  16/12 30/25 33/16 37/10 40/16 50/12 237/17
losses [1]  52/25
lost [1]  33/13
lot [27]  16/1 19/4 20/13 26/7 26/22 27/8 27/21 40/20 136/24 146/3 146/5 146/7 154/10 157/20 162/12 164/7 190/3 200/21 200/24 200/25 201/8 217/7 217/8 241/23 250/22 250/24 251/15
lots [1]  208/18
loud [2]  164/20 180/24
low [1]  43/17
Lowell [40]  19/24 37/17 59/17 65/6 65/7 65/7 65/11 65/13 65/16 69/15 70/12 113/14

133/11 134/20 157/20 159/24 163/16 168/2 168/2 179/20 188/2 188/3 188/6 188/8 188/14 189/1 190/24 197/22 205/14 205/18 205/19 205/23 206/1 206/14 224/20 226/16 226/18 227/4 227/7 227/17
Lowell's [3]  206/19 226/13 226/22
loyal [1]  23/15
Ltd [1]  219/19
ludicrous [1]  86/14
lunch [6]  6/7 6/7 116/8 119/7 247/25 248/1
luxurious [1]  16/13
lying [7]  16/3 17/7 27/13 28/25 34/6 38/2 38/3

# M

Ma'am [1]  158/10
machinations [1]  176/16
mail [138]
mail's [2]  60/3 217/7
mailed [7]  73/21 75/11 76/15 132/6 140/8 140/11 259/12
mails [16]  26/7 26/10 26/11 26/13 26/15 36/9 37/25 38/3 40/18 114/11 164/18 166/13 171/16 217/5 237/25 242/1
main [1]  97/20
maintains [1]  223/11
maintenance [1]  21/25
major [2]  54/21 226/15
majority [1]  53/15
makes [6]  8/9 42/1 97/17 184/5 207/10 259/2
making [12]  4/17 16/3 18/5 21/10 26/14 155/8 155/9 167/23 196/17 226/19 232/25 259/20
malfunctioning [1]  176/15
man [6]  15/16 30/1 36/9 39/12 184/21 195/18
Managed [3]  17/16 30/22 49/25
management [16]  54/8 61/15 74/11 85/3 102/19 102/23 103/1 103/20 103/24 105/22 105/24 105/25 119/9 119/13 121/5 126/20
management's [1]  66/11
manipulated [3]  15/20 27/6 188/23
manipulating [1]  15/18
Manipulation [1]  215/13
manner [2]  9/25 117/22
manufacturers [1]  43/4
manufacturing [1]  136/9
maps [1]  11/21
March [11]  53/8 54/7 99/2 104/20 110/3 112/3 114/17 139/24 140/1 142/7 197/17
March 2004 [1]  53/8
March 2005 [1]  197/17
March 25th [2]  104/20 110/3
March 27th [1]  112/3
March 31st [4]  114/17 139/24 140/1 142/7
marched [1]  25/5
mark [11]  140/15 141/9 168/9 227/4 227/4 227/5 227/5 227/6 227/6 230/2 230/8
marked [20]  4/12 68/16 76/11 78/1 145/1 157/24 172/7 180/20 182/8 194/9 194/8 210/8 210/19 210/22 213/13 213/17 219/12 225/9 232/14
market [34]  21/19 35/22 40/12 44/4 44/5 44/5 50/18 51/16 55/2 56/2 59/14 60/13 60/15 60/15 60/20 69/10 69/13 80/16 128/6 153/22 156/3 168/11 176/24 177/5 177/14 178/25 180/9 192/13 192/18 193/1 193/5 193/8 207/21 221/7
market-moving [1]  35/22
marketing [14]  57/6 80/13 80/14 81/23 81/25 82/3 82/5 122/21 170/16 182/19 201/8

**M**

marketing... [3]  217/25 218/2 227/12
marketplaces [1]  221/16
markets [1]  18/13
markings [1]  210/21
marquis [9]  62/8 218/12 226/8 226/13
226/20 227/3 227/16 242/14 243/24
MARRA [4]  1/2 1/12 16/23 254/19
Marshals [1]  249/14
Martin [25]  23/6 23/7 24/14 27/3 36/1 36/2
36/21 48/3 48/9 48/12 48/13 134/21 134/23
135/8 136/14 137/7 139/25 141/5 142/11
145/18 145/20 147/3 147/10 147/14 261/7
Marvin [5]  196/22 197/6 197/8 197/18 200/2
massage [1]  92/24
massive [1]  110/14
material [1]  230/23
materialize [1]  28/14
materials [1]  159/9
matter [21]  6/9 19/13 20/1 43/22 47/12 51/14
60/14 92/14 97/17 127/11 127/16 192/12
195/4 196/20 200/11 203/19 208/14 210/20
215/24 250/4 263/21
matters [6]  3/12 6/3 49/20 57/9 148/13
148/20
Matthews [1]  113/15
May 12th [1]  140/10
May 15th [1]  41/5
May 2005 [1]  198/1
May 24th [1]  225/24
May 4th [2]  256/8 256/14
May 6th [1]  131/7
maybe [12]  35/14 37/2 39/10 40/18 85/11
85/13 95/4 148/20 163/24 166/15 188/7
236/13
McBaine [1]  157/13
me [215]
mean [29]  23/1 51/14 57/3 99/6 107/3 113/22
114/9 125/5 132/12 149/12 149/23 159/15
166/7 168/9 170/3 174/24 175/7 189/8 191/8
196/21 199/13 199/14 204/24 204/24 210/13
212/5 235/14 244/8 258/12
meaning [3]  34/18 169/2 185/9
meaningless [1]  169/6
means [10]  9/14 12/5 12/9 12/13 12/16 18/7
25/14 32/2 56/14 57/21
meant [4]  19/8 19/8 20/6 20/7
mechanically [1]  56/15
mechanics [1]  56/16
media [1]  12/2
mediation [7]  202/20 202/24 203/8 203/16
203/18 203/22 204/3
medical [9]  17/20 17/20 38/15 89/9 89/25
90/16 91/17 244/14 244/20
meet [8]  54/6 55/7 109/7 141/11 216/5
216/18 221/6 221/8
meeting [13]  54/13 60/5 148/17 148/17
149/13 209/10 209/11 209/12 209/14 216/6
216/24 246/2 254/21
meetings [3]  69/25 148/13 200/18
meltdown [1]  33/15
member [4]  11/18 196/4 206/23 206/25
members [8]  111/5 120/19 121/16 123/15
145/22 159/2 187/19 187/20
memory [12]  9/25 14/16 14/17 14/18 162/7
163/6 164/12 172/6 190/11 192/16 192/17
217/6
mention [3]  26/16 28/17 29/6
mentioned [15]  6/4 20/6 20/20 25/23 26/10

27/4 35/24 38/8 50/24 56/6 57/20 92/2
128/19 245/4 254/12
mentions [1]  159/7
merely [1]  195/5
merged [1]  257/17
merger [1]  55/9
Merit [1]  263/18
mess [1]  22/16
message [1]  259/6
messages [1]  124/10
met [9]  23/10 35/14 54/12 69/16 103/17
109/1 109/2 137/7 242/11
method [3]  44/2 44/3 44/7
methods [2]  156/18 156/19
Mexico [2]  84/11 201/10
MGM [1]  20/23
Miami [1]  1/22
microchip [1]  136/5
microphone [8]  48/6 48/7 49/4 124/1 166/11
171/20 222/16 239/2
middle [4]  48/11 55/18 121/18 254/25
midnight [1]  178/17
might [14]  4/5 17/23 32/7 39/7 39/10 43/9
58/15 116/5 174/4 206/3 210/20 232/5
233/13 257/23
miles [2]  69/21 199/10
military [1]  245/5
million [50]  15/17 19/7 31/18 31/20 32/18
32/22 33/1 40/14 41/23 42/3 54/24 55/17
61/10 61/14 62/12 66/8 66/10 66/13 66/23
70/11 74/18 76/1 89/13 90/4 97/4 97/9
130/11 130/12 146/2 168/1 168/11 176/25
177/2 177/4 177/6 177/11 177/15 192/19
192/21 192/21 193/6 193/11 201/24 203/7
204/14 204/20 218/16 218/18 223/12 223/14
millionaires [1]  30/24
millions [5]  32/7 39/6 39/8 41/17 43/16
Milwaukee [1]  254/16
mind [10]  5/12 10/10 11/1 29/4 161/12
166/20 188/6 196/24 201/3 235/7
mindful [1]  257/23
mine [1]  213/4
minute [10]  17/11 19/3 20/6 22/24 24/12
25/23 27/4 44/22 173/23 194/3
minutes [15]  3/19 3/25 16/23 26/3 44/25 45/4
150/10 150/13 173/19 219/7 234/13 235/22
236/9 236/14 254/22
miraculous [2]  189/11 189/25
missing [3]  167/24 168/12 168/14
mistake [1]  184/18
mistaken [2]  13/14 210/12
misunderstood [1]  253/19
Mitch [20]  18/20 23/8 23/11 23/17 23/19
24/1 24/16 27/15 29/5 29/6 29/14 29/19
33/10 115/24 131/17 138/13 143/11 145/17
191/13 227/10
MITCHELL [11]  1/6 1/19 15/17 23/17
29/22 30/8 40/23 53/17 53/19 145/5 255/1
mixed [1]  40/21
module [1]  136/6
moment [17]  20/21 25/20 32/15 33/15 50/14
56/6 76/2 92/11 96/3 96/5 121/25 134/12
141/8 150/6 173/3 186/22 240/23
Monday [1]  6/12
money [40]  15/17 16/4 16/9 16/11 16/15 17/6
18/5 20/16 20/19 20/21 21/10 22/24 23/4
23/24 24/4 25/19 25/20 27/22 27/23 29/15
29/19 29/21 33/25 35/17 40/11 40/12 40/13
41/20 43/16 119/12 136/24 136/25 137/3
142/7 192/13 192/23 192/24 192/25 204/15

249/16
monitoring [2]  21/9 135/13
monitors [3]  17/22 18/1 22/1
month [7]  95/6 98/12 114/17 125/21 145/17
197/23 226/2
monthly [8]  256/16 256/20 257/11 257/13
258/7 258/15 258/17 259/17
months [14]  42/17 52/7 54/14 87/2 100/11
121/15 161/23 161/23 189/22 193/15 226/23
227/4 227/13 258/19
Moore [1]  244/20
Moreover [1]  227/17
morning [26]  2/4 2/5 2/6 6/13 6/14 6/21 6/23
15/14 16/24 26/18 30/14 48/18 61/7 69/14
99/14 150/5 177/22 178/8 178/19 181/15
217/17 218/16 248/7 249/23 250/11 260/13
most [14]  4/1 35/22 44/3 51/25 52/6 52/21
53/12 54/20 56/25 57/1 70/12 115/19 129/1
181/17 204/4 214/13 215/2 241/25
mostly [3]  49/20 149/24 172/19
motion [3]  4/4 149/4 253/5
Motors [1]  55/1
move [59]  7/3 7/4 46/21 46/24 47/12 48/6
57/20 58/24 63/18 64/21 68/2 69/1 72/9
73/23 75/14 76/20 78/9 79/15 82/14 87/18
88/4 88/4 95/15 98/19 102/1 105/15 106/17
112/4 114/25 115/11 120/4 122/8 126/3
131/9 132/24 137/25 140/16 141/24 142/21
145/7 146/17 154/23 154/24 155/1 190/16
194/13 198/19 198/23 224/7 225/16 230/25
232/17 238/13 240/21 242/8 250/18 250/20
251/17 251/23
moved [8]  22/13 30/24 33/16 36/1 40/16
106/6 184/23 232/4
moving [5]  35/22 114/13 184/5 198/20
231/22
Mr [88]
Mr. [669]
Mr. Anand [8]  27/17 27/20 27/24 28/2 38/8
38/9 38/13 38/23
Mr. Anand's [1]  27/18
Mr. and [1]  229/21
Mr. Carter [38]  23/13 23/15 23/15 23/21
23/24 24/2 24/6 24/14 24/14 24/18 24/20
24/22 24/23 24/25 25/3 25/5 25/6 25/7 25/20
26/14 27/24 28/2 36/11 36/25 37/11 37/12
37/14 38/1 38/7 135/22 136/16 136/19 137/3
141/19 146/13 147/12 147/17 147/18
Mr. Carter's [3]  25/1 37/23 147/4
Mr. Fink [1]  187/16
Mr. Franklin [5]  45/15 46/2 49/3 85/16
176/17
Mr. Franklin's [1]  45/19
Mr. Harmison [2]  60/5 70/1
Mr. Harmison's [1]  196/16
Mr. Hildebrandt [2]  198/18 199/3
Mr. Lee [1]  220/22
Mr. Mitchell [1]  53/17
Mr. Nevdahl [1]  252/22
Mr. Pasano [1]  251/2
Mr. Perkins [1]  125/3
Mr. Pickard [15]  94/13 94/14 94/15 100/7
100/25 101/5 102/11 107/5 110/25 119/17
120/16 120/17 120/23 195/25 205/16
Mr. Pickard's [1]  94/17
Mr. Silverman [2]  141/11 141/13
Mr. Stein [239]
Mr. Stein identify [1]  60/22
Mr. Stein's [33]  16/8 19/6 25/12 26/1 26/12
26/23 27/7 45/8 47/15 80/7 82/20 83/23 84/3

## M

Mr. Stein's... [20]  84/13 85/6 85/25 88/2
103/9 108/15 114/1 117/23 118/11 143/4
150/7 150/22 211/8 219/3 235/10 236/7
253/24 255/23 256/9 257/22
Mr. Stieglitz [29]  15/12 30/10 30/16 30/18
30/19 30/20 31/8 31/18 32/12 32/14 33/3
34/13 35/24 37/8 38/18 38/22 38/25 39/19
41/3 42/18 43/15 43/21 45/9 46/21 87/22
119/3 163/10 177/22 178/7
Mr. Stieglitz's [1]  35/21
Mr. Sweeney [41]  59/24 60/24 61/19 63/9
64/14 67/18 68/18 71/15 72/16 73/1 74/16
74/22 74/24 75/5 77/5 77/16 79/9 79/22 80/1
81/5 81/19 85/5 85/23 86/3 86/5 89/19 90/25
91/25 96/10 98/6 99/9 100/2 101/13 102/5
103/11 104/3 104/8 108/17 109/16 110/18
114/4
Mr. Sweeney's [1]  95/21
Mr. Tony [1]  102/18
Mr. White [6]  118/16 118/22 256/10 257/22
258/2 259/1
Mr. Woodbury [226]
Mr. Woodbury's [5]  158/19 245/16 248/21
249/22 250/5
Mr.Keret's [1]  107/11
Mrs. [2]  7/1 229/21
Mrs. Easley [1]  7/1
Mrs. Stein [1]  229/21
Ms. [18]  40/25 193/4 193/23 198/9 198/13
198/15 198/20 199/4 199/16 200/20 200/24
201/3 201/5 201/7 201/15 201/21 205/3
254/19
Ms. Bokios [1]  254/19
Ms. Bunes [15]  193/4 193/23 198/9 198/13
198/15 198/20 199/4 199/16 200/20 200/24
201/3 201/5 201/7 201/15 205/3
Ms. Bunes' [1]  201/21
Ms. Tracey [1]  40/25
much [25]  3/20 18/2 20/11 20/13 51/10 56/24
65/20 96/1 97/25 98/1 98/3 107/3 116/10
117/22 127/7 136/19 136/23 161/2 200/16
204/15 223/13 224/2 233/18 235/24 255/12
Mueller [1]  244/18
Muhlendorf [2]  1/16 16/19
multi [6]  79/2 79/6 95/9 98/13 114/18 125/22
multi-page [6]  79/2 79/6 95/9 98/13 114/18
125/22
multiple [1]  159/6
Muscillo [4]  131/21 140/2 144/18 144/19
muscle [1]  34/7
must [19]  7/21 7/22 7/24 8/13 9/11 9/14 9/17
10/9 10/24 11/16 11/21 12/8 12/12 12/17
13/19 33/10 69/10 184/14 209/5
mutual [1]  221/12
mutually [4]  136/21 143/21 221/24 258/4
myself [13]  16/18 30/15 64/18 78/4 79/25
113/7 120/1 131/6 139/17 141/19 142/18
204/2 239/5

## N

naked [7]  33/21 151/13 211/19 211/23 212/2
212/9 213/7
name [35]  17/14 17/16 23/6 26/17 27/16 48/8
48/8 48/9 48/11 49/14 50/2 52/12 74/9 77/2
94/17 102/18 102/19 102/21 107/11 107/14
107/15 169/16 195/18 197/9 198/15 219/22
237/16 239/20 239/21 246/23 246/25 247/5
254/19 255/1 259/5

name's [2]  16/18 28/12
named [4]  19/24 202/5 230/19 247/2
names [2]  17/15 108/24
National [3]  247/3 252/24 252/25
nature [8]  26/13 51/5 51/12 57/7 88/23 93/2
97/23 150/3
near [2]  221/2 221/8
nearly [1]  61/13
necessary [1]  88/7
need [37]  2/11 7/3 20/17 35/4 46/12 46/23
50/17 52/16 65/23 74/6 85/12 91/15 105/8
116/16 129/5 131/19 139/9 139/24 154/16
167/13 177/15 192/19 193/11 209/20 222/15
232/6 234/17 234/25 235/1 235/2 235/25
248/6 249/11 252/19 253/11 254/12 258/7
needed [14]  2/9 20/21 21/9 36/4 40/13 77/19
91/20 93/3 107/24 108/10 147/14 191/3
199/13 206/9
needs [3]  67/11 80/15 139/1
negative [1]  34/25
negotiated [1]  156/15
negotiating [5]  67/8 67/12 71/2 137/10
220/25
Neil [1]  216/16
neither [2]  13/14 36/25
net [2]  77/7 77/8
Netanya [1]  123/2
network [2]  243/11 243/19
networking [1]  12/11
Nevdahl [1]  252/22
never [28]  5/6 5/7 5/12 33/6 33/7 33/11 36/3
54/9 54/10 54/12 97/8 109/4 109/4 109/11
147/8 161/12 162/20 163/23 163/24 185/15
185/17 204/18 213/3 219/3 223/18 224/12
243/11 243/12
new [11]  1/18 40/13 57/11 61/15 65/19 66/11
97/7 149/14 216/18 232/9 234/15
Newell [1]  42/13
news [24]  12/1 13/17 15/23 18/20 18/21
18/22 21/3 21/4 21/11 21/13 21/14 21/21
22/21 28/11 89/2 89/3 178/15 178/15 178/17
184/4 184/11 190/4 215/21 248/18
newspapers [1]  12/1
next [30]  6/10 6/10 16/6 18/4 25/6 59/13 61/7
76/10 85/8 85/19 85/22 91/12 97/14 97/15
99/18 111/1 121/13 121/23 126/22 134/24
135/14 135/20 136/3 136/7 138/17 168/20
197/21 197/22 244/1 251/21
nice [3]  248/8 250/11 251/4
night [7]  20/25 69/11 69/13 143/8 178/18
190/1 248/16
nights [1]  34/8
nine [4]  95/6 226/23 227/4 227/13
nine's [1]  88/13
nine-month [1]  95/6
ninth [1]  82/14
no [253]
nobody [1]  37/10
noise [1]  43/1
none [7]  9/21 34/9 35/5 62/19 83/14 137/12
214/6
Nony [5]  102/18 103/2 103/17 103/21 105/23
Nope [1]  246/13
Norma [4]  205/16 206/18 206/22 206/23
normally [3]  209/18 256/18 256/19
North [1]  1/20
Northwest [1]  1/18
note [7]  14/11 49/1 58/8 118/21 139/17 214/2
221/20
note-taking [1]  14/11

notes [17]  14/7 14/8 14/13 14/15 14/16 14/17
24/23 24/23 24/24 25/4 44/24 53/2 116/9
150/15 173/21 196/24 247/19
nothing [12]  10/14 29/14 63/7 118/4 128/17
156/25 191/6 193/13 253/23 257/1 260/8
260/11
notice [4]  32/1 151/3 151/9 257/7
noticeable [1]  151/6
noticed [1]  215/20
notification [1]  123/11
NPC [2]  140/7 140/15
number [53]  15/20 17/10 26/6 26/7 32/19
38/5 45/20 58/1 75/22 75/22 75/23 75/23
88/11 97/20 100/11 102/15 102/16 102/17
104/21 104/24 107/16 107/17 107/17 107/18
107/19 110/4 110/6 112/24 123/20 124/5
124/7 124/9 124/11 124/15 124/18 145/19
146/13 155/6 155/8 167/9 179/8 191/16
201/12 205/24 214/21 225/18 226/7 226/13
228/7 228/14 230/19 238/10 240/21
number 1 [1]  226/7
number 14 [1]  240/21
number 179 [1]  191/16
numbers [4]  124/16 139/12 161/10 210/16
numerous [1]  63/1
nursing [2]  84/20 218/7
Nuys [1]  50/8

## O

o'clock [10]  6/5 6/9 69/11 69/12 178/17
236/9 247/16 247/22 247/24 248/1
oath [3]  14/5 28/21 118/15
object [12]  3/2 9/5 100/21 158/12 167/11
173/10 194/14 211/6 211/9 231/1 240/25
254/6
objected [1]  181/23
objection [123]
objection's [1]  174/5
objectionable [2]  117/17 165/11
objections [2]  8/19 117/15
objects [1]  250/4
obligation [1]  208/22
observational [2]  200/21 200/23
obstruct [1]  25/24
obvious [2]  122/17 219/4
obviously [6]  2/13 36/2 46/14 202/10 251/9
253/10
occasion [1]  180/8
occasions [2]  187/17 187/18
occurred [4]  88/24 167/25 168/11 197/20
October [11]  68/25 76/19 78/8 87/17 90/13
90/15 91/7 96/14 99/20 115/16 226/23
October 16th [1]  78/8
October 20th [1]  87/17
October 24th [1]  99/20
October 4th [5]  76/19 90/13 90/15 96/14
115/16
October 9th [1]  68/25
odd [1]  23/10
off [23]  18/5 21/2 22/13 106/5 110/15 119/7
153/2 159/16 176/6 204/25 205/16 206/7
206/12 211/7 225/4 229/15 230/7 230/20
239/1 244/9 254/17 254/18 254/22
offer [11]  165/3 167/7 170/5 173/2 183/4
187/1 195/9 211/8 214/17 220/3 232/8
offered [9]  100/23 154/19 156/1 167/20
168/3 168/4 168/6 217/14 251/14
offering [7]  154/13 168/18 195/3 195/4
211/10 211/11 250/18
offers [2]  9/4 158/16

# O

offhand [1]  219/23
office [4]  151/11 211/16 211/17 250/7
officer [18]  19/10 36/24 57/11 92/19 94/16
  110/25 123/19 138/20 138/24 148/15 199/3
  199/6 199/7 199/10 206/17 209/11 209/18
  209/22
officers [7]  110/23 111/2 148/7 148/10
  148/24 159/12 159/20
officership [1]  199/1
offices [3]  17/21 51/22 148/8
official [3]  1/24 54/17 197/8
officially [1]  251/5
often [1]  13/20
oh [16]  22/13 71/23 82/11 82/13 85/11
  111/17 123/17 124/13 124/25 148/5 149/22
  161/12 166/12 181/22 191/12 254/7
Ohio [3]  21/25 22/10 22/15
OIG [1]  212/17
okay [126]
once [25]  6/19 13/10 30/4 40/18 41/23 47/3
  55/23 64/9 64/9 67/6 68/12 71/1 72/22 80/17
  82/18 83/21 84/18 91/8 115/18 120/12 123/8
  131/24 221/20 233/9 251/23
one [105]
one-year [1]  239/6
onerous [1]  259/23
ones [2]  54/21 177/21
only [38]  2/12 2/14 4/11 4/15 6/13 6/13 8/20
  9/15 9/18 10/14 12/24 12/25 13/1 13/22
  14/17 16/2 22/23 22/23 24/12 30/5 31/17
  34/5 40/10 41/3 83/17 108/25 117/13 162/21
  203/24 239/14 243/22 247/21 249/8 251/2
  253/21 256/10 258/14 259/22
open [3]  22/16 55/2 258/21
opened [1]  174/10
opening [15]  2/10 4/5 4/6 4/11 4/25 5/16
  8/16 14/21 14/23 14/24 15/11 42/24 188/3
  231/4 261/4
opens [7]  21/19 59/14 60/13 60/15 60/15
  69/10 69/13
operating [2]  199/7 199/10
operational [1]  66/14
operations [2]  177/9 199/1
opinion [6]  8/3 13/24 188/19 188/24 196/14
  196/15
opinions [5]  44/23 116/9 150/14 173/22
  247/19
opportunity [7]  9/23 174/25 175/8 175/16
  179/11 205/15 228/20
opposed [4]  4/18 4/23 162/8 178/1
opposite [1]  30/21
options [2]  239/11 239/11
order [44]  2/1 9/12 11/4 22/19 41/25 55/11
  59/10 73/17 74/13 75/3 75/10 75/12 75/24
  76/9 76/14 77/7 77/14 77/14 79/13 79/17
  80/5 84/6 89/9 89/17 89/25 90/8 90/16 90/23
  96/17 99/15 99/23 101/15 115/13 122/18
  124/16 125/10 125/11 126/18 126/20 127/6
  127/8 221/9 221/19 246/5
ordered [1]  117/25
orders [50]  19/10 21/13 21/15 21/16 21/18
  22/5 22/7 26/14 28/11 66/8 66/10 66/13
  66/15 66/24 67/9 67/12 70/9 70/10 70/13
  73/4 77/20 78/6 78/18 78/23 80/12 80/14
  82/23 83/1 83/25 86/25 89/4 95/24 96/7
  96/21 97/4 99/11 100/10 100/16 110/11
  119/8 125/5 126/12 127/5 150/2 152/20
  152/24 205/22 217/18 218/15 226/16

ordinary [5]  3/14 174/17 175/6 241/4 241/12
organization [4]  89/10 90/1 90/16 111/8
organizations [1]  91/18
original [1]  197/6
originally [3]  55/8 87/14 91/10
OTC [2]  57/25 58/2
others [2]  12/4 115/22
otherwise [3]  12/17 175/24 240/4
our [31]  11/3 12/22 13/3 13/7 13/16 14/2
  30/24 30/24 41/1 66/13 66/15 92/5 92/9
  110/22 116/8 118/12 122/18 122/21 128/11
  157/7 165/16 165/17 215/4 220/23 221/12
  221/16 221/24 226/12 239/9 250/7 257/20
ourselves [1]  253/18
out-of-court [1]  168/6
outcome [1]  10/1
outline [1]  14/22
outright [2]  188/25 229/19
outset [2]  25/5 243/23
outside [10]  8/5 13/25 22/6 24/8 123/22
  149/7 175/4 207/17 209/5 229/9
outspoken [1]  187/17
outstanding [3]  41/2 128/11 129/5
over [37]  15/17 16/6 19/6 19/7 19/19 23/5
  29/1 29/1 38/14 55/9 66/14 67/15 71/4 85/13
  97/9 100/8 116/22 130/11 130/12 139/9
  145/17 146/2 149/9 149/21 152/22 156/9
  168/21 177/14 182/1 193/6 205/19 206/13
  206/16 206/18 214/1 227/3 239/12
overflowing [1]  37/20
overly [4]  182/1 182/4 182/23 189/8
override [1]  189/7
overrule [2]  9/6 211/13
Overruled [3]  93/18 108/3 159/5
overview [2]  16/24 208/6
owed [1]  32/17
own [8]  14/16 37/10 44/15 213/6 229/7 237/2
  237/18 237/19
owned [3]  19/4 19/6 53/12 53/15 53/16
  54/22 55/16 228/17 229/4 229/19 229/23
  237/15
owner [3]  141/5 231/25 232/1
ownership [2]  20/5 230/18
owning [1]  19/7
owns [7]  40/25 41/1 43/2 43/2 229/8 232/23
  237/4
Oxley [2]  208/10 209/7

# P

P-i-c-k-a-r-d [1]  94/17
p.m [6]  118/8 150/19 150/19 173/24 173/24
  260/14
Pacific [1]  221/3
page [102]
page 10 [2]  79/25 135/21
page 16 [1]  83/2
page 18 [2]  83/19 83/19
page 19 [1]  83/18
page 2 [3]  84/3 102/5 105/2
page 20 [1]  115/6
page 21 [1]  126/10
page 22 [2]  95/22 126/23
page 3 [1]  80/20
page 325 [2]  85/7 85/21
page 366 [1]  86/1
page 368 [1]  86/7
page 369 [1]  86/8
page 45 [2]  96/10 219/25
page 522 [2]  103/10 103/10
page 557 [2]  114/2 114/3

page 574 [1]  108/16
page 71 [1]  129/23
page 78 [1]  99/8
page 79 [1]  99/18
page 8 [2]  133/9 134/11
pages [8]  1/10 42/22 83/18 105/10 143/13
  144/15 173/9 220/18
paid [11]  43/16 43/16 43/19 43/20 43/22
  43/24 136/20 136/24 201/24 204/15 205/10
Palm [3]  1/7 1/20 1/25
Pam [11]  39/3 196/7 197/23 200/2 200/17
  226/17 226/19 238/1 239/21 239/24 240/1
Pamela [1]  55/21
paper [1]  29/23
paragraph [29]  36/12 36/13 36/14 36/20
  62/16 80/8 84/5 86/21 89/7 89/23 90/9 90/13
  90/23 91/12 96/13 115/16 126/13 126/24
  130/2 135/8 135/24 136/1 136/3 136/8
  138/17 138/19 139/20 140/24 180/22
paragraph 4 [4]  36/12 36/13 36/14 36/20
paragraphs [1]  99/19
parameters [1]  153/17
paren [7]  80/14 80/17 80/17 84/8 84/8 147/7
  143/7
parked [1]  118/18
particular [6]  18/19 94/7 111/13 160/2
  168/17 221/13
particularly [3]  44/12 201/6 208/15
parties [8]  13/23 14/20 15/6 167/18 202/24
  222/7 222/21 249/12
partners [1]  221/22
parts [3]  52/22 74/7 113/23
party [9]  9/4 13/14 81/1 81/1 81/25 135/12
  135/17 175/5 204/5
Pasano [1]  251/2
passage [2]  136/19 137/2
passed [1]  127/7
passing [1]  166/17
past [9]  145/17 191/10 209/19 227/1 227/4
  227/13 233/17 247/15 247/24
patent [29]  29/10 31/9 160/10 229/5 229/7
  229/8 229/10 229/15 229/16 229/18 229/19
  229/20 229/22 229/23 230/5 230/12 230/13
  230/19 230/19 230/20 230/21 231/22 231/24
  232/3 232/6 232/10 232/14 236/22 237/12
patented [1]  188/21
patently [1]  219/4
patents [2]  230/14 230/18
path [1]  149/1
pattern [1]  3/24
pause [1]  87/25
pay [7]  16/4 20/25 22/9 32/6 41/25 149/7
  204/16
paying [1]  249/15
payment [2]  11/14 137/1
payments [2]  138/22 142/9
PDF [1]  242/1
pending [4]  95/24 99/11 126/12 150/2
Penson [4]  257/17 257/23 258/11 259/18
Penson/Apex [2]  257/23 259/18
people [56]  7/2 8/5 11/9 12/19 15/24 16/4
  19/10 19/18 19/21 20/14 20/15 21/17 21/21
  22/11 23/3 25/18 26/5 26/8 26/11 26/12 28/2
  29/11 29/12 33/10 37/3 40/3 41/17 41/25
  42/5 43/15 44/9 55/7 60/17 92/25 93/7 94/12
  115/24 120/24 127/25 128/4 136/23 143/7
  143/9 144/21 148/14 149/8 159/23 205/19
  208/15 214/6 216/21 241/23 243/25 252/5
  253/22 259/21
people's [2]  20/1 28/20

# P

per [7] 41/6 127/13 181/4 226/12 226/18
229/2 257/12
percent [7] 19/6 23/5 41/1 41/18 41/23 41/24
202/12
percents [1] 41/9
perfect [1] 102/13
perfected [1] 223/6
perfectly [1] 42/15
perform [1] 202/10
performed [1] 140/1
perhaps [1] 233/2
period [24] 53/13 59/23 92/23 95/6 98/12
114/17 125/21 151/13 160/25 177/2 181/15
181/19 196/11 196/21 196/23 197/12 197/19
199/21 203/8 206/13 235/12 239/12 257/9
258/8
periodic [3] 50/20 52/15 128/9
Perkins [6] 125/3 195/18 200/1 200/6 240/6
246/1
permanent [1] 197/24
permission [4] 2/17 116/23 116/25 120/10
permit [4] 12/23 12/24 13/3 13/7
permitted [3] 9/5 153/17 155/24
person [20] 9/5 11/14 11/17 19/20 22/1 23/4
24/13 27/16 27/23 29/24 54/12 130/14
169/16 169/19 182/22 194/15 228/2 237/4
256/6 256/22
person's [1] 23/6
personal [8] 11/4 31/22 148/9 221/20 226/14
235/5 246/19 254/1
personality [1] 187/10
personally [6] 56/10 211/24 221/7 221/23
227/16 228/18
pertain [2] 117/13 152/13
pertaining [1] 164/4
pertinent [1] 92/22
Phillips [7] 62/6 227/6 227/14 227/18 246/20
247/2 247/5
phone [9] 19/20 24/15 128/17 187/18 187/20
187/23 212/21 255/9 258/22
phonetic [2] 157/11 195/23
phrase [1] 207/2
phrases [1] 13/21
physical [1] 129/2
physically [1] 132/12
physicians [1] 247/8
pick [2] 22/15 168/23
Pickard [20] 94/13 94/14 94/15 100/7 100/25
101/5 102/11 107/5 110/25 119/17 120/1
120/16 120/17 120/23 138/24 195/25 205/16
205/19 206/5 206/16
Pickard's [1] 94/17
picked [3] 24/15 123/21 206/18
picking [1] 32/19
picture [10] 101/22 101/24 109/23 147/22
216/7 216/8 216/15 216/17 229/14 230/5
piece [3] 8/11 20/17 29/23
pieces [2] 28/23 42/21
place [10] 11/19 11/21 13/7 13/9 13/11 15/24
29/23 122/18 176/5 187/7
placed [1] 148/8
placement [1] 193/2
placements [1] 157/17
places [1] 63/3
plain [1] 22/25
plan [10] 116/20 122/19 154/6 155/25 156/25
192/9 192/22 193/12 206/10 227/8
planning [2] 6/4 247/21

plans [2] 221/7 248/5
play [8] 28/22 85/5 85/9 85/25 86/5 86/9
103/8 114/3
played [14] 45/16 45/25 46/1 46/4 46/8 46/11
85/10 85/18 85/24 86/4 86/10 103/12 108/18
114/5
playing [1] 34/8
plea [2] 27/25 38/4
please [169]
pleasure [1] 220/22
pled [3] 27/25 38/1 38/9
pledge [1] 221/10
pledgees [1] 155/23
plug [1] 17/23
plunged [1] 28/13
plus [3] 81/12 136/20 136/21
pockets [1] 15/22
point [39] 11/1 31/20 31/21 36/8 38/20 46/9
50/22 55/15 56/21 59/19 65/21 77/22 106/4
116/1 119/11 123/21 130/17 132/10 132/13
149/3 155/17 159/24 161/22 162/1 192/6
193/8 206/15 208/8 208/9 209/13 211/14
212/6 212/10 212/23 234/14 239/22 242/23
251/1 253/21
pointing [1] 203/14
pop [1] 139/7
popped [1] 128/16
Porter [1] 48/21
portion [18] 43/12 98/3 114/1 120/17 120/18
122/14 128/11 130/2 131/14 135/14 138/6
143/2 143/17 145/13 146/22 162/17 165/11
165/12
portions [3] 46/10 92/20 204/9
POs [1] 86/22
position [5] 54/15 54/17 228/23 235/10
248/22
positive [3] 21/4 28/11 34/25
possession [3] 33/5 78/17 158/19
possibility [2] 172/22 172/23
possible [5] 21/18 35/22 231/7 247/25 257/2
possibly [3] 32/21 160/14 204/17
post [4] 64/9 68/12 72/22 139/17
Post-It [1] 139/17
Postal [2] 2/16 16/20
posted [3] 26/20 56/22 56/25
posting [1] 12/13
pot [2] 100/17 139/13
potential [1] 189/21
power [1] 187/14
practical [1] 208/14
practice [5] 49/9 60/16 133/16 133/18 209/17
practices [2] 151/13 211/19
practicing [2] 31/3 33/17
preceding [2] 144/3 144/15
precise [2] 177/8 223/9
predicate [6] 117/5 174/20 174/25 175/9
175/16 241/7
preexisting [1] 35/13
prefer [2] 58/10 233/7
prejudice [1] 10/2
preliminary [3] 3/24 7/15 261/3
premature [2] 13/5 13/6
premises [3] 11/19 11/20 199/13
prep [1] 148/14
prepaid [2] 84/9 129/24
prepare [10] 91/20 91/22 92/18 95/11 98/15
114/21 125/24 159/8 206/1 206/12
prepared [12] 46/13 87/14 96/19 101/8
106/13 106/23 106/25 124/17 128/14 179/22
205/11 207/10

preparing [6] 131/24 159/22 205/12 205/13
205/14 217/16
presence [1] 174/14
present [11] 2/3 10/19 14/24 15/3 45/8
118/11 150/22 164/8 174/2 209/11 209/14
presented [8] 7/25 15/20 15/1 15/2 15/5 46/5
149/11 207/21
presenting [3] 16/21 45/10 166/14
president [3] 55/22 59/18 193/4
press [137]
presume [1] 235/14
presumed [1] 10/12
pretending [1] 22/18
pretty [3] 56/24 107/3 143/10
prevent [1] 167/6
previous [2] 66/4 136/15
previously [2] 180/20 215/19
price [12] 15/25 15/25 20/7 20/9 44/5 60/19
74/18 75/25 146/6 180/2 239/16 239/16
prices [1] 156/15
primary [3] 162/16 162/21 162/24
principal [5] 37/18 160/6 160/15 183/24
188/20
principals [1] 162/14
principles [1] 7/14
prior [23] 71/3 99/17 99/25 100/11 115/13
115/19 121/6 126/19 127/2 127/3 148/9
169/21 184/7 188/3 191/20 191/21 192/11
193/15 200/17 218/4 251/2 251/10 252/15
private [7] 16/12 44/6 49/12 156/4 157/17
193/2 221/16
privately [1] 44/4
Pro [1] 1/19
probably [21] 51/24 54/14 84/7 99/2 120/22
121/18 130/15 139/24 157/12 159/17 159/18
160/25 161/23 178/12 184/8 197/17 198/10
214/12 215/1 236/1 251/25
problem [17] 22/4 22/8 31/4 34/3 34/5 36/11
37/16 41/11 117/1 117/16 118/1 118/3
182/15 233/15 233/20 252/25 257/13
problematic [1] 38/17
problems [2] 2/25 227/20
procedural [1] 7/8
procedurally [1] 154/12
proceed [7] 7/8 46/19 48/14 117/22 150/23
169/14 176/18
proceeded [1] 40/15
proceedings [14] 1/14 6/18 45/6 47/2 87/25
118/9 118/25 150/20 151/21 167/19 173/25
176/12 231/9 263/20
proceeds [3] 89/12 90/3 90/19
process [18] 67/11 88/25 92/14 92/17 92/24
94/6 94/22 94/23 97/25 100/9 110/13 114/12
119/16 178/13 209/9 209/16 257/15 257/15
procure [1] 70/9
produce [8] 156/8 205/25 228/7 252/19
253/2 256/4 256/23 257/7
produced [7] 231/10 251/4 252/24 253/15
254/4 255/19 258/18
producing [1] 253/6
product [19] 21/14 29/11 57/5 57/6 62/9 63/5
91/18 97/8 114/11 150/2 192/24 192/24
205/22 205/23 206/1 242/17 242/18 242/21
243/19
production [3] 136/11 227/11 227/20
products [9] 18/2 21/21 21/23 22/9 22/14
135/11 149/14 243/5 244/18
proffer [1] 233/2
proforma [2] 205/21 206/12
proformas [1] 206/2

**P**

program [9]  11/22 62/8 122/22 226/8 226/13 226/20 227/16 243/24 243/24
progress [1]  184/6
prohibition [1]  221/13
project [2]  50/19 207/1
projected [2]  192/24 206/13
projection [1]  206/9
projections [9]  205/10 205/12 205/13 205/14 205/18 205/21 206/6 206/21 217/16
projects [1]  135/17
prominently [1]  19/23
promise [1]  14/5
promised [2]  13/1 198/19
promoted [1]  226/20
promoting [1]  62/9
promotion [1]  170/16
promotional [12]  59/11 88/23 150/1 179/9 182/1 182/4 182/24 189/8 189/11 189/17 193/14 193/18
promptly [1]  11/16
proof [7]  10/15 10/17 11/2 66/19 70/17 84/12 232/8
proper [4]  97/23 146/1 175/16 177/2
properly [1]  207/10
prospectus [1]  156/2
protect [1]  237/12
protected [1]  237/8
protecting [1]  18/12
prove [7]  10/19 10/24 17/1 26/2 26/4 29/18 100/23
proved [1]  5/20
proven [1]  10/13
Provencio [6]  205/17 205/20 206/6 206/19 206/22 206/23
proves [2]  8/4 8/8
provide [14]  12/12 73/8 137/5 192/22 209/20 256/16 256/17 256/19 256/20 257/11 257/12 257/13 258/14 259/17
provided [6]  131/20 158/8 158/23 254/8 254/9 254/11
provides [1]  256/21
providing [2]  82/7 143/21
provision [4]  198/22 199/14 202/20 202/24
proxy [1]  159/8
psychologically [2]  188/7 188/18
public [50]  17/7 17/8 18/6 18/8 18/8 18/12 18/13 18/14 18/17 26/21 27/1 39/19 39/25 40/4 40/4 42/23 42/25 48/24 49/12 50/21 51/10 51/11 51/13 51/15 51/16 52/2 55/10 56/1 56/5 56/5 56/8 56/18 64/10 68/13 72/23 97/10 149/20 149/24 149/25 153/20 154/5 160/12 160/13 162/8 177/21 209/4 221/15 226/21 230/16 243/18
publicly [2]  123/19 128/22
publish [2]  120/11 120/12
pull [16]  57/13 58/6 59/24 63/10 67/18 71/6 73/10 74/21 75/6 77/5 77/9 87/7 105/5 111/19 125/12 125/14
pulled [7]  21/2 92/6 96/16 99/16 99/21 99/24 115/19
pulling [2]  19/19 20/4
purchase [72]  21/15 21/16 21/18 22/5 22/7 28/11 59/10 70/9 70/13 73/4 73/17 75/3 75/10 75/11 76/9 76/14 77/14 77/14 77/20 78/5 78/18 78/23 79/13 79/17 80/5 81/13 82/23 82/25 83/25 86/25 89/3 89/9 89/11 89/13 89/15 89/17 89/25 90/2 90/4 90/8 90/15 90/17 90/19 90/22 95/24 96/6 96/17

96/21 97/4 99/11 99/15 99/23 100/10 100/16 101/15 110/11 115/13 119/8 124/16 125/4 125/10 125/11 126/12 126/18 126/20 127/5 152/20 152/24 218/15 226/16 239/11 246/5
purchased [2]  43/18 229/20
purchaser [2]  77/3 77/3
purchasers [1]  101/9
purchasing [5]  89/9 89/25 90/16 91/18 102/18
purported [2]  36/23 134/18
purports [5]  107/7 122/23 134/17 144/17 237/18
purpose [6]  9/16 9/17 9/18 88/21 103/4 195/11
purposes [8]  6/4 71/18 85/5 177/14 180/2 233/25 234/8 247/21
pursuant [9]  27/25 89/10 89/11 90/1 90/2 90/17 90/18 128/12 141/4
push [5]  56/20 61/15 178/24 179/2 188/9
pushed [5]  178/7 178/10 179/6 199/19 223/18
pushing [2]  178/6 201/15
put [44]  4/12 4/13 5/3 5/10 5/13 10/22 15/23 18/22 21/17 21/18 29/17 31/19 34/18 35/11 35/20 41/19 42/6 42/20 42/22 49/2 53/4 53/6 92/22 99/21 139/12 158/10 159/10 164/16 172/8 175/14 184/14 185/6 193/6 212/8 212/23 215/23 228/9 230/19 233/14 234/7 235/10 235/17 252/3 258/19
putting [4]  56/11 92/15 233/24 234/3

**Q**

Qs [2]  53/6 113/21
qualifications [1]  159/7
qualified [1]  13/2
quarter [8]  52/17 53/10 92/6 97/13 99/17 121/12 176/22 177/19
quarterly [6]  52/16 96/20 121/12 121/14 137/5 239/12
quest [3]  31/15
question [58]  8/22 8/23 8/24 9/1 9/4 9/6 9/8 9/10 9/11 13/10 34/19 39/7 45/24 57/16 62/15 63/7 84/23 96/9 100/21 100/24 108/6 139/5 139/6 149/18 152/20 154/22 158/15 158/17 166/6 166/8 166/14 166/18 168/9 170/24 182/3 185/24 191/11 191/11 191/13 206/5 207/22 214/9 220/12 227/4 227/4 227/5 227/15 227/6 227/16 228/22 231/21 233/5 235/8 237/13 245/20 248/25 249/13 257/7
questioning [1]  154/20
questions [29]  8/19 8/20 24/10 29/13 106/5 111/6 114/11 134/3 138/25 139/1 147/17 150/7 153/13 159/18 159/20 159/23 162/12 167/3 167/4 175/14 181/17 185/5 191/8 207/11 209/12 209/13 218/23 232/2 237/11
quick [1]  166/14
quickly [3]  23/14 121/4 128/23
quiet [1]  34/6
quite [2]  18/4 19/23
quote [7]  31/24 66/12 67/1 67/3 139/23 222/17 227/9
quote-unquote [1]  31/24

**R**

radio [1]  12/1
raise [3]  48/2 209/12 212/2
raised [4]  40/14 50/16 189/18 233/5
raises [1]  191/12
raising [2]  145/19 179/12

ran [1]  20/22
Ranch [1]  48/21
Raoul [3]  159/24 197/9 197/10
rarely [1]  32/5
rather [7]  21/11 173/17 177/25 184/12 187/10 233/9 245/10
Raton [3]  16/13 23/9 36/22
reach [7]  7/21 256/2 256/2
reached [2]  3/11 206/15
reaching [1]  9/19
reaction [1]  26/12
read [80]  3/23 7/5 11/24 13/16 45/25 59/7 60/12 60/21 61/8 62/10 64/4 65/4 66/5 67/1 68/8 69/7 70/7 78/15 80/8 84/4 89/6 89/22 90/12 96/2 113/11 113/22 113/23 115/7 122/15 126/14 130/1 130/2 131/15 135/7 135/14 136/2 138/7 138/8 138/10 138/17 139/21 140/23 142/5 143/3 143/3 143/18 144/2 144/12 145/14 145/21 146/23 154/8 154/21 154/25 156/9 156/10 164/20 164/20 167/5 180/21 180/24 180/25 183/12 183/14 183/20 183/25 185/14 186/4 186/11 186/23 194/10 214/25 215/14 220/20 222/24 226/7 226/10 238/22 242/15 243/2
reading [8]  17/24 72/19 136/18 154/14 184/19 186/14 204/2 211/7
reads [1]  66/7
ready [10]  5/25 6/1 56/19 150/23 150/24 151/1 151/2 173/14 176/18 249/17
real [8]  21/21 21/24 21/25 22/6 71/5 77/22 208/14 233/15
reality [3]  19/22 28/15 184/1
realize [1]  100/17
realized [1]  23/15
really [30]  18/1 18/20 19/19 21/8 27/20 36/17 37/16 52/22 65/20 65/23 82/7 111/7 129/6 132/9 139/5 161/18 161/20 161/24 168/13 169/5 170/3 200/20 201/17 205/14 222/22 228/22 228/23 229/16 230/13 230/14
Realtime [1]  263/19
rearrange [1]  7/3
reason [8]  30/18 40/3 63/4 71/5 153/20 190/12 203/24 247/4
reasonable [17]  5/11 10/25 17/1 29/19 30/7 185/11 256/5 256/15 256/16 256/21 257/1 257/9 258/6 259/3 259/16 259/19 259/22
reasonableness [1]  10/3
reasons [5]  153/23 153/24 153/25 154/3 185/1 240/3
rebut [1]  5/10
recall [100]
receipt [1]  122/22
receive [5]  56/19 84/22 140/12 141/22 241/12
received [40]  9/3 9/7 9/9 39/6 66/10 66/23 70/10 81/9 82/2 83/12 101/20 104/16 104/23 105/3 105/10 106/1 109/21 109/24 110/9 111/25 120/22 120/22 123/11 124/5 124/8 124/20 124/22 127/9 127/17 140/13 141/6 141/20 143/20 147/8 170/13 204/18 241/10 242/22 252/12 255/24
receives [2]  66/7 137/4
receiving [1]  147/6
recent [1]  70/12
recess [10]  44/22 45/5 118/8 150/13 150/18 150/19 173/23 173/24 249/11 260/14
recitals [3]  222/3 222/6 222/20
recite [1]  172/12
recognize [43]  58/18 63/13 64/16 67/21 68/21 71/10 73/13 75/8 76/13 78/2 87/11

**R**

recognize... [32]  95/3 95/4 98/9 101/14 106/9 111/23 114/14 115/17 119/24 119/25 121/25 122/2 125/18 131/4 131/6 132/19 132/20 133/24 137/20 137/21 140/6 140/7 141/17 142/17 143/22 144/5 144/20 144/24 145/3 146/10 239/9 250/20

recognized [1]  127/15

recognizes [1]  194/24

recollect [1]  216/17

recollecting [1]  227/1

recollection [41]  112/20 112/21 113/5 132/6 152/10 157/3 157/6 171/15 172/2 176/23 177/1 177/12 177/13 180/23 181/1 181/5 181/25 190/14 191/3 203/16 203/19 203/21 204/4 204/24 204/25 212/14 215/15 215/18 216/3 216/4 217/9 220/12 225/25 228/1 229/19 241/14 243/13 245/12 246/18 246/24 251/10

Recom [4]  17/16 30/22 31/3 49/25

recommended [1]  34/23

record [31]  2/2 3/2 3/15 45/8 45/16 46/8 46/12 53/19 53/21 54/2 118/11 118/21 168/19 174/2 174/15 174/19 174/22 175/1 175/5 175/17 175/20 175/21 176/6 190/7 223/23 233/25 254/17 254/18 256/1 256/11 263/20

recorded [1]  251/10

recording [4]  39/9 39/11 39/12 46/1

recordings [4]  16/8 28/23 28/23 28/25

records [12]  32/11 143/10 159/1 159/13 174/15 174/16 216/12 241/5 242/9 255/2 255/4 255/5

recourse [1]  127/11

recross [2]  248/24 249/9

red [1]  226/15

redacted [1]  191/22

redirect [4]  190/5 235/20 235/25 248/13

redrafted [1]  183/13

reduce [1]  38/6

reemphasize [3]  4/2 7/11 10/11

refer [8]  17/19 50/5 52/22 52/24 67/14 89/17 110/24 216/11

reference [2]  59/16 105/8

referenced [1]  152/13

referencing [1]  230/17

referral [1]  84/6

referrals [1]  211/20

referred [9]  50/1 53/13 59/17 76/2 77/15 79/14 89/16 90/9 90/23

referring [6]  79/5 182/11 209/7 213/20 245/7 245/8

reflect [18]  31/2 31/19 32/11 34/1 34/12 34/15 34/17 34/23 35/7 37/13 37/21 38/5 38/13 38/16 40/6 42/13 54/2 223/23

reflected [1]  60/19

reflects [1]  40/10

refrained [1]  232/25

refresh [13]  162/7 163/6 164/12 166/20 172/6 181/1 190/11 191/3 192/16 204/2 217/6 217/9 246/24

refreshes [1]  180/22

Regal [8]  252/13 252/17 253/1 253/13 254/2 256/1 256/6 256/12

regard [15]  35/24 133/2 157/4 162/8 162/10 177/4 178/1 178/5 178/10 180/1 195/3 204/10 206/6 245/25 252/12

regarding [42]  3/1 3/14 4/4 4/17 11/4 33/21 33/22 35/23 36/17 38/12 38/15 42/5 78/17

80/16 94/21 112/1 112/11 122/21 135/10 135/11 136/9 147/22 151/12 151/13 161/16 162/5 163/3 166/4 171/12 177/20 180/14 180/23 181/2 186/18 192/13 201/21 211/23 213/6 220/10 223/18 246/3 253/5

regards [2]  141/1 146/24

register [4]  50/18 50/19 131/25 239/17

registered [9]  55/12 55/12 55/16 55/17 55/24 56/3 157/5 157/18 263/18

registration [7]  56/4 153/6 153/13 153/16 154/4 156/24 239/18

regularly [1]  157/7

regulating [1]  18/12

regurgitate [1]  57/15

reimbursement [1]  136/21

reintroduce [1]  16/18

reiterate [1]  206/8

reiterated [1]  63/3

related [8]  11/8 11/12 11/25 12/4 13/18 151/13 174/11 225/2

relates [2]  174/8 233/14

relating [2]  139/1 211/19

relationship [11]  19/15 26/14 27/4 35/13 75/2 76/8 77/13 77/23 143/6 161/19 221/24

relationships [2]  148/10 215/25

relative [7]  131/20 138/14 138/22 146/6 167/2 201/15 203/12

release [103]

released [3]  59/14 60/13 186/9

releases [50]  18/23 21/18 26/10 26/21 26/25 28/10 35/20 56/8 56/9 56/11 56/13 56/22 56/25 57/5 57/6 57/8 57/16 58/5 60/17 79/14 86/24 89/2 89/3 149/25 150/2 160/2 162/5 162/9 163/4 164/2 164/3 164/7 166/4 174/9 174/12 177/20 179/2 179/6 179/9 182/12 182/15 182/18 182/19 182/20 186/18 192/12 193/14 213/6 219/7 223/20

releasing [1]  56/17

relevance [4]  194/21 231/2 231/3 231/13

relevancy [1]  231/12

relevant [3]  43/13 131/14 195/6

relies [1]  39/25

rely [3]  14/15 40/1 40/2

relying [1]  28/9

remain [2]  10/20 147/1

remained [1]  240/2

remains [2]  215/20 215/24

remarks [1]  202/18

remember [49]  14/7 22/24 28/18 33/16 40/22 98/25 119/9 147/6 156/4 156/21 161/5 161/10 178/8 180/12 181/22 182/10 183/16 183/17 184/2 184/10 184/18 185/13 186/14 195/18 195/23 196/2 212/10 212/19 212/21 216/7 216/22 217/18 218/12 218/14 218/17 224/23 226/18 227/7 229/15 230/1 230/5 230/12 230/13 230/17 244/8 244/11 245/25 246/5 246/6

remind [1]  247/18

reminders [1]  139/17

removal [1]  200/17

removing [1]  148/9

render [1]  12/25

reorganize [1]  31/23

reorganized [2]  32/21 33/4

repeat [1]  31/13

repeatedly [1]  27/6

rephrase [1]  108/6

replacement [1]  148/23

replacing [1]  226/16

report [48]  18/13 34/16 34/21 34/22 52/6

52/7 52/9 52/12 52/13 52/14 57/12 92/6 92/8 93/4 95/6 97/16 98/11 114/16 121/12 121/13 121/14 121/17 125/20 128/14 151/11 153/3 160/12 211/2 211/5 211/16 211/18 212/16 212/23 227/17 240/12 240/16 240/17 240/18 241/3 241/15 241/17 241/18 241/18 243/18 245/6 245/8 245/11 245/22

reported [5]  11/25 61/24 73/18 160/18 204/23

reporter [6]  1/23 1/24 44/20 46/3 263/18 263/19

reporter's [1]  13/24

reporting [3]  65/22 97/19 208/1

reports [20]  18/9 50/20 52/2 52/3 52/5 52/15 52/16 52/18 52/20 57/9 92/9 93/2 98/4 128/14 207/21 212/20 212/22 241/10 242/4 243/21

represent [1]  130/8 234/12 235/23

representative [3]  2/21 2/22 255/18

representatives [1]  246/3

represented [3]  160/8 160/10 255/17

representing [2]  33/17 254/10

represents [1]  223/11

request [6]  11/13 175/19 175/23 232/20 249/23 259/16

requested [2]  55/21 132/22

require [2]  100/8 149/7

required [7]  11/2 11/11 50/21 128/10 137/4 176/16 208/25

requirement [1]  192/18

requirements [3]  55/7 178/14 242/11

requires [3]  11/3 13/16 153/25

reread [1]  144/1

rescheduling [1]  250/5

research [5]  12/3 12/5 12/6 13/18 247/20

resell [3]  41/17 156/24 157/18

reserve [1]  234/11

reshow [1]  180/20

reside [1]  48/21

resided [1]  36/22

residing [1]  123/24

resolve [1]  227/11

resolved [1]  173/19

resources [1]  258/14

respect [6]  96/10 144/19 147/4 160/21 184/16 184/22

respective [2]  155/23 221/16

respects [1]  202/18

respond [8]  60/18 91/9 173/12 179/19 185/10 193/20 207/10 249/17

responded [5]  166/15 170/23 179/17 179/20 249/22

responding [3]  166/17 167/2 179/15

response [9]  92/3 96/5 127/8 171/25 179/16 179/19 179/23 194/22 241/1

responses [1]  256/7

responsibilities [4]  50/14 127/23 198/10 228/4

responsibility [3]  185/8 207/19 208/19

responsible [1]  32/25

rest [2]  89/20 145/21

restaurant [1]  24/18

restricted [1]  55/10

rests [1]  15/3

result [2]  25/21 66/11

resulting [2]  61/16 70/13

results [2]  34/25 34/25

resume [6]  37/20 158/7 158/18 158/23 158/24 159/1

resuscitate [1]  127/14

**R**

retire [1] 36/2
return [2] 11/15 136/17
returnable [1] 138/15
returned [4] 101/16 122/18 122/21 127/7
reveals [1] 185/12
revenue [2] 21/7 97/11
revenues [5] 70/9 70/13 127/16 127/17 206/3
reverse [3] 42/3 55/9 148/24
review [20] 94/23 96/4 110/21 110/22 111/6
  111/11 111/13 112/11 121/25 162/14 164/5
  164/19 170/21 171/16 179/5 186/22 207/19
  208/20 208/21 209/8
reviewed [3] 161/14 218/16 219/13
reviewing [1] 226/25
reviews [2] 207/5 207/9
revise [2] 69/16 111/15
revised [2] 112/11 183/25
revisions [1] 188/4
revolutionary [1] 189/12
rewrite [1] 185/7
richer [1] 20/11
rid [1] 234/22
riding [2] 94/9 94/11
right [200]
right-hand [1] 133/25
rights [5] 31/9 31/10 89/13 90/4 90/20
Rim [1] 221/3
RMR [2] 1/23 263/5
road [4] 1/22 62/25 63/2 67/9
Rodney [2] 198/16 239/4
role [2] 26/23 128/20
roles [1] 162/10
Ronk [1] 212/22
room [7] 14/10 14/14 25/2 25/4 44/22 173/19
  194/15
rooms [2] 12/10 12/16
Roston [1] 230/13
round [1] 34/17
rounds [1] 111/3
Rowland [6] 195/18 200/1 200/6 226/12
  240/6 246/1
Rubbermaid [14] 42/13 201/10 201/22
  201/24 202/6 202/11 203/4 203/9 203/12
  203/23 204/14 204/16 204/17 243/11
rule [9] 2/13 3/1 175/24 207/24 215/12
  215/15 241/6 242/9 242/12
Rule 5 [1] 215/12
rules [13] 9/2 9/5 10/9 12/22 14/1 14/3 14/5
  51/9 51/10 57/17 57/18 193/10 208/1
ruling [1] 40/2
run [4] 44/13 129/3 191/9 209/19
Ryan [6] 131/21 140/3 144/6 144/7 144/9
  144/19

**S**

S-i-l-v-e [1] 27/18
sabotage [2] 33/22 33/25
sake [1] 17/18
sale [3] 44/6 66/10 228/8
sales [45] 15/23 18/17 18/24 18/24 22/22
  28/10 40/15 57/5 61/10 61/14 61/16 61/17
  62/7 62/8 62/9 62/12 63/5 63/6 66/8 66/12
  66/13 66/16 66/24 67/9 67/12 70/10 70/12
  77/20 88/19 97/9 129/24 156/6 156/15
  170/16 182/19 192/24 192/24 201/8 206/13
  217/18 226/19 227/15 244/2 244/11 244/15
same [28] 13/9 13/10 30/16 31/4 33/2 63/15
  64/6 67/23 85/20 85/25 86/6 96/4 96/9

115/12 124/18 131/19 144/2 144/13 181/23
  182/14 182/17 189/4 221/13 223/9 237/9
  245/8 252/4 253/2
San [2] 245/4 246/22
Sarbanes [2] 208/10 209/7
Sarbanes-Oxley [2] 208/10 209/7
sat [4] 24/18 25/6 36/10 206/1
Saturday [1] 225/24
savant [1] 42/11
save [4] 30/23 250/22 250/24 251/23
saw [9] 8/1 8/5 8/23 8/25 27/2 42/24 93/6
  147/9 189/17
say [59] 3/5 5/7 14/8 17/25 24/19 28/4 36/13
  43/1 43/2 44/1 51/13 56/19 56/20 58/3 59/21
  63/24 64/1 67/25 73/5 88/25 93/7 100/25
  104/10 107/24 108/10 108/23 123/23 127/10
  129/6 131/15 132/12 137/2 164/1 170/20
  184/24 187/11 187/12 187/16 187/16 188/8
  188/23 188/25 189/2 199/18 200/16 200/20
  201/5 201/18 205/15 209/8 210/9 218/24
  245/10 245/21 251/17 251/18 251/18 253/6
  258/7
saying [16] 32/13 33/9 41/16 43/9 60/9 72/3
  82/11 165/11 183/21 183/22 184/2 184/18
  201/3 251/17 253/21 258/23
says [40] 9/21 30/19 30/20 31/13 31/16 31/18
  32/12 37/3 40/22 60/5 70/18 80/20 86/13
  96/14 102/15 103/15 107/16 114/8 127/15
  129/8 134/22 135/4 135/8 143/8 155/22
  168/14 183/12 183/25 184/5 185/6 186/3
  186/11 188/2 189/1 209/4 214/12 215/1
  215/19 229/10 240/15
SB2 [10] 40/20 41/16 44/1 154/4 155/1
  156/23 157/4 157/5 210/19 210/22
scene [1] 13/14
schedules [2] 221/10 221/18
scheduling [2] 6/3 248/3
Sciences [1] 244/12
scope [4] 194/21 232/25 233/1 234/24
screen [19] 58/9 74/23 76/4 77/9 89/14 90/6
  90/21 117/3 151/8 151/18 164/16 169/21
  172/8 184/3 186/12 187/7 187/25 216/1
  226/7
scroll [2] 136/7 187/25
se [2] 1/19 257/12
search [2] 12/12 12/17
searched [1] 131/17
seat [4] 14/13 144/24 116/9 150/15
seated [14] 6/19 6/22 7/2 16/21 45/7 47/3
  47/5 48/4 118/10 119/2 150/21 151/22 174/1
  176/14
seats [3] 6/20 47/4 173/21
SEC [68] 18/9 18/14 18/25 24/9 24/11 24/13
  24/13 24/19 25/1 25/5 25/7 25/25 26/9 26/20
  26/24 27/14 28/19 28/24 29/1 34/13 34/13
  34/15 38/2 38/2 42/11 44/2 47/15 50/21
  50/24 50/25 51/1 52/2 52/9 53/6 55/6 57/9
  57/12 85/11 86/13 92/9 92/13 92/15 95/1
  95/13 96/20 98/17 103/10 103/15 108/14
  108/21 111/11 111/16 113/10 113/24 114/7
  114/23 115/13 126/1 127/20 153/16 153/25
  154/18 212/16 219/3 231/16 251/3 251/4
  253/16
SEC's [2] 18/11 52/9
second [39] 10/17 52/17 60/25 65/25 75/12
  76/3 76/10 79/7 79/21 80/6 80/7 81/6 86/16
  86/19 86/20 89/19 89/23 92/6 98/1 99/23
  101/13 104/11 105/12 107/10 115/11 115/14
  121/14 122/13 135/5 143/14 148/12 149/4
  174/11 177/18 180/22 237/13 241/18 247/2

257/3
seconds [2] 87/23 255/7
secret [2] 41/2 41/3
Secretary [1] 216/20
secretly [1] 17/6
section [10] 53/2 93/13 93/24 95/23 99/10
  126/11 129/24 180/24 203/25 204/2
sections [1] 111/17
secure [2] 38/10 191/2
securities [44] 18/9 24/9 25/17 26/19 39/21
  39/23 41/19 41/21 41/22 48/24 49/11 49/20
  51/1 51/2 51/4 51/8 51/15 54/12 87/15 93/13
  93/14 93/24 93/25 94/2 94/4 94/8 127/22
  128/7 143/19 151/14 177/14 196/9 196/10
  198/11 203/23 208/10 211/18 215/17 241/21
  252/13 252/22 253/1 253/13 254/2
Securities' [1] 252/17
seeing [3] 58/14 216/15 230/12
seem [1] 174/25
seems [2] 134/2 205/9
seen [22] 74/3 75/19 81/15 84/25 96/15 96/22
  99/14 120/21 126/16 127/3 133/19 144/14
  151/4 166/25 170/2 190/3 190/9 191/17
  205/8 217/4 219/3 220/17
selected [2] 207/12 208/24
selectively [1] 208/25
self [2] 108/24 245/11
self-evident [1] 108/24
self-serving [1] 245/11
sell [18] 17/22 17/25 25/18 41/18 41/20 44/4
  51/7 51/17 56/1 128/6 153/17 154/5 156/1
  226/15 227/9 227/9 227/9 244/1
selling [25] 18/2 20/15 33/22 42/5 43/2 43/3
  43/3 44/2 151/14 153/22 154/1 155/22
  156/17 156/18 157/4 157/8 157/9 157/11
  180/3 211/19 211/23 212/9 213/7 227/2
  227/8
sells [1] 51/6
Senator [1] 246/4
send [17] 23/3 23/22 25/20 91/7 91/23 93/8
  101/21 120/24 123/9 131/18 183/13 183/19
  189/10 212/11 242/3 257/5 257/6
sending [11] 20/16 23/23 27/11 56/13 56/16
  61/24 79/1 79/2 82/21 94/10 242/1
sends [1] 166/7
senior [2] 111/1 199/6
sense [3] 116/5 116/6 259/2
sensual [1] 193/20
sent [57] 21/15 23/4 23/5 23/5 58/21 64/7
  68/10 68/23 72/20 74/3 79/19 81/8 84/25
  86/17 87/13 87/14 91/4 92/5 101/9 101/16
  111/9 119/14 122/3 122/5 132/1 132/21
  137/13 137/21 143/7 145/5 147/5 162/13
  164/23 167/1 170/17 170/17 170/24 171/24
  172/5 172/20 175/3 182/17 183/1 183/15
  183/18 190/13 191/7 212/12 214/6 220/20
  240/18 241/4 241/16 241/20 242/6 255/22
  255/23
sentence [4] 139/20 139/21 145/15 230/21
sentences [5] 89/6 89/22 90/13 113/12
  239/14
separate [2] 28/21 192/12
separately [1] 196/22
September [18] 58/22 59/6 64/3 64/19 65/3
  89/8 89/23 89/24 95/7 99/20 115/15 126/14
  126/25 183/11 186/12 215/5 216/2 226/23
September 14th [2] 89/8 126/14
September 20th [3] 58/22 59/6 64/3
September 24th [7] 64/19 65/3 89/23 89/24
  99/20 115/15 126/25

**S**

September 30th [1] 95/7
September 9th [2] 183/11 186/12
September/October [1] 226/23
series [1] 168/18
serious [1] 14/2
seriously [1] 174/18
serve [2] 6/24 257/23
served [1] 255/14
service [14] 80/15 80/15 101/21 101/22
104/14 109/22 122/4 122/6 123/9 218/7
239/6 239/7 257/14 257/20
services [8] 37/19 82/7 84/20 131/20 135/4
143/21 244/18 244/24
serving [1] 245/11
session [4] 6/11 6/13 6/14 6/15
set [3] 79/6 228/9 241/22
sets [4] 14/2 207/15 228/11 228/12
seven [2] 100/10 161/23
Seventy [1] 88/13
Seventy-nine's [1] 88/13
several [14] 17/13 17/15 25/12 88/22 92/17
124/25 180/6 187/21 187/22 214/13 215/2
215/8 219/22 243/8
SFranklinUSDC [1] 1/25
SGC [4] 223/1 223/3 223/4 223/9
SGN [1] 226/20
shall [6] 61/17 135/10 135/16 136/4 136/5
136/9
share [4] 42/4 56/4 139/18 156/1
shared [2] 25/1 212/7
shareholder [5] 155/22 156/17 157/10
157/11 228/20
shareholders [14] 32/18 33/8 33/9 33/11
43/2 50/17 153/17 153/22 154/1 154/5 157/5
157/8 184/17 228/21
shareholdings [1] 42/1
shares [75] 18/7 18/8 19/7 19/8 20/10 20/12
20/14 20/15 27/10 40/23 41/2 41/23 42/2
50/18 50/19 51/17 51/18 51/19 53/13 53/15
54/22 55/1 55/1 55/6 55/8 55/10 55/16 55/24
56/1 56/3 57/24 60/18 93/6 93/10 127/23
128/2 128/5 128/8 128/11 128/13 128/16
128/22 129/2 129/5 129/17 130/6 130/6
130/8 130/11 130/12 130/13 130/24 132/2
138/15 139/2 139/9 139/21 139/23 145/18
145/19 145/24 146/2 146/2 146/3 146/4
146/5 146/7 153/18 154/6 156/1 156/3
156/18 157/18 180/8 228/8
sheet [6] 53/1 104/13 104/14 122/4 122/5
132/1
shell [1] 55/14
Shern [1] 195/23
shift [4] 5/3 5/10 56/3 127/20
shifts [3] 5/6 5/7 5/12
ship [3] 21/23 22/17 59/11
shipment [1] 42/14
shipments [1] 127/5
shipped [4] 22/10 22/15 120/25 127/6
shipping [2] 21/21 62/17
shirt [1] 53/24
shock [1] 245/13
short [11] 33/21 44/21 150/11 150/12 151/13
190/25 211/19 211/23 212/9 213/7 221/19
shorten [1] 252/5
shorter [1] 224/2
shorting [2] 148/24 212/2
shortly [3] 6/25 80/17 92/5
shortly.' [1] 66/17

should [14] 5/3 6/16 8/11 8/21 14/15 34/7
78/21 121/23 125/2 154/22 184/16 194/20
210/7 255/24
shoulder [1] 156/9
shouldn't [3] 117/18 125/2 254/23
shove [2] 182/16 189/22
show [41] 4/7 4/19 4/22 5/19 16/25 26/13
30/3 31/9 33/14 42/7 76/11 117/2 151/4
151/7 151/8 151/18 157/25 158/1 161/9
163/5 163/10 163/11 164/8 164/12 164/24
166/24 172/1 172/7 182/8 186/19 190/6
194/8 195/5 219/12 222/3 224/2 225/7
225/8 230/3 232/5 237/24
showed [4] 186/12 196/17 240/13 240/17
showing [7] 68/15 117/5 117/9 139/25 163/9
172/12 210/7
shown [3] 117/17 117/18 118/4
shows [2] 52/25 172/4
sic [5] 41/9 62/6 87/2 99/20 184/6
sick [1] 200/3
side [7] 31/16 94/13 170/14 183/1 183/1
189/5 202/5
sidebar [5] 169/19 169/11 231/7 231/9 236/5
sides [1] 250/24
sign [3] 107/7 122/23 144/17
signal [2] 34/9 229/17
SignalCare [4] 219/19 219/20 221/2 221/22
SignalCare's [1] 221/14
Signalife [161]
Signalife's [11] 17/9 26/19 26/20 28/10 29/9
29/11 56/22 61/9 87/1 128/7 215/25
signals [2] 229/9 230/6
signature [20] 61/10 80/25 82/15 133/7
133/8 133/11 133/13 133/13 133/15 134/16
140/15 143/22 144/5 144/20 144/24 172/25
219/25 220/2 220/19 220/23
signatures [4] 37/22 76/18 117/13 134/19
signed [7] 37/12 37/15 39/3 67/12 141/8
191/23 220/9
significance [4] 104/24 110/7 124/9 124/11
significant [7] 52/5 52/6 137/1 162/10
162/15 214/14 215/3
signing [4] 82/17 83/19 133/17 223/10
signs [4] 105/21 134/15 142/10 147/2
silent [1] 10/21
Silve [12] 27/17 84/6 84/7 129/15 129/17
130/3 130/5 130/8 130/18 130/20 149/10
201/9
Silverman [4] 140/15 141/9 141/11 141/13
Silvestre [3] 159/25 197/9 197/10
similar [2] 107/1 134/2
simple [3] 69/15 166/8 191/13
simplicity [1] 17/18
simply [3] 8/7 14/21 41/16
simultaneously [1] 182/13
since [17] 10/20 30/15 49/19 66/14 93/21
132/10 132/11 139/6 153/12 154/9 156/8
172/3 200/6 215/24 226/20 245/23 249/19
single [16] 20/10 20/24 130/7 191/7 194/15
207/13 207/23 207/24 208/7 208/16 208/21
209/1 256/11 256/11 256/11 256/23
sir [14] 48/2 48/5 48/22 108/4 116/13 118/15
160/4 164/20 185/24 220/24 236/10 245/22
249/10 250/10
sister [1] 8/24
sit [5] 28/19 152/25 163/2 173/17 188/19
site [1] 12/15
sitting [3] 36/19 53/23 124/11
situation [2] 185/11 206/11
situations [1] 38/12

six [6] 16/14 54/14 121/15 125/21 161/23
193/15
six-figure [1] 16/14
six-month [1] 125/21
size [1] 58/15
skip [1] 83/2
sky [1] 32/19
slate [1] 10/16
slip [1] 91/11
slipped [1] 36/2
slow [3] 41/10 100/18 139/14
slowly [1] 49/3
small [6] 17/20 51/24 123/19 145/14 208/17
243/1
smaller [1] 84/6
smelled [1] 8/2
snippet [1] 43/6
snippets [2] 42/20 43/10
social [2] 12/10 12/16
software [1] 136/5
sold [14] 25/17 40/23 41/5 41/7 41/17 50/18
55/2 61/13 74/10 74/18 75/25 75/25 97/8
180/8
solely [2] 7/24 13/19
solicit [1] 159/9
solicited [1] 159/12
solution [1] 34/2
somebody [12] 77/21 82/25 93/7 107/24
128/17 163/24 187/13 188/24 189/6 214/1
246/21 249/17
somehow [1] 232/15
someone [15] 8/1 8/23 22/15 28/8 33/23 39/8
40/13 43/24 55/19 57/1 101/21 128/3 146/4
239/24 250/7
someone's [1] 8/3
something [36] 8/21 20/6 20/8 21/8 38/16
42/16 46/8 49/24 55/1 55/2 57/20 57/25
64/10 113/18 117/18 128/16 139/14 167/25
168/12 168/15 175/6 187/13 191/3 191/14
199/15 206/7 232/15 234/15 234/18 235/4
235/12 238/21 242/24 258/4 258/19 259/2
something's [1] 250/14
sometime [3] 55/17 198/5 200/4
sometimes [2] 8/7 9/12
somewhat [2] 130/1 199/9
somewhere [2] 218/16 218/18
son [1] 225/3
Sony [1] 44/14
soon [2] 21/18 94/3
sophistication [1] 221/2
sorry [49] 3/7 41/11 41/12 47/11 48/11 59/15
59/21 59/23 71/14 71/23 79/24 80/1 83/19
85/16 85/20 91/14 99/5 108/1 110/24 113/4
121/20 122/19 123/3 124/2 125/6 125/14
135/3 155/6 156/7 166/12 171/21 172/24
176/14 184/12 193/17 214/18 214/22 216/9
216/13 218/22 225/18 226/12 235/19 238/5
244/8 245/15 248/10 250/3 255/6
sort [11] 16/5 49/8 56/14 56/14 84/14 147/6
156/10 168/17 233/16 233/22 253/5
sorts [8] 51/8 52/19 53/3 53/4 87/6 113/23
130/22 138/21
Sosebee [2] 239/6 239/25
Sosebee's [1] 238/24
sounds [5] 160/17 229/12 238/3 245/16
247/1
source [6] 12/5 13/23 108/25 201/18 230/22
247/11
sources [2] 206/13 209/25
south [8] 17/21 32/23 40/17 50/12 198/19

**S**

south... [3]  198/23 218/16 218/18
SOUTHERN [1]  1/1
Space [1]  12/11
speak [15]  4/11 48/5 96/23 109/3 109/10
  141/13 144/9 210/7 222/15 239/2 249/12
  255/8 258/3 259/1 259/21
speaker [1]  258/22
speaking [5]  49/1 96/7 96/18 99/24 260/2
special [1]  13/21
specialist [1]  181/3
specific [5]  26/4 26/5 62/11 95/1 184/14
specifically [2]  2/14 204/3
specifics [2]  29/8 201/2
speech [1]  100/19
speed [2]  250/13 251/1
spell [2]  48/8 57/17
spelled [2]  48/10 94/17
spend [3]  26/3 40/15 248/16
spender [1]  16/15
spending [2]  33/25 123/16
spent [1]  251/15
spider [2]  193/20 193/20
split [7]  42/3 74/23 76/4 77/9 89/14 90/6
  90/21
spoke [6]  54/7 108/8 124/23 124/25 169/3
  217/23
spoken [3]  103/19 109/4 210/14
spot [1]  208/1
spouse [1]  40/25
springs [1]  20/4
staff [1]  117/20
stage [4]  97/6 111/3 111/6 209/16
stages [1]  92/17
stake [1]  20/5
stamped [1]  225/9
Stan [1]  216/20
stand [2]  35/12 237/25
standard [5]  3/24 87/1 129/13 156/23 156/24
standby [4]  1/21 118/22 258/2 259/1
standpoint [1]  189/9
stands [1]  51/1
start [8]  21/3 21/10 62/7 62/9 138/10 150/13
  202/24 202/25
started [18]  6/25 22/5 24/10 33/20 50/20
  50/22 57/24 132/5 159/16 161/24 161/24
  197/7 197/16 205/13 205/21 206/11 206/14
  229/3
starting [13]  28/22 61/12 85/20 86/7 89/23
  90/13 99/19 103/10 108/15 122/13 130/2
  146/22 160/2
starts [5]  10/16 136/3 139/20 154/14 238/25
startup [3]  17/21 18/3 21/6
state [1]  48/20
stated [1]  81/12
statement [26]  4/5 4/6 4/11 4/25 5/16 14/21
  15/11 52/23 52/24 86/14 139/25 143/18
  153/6 153/14 153/16 154/4 156/24 165/14
  167/23 167/24 168/1 168/2 168/6 168/14
  216/2 231/4
statements [34]  2/10 4/4 8/15 8/16 14/23
  14/24 53/3 56/5 92/20 92/21 97/21 98/2
  100/23 128/10 138/21 139/3 139/12 167/15
  168/18 185/18 207/10 207/25 208/4 251/11
  256/16 256/20 257/12 257/15 257/21 258/7
  258/15 258/17 259/17 261/4
STATES [23]  1/1 1/3 1/13 5/23 14/24 16/22
  31/12 32/20 33/2 34/21 34/22 35/19 37/7
  37/18 51/1 116/17 150/24 151/12 160/16

245/3 252/18 255/1 260/8
stating [1]  4/22
status [2]  125/10 255/20
stay [2]  25/3 171/19
staying [1]  236/14
steal [2]  27/23 42/9
stealing [2]  22/25 231/18
STEIN [272]
Stein's [39]  16/8 19/6 23/8 23/11 25/12 26/1
  26/12 26/23 27/7 29/5 29/6 29/22 36/21 45/8
  47/15 80/7 82/20 83/23 84/3 84/13 85/6
  85/25 88/2 103/9 108/15 114/1 117/23
  118/11 143/4 150/7 150/22 211/8 219/3
  235/10 236/7 253/24 255/23 256/9 257/22
Stella [7]  169/16 169/18 170/13 170/23
  170/25 171/1 172/5
step [8]  18/4 44/22 79/10 111/1 147/21
  154/15 173/18 210/14
Stephen [4]  1/23 263/18 263/24 263/25
stepping [1]  96/25
steps [1]  111/8
Sterling [1]  244/22
Steven [1]  247/2
Stieglitz [108]
Stieglitz's [1]  35/21
stiff [1]  31/24
still [9]  2/7 44/14 44/15 100/6 100/16 118/15
  146/7 208/18 251/5
Stipancich [1]  202/6
stipulate [3]  46/6 151/6 251/6
stipulated [9]  40/8 47/14 47/19 98/21 117/9
  117/11 154/18 155/1 204/17
stipulates [1]  40/8
stipulation [2]  3/11 3/12
stock [83]  15/24 15/25 15/25 16/1 17/9 18/8
  19/4 19/6 20/7 20/9 21/5 23/3 23/23 25/18
  27/19 28/9 28/13 39/15 39/16 40/9 41/17
  41/18 42/5 43/18 43/21 43/22 43/24 44/2
  53/1 57/23 58/3 58/4 93/3 93/4 93/11 93/12
  93/12 94/3 127/24 127/24 128/3 128/6
  128/15 128/19 128/21 128/23 128/24 129/3
  129/6 129/8 129/10 129/12 131/25 131/25
  132/1 137/4 137/5 146/5 156/2 171/3 171/13
  176/23 177/6 177/16 177/19 177/24 179/1
  180/2 180/4 180/12 181/2 192/6 211/24
  212/9 213/7 213/18 215/4 215/7 215/10
  215/12 216/16 239/11 239/16
stockholder [1]  93/2
stockholders [2]  215/3 223/4
stocks [5]  51/4 51/6 51/7 146/25 148/24
stole [1]  16/3
stolen [1]  231/24
stonewalling [1]  253/1
stop [3]  6/10 42/4 184/15
stopped [4]  31/2 200/8 226/22 227/12
story [8]  22/23 24/19 24/20 25/8 30/16 40/4
  43/10 193/6
strange [3]  42/12 199/9 217/7
strategy [1]  223/3
street [5]  1/24 31/21 32/10 32/24 32/25
stricken [1]  9/13
strictly [1]  198/11
strike [2]  237/1 239/16
strings [1]  97/9
strong [2]  44/4 187/10
struggling [1]  21/6
stuck [1]  25/7
Studio [1]  93/1
study [3]  24/23 25/4 25/4
stuff [3]  100/13 201/2 245/14

subcontractors [2]  140/2 142/9
subject [9]  46/14 86/22 86/25 88/17 112/10
  116/5 130/24 235/11 248/23
submit [1]  178/19
subpoena [8]  253/2 253/17 255/13 255/20
  255/25 256/19 257/23 259/9
subpoenaed [4]  232/16 249/20 251/3 255/2
subpoenas [2]  253/21 253/24
subsection [1]  222/24
subsequent [7]  50/1 55/11 71/20 92/9 96/10
  126/23 143/13
Subsequently [1]  50/20
subsidiaries [1]  219/22
subsidiary [1]  219/20
substance [2]  187/10 191/24
substantially [1]  107/1
succeed [2]  31/14 33/12
success [2]  18/2 221/21
successful [1]  38/15
successfully [1]  33/4
successors [1]  155/24
such [12]  8/4 12/11 38/12 61/17 70/14 172/2
  179/13 179/15 180/14 189/7 189/11 213/23
sudden [4]  97/9 97/11 240/17 245/14
sufficient [1]  4/24
suggest [2]  78/21 182/15
suggested [1]  183/25
suggesting [1]  252/16
suggestion [2]  45/19 250/13
suggestions [2]  182/18 182/22
suggests [1]  8/22
suing [1]  203/1
Suite [1]  1/22
summaries [1]  230/15
summary [6]  2/15 2/20 3/3 3/14 46/9 240/12
summer [1]  245/6
summoned [1]  24/18
sums [2]  23/23 23/23
superior [3]  65/22 71/2 91/8
supervise [1]  54/19
supplementary [1]  227/15
Supplies [1]  245/1
supplying [1]  11/15
support [8]  30/6 30/19 30/20 177/9 186/5
  190/2
supporting [7]  34/1 61/23 62/23 66/19 70/17
  70/17 89/2
suppose [2]  132/16 238/2
supposed [6]  38/12 40/1 40/2 61/6 84/10
  249/14
sure [40]  2/8 4/17 7/2 13/8 19/22 25/7 32/17
  42/10 49/2 49/4 59/8 59/14 60/12 71/4 96/1
  97/22 100/9 100/15 104/6 108/6 117/16
  118/4 163/12 170/22 175/20 181/4 188/4
  193/9 194/4 204/23 207/10 207/20 208/2
  214/20 226/11 235/16 251/12 257/4 257/4
  258/16
Surgical [1]  244/22
surprise [2]  121/9 203/11
surprised [1]  253/20
surprises [1]  44/10
surreptitiously [1]  39/9
Susan [1]  239/19
sustain [5]  9/7 9/10 175/25 195/12 242/10
Sustained [3]  101/2 216/10 243/16
swapping [1]  129/2
Sweeney [42]  16/19 59/24 60/24 61/19 63/9
  64/14 67/18 68/18 71/15 72/16 73/1 74/16
  74/22 74/24 75/5 77/5 77/16 79/9 79/22 80/1
  81/5 81/19 85/5 85/23 86/3 86/5 89/19 90/25

**288**

**S**

Sweeney... [14]  91/25 96/10 98/6 99/9 100/2
101/13 102/5 103/11 104/3 104/8 108/17
109/16 110/18 114/4
Sweeney's [1]  95/21
switching [2]  257/15 257/19
sworn [2]  7/13 48/3
system [4]  31/15 66/16 84/11 129/2
systematic [1]  29/25
Systems [3]  17/16 30/22 49/25

**T**

table [4]  16/20 46/24 53/23 157/10
take [69]  3/25 9/23 14/7 14/8 14/13 14/15
24/22 39/8 40/11 44/21 50/2 55/9 56/17
63/12 71/9 72/25 77/17 80/19 84/13 91/25
96/3 100/1 110/17 112/22 115/9 116/1 116/7
119/19 119/22 121/11 121/25 125/12 126/24
127/19 128/5 129/20 131/1 131/1 132/17
135/1 137/16 139/19 141/15 142/12 144/13
144/25 145/1 146/10 147/20 150/11 150/12
157/9 173/23 185/8 186/22 189/6 190/3
190/10 202/21 206/11 212/13 213/8 213/9
214/1 222/9 226/9 248/1 254/23 258/19
taken [7]  13/13 18/4 45/5 118/8 150/19
173/24 260/14
takes [2]  109/22 251/19
taking [4]  14/11 48/24 194/3 202/22
talented [1]  39/3
talk [32]  2/11 5/18 11/7 12/23 12/24 13/3
17/12 21/1 32/15 56/4 65/16 65/24 87/22
92/24 92/25 93/10 94/12 101/18 106/7
116/16 123/14 127/21 130/18 130/25 147/21
161/5 161/16 205/3 209/2 216/5 245/22
250/12
talked [12]  18/25 26/1 34/16 91/22 104/5
132/11 148/16 157/20 160/1 161/4 178/7
230/16
talking [32]  4/18 5/4 5/13 5/14 12/7 31/20
35/5 35/5 45/9 49/4 56/13 62/4 71/3 86/22
86/25 87/5 87/5 92/13 100/14 100/22 119/8
152/24 153/13 177/18 177/21 196/16 212/22
218/6 222/11 227/8 232/5 244/8
talks [1]  91/17
tape [4]  39/9 39/11 39/12 226/15
tape-recording [3]  39/9 39/11 39/12
taste [1]  23/17
team [1]  228/21
technical [7]  19/12 29/9 57/8 57/19 100/13
170/16 182/20
technically [1]  197/22
techniques [1]  97/23
technological [1]  221/1
technologies [5]  135/13 236/25 237/2 237/5
237/9
technologists [1]  31/14
technology [17]  17/20 21/9 29/9 29/10 36/23
39/14 97/7 228/10 228/16 228/23 231/5
231/6 231/19 232/9 237/7 237/12 237/18
telephone [3]  12/9 124/18 184/15
television [1]  12/1
tell [71]  4/6 6/3 11/8 11/16 24/11 24/20 26/3
26/23 26/25 27/1 27/5 27/7 27/9 27/10 27/13
27/18 27/20 27/21 28/6 28/21 37/14 38/22
41/3 41/14 41/15 41/15 42/18 42/18 48/7
48/19 63/13 64/5 66/1 68/9 71/9 72/19 75/1
76/7 77/12 78/2 93/11 95/3 96/4 99/13
102/23 116/1 119/23 121/16 121/25 125/7
125/18 130/20 132/18 136/18 137/19 141/17

142/16 144/1 145/2 145/3 146/10 164/8
181/21 191/12 226/22 248/3 248/5 251/25
252/20 255/20 259/10
telling [23]  4/13 19/21 21/17 26/11 27/12
35/2 40/22 44/10 84/14 84/22 103/15 108/21
114/7 114/9 117/23 149/15 149/20 208/9
208/13 211/12 218/5 251/13 255/17
tells [6]  13/4 38/5 85/1 248/20
temporary [1]  197/23
Tenet [1]  246/8
tennis [1]  34/8
tenure [14]  152/12 153/1 159/3 178/11
181/16 186/18 193/24 196/4 196/16 200/3
201/21 240/6 240/18 243/7
term [2]  132/16 177/25
terminate [1]  203/6
terminated [1]  39/4
termination [2]  203/4 203/13
terms [11]  51/22 65/22 84/22 128/20 129/8
130/16 136/23 138/18 198/25 203/18 250/5
test [8]  49/3 97/22 208/2 208/20 208/21
208/23 208/24 208/25
testified [5]  9/25 24/11 28/19 28/20 163/23
testifies [1]  235/4
testify [16]  2/24 3/3 3/5 3/14 4/9 10/20 10/21
10/22 23/7 24/13 24/14 24/15 25/5 39/1
44/17 234/11
testifying [8]  3/9 3/20 3/21 10/1 27/24 42/11
197/2 251/9
testimony [39]  8/1 9/20 9/20 9/22 10/3 10/4
11/23 13/8 13/11 13/19 14/19 24/12 25/1
28/20 28/23 36/17 38/2 38/10 43/5 43/7
45/17 47/15 47/16 85/2 85/6 85/21 85/25
103/9 108/15 114/2 116/14 150/18 161/6
188/18 188/22 217/19 219/3 249/11 261/7
text [13]  12/10 72/17 82/10 102/7 102/8
106/23 106/23 106/25 107/1 135/3 144/1
144/2 144/4
thank [76]  6/22 15/13 30/9 30/10 30/11
30/13 44/18 44/19 45/1 45/4 46/17 47/9 48/1
48/13 48/15 54/4 68/19 73/1 75/5 77/16
109/17 110/18 116/10 118/6 118/7 119/4
120/14 124/3 127/19 130/9 136/12 143/12
150/8 150/15 150/18 151/25 155/20 158/5
158/11 163/14 165/24 169/9 169/10 171/22
173/7 173/15 173/22 176/20 181/12 195/14
197/4 210/6 220/24 221/25 224/6 224/18
225/22 227/19 236/4 236/16 236/18 238/8
238/10 239/7 239/19 247/14 247/15 248/7
248/8 249/10 250/25 255/10 255/12 260/1
260/4 260/6
Thanks [1]  60/1
that's [154]
theft [1]  231/19
themself [1]  81/13
themselves [3]  7/3 13/4 21/16
there's [42]  35/2 37/23 37/23 51/8 57/16 63/7
67/1 88/7 112/23 113/2 113/4 117/9 117/25
118/2 127/1 138/21 138/23 148/20 151/2
153/22 165/6 191/22 195/10 207/15 207/15
207/16 208/14 208/22 209/4 216/6 218/7
239/14 242/2 250/22 250/25 251/8 252/15
252/22 255/3 255/13 256/14 259/5
thereabouts [1]  41/19
thereafter [1]  54/13
thereby [1]  234/3
therefore [3]  10/15 177/13 186/3
they'll [3]  44/16 47/20 251/25
they're [28]  15/1 32/5 34/24 40/2 40/8 41/15
43/3 43/8 43/10 43/11 44/15 100/15 139/10

139/10 170/16 173/4 184/2 185/10 188/25
207/10 207/16 207/20 208/25 250/18 251/5
251/9 253/11 257/24
they've [4]  27/25 39/17 145/25 251/4
thick [3]  42/24 153/7 153/20
thing [19]  15/15 15/22 16/5 28/17 60/17
162/16 162/21 162/21 162/24 175/7 175/20
178/19 182/14 182/17 222/3 234/24 234/24
238/21 251/2
things [59]  4/1 7/10 8/13 9/24 15/23 16/7
17/6 17/8 17/23 19/8 21/20 22/3 22/23 23/20
26/4 38/6 39/17 42/12 44/9 51/5 51/11 52/19
54/10 57/19 58/14 73/6 87/6 93/1 93/1 93/3
97/20 97/23 106/5 106/6 106/7 110/15
127/22 128/9 148/22 148/23 148/25 149/6
153/25 169/3 176/4 189/14 191/10 200/19
208/25 216/5 219/4 242/1 242/1 243/23
244/4 247/23 250/14 251/1 259/14
think [57]  4/19 8/12 8/21 28/2 36/3 36/14
38/16 39/9 39/11 43/21 46/23 53/8 69/12
69/17 74/14 80/25 81/20 85/13 86/14 117/25
133/8 149/10 154/10 157/11 157/12 167/22
187/10 188/13 188/24 189/1 194/20 197/11
197/13 198/3 202/17 206/7 207/23 209/24
210/14 212/10 213/20 213/21 226/2 228/6
230/8 232/13 233/25 234/23 236/1 238/12
240/14 240/15 242/11 250/25 251/6 251/14
254/11
thinking [5]  56/12 148/22 201/9 201/9
240/14
thinks [2]  9/4 43/21
third [16]  6/11 10/24 52/17 53/10 68/23 70/6
76/15 79/13 81/4 90/13 96/17 97/13 99/17
99/23 107/6 143/24 175/5
thirty [1]  41/8
thirty-three [1]  41/8
Thomas [3]  81/7 82/18 83/21
those [86]  5/4 11/5 15/1 18/24 18/25 20/10
20/15 20/15 21/15 21/18 22/4 22/7 22/9
22/14 22/21 24/23 24/24 25/4 25/7 26/24
26/24 27/9 28/14 28/25 29/13 43/19 47/14
50/19 51/19 54/23 55/1 55/10 55/16 56/1
56/3 57/8 57/18 63/5 63/6 69/25 76/8 77/17
79/14 80/19 99/19 106/7 110/11 115/24
128/3 128/4 128/5 128/12 144/21 148/8
149/9 152/21 152/22 152/24 159/20 161/14
161/16 162/10 162/10 162/21 162/23 163/1
164/18 174/10 184/2 185/13 186/9 200/21
201/15 221/17 223/22 224/25 228/10 228/12
232/16 238/1 244/5 244/7 251/22 253/10
256/22 257/21
though [3]  5/15 22/4 201/18
thought [9]  2/8 21/8 167/5 184/25 206/2
210/11 231/4 247/5 248/5
thousand [1]  97/8
thousands [2]  20/24 42/22
threaten [1]  19/10
three [20]  15/17 39/20 41/6 41/8 41/8 43/24
52/7 73/5 79/14 83/18 113/11 114/17 189/21
207/15 226/24 246/18 247/8 247/10 252/6
252/22
three-month [1]  114/17
throat [2]  182/16 189/23
through [47]  6/7 20/24 23/2 33/8 35/25 38/2
38/3 42/4 42/23 42/25 54/21 55/8 65/21
79/18 92/8 92/17 93/4 94/6 94/24 111/7
111/8 128/13 131/25 147/16 154/15 156/12
161/1 162/9 164/4 168/21 177/9 181/16
188/15 203/11 204/12 216/5 217/5 221/4
226/14 228/6 230/24 234/2 244/5 247/13

**289**

**T**

through... [3]  247/25 250/19 251/13
throughout [6]  2/18 18/16 20/13 31/7 59/21
60/19
throw [1]  19/9
Thursday [2]  256/8 256/13
thus [2]  61/10 61/14
tie [2]  232/13 232/15
Tim [1]  16/20
timeframe [1]  238/1
timely [2]  208/4 208/5
times [15]  17/13 28/21 36/23 39/20 49/1
124/25 168/21 169/20 181/14 187/21 187/22
241/23 243/21 251/20 256/18
title [4]  19/25 102/21 211/5 219/17
titles [2]  19/16 20/1
today [11]  5/14 28/22 61/13 66/9 124/11
126/17 152/25 160/21 188/19 234/12 248/11
together [8]  53/4 53/6 92/15 170/20 202/17
228/9 257/9 258/19
told [39]  3/7 3/9 17/13 19/3 21/5 22/21 22/24
22/24 23/2 23/19 24/19 25/3 25/6 25/20
28/18 28/24 30/17 35/7 84/19 85/1 85/13
108/13 113/24 125/1 125/8 185/18 189/13
198/2 230/1 249/14 252/17 252/21 253/8
253/14 254/6 254/8 254/13 257/14 257/19
tolerable [1]  259/22
Tom [1]  212/22
tomorrow [9]  188/3 235/25 248/4 248/7
248/12 249/10 250/10 250/15 260/13
tone [2]  189/14 189/18
tonight [4]  235/11 235/17 235/19 250/5
Tony [5]  102/18 103/2 103/17 103/21 105/23
too [11]  20/14 21/22 39/17 40/12 42/18 83/19
127/7 254/3 256/4 257/24 259/19
took [4]  21/22 34/18 43/17 66/14
Tooth [1]  100/13
top [20]  62/16 74/9 81/19 83/4 102/12
107/11 111/20 120/16 120/18 138/6 143/2
143/17 145/13 153/2 165/7 165/13 167/12
228/11 230/7 244/1
total [12]  33/1 74/12 74/12 74/18 75/22
75/22 75/23 75/23 75/25 130/5 145/19
218/15
totally [2]  81/12 219/4
touch [3]  250/6 259/7 259/7
touched [3]  4/1 7/10 50/13
touchy [1]  179/10
toward [1]  221/12
towards [4]  46/24 48/7 166/10 171/19
town [2]  23/10 36/5
Tracey [2]  40/25 53/16
track [5]  127/23 128/8 128/11 129/3 213/13
tracked [1]  57/9
tracking [4]  180/4 215/4 215/6 215/9
tracks [8]  22/12 22/20 24/3 24/5 24/7 24/8
68/10 72/20
trade [1]  51/15
traded [5]  43/25 55/11 57/24 123/19 156/3
trader [1]  180/1
traders [1]  180/7
trades [1]  257/16
trading [11]  39/25 156/3 180/6 180/13
180/24 254/12 256/1 256/11 256/19 257/12
258/12
trail [5]  164/16 166/24 170/4 170/21 170/25
train [1]  190/11
transaction [17]  51/3 55/9 73/18 87/3 127/14
130/16 201/21 207/5 207/11 207/13 207/23

207/24 208/7 208/16 208/21 208/24 209/1
transactional [1]  49/10
transactions [27]  48/23 49/10 53/2 67/16
71/2 91/11 91/20 93/4 97/22 128/12 128/14
125/18 129/1 132/4 132/8 156/4 200/21
201/16 201/17 207/13 207/20 208/2 208/18
208/20 208/24 223/5 223/7
transcribe [2]  45/15 46/3
transcript [15]  1/11 43/8 45/16 45/21 45/23
45/24 46/1 46/4 46/9 46/10 46/15 85/7 86/7
86/8 263/20
transcripts [4]  47/14 251/3 251/4 251/8
transfer [11]  93/3 128/15 128/19 128/21
128/23 128/24 129/6 129/10 129/12 132/1
132/1
transferees [1]  155/23
transferred [3]  43/18 229/18 229/21
transferring [1]  43/24
transfers [2]  43/19 129/4
transmits [1]  229/8
transparency [1]  4/11
travel [2]  250/5 250/7
traveling [1]  246/2
treatment [1]  146/1
Trellis [1]  157/11
trial [29]  1/11 2/18 2/22 3/21 4/8 7/7 7/15
7/16 7/21 11/5 11/13 11/16 14/2 15/21 17/19
18/16 20/3 20/13 23/7 25/11 26/7 28/8 29/18
31/7 35/11 42/10 46/14 251/2 254/25
trial's [2]  7/8 14/20
Tribou [3]  81/7 82/19 83/22
tricky [1]  138/7
tried [6]  189/18 233/11 256/2 256/2 256/8
259/6
trip [10]  62/25 63/3 67/9 217/25 218/2 218/5
218/8 249/3 249/6 249/15
trips [1]  84/19
Tronics [5]  17/17 31/4 50/3 152/6 158/9
trouble [2]  58/14 173/17
true [15]  8/21 39/13 39/14 41/15 62/2 62/18
70/18 70/21 162/16 203/2 215/5 216/2
217/25 222/7 222/20
trust [7]  14/3 137/5 138/15 139/10 141/7
142/8 145/25
trusted [3]  23/18 24/16 37/10
trustee [5]  33/4 141/1 147/1 147/5 147/8
trustee's [1]  146/24
trusting [3]  27/14 27/14 28/15
truth [16]  24/20 28/9 28/21 100/23 103/15
108/21 114/8 114/9 153/21 167/21 168/3
168/5 168/7 195/4 218/23 219/2
truthful [3]  86/13 108/22 185/7
try [34]  5/11 6/7 7/13 9/11 22/12 48/5 49/3
100/5 101/5 139/14 171/19 174/19 175/8
175/19 178/19 233/9 233/11 235/21 236/2
236/7 241/7 247/16 250/13 252/2 255/9
256/5 256/5 257/22 258/9 258/10 259/2
259/14 259/17 259/21
trying [16]  17/22 17/25 19/17 128/17 138/19
168/17 169/2 173/18 176/5 203/10 205/22
208/8 208/9 233/13 235/1 252/5
TTN [4]  81/25 82/3 82/5 82/19
turn [2]  129/23 133/9
turned [3]  152/16 152/19 203/3
Turning [3]  35/6 115/6 123/5
turns [3]  37/6 37/7 231/15
Twenty [1]  49/7
Twenty-eight [1]  49/7
twice [2]  35/15 39/20 40/18 166/1
Twitter [1]  12/11

two [49]  17/6 17/17 19/8 25/21 36/9 37/22
41/19 42/17 52/22 59/7 69/12 76/8 77/13
89/6 89/22 90/12 96/6 97/20 99/19 105/2
121/3 129/12 138/10 143/7 144/15 144/21
144/23 147/9 164/18 173/9 174/7 182/12
219/6 220/18 223/20 228/10 230/21 237/11
237/24 237/25 239/12 239/14 243/22 247/11
252/23 253/3 255/25 256/5 259/13
two-page [1]  105/2
two-sentence [1]  230/21
two-year [1]  239/12
type [8]  11/14 139/24 150/2 184/21 198/12
199/7 238/21 241/15
types [2]  174/7 253/10
typical [1]  238/2
typically [4]  178/16 180/16 209/8 209/14

**U**

U.S [9]  1/17 123/19 151/14 211/17 230/20
249/14 253/8 253/9 254/7
Uh [5]  156/20 184/4 188/17 199/24 200/13
Uh-huh [5]  156/20 184/4 188/17 199/24
200/13
ultimately [3]  91/23 195/20 205/17
umbrellas [1]  8/6
unable [1]  122/18
unanimously [1]  149/5
unaware [1]  219/4
unclear [1]  3/19
under [28]  28/21 32/6 39/6 40/19 62/8 74/10
82/25 94/2 95/24 96/10 99/10 118/15 127/5
135/17 142/7 146/25 147/1 153/17 155/24
156/2 157/5 202/10 208/9 208/10 222/7
242/8 242/9 246/1
underscore [1]  239/9
understand [13]  4/6 12/21 14/4 14/22 162/3
168/5 179/18 179/18 227/14 236/4 254/7
254/10 255/2
understanding [16]  62/13 62/25 67/8 67/9
67/10 82/5 82/22 83/15 83/24 119/14 144/20
200/25 227/22 228/24 243/18 255/3
understands [1]  258/17
underwent [1]  92/15
undisputed [6]  30/21 32/1 33/19 33/21 36/8
36/21
undisputedly [1]  33/14
unearned [1]  139/23
unexpected [1]  234/18
unfortunately [4]  19/24 37/24 38/21 248/15
unhappy [1]  42/14
unit [1]  41/6
UNITED [24]  1/1 1/3 1/13 5/23 14/24 16/22
31/12 32/20 33/2 34/20 34/22 35/18 37/7
37/18 51/1 116/17 150/24 151/12 160/16
245/3 246/10 252/18 255/1 260/8
units [16]  41/5 41/8 59/11 61/14 62/17 66/11
74/12 74/17 75/22 75/23 75/25 89/12 90/3
90/18 120/25 127/6
unless [8]  8/25 117/8 210/16 234/18 235/3
248/20 250/4 251/5
unlicensed [1]  23/9
unnecessary [1]  87/23
unquestioning [1]  23/16
unquote [3]  31/24 139/23 227/9
unreasonable [2]  151/5 259/20
unrefuted [1]  31/22
unrelated [3]  80/12 80/20 81/13
until [14]  3/20 10/12 10/18 13/4 14/9 54/13
127/17 158/10 164/21 173/19 190/14 200/8
232/12 247/22

**U**

untoward [1] 252/16
untrue [1] 44/9
unusual [1] 113/19
update [1] 204/13
updated [1] 154/1
updates [2] 93/1 137/5
upon [8] 13/24 51/11 136/22 181/8 203/3
217/21 238/24 239/6
upset [1] 88/24
upside [1] 221/14
urge [1] 259/19
us [28] 7/2 42/24 48/7 48/8 58/13 68/9 72/19
78/2 85/13 95/3 96/4 101/13 125/7 126/17
145/3 156/8 173/20 189/14 189/18 193/11
196/24 206/11 211/12 233/4 257/2 257/24
258/8 259/10
used [15] 25/15 25/16 25/16 27/5 27/23
34/24 87/14 92/8 96/4 159/17 199/23 206/23
230/23 237/8 237/18
useful [1] 37/4
uses [1] 113/3
using [4] 97/23 162/25 245/9 257/16
usual [4] 79/10 113/19 113/20 202/16
usually [4] 52/8 148/9 209/10 259/21
utilization [1] 221/15

**V**

vague [1] 242/19
vaguely [1] 246/5
valid [2] 219/2 219/10
valuation [1] 223/12
value [9] 21/5 128/3 128/5 146/6 176/24
177/4 177/14 221/12 239/9
valued [2] 130/6 130/12
Van [1] 50/8
varied [1] 185/19
variety [3] 49/19 52/3 209/24
various [4] 36/23 101/10 127/24 217/17
Vegas [2] 16/14 20/23
vend [1] 228/10
vended [1] 229/1
venture [5] 83/8 219/18 220/11 220/23 221/4
ventures [5] 49/11 83/10 83/13 83/15 83/22
verbatim [2] 36/13 226/7
verdict [5] 7/22 9/19 12/25 30/5 30/6
verify [2] 67/2 89/1
verse [1] 45/20
versus [2] 60/15 202/14
very [65] 10/18 25/15 32/5 32/5 32/9 38/14
39/23 49/8 49/17 50/13 50/25 51/24 52/19
55/4 55/6 57/8 57/18 59/7 80/21 81/22 85/8
88/20 88/23 88/23 96/1 106/3 108/13 110/13
116/10 117/20 117/24 120/20 128/2 130/15
137/1 145/22 148/11 157/19 159/15 159/25
160/18 161/20 161/20 162/1 170/15 174/18
179/9 179/9 182/2 182/21 187/17 190/25
191/4 191/10 191/13 201/11 202/19 202/20
217/11 221/18 232/1 241/21 253/20 253/22
257/20
vest [1] 239/12
vetted [1] 92/7
VI [1] 220/15
via [3] 102/15 107/17 109/24
vicariously [1] 33/8
view [7] 11/19 11/23 13/14 13/24 59/25
196/19 233/23
virtually [1] 21/7 28/16
visit [2] 11/19 13/7

visited [1] 226/23
visiting [2] 63/4 84/21
voice [1] 231/17
voicemail [2] 259/5 259/6
voir [6] 87/21 88/7 117/13 133/1 133/4 261/9
volume [3] 1/10 146/2 180/5
Volunteer [1] 246/14
vote [1] 129/1
voting [1] 148/18

**W**

W-o-o-d-b-u-r-y [1] 48/10
wait [4] 62/14 158/14 202/25 232/12
waiting [4] 27/11 118/16 118/17
waiving [1] 175/18
walk [1] 161/1
walked [2] 27/13 149/1
walking [2] 8/5 34/7
want [61] 4/16 12/7 16/17 16/23 20/19 29/2
29/3 29/7 31/23 31/24 39/10 39/12 49/2
51/17 51/17 52/11 58/11 58/15 60/16 76/11
100/15 104/6 117/16 118/3 127/20 127/21
153/12 154/22 156/9 164/8 174/19 174/24
175/8 175/15 175/17 175/20 179/16 179/16
182/25 183/2 183/13 183/14 184/13 185/22
186/3 188/12 211/10 213/22 214/10 215/17
224/8 226/9 234/6 234/8 235/18 239/13
247/23 248/4 252/6 253/10 256/10
wanted [34] 16/10 23/17 26/12 31/14 40/16
47/12 56/2 100/9 148/25 149/2 151/3 157/18
167/6 178/15 179/5 179/10 183/18 184/21
184/24 184/24 185/7 188/9 189/10 189/16
189/22 212/23 214/20 215/18 216/5 234/22
235/16 238/10 250/8 253/4
wants [5] 101/21 184/14 233/8 256/11
256/11
Washington [3] 1/18 24/25 246/2
wasn't [26] 16/2 18/1 19/10 19/11 19/11
19/12 20/11 21/24 24/1 24/12 36/5 37/16
42/4 117/21 132/9 180/11 184/21 191/4
194/2 200/20 202/20 203/12 204/10 213/4
223/21 243/3
waste [2] 174/23 252/4
watch [2] 11/24 181/2
water [1] 99/7
Waxman [2] 246/4 246/4
ways [3] 13/21 15/20 17/10
we'd [17] 69/1 72/9 76/20 78/9 87/18 95/15
98/19 106/17 112/4 114/25 116/24 120/4
126/3 145/7 211/6 233/17 240/25
we'll [64] 6/10 6/11 6/12 6/13 7/11 17/19
38/2 38/2 38/3 44/24 45/3 47/25 49/3 50/5
115/10 116/10 116/15 118/7 121/11 122/14
125/12 125/12 126/9 126/12 126/22 126/23
127/19 129/23 129/24 131/14 132/17 135/1
135/2 135/4 135/20 135/22 137/17 138/6
140/22 141/15 142/4 142/13 143/2 143/14
143/17 143/25 144/25 145/13 145/14 146/22
150/11 151/18 165/16 165/17 169/7 188/15
205/3 222/23 235/20 243/4 248/7 249/10
250/10 260/12
we're [62] 2/2 2/7 4/3 5/15 5/25 6/1 6/5 6/6
6/11 6/25 15/10 28/1 28/2 28/22 45/7 45/13
56/13 56/19 57/17 92/13 100/14 104/6
109/19 115/9 116/7 118/10 119/19 120/16
120/18 126/11 129/22 130/24 134/13 152/22
168/20 174/1 175/20 175/22 176/17 196/16
218/6 218/7 222/24 232/24 232/25 233/2
233/17 235/8 235/25 236/6 247/21 247/23
248/11 248/22 249/2 253/4 253/6 253/7

257/14 257/15 257/19 258/21
we've [22] 3/11 10/10 33/9 84/1 84/25 96/15
96/22 99/14 117/24 126/16 127/3 127/20
132/11 144/14 145/14 154/18 157/20 164/21
173/9 213/17 251/19 253/22
wealth [1] 20/8
wearing [1] 53/22
web [1] 193/20
website [2] 52/9 230/20
websites [2] 12/11 12/16
week [9] 6/5 6/10 6/11 62/3 63/2 84/11
189/13 189/20 218/4
weeks [6] 73/5 88/22 127/9 252/6 255/25
256/5
weight [4] 8/12 10/22 14/18 19/9
welcome [6] 6/21 47/5 118/23 119/1 151/23
176/13
well [173]
well-known [1] 31/6
went [38] 17/15 17/16 20/9 24/25 35/1 35/2
36/5 38/23 40/13 42/15 50/11 54/21 58/2
83/19 94/6 94/24 110/15 113/6 118/18
123/17 147/16 159/18 164/4 167/25 168/11
182/1 186/8 193/6 193/8 198/10 198/12
198/25 200/23 203/11 216/22 238/21 243/25
251/13
weren't [9] 2/8 21/16 29/22 41/21 100/16
189/9 189/14 234/19 248/11
West [3] 1/7 1/20 1/25
wet [2] 8/5 8/6
what's [60] 14/21 15/2 15/6 18/14 59/5 59/13
61/11 64/2 65/2 68/15 68/24 74/9 74/12
74/20 75/22 76/11 77/1 77/2 77/7 77/25
77/25 78/7 78/22 83/7 83/17 87/16 97/14
104/19 110/2 112/2 112/10 121/13 124/5
124/19 128/18 136/3 137/23 140/9 145/1
146/14 155/3 156/10 158/17 168/6 180/20
182/8 194/8 194/17 194/22 195/2 214/21
215/15 215/16 219/12 219/17 231/3 231/12
241/1 248/19 254/9
whatever [13] 8/11 23/19 30/18 81/14 82/24
129/4 200/11 201/10 203/20 203/25 226/1
234/8 240/3
whatsoever [3] 12/13 197/10 237/14
whenever [4] 9/10 51/6 51/7 129/5
where [47] 7/1 11/19 18/18 23/25 26/25 43/7
45/21 48/19 48/20 50/4 50/7 55/9 62/16 63/2
73/19 78/25 96/13 102/15 102/15 102/19
104/16 107/16 107/17 109/24 119/11 119/12
122/25 123/11 135/4 149/13 149/13 165/14
167/24 181/14 181/16 181/20 187/17 187/18
189/24 233/2 237/17 243/25 247/4 252/16
253/21 254/14 259/22
whereas [1] 177/10
whereby [1] 153/16
wherever [1] 16/15
whether [49] 7/19 8/9 10/2 10/21 12/4 14/15
29/11 29/14 29/15 35/2 37/4 38/3 46/2 57/17
60/14 62/1 62/12 62/18 66/19 66/22 68/9
70/18 70/20 72/20 75/1 88/2 96/15 103/21
126/15 127/1 145/25 149/9 164/8 168/13
178/20 182/3 182/23 191/2 191/6 200/23
206/10 215/9 219/7 234/1 234/3 235/2 243/1
245/20 245/21
while [13] 9/25 17/17 19/16 92/13 99/6
130/24 158/8 173/4 173/18 232/24 235/8
240/23 253/15
White [7] 1/21 118/16 118/22 256/10 257/22
258/2 259/1
who's [7] 22/9 43/2 43/3 59/16 82/17 83/19

# W

who's... [1] 252/23
whole [19]  19/4 27/21 40/4 43/8 43/9 60/20
68/18 75/9 97/19 106/4 114/12 175/7 209/24
212/11 213/21 218/4 234/24 234/24 244/3
whom [12]  11/9 80/24 80/24 81/24 81/24
83/9 83/9 119/17 140/25 195/9 241/16
241/20
whose [1]  51/15
why [46]  4/23 5/19 12/21 12/22 16/10 18/13
20/18 20/19 20/19 20/19 30/4 35/20 36/19
37/1 39/7 40/3 43/3 44/3 44/20 55/4 60/14
62/14 62/22 65/18 67/5 70/25 74/15 84/17
91/7 108/23 112/22 123/15 128/7 131/23
163/10 173/18 174/5 174/5 190/3 191/4
195/8 200/12 227/11 232/5 232/12 234/22
wife [5]  19/6 30/23 36/5 39/13 53/17
willingness [1]  6/24
Wilma [1]  36/3
Wilshire [1]  237/17
Windom [7]  62/5 216/19 218/11 227/5
227/17 246/19 247/11
Windom's [1]  226/14
wire [4]  25/13 25/23 178/23 188/4
wires [4]  25/16 56/18 178/6 229/15
wish [3]  5/3 122/20 231/19
withdraw [5]  165/16 165/17 168/19 169/7
232/20
withdrawing [3]  175/19 175/22 236/22
withdrawn [2]  132/16 199/23
withdrew [6]  200/3 226/1 240/3 240/16
241/19 245/6
without [53]  47/21 59/2 63/21 64/24 68/5
69/4 72/12 72/19 73/25 75/16 76/23 78/12
88/5 88/13 91/13 95/18 98/22 102/3 105/18
106/20 112/7 115/3 117/5 118/20 120/8
122/10 126/6 131/11 134/6 136/18 138/3
140/19 142/1 142/24 145/10 146/19 149/15
155/18 165/19 169/12 171/6 171/7 183/6
187/3 190/18 195/9 195/11 214/23 220/6
224/14 225/20 229/17 238/16
witness [52]  2/16 2/20 3/3 3/14 8/5 8/25 8/25
9/21 9/22 9/24 13/12 13/13 36/15 36/16
38/25 41/14 42/21 44/21 45/12 46/23 47/8
47/24 48/3 87/22 116/20 117/4 118/12 133/2
151/17 156/11 158/1 163/11 185/21 186/19
190/6 217/14 225/7 231/20 232/9 233/6
233/15 235/2 235/4 238/6 245/21 247/13
250/16 250/19 251/14 251/16 251/21 252/23
witness' [6]  8/20 9/25 9/25 10/1 10/3 10/3
witnessed [1]  65/10
witnesses [24]  2/13 3/2 12/20 14/8 14/12
14/25 15/1 15/4 16/6 26/16 26/16 31/16
32/12 35/25 42/6 43/13 60/4 116/22 232/11
232/17 233/7 234/10 234/13 251/8
woman [1]  254/14
won't [17]  6/14 26/15 34/10 44/5 64/4 68/8
115/7 126/14 133/21 138/17 143/25 144/12
145/21 151/5 249/5 252/1 253/1
Woodbury [236]
Woodbury's [5]  158/19 245/16 248/21
249/22 250/5
woods [1]  51/19
words [13]  13/21 17/18 35/1 66/12 162/22
162/23 163/1 184/2 185/13 187/9 189/11
189/25 191/24
work [37]  6/7 34/6 35/1 36/11 41/25 48/25
49/11 49/20 49/21 50/9 82/6 83/16 94/5
114/11 139/6 139/25 143/11 149/8 198/9

198/11 198/12 198/12 205/15 209/18 221/21
231/15 233/12 240/12 241/22 247/22 247/25
257/8 258/2 258/3 259/2 259/14 260/3
worked [27]  29/10 31/15 53/7 53/9 54/20
94/7 94/13 133/6 137/6 143/8 148/10 170/19
170/21 188/14 197/9 202/2 202/6 202/6
202/15 205/13 239/21 239/24 240/1 246/1
247/4 247/5 252/23
working [22]  56/7 57/24 77/23 110/16
138/20 158/8 161/24 161/25 163/3 176/17
176/17 197/7 197/16 200/8 202/17 206/14
212/6 213/4 221/17 242/2 243/8 247/15
works [4]  31/17 42/15 169/18 170/14
world [3]  24/8 52/10 252/24
worldwide [1]  221/23
worried [1]  168/20
worry [3]  177/15 234/25 235/1
worth [5]  17/11 20/10 62/12 66/23 97/4
worthless [1]  28/16
would -- I [1]  258/13
wouldn't [13]  13/23 148/22 187/15 197/19
199/11 200/9
wrap [1]  29/2
writes [1]  183/12
writing [5]  145/14 179/20 184/14 212/8
213/23
written [2]  189/24 222/6
wrong [10]  5/8 30/18 44/9 85/14 135/3
185/18 188/25 198/3 210/16 248/21
wrote [13]  36/9 154/10 185/15 185/17
185/22 191/24 193/18 213/18 224/20 229/10
252/20 254/2 257/21
WWW [1]  213/1
Wyckoff [1]  216/16

# Y

yeah [12]  38/20 53/23 79/5 86/20 99/6 107/3
157/12 166/13 198/5 224/10 245/10 248/24
year [26]  34/20 35/18 39/20 39/20 52/8 52/17
52/25 97/15 97/19 99/17 130/4 134/19 155/3
161/2 197/15 239/6 239/8 239/12 240/13
241/14 243/23 244/2 254/11 257/18 258/9
258/9
years [11]  36/9 49/7 53/5 58/1 77/24 123/20
123/21 143/9 230/22 230/22 257/25
yelling [1]  202/24
yellow [1]  53/24
Yep [1]  197/14
yes [256]
yesterday [5]  7/10 10/10 17/16 146/25
255/24
yet [5]  3/15 27/22 42/14 154/16 154/20
York [3]  1/18 40/13 216/18
Yossi [9]  107/9 107/14 107/21 107/22 108/9
108/14 109/1 109/3 122/24
you'd [9]  60/21 65/4 121/21 135/14 139/18
160/25 178/16 184/25 214/25
you'll [51]  15/21 16/7 16/7 18/7 20/2 21/17
21/22 21/23 22/24 23/5 23/20 23/22 23/25
24/17 24/23 25/14 26/5 26/9 26/9 26/10
26/11 26/13 26/15 26/17 26/18 27/3 28/8
28/13 29/22 31/6 31/25 32/4 34/10 35/12
35/13 35/14 37/25 39/15 39/21 40/20 42/9
42/10 43/23 43/23 58/8 125/16 125/18
137/16 142/13 161/9 209/3
you're [92]
you've [15]  15/19 30/4 41/16 58/9 91/22
115/10 126/17 152/12 154/10 160/21 196/13
220/17 220/19 234/16 242/11
yours [1]  162/23

yourself [7]  4/9 14/9 39/7 55/19 164/21
181/23 245/12
yourselves [1]  11/7

# Z

zero [2]  33/1 33/3