```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2
                    Case No. 11-80205-CR-MARRA
 3
    UNITED STATES OF AMERICA,     )
 4                                )
         GOVERNMENT,              )
 5                                )
         -v-                      )
 6                                )
    MITCHELL J. STEIN,            )
 7                                )
         DEFENDANT.               )   West Palm Beach, Florida
 8                                )   May 20, 2013
    _____ )
 9

10                 VOLUME 10, PAGES 1 - 200

11            TRANSCRIPT OF JURY TRIAL PROCEEDINGS

12           BEFORE THE HONORABLE KENNETH A. MARRA

13                UNITED STATES DISTRICT JUDGE

14

15   Appearances:

16   FOR THE GOVERNMENT        Albert Stieglitz, ESQ., and
                               Kevin Muhlendorf, ESQ.
17                             U.S. Department of Justice
                               Criminal Division
18                             1400 New York Avenue, Northwest
                               Washington, DC 20530
19
     FOR THE DEFENDANT         Mitchell J. Stein, Pro Se
20                             1551 North Flagler Drive, #1208
                               West Palm Beach, FL 33401
21   -and-
     (Standby Counsel)         Charles G. White, ESQ.
22                             1031 Ives Dairy Road, Suite 228
                               Miami, FL 33179
23
     Reporter                  Stephen W. Franklin, RMR, CRR, CPE
24   (561)514-3768             Official Court Reporter
                               701 Clematis Street
25                             West Palm Beach, Florida  33401
                               E-mail:  SFranklinUSDC@aol.com
```

```
1          (Call to the order of the Court.)

2               THE COURT:  Good morning, everyone.  Please be

3     seated.

4               We're back on the record, and Mr.~Stein's present.

5               All right.  As far as jury instructions, verdict form

6     are concerned, are there any additions, objections, questions,

7     comments?

8               MR. STIEGLITZ:  Your Honor, I just noted one thing.

9     It's the parenthetical describing the form 4 on page 18.  I

10    hesitate to even mention it, but I think it's a statement of

11    changes in beneficial ownership.  But that was the only thing

12    I noticed, Your Honor.

13              THE COURT:  Well, we'll make that change.

14              You have objection to making that change?

15              MR. STEIN:  No objection, Your Honor.

16              THE COURT:  All right.  Any other issues, comments,

17    questions, objections to the jury instructions?

18              MR. STIEGLITZ:  Not from the United States.

19              MR. STEIN:  Not from the defense, Your Honor.

20              THE COURT:  And the verdict form?

21              MR. STIEGLITZ:  Not from the United States, Your

22    Honor.

23              MR. STEIN:  Not from the Defendant, Your Honor.

24              THE COURT:  All right.  In terms of closing, how much

25    time did the Government want?
```

```
 1              MR. MUHLENDORF:  Your Honor, I've clocked it at about

 2     an hour, maybe an hour and five minutes.

 3              THE COURT:  Is that front and back?

 4              MR. MUHLENDORF:  No, that's just my closing, and then

 5     the rebuttal, we'd like to reserve the 30 minutes, I think.

 6              THE COURT:  So an hour and a half.

 7              MR. MUHLENDORF:  Yes, sir.

 8              THE COURT:  And do you want any warnings?

 9              MR. MUHLENDORF:  A five-minute warning would be

10     useful.

11              THE COURT:  And what about you, Mr. Stieglitz?

12              MR. STIEGLITZ:  Your Honor, five minutes for me, as

13     well, please.  Thank you.

14              THE COURT:  Mr. Stein?

15              MR. STEIN:  Is that five minutes of arguing or a

16     five-minute warning?

17              THE COURT:  Five-minute warning.

18              So you have an hour and a half if you'd like.  Do you

19     want any warnings?

20              MR. STEIN:  Well, they're taking a little bit more.

21     I'd like an hour and 35 minutes or whatever.  Yes, I would

22     like a 10-minute --

23              THE COURT:  Why do you say they're taking an hour and

24     35 minutes?

25              MR. STEIN:  I don't remember what the -- I think the
```

```
 1    Court originally said an hour and then a half hour at the end

 2    for the Plaintiffs -- for the prosecution?

 3              THE COURT:  That's what I recall.  That's what

 4    they're asking for.  Do you have an objection to that?

 5              MR. STEIN:  No, I don't.  I just would like a

 6    10-minute warning.

 7              THE COURT:  Ten minutes.  Okay.

 8              So, anything else?  I understand there's this issue

 9    about forfeiture, but anything else as far as getting ready

10    for closing argument?

11              MR. STIEGLITZ:  Not from the United States, Your

12    Honor.

13              MR. MUHLENDORF:  No, Your Honor.

14              MR. STEIN:  Not from me, Your Honor.

15              THE COURT:  Have you, both sides reviewed the

16    exhibits and ready to submit the exhibits or are we going to

17    take an hour to go through the exhibits after the closing?

18              MR. STIEGLITZ:  I'm pleased to report, Your Honor, we

19    met on Friday and we were able to work that out.

20              The Government has four sets, sort of a master set

21    plus three additional sets that we'll send back to the jury,

22    along with a clean laptop for the audio portion should the

23    jury wish to listen to that.  So we're prepared to send those

24    back as soon as we're done.

25              THE COURT:  Mr.~Stein?
```

```
 1              MR. STEIN:  I have no objection to the Government.
 2    We met Friday.  We've also met this morning.  What I will be
 3    doing is, I have a couple of blowups that I'll move the easel
 4    to a place that the Court believes is right, probably right
 5    there.  I'll put the blowups on the easel, and then I have a
 6    small package to pass out to the jury instead of slides, which
 7    I've shown to the prosecution, and I don't believe they have
 8    any objection to.
 9              THE COURT:  During your closing?
10              MR. STEIN:  Yes, Your Honor.
11              THE COURT:  These are copies of exhibits that are in
12    evidence?
13              MR. STEIN:  Copies or pages of exhibits.
14              THE COURT:  Any problem with that?
15              MR. STIEGLITZ:  No, Your Honor.
16              And as Mr. Stein mentioned, we have a PowerPoint
17    that's some admitted exhibits and some text from the
18    instructions.
19              THE COURT:  So it sounds like we're ready to go to
20    closing.
21              Now, I understand the Government's not seeking a
22    forfeiture based upon -- first of all, there's no question
23    there should be a bifurcation to the extent there's going to
24    be a forfeiture.  So the jury's not going to consider
25    forfeiture in the first instance.  That would only take place
```

```
 1    if there was a conviction.  We're not going to discuss

 2    forfeiture in closing or in the written instructions that

 3    we're providing to the jury at this point.

 4         The Government is, in response to the Defendant's

 5    motion for bifurcation, says we're not seeking a forfeiture,

 6    we're seeking a money judgment.  So therefore the jury doesn't

 7    need to be involved.  I've never had in any case a money

 8    judgment.  Is that restitution or is that something different?

 9    I'm not familiar with this money judgment procedure.

10         MR. STIEGLITZ:  I'm sorry, Your Honor.  It is

11    forfeiture, and it's just the distinction between forfeiting

12    specific assets.  In other words, I want Mr. Stein -- we, the

13    Government, believe that Mr.~Stein's car is forfeitable or

14    something like that, as proceeds of the offense, as compared

15    to forfeiture of a dollar amount, a fixed dollar amount as a

16    money judgment.  And the case law and the rule make clear, the

17    Government's position is, that when that's all the Government

18    is seeking, there's no role for the jury in the forfeiture

19    determination.  The Court still has to make a forfeiture

20    determination, but there's no role for the jury.

21         And the only reason I flagged it for the Court over

22    the weekend was that out of an abundance of caution, under

23    Rule 32.2, I believe it would be, I guess, sort of cleanest as

24    a procedural matter for the Court to just make a finding

25    whether it believes the jury is necessary for any forfeiture
```

```
 1    proceedings or not.

 2            Again, the Government's position is it would not be,

 3    and then I'm not suggesting the Court needs to make a

 4    forfeiture determination now or should a conviction come back,

 5    you know, at that immediate time.  The Government would then

 6    submit its paperwork with which the Court's probably familiar,

 7    requesting that preliminary order of forfeiture.  But it would

 8    just be in a dollar amount for a money judgment.

 9            THE COURT:  Well, as I said, I've never had this

10    happen before, so.  I've never had a dollar amount determined

11    by me in forfeiture.  I've issued plenty of forfeiture orders,

12    and they're usually based on consent.  So I've never had this

13    happen.  So explain to me what it is, you want me to

14    determine, a forfeiture of a dollar amount?

15            MR. STIEGLITZ:  Yes, Your Honor.

16            And I want to be absolutely clear that -- this

17    morning, all I'm asking the Court to determine is that prior

18    to the jury beginning deliberations there's no need to retain

19    the jury --

20            THE COURT:  I understand.  I've never had this happen

21    before, so I need to be educated about this procedure which

22    you're telling me that I make a forfeiture determination for a

23    dollar amount.  I'm not familiar with it, so explain to me

24    what this is.

25            MR. STIEGLITZ:  That's correct, Your Honor.  And as
```

```
 1    the Government set forth in its papers filed some time ago,

 2    the choices when seeking forfeiture as a general matter are

 3    specific assets, again, you know, a car, a specific bank

 4    account, something like that, or a dollar amount.  And in this

 5    case, the Government is simply going to seek a dollar amount.

 6    And so what the Government will do as a procedural matter is

 7    should the jury come back with a conviction on a count to

 8    which forfeiture applies, the Government will then submit a

 9    motion for a -- asking for a preliminary order of forfeiture,

10    and it will just have a dollar amount in there.

11            THE COURT:  And what's the basis for this dollar

12    amount?

13            MR. STIEGLITZ:  It would be -- well, it would be the

14    evidence submitted at trial, plus if either of the parties, in

15    other words, either of the parties will agree that that is the

16    appropriate dollar amount, or if Mr.~Stein suggests that it's

17    not, then there can be a forfeiture hearing, and Mr.~Stein can

18    request that, move for a forfeiture hearing in the same way

19    that if the Government believes its evidence insufficient.

20            THE COURT:  Give an example of what the money

21    judgment's going to be based on.

22            MR. STIEGLITZ:  I suspect, Your Honor, that it would

23    be that dollar amount that Inspector Clark testified to, the

24    3.8 -- I want to a 3.823 million, something of that nature, in

25    his chart, which I apologize I don't have the exhibit number.
```

```
 1    But it would be the gain to Mr.~Stein from the offense.  That
 2    would be the Government's argument in its motion for that
 3    money judgment.
 4          And the Government would suggest to the Court that
 5    under the preponderance standard that's applicable in a
 6    forfeiture proceeding, that there was sufficient evidence
 7    frankly based solely on Inspector Clark's testimony as to
 8    those dollar amounts for the Court to enter that preliminary
 9    order of forfeiture.
10          THE COURT:  And why do you say a jury's not necessary
11    for this?
12          MR. STIEGLITZ:  Because pursuant to Rule 32.2,
13    Federal Rule of Criminal Procedure 32.2, the only role for the
14    jury, Your Honor, is to determine whether there's a nexus
15    between specific property.  I believe it's 32.2(b)(5), if I'm
16    not mistaken.  The only role for a jury in a forfeiture
17    proceeding is if the Government is seeking forfeiture of
18    specific property, and the jury then needs to determine
19    whether there is the requisite nexus between that specific
20    property and the crime.  When the Government is only seeking a
21    money judgment, there is not a role for the jury.
22          And I have case law to cite to the Court from the
23    Eleventh Circuit and elsewhere if the Court's interested.
24          THE COURT:  I am interested, so give me the Eleventh
25    Circuit cases.
```

```
 1              MR. STIEGLITZ:  This would be United States versus

 2    Gray, G-r-a-y, 443 -- it's an unpublished case, but it's 443

 3    fed appendix 515, and the pin cite is page 523.

 4              I'd also cite to the Court two cases from the Middle

 5    District of Florida, both unpublished, and then I'll give the

 6    Court two cases from other circuits.  The first case from the

 7    Middle District is U.S. v. Delgado D-e-l-g-a-d-o, 2006 Westlaw

 8    2460656.  Also from the Middle District of Florida, Your

 9    Honor, is United States v. Harrell, H-a-r-r-e-l-l, 2013

10    Westlaw 525743.

11              And out of the Eighth Circuit, and this is a case

12    that is cited with some frequency on this issue is United

13    States versus Gregoire, G-r-e-g-o-i-r-e, 638 F.3d 962, with

14    the pin cite being 971 and 72.  And that's out of the Eighth

15    Circuit, and that's cited in the Government's papers.

16              THE COURT:  All right.  Let me hear from Mr.~Stein.

17    What's your position, Mr.~Stein?

18              MR. STEIN:  Your Honor, my position is the cases do

19    not stand for the proposition that a forfeiture can be a money

20    judgment.  It needs to be a forfeiture of specific assets.  I

21    believe the reason why the Government is seeking a forfeiture

22    is because I've been in bankruptcy since 2009, and there are

23    no assets.  So they want a money judgment against me in the

24    bankruptcy, and because there are no assets.  And if they can

25    prove their assets, then it should go to the jury.
```

1          Otherwise, I don't think any of those cases stand for

2     the proposition that this -- that after a conviction, if that

3     were to occur, that this turns into a civil money judgment

4     case.  I just can't find any authority for it.  Mr. Pasano

5     couldn't find any authority for it.  And I would at a minimum

6     request the opportunity to brief the issue or at least argue

7     the issue on 10 minutes' notice in the event such a ruling

8     comes down.

9          THE COURT:  Well, apparently, there has been a motion

10    pending on this for quite some time, and the Government's

11    response was filed last September.  So it's not a new issue.

12    No one just flagged it for my consideration until I guess it

13    was Saturday.

14          Go ahead.

15          MR. STIEGLITZ:  Your Honor, again, I just want to be

16    absolutely clear that with respect to the amount, if any, of a

17    money judgment, I'm in no way suggesting that that

18    determination needs to be made today.  It's solely the

19    question of whether the jury needs to stick around, just to

20    clarify.

21          THE COURT:  Well, it needs to be made today or

22    whenever a jury returns a verdict of guilty.  I have to make a

23    decision before we excuse the jury, if I agree with Mr.~Stein

24    that a jury needs to make the determination.

25          Are you saying, Mr.~Stein, you can't get a forfeiture

1   money judgment, end of story, there's no need for -- if

2   they're only seeking a money judgment, then we don't need the

3   jury, we can just argue about whether or not it's~-- the money

4   judgment's available for the Government to obtain, and if

5   they're right, I make the determination, not the jury, or are

6   you saying the jury has to make a determination one way or

7   another?

8        MR. STEIN:  I'm saying that the jury has to make the

9   determination because there is no money judgment remedy

10  available, and to the extent there are assets, which I do hold

11  assets in the bankruptcy, small ones, then if those are

12  tethered to these alleged crimes, then the jury would have to

13  determine that.

14       But I do not agree that a money judgment ruling is

15  proper.  It's the normal forfeiture proceedings that occur

16  after a criminal trial.

17       THE COURT:  Okay.  I'm not sure I understand what

18  you're saying.

19       It sounds like you're saying money judgment

20  forfeiture is not an available remedy to the Government.  That

21  sounds like that's what you're saying, as a matter of law they

22  cannot get a money judgment forfeiture.

23       MR. STEIN:  That's correct.

24       THE COURT:  Okay.  So if that's true, if you're right

25  about that, they either can or they cannot, we can decide that

```
 1    whenever.  It doesn't have to be decided today.
 2            MR. STEIN:  The Court is correct.
 3            THE COURT:  So are you agreeable, then, that
 4    regardless of what -- assuming there's a conviction, we don't
 5    need the jury to stick around to make any determinations.  I
 6    will, posttrial, decide whether the government can or cannot
 7    obtain a money judgment in forfeiture against you.  If I
 8    determine they can't, then that's the end of the story.  If I
 9    determine they can, then I'll make the determination what the
10    amount is, if any.
11            MR. STEIN:  Your Honor, if the Government is saying
12    they're waiving their right to proceed for a forfeiture of
13    assets, then I would stipulate to the remedy or to the
14    procedure that the Court has just outlined.
15            THE COURT:  All right.  So we're clear, I think the
16    Government has made very clear they're not seeking a
17    forfeiture against specific assets, correct?
18            MR. STIEGLITZ:  Correct, Your Honor.
19            THE COURT:  All right.  So the only issue as I
20    understand it, then, is whether the Government can, as a
21    matter of law, obtain a money judgment forfeiture, a
22    forfeiture for a money judgment, not against specific assets,
23    but for an amount against you, assuming there's' a conviction.
24    I don't know the answer to that.  The Government's given me
25    cases that say they can.  You believe they're wrong.  That's
```

```
 1    something that we don't need a jury to decide.  I will decide
 2    that one way or the other.
 3              So if there's a conviction, we don't need the jury to
 4    make the determination of whether there should be a forfeiture
 5    or not; I will posttrial listen to the arguments.  You can
 6    have plenty of opportunity to brief it, and then I'll decide
 7    whether, yes, the Government can or cannot obtain a forfeiture
 8    money judgment, and if I conclude that they can, I will
 9    determine what the amount of that money forfeiture judgment
10    should be.  Do you agree that we can proceed in that fashion?
11              MR. STEIN:  I believe that proceeding is proper.
12              THE COURT:  Okay.  So then we don't need to worry
13    about the jury involved in the forfeiture issue.
14              All right.  Anything else, then, we need to do before
15    we bring the jury in?
16              MR. STEIN:  Not from the Defendant.
17              MR. STIEGLITZ:  Not from the United States, Your
18    Honor.
19              THE COURT:  Did you want the lecturn right there?  Is
20    that where you want it?
21              MR. STIEGLITZ:  I think the issue, Your Honor, is
22    making sure that folks can see the screen.
23              THE COURT:  That's fine.  I just wanted to know if
24    that's where you want it.
25              Did you want it there also, Mr.~Stein, when you make
```

```
 1    your argument?  We'll take a break between, so you can decide

 2    where you want it after.

 3            MR. STEIN:  But that's fine.  I'm just going to be

 4    moving the thing up.

 5            THE COURT:  Are we ready for the jury?

 6            MR. STIEGLITZ:  Yes, Your Honor.

 7            THE COURT:  Mr.~Stein, are we ready for the jury?

 8            MR. STEIN:  Yes, Your Honor.

 9            THE COURT:  Okay.  Let's bring the jurors in.

10        (The jury enters the courtroom, after which the following

11    proceedings were had:)

12            THE COURT:  Good morning, everyone.  Welcome back.

13    Please be seated, ladies and gentlemen.

14            Thank you again, ladies and gentlemen, for being back

15    here this morning, and I apologize that we kept you waiting a

16    few minutes, but, again, we had some last-minute issues to

17    resolve before we could begin, but we, again, thank you for

18    your cooperation and your patience.

19            As you heard on Thursday, we are finished with the

20    evidence in the case, so the only thing that remains is for

21    you to listen to the closing arguments, for me to read you the

22    legal instructions and then you can begin your deliberations.

23    So it's going to take most of the morning and maybe into the

24    afternoon before we finish with everything, but we're close to

25    you beginning your deliberations.
```

```
1            The way we're going to proceed is the Government has
2     the burden of proof in this case, as you know, so the
3     Government gets an opportunity to make an initial closing
4     argument to you.  Then Mr.~Stein will make his closing
5     argument.  And then since the Government has the burden of
6     proof, they get to rebut Mr.~Stein's arguments at the end.  So
7     the Government goes first and last, and Mr.~Stein goes in the
8     middle.
9            And then after, again, all the arguments have been
10    made, then I'll read the legal instructions to you.
11           Please remember that what the lawyers say and what
12    Mr.~Stein says during the closing arguments, that's not the
13    evidence.  The evidence is what you heard from the witnesses
14    and what the documents that you've seen being put into
15    evidence.  That's the evidence.  They're going to obviously
16    argue to you how you -- they think you should view the
17    evidence and what conclusions they think you should draw from
18    the evidence.  They may mention the legal instructions to you
19    that I'm going to give to you, but what they say is not the
20    law.  I'll give you the legal instructions at the end.  But,
21    again, you can listen to their arguments and how they want you
22    to apply those legal instructions to the evidence.
23           So we're going to begin by hearing first from
24    Government's counsel, and Mr. Muhlendorf I think will be
25    presenting the first argument for the United States.
```

1          MR. STIEGLITZ:  Your Honor, may I just mention

2     something very briefly?  Since we have a new face at counsel

3     table, this is Dan McConville, who's a paralegal from our

4     office.  Mr. Sweeney, nothing untoward happened to him.  He's

5     just returning from his law school graduation.  So

6     Mr. McConville's going to be helping us today.

7          MR. MUHLENDORF:  And, Your Honor, can I inquire

8     through the Court if everyone can see the screen past me?

9          All right.  Ladies and gentlemen of the jury, thank

10    you for your attention and patience over the last couple of

11    weeks.

12         At the beginning of this trial, my co-counsel,

13    Mr. Stieglitz, told you we were going to present evidence that

14    the Defendant, Mitchell J. Stein, was guilty beyond a

15    reasonable doubt of all the crimes charged in the indictment.

16    Over the last two weeks, the evidence has shown just that.  It

17    has demonstrated that Mr.~Stein lied to the investing public

18    and stole from Signalife, that he faked purchase orders, and

19    that he used fake consulting contracts, and that he did all

20    this to enrich Mitchell J. Stein.

21         We told you that the Defendant then deliberately set

22    about to cover up what he had done.  Either by lying to

23    Signalife's officers, its employees, its audit committee; and

24    then the final act of deception, Mr.~Stein conspired with

25    Martin Carter to obstruct the SEC investigation into the money

1    he had stolen and the frauds he had committed.

2           And then after sending Mr. Carter in, Mr. Stein went

3    in and lied to the SEC over, and over, and over again.  And

4    you got to hear those lies in Mr.~Stein's own voice in the

5    clips we played you throughout the trial.

6           At the bottom, ladies and gentlemen, what Mr.~Stein

7    did was lie to people to get money.  He committed fraud.  And

8    how do you know that's what he did?  All you have to do is

9    follow the money.  It went back to one place, and one place

10   only, Mitchell J. Stein.

11          Throughout the trial, Mr.~Stein has been trying to

12   create for you an illusion, an illusion of regularity about

13   what he did, all the while not wanting you to look at what

14   really happened.

15          This isn't some Penn & Teller Las Vegas show that

16   Mr. Stein was comped.  Signalife was a real company, the

17   investors were real, and Mitchell J. Stein defrauded both of

18   them.

19          In his opening comments, Mr.~Stein told you I think I

20   have a right to be paid, I made some investments.

21          Well, ladies and gentlemen, even if that were true,

22   even if there was any evidence to support, that doesn't mean

23   you create fake consulting contracts to get that money.  It

24   doesn't mean you lie to people to get that money.  Ladies and

25   gentlemen, when you create fake documents to get someone to

 1    give you money, it's lying to get money.  It's called fraud.

 2          But the easiest way to see through Mr.~Stein's cheap

 3    tricks is to follow the money.  As you review the evidence,

 4    ask yourself this.  If the story he's telling you is true,

 5    then why did the money only go back to him?  Martin Carter and

 6    Ajay Anand didn't send money to Lowell Harmison, they didn't

 7    send it to Pam Bunes.  No, it all went back to Mitchell J.

 8    Stein.

 9          And don't let him try and fool you with some story

10    about legal work he allegedly did.  That's not what happened

11    here.

12          Let's talk a bit about Martin Carter and Ajay Anand.

13    We told you at the outset we were not going to ask you to like

14    them, only to listen to them.  There's no doubt that both

15    Carter and Anand committed federal crimes.  They lied to the

16    SEC.  In addition to that, they created fake documents.  They

17    stole from the company.

18          But who told them to do that?  You heard the

19    evidence, ladies and gentlemen.  It was this man sitting right

20    here, Mitchell Stein.  And, again, how do you know?  Because

21    if you read the documents and you follow the money, it goes

22    back to one place, this Defendant, Mitchell Stein's bank

23    accounts.

24          Ladies and gentlemen, hopefully, you did listen to

25    them, warts and all.  But I submit that even without their

1    testimony, the overwhelming evidence from the documents you

2    heard (sic) and the other witnesses who testified from that

3    stand lead you to one conclusion, that he's guilty of all the

4    counts charged in the indictment.

5              We're going to look at all the evidence over the next

6    hour or so, revisit some of the things you say, some of the

7    things you heard, and then we're going to ask you to return a

8    verdict of guilty for all the counts.

9              Let's talk about Martin Carter a little bit.  Martin

10   Carter, you heard him testify for about a day and a half.  Did

11   he appear to be the mastermind of any criminal enterprise to

12   you?  He explained to you what he did and why he did it and

13   who told him to do it.  This man right here, the Defendant.

14   And, again, follow the money.  You saw Inspector Clark's

15   chart.  85 percent of the money Martin Carter got went back to

16   one place, this Defendant.

17             And of that money, Mr. Carter didn't even get to keep

18   all that was left for him.  Remember, he bought him things,

19   cappuccinos and fish and stereo parts.

20             Common sense tells you that if those contracts were

21   real, if Martin Carter was doing actual work, he would have

22   kept the money.  That's not what happened here.  Look, ladies

23   and gentlemen, this man, this Defendant, he bullied people, he

24   lied to people and he stole.  You heard the testimony.  He

25   bullied the company's CFO, Kevin Pickard.  He bullied

```
 1    Mr. Woodbury, the company's securities lawyer, and he bullied
 2    Mr. Carter.  Mr. Carter trusted Mitchell J. Stein.  He was a
 3    successful lawyer with jets, houses on two coasts, the famous
 4    wife.  Marty Carter looked up to him.  So what did Mitchell
 5    Stein think of Marty Carter?  He saw a gullible person who he
 6    could use to take advantage of, someone he could use as a
 7    vehicle to steal from Signalife.
 8         And use him he did.  He was his chauffeur, his errand
 9    boy, he drove him around in the back of his Mercedes to
10    country clubs in Boca Raton and California.  He got him things
11    like deboned fish.
12         Mr.~Stein sensed Mr. Carter's gullibility and took
13    advantage of it.  And then when the lies to Signalife were
14    starting to be exposed by the SEC, there was an ongoing
15    investigation, what did he do?  He pretended to be his lawyer,
16    sat down with him, told him to lie to the SEC and then walked
17    him right into the SEC, sat down next to him and had -- and
18    watched him lie as the plan he had laid out happened.
19         And, again, you don't have to rely solely on the
20    e-mails and the documents.  All that stuff proves it up beyond
21    a reasonable doubt.  But you've heard clips from Mr.~Stein's
22    testimony himself.  You heard him lie to the SEC himself, and
23    you know he lied because you could compare what he was saying
24    to the SEC under oath with the things he was saying at the
25    time.
```

1          Remember those exhibits?  We played you a clip of

2    Ajay Anand testifying, and we're going to do it again here

3    today -- of Mr.~Stein testifying about Ajay Anand where he

4    said he didn't know anything about the Silve Group.  Who's

5    Ajay Anand?  And then we showed you that exhibit where

6    Mr.~Stein is sending an e-mail to Ajay Anand asking about the

7    Silve Group.

8          Ladies and gentlemen, the evidence doesn't get any

9    clearer than that.  He was lying.  And I submit to you from

10   those lies you can infer one thing, he's guilty.  You can

11   infer his criminal intent.  These lies were not accidents,

12   they were not mistakes.  They were intentional acts of

13   deception by this Defendant.

14         So let's talk about the scheme to defraud.  At

15   bottom, what Mitchell Stein is charged with doing is

16   committing various forms of fraud, lying to get money and then

17   covering it up.  As you examine the evidence, remember that

18   fraud in its simplest form is theft accomplished through lies

19   and deception.  When you look back over the evidence you've

20   heard, you're going to find that is exactly what he did.

21         We're going to go into these in a little more detail,

22   but remember who he lied to.  He lied to Kevin Pickard, John

23   Woodbury, the board of directors, and the auditing committee,

24   the investing public and the Securities and Exchange

25   Commission.

 1          Now, remember, these officers and employees that

 2   Mr.~Stein was lying to, they were scattered all over the

 3   country, Greenville, California, some other places I think we

 4   heard, Canada.  What was the one point connecting all of them

 5   to information in Signalife?  Where did all the information

 6   flow come through?  Sitting right here, Mitchell Stein.  That

 7   allowed him to control what people knew and allowed him to

 8   perpetrate the fraud he committed.

 9          Now, all those lies Mitchell Stein told the people

10   about the fake consulting contracts and the fake -- and the

11   fake purchase orders, they were all part of a scheme that he

12   had developed.  Look, Mr.~Stein had a lavish lifestyle, had

13   big debts, massive debts.  You heard Jennifer McEwin testify

14   about them.

15          So the scheme to defraud started with Mitchell Stein

16   trying to hide his shares of the THS Blind Trust.  How he was

17   selling them.  It then got a little bigger with Ajay Anand.

18   You remember the kickbacks from the Silve Group talking about

19   giving a little taste of the money that Silve was getting for

20   selling shares, bringing him packages.  And then it got really

21   big, really large with the outright thefts from Signalife that

22   Stein and Martin Carter accomplished through their conspiracy

23   to commit mail and wire fraud.

24          Look, this scheme was detailed, it was long, and it

25   was it began even before they started stealing the shares, and

```
 1    putting out the fake press releases.  Mr.~Stein had a problem.
 2    You heard about it from Jennifer McEwin.  He was trying to
 3    create this illusion of a successful jet setting lawyer, while
 4    at the same time fending off MGM coming after him for the big
 5    gambling debts he had racked up.
 6          So what did he do?  First, you heard about Mark
 7    Nevdahl and the SB2 and the hiding of the shares.  And, look,
 8    ladies and gentlemen, I think in his closing you're going to
 9    hear some talk about the SB2 and form 4s.  Look, that stuff
10    doesn't matter.  Whether those shares were legally issued to
11    Mitchell Stein, that he was able to sell in the THS Blind
12    Trust doesn't matter.  The fact is he was hiding what he was
13    doing and he was hiding what he was doing for one reason and
14    one reason only.
15          You heard his witness, Jane Greene, testify about it.
16    What did she tell you?  She thought it was really weird that
17    Mitchell Stein was selling at the time the company was trying
18    to get going, selling shares.  So what does he do?  He figures
19    out a way to hide it.  It's this simple, ladies and gentlemen.
20    These shares from the THS Blind Trust that he's going to tell
21    you were legally issued, I can go onto a car lot today and buy
22    a car.  But if I use that car to rob a bank, that doesn't make
23    the fact that someone sold me the car legally okay.  I still
24    robbed a bank.
25          So we talked a little bit about Mr. Carter, we talked
```

1    a little bit about Mr. Anand.  But, look, Ajay Anand was like

2    the training wheels for the scheme that Mr.~Stein was planning

3    with Mr. Carter.  Started off sort of small, then it got

4    really big.

5            Remember what Ajay Anand told you.  Stein had him

6    create the Silve Group, lie about who was behind it.  Remember

7    all that testimony about hiding his name, and then kick him

8    back some money.  He demanded that Mr. Anand take care of him,

9    bring him some packages.  But remember, always keep them under

10   $10,000.  We don't want anyone reporting what was happening.

11           But what was the source of those cash payments?  You

12   remember what it was.  It was Signalife shares.  And, again,

13   if Ajay Anand was doing legitimate work for Signalife, if

14   that's what Mr.~Stein thought, why did he think he deserved a

15   little bit of the money?  It doesn't make any sense.  It's not

16   how business is supposed to be done.  If the real purpose was

17   to get Mr.~Stein money, it's one thing and one thing only,

18   it's lying to get money, it's fraud.

19           Now, look, he's going to have you believe that he

20   thought it was all legitimate.  Well, ask yourself this.  If

21   it was legitimate, then why did he lie about it?  Why did he

22   cause the company to lie in the SEC filings?

23           You remember this one?  Exhibit 61, he lied to the

24   audit committee about what Silve Group was doing.  Core of my

25   audit committee response, Silve, he says.

 1          What did Ajay Anand say when he asked him about this

 2     exhibit?  All lies, not true, and Mr.~Stein knew it.

 3          Those lies got carried on to the filings, the public

 4     filings.  Remember this?  As of September 30th, we have

 5     received purchase orders in the amount of $3.3 million, to

 6     which the Silve Group is entitled to a cut, because allegedly

 7     they had been involved in it.  You know that's not true.  Ajay

 8     Anand told you it's not true.  But you also know it's not true

 9     because you heard Mr.~Stein lie about it.

10          Remember his testimony before the SEC.  Let's see if

11     we can get it to play here.

12          (Audio played.)

13          MR. MUHLENDORF:  Ladies and gentlemen, we showed you

14     how you can tell that's a lie.

15          Let me go on to the next one.  Because you remember

16     exhibit 53, we talked about that earlier.  Mitchell Stein

17     e-mailing Ajay Anand about the Silve Group.  And remember who

18     actually even named the Silve Group.  It was Mitchell J.

19     Stein.

20          Ladies and gentlemen, I submit to you that if he's

21     lying to the SEC about the Silve Group, he knows he did

22     something wrong.  It's evidence of his intent to defraud.

23     It's evidence of his guilt.

24          Now, look, after the Anand thing, I told you that was

25     the training wheels for what he was going to do with

 1   Mr. Carter.  So then he gets into this conspiracy with
 2   Mr. Carter, the conspiracy to commit mail and wire fraud.
 3   Look, he had a voracious appetite for money.  You saw it from
 4   Inspector Clark's exhibit on his expenditures.  Look at that.
 5   Hundreds of thousands of dollars for cars, private jets; a
 6   million and a half dollars to casinos.  He had to have a way
 7   to feed that appetite.
 8        Remember the picture of his plane.  It's got a
 9   doberman on it.  How do you pay for that?  He paid for it by
10   theft.  Well, first the selling through the blind trust got
11   him a little bit of the way there, paid off some of his
12   gambling debts.  You saw that from Mr. Wilk's chart.
13        Then he got a little taste from Mr. Anand, but that
14   wasn't enough.  And then you have Mr. Carter.  And unlike
15   Mr. Carter -- I mean unlike Mr. Anand, Mr. Carter was not
16   sophisticated.  Mr. Stein saw he could take advantage of him,
17   to take all of the illegally-gotten money, 85 percent of it.
18   Mr. Anand, he got a little bit, and Mr. Carter he was able to
19   manipulate.  He took all of it.  We saw that in Inspector
20   Clark's exhibit 258, 85 percent of the $1.8 million goes back
21   to Mr.~Stein.
22        Remember what we told you, ladies and gentlemen at
23   the beginning of this trial and at the end now, follow the
24   money.
25        So let's talk a little bit about this count,

1   conspiracy to commit mail and wire fraud.

2          As the judge is going to instruct you, a conspiracy

3   is simply an agreement by two or more people to commit an

4   unlawful act.  It's a partnership for criminal purposes.  So

5   let's look at the elements:  An agreement between two or more

6   people to commit mail or wire fraud, and the Defendant knew

7   the unlawful plan and willfully joined it.

8          Ladies and gentlemen, the evidence of that agreement

9   between Mitchell Stein and Martin Carter is overwhelming.  You

10  heard about it from the very person with whom he conspired,

11  Martin Carter.  He sat up there and he was asked, who did you

12  conspire with to commit mail and wire fraud?  And he looked

13  right here and he pointed to Mr.~Stein.

14         So why'd they do it?  Money and shares, to get money

15  for Mr.~Stein, Mr. Carter.

16         Look, there's a mountain of evidence that

17  demonstrates beyond a reasonable doubt the existence of this

18  conspiracy.  We saw it in some of the documents you looked at.

19  Remember exhibit 129?  Confirmation letters faxed by Martin

20  Carter, at Mr. Stein's direction, with names Mr.~Stein made

21  up, Tony Nony, Yossi Keret.  There's no evidence that those

22  people exist.  Mr.~Stein made them up.  We're going to go

23  through that a little bit later.

24         And why'd they do it?  They did it to get money.

25         Now, you know that Mr.~Stein knew about the unlawful

```
 1    plan and that he willfully joined it because it was his plan.
 2    He's the one telling Martin Carter what to do.  There's no
 3    question about who was behind this.  You saw Martin Carter.
 4    He's not a criminal mastermind.  He did what this man told
 5    him.  He agreed to do it.  He joined the conspiracy because he
 6    trusted Mitchell Stein.
 7              So when you look at how this relationship developed,
 8    how the conspiracy developed, there's only one conclusion you
 9    can draw.  It's that Mitchell J. Stein is guilty of conspiracy
10    to commit mail and wire fraud.
11              Remember it started in 2005 with Hurricane Wilma.
12    You heard about the Home Depot and the card, and Mr. Carter
13    goes to Mr.~Stein's house and installs a generator.  Couple
14    weeks later this man who installed a generator at Mr. Stein's
15    house is on a private jet and wearing a suit and being told
16    whatever you do don't say a word.  Why did Mr.~Stein tell him
17    that?  Because if Mr. Carter went to Greenville and started
18    talking, the jig would be up.  Everyone would know he didn't
19    know anything about heart monitors or anything like that.  It
20    was all part of the illusion, all part of the deception this
21    man was creating as part of his scheme to defraud.
22              Now, you know what Martin Carter was.  He was a
23    handyman, he was a chauffeur, he was this guy's errand boy.
24    He did what he told him.  He was no more capable of dealing
25    with connectivity issues for a heart monitor than he was at
```

```
 1    flying a jet to the moon.  You heard him.  You know that's

 2    true.

 3           But this illusion continued.  Mr.~Stein sends him out

 4    to California.  He says, go look at the manufacturing

 5    facility.  But, again, don't talk to anyone.  Don't go to

 6    Signalife's offices, because that would reveal the fraud.

 7    Marty Carter agreed to do it because Mr.~Stein asked him to.

 8           So in the meantime, thinking ahead to what's going to

 9    happen next, Mr.~Stein has him give over his personal

10    information.  Remember Mr. Carter testifying about his

11    driver's license and his Social Security number?  Because he

12    thought they were going to be in this great business

13    partnership called Five Investments Partner.  Mr.~Stein told

14    him, oh, we're going to make a lot of money trading stocks.

15    Well, you know who made the money.  It wasn't Martin Carter.

16           So what happens?  They open this partnership, and

17    look at the document you saw, exhibit 296.  Whose e-mail is on

18    the account?  Mitchell J. Stein's.

19           And, ladies and gentlemen, look at the name Martin

20    Carter.  When he forged his name he didn't even spell it

21    right.  That's how you know it's not Martin Carter behind

22    this.

23           Then the next iteration of this at the next brokerage

24    house, who's handling everything?  Mitchell Stein only.

25           Now, at the time all this is going on, he's still
```

1   getting money from Ajay Anand and getting a little money from

2   the trust still.  But not enough.  So the purpose of the

3   conspiracy was for Mitchell Stein and Martin Carter to do two

4   things, steal money and shares from Signalife and get the

5   stock price up, manipulate the market.

6          So let's talk about the money and the shares first.

7   Look, Stein started by having Signalife wire Martin Carter

8   money for work he wasn't doing.  And how do you know it was

9   Mitchell Stein and not Martin Carter behind this?  You could

10  tell from his own e-mails.  Look at this e-mail here,

11  exhibit 83:  'Marty, you will get a wire regarding Lowell in

12  the amount $105,300.  You keep a thousand for yourself and you

13  wire the rest of it on to Mark Nevdahl."

14         Ladies and gentlemen, if Martin Carter was doing

15  actual work, why is he keeping less than 1 percent of the

16  money that's coming to him and the rest of it's going to

17  Mitchell Stein?  It doesn't make sense.  You follow the money,

18  and you're going to see there was only one reasonable

19  conclusion, he was lying to Signalife to get money.  He was

20  committing fraud.

21         Now, I want to pause in this part of the story of the

22  fraudulent scheme, because I want you to think about what the

23  evidence you heard about what was happening with Signalife at

24  this time.  Remember Tracy Jones testifying about Signalife

25  struggling for cash, gasping for life, couldn't pay the bills,

 1   couldn't pay her salary.  Yet at the same time, this man is

 2   siphoning hundreds of thousands of dollars out of the company.

 3        He's going to tell you some story about how he was

 4   trying to save the company from all the evils out there.  It's

 5   not what happened.  He was stealing from the company.  And how

 6   do you know that?  Here's another directive, $90,000 goes to

 7   Martin Carter just a few days later.  And Inspector Clark told

 8   you about these transfers.  Marty Carter got about $196,000.

 9   How much went to Five Investments Partnership?  Almost all of

10   it.

11        But it didn't just -- wasn't just in 2007.  The lies

12   about Martin Carter's work with Signalife continued into 2008.

13   You saw two more wires.  This is as the company's still

14   struggling for cash, wire transfer to MC Electrical Services,

15   $180,000.  That's exhibit 132, per Mitch's instructions.

16        Next one, exhibit 137, Tracy Jones talking about

17   another $228,000, as mentioned to Mitch when he answered your

18   phone.

19        Ladies and gentlemen, what's the common denominator

20   to all these e-mails?  This man.  He's in the middle of it

21   all.  He's how all the information flows.  He's how the theft

22   happens.

23        Well, look, if you're going to be wiring all this

24   money for work that's supposedly going to be done, you need a

25   fake contract, right?  You need a consulting contract.  You

1   got to have something on the books.  So that's exactly what

2   they did, and Martin Carter and Mitchell Stein created this

3   consulting contract, exhibit 96.

4        Now, if you looked on the attachment, you saw how

5   much money Martin Carter was going to get, $700,000.  He got

6   some of that in cash.  He got more than that in shares.  And

7   then if you look at the duties he was supposed to be doing.

8   Let's take a look:  Consult regarding the continual

9   development of cables; consult on software, microchip, and

10  connectivity development on the Fidelity 1000.

11       And remember who named this company, Electrical

12  Connections, this man, Mitchell Stein.  Look, you know Martin

13  Carter wasn't doing that work.  You heard him testify about

14  it.  He wasn't capable of it.  You saw him.

15       All right.  We've talked about the wires.  Let's talk

16  about the shares they stole.

17       You saw from Mr. Melley's chart, exhibit 263,

18  6,035,000 shares worth almost a million and a half dollars,

19  all issued at Mitchell Stein's direction.  You heard Tracy

20  Jones testify about it.  All lies to get money.  That work was

21  never done.

22       How did they get those shares issued?  Well,

23  invoices.  Fake invoices to go with your fake contract.

24  Exhibit 31.  This is just a couple of the invoices they sent.

25  There's one for $25,000, another one for half a million

 1    dollars a few weeks later.

 2           And you heard that Marty Carter was told by Mitchell

 3    Stein what to write in those about the fake work he had done.

 4    It was almost as if this Defendant was placing an order with

 5    Signalife for shares he could steal and sell.

 6           Now, in addition to the wires and the shares, there

 7    was another purpose to the conspiracy.  The other purpose to

 8    the conspiracy was to get information out in the market, false

 9    information, that would help support the stock price so that

10    he could have this -- he could use this very valuable asset he

11    had, his family's shares and the shares he could steal and

12    make those shares more valuable.  So how do you do that?

13           Well, why not create some fake sales.  You remember

14    the testimony of John Woodbury and some of the other

15    witnesses.  Those sales were huge.  This was a struggling

16    company, a development company.  It was a big deal.

17           So how did Martin Carter and Mitchell Stein go about

18    creating these fake sales?  Fake purchase orders.  You saw

19    those throughout the trial.  Cardiac Hospital Management,

20    exhibit 300, $1.98 million.

21           Now, the evidence is pretty clear that, I'd submit,

22    that that was all made up.  There's no Tony Nony, there's no

23    Yossi Keret.

24           But, now, how do you know that Mitchell Stein is

25    behind it?  Well, who sent the e-mail about the press release

 1    to go with the fake purchase order?  This guy right here,

 2    Mitchell Stein.  And what does he say?  The attached release

 3    is backed up by purchase order, and we are beginning to ship

 4    the units.  Not true.  A lie.

 5          It's a fact.  No, it's not.  Please make sure it is

 6    released before the market opens.  Well, you know why that

 7    was, ladies and gentlemen.  The purpose of the scheme, the

 8    lies about the purchase orders, was to support the stock price

 9    so they could manipulate the market and get more for their

10    shares.

11          Now, you may hear later on about, you know,

12    disclaimers on the bottom of these press releases and

13    disclaimers on the forms.  Ladies and gentlemen, that's just

14    all legalese designed to confuse you.  If something didn't

15    actually happen, you can't put out a press release that it

16    did.  That's lying.  It's lying to get money, and it's fraud.

17          So that's Cardiac Hospital Management.  Then we have

18    IT Healthcare, $3.3 million.  Never happened.  Totally false.

19    And how do you know Mr.~Stein was involved?  Another press

20    release from Mitchell Stein:  John, here's the press release

21    that has been approved by Lowell.  Another $3.3 million sales

22    order.

23          And then you have the second IT Healthcare one,

24    exhibit 74, and another press release:  Must be out before the

25    market opens.  Again, why is that important?  It's important

1     because he wants to affect what's happening with the stock

2     price with this false information.  His fingerprints are all

3     over this.

4          Now, look, remember Mr. Melley's chart, exhibit 262,

5     about the prices and the volume and when these press releases

6     with false information went out.  Mr. Melley told you that

7     those blue lines at the bottom, that was the volume.  Those

8     were the people trading.  Look how many shares were bought and

9     sold when that false information was in the market.  Millions

10    of shares.

11         Well, he wasn't content with just putting false

12    information in the market.  Remember, he hired Jamie Yafa.  He

13    hired Jamie Yafa, and what did he say?  He said he wanted to

14    get the stock price up.  But even here, even for this little

15    part of the scheme Mr.~Stein couldn't tell the truth.

16         Remember the e-mail to John Woodbury, exhibit 161,

17    about the 247,000 shares?  What did Mr. Yafa tell you?  Again,

18    not Mr. Carter, Mr. Yafa.  What did he tell you?  He didn't

19    have anything to do with EC or Martin Carter.  He didn't know

20    anything about heart monitors.  I think his exact words were

21    "not in a million years."

22         Well, in addition to the press releases and the fake

23    purchase orders, remember, Signalife's a public company.  They

24    file quarterly and annual reports, and we saw them, and I'm

25    sure you're sick of them.  But we're going to look at them

1    again, because in the 10-K or 10-Q that goes out that you

2    heard Mr.~Stein reviewed, those false purchase orders are in

3    there because they're a big deal.  For this company

4    struggling, purchase orders, $5 million-worth, is a big deal.

5    So that information gets into the public domain, into the

6    public filings.  There's the Q.  That's filed in the fall, and

7    then in April of 2008.  So six months later, information's

8    still out there, the same information is available in the

9    10-K.  Pending purchase orders.  It's the same information.

10         Now, remember Bryan Harris, the dentist who lost

11   $650,000?  What did he tell you about that information?  He

12   said those sales, those fake sales, the false information that

13   he put into the marketplace, it was an inflection point.  It

14   was the reason he bought.  It meant to him the company was

15   about to take off.  He relied on the truth of those filings,

16   he looked at those press releases, relied on them, and he was

17   defrauded.  He was deceived.  He was lied to, and it was lies

18   to put money in this guy's pocket.

19         Because as you saw, what was happening that whole

20   time Brian Harris is buying in the spring of 2008?  Marty

21   Carter is selling the shares they stole from Signalife.

22         Remember what his own witness told you, Jane Greene,

23   you have to be able to rely on these SEC filings.  If there

24   are lies in them, she said, would you buy?  No, you wouldn't,

25   ladies and gentlemen.

1              It's not just Jane Greene.  It's not just Martin

2     Carter.  Remember Ajay Anand told you that Mr.~Stein tried to

3     get him to lie about the IT Healthcare thing.  Remember the

4     meeting at the restaurant in California where he pulls out the

5     IT Healthcare purchase order from an envelope and asks

6     Mr. Anand to do some stuff with it?  All lies.

7              And you know it's not true, because, again,

8     exhibit 61, core of my audit committee response, talking about

9     these purchase orders that Mr.~Stein claimed Silve was

10    involved in.  What did Ajay Anand say?  Didn't happen.  It's

11    not true.  Didn't make any sense.

12             Now, who reviewed all these press releases?  Who

13    reviewed all these SEC filings?  All the information comes

14    through one point.  All flows down to him before it goes out

15    to the public.  Well, now you've got your fake purchase

16    orders, you've got your fake press releases; might need to

17    create more fake documents.  So what do they do?  They create

18    fake change of address forms to keep the scheme going.

19             So Mr.~Stein has Mr. Carter create some fake address

20    forms.  Exhibit 94, Mr.~Stein purports to send something back

21    to Lowell Harmison, but you know where it came from.  It came

22    from Mr.~Stein and Marty Carter.

23             Remember this?  President, dear Lowell Harmison,

24    we're moving to Tokyo, Japan, signed by Tony Nony.

25             Dear Mr.~Stein, we're moving to Netanya, Israel,

```
 1    signed by Yossi Keret.
 2            You heard the evidence, ladies and gentlemen, made
 3    up.  All part of the scheme to defraud, all part of the scheme
 4    to keep the stock price up, keep the fake sales in the public,
 5    keep the fake sales out there so he can make money.
 6            Now, let's remember what Mr. Carter told you about
 7    his Japan trip.  Think about the absurdity of this.  He gets a
 8    call from Mr.~Stein to come over to his house.  Stein shows up
 9    at his front door with a glove on and a sealed envelope in a
10    plastic bag.  And he says, Marty, you're going to go to Japan
11    for one day, and when you get there I want you to put on a
12    glove, go to the post office and mail this back from Japan.
13            Does that make any sense?  Does that sound like a
14    legitimate business operation?  It's not.  It's part of a
15    fraudulent scheme.
16            You heard from Mr. Carter about the information, all
17    these fake documents, the change of address forms, and some
18    others you will see.  The name Tony Nony and where it came
19    from, the name IT Healthcare and where it came from.  It came
20    from this Defendant sitting right here.
21            There's not one shred of credible evidence that these
22    people existed or these contracts actually happened.
23            Ladies and gentlemen, the judge is going to instruct
24    you that you're the judge of the facts, and it's here, and
25    here as much with the other evidence we've presented you, it's
```

1    not just this.  There's other evidence to corroborate it.  In

2    fact, the lies Mr.~Stein told will help you figure this out.

3           Remember we played all those clips about Cardiac

4    Hospital and IT Healthcare.

5           (Audio played.)

6           Ladies and gentlemen, you just saw in exhibit 94 that

7    they knew exactly who they were.  He was the one sending

8    e-mails out with the attached change of address things.  How

9    can he say that to the SEC?  He was lying.  He was lying to

10   cover up what he had done.  He was lying to cover up his

11   theft.

12          Use your common sense, ladies and gentlemen.  You

13   don't have to check it at the courthouse steps.  When people

14   lie about something like that, they're lying for a reason.

15   They're lying to cover up a fraud.

16          So we got our bogus invoices out, we got our shares

17   flowing.  Now the company's starting to ask questions.

18   Remember Tracy Jones mentioned the phantom purchase orders.

19   So naturally, John Woodbury, the SEC lawyer; and Kevin

20   Pickard, the CFO, want to send out confirmation letters, try

21   and make sure these things are actually real so they can keep

22   them on the books, which is exactly what he wants because it

23   stays in the public realm.

24          So what happens?  John Woodbury gets information

25   about where these companies are located and how to contact

1    them from Mitchell Stein.  And what did Mr. Carter tell you?

2    The telephone number he got, one of them was his buddy in

3    Cincinnati, Tim Cutters.  The other one was an 800 number that

4    Mr.~Stein had had him set up.  Well, Tim Cutter testified to

5    you about the fake shipments.  Remember what he told you?

6    He's not IT Healthcare.  His buddy, Martin Carter, asked him

7    to hold on to some boxes and he did it.  He didn't understand

8    really why; he just did it because his friend asked him to.

9    He has nothing to do with health monitors, heart monitors,

10   healthcare products or IT Healthcare.

11        The interesting thing about that part of the story,

12   the sort of fake shipping of products that Mr. Stein

13   orchestrated, Mr. Anand told you something very similar when

14   he testified.  Remember Mr. Anand said at that restaurant

15   meeting that Mr.~Stein suggested setting up a fake warehouse.

16   Well, that was all part of the scheme.  Mr. Anand wouldn't do

17   it, but Mr.~Stein got Mr. Carter to send stuff to his buddy,

18   Tim Cutter.

19        And then finally, when you can't string this out any

20   longer, I guess you have a fake cancellation.  And you

21   remember this one, exhibit 151, again from Natanya, Israel,

22   signed by Yossi Keret.  It's obvious that you aren't going to

23   be able to fill our order.  We have returned the items.

24   Completing the lie that he's been telling.

25        Again, what was the point of all of this, this very

1    elaborate scheme that they're doing?  It was to lie to

2    Signalife, to lie to the investing public so that Stein and

3    Carter could enrich themselves.  And that's exactly what they

4    did.  Well, that's at least what Mr.~Stein did, because,

5    remember, he got 85 percent of all the money.

6         Martin Carter and Mitchell Stein did all this because

7    they were partners in crime.  They were partners in a

8    conspiracy to commit mail and wire fraud.  Marty Carter told

9    you he did it because he was greedy.  So did Mitchell Stein.

10   Mitchell Stein intentionally and willfully entered into this

11   partnership to commit mail and wire fraud.  It was his plan.

12   It was his scheme.  You know this from the testimony you've

13   heard and the documents you saw.

14        Let's just talk about the lies they told.  They lied

15   to Signalife's officers and employees to get those shares DHL

16   shipped to Martin Carter.  They lied in e-mails to the audit

17   committee and the board of directors.  They lied in interstate

18   faxes to Mr. Woodbury, the CEO, and the CFO about every facet

19   of the fake purchase orders.

20        Most importantly, ladies and gentlemen, they lied to

21   investors like Bryan Harris, who invested his retirement fund,

22   believing the lies were true, through the false purchase

23   orders, false press releases and fake SEC filings Stein caused

24   the company to file.

25        And then, finally, the final act of their conspiracy

1    was lying to the SEC to cover up what they had done.  Wasn't a

2    simple scheme.  It was elaborate, it was deliberate, and it

3    was fraudulent.

4          Mitchell Stein is guilty beyond a reasonable doubt of

5    count 1, the conspiracy count.  The evidence only leads to

6    that one reasonable conclusion.

7          So now we're going to talk about what's called the

8    substantive counts, the mail fraud, the wire fraud, the money

9    laundering, counts 2 through 13 in the indictment.  The good

10   news is it's same scheme, so it's not quite as detailed an

11   explanation.  But you're going to see as we go through the

12   evidence that, again, Mitchell Stein is guilty of all of these

13   counts beyond a reasonable doubt.

14         So let's talk about mail and wire fraud.  The mail

15   and wire fraud counts are actually pretty similar.  You're

16   going to hear this from the judge.  In order to find Mr.~Stein

17   guilty of the mail and wire fraud counts you need to find that

18   he knowingly devised a scheme or participated in a scheme to

19   defraud someone using false representations.  You've seen

20   evidence of that.

21         The false representations were about a material fact.

22   We'll talk about that in a second.

23         He did so with the intent to defraud.  The whole

24   point of this, ladies and gentlemen, was lies to get money.

25   And he used or caused the use of mail or commercial interstate

1    carrier -- here DHL, those share shipments -- for the mail

2    fraud, and the wire fraud are the three faxes to help carry

3    out the scheme.

4           For both the mail fraud and the wire fraud, the,

5    judge is going to define for you a term called "material

6    fact."  It's the fact that has the capacity or natural

7    tendency to influence a person's decision.  Think about Bryan

8    Harris.  Think about the company issuing shares.  Those are

9    lies about material facts.

10          And one other thing.  The mailing and the wiring

11   don't have to be false in and of themselves.  Think about the

12   share certificate.  It's not actually a false document, it

13   just says shares.  As long as it furthers the scheme in some

14   fashion.

15          So let's look at the mail fraud counts themselves.

16   Mail fraud, counts 2 through 4:  Three deliveries of Signalife

17   stock to Martin Carter right here in South Florida.  They were

18   sent by DHL.  You heard the testimony from Tracey Jones about

19   how all that happened, how he caused that to happen.

20          We've already spent a long time talking about the

21   scheme, and I'm not going to go through it all over again, but

22   you know what the scheme was here.  Lying about work Marty

23   Carter was doing for Signalife to get Signalife to send shares

24   to Martin Carter via DHL so he could cash in when they were

25   stole; sending false invoices claiming work that was never

1    done; lying to get money, fraud.

2              So let's look at the specific counts themselves.

3              Count 2 involves a 300,000 shares sent on March 19th,

4    2008.  It was sent by DHL, you heard the testimony.  And how

5    does it further the fraudulent scheme?  Remember Mr. Melley's

6    chart.  Those 300,000 shares get deposited in Martin Carter's

7    account, they're sold along with some other shares, and

8    $461,000 in net proceeds.  The mailing of the share

9    certificate is the mail fraud.  It advances the scheme by

10   getting money to Mr.~Stein.  And you know that Mr. Carter

11   ultimately sent that money to Mr.~Stein.

12             Count 3, 390,000 shares sent via DHL on June 12th,

13   2008.  Again, how does it advance the scheme?  $261,000 in net

14   proceeds go from Mr. Carter, 85 percent of them probably end

15   up in Mr.~Stein's pocket.

16             Then Count 4, $400,000 -- 400,000 shares issued on

17   August 22nd, 2008.  It's Government's exhibit 169.  Now, we

18   talked about that canceled -- Mr. Melley talked about that

19   canceled stamp.  You know it doesn't matter for purposes of

20   this, because you saw in Mr. Melley's chart they were actually

21   deposited, actually sold.  Mr. Carter actually made a hundred

22   thousand dollars, and eventually that money got to Mr.~Stein.

23   The purpose of the scheme behind the mail fraud was to get

24   these -- was false invoices, lying about work, lying to get

25   money into Mr.~Stein's pocket.

1          And to be clear, again, it's the shipping of those

2     share certificates that's the mail fraud itself.  The selling

3     is just how it furthered the scheme.

4          Remember, how did each of these shares get in the

5     mail?  Tracy Jones told you.  She testified she'd get a call,

6     Mitchell Stein:  Send some shares to Martin Carter.  That's

7     causing the shares to be issued.  That's mail fraud.

8          So let's talk about the wire fraud counts.  The wire

9     fraud is three faxes sent from -- by Martin Carter right here

10    in Florida to John Woodbury in Calgary, Canada.  Now, the wire

11    fraud, part of the scheme that involves the wire fraud is

12    about getting the -- it's about the false purchase orders and

13    the fake sales that were helping to get the stock price up,

14    helping him sell the shares that he had stolen from Signalife.

15         And again, as the judge is going to instruct you, a

16    fact is material if a reasonable person would decide whether

17    or not to do something as a result of learning that fact.

18    Well, lies related to the fake purchase orders that you heard

19    Bryan Harris testify about, you heard John Woodbury testify

20    about, those were a big deal, huge deal for this company, an

21    inflection point for Bryan Harris.  They were material.

22         So let's see what wires we're talking about.  You

23    remember this one, exhibit 129.  It's a fax from Martin

24    Carter, the confirmation letter.  See, it says at the top,

25    Cardiac Hospital Management, from Tony Nony, confirmation

1    letter from (561)883-2479.  You know that sale never happened.

2    We've talked about that.  But this furthers the fraudulent

3    scheme, because remember, without these confirms being sent,

4    the false information wouldn't have stayed in the SEC filings,

5    and he couldn't have sold his shares the way he was planning,

6    through the manipulated market.

7           The second one, count 6, another wire the same day, a

8    fax from the same number.  This one's IT Healthcare, Yossi

9    Keret, confirming the fake purchase orders.

10          Now, ladies and gentlemen, that fax number, 561, I'm

11    sure you're familiar.  It's a South Florida area code.  Ask

12    yourself this question.  Why did two companies on opposite

13    sides of the globe, Israel and Japan, supposedly have the same

14    fax number down here in South Florida?  It's because they

15    weren't real.  It's because it was done by Martin Carter at

16    this man's direction.

17          And then the final count of the wire fraud, Count 7,

18    June 11, 2008, the cancellation we looked at earlier.  Same

19    fax number sent from right here in South Florida.

20          Mitchell Stein's guilty beyond a reasonable doubt of

21    this wire fraud.  You heard Martin Carter's testimony that he,

22    that Mitchell Stein, got him to do all these things.  He gave

23    him the info, the names, told him exactly what to do.  This

24    was his plan from the beginning.  This was how he was going to

25    make his money, how he was going to afford all those luxuries

1    and pay off all those big debts.  And you also know he's

2    behind it because remember all the times he lied to the SEC

3    about it.  Remember he sent out press releases -- we looked at

4    them earlier -- about these purchase orders, but then when

5    asked about it in the SEC, what did he say?  I have no idea

6    who these people are.  I've never heard of Cardiac Hospital

7    Management.

8          Ladies and gentlemen, from his lies to the SEC, you

9    know he's covering something up.  And what's he covering up?

10   His fraudulent scheme.  You know he intended to defraud, and

11   that's why he lied about it.

12         So that brings us to our securities fraud and our

13   money laundering counts.  I'm going to talk about those at the

14   same time, because there are two parts of -- there's a first

15   part and a second part.  So the securities fraud will have to

16   do with the sale of shares, and the money laundering has to do

17   with what happens with the proceeds of those sales.

18         So let's talk about the securities fraud

19   counts first.

20         So in order to find the Defendant guilty of

21   securities fraud, you need to find him -- that he knowingly

22   executed a scheme or artifice to defraud, he did so with the

23   intent to defraud, the scheme was in connection with the

24   securities of Signalife, and that Signalife had a class of

25   securities registered under Section 12 of the Securities and

1    Exchange of 1934.

2         Now, you know about the scheme to defraud.  You know

3    we've talked about that.  The shares were issued to Martin

4    Carter.  He shouldn't have had them.  No work was done.

5         You've heard that Mr.~Stein was behind the fake press

6    releases that influenced the market where these shares were

7    going to be sold.  By getting all those fake purchase orders

8    out there and those false SEC filings, he was trying to affect

9    the price of the stock.  That's why he hired Jamie Yafa.

10   That's why he did all these things.

11        Now, the scheme doesn't even have to be successful.

12   It doesn't even have to get the price of the stock up, as long

13   as he attempted to do so.  The point is that he lied to get

14   people to get money.  He lied to all those investors.  He lied

15   to Signalife.

16        Now, the judge is going to tell you that intent to

17   defraud means the specific intent to deceive or cheat someone,

18   usually for personal financial gain.  If you had any doubt

19   that he was intending to deceive someone for personal

20   financial gain, all you have to do is follow the money.  Where

21   did the lies go?  What ended up with that money?  No one ended

22   up with it but this guy right here, this Defendant, Mitchell

23   Stein.

24        Remember, when all this information is out there, all

25   that false information, he's having Martin Carter sell

 1    millions and millions of shares based on a market he created,

 2    a market he manipulated, a false market, one he lied about.

 3          And the final element's easy.  You heard testimony

 4    about the Section 12.  Mr. Melley testified about that.  But

 5    more importantly, you know the whole point of the scheme was

 6    to sell Signalife securities.  It was obviously in connection

 7    with the sale of Signalife securities.  That was what they

 8    had.  That was that great asset they had that they were able

 9    to sell.  It didn't just have some connection, it was the

10    whole point of the scheme.

11          That's how you find the securities fraud.  And if you

12    find he committed the securities fraud, then you're going to

13    look at the money laundering.

14          So the elements of the money laundering are that

15    Mitchell Stein knowingly engaged or attempted to engage in a

16    monetary transaction.  That just means~-- the judge will

17    instruct you about this.  The monetary transaction is the

18    movement of money through a bank or financial institution.

19          He knew the transactions involved funds that were the

20    proceeds of some criminal activity.  Ladies and gentlemen,

21    that's easy.  You know about the fraudulent scheme.  We've

22    been talking about it for almost an hour.

23          The property had a value of more than $10,000.  Well,

24    you're going to see that each one of these transfers was more

25    than $10,000.

1          The property was, in fact, proceeds of mail fraud,

2     wire fraud or securities fraud.  Again, you're going to see

3     that each one of these transfers was the proceeds from the

4     securities fraud part of the scheme.

5          And that the transactions took place in the United

6     States.  The brokerage account that Mr. Carter had, the bank

7     accounts, they were all domestic.

8          So really, the only element that you need to spend a

9     lot of time on with the money laundering once you find the

10    securities fraud is, did he know these were the proceeds of

11    some of criminal activity.  Ladies and gentlemen, of course he

12    knew.  It was his criminal activity.  He put the whole scheme

13    in motion.  Fake press releases and false purchase orders,

14    fake consulting contracts.  He knew he caused those shares to

15    be issued to Martin Carter for work he wasn't entitled to.

16    And you know all this, because if you follow the money, it

17    goes right back to Mitchell Stein.

18          So let's look at the specific counts.  You saw

19    Inspector Clark's chart, and now you may understand why

20    there's two counts on one chart.  Count 8 is the sale of those

21    50,148 shares.  That's the securities fraud count based on the

22    false information in the market, sales in connection with a

23    fraudulent scheme.  And then the transfer, that generates

24    $19,755.10, which is then transferred from the Five

25    Investments Partnership account into Mitchell Stein's bank

account.  Count 11, that transfer is the monetary transaction

we're talking about.  That's your money laundering count.

Counts 9 and 12.  Count 9 is the securities fraud.

Count 12 is the corresponding money laundering count.  The

sale by Martin Carter of 52,550 shares that, as you know, he

wasn't even supposed to have because he didn't even do the

work.  But then he sold them into this market they created.

That's -- remember, that's the time period when the false

information's out there.  It generates $36,387.55.  And then

the money laundering count, count 12, is that transfer of

$34,000 into Mitchell Stein's bank account.

And the last set, count 10 and count 13.  Again,

sales by Martin Carter of shares that were part of the

fraudulent scheme to get him the shares into a market that

this man manipulated with false information, generating

$115,819.98, which is then transferred in two bounces, 105,000

into Martin Carter's account, and then the transfer to

Mitchell Stein's bank account is count 13.  And you heard

about -- heard the testimony about why there was the separate

bank account.  Inspector Clark talked about that.

So that gets us to our final count, the conspiracy to

obstruct justice.  Now, you've already -- you're going to hear

from the judge about two conspiracies.  There's the first

conspiracy, the conspiracy to commit mail and wire fraud, and

then there is a second conspiracy, the conspiracy to obstruct

1    justice.  He conspired in both cases with Martin Carter.  But

2    this is a separate count, has slightly different elements.  So

3    let's look at those.

4           So in order to find the Defendant guilty of the

5    conspiracy to obstruct justice, you're going to have to find

6    that Mitchell Stein and another, Martin Carter, agreed to

7    accomplish the shared and unlawful plan to obstruct justice.

8           That he, Mitchell Stein, knew the unlawful purpose of

9    the plan and willfully joined it.  And again here, ladies and

10   gentlemen, you know he knew the unlawful purpose of the plan.

11   It was his plan.

12          That he or Martin Carter took or did at least one

13   overt act as described in the indictment.  And we'll talk

14   about that in a second.

15          And that act, that overt act, was committed at or

16   about the time alleged and with the purpose of carrying out or

17   accomplishing some object of the conspiracy.

18          Now this gets into a little bit of legalese, and I

19   apologize, but the object of the conspiracy to obstruct

20   justice.  There's a section in the code called 18 U.S.C.,

21   1505.  It basically says it's a crime to lie to the SEC in a

22   pending proceeding.  It's a crime to try to influence or

23   obstruct the due administration of justice, knowingly trying

24   to influence or obstruct a pending proceeding before the SEC,

25   the Securities and Exchange Commission, is an obstruction if

```
 1    done corruptly.

 2            And then the judge is going to tell you what that

 3    term means, corruptly.  It means to act voluntarily,

 4    deliberately, and dishonestly with the specific intent to

 5    sway, change or prevent some action likely to be taken in the

 6    SEC proceeding.

 7            Very plainly, ladies and gentlemen, what this all

 8    means is you need to figure out, did Mr.~Stein knowingly agree

 9    with Mr. Carter to lie to the SEC about the Signalife

10    investigation.  And you know that's exactly what happened,

11    because you remember the testimony from Martin Carter.  One of

12    those overt acts was the meeting at the restaurant in Boca

13    Raton, Florida, where they did this.  Remember exhibit 238,

14    the placemat?  Mr.~Stein wrote down -- had Marty Carter write

15    down exactly what he wanted him to lie to the SEC about.

16            THE COURT:  You've used 55 minutes.

17            MR. MUHLENDORF:  Remember, the object of this, the

18    point of this conspiracy to obstruct justice was to lie to the

19    SEC to throw them off the trail because through all these lies

20    that Mitchell Stein told to the public and everyone, the SEC

21    started to figure out something was amiss, so they're

22    investigating.

23            Remember he testified falsely, he had Martin Carter

24    testify falsely.  The whole point, the object, the whole point

25    of this was to cover up what he had done, all the lies he had
```

```
 1    told, all the money he had stolen.

 2           It was all done with the specific intent to change or

 3    sway the SEC, to keep them from figuring out what he had done

 4    and charging him with fraud.  What that means, ladies and

 5    gentlemen, it was done corruptly.

 6           So they had that meeting in Boca, and then they went

 7    together -- well, Mr. Carter took the train, but then they

 8    stayed together in Washington, D.C.  Remember that testimony.

 9    And this man, this purported attorney of Martin Carter's,

10    walked him into the SEC and had him lie over and over again,

11    tell the lies that he had him tell at that -- had him write

12    down at that restaurant in Boca.

13           You heard Mr. Carter testify about that, and you

14    heard the clips about his own lies, also part of the

15    conspiracy to obstruct justice.  Over, and over, and over

16    again he lied to the SEC without shame, without correction.

17    It was intentional, it was deliberate.  It makes him guilty of

18    the conspiracy to obstruct justice.

19           There should be no doubt in your mind when you look

20    back at this evidence, ladies and gentlemen, that he's guilty

21    beyond a reasonable doubt of that conspiracy.

22           Ladies and gentlemen, I submit to you that from the

23    lies that we've just been talking about, the lies that he had

24    Martin Carter tell, the lies he told the SEC, the lies in the

25    purchase orders, the lies in the SEC filings, you can tell a
```

```
 1    lot.  You can tell that this man had the criminal intent to
 2    commit fraud.  He had the criminal intent required for each
 3    and every one of the charges in the indictment.  Why go to
 4    this elaborate ruse, writing out false answers unless you're
 5    trying to hid something?
 6           And he was trying to hid something.  He was trying to
 7    hide what he had done over all those years.  He was trying to
 8    hide the massive fraud, the money, and the shares he had
 9    stolen, the fraud he committed through his lies against
10    Signalife, its officers, employees and all of its investors.
11           Before I wrap up, I want to talk about just a couple
12    things.  We told you at the beginning of this case it was not
13    about that device.  Remember the device he kept waving around
14    every once in a while in court.  And as you saw, it had
15    nothing to do with that.  It's about lies to get money.
16    Whether that device worked or not doesn't matter.
17           It might have been the best thing since sliced bread.
18    But you still can't lie about selling it.  You still can't lie
19    to the SEC about it.
20           At the end of the day, this Defendant, pretending to
21    be the company's attorney, pretending to be Martin Carter's
22    friend, set out to do one thing, and one thing only, enrich
23    himself.  He didn't care about anyone who trusted him, like
24    Martin Carter, Mark Nevdahl, John Woodbury.  All he cared
25    about was himself in perpetrating these lies, trying to steal
```

```
 1    as much as he could from Signalife and its investors.  All he
 2    cared about was lying to get money.  All he cared about was
 3    his fraud.
 4          The evidence presented to you over the last two weeks
 5    calls for one verdict, and one verdict only, that this man,
 6    Mitchell J. Stein, is guilty beyond a reasonable doubt of each
 7    and every one of the counts in the indictment for which he's
 8    charged.  And that's what we're asking you to do, ladies and
 9    gentlemen.  When you go back and deliberate, come back out
10    here and return a verdict of guilty of each of the 14 counts.
11          Thank you.
12          THE COURT:  Thank you, Mr. Muhlendorf.
13          Ladies and gentlemen, before we hear from Mr. Stein,
14    we'll take a short recess.  Please leave your notes and
15    everything at your seat.  Don't discuss the case.  Irene is
16    going to provide you with menus.  I'm going to ask you to
17    order lunch.  We'll provide you with lunch today during your
18    deliberations so you won't have to go out and get lunch.  So
19    if you could take the time to make your menu selections, and
20    then we'll get you back in here in about 10 to 15 minutes.
21    Thank you.
22       (The jury exits the courtroom.)
23          THE COURT:  All right.  We'll see you in about 10 or
24    15 minutes.  If you want to move that easel over there, go
25    ahead, Mr.~Stein.
```

```
 1              MR. STEIN:  Thank you, Your Honor.

 2              MR. STIEGLITZ:  Thank you, Your Honor.

 3         (A recess was taken from 10:14 a.m. to 10:26 a. m., after

 4     which the following proceedings were had:)

 5              THE COURT:  Please be seated, everyone.

 6              Mr.~Stein, you ready?

 7              MR. STEIN:  Yes, I have a handout that he's going to

 8     give to the jurors, and I have one for the Court.

 9              THE COURT:  Okay.  Thank you.

10              Who's going to give the handout?

11              MR. STEIN:  This gentleman, I think.

12              THE COURT:  All right.  Let's bring the jury in.

13              Is the Government ready?

14              MR. STIEGLITZ:  Yes, Your Honor.  I was just

15     inquiring of Mr.~Stein if there was an extra copy for us, but

16     that's all right.  We'll be okay.

17              THE COURT:  You don't have a copy for them?  They can

18     have my copy.  I'd rather they have it than I have it.  I'm

19     not going to get up and make any arguments.

20              Let's bring the jury in.

21         (The jury enters the courtroom, after which the following

22     proceedings were had:)

23              THE COURT:  Welcome back, everyone.  Please be

24     seated, ladies and gentlemen.

25              We're now going to hear from Mr.~Stein.
```

```
 1            Mr.~Stein, you may proceed.

 2            MR. STEIN:  Thank you, Your Honor.

 3            Judge Marra, Mr. Muhlendorf, Mr. Stieglitz, and

 4    ladies and gentlemen of the jury, it's, as you can imagine,

 5    difficult to sit here and be called a liar and a thief and not

 6    respond with emotion.  I guess that's why they comment that a

 7    lawyer who represents himself has a fool for a client.

 8            But Judge Marra has told you that nothing said in

 9    closing arguments is evidence, so I'm here as a lawyer only,

10    although I may have some emotion equivalent to

11    Mr. Muhlendorf's emotion before it's over.  We'll pass out to

12    you a number of exhibits and evidence in this case, and

13    there's just a few of them, and they're tabbed for you.

14            Before we go into some of these exhibits, and some of

15    them are blown up, they're in evidence, they have not been

16    talked about by the prosecution in their summation.  The

17    prosecution suggested that I lied in my SEC transcripts or in

18    the four volumes of SEC testimony.  The Court will instruct

19    you on what a lie is and what obstruction of justice is, but

20    in four volumes of the SEC testimony, to the extent that

21    Mr. Muhlendorf suggested to you that I said I didn't know who

22    Ajay Anand is, you'll be able to read the extensive testimony

23    about who I knew he was.

24            Mr. Muhlendorf suggested that I lied to the audit

25    committee, but there's no evidence in this case that I ever
```

1  talked to the audit committee.  I interacted with John

2  Woodbury, the one memo he showed.  And Mr. Muhlendorf said

3  that I defrauded Signalife, but there's not a shred of

4  evidence from any officer, former officer, director, former

5  director of Signalife that they agree with him.  There's

6  testimony by Signalife's counsel, whose duty it was to

7  interact with the company.  And even that testimony, as we

8  will now see, is not credible and is contrary to the public

9  filings in the case.

10         The SEC transcripts are Government's exhibits 214, et

11  al.  There's four transcripts of them.  The Government has

12  played you snippets of my testimony.  Judge Marra will explain

13  to you what you're supposed to do in determining whether or

14  not I lied to the SEC.  And it's not just to look at snippets.

15         I'm going to separate this closing into acts.  Act

16  one is the pre-introduction or the trick of 2002 versus 2005

17  versus 2008, because you all know that the company was started

18  with the Fidelity 100 device in 2002.

19         And I'd ask that you look at the first, which is

20  exhibit 78, excerpts, and you'll have those in the jury room

21  with you, exhibit 78 in your binders that you have with you.

22         As of -- and this is the 10-K in exhibit 78.  And

23  it's as of 2000 -- for the year 2005, and it says, and it's

24  somewhat small because these SEC filings are somewhat long,

25  but it says:  ARC Finance Group, LLC, is the beneficial holder

1    of approximately 57 percent of our common stock outstanding as

2    of March 24, 2006.

3           ARC Finance Group is principally owned and controlled

4    by Ms. Tracey Hampton.  ARC Finance Group has the ability to

5    elect a majority of our board of directors and thereby control

6    our corporation.  ARC Finance Group also has the ability to

7    control the outcome of corporate actions requiring shareholder

8    approval, including mergers and other changes of corporate

9    control, going private transactions and other extraordinary

10   transactions.

11          We're now going to put on the screen paragraphs 1 and

12   2 of the indictment that you'll be given to go back to the

13   jury room in this case.  And what it says -- and paragraph 2,

14   as you can see, says that ARC Finance Group was formed in

15   2002, 85 percent of the stock.  By 2006, you can see it had

16   57 percent of the stock.  Why does the indictment talk about

17   2002?  Because in his opening statement, Mr. Stieglitz said

18   that with a majority of shares, I could throw my weight around

19   at the company.

20          Well, by 2006, which is before the main period that

21   the Government objects about, there was less weight throwing

22   that could be done.  The company had already been reduced from

23   85 percent ownership to 57 percent ownership.  That's

24   undisputed.  You'll have other public filings to show the

25   remaining dilution of the company, which as you saw in the

 1   evidence, ended up going to nothing from 19 million shares.

 2          But let's presume for a moment that Mr. Stieglitz is

 3   correct, whether it's 85 percent or 57 percent or whatever,

 4   that I had the ability to throw my weight around at the

 5   company.  The testimony here was I think clear, but it will be

 6   judged by you, that the company in 2005 raised a lot of money.

 7   I think Ms. Greene testified $7 million as a figure, but your

 8   recollections will control.

 9          So if you're to believe the Government's story, which

10   is that I was desperate in 2005 or 2006 or what have you, why

11   didn't under the -- under exhibit 78 and the disclosed ability

12   to control the company, why didn't I come in, take control of

13   the company and pay myself whatever I wanted?  Because I'm not

14   the former principal deputy of the Food and Drug

15   Administration, and because this is a complex heart device.

16          Could I have done it?  According to the Government, I

17   did do it in a different way.  But it makes no sense at the

18   outset for you to believe for a second that the disclosure in

19   exhibit 78 that you have wouldn't have led me, after I

20   assisted the company as the evidence showed, in raising

21   $7 million, or whatever the figures were testified to, didn't

22   just come into the company and run the company, or come into

23   the company and charge exorbitant legal fees or even

24   reasonable legal fees.

25          We all know how expensive lawyers are.  There's no

```
 1    evidence I did any of that.  There's evidence that the MGM had
 2    been after me since 2001.  Ms. McEwin testified to that.  I
 3    lost a lot of money, made mistakes, and I'm obviously
 4    eccentric, can't fix my rear view mirror in my car.  Those
 5    things are not crimes.  Those things are reality.
 6           The MGM thing is a terrible mistake for which you've
 7    heard that I'm paying for it.  I'm in Chapter 11 bankruptcy as
 8    my own trustee.
 9           Why does the indictment say 2002 and then say 2005,
10    and why are they showing you pictures of a jet, and why are
11    they telling you about the MGM?  It's to make me look bad, and
12    I look bad from those things.  But they're not crimes, and
13    they're not close to crimes.
14           And the Government, in fairness to Mr. Muhlendorf,
15    articulately laid out for you what is a crime, and it has to
16    do with disclosures in the public filings.  It doesn't have to
17    do with planes, it doesn't have to do with peanuts, it doesn't
18    have to do with rearview mirrors.  It has to do with
19    disclosures.
20           And you heard testimony from John Woodbury that
21    notwithstanding whatever weight I threw around, I didn't file
22    the public filings.  He, as he said, and I think you recall
23    this, but you're the judge, pushed the button, and he was the
24    securities counsel and he made the filings.
25           In fact, he complained, and when you read the
```

 1   indictment, you'll see that he couldn't make the filings

 2   accurately because I lied to him.

 3          Well, let's think about that for a minute.  I mean,

 4   just ponder that for a minute.  Let's suppose I did lie to him

 5   and that I wasn't lied to by some of these witnesses who

 6   changed their answers 30 seconds apart, which I'll

 7   unfortunately have to go into.  Like Mr. Carter.  But let's

 8   just suppose I lied to him.  He had a CEO, first, Pam Bunes,

 9   who Ms. Greene said she was incompetent, but she was a human

10   being.  She wasn't a fake human being.  And then Dr. Lowell

11   Harmison, the former principal deputy of the Food and Drug

12   Administration.  And then Rowland Perkins.  And then he had a

13   board of directors.

14          And if you go to exhibit 78, back to it, you'll see

15   on the next page who those people were as of that date:  The

16   management, who John Woodbury was supposed to go to if he felt

17   there was something untoward.  Which, I'm not saying he did as

18   of 2006, but this is the way the company is run.  Pamela

19   Bunes, Rodney Hildebrandt, Budimir Drakulic, Robert Shern.

20   Some of these names you've heard.  Some of them you haven't

21   heard.

22          And, again, this is Bates stamped 2547 of exhibit 78.

23          Lowell Harmison, Ellsworth Roston, Jennifer Black,

24   Norma Provencio, and Rowland Perkins.

25          There's not a shred of evidence that any of those

people in 2006 or otherwise believed that there was anything
untoward happening in the company.  I'll show you what, in
fact, was the disclosure regarding everything at the period
that the Government's complaining about.  But this goes back
to 2002 and 2005, and I think it's fair for you to ask
yourselves why, about going back and showing you the airplane.
They said they had a good reason for it.  They said they were
doing it because I was desperate.  But the testimony was that
in 2008 I put a million dollars into Five Investments
Partnership, which for a minute wasn't Five Knights
Partnership, and then on recross, Mr. Carter testified, I
believe you will find, that they were the same company.

          The Government's overarching claim is that this was a
matter of greed, but my family undisputedly had 23 million and
19 million shares after the registration statement.  That's a
lot of shares, and there's no evidence that any of those
shares were sold, hypothecated, which means loaned or
whatever, or anything.  So if my family was greedy and having
the right to do whatever it wanted with its shares, why didn't
it?  Why did it ride the shares down to nothing?

          Would you have liked to have seen more evidence about
that?  If you would have, that's the first red flag of
reasonable doubt.  It's the first red flag that, my goodness,
these people had the shares, they had control of the company,
according to the Government, and they didn't sell more than

1    3.5 million shares for a decade, or eight years or whatever

2    the period is?  That doesn't sound to me like greed, it sounds

3    more like stupidity or dreaming of what the technology can do

4    or will do.  But it's undisputed that as of now, it's not

5    19 million shares, it's not 9 million shares, it's not 900,000

6    shares.

7              If you look further at exhibit 78, and it's only a

8    three-page exhibit -- or, excuse me, it is a four-page

9    exhibit, but when you go into the jury room it's about that

10   thick.  So I apologize for the length of SEC filings.  But if

11   you look at it on Bates stamp number 2650, you'll see that the

12   officers and directors have to sign these documents, file them

13   with the SEC, and they're the disclosures that go to the

14   public.  And the public is supposed to rely on these

15   disclosures.

16             The Government's claim is that these disclosures and

17   the press releases and everything were inaccurate, and then

18   their claim is that Martin Carter and Ajay Anand told you the

19   truth, and I enriched myself to the tune of $3.5 million, when

20   the family had 19 million shares, which you will see in the

21   filings were worth far more than that, like eight times.  But

22   you'll be the judge of that, can read the filings, it

23   discusses the stock price in this filing, exhibit 78 of

24   defendants, and in other filings.

25             And in fairness to the Government, they've given you

```
 1    filings, and they all discuss what the stock price was during

 2    the period.  So you can multiply 19 million times the stock

 3    price and see what was not being done by these so-called

 4    greedy people.

 5            I think we need to focus now obviously on the

 6    beginning.  What the Government says are facts that should

 7    lead me to be guilty of 14 counts of criminal fraud are not

 8    facts.  But the persons who will decide whether they are facts

 9    are each of you.  These facts were mostly testified to by Ajay

10    Anand and Martin Carter.

11            Mr. Anand admitted that he thought his plea bargain

12    agreement was false and called his lawyer about it two weeks

13    before he testified.  That's what he testified to on direct.

14    You remember that, I'm sure.  Or you don't.  Then he said on

15    redirect that I tricked him into testifying to that, in this

16    courtroom in front of you, that I tricked him into testifying

17    to that.  You witnessed this, I believe.

18            How could I possibly trick him last week into calling

19    his lawyer three weeks ago to tell him that his plea bargain

20    agreement might be false?  How could I trick him in court to

21    call his lawyer three weeks before, when I had undisputedly

22    not talked to him?  He told you a falsehood on the stand about

23    his plea agreement.  That is a -- that is a -- the highest

24    indicia of dishonesty, and I will read you the jury

25    instructions regarding that:
```

1          It's the highest indicia.  I mean, plea bargain

2     witnesses are supposed to be distrusted, but you should

3     believe their testimony if you find it credible.  However,

4     when they lie right in front of you about their very plea

5     bargain agreement, that's serious.

6          And that's what Mr. Anand did.  Did he call his

7     lawyer three weeks earlier?  I mean, either way, it's a

8     problem.  If he called his lawyer three weeks earlier because

9     he really thought he lied in his plea bargain agreement, then

10    he lied in his plea bargain agreement, which is a crime, which

11    he said would cause the agreement to be ripped up and would

12    cause all these other things to happen.

13         But you know he didn't call his lawyer three weeks

14    ago.  He just said that.  If he didn't call his lawyer three

15    weeks ago, then he lied to you on the stand.  And the

16    Government's asking you to believe everything else he says

17    when he either violated his plea bargain agreement or lied to

18    you about calling his lawyer.  It can't be anything else other

19    than those two things, and we'll go into that shortly.

20         Mr. Carter was worse.  He produced to the Department

21    of Justice -- and I don't think it's the Department of

22    Justice's fault -- an e-mail which allegedly contains forms

23    that he says I sent him before he went on one of his trips

24    overseas.  He went to California to Ventrex, he went all these

25    different places, but he didn't work for the company.  Before

1     he went overseas, he produced an e-mail in which I assumingly

2     gave him these forms.  But on cross-examination I showed you

3     an e-mail and I showed him an e-mail that was earlier, in

4     which he sent me the forms, and he didn't deny sending it.

5              I then asked him if a lawyer by the name of

6     Mr. Armpriester (phonetic) worked with him with those forms,

7     and he said he just doesn't remember.

8              Well, I think you should fairly ask yourself why it

9     is that Mr. Carter forgot to give the DOJ to the point that

10    they didn't even show it to you, his e-mail to me enclosing

11    his forms.

12             They showed you a later e-mail as if that's what

13    happened, but that's not what happened.  And we'll show you

14    those e-mails.  It's on the screen right now.  This e-mail has

15    three attachments on it.  It's sent by Mr. Carter to me, and

16    each of those attachments he did not deny -- he said he didn't

17    remember -- that he worked with Mr. Armpriester, a lawyer, in

18    sending those to me.  He just didn't remember.

19             The judge will instruct you on what is meant by "I

20    don't remember" and what inferences you're allowed to draw.

21    That doesn't mean Mr. Carter was lying.  It just means a

22    witness who continually doesn't remember important things and

23    also has a plea bargain agreement might be someone that might

24    raise a red flag for you.

25             Let's talk about the reality of what the public

1    filings were.  In a criminal case like this, I don't have to

2    prove anything, but we introduced over 400 exhibits.  And I'd

3    like you to turn, if you could, next in your binder or your

4    bear clip thing to -- just bear with me one moment -- to

5    exhibit 412.  It's just one page, but when you get to 412 in

6    the jury room, it's going to be 200 pages.  Again, I apologize

7    for that.

8         This -- and you have it in front of you, and it's

9    very small.  This is the SEC filing form, SB2, dated in

10   December of 2007.  Now we're right at the heart of the period

11   the Government claims I defrauded the company and the company

12   defrauded the market because I defrauded the company.  We're

13   right in the heart of it.  2007, December is after these

14   purchase orders were signed.  It's just simply a reality, and

15   you'll recall the testimony.  And in this filing, the SEC, in

16   exhibits 414, declared this filing effective.  And you have

17   that in evidence.

18        What exactly was the company doing from a sales

19   standpoint in December of 2007?

20        The Government claims that it had these purchase

21   orders and it was lying to the public.  But let's read aloud

22   what the company said.  John Woodbury drafted this.  And there

23   is no evidence that I gave him this language at all; there's

24   not a shred of evidence.  In fact, the Government never even

25   asked him.  So let's read what the company was doing.

```
 1              It says:  Our initial marketing efforts -- and

 2      remember the Silve Group?  Remember the person in Mexico.

 3      Remember everything that the Government has proven and see if

 4      it's not accurately described here by the company.

 5              Our initial marketing efforts for the Fidelity 100

 6      since its introduction have been extremely limited to date,

 7      principally due to performance issues with third-party

 8      distributors and sales agents to whom we originally delegated

 9      sales authority, our limited internal sales and marketing

10      support functions and personnel, and the focus of prior

11      management and other activities.  We have recently launched a

12      company-sponsored program.

13              Let's just stop right there.  Did the Government ever

14      ask John Woodbury about a company-sponsored program?  This is

15      really simple.  And the stakes are high.  Did he ever ask him

16      about a company-sponsored sales program?  The answer is, I

17      believe no.  You're the arbiters of the evidence, if you

18      recall something different, then I'm wrong.

19              You know John Woodbury wasn't asked about a

20      company-sponsored program.  The Government led you to believe

21      that all these press releases were with outside companies.

22      Now you're seeing for the first time, because this is such a

23      lengthy exhibit, the Government didn't ask about it, this was

24      a company-sponsored program.  And we'll continue to read.

25              Who is responsible for that?  To aggressively market
```

 1    and promote the Fidelity 100 -- and I think we're all clear,

 2    and it isn't about the device, but we all know that's what

 3    this is.  I think we can all agree on that.  It's still FDA

 4    approved, cleared -- in which we'll rely upon new senior

 5    management and directors consisting of Dr. Lowell T. Harmison.

 6    Was he here?  He couldn't be.  Unfortunately, he's deceased.

 7    The president and chief operating officer and director of

 8    Signalife.  And Drs. Steven Phillips, Robert Windom and Jay

 9    Johnson, directors of Signalife, taking the initiative to

10    personally market the Fidelity 100 to selective cardiac

11    hospitals in the United States and selected physicians and

12    physician groups to whom they have preexisting relationships

13    and entrées to top management decision-makers.

14         Did you hear any evidence in this trial regarding

15    this in the December of 2007 about Steven Phillips, Robert

16    Windom and Jay Johnson interacting with Cardiac Hospital

17    Management or anybody?  Did you hear anything regarding it?

18    No.  Do you feel like you would have liked to have heard

19    something about it?  You're the arbiters of that.  But if you

20    didn't hear anything about it and it's in a key public filing

21    declared effective by the SEC, should it raise a red flag to

22    you?  Are you confused?  Am I confused?

23         Let's keep reading.

24         Given their prominent reputations in the industry,

25    Signalife believes Drs. Harmison, Phillips, Windom, and

1    Johnson -- remember, it's not just one person.  It's not like

2    Lowell Harmison, who the Government hasn't alleged was a

3    conspirator, and me were doing something.  This is more.  This

4    is four doctors -- will be able to cut through red tape to

5    more quickly demonstrate the prominent~-- the benefits of the

6    product and procure purchase orders, thereby in kickstarting

7    sales and achieving market acceptance of the Fidelity 100

8    heart monitor as the state of the art heart monitor, given

9    that Doctors Harmison, Phillips, Windom, and Johnson -- and

10   then it's a mistake.  It says "and have" -- have extensive

11   experience in one or more different but complementary medical

12   areas that will use the Signalife Fidelity 100 heart monitor

13   for slightly different purposes and benefits, cardiology,

14   internal medicine, and cardiac surgery.

15         Signalife will have the ability to better address

16   physician concerns in each such area.

17         Obviously there were four doctors in charge of this.

18   Did Mr. Woodbury ever testify to his discussions with any of

19   these four doctors who were on the board of the company at

20   this time?  No.  Should he have?  You're the arbiters of that.

21         The judge will describe to you what the rules are.

22   But one of the those rules is to use your common sense.  If

23   you were drafting these filings and the company had finished

24   completion of the device and was about to market it and you

25   were the counsel, wouldn't you want to talk to the board about

```
 1    what was happening with the company?  It's not -- it's common

 2    sense.

 3              Before we keep reading, it does get somewhat boring,

 4    although it's important to this case, let's go back up to the

 5    first sentence again of the marketing and distribution

 6    strategy.  Our initial marketing efforts for the Fidelity 100

 7    since its introduction have been extremely limited to date

 8    principally due to performance issues with third-party

 9    distributors and sales agents to whom we originally delegated

10    sales authority.

11              Did you hear testimony that there were issues with

12    third party distributors and sales agents?  Of course you did.

13    You heard about the Silve Group, notwithstanding 125

14    communications with, I think you heard Rajiv Singh, who was

15    working with the company, the company proved that the Silve

16    Group didn't do anything but I think the testimony was sell

17    one unit.

18              And the issue here is whether the public knew this.

19    And it's disclosed in the first paragraph of this section.

20    There's no evidence it was me that disclosed it.  It was

21    disclosed in the ordinary course of business.  And this is a

22    very important filing, because press releases are not declared

23    effective by the SEC.  10-Ks are not declared effective by the

24    SEC, not in writing.  10-Qs are not declared effective, but

25    this document in exhibit 214 was declared effective by the
```

1    SEC.  And that's an in exhibit 414.  This is exhibit 412.

2         We'll be coming back to this throughout the trial,

3    and it should raise a red flag to you about whether or not

4    there really were any false disclosures or whether or not this

5    was a company that had completed the development of the

6    Fidelity 100, was moving it into the market and, upon moving

7    it into the market, had the normal hiccups that any company

8    would have, and then disclosed them in this SB2 at the end of

9    December 2007.

10        With this SB2 at the end of 2007, the issue is not

11   about Martin Carter.  We're going to get into him

12   unfortunately in great detail, and Ajay Anand unfortunately in

13   great detail.  This is about John Woodbury who came in here

14   and testified before you.  What did John Woodbury say about

15   the disclosures in the public?  That they were off, they were

16   wrong, they were lies, they were incorrect.  That's what he

17   said.

18        But he filed this document.  What about this

19   document, and we'll go through other ones, is incorrect as of

20   the end of 2007?  Nothing, from the testimony you've heard.

21   In fact, the issues with the Silve Group to the extent that

22   it's inferred or you believe they weren't disclosed, it talks

23   about issues with third party distributors.  And Mr. Anand

24   testified that that's what the Silve Group was, a third party

25   middleman, later called reseller, distributor in other

1    testimony, which you may recall.

2            But did John Woodbury ever talk about this document?

3    Did he ever take this document and say, I'm going to explain

4    to you why this document says this, but the press releases say

5    that.  And I'm going to tell you why Mitch Stein, this person

6    who is this greedy to take $3 million and forego 19 million

7    shares, why Mitch Stein drafted this and why this is

8    inaccurate.

9            This is a reality.  This exists.  It wasn't talked

10   about by Mr. Woodbury and it wasn't talked about by anyone,

11   but it is in evidence, because it is one of the public filings

12   of the company and one of the few that were declared effective

13   by the Securities and Exchange Commission.

14           This document in and itself is reasonable doubt.

15   I'll go through the purchase orders.  I'll go through these

16   people and Mr. Carter's trips.  But this document explains

17   what was happening, and this document's not the only document

18   that explains what was happening.

19           The public -- the Government says, well, there were

20   false press releases that either did or didn't pertain to

21   this.  They never brought this up.  And so the false press

22   releases caused people to buy stock, and Mr.~Stein enriched

23   himself through the buying of stock.

24           Well, that's interesting.  Let's look at these false

25   press releases, supposed false press releases for a moment.

1          Here's one of them.  You remember this, right?

2          Signalife achieves 1.98 million sales orders thus

3    far.  It's a press release, and it's Government exhibit 69.

4    So you need not -- you need not have me walk around with this

5    board, because it's number 69 in your pile.

6          What does exhibit 69 say at the bottom?  It's

7    highlighted.  It says statements in this release that are not

8    strictly historical are forward-looking statements.

9    Forward-looking statements involve known and unknown risks,

10   which may cause Signalife's actual results in the future to

11   differ materially from expected results.

12          Is the public supposed to ignore this sentence?  Is

13   this sentence in typeset so that only a person with 10-10

14   vision can read it?  No.  This is in the exact same size

15   language as the rest of the press release.

16          But, you know, if that were just it, correctly as

17   Mr. Muhlendorf just said, maybe the press release is

18   misleading, although it was issued in 2007 in September and

19   this is in December talking about the company and not even

20   talking about this.

21          But this goes on, and what it goes on to is the key

22   to this entire case.  We're talking about proof beyond a

23   reasonable doubt, and I'm going to give you a metaphor of what

24   I think that means, and if the doesn't government doesn't like

25   the metaphor, they'll object or give you another metaphor.

1          But at the bottom of this it says, these risks --

2     they're talking about risks here.  So an investor is reading

3     this knowing about risks.  These risks are qualified in their

4     entirety.  They're not like partially qualified.  It's not in

5     fine print.  They're qualified in their entirety by cautionary

6     language and risk factors set forth and to be further

7     described in Signalife's filings with the Securities and

8     Exchange Commission.

9          And what happened after this was filed?  There was a

10    filing with the Securities and Exchange Commission that said

11    there were issues with third party distributors and said it

12    was a company-sponsored program.  And you are -- and I

13    understand many people during a trial have already made up

14    their mind by the time of closing argument, and you have a

15    right to do that.  You have a right to believe or disbelieve

16    the evidence.  You're supposed to.

17         But in all fairness, can you say beyond a reasonable

18    doubt that the public shouldn't have looked at the public

19    filing that came out three months later that said we have

20    issues with our distributors, and that therefore beyond a

21    reasonable doubt, Mitchell Stein put all this together,

22    including the public filing that took it away, and he should

23    be guilty of 14 counts of fraud beyond a reasonable doubt?

24         Let's discuss for a minute the concept of reasonable

25    doubt, which the judge will instruct you on and which his

1    instructions control.  But let's just discuss it for a minute,

2    because even as a lawyer, sometimes we all get confused

3    because legalese is sometimes confusing, although I think the

4    instructions are pretty clear.  Sometimes it's confusing.

5            Imagine you're driving in your car, and it's raining,

6    or it's snowing, any of you have ever been in snow, and the

7    car begins to slide and hydroplane out of control.  These new

8    cars, they have antiskid devices in them, right?  So the car's

9    skidding out of control, and you get concerned, and

10    everything's out of control, and then suddenly the wheel~--

11    the tire hits and you get your traction back.  That's the

12    United States jury system.  It's getting the traction back in

13    the middle of a dispute.

14            There's definitely a big dispute here involving heavy

15    stakes, and the jury system provides you with full power to

16    have -- enforce that wheel, that tire, to get that traction.

17    Whether you return a verdict of guilty or not guilty, nobody's

18    going to blame you, nobody's going to criticize you, any of

19    you.  Nobody's going to do anything.  Nothing's going to

20    happen to you.

21            That is what separates this country from every other

22    country.  This country, we have in a criminal case involved

23    with this type of stakes, the right to a jury trial.

24            And I would submit to you, before we go any further,

25    which I'm going to go through everything, that the SB2, which

1    is exhibit 412, and the language in it, and each press

2    release, which says, by the way, look at our public filings

3    and read them, provide certainly proof to you that the public

4    was not being misled.

5            Does that provide proof you to that I wasn't paid

6    money, or that I'm not eccentric, or that I went bankrupt or I

7    lost too much money in Las Vegas?  No.  Those things for

8    evidence.  I don't know if not being able to fix your rear

9    view mirror is excentric, but asking someone to go get power

10   bars might be eccentric.

11           But it's not really what the case is about.  And the

12   Government rightfully put it in, because they're trying to

13   show that Martin Carter just simply didn't do anything of

14   substance for the company; and you have a right to believe

15   that or disbelieve it.

16           This is Mr. Carter, who, on cross-examination,

17   admitted that his family business was one of the largest in

18   the midwest and was involved in the reseller business or the

19   distribution business of lighting.  You heard Smithsonian

20   Institute, but he said that was his parents who did that.

21           Then you heard about his food distribution business.

22   Then you heard about the Casablanca Land Distribution

23   business.

24           This man obviously is not the little lamb that was

25   led to slaughter.  He obviously did things.  He obviously, as

```
 1      he said at the end, I said you really are an entrepreneur, and
 2      he said that's what I try to be.
 3              And that's exactly what the evidence shows that he
 4      is.  Is he a good entrepreneur?  Bad entrepreneur?  It's not
 5      really relevant.  He's not a chauffeur.  That's in evidence.
 6      You may believe he's a chauffeur, and you have the right to
 7      find that.  But then you would be simply discounting his
 8      testimony about the Lighthouse, Casablanca fans, Miko Foods,
 9      and the rest of it.
10              Unfortunately, because if Martin Carter is not
11      telling the truth and is lying, then the Government will tell
12      you, if you find him to be not telling the truth, that many of
13      their counts fail, because Martin Carter says he put on rubber
14      gloves, he went to Japan, he mailed a letter, he came back and
15      he was told to put names down and forge names, and if those
16      things happened and I told him to do it and you believe him,
17      then obviously that's the Government's case.  But what happens
18      if you don't believe Martin Carter?  Or what happens if you
19      don't believe some of the things but still believe him?  You
20      have a right to do all these things.
21              I would argue there's nothing about Martin Carter's
22      testimony you should believe.
23              First of all, in exhibit 96, which is the contract,
24      he was getting far more than the $700,000 that is in the
25      contract, and it's undisputed he said to the SEC he billed
```

1   300,000, albeit the Government produced the invoice of, I

2   think it was 200,000 back in 2006.  But he felt his work was

3   worth something, was valuable.  And that was just in 2006.

4   His contract was in 2008.  There's also the evidence that

5   you're aware of that the previous CEO hired Rajiv Singh

6   because of what Jane Greene called some sort of problems with

7   somebody that you heard by the name of Budimir.  But we never

8   had Budimir testify in this case.  He wasn't here.  So we

9   don't know what those problems were, and as the Government has

10   rightly indicated, those problems, whatever they were, were

11   not relevant to its case.

12         But they are relevant to whether Rajiv Singh was

13   hired by Pam Bunes and why Lowell Harmison might have hired

14   Martin Carter.  Did he hire Martin Carter to run the company?

15   The Government has told you that Martin Carter can't run a

16   company.  I think you know that Martin Carter can't run a

17   company.  You've heard him testify.  But can Martin Carter

18   work hard?  I think you've heard that he could.  He certainly

19   can fly a lot of places.  He testified he flew to Ventrex, the

20   company's manufacturer.  He testified he flew to Ohio.  He

21   testified he went to Los Angeles after going to Ventrex, and I

22   think that was just to drive.  He testified he flew to Japan.

23   We'll go into that.  And he testified he flew to Israel.

24         And he testified that he signed a contract, although

25   Dr. Harmison wasn't there, but he testified to that and he

1    testified he wanted a contract with Pam Bunes but didn't get

2    one.

3           So -- and he testified he came to Los Angeles and did

4    paralegal work and then was about to go to Batelle Memorial

5    Institute, which he said had a 50-year contract with the

6    Department of Energy in his testimony, which is testimony you

7    can discount or disbelieve -- to evaluate them regarding

8    Signalife.

9           MR. STIEGLITZ:  Your Honor, I'm sorry to object

10   during closing.  None of that is in evidence, none of that is

11   in evidence.

12          MR. STEIN:  I'll show the Court the transcript.

13          THE COURT:  Well, the jurors will decide what is in

14   evidence and what isn't.  So, continue.

15          MR. STIEGLITZ:  Apologize for objecting during

16   closing.

17          MR. STEIN:  You'll be the arbiters of what is

18   presented in evidence.  Let's suppose that 80 percent of what

19   I said in evidence.  Let's suppose that a hundred percent of

20   it is in evidence.  Certainly you're not going to find zero

21   percent is in evidence.  He went places.

22          Did Dr. Harmison want somebody who was going to take

23   over Dr. Harmison's position of all the things he wanted to do

24   as the former principal Deputy of the FDA and developer of the

25   first fully implantable artificial hear?  No.  Did he want

1    somebody who was going to work?  Yes.  Did Dr. Harmison

2    distrust Budimir Drakulic like Pam Bunes did?  We don't know.

3    We have no evidence at all.  Dr.~Harmison is deceased.

4         Mr. Carter's testimony is disbelievable (sic) on so

5    many different issues that the Government hasn't gone through.

6    Maybe they'll go through on rebuttal.  But in fairness to

7    them, they don't have the time to go through them -- that

8    it's -- it's amazing to me.  He said that he was supposed to

9    hold stock in trust, and he forged the name of someone named

10   Mark Silverman.

11        Did you ever hear any other evidence regarding Mark

12   Silverman other than from the mouth of Martin Carter?  No.  He

13   said that he stored Signalife device boxes in Tim Cutter's

14   basement for me.  That's a quote.  Did you ever hear any

15   testimony from any board member regarding whether or not they

16   were setting up a reseller network, as is described on

17   exhibit 412 -- because of problems they previously had -- or,

18   I'm sorry, issues with third-party distributors?  You never

19   heard any testimony regarding it.

20        Why didn't John Woodbury just get confronted with

21   this disclosure at the end of 2007, which, again, is after

22   these purchase orders, which I'm going to go through, and just

23   be asked to explain it?  I'm sure he would have said Mitch

24   Stein gave me the language and I put it in the filing because

25   of Mitch Stein.  But they didn't ask him.  And the evidence is

1    that it's in the filing.  Whether or not I put it there or

2    not, Mr. Woodbury testified he did the filings, but it's

3    there.  Even on direct examination, before I even started

4    cross-examining Mr. Carter, he couldn't get his story

5    straight.  He said, regarding one of these so-called

6    cancellation orders from Israel, which we're now learning

7    might be company sponsored by Dr. Harmison in the first place.

8    He said, I gave the letter to Mitch Stein.

9           And then the Government correctly said, to refresh

10   his recollection, which didn't need refreshing, he said, oh,

11   actually, I faxed it.  That's on direct examination.  This is

12   a person who's cooperating with the Government and has met

13   with the Government.  Couldn't remember what he said to them

14   on May 2nd, but he's meeting with them.  And he can't even

15   remember this critical cancellation order, whether he gave it

16   to me or faxed it to me.  Is it important?  His ability to

17   recall things the Court will instruct you is important.

18          Is it the only thing you're to consider?  Of course

19   not.  You're supposed to use your four senses and common sense

20   and look at the evidence.  But it's important, particularly

21   with a cooperating witness.

22          Mr. Carter says I made up the names IT Healthcare and

23   Cardiac Management Hospital (sic).

24          The only problem is there's not a shred of evidence

25   in the record by Mr. Carter that he was present when these

1    purchase orders were executed.  There's not a shred of

2    evidence in the record that Dr. Lowell Harmison did not sign

3    these purchase orders.  There's not a shred of evidence in the

4    record that Dr. Lowell Harmison was asleep at the switch

5    during the time he was CEO.  That's the reason Jim Feidler

6    came here.  I promised he would come.  Former head of the

7    joint venture of MCA and IBM, former general counsel of Sony.

8    And then you were sent off for a day and a half, and then I

9    read you a stipulation of all of the communications that

10   Dr.~Harmison had.  He was not asleep at the switch during this

11   period.  And you should look at exhibit 417.

12           But it actually goes further than that.  It goes into

13   what is described by the Court as your common sense, as well.

14   Cardiac Hospital Management, that's one of the purchase orders

15   at issue in this case, company sponsored or not.  You didn't

16   hear anything in the trial regarding company sponsorship, but

17   irrespective of that, that is one of the issues in the case.

18           And the allegation is that Cardiac Hospital

19   Management didn't exist, I made up the name, and they just

20   simply didn't exist.  That was told to you by Martin Carter,

21   the person who didn't tell you that he's the one who sent me

22   the forms before he went overseas, possibly with his lawyer,

23   possibly without his lawyer.  Doesn't remember.

24           Well, in this next person that is alleged by the

25   government to be fake, Tony Nony, and remember, the issue here

1    is whether Cardiac Hospital Management is -- exists or not.

2    That's one of the issues the Government has raised.  And this

3    is the letter from Kevin Pickard that purportedly contains the

4    false signature.  And in this letter he's writing to him and

5    he says:  Deposit, $50,000.

6         Can a fake person deposit $50,000?  I guess it's

7    feasible.  Was there any evidence of how that $50,000 was

8    deposited?  There's evidence on the purchase order that called

9    for $50,000.  You know what, why don't we look at the purchase

10   order real quickly.  And, by the way, this is Government

11   exhibit 293, $50,000 from Cardiac Hospital Management.

12   There's not many purchase orders that the Government has put

13   into evidence.  There's two.  So if these purchase orders were

14   not fake, then the Government's indictment is not honest, it's

15   not truthful.  It's like the 2002 reference or the 2006

16   reference.  They're not really when things were happening.

17        I mean, who was the only witness that came into the

18   courtroom that didn't look like she had been -- he or she had

19   been prepared?  It was Jane Greene.  I called her.  She

20   testified she didn't really feel good about me because she

21   thought I was selling stock in 2005.  Why would I call a

22   witness to say that?  Because I wanted to know what happened

23   in 2005; and you heard what happened.  I didn't control the

24   bank accounts, I didn't control the day-to-day operations, I

25   didn't control anything that was happening.  There were lavish

 1    paintings on the wall and the rest of it, and eventually she

 2    went to India, and we'll get into that.

 3         And she was mad at me for selling stock, even though

 4    she didn't read the filings to know that there was an SB2

 5    statement where ARC was supposed to sell three and a half

 6    million shares, and there's no evidence in the record that

 7    they ever did anything but that.  The evidence is that they

 8    ate the 19 million remaining shares.  That's the only evidence

 9    you have.  There could have been other evidence, possibly, but

10    there wasn't.  That's the evidence you have.

11         So this $50,000 referenced in here.  Well, let's

12    first focus our attention on the Cardiac Hospital Management

13    sales order.  And that sales order, I think you'll find it in

14    your packet.  It's Government exhibit 64.

15         Now, remember, Mr. Carter said this name was made up.

16    And it's not disputed that he was not there.  He never said, I

17    was there on September 14th, 2007, regarding order number

18    H2003-0001.  Never said that.  Did anyone from the company

19    come in and say this was a fake purchase order, from

20    Signalife, this company that was defrauded?  No.  It was

21    Mr. Carter who said it and Mr. Woodbury who said it.  But both

22    of them were not present.  How would they know whether it was

23    fake or not if they weren't there?

24         So you're supposed to presume that I made this thing

25    all up, and then that Lowell Harmison signed it, but we've

 1    already seen that after September he was working with four

 2    doctors.

 3              So you're being asked by the Government to find me

 4    guilty beyond a reasonable doubt, to lay your tread on the

 5    road and say, we're convicting this person of 14 counts, when

 6    the purchase order was dated September of 2007 and the filing

 7    was dated December, and it lists who's responsible, four --

 8    apparently renowned, it says they're prominent, but that

 9    doesn't mean you'll find they're prominent -- physicians, that

10    John Woodbury was supposed to call.  That's what a corporate

11    counsel does.

12              But let's look at exhibit 64 just for a minute.  It's

13    undisputed that's Lowell Harmison's signature at the bottom.

14    I don't think anyone disputes that.  If they do, they'll say

15    so.  I'm sure they'll object.  But that's really not what I'm

16    interested at in looking at this.  I'm not interested in whose

17    handwriting it is because nobody testified to whose

18    handwriting it is.  Because if Mr. Carter was there and saw

19    this thing being made up and saw me write it, he would have

20    said, I saw him write it, he made it up.  But there's no

21    testimony regarding that with regard to the change orders,

22    with regard to anything.

23              And again, no matter what your decisions are before

24    today, you've got to find beyond a reasonable doubt that I did

25    these things, that I filled this out.  You have to find that

1   beyond a reasonable doubt?  No, not necessarily.  Certain

2   things the judge will instruct you you have to find beyond a

3   reasonable doubt, certain things you don't.  But you're

4   supposed to use your common sense.  The stakes are -- this is

5   14 counts of fraud.

6          And what does exhibit 64 say?  Well, if you look at

7   the bottom of the page, it says, upfront payment -- deposit,

8   it says, I'm sorry, $50,000.  That's what it says, by a

9   company that doesn't exist or may not exist, or whatever the

10   allegation is.

11          And then you see Mr. Pickard having already booked

12   that $50,000 in Government's exhibit 293.

13          Do we have any evidence in the record of whether or

14   not Cardiac Hospital Management, exhibit 64, was company

15   sponsored or was independent or what Dr.~Harmison's plan was,

16   as outlined in the SB2, exhibit 412?  We don't have any

17   evidence in the record.  Would you like to have heard more

18   evidence about it?  Would you like to know what his plan was?

19   Well, of course you would, and we all would.  And the way to

20   find out that plan would have been to call someone from the

21   board of directors of the company, or an officer.  Maybe,

22   maybe not.  You're supposed to use your common sense.

23          But does Martin Carter know whether this purchase --

24   did he demonstrate that he knew whether this purchase order

25   was real or false?  No.  He wasn't there.  He didn't talk

1    about it he talked about other things relating to this

2    purchase order, as Mr. Muhlendorf articulately pointed out to

3    you on his opening.  He testified about rubber gloves, about

4    change orders, about other things.  But this purchase order

5    was real, and he sent me the forms before he went overseas.

6    That is in evidence.  You don't have to believe it, but the

7    date on it is before my e-mails to him, and he said he sent

8    it.

9           And then he said, but I don't remember the

10   attachments.  You may remember this.  And I said, I have the

11   attachments, and I walked up and gave it to him, and he goes,

12   yeah, I sent you this.  And I said, were you working with a

13   lawyer?  I don't have many lawyers.  Could it have been Jacob

14   Armpriester?  He said, I don't remember.  He doesn't remember.

15   He doesn't have a recollection about Jacob Armpriester.  Based

16   on that, the Government wants you to find me guilty of 14

17   counts of fraud.  That's just not right.

18          I mean you would expect to get some sort of evidence

19   beyond Mr. Carter talking about rubber gloves and sending me

20   an e-mail and then not disclosing to you that e-mail.  You

21   would expect to find some evidence from the company, hey, we

22   were defrauded here.

23          But the company wasn't defrauded.  It explained in

24   exhibit 412 exactly what it was doing.  And this exhibit was

25   never asked about.  It was never talked about, but it went

```
 1    into evidence because it was filed with the SEC, and they

 2    declared it effective.

 3          So if you were an investor -- and I understand maybe

 4    you are or not sophisticated investors.  Just using your

 5    common sense.  If the press release, which I've already --

 6    excuse me -- held up for you, said that you're supposed to

 7    look at the public filings, it actually says these risks are

 8    qualified in their entirety, by the cautionary language, would

 9    you reasonably care about the press release or care about a

10    SB2 that was declared effective by the SEC, that was reviewed

11    by the SEC?  Would you read this document?  What would your

12    common sense tell you to do?

13          And if you read this document, would you then know

14    that the company had issues with third party distributors and

15    sales agents to whom he originally delegated sales authority,

16    and we have recently launched a company-sponsored program.

17    Would you have read that?  Would you have called the -- I

18    guess the investor relations department of the company to find

19    out what was going on?

20          Well, of course, you would have.  And the Government

21    doesn't want you to go through that language or to talk to

22    Mr. Woodbury about that language because it's not consistent

23    with their case.  It's just simply inconsistent.  It's a red

24    flag.

25          Getting back to Mr. Carter, and you know, there's not
```

```
 1    enough time to go through all the inconsistencies, but I'll go

 2    through some of them.

 3           He doesn't deny he bought Five Knights Partnership.

 4    Doesn't deny he's an entrepreneur.  He doesn't deny that he

 5    works hard.  I mean, he -- I don't know if he works smart, but

 6    it's not disputed he works hard.  He goes a lot of places,

 7    does a lot of things.

 8           Mr. Carter repeatedly attempted to say that he didn't

 9    develop the cables.  Is this an important issue?  Only -- I

10    mean, it's an important issue because he said he didn't, and

11    you would want to know if he's lying, right?  So I guess

12    that's important.  But I guess we all want to know the truth,

13    too.  Why did -- did Dr.~Harmison sign a contract that was

14    bogus, that was just done for purposes of defrauding people?

15    Dr.~Harmison and these four doctors appear, from their resumes

16    to be people who did that?  Is there any dispute that

17    Dr.~Harmison signed Mr. Carter's contract?  No.  Is there any

18    dispute that Mr. Carter has some experience in electronics or,

19    excuse me, in electricity?  And in distribution?  There's no

20    question about it, although that experience may not be

21    valuable to the company.  That was up for the company to

22    decide.

23           But Mr. Carter said, I didn't work on it.  He said

24    you told me to say that.  I think he said you told me to say

25    it, under my count, 71 times.  You may have a different count.
```

1          So I went up to him with the device and the cables

2     and I said, you know, can you put these together.  Now, you

3     know, if I gave these to you, you could probably put them

4     together.  But he held it up and put it together right away,

5     and then he started telling me what these leads are for and

6     where they go on the chest.

7          Did it sound to you like he didn't work on the

8     cables?  That's up for you to decide.  If he's lying about

9     that, can you believe the rest of his testimony?  That's up

10    for you to decide also.  And so we'll continue to go through

11    his testimony, albeit painful and not directly what I want to

12    speak about right now.

13         Later in his testimony he said he doesn't recall

14    whether he developed the white cables.  That's a quote on

15    cross-examination.  So he first testifies that he definitely

16    didn't do it, then he doesn't recall about the white cables.

17         Again, what I say is not evidence.  I only can tell

18    you what I think the evidence shows; and you're the arbiter.

19         But there's an allegation, and it's clear, that

20    Signalife was defrauded by Mr. Carter, that the Signalife

21    investors were defrauded.

22         If you would, please turn your attention to

23    Government's exhibit 186.  This is in evidence.  It's dated

24    after the period in question.  It's from the co-CEO of the

25    company to Martin Carter, and it says that the understanding

1  of the parties is that Electrical Connections has fully

2  performed its duties and projects under its consulting and

3  research and development agreements with Signalife, that the

4  common shares previously tendered by Signalife to Martin

5  Carter and/or Electrical Connection shares constitute full

6  payment for the provision of the aforesaid services and any

7  amounts due Mr. Carter, and this letter shall constitute

8  written instructions and notifications to NPC Financial

9  pursuant to which such firm is instructed and authorized

10  effective immediately to release the shares to Martin Carter

11  and/or Electrical Connections, and that Signalife shall be

12  entitled to the receipt of all work product relating to the

13  projects.

14        Martin Carter said my signature I think was slipped

15  in there.  But it's in evidence, and nobody has suggested to

16  you that it wasn't signed by Signalife or the company.

17        Does this appear that the company had some sort of

18  dispute with Martin Carter or that there was any dispute with

19  Martin Carter about anything that had happened?  No.  Is this

20  document, Government's exhibit 186, the only document you

21  should look at in rendering your verdict?  No.  This is a very

22  serious group of charges.  You should look at all the

23  evidence.

24        But we now get into the shares and money that Martin

25  Carter received.  He testified that he bought Five Knights

1    Partnership in tranches.  He testified he did that because I

2    told him to do that, in fairness to him and to the Government.

3    And you have to weigh and figure out whether anybody on the

4    planet would do everything that Martin Carter says he did

5    because I told him to do it.  But if I told him to do it and

6    he did it, is there anything unlawful about that?  No.

7    There's no crime to that.  He ended up getting, according to

8    his testimony, a 200-some-thousand -- I can't remember the

9    amount -- refund on his taxes, because I invested a million

10   dollars in that company when I was supposed to be desperate.

11   That's what the evidence shows.

12        And when you lose money on your taxes, there's

13   sometimes a refund, I guess.  There's no claim for false tax

14   returns here.  He got the money, and he said he bought me~--

15   the Government asked him.  He said, I bought him a 1992 red

16   Mercedes.  Now, he previously testified that he was driving me

17   around.  Nobody told you that my license had been suspended,

18   but then on cross-examination you learned that.  That he was

19   driving me around in a Mercedes 600.  So why would I ask him

20   to buy me a red Mercedes?  Well, maybe the Mercedes 600 was

21   gone.  There's no testimony regarding that.

22        But then he testified that he drove it to Orange

23   County, which is far away from LA, although you might not have

24   ever been there, and then he testified that he hurt his knee,

25   and then he testified he drove it back to Florida and drove it

1  for a few years and then gave it to the Government three

2  months ago under forfeiture.

3          So he didn't buy me a red Mercedes.  He bought a red

4  Mercedes, put this pink slip in his name with a part of the

5  refund money.  What did he do with the rest of it?  The

6  Government asked him, and he claims he gave the rest of it

7  to -- actually, he claims in one sentence of his testimony he

8  gave the rest of it to me in cash.  And I know how easy it is

9  to just presume that some -- that that happened, because it

10  sounds sexy, like the rubber gloves, which we're going to get

11  to in a minute.

12          However, it may be sexy, but it's untrue from his own

13  testimony.  It doesn't even pass the laugh test.  Because he

14  testified, as you recall, that after I filed bankruptcy he

15  only got paid a little bit.  Well, what is it?  Did he only

16  get paid a little bit, or did he give me $280,000?  It can't

17  be both.  I think it's he only got paid a little bit, because

18  after bankruptcy you don't have as much money.

19          But that's his testimony.  He only got paid a little

20  bit after he was giving me thousands of dollars in cash.  That

21  is not believable.

22          Ajay Anand's testimony fails because he never

23  testified he was there when the other purchase order, the IT

24  purchase order was signed, and he never testified that he

25  signed any document for the company.  He said he refused.

 1    This was somewhat confusing because then he said he thought
 2    that -- actually, he said he thought that the press release
 3    that the DOJ had issued regarding his plea agreement was
 4    false, and called his lawyer.  And then testified that -- I
 5    said, you thought your plea agreement was false?  And he said,
 6    yeah, I never told the DOJ.  Then the DOJ said I tricked him.
 7    And then the hanging chad is, did he call his lawyer two weeks
 8    earlier because I couldn't trick him when he was sitting there
 9    into calling his lawyer two weeks beforehand.
10              In other words, he's dishonest.
11              So if you're feeling that you might, irrespective of
12    any sort of instincts you have about the case, if you're now
13    filing that you would have liked to have heard more evidence
14    on, for example, exhibit 412 and what this company-sponsored
15    program was, that's the red flag of reasonable doubt.  That's
16    actually the red flag of they haven't proven their case beyond
17    a reasonable doubt and that I'm innocent.  But that's not the
18    burden.  The burden is they must prove their case beyond a
19    reasonable doubt.  They had to tell you about this, ask
20    Mr. Woodbury about it and show it to you, and then he would
21    have said, Mitch Stein told me to do it, or whatever it is.
22    But they never did it, because it's accurate and on point.
23              Judge Marra will instruct you on some things that are
24    I think extremely important, and I don't want to belabor his
25    instructions because you can read them yourself, and they mean

1   what they say.  Judge Marra says that to decide whether you

2   believe any witness, I suggest ask you yourself a few

3   questions:

4         Did the witness impress you as one who was telling

5   the truth?  Martin Carter never told us about this e-mail he

6   sent me with the attachments on it.  And I showed it to him

7   and he said, oh, yeah.  He said he didn't develop the cables,

8   and then he said, well, I may have, I don't remember.

9         Did the witness have any particular reason not to

10  tell the truth?  Well, obviously the plea bargain agreement

11  you'll be instructed about, that's a reason.  I mean, does

12  that mean you discount, you distrust everything that Martin

13  Carter says just because of the plea bargain agreement?  No.

14  You can believe everything he says.  These are factors for you

15  to use your common sense, and that's all they are, is factors.

16        Did the witness have a personal interest in the

17  outcome of the case?  Well, these people said they hoped to

18  get probation instead of a five-year prison term.

19        Did the witness seem to have a good memory?  Well,

20  Mr. Carter had a great memory that I told him to do

21  everything, but when I cross-examined him, he had a terrible

22  memory.  He said I don't recall whether I sent you this, I

23  don't recall whether a lawyer drafted these attachments.  I

24  don't recall, I don't recall.  It may have happened.  It may

25  not have happened.  I don't even recall about the white

```
 1   cables, which is really what got him into Signalife.

 2           And then, you know, the Government says, well, you

 3   know, he didn't do anything with the white cables.  And I

 4   asked him about the continuities of electricity, and he talked

 5   about gold pins.  I mean this person who hooked up a generator

 6   at my home when I wasn't here, when he dropped his card into

 7   the box, knew about electricity.

 8           This device, when it's connected to the chest,

 9   obviously, it has something to do with electricity.  Did the

10   witness seem to have a good memory for you to decide did the

11   witness have an opportunity and ability to accurately observe

12   things he or she testified about.  Well, he said absolutely

13   that the purchase order that you see -- and there's two of

14   them -- but the purchase order you have in front of you as --

15   from Cardiac Hospital Management was false.  But he wasn't

16   there.  They never asked him if he was there.

17           Government's exhibit 64, they don't have any

18   eyewitness that was there that testified it was false.  This

19   sounds like, well, why isn't Mr.~Stein telling me what

20   actually happened?  Because I'm not allowed to, and it's not

21   right.  I'm a lawyer right now.  The evidence is already in.

22   The books are closed, and it's all there for you to review.

23           With regard to whether I lied to the SEC, you will be

24   shocked when you read the four transcripts.  They've played

25   snippets of testimony.  The Court will instruct you about what
```

1    you need to find in that regard.

2            The Court will tell you but keep in mind that simple

3    mistake doesn't mean that a witness wasn't telling the truth

4    as he or she remembers it.  People naturally tend to forget

5    some things or remember them inaccurately.  So if a witness

6    misstated something, you must decide whether it was because of

7    an innocent lapse in memory or an intentional deception.

8            Read my SEC testimony, Government's exhibits 214 --

9    four sessions.  I told the SEC -- I went overboard.  They

10   heard about everything.  From naked short selling to

11   espionage, to sabotage, to Ajay Anand, to everything.  Did I

12   remember every detail?  Well, this filing, exhibit 412, is 300

13   pages.  Ask yourself the question after you read it, what type

14   of human being -- remember there's dozens of these in the

15   history of the company.  But you have in evidence, I don't

16   know, four of them or five of them, something like that.  Can

17   anyone remember everything that went on in these things?

18           I testified to the SEC that Dr.~Harmison felt very

19   strongly about developing more product, and it's in evidence,

20   and having a controlled reseller network because the

21   Rubbermaid deal, which was not controlled, it was Rubbermaid,

22   failed under prior management, which is described here.  Prior

23   management.  It says the focus of prior management on other

24   activities.  That's why the company-sponsored program was

25   developed.

```
 1              With regard to the plea agreements, the Court will
 2     instruct you that such plea bargaining provides for the
 3     possibility of a lesser sentence.  Plea bargaining is lawful
 4     and proper, and the rules of this Court expressly provide for
 5     it.  But a witness who hopes to gain a more favorable
 6     treatment may have a reason to make a false statement in order
 7     to strike a good bargain with the Government.
 8              So while a witness of that kind may be entirely
 9     truthful when testifying -- may be -- you should consider that
10     testimony with more caution than the testimony of other
11     witnesses.
12              Mr. Anand and Mr. Carter definitely were not honest
13     in their testimony.  They definitely were not forthright.  You
14     heard their testimony.  You are the arbiters of that.  You're
15     the ones whose tires hit the road and stop the skidding.  You
16     find him to be -- to have told the truth, then that's your
17     finding.  I think the evidence is to the contrary.
18              The Court will also describe to you something that
19     you -- when I say it to you, it's going to be brand new, I
20     think, or maybe it won't, to the extent any of you are lawyers
21     or sat on juries before.  The Court will tell you that good
22     faith is a complete defense to a charge that requires intent
23     to defraud, which all of these do, because it is inconsistent
24     with intent to defraud.  Good faith is a defense.
25              Did I work hard regarding Signalife?  You're the
```

 1    arbiters of that.  You have four transcripts of SEC testimony

 2    before you.  I know it's a lot of work, but perhaps some of

 3    you will find -- and you have three copies of them to split

 4    amongst you.  I think the Government made.  You'll decide

 5    whether or not -- whether or not those transcripts have me

 6    accurately explaining everything to the SEC in good faith.

 7         But the judge will further tell you that I don't have

 8    to prove good faith.  He'll say a Defendant isn't required to

 9    prove good faith.  The Government must prove intent to defraud

10    beyond a reasonable doubt.

11         You will read my deposition transcripts, and you will

12    see over-disclosure of everything I knew.  And that was in

13    2009 and 2010, before Dr.~Harmison was dead, and now

14    Dr.~Harmison is deceased.

15         The Court will further tell you an honestly held

16    opinion or an honestly formed belief cannot be fraudulent

17    intent, even if the opinion or belief is mistaken.  And then

18    he'll say, similarly, evidence of mistake in judgment and an

19    error in management or carelessness can't establish fraudulent

20    intent.

21         And then he'll say an honest belief that a business

22    venture would ultimately succeed doesn't constitute good faith

23    if the Defendant intended to deceive others by making

24    misrepresentations he knew to be false and fraudulent.

25         Although you thought you were coming here to sit

```
 1    through a document case after you were done with the voir
 2    dire, you found out that this is also a case about physical
 3    evidence.  Who was present when every single document the
 4    Government says I falsely created was created, who was
 5    physically present?  Was I physically present when the
 6    document was created?  Not when it was faxed to me and I was
 7    forwarding faxes, as the Government says.  When it was
 8    created, was I physically present?  There's not a shred of
 9    evidence in the record that I was.
10            THE COURT:  You have 10 more minutes, Mr.~Stein.
11            MR. STEIN:  Thank you, Your Honor.
12            It is undisputed, it's true that my family had a jet.
13    You've seen the picture of the jet.  There's a picture of a
14    Doberman Pinscher.  I don't know why they keep pointing that
15    out, but it's, you know, maybe it doesn't make me look good.
16    Maybe it does.  I don't know.  Maybe it's just to show it was
17    my jet, which, if you think it was, it was.
18            They've talked about shopping that Mr. Carter did for
19    me.  They've talked about the money that was paid to me when
20    he bought Five Knights Partnership, which they claim is bogus,
21    but it filed a tax return with the IRS and got a refund, and
22    we don't hear about any complaints about that.
23            With Ajay Anand, the testimony is, again, up to you
24    to recall, but I believe it shows that I transferred to him a
25    lot of stock to try to get his consulting services.  If the
```

 1   Government -- and I'm not saying they did this because I

 2   wasn't listening carefully on that part.  It was at the

 3   beginning.  If they're claiming that I didn't tell the SEC

 4   about Ajay Anand, then read my deposition transcript and react

 5   accordingly, because I told the SEC exactly about Ajay Anand

 6   and the prior relationship.

 7          They said these people trusted me.  I trusted them.

 8   My family was the one with 19 million shares.  Why would I

 9   bring someone in to destroy and implode the company, when my

10   family had 19 million shares?  Why would anyone do that?  I

11   can be a lot of things.  Eccentric, the evidence reflects it.

12   A lawyer, talented, maybe, maybe not.  That's up to you.  But

13   I don't think there's any evidence that I'm just rank stupid.

14   Is there any evidence that I'm just dumb?  Why would I take

15   19 million shares and implode the company for $3 million,

16   which I got paid for stock that I transferred to Ajay Anand

17   and for selling a company that I put a million dollars in?

18   Why would I do that?

19          It is unbelievably frustrating to stand up here with

20   14 counts, criminal counts against me, and have to ask the

21   questions why, why, why, what really happened, because I can't

22   testify about what happened while I'm talking to you right

23   now.

24          But I can tell you what's in evidence, and here's

25   what's in evidence.  This company was formed in 2002.  It

 1   developed an FDA-cleared Fidelity 100 heart device.  You'll

 2   see it.  Please look carefully at exhibit 422, because the

 3   exhibit is not one page long.  If I put it up there on boards,

 4   it would take up this room.

 5           After the company was formed, apparently Batelle

 6   Memorial Institute got involved.  Jim Feidler, as I promised

 7   you was here.  The Government didn't cross-examine him, nor

 8   did they have an obligation to.  And the company still exists.

 9           And then the company began to transition, the

10   evidence reflects, from a development technology company to a

11   sales company.  And as that was happening, there were hiccups.

12   There was a Rubbermaid deal you heard a little bit about, and

13   apparently that deal failed, from the evidence.

14           Then Dr.~Harmison took over the company, because

15   failure's not good.

16           And there was testimony that Ms. Bunes may have been

17   terminated because of the failure of the Rubbermaid

18   distribution.  And Dr.~Harmison got involved, and then he had

19   a company-sponsored program, which you're now learning for the

20   first time and so therefore you're in shock.  You're sitting

21   there and you're probably saying why didn't I hear about this

22   during the trial, and maybe it appears to you to be untrue,

23   and you can find it to be untrue.  You're the arbiters.

24   You're the traction.

25           But before you do that, please read exhibit 412 and

```
 1   see what the truth was, because it's sitting right there, it

 2   was sitting there for the public, and the public was told to

 3   review it with specificity.

 4          One last thing.  If you really want to know about

 5   reasonable doubt and you really want to know what happened in

 6   this case, please recall Jim Feidler being on the witness

 7   stand.  Please recall who he was, who he is, the former

 8   president of the joint venture with MCA and IBM, former

 9   general counsel for Sony, and now the president and COO of

10   Signalife, what is now known as a different name; Signalife.

11          And then there was a stipulation read into the record

12   that Dr.~Harmison had numerous communications, after you sat

13   outside for a day and a half.

14          And now remember back to the Cardiac Hospital

15   Management purchase order, the $50,000.  They said it was a

16   fake order.  After Dr.~Harmison left, what stipulation -- and

17   I understand you sat out for a day and a half, or whatever it

18   was.  What stipulation was read to you about anything having

19   to do with $50,000?  There didn't have to be one read, because

20   Kevin Pickard has it here on Government's exhibit 293.  It's

21   sitting right there on 293.  So there didn't have to be any

22   evidence.

23          But the date of that purchase order is September of

24   2007, and that was read to you after Mr. Feidler got off the

25   stand.  It says:  On or about September 29th, 2007, an
```

```
 1    individual named Thomas Tribou paid Signalife $50,000 for
 2    goods he expected to receive.  Does this have anything to do
 3    with Cardiac Hospital Management from the face of it?
 4    Absolutely not.  Has nothing to do with it.  It's a mystery.
 5              Are you supposed to find someone guilty of 14 counts
 6    of fraud in a mystery novel?  Do you feel comfortable doing
 7    that?  Do you feel like you should have gotten more evidence
 8    than this oblique, vague, ambiguous statement about this man
 9    paying $50,000?
10              I think the verdict here on each count is not guilty.
11    You have the SEC transcripts.  They're in evidence.  You can
12    read them.  They describe what is in exhibit 412 in detail.
13    So if I described it in detail, then I guess I was telling
14    them the truth in good faith.
15              I ask you to lay your tires, to put the tread down to
16    stop the spinning, to use your common sense, and to return a
17    verdict that says you just haven't proven your case beyond a
18    reasonable doubt, and our verdict is not guilty.
19              Thanks for your time.
20              THE COURT:  Thank you, Mr.~Stein.
21              Ladies and gentlemen, why don't we take another break
22    before we go hear from the Government in their rebuttal
23    argument.  Again, don't discuss the case, don't form any
24    opinions yet, leave your notes and everything at your seats,
25    and we'll see you in about 10 minutes.
```

```
 1                    Thank you.
 2         (The jury exits the courtroom.)
 3              THE COURT:  All right.  Thank you.  Do you know about
 4    how long you're going to be, Mr. Stieglitz?
 5              MR. STIEGLITZ:  I'll keep it to the 30 minutes we had
 6    talked about.
 7              THE COURT:  But do you think you may take the whole
 8    time?
 9              MR. STIEGLITZ:  Hard to say.  Yes, probably about 30
10    minutes.
11              THE COURT:  Okay.  Thank you.
12         (A recess was taken from 12:00 p.m. to 12:11 p.m., after
13    which the following proceedings were had:)
14              THE COURT:  Please be seated.
15              We ready?
16              MR. STIEGLITZ:  Yes, Your Honor.
17              THE COURT:  Let's bring the jury in.
18         (The jury enters the courtroom, after which the following
19    proceedings were had:)
20              THE COURT:  Welcome back, everyone.  Please be
21    seated.
22              All right.  We're now going to hear the rebuttal
23    argument from the United States.
24              Mr. Stieglitz, you may proceed.
25              MR. STIEGLITZ:  Thank you, Your Honor.
```

1       Ladies and gentlemen, I want to briefly echo what

2   Mr. Muhlendorf said at the outset of his discussion with you

3   earlier.  I want to thank you for your time.  I know it wasn't

4   quite as long as we had initially projected, but thanks for

5   your patience, your attentiveness, your indulgence with all

6   the mountains of paper we've given you.  We appreciate it.

7       Ladies and gentlemen, in listening to Mr.~Stein's

8   comments this morning, I was reminded of something.  I was

9   reminded of a portion of his SEC testimony.  And that's

10  something you've got in evidence.  It's his December 17th,

11  2009, testimony.  It's on page 123.  And he talks about for a

12  period of time at Signalife, he actually held the title of

13  chief creative architect.

14      And what you've just heard from Signalife's chief

15  creative architect is just that, something that's very

16  creative.  It's an effort to distract you from the evidence

17  that you've seen, the evidence that you've heard from the

18  witness stand, and sworn testimony over the last two weeks.

19  And Mr. Muhlendorf discussed that at great length, so I'm not

20  going to go back through it you with now, but what I want to

21  do is just touch on a few things that Mr.~Stein mentioned.

22  And I'm going to go sort of in somewhat backwards order where

23  he ended.

24      One of the things he said late in his presentation is

25  he talked to you about an instruction that Judge Marra's going

```
 1    to give you in a few minutes about something called good

 2    faith.  And Mr.~Stein read you that instruction, and it's

 3    going to be I believe on page 25 of the instructions.  And

 4    what Mr.~Stein read you he sort of read quickly through the

 5    very end of it, so I want to just make sure you heard that

 6    part.

 7          The very end of that instruction says:  An honest

 8    belief that a business venture would ultimately succeed does

 9    not constitute good faith if the Defendant intended to deceive

10    others by making representations that the Defendant knew were

11    false or fraudulent.

12          That's what you have in this case, ladies and

13    gentlemen.  You have the Defendant, Mr.~Stein, making

14    representations over and over that he knew to be false or

15    fraudulent.  So any effort by Mr.~Stein to suggest that he was

16    operating in good faith is defeated by that jury instruction.

17          Another thing that Mr.~Stein mentioned was he

18    encouraged you on a number of occasions to read his SEC

19    testimony, spend time reading his SEC testimony.  He's

20    absolutely right.  That's in his -- that's in evidence.  It's

21    the 200 series, I believe, 214 through 218, I believe.  But

22    what you'll see is consistent with what you've heard in court,

23    the clips that we've played for you.

24          What you're going to see -- well, and I guess I'd

25    just point out Mr.~Stein did a similar thing in his opening
```

```
 1    statement.  He -- toward the end of his opening statement, he
 2    suggested the Government wouldn't dare put his SEC testimony
 3    in, all of it, we'd just cherrypick.
 4          Very first thing we did in his trial, ladies and
 5    gentlemen, is introduce the entirety of his SEC testimony.  We
 6    have nothing to hide in it.  So you're welcome to read that,
 7    but I suggest when you do so you'll see a couple of things.
 8    You'll see Mr.~Stein lying, over and over, and you'll see him
 9    doing something.  It's a term we've probably all become
10    familiar with in recent years, frankly.  You see him sort of
11    filibustering the SEC, talking a lot, trying to distract them,
12    make them look over here, don't look over here at what was
13    actually going on.  Look over here, I'll tell you a lot of
14    words about this so you don't pay attention to what was
15    actually going on.  That's what you'll see if you read
16    Mr.~Stein's SEC testimony.
17          And I guess one other thing that I'll reiterate at
18    the outset here is something that Mr. Muhlendorf mentioned,
19    something that Mr. Stein mentioned and something that, again,
20    Judge Marra will remind you of when he's instructing you.  The
21    concept of what is and what isn't evidence.  Now, Mr.~Stein
22    has a habit of saying that things are, you know, evidence is
23    in the record, or things are undisputed.  I think he told you
24    that he had introduced 400 exhibits.  As you'll see when you
25    get the exhibits in the jury room, Mr.~Stein didn't introduce
```

```
 1    400 exhibits.

 2          So I just want you to be very cautious and listen and

 3    pay attention to what actually is evidence in this case.  It's

 4    not my remarks, it's not Mr. Muhlendorf's remarks, and it's

 5    not Mr.~Stein's remarks.  It's the sworn testimony you heard

 6    from that witness stand, and it's the documents that have been

 7    admitted into evidence, and the audio that's been admitted

 8    into evidence.  That's the evidence in this case.  There are a

 9    lot of things that Mr.~Stein may want to be true, may want you

10    to believe are true, and he may want you to be distracted by

11    certain things, as well.

12          But, again, come back to the evidence, come back to

13    what's been admitted, and that will show you that Mr.~Stein is

14    guilty beyond a reasonable doubt.

15          Now, one thing Mr.~Stein brought up this morning that

16    I want to tackle kind of head-on here is this new argument

17    that he's raised about this $50,000.  Mr.~Stein's asking you

18    to believe that because an individual -- I'll go grab it here,

19    if I may, Mr.~Stein.  He wants you to believe that because

20    there's a stipulation in the record to the effect that an

21    individual named Thomas Tribou paid Signalife $50,000, that

22    that means that Government's exhibit 64 -- if we can pull that

23    up -- is not a fake document.  That number, he says, because

24    that number that appears in this section right there, that

25    there's -- because Mr. Tribou, according to this, paid
```

1    Signalife $50,000, that that gets Mr.~Stein off the hook on

2    that purchase order.

3         There are a few problems with that, ladies and

4    gentlemen.  First and most obviously, if Tom Tribou, Thomas

5    Tribou, is Cardiac Hospital Management, where's Tom Tribou's

6    name, Thomas Tribou's name?  Does it say sold to Thomas

7    Tribou?  It doesn't, ladies and gentlemen.  Take a look

8    closely.  I apologize.  I know this is small on the screen,

9    but take a look on Government's exhibit 64.  See if Thomas

10   Tribou's name appears on there.

11        But that's not the only problem.  Let's pull up

12   Government's exhibit 78.  Now, Government's exhibit 78, ladies

13   and gentlemen, is something you hopefully remember.  We showed

14   a number of witnesses Government's exhibit 78, and we went

15   particularly with Mr. Woodbury through it in some detail, and

16   Mr. Woodbury testified that Government's exhibit 78, as you

17   can see there, is something that he received from Mr.~Stein.

18   And it's an e-mail that sent a bunch of documents to

19   Mr. Woodbury that Woodbury needed.

20        And those documents included the purchase order,

21   Government's exhibit 64, Cardiac Hospital Management purchase

22   order.  It also included a bunch of contracts that we talked

23   about, that we showed Mr. Woodbury, and we'll kind of go

24   through them quickly here now.

25        But the point of what I'm about to tell you is -- or

1    the question I'd suggest to you is if Mr. Tribou, this

2    Mr. Tribou, who paid $50,000, is really Cardiac Hospital

3    Management, and that's not a fake document, then surely in

4    those agreements with Signalife and Thomas Tribou, we're going

5    to see some reference to Thomas Tribou being Cardiac Hospital

6    Management, right?  We'll see that.

7           So let's take a look at those agreements.  Let's go

8    through them.  On the third and fourth page -- let's start on

9    the third page.  So here's the first document, business

10   consultant agreement.  And let's look at the second page,

11   please.  There's Mr. Thomas Tribou.

12          And ladies and gentlemen, I'll just encourage you to

13   look at this for yourself when you get back to the jury room

14   and look if there's any reference in that document to Cardiac

15   Hospital Management or any indication that Tom Tribou was

16   Cardiac Hospital Management.  There's not.  It's just an

17   agreement for somebody named Tom Tribou, apparently, to do

18   some consulting work for Signalife.

19          So let's move on to the marketing agreement, which is

20   the next document in the cue, and let's look at the -- and

21   while we go through it, we'll take a look at who it's between.

22   Again, it's between Signalife and TTN Marketing.  And let's

23   look at the signature page, which is on page 9 of the exhibit.

24   There's what purports to be a signature belonging to Tom,

25   Thomas Tribou.  Take a look at that document.  See if there's

```
 1    any reference in there to Cardiac Hospital Management, any

 2    indication that Tom Tribou is Cardiac Hospital Management.

 3    There's not.

 4           And, finally, the last agreement that Mr.~Stein sent

 5    is on page 15 of the exhibit, the direct to consumer joint

 6    venture agreement.  Now, that's between T Ventures General

 7    Partner and Signalife, and two pages later, excuse me, the

 8    17th page of the exhibit, there's what purports to at least to

 9    be Tom Tribou's signature again.  See if there's any reference

10    in there to Tom Tribou being Cardiac Hospital Management.

11           In fact, what you'll see when you look at that

12    document is that has something to do with a Fidelity 200, some

13    other product, not even the product that's talked about in

14    that Cardiac Hospital Management purchase order.

15           And those companies, again, there were companies

16    mentioned in there, TTN Marketing, T Ventures GP, not Cardiac

17    Hospital Management.  That's nowhere in there.

18           So Mr.~Stein's argument isn't even supported by the

19    documents he's showing you and that are in evidence.  But

20    that's not the only problem.  Let's go back to the cover

21    e-mail that Mr.~Stein sends John Woodbury, the sort of

22    explanation of what all these documents are.  And we'll go to

23    the second page.  Let's look at that top paragraph.  And this

24    is where Mr.~Stein says something that completely undercuts

25    this notion that he's urging upon you today in closing
```

```
 1   argument, that somehow Tom Tribou's payment makes the Cardiac

 2   Hospital Management purchase order legitimate, not fake.

 3           What's he say there?  I've included a couple

 4   consulting agreements unrelated to these orders.  So here's

 5   Mr.~Stein, in -- if we can go back to that first page, because

 6   I candidly can't remember off the top of my head -- October of

 7   2007, in his own words, telling you whether Tom Tribou has

 8   anything to do with Cardiac Hospital Management.

 9           But now he's standing up here and he's saying, ladies

10   and gentlemen, that wasn't a fake document.  You should have

11   some kind of doubt as to whether that was a fake document.  Go

12   back to what he, himself, said.

13           But it gets even worse for Mr.~Stein's argument,

14   because this is something that the SEC asked him about when he

15   was in front of the SEC.  They did sort of a similar exercise

16   to what Mr.~Stein asks you to do, sort of compare some

17   numbers, see if 50,000 or Thomas Tribou's signature reminded

18   him that Thomas Tribou was, in fact, Cardiac Hospital

19   Management.  And, again, like I said, nothing to -- no reason

20   not to look at it in Mr.~Stein's testimony, which is in

21   evidence.

22           I'll even tell where you it is.  It's his

23   December 18th, 2009, testimony, page 327.  And the SEC asked

24   him, when you look at all that, these coincidences, seems like

25   coincidences, $50,000 here, $50,000 there, signatures being
```

1    the same, does that refresh your recollection, Mr.~Stein?

2    Does that remind you that, in fact, Tom Tribou is Cardiac

3    Hospital Management?  Mr.~Stein said no.  Said no twice.  The

4    SEC kept sort of trying to get to this point.  Mr.~Stein kept

5    denying it.

6          And then there's one last problem with this, or I

7    guess several last problems that all kind of, you can

8    collectively think about at once with this argument

9    Mr.~Stein's suggesting.  If Cardiac Hospital Management was a

10   real company, if Tom Tribou is really Cardiac Hospital

11   Management, why was Mr.~Stein making up names?  Why was he

12   making up names for Cardiac Hospital Management?  Why Tony

13   Nony?  Why have Mr. Carter register a fake number to put on

14   the -- to give to Mr. Pickard and Mr. Woodbury for Tony Nony?

15   Why create that fake letter?  Mr.~Stein didn't show you that

16   during his closing.

17         Why create that fake letter saying Cardiac Hospital

18   Management was moving to that, you know, like 25-letter city

19   in -- or street in Japan?  Why have -- why show the purchase

20   order to Mr. Carter and try to get Mr. Carter to find somebody

21   in the Philippines?  If Tom Tribou is Cardiac Hospital

22   Management, why not just point everybody to Tom Tribou?  Here

23   he is, here he is, Mr. Cardiac Hospital Management.

24         The answer, ladies and gentlemen, is that because of

25   regardless of whatever signature Mr.~Stein was able to get on

```
 1    that purchase order, it's a fake purchase order, and it was

 2    put together at the direction of the same person who put

 3    together those other purchase orders, the two IT Healthcare

 4    purchase orders; Mr.~Stein.

 5           So, again, Mr.~Stein's making a creative argument

 6    here, but it's an argument that doesn't make sense, and it

 7    shouldn't distract from you what the evidence in this case

 8    tells you, which shows that Cardiac Hospital Management was

 9    made up.  Tony Nony was made up.  Just like Yossi Keret, just

10    like IT Healthcare.  They were lies by Mr.~Stein to get money,

11    part of the fraud scheme, plain and simple.

12           Couple other things that Mr.~Stein raised.  He spent

13    a lot of time talking with you about SEC filings, and he

14    suggested that basically because the -- I think it was the '07

15    SB2 and the certain other filings, SEC filings, were filed,

16    everything was okay, we were fine.  He's wrong, ladies and

17    gentlemen.

18           The case isn't about whether it was okay from the

19    SEC's perspective for Signalife to issue shares to Martin

20    Carter.  It isn't about whether it was okay from the SEC's

21    perspective for Martin Carter to sell those shares.  Because

22    after all, did the SEC know that was what was going on?  Did

23    Mr.~Stein point to you a portion in that document that he had

24    blown up?  I think I've still got it here, the SB2.  I think

25    it's defense exhibit 412.  And if you are having trouble
```

 1    sleeping at night, I would urge you to take a look at it,

 2    defense exhibit 412.  Try to find a place in there where it

 3    says, oh, by the way, here's what's going on at Signalife.

 4              We are, Mr.~Stein is, he's recruited this guy named

 5    Martin Carter, they're lying to the company, having the

 6    company issue a bunch of shares to Martin Carter,

 7    6 million-plus shares, and guess who's ultimately getting

 8    money?  Mitch Stein.  That's not in the SEC filings.  So the

 9    fact that the SEC has got some filings that talk about things

10    that have nothing to do with that has no -- shouldn't have any

11    impact on your decision-making in this case, ladies and

12    gentlemen.

13              Now, while I'm talking about SEC filings, the other

14    thing that was -- Mr.~Stein mentioned, said a couple of times,

15    was this idea, he asked you rhetorically whether the public

16    should have been expected to look at the SB2, look at the

17    various different disclaimers in the press releases.  And the

18    idea seemed to be that if you strung -- if you looked in 15

19    different places in however many different documents, maybe

20    there was a free pass, there was some sort of free pass to do

21    whatever you wanted at Signalife and not be held accountable

22    for it.

23              Ladies and gentlemen, even if you believe that people

24    were somehow obligated to piece together this mosaic of 18

25    different disclosures in all these different documents, I'd

 1    submit to you that's still -- again, nowhere in those

 2    documents does that get you to, it's okay to lie, it's okay to

 3    cheat the company, it's okay to lie to the SEC, it's okay to

 4    put false information in the public filings.  Nowhere in there

 5    does that get Mr.~Stein off the hook.

 6            Now, Mr.~Stein also talked a little bit about this

 7    idea that someone should have been checking on it, or someone

 8    was approving this.  Or all these other people at the company,

 9    CEOs and management and audit committee.  And you heard

10    Mr.~Stein sort of suggest that basically they should have been

11    checking on this, and they should have caught it.  Sort of

12    blames the board, blames management, blames John Woodbury.

13    Pretty much everybody is at fault except for Mitchell Stein.

14            But for that argument to work, for you to think that

15    Mr.~Stein is just the bystander, just trying his best there

16    for the company, you have to ignore the facts in the case.

17    You have to ignore the evidence.

18            Where's the board?  Where's management?  He's lying

19    to them.  How are they going to know?  What did Mr. Woodbury

20    say on multiple occasions?  I had no reason to believe that

21    anything untoward was going on when outside counsel for the

22    company is telling me all these things.

23            How could anyone know or suspect that Mr.~Stein was

24    orchestrating this massive fraud, especially since whenever

25    people like Woodbury would ask Mr.~Stein questions, you heard

```
1    testimony about this, whenever they tried to rein him in, what
2    did Mr.~Stein do?  Did he say, you know, you're right, I'm
3    being a little too aggressive here.  You're right, maybe I
4    shouldn't do that.  What did he do?
5            Take a look at Government's exhibit 63.  This was one
6    that we showed Mr. Woodbury which you may remember, and
7    Mr. Woodbury talked about this being an example of what
8    happens when you questioned Mitch Stein.  This is the one, I
9    won't go through it all, but this is the one, ladies and
10   gentlemen, where he says if I was a shareholder, your press
11   release would cause me to vomit in my lap.  You can tell the
12   AMEX that Dr.~Harmison, who I've spoken to, said this.
13           And I'm not going to read that less my mother should
14   be ashamed of me for reading some of that language.  But
15   that's what happens when you question Mitch Stein.
16           Is Mr. Woodbury, is anyone else at the company really
17   going to question Mitch Stein after getting browbeaten,
18   getting dressed down like that?
19           So for the very person who lied to the company, who
20   browbeat and manipulated people, the board, management, to
21   then stand up here and pretend that he is shocked, shocked and
22   appalled that nobody did anything, nobody stopped him from
23   doing what he was doing is -- frankly, it's absurd.
24           Now, let me touch on Martin Carter for just a second,
25   because Mr.~Stein spent some time on that.
```

```
 1              He's asking you to believe, essentially, that

 2    Mr. Carter was behind all this, or somehow he got hoodwinked

 3    by Mr. Carter, tricked by him.

 4              Now, again, ladies and gentlemen, use your powers of

 5    observation, your common sense.  Is Martin Carter really

 6    tricking Mitchell Stein?  Does that make sense?

 7              And look at, I guess the power dynamic would be the

 8    best way to phrase it.  Was Carter the one telling Mitch

 9    Stein, hey, bring me those cappuccinos?  Was Mr. Carter the

10    one telling Mr.~Stein, hey, I need another piece of deboned

11    fish?  Was it Mr. Carter that was saying, I want you to leave

12    a warm vanilla latte outside my door, and when I wake up I'll

13    drink it?  Was that what Mr. Carter was saying to Mr.~Stein?

14    Of course not.  It was Mr.~Stein telling that to Mr. Carter,

15    ordering him around, manipulating him, and having him commit

16    fraud for Mr.~Stein.

17              And one other thing on Mr. Carter.  Mr. Stein said on

18    a couple of occasions during his closing, nobody was

19    physically present for any of these fake documents.  How do we

20    know they're fake?

21              What did Mr. Carter tell you?  Let's just quickly

22    look at a couple of them.  Government's exhibit 94.  And if we

23    look at the second page, second and third pages, these are the

24    change of address letters, ladies and gentlemen.  What did

25    Mr. Carter tell you about that?  Mr. Carter just wake up one
```

1    morning and decide to do that?  Of course not.  Mr.~Stein told

2    him to.

3         Government's exhibit 129.  These are the faxes, 129

4    and 130, that are the basis for two of the wire fraud counts.

5         Ladies and gentlemen, did Mr. Carter just wake up one

6    morning and decide to fax these legal -- technical legal

7    documents to Signalife?  Of course not.  Mr.~Stein told him

8    to.

9         What about 151?  This is the third wire fraud count.

10   What did Mr. Carter say about that?  Who told him to do it?

11   He wake up one morning and make that up?  Of course not.

12   Mr.~Stein told him to do it.

13        What about those letters where Mr. Carter is

14   sending -- lying to the company about his shares being held in

15   trust?  Who told him to create those?  I won't pull those up,

16   but those are Government's exhibits 149 and 167.

17        Mr.~Stein did.  Things were, gee, no one knows how

18   this document came to be.  Mr. Carter told you how those

19   documents came to be.  Mr.~Stein told him to make them up.

20        And Mr.~Stein also suggested that Mr. Anand's

21   testimony about similar sort of thing, oh, well, he wasn't

22   physically present for the creation of the purchase order that

23   he was shown.  Well, remember what Mr. Anand was physically

24   present for.  He's physically present when Mr.~Stein pulls it

25   out of the manila envelope and goes, hey, I need you to go

```
 1    down to Texas, I don't really care what's going on down there,

 2    whether there's any truth to this.  I need you to go down to

 3    Texas, pretend to send this so it looks like a document coming

 4    from Texas.  That's what Mr. Anand was physically present for,

 5    ladies and gentlemen.

 6             So let's get back to what this case is really about.

 7             Oh, and I'm sorry, I passed over this when we were

 8    talking about SEC filings.  Mr.~Stein blew up a big portion of

 9    this 2007 SB2 form.  Again, that was kind of the, you know, as

10    part of his argument that somehow that language in there,

11    which again, doesn't mention Cardiac Hospital Management,

12    doesn't mention IT Healthcare.  Talks about some doctors

13    working on things, sure.

14             What he didn't mention to you is that elsewhere in

15    that document, guess what there is?  Disclosure of, because of

16    the timeframe on this, two out of those three purchase orders,

17    Cardiac Hospital Management and IT Healthcare.  Not by company

18    name, just their existence.

19             So in the very same document Mr.~Stein is suggesting

20    to you, oh well, the public should have looked at this and

21    realized that, you know, essentially you could say whatever

22    you wanted about fake purchase orders and get away with it.

23    Wrong, because what you're telling the public in that very

24    same document is that these two purchase orders actually

25    exist, are actually from real companies.
```

```
 1              THE COURT:  Five more minutes.

 2              MR. STIEGLITZ:  Thank you, Your Honor.

 3              So let me get back to what this case is actually

 4    about.  It's about lies, ladies and gentlemen, it's about

 5    fraud, and it's about who's behind the lies, who's behind the

 6    fraud.  The evidence in the case, ladies and gentlemen, has

 7    showed you that beyond a reasonable doubt, indeed beyond any

 8    doubt, the person behind the lies and behind the fraud is

 9    Mr.~Stein.  He suggested throughout the case that he's just a

10    believer in the Signalife product, that's why he was doing

11    whatever he was doing.  He's talked about the device and how

12    great it was.  He's held it up.  He waved it around.

13              But remember, the device is not what the case is

14    about.  It's not about whether Signalife used the white

15    cables, the black cables, the gray cables.  It's about whether

16    Mr.~Stein lied over and over to get money.  And then lied some

17    more to cover it up.  And what you've seen overwhelming

18    evidence of in the last two weeks is that that's exactly what

19    he did.  And, again, you've gotten to see why.  It was to get

20    money for himself.

21              In his opening statement, Mr.~Stein told you the

22    evidence would show he wasn't even taking money out of the

23    company.  But you've seen that wasn't true.  You heard

24    Inspector Clark's testimony.  Mr.~Stein was getting thousands

25    of dollars in wire transfers directly from the company.  He
```

```
 1    was having Ajay Anand give him packages to take care of him.

 2    And when all that wasn't good enough, he was looting the

 3    company through Martin Carter.

 4          And that's where I want to end, ladies and gentlemen,

 5    because it's something Mr.~Stein didn't talk at all about, and

 6    that's the concept, again, follow the money.  Think about

 7    who's behind the lies and who gets paid as a result.  It's

 8    Mitchell Stein time and again.  He was lying to get money, and

 9    that's fraud, ladies and gentlemen.  He's the one making up

10    the lies that made people want to buy Signalife stock.  He's

11    the one setting up the secret contract with Jamie Yafa to

12    promote the stock to pump up the price even more.

13          He's one getting the kickbacks from Ajay Anand, and

14    he's the one getting almost $2 million from Martin Carter.  He

15    did a bunch of different things to pull off this fraud, and

16    that's what leads to the charges in the indictment, as

17    Mr. Muhlendorf explained to you.

18          Mr.~Stein caused Signalife to mail stock

19    certificates.  That's why he's charged with mail fraud.  He

20    caused Mr. Carter to fax things to the company.  That's why

21    he's charged with wire fraud.  He caused Mr. Carter to sell

22    stock.  That's why he's charged with securities fraud.  And he

23    caused Mr. Carter to send him 85 percent or more of the money,

24    which is why he's charged with money laundering.  And then he,

25    of course, agreed with Mr. Carter to commit mail and wire
```

 1   fraud, which is why he's charged with that first conspiracy in

 2   count 1 of the indictment, and he agreed with Mr. Carter to

 3   lie to the SEC, which is why he's charged with the conspiracy

 4   in count 14.

 5        But it all comes back to Mr.~Stein lying to get

 6   money, lying to the public to boost Signalife stock and lying

 7   to Signalife to steal from the company.

 8        Ladies and gentlemen, the evidence in this case is

 9   overwhelming, and it leads to only one conclusion, that

10   Mr.~Stein is guilty beyond a reasonable doubt of each and

11   every one of the counts in the indictment.  And once again,

12   that's the verdict we respectfully request that you return.

13        Thank you.

14        Thank you, Your Honor.

15        THE COURT:  Thank you, Mr. Stieglitz.

16        All right.  Ladies and gentlemen, I'm now going to

17   read you the legal instructions that you must follow.  You'll

18   get a copy of these to go back in the jury room with you

19   during your deliberations, as will all the evidence be sent

20   back.

21        Members of the jury, it is now my duty to instruct

22   you on the rules of law that you must use in deciding this

23   case.  After I've completed these instructions, you will go to

24   the jury room and begin your discussions, what we call your

25   deliberations.

 1          You must decide whether the Government has proved the

 2     specific facts necessary to find the Defendant guilty beyond a

 3     reasonable doubt.

 4          Your decision must be based solely on the evidence

 5     presented during the trial.  Evidence may come in many forms.

 6     It can be testimony about what someone saw or heard or

 7     smelled.  It can be an exhibit admitted into evidence.  It

 8     could be someone's opinion.  Some evidence proves a fact

 9     indirectly, such as a witness who saw some wet grass outside

10     and people walking into the courthouse carrying wet umbrellas.

11          Indirect evidence, sometimes called circumstantial

12     evidence, is simply a chain of circumstances that proves a

13     fact.  As far as you are concerned, the law makes -- as far as

14     the law is concerned, it makes no difference whether evidence

15     is direct or indirect.  You may choose to believe or

16     disbelieve either kind, and you should give every piece of

17     evidence whatever weight you think it deserves.

18          Certain things are not evidence and must not be

19     considered.  I will list them for you now:

20          Statements and arguments, other than sworn testimony,

21     opening statements and closing arguments are not evidence.

22          Questions and objections are not evidence.  Only the

23     witness' answers are the evidence.  You should not think that

24     something is true just because the question suggests that it

25     is.  For instance, if a witness is asked, you saw the

1    Defendant hit his sister, didn't you, that question is no

2    evidence whatsoever what the witness saw or what the Defendant

3    did, unless the witness agrees with it.  You must not be

4    influenced in any way by either sympathy for or prejudice

5    against the Defendant or the Government.

6         You must follow the law as I explain it to you even

7    if you do not agree with the law, and you must follow all of

8    my instructions as a whole.  You must not single out or

9    disregard any of the Court's instructions on the law.

10        The indictment or formal charge against the Defendant

11   isn't evidence of guilt.  The law presumes every Defendant is

12   innocent.  The law does not have to prove -- excuse me -- the

13   Defendant does not have to prove his innocence or produce any

14   evidence at all.  The Defendant does not have to testify, and

15   if the Defendant chose not to testify, you cannot consider

16   that in any way while making your decision.

17        The Government must prove guilt beyond a reasonable

18   doubt.  If it fails to do so, you must find the Defendant not

19   guilty.

20        The Government's burden of proof is heavy, but it

21   doesn't have to prove a defendant's guilt beyond all possible

22   doubt.  The Government's proof only has to exclude any

23   reasonable doubt concerning the Defendant's guilt.

24        A reasonable doubt is a real doubt based on reason

25   and common sense -- on your reason and common sense after

1    you've carefully and impartially considered all the evidence

2    in the case.

3            Proof beyond a reasonable doubt is proof so

4    convincing that you would be willing to rely and act upon it

5    without hesitation in the most important of your own affairs.

6    If you are convinced that the Defendant has been proved guilty

7    beyond a reasonable doubt, say so.  If you are not convinced,

8    say so.

9            As I said before, you must consider only the evidence

10   that I have admitted in the case.  Evidence includes the

11   testimony of witnesses and the exhibits admitted.  But

12   anything that is not sworn testimony or admitted exhibits is

13   not evidence and isn't binding on you.

14           You shouldn't assume from anything I've said that I

15   have any opinion about any factual issue in this case.  Except

16   for my instructions to you on the law, you should disregard

17   anything I may have said during the trial in arriving at your

18   own decision about the facts.

19           Your own recollection and interpretation of the

20   evidence is what matters.

21           In considering the evidence, you may use reasoning

22   and common sense to make deductions and reach conclusions.

23   You shouldn't be concerned about whether the evidence is

24   direct or circumstantial, as I've already mentioned.

25           Direct evidence is the testimony of a person who

 1    asserts that he or she has actual knowledge of a fact, such as

 2    an eyewitness.  Circumstantial evidence is proof of a chain of

 3    facts and circumstances that tend to prove or disprove a fact.

 4    There's no legal difference in the weight you may give to

 5    either direct or circumstantial evidence.

 6            When I say you must consider all the evidence, I

 7    don't mean that you must accept all of the evidence as true or

 8    accurate.  You should decide whether you believe what each

 9    witness had to say, and how important that testimony was.  In

10    making that decision, you may believe or disbelieve any

11    witness, in whole or in part.  The number of witnesses

12    testifying concerning a particular point doesn't necessarily

13    matter.

14            To decide whether you believe any witness, I suggest

15    that you ask yourself a few questions:

16            Did the witness impress you as one who was telling

17    the truth?

18            Did the witness have any particular reason not to

19    tell the truth?

20            Did the witness have a personal interest in the

21    outcome of the case?

22            Did the witness seem to have a good memory?

23            Did the witness have the opportunity and the ability

24    to observe accurately the things he or she testified about?

25            Did the witness appear to understand the questions

1    clearly and answer them directly?

2         Did the witness' testimony differ from other

3    testimony or other evidence?

4         You should also ask yourself whether there was

5    evidence that a witness testified falsely about an important

6    fact.  And ask whether there was evidence that at some other

7    time a witness said or did something, or didn't say or do

8    something, that was different from the testimony that the

9    witness gave during this trial.

10        To decide whether you believe a witness, you may

11   consider the fact that a witness has been convicted of a

12   felony or a crime involving dishonesty or a false statement.

13   But keep in mind that a simple mistake doesn't mean a witness

14   wasn't telling the truth as he or she remembers it.  People

15   naturally tend to forget some things or remember them

16   inaccurately.  So if a witness misstated something, you must

17   decide whether it was because of an innocent lapse of memory

18   or an intentional deception.  The significance of your

19   decision may depend on whether the misstatement is about an

20   important fact or an unimportant detail.

21        You must consider some witnesses' testimony with more

22   caution than others.  In this case, the Government has made

23   plea agreements with Martin Carter and Ajay Anand in exchange

24   for their testimony.  Such plea bargaining, as it is called,

25   provides for the possibility of a lesser sentence than those

1    individuals would normally face.  Plea bargaining is lawful

2    and proper, and the rules of this court expressly provide for

3    it.

4             But a witness who hopes to gain a more favorable

5    treatment may have a reason to make a false statement in order

6    to strike a good bargain with the Government.  So while a

7    witness of that kind may be entirely truthful when testifying,

8    you should consider that testimony with more caution than the

9    testimony of other witnesses.

10            And the fact that a witness has pleaded guilty to an

11   offense isn't evidence of the guilt of any other person.

12            Charts or summaries have been admitted into evidence

13   and have been shown to you during the trial for the purposes

14   of explaining facts that are allegedly contained in books,

15   records or other documents which are also in evidence in the

16   case.  You may consider the charts and summaries as you would

17   any other evidence admitted during the trial and give them

18   such weight or importance, if any, as you feel they deserve.

19            The indictment charges 14 separate crimes, called

20   counts, against the Defendant.  Each count has a number.  You

21   will be given a copy of the indictment to refer to during your

22   deliberations.

23            Counts 1 and 14 charge that the Defendant, Mitchell

24   J. Stein, committed conspiracies.  Count 1 charges that the

25   Defendant conspired with others to commit mail and wire fraud,

 1    in violation of Title 18 of the United States Code, Section

 2    1349.  Count 14 charges that the Defendant conspired with

 3    others to obstruct justice, in violation of Title 18 of the

 4    United States Code, Section 371.

 5         Counts 2 through 13 charge that the Defendant

 6    committed what are called substantive offenses, specifically

 7    mail fraud, wire fraud, securities fraud, and money

 8    laundering, in violation of Title 18 of the United States

 9    Code, Sections 1341, 1343, 1348, and 1357 (sic).

10         I will explain the law governing each of those

11    alleged substantive offenses, as well as the two alleged

12    conspiracies in a moment.

13         It's a federal crime to knowingly and willfully

14    conspire or agree with someone to do something that, if

15    actually carried out, would result in the crime of mail fraud

16    or wire fraud.

17         A conspiracy is an agreement by two or more people to

18    commit an unlawful act.  In other words, it is a kind of

19    partnership for criminal purposes.  Every member of a

20    conspiracy becomes an agent or partner of every other member.

21         The Government does not have to prove that all the

22    people named in the indictment were members of the plan or

23    that those who were members made any kind of formal agreement.

24    The heart of a conspiracy is the making of the unlawful plan

25    itself, so the Government does not have to prove that the

1    conspirators succeeded in carrying out the plan.

2           The Defendant can be found guilty of this conspiracy

3    offense only if all the following facts are proved beyond a

4    reasonable doubt:

5           One, two or more persons, in some way or manner,

6    agreed to try to accomplish a common and unlawful plan to

7    commit mail fraud or wire fraud, as charged in the indictment;

8    and

9           Two, the Defendant knew the unlawful purpose of the

10   plan and willfully joined in it.

11          A person may be a conspirator without knowing all of

12   the details of the unlawful plan or the names and identities

13   of all the other alleged conspirators.

14          If a Defendant played only a minor part in the plan

15   but had a general understanding of the unlawful purpose of the

16   plan and willfully joined in the plan on at least one

17   occasion, that's sufficient for you to find the Defendant

18   guilty.

19          But simply being present at the scene of an event or

20   merely associating with certain people and discussing common

21   goals and interests does not establish proof of a conspiracy.

22          Also, a person who does not know about a conspiracy

23   but happens to act in a way that advances some purpose of one

24   doesn't automatically become a conspirator.

25          In this case, regarding the conspiracy alleged in

1    count 1, the indictment charges that the Defendant, Mitchell

2    J. Stein, conspired with others to commit mail fraud and to

3    commit wire fraud.  In other words, the Defendant is charged

4    with conspiring to commit two separate substantive offenses.

5            The Government does not have to prove that the

6    Defendant willfully conspired to commit both crimes.  It is

7    sufficient if the Government proves beyond a reasonable doubt

8    that the Defendant willfully conspired to commit one of those

9    offenses, or one of those crimes.  But to return a verdict of

10   guilty on count 1, you must all agree on which of the two

11   crimes the Defendant conspired to commit.

12           So that means you can't half agree -- if you're going

13   to find him guilty, you can't half agree he committed wire

14   fraud and half to agree he conspired to commit mail fraud.

15   You have to all agree on one or both.

16           I will explain the law governing the objects of the

17   alleged conspiracy, mail fraud, and wire fraud in a moment.

18           It is a federal crime to transmit something by

19   private or commercial interstate carrier in carrying out a

20   scheme to defraud someone.  The Defendant can be found guilty

21   of this crime only if all the following facts are proved

22   beyond a reasonable doubt:

23           One, the Defendant knowingly devised or participated

24   in a scheme to defraud someone, or to obtain money or property

25   using false or fraudulent pretenses, representations or

1    promises;

2           Two, the false or fraudulent pretenses,

3    representations or promises were about a material fact;

4           Three, the Defendant did so with an intent to defraud

5    someone; and

6           Four, the Defendant used a private or commercial

7    interstate carrier by depositing or causing to be deposited

8    with the carrier something meant to help carry out the scheme

9    to defraud.

10          A private or commercial interstate carrier includes

11   any business that transmits, carries or delivers items from

12   one state to another.  It does not matter whether the message

13   or item actually moves from one state to another as long as

14   the message or item is delivered to the carrier.

15          A scheme to defraud includes any plan or course of

16   action intended to deceive or cheat someone out of money or

17   property using false or fraudulent pretenses, representations

18   or promises.

19          A statement or representation is false or fraudulent

20   if it is about a material fact, it is made with intent to

21   defraud, and the speaker either knows it is untrue or makes it

22   with reckless indifference to the truth.  It may be false or

23   fraudulent if it is made with the intent to defraud and is a

24   half-truth or effectively conceals a material fact.

25          A material fact is an important fact that a

1    reasonable person would use to decide whether to do or not do

2    something.  A fact is material if it has the capacity or

3    natural tendency to influence a person's decision.  It does

4    not matter whether the decision-maker actually relied on the

5    statement or knew or should have known that the statement was

6    false.

7            To act with intent to defraud means to act knowingly

8    and with the specific intent to deceive or cheat someone,

9    usually for personal financial gain or to cause financial loss

10   to someone else.

11           The Government does not have to prove all the details

12   about the precise nature and purpose of the scheme or that the

13   material deposited with an interstate carrier was itself false

14   or fraudulent.  It does not have to prove that the use of the

15   interstate carrier was intended as the specific or exclusive

16   means of carrying out the fraud, or that the Defendant did the

17   actually depositing.  It does not even have to prove that

18   anyone was actually defrauded.

19           To cause an interstate carrier to be used is to do an

20   act knowing that the use of the carrier will usually follow in

21   the ordinary course of business or where that use can

22   reasonably be foreseen.

23           Each separate use of an interstate carrier as part of

24   the scheme to defraud is a separate crime.

25           It is a federal crime to use interstate wire, radio

1    or television communications to carry out a scheme to defraud

2    someone else.  The Defendant can be found guilty of this crime

3    only if all of the following facts are proved beyond a

4    reasonable doubt:

5            One, the Defendant knowingly devised or participated

6    in a scheme to defraud, or to obtain money or property by

7    using false pretenses, representations or promises;

8            Two, the false pretenses, representations or promises

9    were about a material fact;

10           Three, the Defendant acted with the intent to

11   defraud; and

12           Four, the Defendant transmitted or caused to be

13   transmitted by wire some communication in interstate commerce

14   to help carry out the scheme to defraud.

15           The term "scheme to defraud" includes any plan or

16   course of action intended to deceive or cheat someone out of

17   money or property by using false or fraudulent pretenses,

18   representations or promises.

19           A statement or representation is false or fraudulent

20   if it is about a material fact that the speaker knows is

21   untrue or makes with reckless indifference to the truth and

22   makes with the intent to defraud.

23           A statement or representation may be false or

24   fraudulent when it is a half-truth or effectively conceals a

25   material fact and is made with the intent to defraud.

1           A material fact is an important fact that a

2    reasonable person would use to decide whether or not to do

3    something.  A material fact -- excuse me.  A fact is material

4    if it has the capacity or natural tendency to influence a

5    person's decision.  It does not matter whether the

6    decision-maker actually relied on the statement or knew or

7    should have known that the statement was false.

8           The intent to defraud is the specific intent to

9    deceive or cheat someone, usually for personal gain or to

10    cause financial loss to someone else.

11           The Government does not have to prove all the details

12    alleged in the indictment about the precise nature and purpose

13    of the scheme.  It also does not have to prove that the

14    material transmitted by interstate wire was itself false or

15    fraudulent, or that the wire was intended as the specific or

16    exclusive means of carrying out the fraud, or that the

17    Defendant personally made the transmission over the wire.  And

18    it does not have to prove that the alleged scheme actually

19    succeeded in defrauding anyone.

20           To use interstate wire communications is to act so

21    that something would normally be sent through a wire, radio or

22    television communications in the normal course of business.

23           Each separate use of the interstate wire

24    communications as part of the scheme to defraud is a separate

25    crime.

1          It is a federal crime for anyone to commit fraud in

2   connection with the purchase or sale of securities.  The

3   Defendant can be found guilty of this crime only if all the

4   following facts are proved beyond a reasonable doubt:

5          One, the Defendant knowingly executed or attempted to

6   execute a scheme or artifice to defraud;

7          Two, the Defendant did so with the intent to defraud;

8   and

9          Three, the scheme to defraud was in connection with

10  any security of Heart Tronics, Inc., formerly doing business

11  as Signalife, Inc. and Recom Managed Systems, Inc.,

12  collectively Signalife, and Signalife had a class of

13  securities registered under Section 12 of the Securities

14  Exchange Act of 1934.

15         The term "security" means any note, stock, treasury

16  stock, bond, debenture, certificate of interest or

17  participation in any profit sharing agreement, or in general,

18  any instrument commonly known as a security, or any

19  certificate of interest or participation in, temporary or

20  interim certificate for, receipt for, or warrant or right to

21  subscribe to or purchase any of the foregoing.

22         The phrase "in connection with any security" means

23  that the scheme and artifice to defraud described in the

24  indictment must have had some relationship to or have been

25  connected to a security of Signalife.

1          The Government need not show, however, that the

2     Defendant, or anyone associated with him, bought or sold such

3     securities.

4          The intent to defraud is the specific intent to

5     deceive or cheat someone, usually for personal gain or to

6     cause financial loss to someone else.

7          The failure to file a form 4, which is known as a

8     statement of changes in beneficial ownership, is not a crime,

9     but the failure to file the form 4 may be considered by you in

10    determining whether there is a scheme to defraud as alleged in

11    the indictment.

12         It's a federal crime for anyone to engage in certain

13    kinds of financial transactions commonly known as money

14    laundering.  The Defendant can be found guilty of this offense

15    only if all the following are proved beyond a reasonable

16    doubt:

17         One, the Defendant knowingly engaged or attempted to

18    engage in a monetary transaction;

19         Two, the Defendant knew the transaction involved

20    property or funds that were the proceeds of some criminal

21    activity;

22         Three, the property had a value of more than $10,000;

23         Four, the property was, in fact, proceeds of mail

24    fraud, securities fraud or wire fraud; and

25         Five, the transaction took place in the United

```
 1   States.
 2          The term "monetary transaction" means the transfer of
 3   funds or a monetary instrument by, through or to a financial
 4   institution in a way that affects interstate commerce.
 5          A financial institution means:
 6          A, an insured bank, as defined in section 3H of the
 7   Federal Deposit Insurance Act, which is at 12 United States
 8   Code, Section 1813H; or.
 9          B, a commercial bank or trust company; or
10          C, a private banker; or
11          D, an agency or branch of a foreign bank in the
12   United States; or
13          E, a broker or dealer registered with the Securities
14   and Exchange Commission under the Securities Act of 1934,
15   which is in 15, United States Code, Section 78A and following;
16   or
17          F, a broker or dealer in securities or commodities;
18   or
19          G, an investment banker or investment company; or
20          H, any business or agency which engages in any
21   activity with (sic) the Secretary of the Treasury determines
22   by regulation as to be an activity which is similar to,
23   related to or a substitute for any activity in which any
24   business described in this paragraph is authorized to engage;
25   or
```

1          I, any other business designated by the Secretary

2     whose cash transactions have a high degree of usefulness in

3     criminal, tax or regulatory matters.

4          The term "proceeds" means any property derived from

5     or obtained or retained directly or indirectly through some

6     form of unlawful activity, including the gross receipts of the

7     activity.

8          It doesn't matter whether the Defendant knew the

9     precise nature of the crime or that the property came from

10    committing mail fraud, wire fraud, and securities fraud, but

11    the Government must prove that the Defendant knew that the

12    property involved in the monetary transaction was obtained or

13    derived from committing some crime.

14         And it doesn't matter whether all the property

15    involved was derived from a crime.  The Government only has to

16    prove that $10,000-worth of the property was obtained or

17    derived from committing a crime.

18         It's a separate federal crime for anyone to conspire

19    or agree with someone else to do something that would be

20    another federal crime if it was actually carried out.

21         Count 14 of the indictment alleges that the Defendant

22    conspired to corruptly influence, obstruct, and impede and

23    endeavored to influence, obstruct, and impede, in whole or in

24    part, a pending proceeding before any department and agency of

25    the United States Government -- United States of America, that

1    is, the Securities and Exchange Commission, or SEC, in

2    violation of Title 18 of the United States Code, Section 1505,

3    which is a federal crime.

4            A conspiracy is an agreement by two or more people to

5    commit an unlawful act.  In other words, it is a kind of

6    partnership for criminal purposes.  Every member of a

7    conspiracy becomes the agent or partner of every other member.

8            The Government does not have to prove that all the

9    people named in the indictment were members of the plan or

10   that those who were members made any kind of formal agreement.

11           The Government does not have to prove that the

12   members planned together all the details of the plan or the

13   overt acts that the indictment charges would be carried out in

14   an effort to commit the intended crime.

15           The heart of a conspiracy is the making of the

16   unlawful plan itself, followed by the commission of any overt

17   act.  The Government does not have to prove that the

18   conspirators succeeded in carrying out the plan.

19           The Defendant can be found guilty of this crime only

20   if all of the following facts are proved beyond a reasonable

21   doubt:

22           One, two or more persons in some way agreed to

23   accomplish the shared and unlawful plan to obstruct justice;

24           Two, the Defendant knew the unlawful purpose of the

25   plan and willfully joined in it;

1            Three, during the conspiracy, one of the conspirators

2    knowingly engaged in at least one overt act as described in

3    the indictment; and

4            Four, the overt act was committed at or about the

5    time alleged and with the purpose of carrying out or

6    accomplishing some object of the conspiracy.

7            An overt act is any transaction or event, even one

8    that may be entirely innocent when viewed alone, that a

9    conspirator commits to accomplish some object of the

10   conspiracy.

11           A person may be a conspirator without knowing all the

12   details of the unlawful plan or the names and identities of

13   all the other alleged conspirators.

14           If the Defendant played only a minor part in the plan

15   but had a general understanding of the unlawful purpose of the

16   plan and willfully joined in the plan on at least one

17   occasion, that's sufficient for you to find the Defendant

18   guilty.

19           But simply being present at the scene of an event or

20   merely associating with certain people and discussing common

21   goals and interests doesn't establish proof of a conspiracy.

22   A person who doesn't know about a conspiracy but happens to

23   act in a way that advances some purpose of one doesn't

24   automatically become a conspirator.

25           I will now summarize for you the object of the

1    alleged conspiracy, obstruction of justice.

2         Title 18 of the United States Code, Section 1505

3    makes it a federal crime to try to influence, obstruct or

4    impede the due administration of justice corruptly, by threats

5    or force, or by any threatening letters or communications.  A

6    person commits obstruction of justice if there was a

7    proceeding pending before, as it is alleged here, the SEC, if

8    that person corruptly, or by threats or force, or by a

9    threatening letter or communication, knowingly tried to

10   influence, obstruct or impede the due administration of

11   justice in that pending SEC proceeding.

12        To influence, obstruct or impede the due

13   administration of justice is to do something to sway or change

14   or prevent any action likely to be taken in the SEC

15   proceeding.

16        And to act corruptly means to act voluntarily,

17   deliberately, and dishonestly with the specific intent to

18   sway, change or prevent some action likely to be taken in the

19   SEC proceeding.

20        It's possible to prove the Defendant guilty of the

21   crimes charged in counts 2 through 13 even without evidence

22   that the Defendant personally performed every act charged.

23        Ordinarily, any act a person can do may be done by

24   directing another person, or agent, or it may be done by

25   acting with or under the direction of others.

1          A Defendant aids or abets a person if the Defendant

2    intentionally joins with the person to commit a crime.

3          A Defendant is criminally responsible for the acts of

4    another person if the Defendant aids and abets the other

5    person.  A Defendant is also responsible if the Defendant

6    willfully directs or authorizes the acts of an agent, employee

7    or other associate.

8          But finding that a Defendant is criminally

9    responsible for the acts of another person requires proof

10   beyond a reasonable doubt that the Defendant intentionally

11   associated with or participated in the crime, not just proof

12   that the Defendant was simply present at the scene of a crime

13   or knew about it.

14         In other words, you must find beyond a reasonable

15   doubt that the Defendant was a willful participant and not

16   merely a knowing spectator.

17         Good faith is a complete defense to a charge that

18   requires intent to defraud, because it is inconsistent with

19   the intent to defraud.  A Defendant isn't required to prove

20   good faith.  The Government must prove intent to defraud

21   beyond a reasonable doubt.

22         An honestly held opinion or an honestly formed belief

23   cannot be fraudulent intent, even if the opinion or belief is

24   mistaken.  Similarly, evidence of a mistake in judgment, an

25   error in management or carelessness can't establish fraudulent

1    intent.

2         But an honest belief that a business venture would

3    ultimately succeed doesn't constitute good faith if the

4    Defendant intended to deceive others by making representations

5    the Defendant knew to be false or fraudulent.

6         You'll see that the indictment charges that a crime

7    was committed on or about a certain date.  The Government

8    doesn't have to prove that the offense occurred on an exact

9    date.  The Government only has to prove beyond a reasonable

10   doubt that the crime was committed on a date reasonably close

11   to the date alleged.

12        The word "knowingly" means that an act was done

13   voluntarily and intentionally and not because of a mistake or

14   by accident.

15        The word "willfully" means that the act was committed

16   voluntarily and purposely, with the intent to do something the

17   law forbids; that is, with the bad purpose to disobey or

18   disregard the law.  While a person must have acted with the

19   intent to do something that the law forbids before you can

20   find that person acted willfully, the person need not be aware

21   of the specific law or rule that his conduct may be violating.

22        You have been permitted to take notes during the

23   trial, and most of you, perhaps all of you, have taken

24   advantage of that opportunity.  You must use your notes only

25   as a memory aid during deliberations.  You must not give your

1    notes priority over your independent recollection of the

2    evidence, and you must not allow yourself to be unduly

3    influenced by the notes of other jurors.

4         I emphasize that notes are not entitled to any

5    greater weight than your memories or impression about the

6    testimony.

7         Each count of the indictment charges a separate

8    crime.  You must consider each crime and the evidence relating

9    to it separately.  If you find the Defendant guilty or not

10   guilty of one crime, that must not affect your verdict for any

11   other crime.

12        I caution you that the Defendant is on trial only for

13   the specific crimes charged in the indictment.  You're here to

14   determine from the evidence in this case whether the Defendant

15   is guilty or not guilty of those specific crimes.

16        You must never consider punishment in any way to

17   decide whether the Defendant is guilty.  If you find the

18   Defendant guilty, the punishment is for the judge alone to

19   decide later.

20        Your verdict, whether guilty or not guilty, must be

21   unanimous.  In other words, you must all agree.  Your

22   deliberations are secret.  You will never have to explain your

23   verdict to anyone.

24        Each of you must decide the case for yourself, but

25   only after fully considering the evidence with the other

```
1    jurors.  So you must discuss the case with one another and try

2    to reach agreement.  While you're discussing the case, don't

3    hesitate to reexamine your own opinion and change your mind if

4    you become convinced that you where wrong, but don't give up

5    your honest beliefs just because others think differently or

6    simply because you want to get the case over with.

7          Remember that in a very real way you are judges,

8    judges of the facts.  Your only interest is to seek the truth

9    from the evidence in the case.

10         When you go to the jury room, choose one of your

11   members to act as your foreperson.  The foreperson will direct

12   your deliberations and will speak for you here in court.

13         A verdict has been prepared for you to fill out and

14   prepare.  It's fairly straightforward.  I'll just go over it.

15   I'm not going to read every question on it, but I'll just give

16   you the general framework or pattern of how it works.

17         It says, we, the jury -- it has verdict on it.  It

18   says, we, the jury, unanimously find the Defendant, Mitchell

19   J. Stein, and then there is a question associated with each of

20   the 14 counts.  And the first one says, as to count 1 of the

21   indictment, and then in parentheses it has the charge that's

22   involved.

23         Count 1 says count 1 of the indictment's conspiracy

24   to commit mail and wire fraud in parentheses, and then there

25   are two spaces underneath the question or the count, and one
```

1   space has "guilty" next to it and the other space has "not

2   guilty" next to it.

3        So when you have unanimously agreed on count 1 on

4   what the verdict should be, have the foreperson fill out the

5   appropriate space, guilty or not guilty.  And it goes through

6   all 14 counts.

7        As to count 2 of the indictment, and in parentheses

8   it has the charge, mail fraud, guilty or not guilty.

9        Count 3 and 4 are also mail fraud charges.

10        Then count 5 starts with the wire fraud charges.  As

11   to count 5 of the indictment, wire fraud in parentheses,

12   guilty or not guilty.

13        Six and seven are the same, because they're both wire

14   fraud charges.

15        Count 8 is the securities fraud charge.  As to the

16   Count 8 of the indictment, paren, securities fraud, end paren;

17   same thing, guilty or not guilty.

18        Nine is the securities fraud.

19        Ten, securities fraud.

20        Eleven is the money laundering charge.  There are

21   three money laundering charges.  Count 11, again, money

22   laundering in parentheses, guilty or not guilty.

23        The same with 12 and 13.

24        And then count 14.  As to count 14, conspiracy to

25   obstruct justice; again, guilty or not guilty.  Then there is

```
 1   a space.  So say we all, this blank day of hopefully May, 2013
 2   -- there is a space there.  If it's June, you put in June.  I
 3   don't think it will take that long.
 4          Then have the foreperson print his or her name and
 5   sign in the appropriate space.  So that will be sent back, as
 6   well.
 7          So when you go to the jury room to take the verdict,
 8   have it filled out.  When you've reached unanimous agreement,
 9   sign it and date it and then return it to the courtroom.
10          Now, if you wish to communicate with me at any time
11   during deliberations, please write down your note or your
12   message.  There will be someone sitting outside the jury room.
13   Knock on the door.  That person will take the question, bring
14   it to me.  I'll read the question.  I cannot just simply read
15   it myself and answer it myself, I have to consult with the
16   parties.  So we will have to get together, discuss the
17   question, what an appropriate response would be.  We'll get
18   back to you as soon as we can.
19          If we take a few minutes it's because we're gathering
20   together and we're deciding what the appropriate response is.
21   It's not because we're ignoring you or -- sometimes it's not
22   so simple.  So we'll get back to you as soon as we can.
23          But don't write in any message at any time, well, we
24   voted 10 to two on this count and six to six on that one.  We
25   don't want to know what the votes are, the breakdown is, at
```

```
 1    any time unless and until you've come to a unanimous agreement

 2    one way or the other.

 3          So we're going to send everything in.  The jury

 4    instructions, you'll get a copy of the jury instructions.  Our

 5    plan was to send four copies of the Government's exhibits into

 6    the jury room with you so you would be able to kind of share

 7    and look at them as you want to go through them.  You did

 8    have -- each of you had copies which we've collected.  If you

 9    want those back, we'll give those back to you, all the copies

10    that were collected.  We just put them in a box, and we'll, if

11    you want, we'll send the whole box back and you can take your

12    individual copies back, if you'd like.  You tell us how you

13    want to handle that.

14          But if you don't want the -- all of the copies that

15    were collected, you'll have at least four copies in the jury

16    room to look through together.

17          There will be a set of the jury instructions and the

18    verdict form, and there will be a computer, a clean computer,

19    where, if you want play portions of the SEC transcripts that

20    were displayed or audio portions, you can play those back,

21    correct?

22          MR. STIEGLITZ:  Yes, Your Honor.  There will be two

23    CDs, a CD of all the audio and a CD of just the clips labeled

24    as such.

25          THE COURT:  Okay.  So you have all of it and you have
```

```
 1    the portions that were actually played.
 2              MR. STIEGLITZ:  Your Honor, may I just mention, there
 3    will also be a set of defense exhibits back there as well,
 4    obviously.
 5              THE COURT:  Right, right.
 6              Do you have one set for them?
 7              MR. STEIN:  No, we have three sets for everyone.
 8              THE COURT:  So there will be three sets of the
 9    defense exhibits, as well.
10              So those will all go back.
11              Yes, Ms. Leslie.
12              A JUROR:  I do understand that we're going to have a
13    complete paper copy of the SEC questions?
14              THE COURT:  Testimony, you mean the testimony.  Yes,
15    that is in evidence.
16              MR. STIEGLITZ:  That's correct, Your Honor.  That
17    will be in the exhibit binders.
18              THE COURT:  Your lunch is probably back there by now,
19    right?
20              THE COURTROOM DEPUTY:  Yes.
21              THE COURT:  Now, it is my very unfortunate duty --
22    some of you, I think, have already been asking these
23    questions.  Realizing that there are 15 of you and only 12
24    members on a jury, wondering what's going to happen to the
25    other three and who they are, who are alternates.
```

1          Now, hopefully, you can appreciate that in a case

2     that we expected to take 20 days, we needed to have people

3     here who, in the event one of the 12 was unable to fulfill his

4     or her responsibilities, we had people to step in.  And 20

5     days, it was not just 20 calendar days, it was 20 days with

6     breaks and weekends, and so it looked like this case was going

7     to last into June.  And we were fortunate that we were able to

8     get the case done in half the time that we expected.  But

9     three of you are alternates and are not going to be happy when

10    I tell you who you are, because you've given up 10 days of

11    your life and are not going to be able to deliberate.

12         Now, the reason I didn't tell you at the beginning

13    was because it's the very reason that you've been asking all

14    along.  You wanted to know, and you want to know whether your

15    time's going to be wasted or whether you're going to actually

16    be able to participate.  And if I had told you at the

17    beginning that you were an alternate, you would have been

18    sitting here for 10 days fuming and not paying the least bit

19    of attention as to what was going on.  And so that's why I

20    wait 'til the end.

21         So unfortunately, I have to tell Ms. Leslie and Ms.

22    Nereau and Ms. Scott Moore that you are the alternates.  So

23    what I'm going to ask you to do is, there's lunch in there

24    that we've ordered for you.  So you can get your lunch, you

25    can get any of your personal belongings.  I'm going to ask you

```
 1    to leave your notes and all the exhibits there.

 2           I don't know how long this jury's going to take to

 3    decide this case.  It may take a day, two days, multiple days.

 4    In the event one or more of them cannot finish their duties

 5    as -- during deliberations and don't come back, we can put one

 6    or more of you in to take their place.  So I'm going to ask

 7    you to please refrain from discussing the case, forming any

 8    opinions.  Don't talk among yourselves or anyone about the

 9    case until we know for sure we don't need your services.  And

10    if the jury reaches a verdict, we'll call you and let you

11    know, and then at that point you're free to discuss the case.

12           But I'm going to ask you to just hold off for however

13    long it's going to take the rest of the jury to decide the

14    case.  And, again, if one of them can't come back, we will

15    fill -- we will ask one or more of you to fill in.

16           So I want to thank you all on behalf of myself and

17    all of the parties involved in the case for your sacrifice.  I

18    know it was a major sacrifice for you to be here for 10 days.

19    I know you have other obligations.  It still is an important

20    responsibility.  I hope you got something positive out of the

21    experience.  I hope you're not going to tear my picture up now

22    and rip it up, burn it -- with your little beautiful baby.

23    And thank you for everything you've done.

24           I'm going to ask you to get your lunches and anything

25    else, and once you've left, we'll send the other jurors in.
```

```
 1    But thank you very much for everything you've done.  We
 2    appreciate it.
 3            We're just going to send the three alternates in now,
 4    let them get their things.
 5            If you at any time take any breaks, if you feel like
 6    you want take a break or something, once one of you leaves
 7    that jury room, you have to stop your discussions.  You cannot
 8    continue deliberating when -- you have to have -- all 12 of
 9    you have to be there if you're going to discuss the case.  If
10    one of you takes a break or even goes to the restroom, stop,
11    wait for all 12 of you to get there.  And if you're going to
12    take breaks and go down and get some fresh air or stretch, you
13    have to all stop your deliberations and not discuss the case.
14    Okay?
15            All right.  Ladies and gentlemen, you may take your
16    things in there.
17            Oh, I'm sorry, did you want all those boxes?  Did you
18    want all those copies or did you want to just rely on the
19    copies that we're going to send in?
20            A JUROR:  I wrote on mine and I wanted mine.
21            THE COURT:  Did you want the ones that we collected
22    the other day?  Does anyone want the items that we collected
23    the other day?  If you recall after the Government finished
24    putting its evidence in, we collected all those copies that
25    were given out during the trial.  I don't know if you want to
```

1    have them back.

2            A JUROR:  We're going to have them electronically,

3    right?  Not the ones we wrote on but the same materials?

4            THE COURT:  No, you're not going to have all of the

5    exhibits electronically, just the audio and the SEC testimony,

6    correct?

7            MR. STIEGLITZ:  That's correct, Your Honor.  And if I

8    may clarify, I believe what we collected were exhibits that

9    the members of the jury had indicated they did not want to

10   hold on to at all, but we have them all over here if we'd like

11   to hand them out.  But the only electronic exhibits will be

12   the audio recordings.  But there will be paper copies, four

13   sets of paper copies of every admitted exhibit.

14           THE COURT:  You're going to get binders like this.

15           So does anybody want the paper that was collected

16   from you at the end of the Government's case?  No?  Okay.

17   You'll have them in the binders and you'll have Mr.~Stein's

18   copies, too, three copies of Mr. Stein's exhibits.

19           All right.  Thank you very much.

20       (The jury exits the courtroom.)

21           THE COURT:  All right.  If you could get all your

22   binders in a location where we can send them into the jury

23   room, and then the Government's going to have to go through my

24   copy and pull out all of the ones that are in my binders that

25   were not admitted.

```
 1              MR. STIEGLITZ:  Yes, we'll do that.  We can do that
 2    in short order.
 3              THE COURT:  So why don't you take these.
 4              MR. STIEGLITZ:  Yes, Your Honor, thank you.
 5              THE COURT:  All right.  So where are the Governments,
 6    over there?
 7              MR. STIEGLITZ:  Your Honor, one set here and then
 8    three sets on the table here, and the computer.
 9              THE COURT:  Did you want to check their --
10              MR. STIEGLITZ:  We did on Friday and over the
11    weekend.  Obviously, if Mr.~Stein would like to recheck them,
12    we can do so.
13              MR. STEIN:  No, I think we checked them this morning
14    and Friday.  So we're confident.
15              THE COURT:  So the exhibits are good to go?
16              MR. STEIN:  Yes, Your Honor.
17              MR. STIEGLITZ:  Yes, Your Honor.
18              THE COURT:  So if I could ask counsel and Mr.~Stein
19    to give us phone numbers where you can be reached during the
20    break.
21       (A recess was taken from 2:34 p.m. to 3:15 p.m., after
22    which the following proceedings were had:)
23              THE COURT:  Good afternoon, please be seated.
24              All right.  I've got a note from the jury that
25    they've reached a verdict.  Mr.~Stein's present.  Are we ready
```

```
 1    to proceed?

 2             MR. STIEGLITZ:  The United States is ready, Your

 3    Honor.

 4             MR. STEIN:  Ready, Your Honor.

 5             THE COURT:  All right.  Let's bring the jury in.

 6        (The jury enters the courtroom, after which the following

 7    proceedings were had:)

 8             THE COURT:  Welcome back, everyone.  Please be

 9    seated, ladies and gentlemen.

10             All right.  My understanding is you've reached a

11    verdict.  Mr. Simms, you're the foreperson?

12             A JUROR:  Yes, sir.

13             THE COURT:  Is that true, you've received a verdict?

14             A JUROR:  Yes, sir.

15             THE COURT:  Would you hand the verdict to

16    Ms. Ferrante, please.

17             All right.  Would you please publish the verdict.

18             THE COURTROOM DEPUTY:  United States District Court,

19    Southern District of Florida.  Case number 11-80205 criminal

20    Marra, United States of America versus Mitchell Stein.

21             Verdict:  We, the jury, unanimously find the

22    Defendant, Mitchell J. Stein:

23             As to count 1 of the indictment, conspiracy to commit

24    mail and wire fraud, guilty.

25             As to count 2 of the indictment, mail fraud, guilty.
```

```
 1                 As to count 3 of the indictment, mail fraud, guilty.

 2                 As to count 4 of the indictment, mail fraud, guilty.

 3                 As to count 5 of the indictment, wire fraud, guilty.

 4                 As to count 6 of the indictment, wire fraud, guilty.

 5                 As to count 7 of the indictment, wire fraud, guilty.

 6                 As to count 8 of the indictment, securities fraud,

 7      guilty.

 8                 As to count 9 of the indictment, securities fraud,

 9      guilty.

10                 As to count 10 of the indictment, securities fraud,

11      guilty.

12                 As to count 11 of the indictment, money laundering,

13      guilty.

14                 As to count 12 of the indictment, money laundering,

15      guilty.

16                 As to count 13 of the indictment, money laundering,

17      guilty.

18                 As to count 14 of the indictment, conspiracy to

19      obstruct justice, guilty.

20                 So say we all, the 20th day of May, 2013, in West

21      Palm Beach, Florida.  It's signed and printed by the

22      foreperson, John M. Simms.

23                 THE COURT:  Mr. Stein, would you like the jury

24      polled?

25                 MR. STEIN:  Yes, Your Honor.
```

```
1            THE COURT:  Ladies and gentlemen, Ms. Ferrante's
2   going to call upon each of you individually to ask you whether
3   the verdict, as read is your verdict, and please answer either
4   yes or no.
5            THE COURTROOM DEPUTY:  Lisa Gustinelli, is the
6   verdict as read your verdict?
7            A JUROR:  Yes, it is.
8            THE COURTROOM DEPUTY:  Jean Delhome, is the verdict
9   as read your verdict?
10           A JUROR:  Yes.
11           THE COURTROOM DEPUTY:  Christian Munoz, is the
12   verdict as read your verdict?
13           A JUROR:  Yes.
14           THE COURTROOM DEPUTY:  John Simms, is the verdict as
15   read your verdict?
16           A JUROR:  Yes.
17           THE COURTROOM DEPUTY:  Marvin Wright, is the verdict
18   as read your verdict?
19           A JUROR:  Yes.
20           THE COURTROOM DEPUTY:  Lynn Saffer-Domino, is the
21   verdict as read your verdict?
22           A JUROR:  Yes.
23           THE COURTROOM DEPUTY:  Richard Murray, is the verdict
24   as read your verdict?
25           A JUROR:  Yes.
```

```
 1              THE COURTROOM DEPUTY:  Linda Easley, is the verdict

 2   as read your verdict?

 3              A JUROR:  Yes.

 4              THE COURTROOM DEPUTY:  James Brass, is the verdict as

 5   read your verdict?

 6              A JUROR:  Yes.

 7              THE COURTROOM DEPUTY:  Nancy Pietruszka, is the

 8   verdict as read your verdict?

 9              A JUROR:  Yes.

10              THE COURTROOM DEPUTY:  Fiona Walker, is the verdict

11   as read your verdict?

12              A JUROR:  Yes.

13              THE COURTROOM DEPUTY:  And Bernard Fitzwilliam, is

14   the verdict as read your verdict?

15              A JUROR:  Yes.

16              THE COURT:  Ladies and gentlemen, on behalf of

17   everyone involved in this case, I want to thank you for the

18   tremendous sacrifice you made and for the very important civic

19   responsibility you performed as jurors in this trial.  As I

20   mentioned at the outset, we were going to ask you to perform a

21   very important civic responsibility, and we appreciate the

22   fact that you've undertaken it in so serious and deliberate a

23   manner.

24              As I also mentioned, you're not required or obligated

25   to discuss why or how you came to your verdict with anyone.
```

```
 1    You can keep that secret if you like, but you're certainly

 2    free at this point to discuss the verdict and anything about

 3    the case if you wish.

 4          So hopefully, those of you who have never been

 5    involved in a jury trial can appreciate how important it is to

 6    have members of the community make these important decisions,

 7    and we, again, thank you for your service.

 8          So at this point I want to thank you, and I'll excuse

 9    you from your service in this case and wish you well and thank

10    you.  Good luck.  It was a pleasure to have all of you.

11       (The jury exits the courtroom.)

12          THE COURT:  Please be seated, everyone.

13          All right.  Based upon the jury's verdict, Mr. Stein,

14    I'm going to adjudicate you guilty of all the 14 counts of the

15    indictment.  I'm going to advise you that I am going to order

16    a presentence investigation report be prepared for purposes of

17    sentencing.  You have a right to participate with the

18    probation officer who prepares your report, and you, if you

19    wish to meet with the probation officer, you may do so and

20    discuss the issues regarding your background, et cetera, with

21    the probation officer, if you choose.

22          Once the report's prepared, you will have the

23    opportunity to review that report and file objections to

24    anything in the report that you believe is either factually or

25    legally incorrect, as will the Government, and after the
```

1    report's prepared and any objections are filed, we then will

2    discuss the report and objections at the time of sentencing,

3    which I'm going to schedule today for Friday, August 16th,

4    2013, at 2:00 p.m. here in West Palm Beach.

5           Now, sentencing is a critical phase of any criminal

6    proceeding, and you've been representing yourself from before

7    the trial started through now.  You have the right to counsel

8    during sentencing.  My advice to you would be that you have

9    counsel and you not represent yourself during sentencing or

10   any appeal that is going to be taken.

11          You have standby counsel to assist you here during

12   the trial.  Would you like Mr. White to be appointed to

13   represent you for sentencing and appellate purposes, or do you

14   want to continue to represent yourself?

15          MR. STEIN:  No, I'd like Mr. White to be appointed,

16   Your Honor.

17          THE COURT:  Okay.  Mr. White, do you have any

18   objection to taking on the responsibility since you sat here

19   through the whole trial, you've been acting as standby

20   counsel, handling the sentencing and appeal in this case?

21          MR. STEIN:  I have no problem, Your Honor.

22          THE COURT:  Then I'm going to appoint you to

23   represent Mr.~Stein both for sentencing and for appellate

24   purposes.

25          So what's the Government's position regarding whether

 1   Mr.~Stein should remain on bond or should be remanded today?

 2          MR. STIEGLITZ:  Your Honor, the Government would move

 3   for remand.

 4          Your Honor, obviously as the Court's well aware, the

 5   analysis changes after a conviction, and the presumption at

 6   this point is in favor of Mr.~Stein being detained pending

 7   sentencing under both 18 U.S.C., 3143A and federal rule

 8   criminal procedure 46C.

 9          Frankly, I think both prongs of the analysis that

10   Mr.~Stein is not able to show by clear and convincing evidence

11   that he is not a danger to the community and that he's not a

12   flight risk.

13          Briefly on the danger to the community issue, the

14   concept of danger to the community includes economic harm, and

15   Mr.~Stein has, setting aside this case, has indicated, shown a

16   propensity to commit fraud as a means to support himself.  We

17   didn't talk about it during the case, but Your Honor is aware

18   of it, given that I believe it came up at a sidebar.

19          Beginning in May of 2009, Mr.~Stein, with Mr. Carter

20   at the time, was ginning up a -- basically a direct mail

21   scheme, something they refer to as the instant coffee money

22   machine.  Using fake names, they were going to send out

23   mailers to people and try to have them send in money for some

24   sort of self-help thing under a fake name.

25          More importantly, since the initiation of the SEC

1    investigation in 2010, Mr.~Stein, as the Court may or may not

2    know, has been sued out in California.  Again, something that

3    we kept out of this case.  But he was sued along with a number

4    of other attorneys for essentially fraud, for fraudulently

5    inducing people to join mass joinder lawsuits against

6    financial institutions.  That's what led to the seizure of his

7    law practice, what led to the freezing of his bank accounts,

8    and what led to him being -- having his law license suspended.

9            So all of that, Your Honor, is to say that, you know,

10   even when Mr.~Stein had his bar license and he wasn't

11   convicted of 14 fraud-related felonies, he was out committing

12   fraud.  And it's only more likely now, given that he really

13   has no means of supporting himself.  He's been declared

14   indigent, he's in bankruptcy, and he can't practice law

15   because he doesn't have a law license.

16           So I think there's no way that Mr.~Stein can show by

17   clear and convincing evidence that he's not going to be a

18   danger to the community if he's left out.

19           As to being a risk of flight, he doesn't have any

20   apparent ties to the Southern District of Florida at this

21   point.  He's an experienced international traveler.  I believe

22   if I'm not mistaken he was arrested on a flight coming back in

23   from Ireland, I think.

24           There are indications, we don't have as much clarity

25   on it as we'd like, but that there is or at least at one time

1   was money abroad in Luxembourg, and the fact -- I expect to

2   hear from Mr.~Stein or Mr. White, you know, the argument of,

3   well, he's shown up for things in the past.  And I'd just say

4   I'd respond in the way Your Honor's probably heard folks in my

5   shoes respond before, which is, you know, the landscape has

6   changed significantly.  I think a conservative run of the

7   guidelines shows that Mr.~Stein's facing somewhere north of 17

8   years in prison, just on a conservative estimate of the

9   guidelines.

10          And so his incentive to not show up from here on out

11   is significantly greater than it was 10 minutes ago.

12          And the final thing I'd mention to Your Honor is

13   Mr.~Stein can't be taken at his word.  He's just been

14   convicted for 14 fraud-related offenses, offenses that

15   involved lying.  He's lied repeatedly to the SEC, and not only

16   about things that we discussed in this case, but about things

17   that, again, the foreign bank accounts being a good example.

18   When the SEC asked him, do you have any assets abroad, didn't

19   disclose foreign bank accounts.  He didn't disclose them in

20   the bankruptcy proceeding that he's got here.

21          So to the extent he's going to stand up and suggest

22   that he should be taken at his word that he will show up, I

23   suggest to the Court that that's not worth a whole lot at this

24   point.

25          So the United States' position would be that he

```
 1    should be remanded pending sentencing.

 2             THE COURT:  Thank you.

 3             Mr. White?

 4             MR. STEIN:  May I have a moment, Your Honor?

 5             THE COURT:  Yes.

 6             MR. STEIN:  Thank you, Your Honor.

 7             THE COURT:  Mr.~Stein, Mr. White's representing you

 8    now.

 9             MR. WHITE:  Let me start off.  Okay?

10             Your Honor, as far as the -- there's a few things

11    that were said about, first of all, the danger to the

12    community.  I understand --

13             THE COURT:  I'm more concerned about him being a

14    flight risk, Mr. White, to be perfectly honest with you.

15    That's where my focus would be.  I'm not sure that I'm too

16    concerned that he's going to go and commit more fraudulent

17    criminal conduct between now and sentencing.  I am somewhat

18    concerned that he is a flight risk.

19             MR. WHITE:  I understand, Your Honor.

20             I think that as far as local ties to the community,

21    his mother turned 85.  I understand today was her birthday.

22    She lives in Boca Raton, Delray Beach, and she's been helping

23    him sustain himself here and will continue to do so.  His two

24    sons are in the courtroom, have been here throughout the

25    trial.  They also reside here in Palm Beach County.  And so he
```

1    does have family here, and he will locate himself here until

2    sentencing.

3            There's also the issue of the account in Luxembourg.

4    My understanding is that was a line of credit, that there were

5    no assets in that account and there had not been assets in

6    that account for several years, that the -- and that's what

7    the records were going to be introduced in the case.  I have

8    not really reviewed those records because they were not

9    introduced in the case, but it's my understanding that it was

10   a line of credit.

11           There was some accusation at some point that there

12   was going to be a sales of some Signalife stock through that

13   offshore account.  Those sales never took place.  It's my

14   understanding of how that --

15           There are no assets abroad.  His assets, as the Court

16   is well aware, are tied up in the bankruptcy proceeding.  He

17   does not have the ability to flee and sustain himself in

18   another country.

19           In a sense, Mr.~Stein has been afforded greater

20   scrutiny as far as offshore accounts than most defendants who

21   would appear at this stage before the Court.  The Government

22   has investigated him thoroughly.  The only offshore account

23   that I'm aware of that they have represented to this Court

24   that he had any ties with at all was this Luxembourg account,

25   which has been closed for years and which didn't have any

 1   funds in it anyway within a period of time before it was

 2   closed.  No transactions took place.

 3        So Mr.~Stein does not represent a risk of flight.  I

 4   think that he will maintain his residence here in Palm Beach

 5   County until sentencing, and although, as my duty as standby

 6   counsel I have familiarized myself with the case, I've been

 7   involved in reading all the evidence and understanding the

 8   case, it still would be of importance for Mr.~Stein to be

 9   available with his resources, to be available to help me and

10   assist me until sentencing.

11        THE COURT:  All right.  Thank you.

12        Did you want say something, Mr.~Stein?  I know

13   Mr. White is your counsel, but you seem to want to say

14   something at the outset.

15        MR. STEIN:  I don't.  I think he's factually covered

16   it.  I may have to give him the papers, but my two sons are

17   here and my mother's here.

18        THE COURT:  Thank you.

19        MR. STEIN:  She's paying for everything.

20        MR. WHITE:  I do want to make one other point, Your

21   Honor.  The issue in California is a little uncertain as far

22   as I'm concerned, but the paperwork I have seen has indicated

23   that his law license was suspended temporarily, and for

24   some -- whatever reason, there has not been a lifting of that

25   suspension, despite the fact that there is currently a

1    petition before the California bar to lift that suspension.

2    That's my understanding.

3          MR. STEIN:  It was declared inactive, but obviously

4    in view of this ruling, it will proceed to disbarment.  But up

5    to now, it has not been suspended.  It was an act of -- and my

6    law practice still exists.  Mr. Feidler runs it, the law

7    practice, and obviously, I won't have that law practice as a

8    lawyer.

9          THE COURT:  All right.  Thank you.

10         Anything else?

11         MR. STIEGLITZ:  Your Honor, just very briefly.

12         With respect to this foreign account, the Government

13   doesn't have as much clarity on it as it would like.  It was

14   not a line of credit, though.  It was a bank account that

15   Mr. Stein opened, funded with, I believe, Signalife shares at

16   one point and held in Luxembourg.  So, again, I can't say the

17   balance of it right at this moment unfortunately.

18         I hear what the Court says about being more concerned

19   with flight risk than economic harm.  I would again just

20   suggest, I mean that there's case law, one case from this

21   court, actually, one case from this court and several cases

22   elsewhere in the country suggesting that economic harm is

23   something that the Court can and should take into

24   consideration.

25         THE COURT:  I'm not saying I shouldn't take it into

```
 1   consideration.  I said I'm more concerned about flight risk

 2   than the economic potential for harm.

 3            MR. STIEGLITZ:  Again, I just reiterate something I

 4   don't have to remind the Court of.  That this is Mr. Stein's

 5   burden to show by clear and convincing evidence that he's not

 6   going to do those things.  A court in California that was

 7   hearing a petition of Mr.~Stein's case out there in the mass

 8   joinder matter said there was overwhelming evidence that he

 9   was involved in this fraud.

10            So Mr.~Stein, I would suggest this is not an isolated

11   case.  Here is a serial fraudster, and leaving him at liberty

12   is going to only increase the chances of danger to the

13   community, but . . .

14            THE COURT:  Thank you.

15            MR. STIEGLITZ:  Thank you, Your Honor.

16            THE COURT:  All right.  I believe that Mr.~Stein has

17   not carried the burden to justify him remaining on bond

18   pending sentencing.  I think I'm going to have to remand him.

19   I will remand you, Mr.~Stein, pending sentencing.  So you're

20   remanded to the --

21            Do we have any marshals here?

22            THE COURTROOM SECURITY OFFICER:  They're on their way

23   up, sir.

24            MR. STEIN:  Can I take my valuables and give

25   them . . .
```

```
 1              THE COURT:  Yes, certainly.

 2              MR. STEIN:  Thank you, Your Honor.

 3              THE COURT:  Thank you, sir.

 4          Mr. White, we're going to ask you to take custody of

 5   Mr.~Stein's exhibits because the Government needs to get

 6   your -- you need to get your exhibits, as well.

 7          (Proceedings concluded.)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        *  *  *  *  *

 2                      I N D E X

 3   Closing Arguments

 4          By Mr. Muhlendorf                17

 5          By Mr. Stein                     59

 6          By Mr. Stieglitz               109

 7   Court's Charge to the Jury             128

 8   Jury Verdict                           162

 9                        *  *  *  *  *

10                    E X H I B I T S

11   (None.)

12                        *  *  *  *  *

13                      CERTIFICATE

14       I, Stephen W. Franklin, Registered Merit Reporter, and

15   Certified Realtime Reporter, certify that the foregoing is a

16   correct transcript from the record of proceedings in the

17   above-entitled matter.

18       Dated this 11th day of JULY, 2013.

19

20       /s/Stephen W. Franklin

21       Stephen W. Franklin, RMR, CRR

22

23

24

25
```

## $

$1.8 [1]  27/20
$1.8 million [1]  27/20
$1.98 [1]  34/20
$1.98 million [1]  34/20
$10,000 [5]  25/10 50/23 50/25 143/22 145/16
$10,000-worth [1]  145/16
$105,300 [1]  31/12
$115,819.98 [1]  52/16
$180,000 [1]  32/15
$19,755.10 [1]  51/24
$196,000 [1]  32/8
$2 [1]  127/14
$2 million [1]  127/14
$228,000 [1]  32/17
$25,000 [1]  33/25
$261,000 [1]  45/13
$280,000 [1]  97/16
$3 [2]  76/6 105/15
$3 million [2]  76/6 105/15
$3.3 [3]  26/5 35/18 35/21
$3.3 million [3]  26/5 35/18 35/21
$3.5 [1]  66/19
$3.5 million [1]  66/19
$34,000 [1]  52/11
$36,387.55 [1]  52/9
$400,000 [1]  45/16
$461,000 [1]  45/8
$5 [1]  37/4
$5 million-worth [1]  37/4
$50,000 [18]  87/5 87/6 87/7 87/9 87/11 88/11
  90/8 90/12 107/15 107/19 108/1 108/9
  113/17 113/21 114/1 115/2 117/25 117/25
$650,000 [1]  37/11
$7 [2]  62/7 62/21
$7 million [2]  62/7 62/21
$700,000 [2]  33/5 81/24
$90,000 [1]  32/6

## '

'07 [1]  119/14
'Marty [1]  31/11
'til [1]  157/20

## -

-and [1]  1/21
-v [1]  1/5

## /

/s/Stephen [1]  177/20

## 0

0001 [1]  88/18

## 1

1 percent [1]  31/15
1.98 million [1]  77/2
10 [14]  1/10 11/7 52/12 57/20 57/23 77/13
  104/10 108/25 154/24 157/10 157/18 158/18
  163/10 170/11
10-10 [1]  77/13
10-K [3]  37/1 37/9 60/22
10-Ks [1]  74/23
10-minute [2]  3/22 4/6
10-Q [1]  37/1
10-Qs [1]  74/24
100 [9]  60/18 71/5 72/1 72/10 73/7 73/12
  74/6 75/6 106/1
1000 [1]  33/10

1031 [1]  1/22
105,000 [1]  52/16
109 [1]  177/6
10:14 [1]  58/3
10:26 [1]  58/3
11 [5]  47/18 52/1 63/7 153/21 163/12
11-80205-CR-MARRA [1]  1/2
11th [1]  177/18
12 [13]  48/25 50/4 52/3 52/4 52/10 142/13
  144/7 153/23 156/23 157/3 159/8 159/11
  163/14
1208 [1]  1/20
123 [1]  110/11
125 [1]  74/13
128 [1]  177/7
129 [4]  28/19 46/23 124/3 124/3
12:00 [1]  109/12
12:11 [1]  109/12
12th [1]  45/12
13 [7]  43/9 52/12 52/18 135/5 148/21 153/23
  163/16
130 [1]  124/4
132 [1]  32/15
1341 [1]  135/9
1343 [1]  135/9
1348 [1]  135/9
1349 [1]  135/2
1357 [1]  135/9
137 [1]  32/16
14 [21]  57/10 67/7 78/23 89/5 90/5 91/16
  105/20 108/5 128/4 134/19 134/23 135/2
  145/21 152/20 153/6 153/24 153/24 163/18
  166/14 169/11 170/14
1400 [1]  1/18
149 [1]  124/16
14th [1]  88/17
15 [6]  57/20 57/24 116/5 120/18 144/15
  156/23
1505 [3]  53/21 146/2 148/2
151 [2]  41/21 124/9
1551 [1]  1/20
161 [1]  36/16
162 [1]  177/8
167 [1]  124/16
169 [1]  45/17
16th [1]  167/3
17 [2]  170/7 177/4
17th [2]  110/10 116/8
18 [9]  2/9 53/20 120/24 135/1 135/3 135/8
  146/2 148/2 168/7
1813H [1]  144/8
186 [2]  94/23 95/20
18th [1]  117/23
19 million [10]  62/1 65/15 66/5 66/20 67/2
  76/6 88/8 105/8 105/10 105/15
1934 [3]  49/1 142/14 144/14
1992 [1]  96/15
19th [1]  45/3

## 2

20 [5]  1/8 157/2 157/4 157/5 157/5
200 [4]  1/10 70/6 111/21 116/12
200,000 [1]  82/2
200-some-thousand [1]  96/8
2000 [1]  60/23
2001 [1]  63/2
2002 [8]  60/16 60/18 61/15 61/17 63/9 65/5
  87/15 105/25
2005 [9]  29/11 60/16 60/23 62/6 62/10 63/9
  65/5 87/21 87/23

2006 [10]  10/7 61/2 61/15 61/20 62/10 64/18
  65/1 82/2 82/3 87/15
2007 [16]  32/11 70/10 70/13 70/19 72/15
  75/9 75/10 75/20 77/18 84/21 88/17 89/6
  107/24 107/25 117/7 125/9
2008 [10]  32/12 37/7 37/20 45/4 45/13 45/17
  47/18 60/17 65/9 82/4
2009 [5]  10/22 103/13 110/11 117/23 168/19
2010 [2]  103/13 169/1
2013 [6]  1/8 10/9 154/1 163/20 167/4 177/18
20530 [1]  1/18
20th [1]  163/20
214 [4]  60/10 74/25 101/8 111/21
218 [1]  111/21
228 [1]  1/22
22nd [1]  45/17
23 million [1]  65/14
238 [1]  54/13
24 [1]  61/2
2460656 [1]  10/8
247,000 [1]  36/17
2479 [1]  47/1
25 [1]  111/3
25-letter [1]  118/18
2547 [1]  64/22
258 [1]  27/20
262 [1]  36/4
263 [1]  33/17
2650 [1]  66/11
293 [4]  87/11 90/12 107/20 107/21
296 [1]  30/17
29th [1]  107/25
2:00 p.m [1]  167/4
2:34 [1]  161/21
2nd [1]  85/14

## 3

3.5 million [1]  66/1
3.8 [1]  8/24
3.823 million [1]  8/24
30 [4]  3/5 64/6 109/5 109/9
300 [2]  34/20 101/12
300,000 [3]  45/3 45/6 82/1
30th [1]  26/4
31 [1]  33/24
3143A [1]  168/7
32.2 [4]  6/23 9/12 9/13 9/15
327 [1]  117/23
33179 [1]  1/22
33401 [2]  1/20 1/25
35 [2]  3/21 3/24
371 [1]  135/4
3768 [1]  1/24
390,000 [1]  45/12
3:15 [1]  161/21
3H [1]  144/6

## 4

400 [3]  70/2 112/24 113/1
400,000 [1]  45/16
412 [13]  70/5 70/5 75/1 80/1 84/17 90/16
  91/24 98/14 101/12 106/25 108/12 119/25
  120/2
414 [2]  70/16 75/1
417 [1]  86/11
422 [1]  106/2
443 [2]  10/2 10/2
46C [1]  168/8
4s [1]  24/9

179

**5**

50,148 [1]  51/21
50-year [1]  83/5
514-3768 [1]  1/24
515 [1]  10/3
52,550 [1]  52/5
523 [1]  10/3
525743 [1]  10/10
53 [1]  26/16
55 [1]  54/16
561 [3]  1/24 47/1 47/10
57 percent [4]  61/1 61/16 61/23 62/3
59 [1]  177/5

**6**

6 million-plus [1]  120/7
6,035,000 [1]  33/18
600 [2]  96/19 96/20
61 [2]  25/23 38/8
63 [1]  122/5
638 [1]  10/13
64 [8]  88/14 89/12 90/6 90/14 100/17 113/22
114/9 114/21
69 [3]  77/3 77/5 77/6

**7**

701 [1]  1/24
71 [1]  93/25
72 [1]  10/14
74 [1]  35/24
78 [13]  60/20 60/21 60/22 62/11 62/19 64/14
64/22 66/7 66/23 114/12 114/12 114/14
114/16
78A [1]  144/15

**8**

80 percent [1]  83/18
800 [1]  41/3
80205 [1]  162/19
83 [1]  31/11
85 [1]  171/21
85 percent [9]  20/15 27/17 27/20 42/5 45/14
61/15 61/23 62/3 127/23
883-2479 [1]  47/1

**9**

9 million [1]  66/5
900,000 [1]  66/5
94 [3]  38/20 40/6 123/22
96 [2]  33/3 81/23
962 [1]  10/13
971 [1]  10/14

**A**

a.m [1]  58/3
abets [2]  149/1 149/4
ability [9]  61/4 61/6 62/4 62/11 73/15 85/16
100/11 132/23 172/17
able [15]  4/19 24/11 27/18 37/23 41/23 50/8
59/22 73/4 80/8 118/25 155/6 157/7 157/11
157/16 168/10
above [1]  177/17
above-entitled [1]  177/17
abroad [3]  170/1 170/18 172/15
absolutely [5]  7/16 11/16 100/12 108/4
111/20
absurd [2]  122/23
absurdity [1]  39/7
abundance [1]  6/22

accept [1]  132/7
acceptance [1]  73/7
accident [1]  150/14
accidents [1]  22/11
accomplish [4]  53/7 136/6 146/23 147/9
accomplished [2]  22/18 23/22
accomplishing [2]  53/17 147/6
according [4]  62/16 65/25 96/7 113/25
accordingly [1]  105/5
account [18]  8/4 30/18 45/7 51/6 51/25 52/1
52/11 52/17 52/18 52/20 172/3 172/5 172/6
172/13 172/22 172/24 174/12 174/14
accountable [1]  120/21
accounts [7]  19/23 51/7 87/24 169/7 170/17
170/19 172/20
accurate [2]  98/22 132/8
accurately [5]  64/2 71/4 100/11 103/6 132/24
accusation [1]  172/11
achieves [1]  77/2
achieving [1]  73/7
act [32]  17/24 28/4 42/25 53/13 53/15 53/15
54/3 60/15 131/4 135/18 136/23 139/7 139/7
139/20 141/20 142/14 144/7 144/14 146/5
146/17 147/2 147/4 147/7 147/23 148/16
148/16 148/22 148/23 150/12 150/15 152/11
174/5
acted [3]  140/10 150/18 150/20
acting [2]  148/25 167/19
action [5]  54/5 138/16 140/16 148/14 148/18
actions [1]  61/7
activities [2]  71/11 101/24
activity [9]  50/20 51/11 51/12 143/21 144/21
144/22 144/23 145/6 145/7
acts [7]  22/12 54/12 60/15 146/13 149/3
149/6 149/9
actual [4]  20/21 31/15 77/10 132/1
actually [34]  26/18 35/15 39/22 40/21 43/15
44/12 45/20 45/21 45/21 85/11 86/12 92/7
97/7 98/2 98/16 100/20 110/12 112/13
112/15 113/3 125/24 125/25 126/3 135/15
138/13 139/4 139/17 139/18 141/6 141/18
145/20 156/1 157/15 174/21
addition [3]  19/16 34/6 36/22
additional [1]  4/21
additions [1]  2/6
address [6]  38/18 38/19 39/17 40/8 73/15
123/24
adjudicate [1]  166/14
administration [6]  53/23 62/15 64/12 148/4
148/10 148/13
admitted [14]  5/17 67/11 80/17 113/7 113/7
113/13 129/7 131/10 131/11 131/12 134/12
134/17 160/13 160/25
advance [1]  45/13
advances [3]  45/9 136/23 147/23
advantage [4]  21/6 21/13 27/16 150/24
advice [1]  167/8
advise [1]  166/15
affairs [1]  131/5
affect [3]  36/1 49/8 151/10
affects [1]  144/4
afford [1]  47/25
afforded [1]  172/19
aforesaid [1]  95/6
after [41]  4/17 11/2 12/16 15/2 15/10 16/9
18/2 24/4 26/24 58/3 58/21 62/19 63/2 63/25
70/13 78/9 82/21 84/21 89/1 94/24 97/14
97/18 97/20 101/13 104/1 106/5 107/12
107/16 107/24 109/12 109/18 119/22 122/17
128/23 130/25 151/25 159/23 161/21 162/6

166/25 168/5
afternoon [2]  15/24 161/23
again [63]
against [11]  10/23 13/7 13/17 13/22 13/23
56/9 105/20 130/5 130/10 134/20 169/5
agency [3]  144/11 144/20 145/24
agent [4]  135/20 146/7 148/24 149/6
agents [4]  71/8 74/9 74/12 92/15
aggressive [1]  122/3
aggressively [1]  71/25
ago [6]  81/17 69/18 68/14 68/15 97/2 170/11
agree [6]  8/15 11/23 12/14 14/10 54/8 60/5
72/3 130/7 135/14 137/10 137/12 137/23
137/14 137/15 145/19 151/21
agreeable [1]  13/3
agreed [8]  29/5 30/7 53/6 127/25 128/2 136/6
146/22 153/3
agreement [29]  28/3 28/5 28/8 67/12 67/20
67/23 68/5 68/9 68/10 68/11 68/17 69/23
98/3 98/5 99/10 99/13 115/10 115/17 115/19
116/4 116/6 135/17 135/23 142/17 146/4
146/10 152/2 154/8 155/1
agreements [6]  95/3 102/1 115/4 115/7 117/4
133/23
agrees [1]  130/3
ahead [3]  11/14 30/8 57/25
aid [1]  150/25
aids [2]  149/1 149/4
air [1]  159/12
airplane [1]  65/6
Ajay [29]  19/6 19/12 22/2 22/3 22/5 22/6
23/17 25/1 25/5 25/13 26/1 26/7 26/17 31/1
38/2 38/10 59/22 66/18 67/9 75/12 97/22
101/11 104/23 105/4 105/5 105/16 127/1
127/13 133/23
al [1]  60/11
albeit [2]  82/1 94/11
Albert [1]  1/16
allegation [3]  86/18 90/10 94/19
alleged [17]  12/12 53/16 73/2 86/24 135/11
135/11 136/13 136/25 137/17 141/12 141/18
143/10 147/5 147/13 148/1 148/7 150/11
allegedly [4]  19/10 26/6 68/22 134/14
alleges [1]  145/21
allow [1]  151/2
allowed [4]  23/7 23/7 69/20 100/20
almost [5]  32/9 33/18 34/4 50/22 127/14
alone [2]  147/8 151/18
along [4]  4/22 45/7 157/14 169/3
aloud [1]  70/21
already [10]  44/20 52/22 61/22 78/13 89/1
90/11 92/5 100/21 131/24 156/22
also [26]  5/2 10/4 10/8 14/25 26/8 48/1 55/14
61/6 69/23 82/4 94/10 102/18 104/2 114/22
121/6 124/20 133/4 134/15 136/2 141/13
149/5 153/9 156/3 165/24 171/25 172/3
alternate [1]  157/17
alternates [4]  156/25 157/9 157/22 159/3
although [9]  59/10 74/4 77/18 79/3 82/24
93/20 96/23 103/25 173/5
always [1]  25/9
am [4]  9/24 72/22 166/15 171/17
amazing [1]  84/8
ambiguous [1]  108/8
AMERICA [3]  1/3 145/25 162/20
AMEX [1]  122/12
amiss [1]  54/21
among [1]  158/8
amongst [1]  103/4
amount [19]  6/15 6/15 7/8 7/10 7/14 7/23 8/4

## A

amount... [12]  8/5 8/10 8/12 8/16 8/23 11/16 13/10 13/23 14/9 26/5 31/12 96/9
amounts [2]  9/8 95/7
analysis [2]  168/5 168/9
Anand [45]  19/6 19/12 19/15 22/2 22/3 22/5 22/6 23/17 25/1 25/1 25/5 25/8 25/13 26/1 26/8 26/17 26/24 27/13 27/15 27/18 31/1 38/2 38/6 38/10 41/13 41/14 41/16 59/22 66/18 67/10 67/11 68/6 75/12 75/23 101/11 102/12 104/23 105/4 105/5 105/16 124/23 125/4 127/1 127/13 133/23
Anand's [2]  97/22 124/20
and/or [2]  95/5 95/11
Angeles [2]  82/21 83/3
annual [1]  36/24
another [22]  12/7 32/6 32/17 33/25 34/7 35/19 35/21 35/24 47/7 75/25 108/21 111/17 123/10 138/12 138/13 145/20 148/24 149/4 149/9 152/1 172/18
answer [6]  13/24 71/16 118/24 133/1 154/15 164/3
answered [1]  32/17
answers [3]  56/4 64/6 129/23
antiskid [1]  79/8
any [123]
anybody [3]  72/17 96/3 160/15
anyone [20]  25/10 30/5 56/23 76/10 88/18 89/14 101/17 105/10 121/23 122/16 139/18 141/19 142/1 143/2 143/12 145/18 151/23 158/8 159/22 165/25
anything [36]  4/8 4/9 14/14 22/4 29/19 29/19 36/19 36/20 65/1 65/18 68/18 70/2 72/17 72/20 74/16 79/19 80/13 86/16 87/25 88/7 89/22 95/19 96/6 100/3 107/18 108/2 117/8 121/21 122/22 131/12 131/14 131/17 158/24 166/2 166/24 174/10
anyway [1]  173/1
aol.com [1]  1/25
apart [1]  64/6
apologize [7]  8/25 15/15 53/19 66/10 70/6 83/15 114/8
appalled [1]  122/22
apparent [1]  169/20
apparently [5]  11/9 89/8 106/5 106/13 115/17
appeal [2]  167/10 167/20
appear [5]  20/11 93/15 95/17 132/25 172/21
Appearances [1]  1/15
appears [3]  106/22 113/24 114/10
appellate [2]  167/13 167/23
appendix [1]  10/3
appetite [2]  27/3 27/7
applicable [1]  9/5
applies [1]  8/8
apply [1]  16/22
appoint [1]  167/22
appointed [2]  167/12 167/15
appreciate [5]  110/6 157/1 159/2 165/21 166/5
appropriate [5]  8/16 153/5 154/5 154/17 154/20
approval [1]  61/8
approved [2]  35/21 72/4
approving [1]  121/8
approximately [1]  61/1
April [1]  37/7
arbiter [1]  94/18
arbiters [7]  71/17 72/19 73/20 83/17 102/14

103/1 106/23
ARC [6]  60/25 61/3 61/4 61/6 61/14 88/5
architect [2]  110/13 110/15
area [2]  47/11 73/16
areas [1]  73/12
aren't [1]  41/22
argue [4]  11/6 12/3 16/16 81/21
arguing [1]  3/15
argument [19]  4/10 9/2 15/1 16/4 16/5 16/25 78/14 108/23 109/23 113/16 118/18 117/1 117/13 118/8 119/5 119/6 121/14 125/10 170/2
arguments [11]  14/5 15/21 16/6 16/9 16/12 16/21 58/19 59/9 129/20 129/21 177/3
Armpriester [4]  69/6 69/17 91/14 91/15
around [12]  11/19 13/5 21/9 56/13 61/18 62/4 63/21 77/4 96/17 96/19 123/15 126/12
arrested [1]  169/22
arriving [1]  131/17
art [1]  73/8
articulately [2]  63/15 91/2
artifice [3]  48/22 142/6 142/23
artificial [1]  83/25
ashamed [1]  122/14
aside [1]  168/15
ask [34]  19/4 19/13 20/7 25/20 40/17 47/11 57/16 60/19 65/5 69/8 71/14 71/15 71/23 84/25 96/19 98/19 99/2 101/13 105/20 108/15 121/25 132/15 133/4 133/6 157/23 157/25 158/6 158/12 158/15 158/18 161/18 164/2 165/20 176/4
asked [21]  26/1 28/11 30/7 41/6 41/8 48/5 69/5 70/25 71/19 84/23 89/3 91/25 96/15 97/6 100/4 100/16 117/14 117/23 120/15 129/25 170/18
asking [11]  4/4 7/17 8/9 22/6 57/8 68/16 80/9 113/17 123/1 156/22 157/13
asks [2]  38/5 117/16
asleep [2]  86/4 86/10
asserts [1]  132/1
asset [2]  34/10 50/8
assets [16]  6/12 8/3 10/20 10/23 10/24 10/25 12/10 12/11 13/13 13/17 13/22 170/18 172/5 172/5 172/15 172/15
assist [2]  167/11 173/10
assisted [1]  62/20
associate [1]  149/7
associated [3]  143/2 149/11 152/19
associating [1]  136/20 147/20
assume [1]  131/14
assuming [2]  13/4 13/23
assumingly [1]  69/1
ate [1]  88/8
attached [2]  35/2 40/8
attachment [1]  33/4
attachments [6]  69/15 69/16 91/10 91/11 99/6 99/23
attempted [5]  49/13 50/15 93/8 142/5 143/17
attention [6]  17/10 88/12 94/22 112/14 113/3 157/19
attentiveness [1]  110/5
attorney [2]  55/9 56/21
attorneys [1]  169/4
audio [8]  4/22 26/12 40/5 113/7 155/20 155/23 160/5 160/12
audit [8]  17/23 25/24 25/25 38/8 42/16 59/24 60/1 121/9
auditing [1]  22/23
August [2]  45/17 167/3
August 16th [1]  167/3

August 22nd [1]  45/17
authority [5]  11/4 11/5 71/9 74/10 92/15
authorized [2]  95/9 144/24
authorizes [1]  149/6
automatically [2]  136/24 147/24
available [6]  12/4 12/10 12/20 37/8 173/9 173/9
Avenue [1]  1/18
aware [6]  82/5 150/20 168/4 168/17 172/16 172/23
away [4]  78/22 94/4 96/23 125/22

## B

baby [1]  158/22
back [67]
backed [1]  35/3
background [1]  166/20
backwards [1]  110/22
bad [4]  63/11 63/12 81/4 150/17
bag [1]  39/10
balance [1]  174/17
bank [18]  8/3 19/22 24/22 24/24 50/18 51/6 51/25 52/11 52/18 52/20 87/24 144/6 144/9 144/11 169/7 170/17 170/19 174/14
banker [2]  144/10 144/19
bankrupt [1]  80/6
bankruptcy [9]  10/22 10/24 12/11 63/7 97/14 97/18 169/14 170/20 172/16
bar [2]  169/10 174/1
bargain [12]  67/11 67/19 68/1 68/5 68/9 68/10 68/17 69/23 99/10 99/13 102/7 134/6
bargaining [4]  102/2 102/3 133/24 134/1
bars [1]  80/10
based [10]  5/22 7/12 8/21 9/7 50/1 51/21 91/15 129/4 130/24 166/13
basement [1]  84/14
basically [4]  53/21 119/14 121/10 168/20
basis [2]  8/11 124/4
Batelle [2]  83/4 106/5
Bates [2]  64/22 66/11
Beach [8]  1/7 1/20 1/25 163/21 167/4 171/22 171/25 173/4
bear [2]  70/4 70/4
beautiful [1]  158/22
because [115]
become [4]  112/9 136/24 147/24 152/4
becomes [2]  135/20 146/7
before [84]  1/12 7/10 7/21 11/23 14/14 15/17 15/24 23/25 26/10 35/6 35/24 38/14 53/24 56/11 57/13 59/11 59/14 61/20 67/13 67/21 68/23 68/25 74/3 75/14 79/24 85/3 86/22 89/23 91/5 91/7 102/21 103/2 103/13 106/25 108/22 131/9 145/24 148/7 150/19 167/6 170/5 172/21 173/1 174/1
beforehand [1]  98/9
began [2]  23/25 106/9
begin [4]  15/17 15/22 16/23 128/24
beginning [12]  7/18 15/25 17/12 27/23 35/3 47/24 56/12 67/6 105/3 157/12 157/17 168/19
begins [1]  79/7
behalf [2]  158/16 165/16
behind [14]  25/6 29/3 30/21 31/9 34/25 45/23 48/2 49/5 123/2 126/5 126/5 126/8 126/8 127/7
being [28]  10/14 15/14 16/14 29/15 47/3 64/10 64/10 67/3 80/4 80/8 89/3 89/19 101/14 107/6 115/5 116/10 117/25 122/3 122/7 124/14 136/19 147/19 168/6 169/8 169/19 170/17 171/13 174/18

**B**

belabor [1]  98/24
belief [7]  103/16 103/17 103/21 111/8 149/22
149/23 150/2
beliefs [1]  152/5
believable [1]  97/21
believe [50]  5/7 6/13 6/23 9/15 10/21 13/25
14/11 25/19 62/9 62/18 65/12 67/17 68/3
68/16 71/17 71/20 75/22 78/15 80/14 81/6
81/16 81/18 81/19 81/19 81/22 91/6 94/9
99/2 99/14 104/24 111/3 111/21 111/21
113/10 113/18 113/19 120/23 121/20 123/1
129/15 132/8 132/10 132/14 133/10 160/8
166/24 168/18 169/21 174/15 175/16
believed [1]  65/1
believer [1]  126/10
believes [4]  5/4 6/25 8/19 72/25
believing [1]  42/22
belonging [1]  115/24
belongings [1]  157/25
beneficial [3]  2/11 60/25 143/8
benefits [2]  73/5 73/13
Bernard [1]  165/13
best [3]  56/17 121/15 123/8
better [1]  73/15
between [10]  6/11 9/15 9/19 15/1 28/5 28/9
115/21 115/22 116/6 171/17
beyond [41]  17/14 21/20 28/17 43/4 43/13
47/20 55/21 57/6 77/22 78/17 78/20 78/23
89/4 89/24 90/1 90/2 91/19 98/16 98/18
103/10 108/17 113/14 126/7 126/7 128/10
129/2 130/17 130/21 131/3 131/7 136/3
137/7 137/22 140/3 142/4 143/15 146/20
149/10 149/14 149/21 150/9
bifurcation [2]  5/23 6/5
big [11]  23/13 23/21 24/4 25/4 34/16 37/3
37/4 46/20 48/1 79/14 125/8
bigger [1]  23/17
billed [1]  81/25
bills [1]  31/25
binder [1]  70/3
binders [6]  60/21 156/17 160/14 160/17
160/22 160/24
binding [1]  131/13
birthday [1]  171/21
bit [18]  3/20 19/12 20/9 24/25 25/1 25/15
27/11 27/18 27/25 28/23 53/18 97/15 97/16
97/17 97/20 106/12 121/6 157/18
black [2]  64/23 126/15
blame [1]  79/18
blames [3]  121/12 121/12 121/12
blank [1]  154/1
blew [1]  125/8
blind [4]  23/16 24/11 24/20 27/10
blown [2]  59/15 119/24
blowups [2]  5/3 5/5
blue [1]  36/7
board [12]  22/23 42/17 61/5 64/13 73/19
73/25 77/5 84/15 90/21 121/12 121/18
122/20
boards [1]  106/3
Boca [5]  21/10 54/12 55/6 55/12 171/22
bogus [3]  40/16 93/14 104/20
bond [3]  142/16 168/1 175/17
booked [1]  90/11
books [4]  33/1 40/22 100/22 134/14
boost [1]  128/6
boring [1]  74/3
both [14]  4/15 10/5 18/17 19/14 44/4 53/1

88/21 97/17 137/6 137/15 153/13 167/23
168/7 168/9
bottom [8]  18/6 22/15 35/12 36/7 77/6 78/1
89/13 90/7
bought [10]  20/18 36/8 37/14 93/3 95/25
96/14 96/15 97/3 104/20 143/2
bounces [1]  52/16
box [3]  100/7 155/10 155/11
boxes [3]  41/7 84/13 159/17
boy [2]  21/9 29/23
branch [1]  144/11
brand [1]  102/19
Brass [1]  165/4
bread [1]  56/17
break [5]  15/1 108/21 159/6 159/10 161/20
breakdown [1]  154/25
breaks [3]  157/6 159/5 159/12
Brian [1]  37/20
brief [2]  11/6 14/6
briefly [4]  17/2 110/1 168/13 174/11
bring [10]  14/15 15/9 25/9 58/12 58/20 105/9
109/17 123/9 154/13 162/5
bringing [1]  23/20
brings [1]  48/12
broker [2]  144/13 144/17
brokerage [2]  30/23 51/6
brought [2]  76/21 113/15
browbeat [1]  122/17
browbeaten [1]  122/17
Bryan [5]  37/10 42/21 44/7 46/19 46/21
buddy [3]  41/2 41/6 41/17
Budimir [4]  64/19 82/7 82/8 84/2
bullied [4]  20/23 20/25 20/25 21/1
bunch [4]  114/18 114/22 120/6 127/15
Bunes [7]  19/7 64/8 64/19 82/13 83/1 84/2
106/16
burden [7]  16/2 16/5 98/18 98/18 130/20
175/5 175/17
burn [1]  158/22
business [20]  25/16 30/12 39/14 74/21 80/17
80/18 80/19 80/21 80/23 103/21 111/8 115/9
138/11 139/21 141/22 142/10 144/20 144/24
145/1 150/2
button [1]  63/23
buy [6]  24/21 37/24 76/22 96/20 97/3 127/10
buying [2]  37/20 76/23
bystander [1]  121/15

**C**

cables [12]  33/9 93/9 94/1 94/8 94/14 94/16
99/7 100/1 100/3 126/15 126/15 126/15
calendar [1]  157/5
Calgary [1]  46/10
California [9]  21/10 23/3 30/4 38/4 68/24
169/2 173/21 174/1 175/6
called [21]  19/1 30/13 43/7 44/5 53/20 59/5
67/3 67/12 68/8 75/25 82/6 85/5 87/8 87/19
92/17 98/4 111/1 129/11 133/24 134/19
135/6
calling [3]  67/18 68/18 98/9
calls [1]  57/5
came [16]  38/21 38/21 39/18 39/19 39/19
75/13 78/19 81/14 83/3 86/6 87/17 124/18
124/19 145/9 165/25 168/18
can't [24]  11/4 11/25 13/8 35/15 41/19 56/18
56/18 63/4 68/18 82/15 82/16 85/14 96/8
97/16 103/19 105/21 117/6 137/12 137/13
149/25 158/14 169/14 170/13 174/16
Canada [2]  23/4 46/10
canceled [2]  45/18 45/19

cancellation [4]  41/20 47/18 85/6 85/15
candidly [1]  117/6
cannot [10]  12/22 12/25 13/6 14/7 103/16
130/15 149/23 154/14 158/4 159/7
capable [2]  29/24 33/14
capacity [3]  44/6 139/2 141/4
cappuccinos [2]  20/19 123/9
car [9]  6/13 8/3 24/21 24/22 24/22 24/23
63/4 79/5 79/7
car's [1]  79/8
card [2]  29/12 100/6
cardiac [42]  34/19 35/17 40/3 46/25 48/6
72/10 72/16 73/14 85/23 86/14 86/18 87/1
87/11 88/12 90/14 100/15 107/14 108/3
114/5 114/21 115/2 115/5 115/14 115/16
116/1 116/2 116/10 116/14 116/16 117/1
117/8 117/18 118/2 118/9 118/10 118/12
118/17 118/21 118/23 119/8 125/11 125/17
cardiology [1]  73/13
care [6]  25/8 56/23 92/9 92/9 125/1 127/1
cared [3]  56/24 57/2 57/2
carefully [3]  105/2 106/2 131/1
carelessness [2]  103/19 149/25
carried [5]  26/3 135/15 145/20 146/13
175/17
carrier [11]  44/1 137/19 138/7 138/8 138/10
138/14 139/13 139/15 139/19 139/20 139/23
carries [1]  138/11
carry [4]  44/2 138/8 140/1 140/14
carrying [8]  53/16 129/10 136/1 137/19
139/16 141/16 146/18 147/5
cars [2]  27/5 79/8
Carter [171]
Carter's [11]  21/12 32/12 45/6 47/21 52/17
55/9 56/21 76/16 81/21 84/4 93/17
Casablanca [2]  80/22 81/8
case [94]
cases [8]  9/25 10/4 10/6 10/18 11/1 13/25
53/1 174/21
cash [8]  25/11 31/25 32/14 33/6 44/24 97/8
97/20 145/2
casinos [1]  27/6
caught [1]  121/11
cause [9]  25/22 68/11 68/12 77/10 122/11
139/9 139/19 141/10 143/6
caused [10]  42/23 43/25 44/19 51/14 76/22
127/18 127/20 127/21 127/23 140/12
causing [2]  46/7 138/7
caution [5]  6/22 102/10 133/22 134/8 151/12
cautionary [2]  78/5 92/8
cautious [1]  113/2
CD [2]  155/23 155/23
CDs [1]  155/23
CEO [5]  42/18 64/8 82/5 86/5 94/24
CEOs [1]  121/9
certain [9]  90/1 90/3 113/11 119/15 129/18
136/20 143/12 147/20 150/7
certainly [5]  80/3 82/18 83/20 166/1 176/1
certificate [6]  44/12 45/9 142/16 142/19
142/20 177/13
certificates [2]  46/2 127/19
Certified [1]  177/15
certify [1]  177/15
cetera [1]  166/20
CFO [3]  20/25 40/20 42/18
chad [1]  98/7
chain [2]  129/12 132/2
chances [1]  175/12
change [13]  2/13 2/14 38/18 39/17 40/8 54/5
55/2 89/1 91/4 123/24 148/13 148/18 152/3

## C

changed [2]  64/6 170/6
changes [4]  2/11 61/8 143/8 168/5
Chapter [1]  63/7
charge [12]  62/23 73/17 102/22 130/10
 134/23 135/5 149/17 152/21 153/8 153/15
 153/20 177/7
charged [15]  17/15 20/4 22/15 57/8 127/19
 127/21 127/22 127/24 128/1 128/3 136/7
 137/3 148/21 148/22 151/13
charges [14]  56/3 95/22 127/16 134/19
 134/24 135/2 137/1 146/13 150/6 151/7
 153/9 153/10 153/14 153/21
charging [1]  55/4
Charles [1]  1/21
chart [9]  8/25 20/15 27/12 33/17 36/4 45/6
 45/20 51/19 51/20
charts [2]  134/12 134/16
chauffeur [4]  21/8 29/23 81/5 81/6
cheap [1]  19/2
cheat [7]  49/17 121/3 138/16 139/8 140/16
 141/9 143/5
check [2]  40/13 161/9
checked [1]  161/13
checking [2]  121/7 121/11
cherrypick [1]  112/3
chest [2]  94/6 100/8
chief [3]  72/7 110/13 110/14
choices [1]  8/2
choose [3]  129/15 152/10 166/21
chose [1]  130/15
Christian [1]  164/11
Cincinnati [1]  41/3
Circuit [4]  9/23 9/25 10/11 10/15
circuits [1]  10/6
circumstances [2]  129/12 132/3
circumstantial [4]  129/11 131/24 132/2
 132/5
cite [4]  9/22 10/3 10/4 10/14
cited [2]  10/12 10/15
city [1]  118/18
civic [2]  165/18 165/21
civil [1]  11/3
claim [5]  65/13 66/16 66/18 96/13 104/20
claimed [1]  38/9
claiming [2]  44/25 105/3
claims [4]  70/11 70/20 97/6 97/7
clarify [1]  11/20 160/8
clarity [2]  169/24 174/13
Clark [3]  8/23 32/7 52/20
Clark's [6]  9/7 20/14 27/4 27/20 51/19
 126/24
class [2]  48/24 142/12
clean [2]  4/22 155/18
cleanest [1]  6/23
clear [14]  6/16 7/16 11/16 13/15 13/16 34/21
 46/1 62/5 72/1 79/4 94/19 168/10 169/17
 175/5
cleared [2]  72/4 106/1
clearer [1]  22/9
clearly [1]  133/1
Clematis [1]  1/24
client [1]  59/7
clip [2]  22/1 70/4
clips [6]  18/5 21/21 40/3 55/14 111/23
 155/23
clocked [1]  3/1
close [3]  15/24 63/13 150/10
closed [3]  100/22 172/25 173/2

closely [1]  114/8
closing [22]  2/24 3/4 4/10 4/17 5/9 5/20 6/2
 15/21 16/3 16/4 16/12 24/8 59/9 60/15 78/14
 83/10 83/16 116/25 118/16 123/18 129/21
 177/3
clubs [1]  21/10
co [2]  17/12 94/24
co-CEO [1]  94/24
co-counsel [1]  17/12
coasts [1]  21/3
code [9]  47/11 53/20 135/1 135/4 135/9
 144/8 144/15 146/2 148/2
coffee [1]  168/21
coincidences [2]  117/24 117/25
collected [8]  155/8 155/10 155/15 159/21
 159/22 159/24 160/8 160/15
collectively [2]  118/8 142/12
comes [3]  11/8 38/13 128/5
comfortable [1]  168/21
coming [6]  24/4 31/16 75/2 103/25 125/3
 169/22
comment [1]  59/6
comments [4]  2/7 2/16 18/19 110/8
commerce [2]  140/13 144/4
commercial [5]  43/25 137/19 138/6 138/10
 144/9
commission [8]  22/25 53/25 76/13 78/8
 78/10 144/14 146/1 146/16
commit [31]  23/23 27/2 28/1 28/3 28/6 28/12
 29/10 42/8 42/11 52/24 56/2 123/15 127/25
 134/25 135/18 136/7 137/2 137/3 137/4
 137/6 137/8 137/11 137/14 142/1 146/5
 146/14 149/2 152/24 162/23 168/16 171/16
commits [2]  147/9 148/6
committed [14]  18/1 18/7 19/15 23/8 50/12
 53/15 56/9 134/24 135/6 137/13 147/4 150/7
 150/10 150/15
committee [9]  17/23 22/23 25/24 25/25 38/8
 42/17 59/25 60/1 121/9
committing [6]  22/16 31/20 145/10 145/13
 145/17 169/11
commodities [1]  144/17
common [22]  20/20 32/19 40/12 61/1 73/22
 74/1 85/19 86/13 90/4 90/22 92/5 92/12 95/4
 99/15 108/16 123/5 130/25 130/25 131/22
 136/6 136/20 147/20
commonly [2]  142/18 143/13
communicate [1]  154/10
communication [2]  140/13 148/9
communications [8]  74/4 86/9 107/12 140/1
 141/20 141/22 141/24 148/5
community [8]  166/6 168/11 168/13 168/14
 169/18 171/12 171/20 175/13
companies [6]  40/25 47/12 71/21 116/15
 116/15 125/25
company [112]
company's [6]  20/25 21/1 32/13 40/17 56/21
 82/20
company-sponsored [10]  71/12 71/14 71/16
 71/20 71/24 78/12 92/16 98/14 101/24
 106/19
compare [2]  21/23 117/16
compared [1]  6/14
comped [1]  18/16
complained [1]  63/25
complaining [1]  65/4
complaints [1]  104/22
complementary [1]  73/11
complete [3]  102/22 149/17 156/13
completed [2]  75/5 128/23

completely [1]  116/24
Completing [1]  41/24
completion [1]  73/24
complex [1]  62/15
computer [3]  155/18 155/18 161/8
conceals [2]  138/24 140/24
concept [4]  78/24 112/21 127/6 168/14
concerned [11]  2/6 79/9 129/13 129/14
 131/23 171/13 171/16 171/18 173/22 174/18
 175/1
concerning [2]  130/23 132/12
concerns [1]  73/16
conclude [1]  14/8
concluded [1]  176/7
conclusion [5]  20/3 29/8 31/19 43/6 128/9
conclusions [2]  16/17 131/22
conduct [2]  150/21 171/17
confident [1]  161/14
confirmation [4]  28/19 40/20 46/24 46/25
confirming [1]  47/9
confirms [1]  47/3
confronted [1]  84/20
confuse [1]  35/14
confused [3]  72/22 72/22 79/2
confusing [3]  79/3 79/4 98/1
connected [2]  100/8 142/25
connecting [1]  23/4
connection [8]  48/23 50/6 50/9 51/22 95/5
 142/2 142/9 142/22
Connections [3]  33/12 95/1 95/11
connectivity [2]  29/25 33/10
consent [1]  7/12
conservative [2]  170/6 170/8
consider [12]  5/24 85/18 102/9 130/15 131/9
 132/6 133/11 133/21 134/8 134/16 151/8
 151/16
consideration [3]  11/12 174/24 175/1
considered [3]  129/19 131/1 143/9
considering [2]  131/21 151/25
consistent [2]  92/22 111/22
consisting [1]  72/5
conspiracies [3]  52/23 134/24 135/12
conspiracy [50]  23/22 27/1 27/2 28/1 28/2
 28/18 29/5 29/8 29/9 31/3 34/7 34/8 42/8
 42/25 43/5 52/21 52/24 52/24 52/25 52/25
 53/5 53/17 53/19 54/18 55/15 55/18 55/21
 128/1 128/3 135/17 135/20 135/24 136/2
 136/21 136/22 136/25 137/17 146/4 146/7
 146/15 147/1 147/6 147/10 147/21 147/22
 148/1 152/23 153/24 162/23 163/18
conspirator [6]  73/3 136/11 136/24 147/9
 147/11 147/24
conspirators [5]  136/1 136/13 146/18 147/1
 147/13
conspire [3]  28/12 135/14 145/18
conspired [11]  17/24 28/10 53/1 134/25
 135/2 137/2 137/6 137/8 137/11 137/14
 145/22
conspiring [1]  137/4
constitute [5]  95/5 95/7 103/22 111/9 150/3
consult [3]  33/8 33/9 154/15
consultant [1]  115/10
consulting [10]  17/19 18/23 23/10 32/25 33/3
 51/14 95/2 104/25 115/18 117/4
consumer [1]  116/5
contact [1]  40/25
contained [1]  134/14
contains [2]  68/22 87/3
content [1]  36/11
continual [1]  33/8

## C

continually [1]  69/22
continue [6]  71/24 83/14 94/10 159/8 167/14 171/23
continued [2]  30/3 32/12
continuities [1]  100/4
contract [13]  32/25 32/25 33/3 33/23 81/23 81/25 82/4 82/24 83/1 83/5 93/13 93/17 127/11
contracts [7]  17/19 18/23 20/20 23/10 39/22 51/14 114/22
contrary [2]  60/8 102/17
control [15]  23/7 61/5 61/7 61/9 62/8 62/12 62/12 65/24 79/1 79/7 79/9 79/10 87/23 87/24 87/25
controlled [3]  61/3 101/20 101/21
convicted [3]  133/11 169/11 170/14
convicting [1]  89/5
conviction [8]  6/1 7/4 8/7 11/2 13/4 13/23 14/3 168/5
convinced [3]  131/6 131/7 152/4
convincing [4]  131/4 168/10 169/17 175/5
COO [1]  107/9
cooperating [2]  85/12 85/21
cooperation [1]  15/18
copies [16]  5/11 5/13 103/3 155/5 155/8 155/9 155/12 155/14 155/15 159/18 159/19 159/24 160/12 160/13 160/18 160/18
copy [8]  58/15 58/17 58/18 128/18 134/21 155/4 156/13 160/24
core [2]  25/24 38/8
corporate [3]  61/7 61/8 89/10
corporation [1]  61/6
correct [11]  7/25 12/23 13/2 13/17 13/18 62/3 155/21 156/16 160/6 160/7 177/16
correction [1]  55/16
correctly [2]  77/16 85/9
corresponding [1]  52/4
corroborate [1]  40/1
corruptly [7]  54/1 54/3 55/5 145/22 148/4 148/8 148/16
couldn't [10]  11/5 31/25 32/1 36/15 47/5 64/1 72/6 85/4 85/13 98/8
counsel [18]  1/21 16/24 17/2 17/12 60/6 63/24 73/25 86/7 89/11 107/9 121/21 161/18 167/7 167/9 167/11 167/20 173/6 173/13
count [66]
count 1 [10]  43/5 128/2 134/24 137/1 137/10 152/20 152/23 152/23 153/3 162/23
count 11 [2]  153/21 163/12
count 12 [3]  52/4 52/10 163/14
count 13 [2]  52/12 163/16
count 14 [6]  128/4 135/2 145/21 153/24 153/24 163/18
count 2 [3]  45/3 153/7 162/25
count 3 [3]  45/12 153/9 163/1
count 4 [2]  45/16 163/2
count 5 [3]  153/10 153/11 163/3
count 6 [2]  47/7 163/4
count 7 [2]  47/17 163/5
count 8 [4]  51/20 153/15 153/16 163/6
count 9 [2]  52/3 163/8
country [7]  21/10 23/3 79/21 79/22 79/22 172/18 174/22
counts [36]  20/4 20/8 43/8 43/9 43/13 43/15 43/17 44/15 44/16 45/2 46/8 48/13 48/19 51/18 51/20 52/3 57/7 57/10 67/7 78/23 81/13 89/5 90/5 91/17 105/20 105/20 108/5 124/4 128/11 134/20 134/23 135/5 148/21

152/20 153/6 166/14
Counts 1 [1]  134/23
counts 2 [4]  43/9 44/16 135/5 148/21
Counts 9 [1]  52/3
counts first [1]  48/19
County [3]  96/23 171/25 173/5
couple [11]  5/3 17/10 29/13 33/24 56/11 112/7 117/3 119/12 120/14 123/18 123/22
course [15]  51/11 74/12 74/21 85/18 90/19 92/20 123/14 124/1 124/7 124/11 127/25 138/15 139/21 140/16 141/22
court [47]  1/1 1/24 2/1 4/1 5/4 6/19 6/21 6/24 7/3 7/17 9/4 9/8 9/22 10/4 10/6 13/2 13/14 17/8 56/14 58/8 59/18 67/20 83/12 85/17 86/13 100/25 101/2 102/1 102/4 102/18 102/21 103/15 111/22 134/2 152/12 162/18 169/1 170/23 172/15 172/21 172/23 174/18 174/21 174/21 174/23 175/4 175/6
Court's [5]  7/6 9/23 130/9 168/4 177/7
courthouse [2]  40/13 129/10
courtroom [12]  15/10 57/22 58/21 67/16 87/18 109/2 109/18 154/9 160/20 162/6 166/11 171/24
cover [8]  17/22 40/10 40/10 40/15 43/1 54/25 116/20 126/17
covered [1]  173/15
covering [3]  22/17 48/9 48/9
CPE [1]  1/23
CR [1]  1/2
create [18]  18/12 18/23 18/25 24/3 25/6 34/13 38/17 38/17 38/19 118/15 118/17 124/15
created [8]  19/16 33/2 50/1 52/7 104/4 104/4 104/6 104/8
creating [2]  29/21 34/18
creation [1]  124/22
creative [4]  110/13 110/15 110/16 119/5
credible [3]  39/21 60/8 68/3
credit [3]  172/4 172/10 174/14
crime [39]  9/20 42/7 53/21 53/22 63/15 68/10 96/7 133/12 135/13 135/17 137/18 137/21 139/24 139/25 140/2 141/25 142/1 142/3 143/8 143/12 145/9 145/13 145/15 145/17 145/18 145/20 146/3 146/14 146/19 148/3 149/2 149/11 149/12 150/6 150/10 151/8 151/8 151/9 151/10 151/11
crimes [13]  12/12 17/15 19/15 63/5 63/12 63/13 134/19 137/6 137/9 137/11 148/21 151/13 151/15
criminal [24]  1/17 9/13 12/16 20/11 22/11 28/4 29/4 50/20 51/11 51/12 56/1 56/2 67/7 70/1 79/22 105/20 135/19 143/20 145/3 146/6 162/19 167/5 168/8 171/17
criminally [2]  149/3 149/8
critical [2]  85/15 167/5
criticize [1]  79/18
cross [7]  69/2 80/16 85/4 94/15 96/18 99/21 106/7
cross-examination [4]  69/2 80/16 94/15 96/18
cross-examine [1]  106/7
cross-examined [1]  99/21
cross-examining [1]  85/4
CRR [2]  1/23 177/21
cue [1]  115/20
currently [1]  173/25
custody [1]  176/4
cut [2]  26/6 73/4
Cutter [1]  41/4 41/18
Cutter's [1]  84/13

Cutters [1]  41/3

## D

D-e-l-g-a-d-o [1]  10/7
D.C [1]  55/8
Dairy [1]  1/22
Dan [1]  17/3
danger [6]  168/11 168/13 168/14 169/18 171/11 175/12
dare [1]  112/2
date [10]  64/15 71/6 74/7 91/7 107/23 150/7 150/9 150/10 150/11 154/9
dated [5]  70/9 89/6 89/7 94/23 177/18
day-to-day [1]  87/24
days [10]  32/7 157/2 157/5 157/5 157/5 157/10 157/18 158/3 158/3 158/18
DC [1]  1/18
dead [1]  103/13
deal [8]  34/16 37/3 37/4 46/20 46/20 101/21 106/12 106/13
dealer [2]  144/13 144/17
dealing [1]  29/24
dear [2]  38/23 38/25
debenture [1]  142/16
deboned [2]  21/11 123/10
debts [5]  23/13 23/13 24/5 27/12 48/1
decade [1]  66/1
deceased [3]  72/6 84/3 103/14
deceive [10]  49/17 49/19 103/23 111/9 138/16 139/8 140/16 141/9 143/5 150/4
deceived [1]  37/17
December [9]  70/10 70/13 70/19 72/15 75/9 77/19 89/7 110/10 117/23
December 17th [1]  110/10
December 18th [1]  117/23
December 2007 [1]  75/9
deception [6]  17/24 22/13 22/19 29/20 101/7 133/18
decide [30]  12/25 13/6 14/1 14/1 14/6 15/1 46/16 67/8 83/13 93/22 94/8 94/10 99/1 100/10 101/6 103/4 124/1 124/6 129/1 132/8 132/14 133/10 133/17 139/1 141/2 151/17 151/19 151/24 158/3 158/13
decided [1]  13/1
deciding [2]  128/22 154/20
decision [13]  11/23 44/7 72/13 120/11 129/4 130/16 131/18 132/10 133/19 139/3 139/4 141/5 141/6
decision-maker [2]  139/4 141/6
decision-makers [1]  72/13
decision-making [1]  120/11
decisions [2]  89/23 166/6
declared [11]  70/16 72/21 74/22 74/23 74/24 74/25 76/12 92/2 92/10 169/11 174/3
deductions [1]  131/22
defeated [1]  111/16
DEFENDANT [94]
defendant's [3]  6/4 130/21 130/23
defendants [2]  66/24 172/20
defense [8]  2/19 102/22 102/24 119/25 120/2 149/17 156/3 156/9
define [1]  44/5
defined [1]  144/6
definitely [4]  79/14 94/15 102/12 102/13
defraud [42]  22/14 23/15 26/22 29/21 39/3 43/19 43/23 48/10 48/22 48/23 49/2 49/17 102/23 102/24 103/9 137/20 137/24 138/4 138/9 138/15 138/21 138/23 139/7 139/24 140/1 140/6 140/11 140/14 140/15 140/22 140/25 141/8 141/24 142/6 142/7 142/9

**D**

defraud... [6]  142/23 143/4 143/10 149/18 149/19 149/20
defrauded [12]  18/17 37/17 60/3 70/11 70/12 70/12 88/20 91/22 91/23 94/20 94/21 139/18
defrauding [2]  93/14 141/19
degree [1]  145/2
delegated [3]  71/8 74/9 92/15
Delgado [1]  10/7
Delhome [1]  164/8
deliberate [5]  43/2 55/17 57/9 157/11 165/22
deliberately [3]  17/21 54/4 148/17
deliberating [1]  159/8
deliberations [13]  7/18 15/22 15/25 57/18 128/19 128/25 134/22 150/25 151/22 152/12 154/11 158/5 159/13
delivered [2]  138/14
deliveries [1]  44/16
delivers [1]  138/11
Delray [1]  171/22
demanded [1]  25/8
demonstrate [2]  73/5 90/24
demonstrated [1]  17/17
demonstrates [1]  28/17
denominator [1]  32/7
dentist [1]  37/10
deny [5]  69/4 69/16 93/3 93/4 93/4
denying [1]  118/5
department [6]  1/17 68/20 68/21 83/6 92/18 145/24
depend [1]  133/19
deposit [4]  87/5 87/6 90/7 144/7
deposited [5]  45/6 45/21 87/8 138/7 139/13
depositing [2]  138/7 139/17
deposition [2]  103/11 105/4
Depot [1]  29/12
deputy [3]  62/14 64/11 83/24
derived [4]  145/4 145/13 145/15 145/17
describe [3]  73/21 102/18 108/12
described [10]  53/13 71/4 78/7 84/16 86/13 101/22 108/13 142/23 144/24 147/2
describing [1]  2/9
deserve [1]  134/18
deserved [1]  25/14
deserves [1]  129/17
designated [1]  145/1
designed [1]  35/14
desperate [3]  62/10 65/8 96/10
despite [1]  173/25
destroy [1]  105/9
detail [8]  22/21 75/12 75/13 101/12 108/12 108/13 114/15 133/20
detailed [2]  23/24 43/10
details [5]  136/12 139/11 141/11 146/12 147/12
detained [1]  168/6
determination [11]  6/19 6/20 7/4 7/22 11/8 11/24 12/5 12/6 12/9 13/9 14/4
determinations [1]  13/5
determine [9]  7/14 7/17 9/14 9/18 12/13 13/8 13/9 14/9 151/14
determined [1]  7/10
determines [1]  144/21
determining [2]  60/13 143/10
develop [2]  93/9 99/7
developed [6]  23/12 29/7 29/8 94/14 101/25 106/1
developer [1]  83/24
developing [1]  101/19

development [6]  33/9 33/10 34/16 75/5 95/3 106/10
device [13]  56/13 56/13 56/16 60/18 62/15 72/2 73/24 84/13 94/1 100/8 106/1 126/11 126/13
devices [1]  79/8
devised [3]  43/18 137/23 140/5
DHL [6]  42/15 44/1 44/18 44/24 45/4 45/12
didn't [74]
differ [2]  77/11 133/2
difference [2]  129/14 132/4
different [17]  6/8 53/2 62/17 68/25 71/18 73/11 73/13 84/5 93/25 107/10 120/17 120/19 120/19 120/25 120/25 127/15 133/8
differently [1]  152/5
difficult [1]  59/5
dilution [1]  61/25
dire [1]  104/2
direct [10]  67/13 85/3 85/11 116/5 129/15 131/24 131/25 132/5 152/11 168/20
directing [1]  148/24
direction [5]  28/20 33/19 47/16 119/2 148/25
directive [1]  32/6
directly [4]  94/1 126/25 133/1 145/5
director [3]  60/4 60/5 72/7
directors [8]  22/23 42/17 61/5 64/13 66/12 72/5 72/9 90/21
directs [1]  149/6
disbarment [1]  174/4
disbelievable [1]  84/4
disbelieve [5]  78/15 80/15 83/7 129/16 132/10
disclaimers [3]  35/12 35/13 120/17
disclose [2]  170/19 170/19
disclosed [6]  62/11 74/19 74/20 74/21 75/8 75/22
disclosing [1]  91/20
disclosure [5]  62/18 65/3 84/21 103/12 125/15
disclosures [8]  63/16 63/19 66/13 66/15 66/16 75/4 75/15 120/17
discount [2]  83/7 99/12
discounting [1]  81/7
discuss [15]  6/1 57/15 67/1 78/24 79/1 108/23 152/1 154/16 158/11 159/9 159/13 165/25 166/2 166/20 167/2
discussed [2]  110/19 170/16
discusses [1]  66/23
discussing [4]  136/20 147/20 152/2 158/7
discussion [1]  110/2
discussions [2]  73/18 128/24 159/7
dishonest [1]  98/10
dishonestly [2]  54/4 148/17
dishonesty [2]  67/24 133/12
disobey [1]  150/17
displayed [1]  155/20
disprove [1]  132/3
dispute [6]  79/13 79/14 93/16 93/18 95/18 95/18
disputed [2]  88/16 93/6
disputes [1]  89/14
disregard [3]  130/9 131/16 150/18
distinction [1]  6/11
distract [3]  110/16 112/11 119/7
distracted [1]  113/10
distribution [6]  74/5 80/19 80/21 80/22 93/19 106/18
distributor [1]  75/25
distributors [8]  71/8 74/9 74/12 75/23 78/11 78/20 84/18 92/14

DISTRICT [9]  1/1 1/1 1/13 10/5 10/7 10/8 162/18 162/19 169/20
distrust [2]  84/2 99/12
distrusted [1]  68/2
Division [1]  1/17
doberman [2]  27/9 104/14
doctors [7]  73/4 73/9 73/17 73/19 89/2 93/15 125/12
document [34]  30/17 44/12 74/25 75/18 75/19 76/2 76/3 76/4 76/14 76/16 76/17 92/11 92/13 95/20 95/20 97/25 104/1 104/3 104/6 113/23 115/3 115/9 115/14 115/20 115/25 116/12 117/10 117/11 119/23 124/18 125/3 125/15 125/19 125/24
document's [1]  76/17
documents [23]  16/14 18/25 19/16 19/21 20/1 21/20 28/18 38/17 39/17 42/13 66/12 113/6 114/18 114/20 116/19 116/22 120/19 120/25 121/2 123/19 124/7 124/19 134/15
does [51]  24/18 35/2 39/13 39/13 45/5 45/13 61/16 63/9 74/3 77/6 80/5 89/11 90/6 90/23 93/7 95/17 99/11 104/16 108/2 111/8 114/6 118/1 118/2 121/2 121/5 123/6 130/12 130/13 130/14 135/21 135/25 136/21 136/22 137/5 138/12 139/3 139/11 139/14 139/17 141/5 141/11 141/13 141/18 146/8 146/11 146/17 159/22 160/15 172/1 172/17 173/3
doesn't [56]  6/6 13/1 18/22 18/24 22/8 24/10 24/12 24/22 25/15 31/17 45/19 49/11 49/12 56/16 63/16 63/17 63/17 66/2 69/7 69/21 69/22 77/24 77/24 86/23 89/9 90/9 91/14 91/15 92/21 93/3 93/4 94/13 94/16 97/13 101/3 103/22 104/15 114/7 119/6 125/11 125/12 130/21 132/12 133/13 136/24 145/8 145/14 147/21 147/22 147/23 150/3 150/8 169/15 169/19 174/13
doing [25]  5/3 20/21 22/15 24/13 24/13 25/13 25/24 31/8 31/14 33/7 33/13 42/1 44/23 65/8 70/18 70/25 73/3 91/24 108/6 112/9 122/23 122/23 126/10 126/11 142/10
DOJ [4]  69/9 98/3 98/6 98/6
dollar [13]  6/15 6/15 7/8 7/10 7/14 7/23 8/4 8/5 8/10 8/11 8/16 8/23 9/8
dollars [11]  27/5 27/6 32/2 33/18 34/1 45/22 65/9 96/10 97/20 105/17 126/25
domain [1]  37/5
domestic [1]  51/7
Domino [1]  164/20
don't [77]
done [28]  4/24 17/22 25/16 32/24 33/21 34/3 40/10 43/1 45/1 47/15 49/4 54/1 54/25 55/2 55/3 55/5 56/7 61/22 62/16 67/3 93/14 104/1 148/23 148/24 150/12 157/8 158/23 159/1
door [3]  39/9 123/12 154/13
doubt [52]  17/15 19/14 21/21 28/17 43/4 43/13 47/20 49/18 55/19 55/21 57/6 65/23 76/14 77/23 78/18 78/21 78/23 78/25 89/4 89/24 90/1 90/3 98/15 98/17 98/19 103/10 107/5 108/18 113/14 117/11 126/7 126/8 128/10 129/3 130/18 130/22 130/23 130/24 130/24 131/3 131/7 136/4 137/7 137/22 140/4 142/4 143/16 146/21 149/10 149/15 149/21 150/10
down [17]  11/8 21/16 21/17 38/14 47/14 54/14 54/15 55/12 65/20 81/15 108/15 122/18 125/1 125/1 125/2 154/11 159/12
dozens [1]  101/14
Dr [17]  83/22 83/23 84/3 85/7 86/10 90/15 93/13 93/15 93/17 101/18 103/13 103/14 106/14 106/18 107/12 107/16 122/12

**D**

Dr. [6]  64/10 72/5 82/25 84/1 86/2 86/4
Dr. Harmison [2]  82/25 84/1
Dr. Lowell [4]  64/10 72/5 86/2 86/4
drafted [3]  70/22 76/7 99/23
drafting [1]  73/23
Drakulic [2]  64/19 84/2
draw [3]  16/17 29/9 69/20
dreaming [1]  66/3
dressed [1]  122/18
drink [1]  123/13
drive [2]  1/20 82/22
driver's [1]  30/11
driving [3]  79/5 96/16 96/19
dropped [1]  100/6
drove [4]  21/9 96/22 96/25 96/25
Drs. [2]  72/8 72/25
Drs. Harmison [1]  72/25
Drs. Steven [1]  72/8
Drug [2]  62/14 64/11
due [7]  53/23 71/7 74/8 95/7 148/4 148/10
148/12
dumb [1]  105/14
during [30]  5/9 16/12 57/17 67/1 78/13 83/10
83/15 86/5 86/10 106/22 118/16 123/18
128/19 129/5 131/17 133/9 134/13 134/17
134/21 147/1 150/22 150/25 154/11 158/5
159/25 161/19 167/8 167/9 167/11 168/17
duties [3]  33/7 95/2 158/4
duty [4]  60/6 128/21 156/21 173/5
dynamic [1]  123/7

**E**

e-mail [18]  1/25 22/6 30/17 31/10 34/25
36/16 68/22 69/1 69/3 69/3 69/10 69/12
69/14 91/20 91/20 99/5 114/18 116/21
e-mailing [1]  26/17
e-mails [7]  21/20 31/10 32/20 40/8 42/16
69/14 91/7
each [23]  46/4 50/24 51/3 56/2 57/6 57/10
67/9 69/16 73/16 80/1 108/10 128/10 132/8
134/20 135/10 139/23 141/23 151/7 151/8
151/24 152/19 155/8 164/2
earlier [8]  26/16 47/18 48/4 68/7 68/8 69/3
98/8 110/3
easel [3]  5/3 5/5 57/24
easiest [1]  19/2
Easley [1]  165/1
easy [3]  50/3 50/21 97/8
EC [1]  36/19
eccentric [4]  63/4 80/6 80/10 105/11
echo [1]  110/1
economic [4]  168/14 174/19 174/22 175/2
educated [1]  7/21
effect [1]  113/20
effective [10]  70/16 72/21 74/23 74/24 74/24
74/25 76/12 92/2 92/10 95/10
effectively [2]  138/24 140/24
effort [3]  110/16 111/15 146/14
efforts [3]  71/1 71/5 74/6
eight [2]  66/1 66/21
Eighth [2]  10/11 10/14
either [13]  8/14 8/15 12/25 17/22 68/7 68/17
76/20 129/16 130/4 132/5 138/21 164/3
166/24
elaborate [3]  42/1 43/2 56/4
elect [1]  61/5
Electrical [5]  32/14 33/11 95/1 95/5 95/11
electricity [4]  93/19 100/4 100/7 100/9

electronic [1]  160/11
electronically [2]  160/2 160/5
electronics [1]  93/18
element [1]  51/8
element's [1]  50/3
elements [3]  28/5 50/14 53/2
Eleven [1]  153/20
Eleventh [2]  6/23 9/24
Ellsworth [1]  64/23
else [11]  4/8 4/9 14/14 68/16 68/18 122/16
139/10 140/2 141/10 143/6 145/19 158/25
174/10
elsewhere [3]  9/23 125/14 174/22
emotion [3]  59/6 59/10 59/11
emphasize [1]  151/4
employee [1]  149/6
employees [4]  17/23 23/1 42/15 56/10
enclosing [1]  69/10
encourage [1]  115/12
encouraged [1]  111/18
end [20]  4/1 12/1 13/8 16/6 16/20 27/23
45/14 56/20 75/8 75/10 75/20 81/1 84/21
111/5 111/7 112/1 127/4 153/16 157/20
160/16
endeavored [1]  145/23
ended [5]  49/21 49/21 62/1 96/7 110/23
Energy [1]  83/6
enforce [1]  79/16
engage [4]  50/15 143/12 143/18 144/24
engaged [3]  50/15 143/17 147/2
engages [1]  144/20
enough [4]  27/14 31/2 93/1 127/2
enrich [3]  17/20 42/3 56/22
enriched [2]  66/19 76/22
enter [1]  9/8
entered [1]  42/10
enterprise [1]  20/11
enters [4]  15/10 58/21 109/18 162/6
entire [1]  77/22
entirely [3]  102/8 134/7 147/8
entirety [4]  78/4 78/5 92/8 112/5
entitled [2]  26/6 51/15 95/12 151/4 177/17
entrepreneur [4]  81/1 81/4 81/4 93/4
entrées [1]  72/13
envelope [3]  38/5 39/9 124/25
equivalent [1]  59/10
errand [2]  21/8 29/23
error [2]  103/19 149/25
especially [1]  121/24
espionage [1]  101/11
ESQ [3]  1/16 1/16 1/21
essentially [3]  123/1 125/21 169/4
establish [4]  103/19 136/21 147/21 149/25
estimate [1]  170/8
et [2]  60/10 166/20
et cetera [1]  166/20
evaluate [1]  83/7
even [41]  2/10 18/21 18/22 19/25 20/17
23/25 26/18 30/20 36/14 36/14 49/11 49/12
52/6 52/6 60/7 62/23 69/10 70/24 77/19 79/2
85/3 85/3 85/14 88/3 97/13 99/25 103/17
116/13 116/18 117/13 117/22 120/23 126/22
127/12 130/6 139/17 147/7 148/21 149/23
159/10 169/10
event [6]  11/7 136/19 147/7 147/19 157/3
158/4
eventually [2]  45/22 88/1
ever [11]  59/25 71/13 71/15 73/18 76/2 76/3
79/6 84/11 84/14 88/7 96/24
every [17]  42/18 56/3 56/14 57/7 79/21

101/12 104/3 128/11 129/16 130/11 135/19
135/20 146/6 146/7 148/22 152/15 160/13
everybody [2]  118/22 121/13
everyone [12]  2/2 15/12 17/8 29/18 54/20
58/5 58/23 109/20 156/7 162/8 165/17
166/12
everything [23]  15/24 30/24 57/15 65/3
66/17 68/16 71/3 79/25 96/4 99/12 99/14
99/21 101/10 101/11 101/17 103/6 103/12
108/24 119/16 155/3 158/23 159/1 173/19
everything's [1]  79/10
evidence [183]
evils [1]  32/4
exact [3]  36/20 77/14 150/8
exactly [13]  22/20 33/1 40/7 40/22 42/3
47/23 54/10 54/15 70/18 81/3 91/24 105/5
126/18
examination [6]  69/2 80/16 85/3 85/11 94/15
96/18
examine [2]  22/17 106/7
examined [1]  99/21
examining [1]  85/4
example [4]  8/20 98/14 122/7 170/17
excentric [1]  80/9
except [2]  121/13 131/15
excerpts [1]  60/20
exchange [10]  22/24 49/1 53/25 76/13 78/8
78/10 133/23 142/14 144/14 146/1
exclude [1]  130/22
exclusive [2]  139/15 141/16
excuse [8]  11/23 66/8 92/6 93/19 116/7
130/12 141/3 166/8
execute [1]  142/6
executed [3]  48/22 86/1 142/5
exercise [1]  117/15
exhibit [85]
exhibit 129 [3]  28/19 46/23 124/3
exhibit 132 [1]  32/15
exhibit 137 [1]  32/16
exhibit 151 [1]  41/21
exhibit 161 [1]  36/16
exhibit 169 [1]  45/17
exhibit 186 [2]  94/23 95/20
exhibit 214 [1]  74/25
exhibit 238 [1]  54/13
exhibit 258 [1]  27/20
exhibit 262 [1]  36/4
exhibit 263 [1]  33/17
exhibit 293 [3]  87/11 90/12 107/20
exhibit 296 [1]  30/17
exhibit 300 [1]  34/20
Exhibit 31 [1]  33/24
exhibit 412 [12]  70/5 75/1 80/1 84/17 90/16
91/24 98/14 101/12 106/25 108/12 119/25
120/2
exhibit 414 [1]  75/1
exhibit 417 [1]  86/7
exhibit 422 [1]  106/2
exhibit 53 [1]  26/16
exhibit 61 [2]  25/23 38/8
exhibit 63 [1]  122/5
exhibit 64 [8]  88/14 89/12 90/6 90/14 100/17
113/22 114/9 114/21
exhibit 69 [2]  77/3 77/6
exhibit 74 [1]  35/24
exhibit 78 [12]  60/21 60/22 62/11 62/19
64/14 64/22 66/7 66/23 114/12 114/12
114/14 114/16
exhibit 83 [1]  31/11
exhibit 94 [3]  38/20 40/6 123/22

**E**

exhibit 96 [2]  33/3 81/23
exhibits [30]  4/16 4/16 4/17 5/11 5/13 5/17
  22/1 59/12 59/14 60/10 70/2 70/16 101/8
  112/24 112/25 113/1 124/16 131/11 131/12
  155/5 156/3 156/9 158/1 160/5 160/8 160/11
  160/18 161/15 176/5 176/6
exhibits 149 [1]  124/16
exhibits 214 [1]  60/10
exhibits 414 [1]  70/16
exist [6]  28/22 86/19 86/20 90/9 90/9 125/25
existed [1]  39/22
existence [2]  28/17 125/18
exists [4]  76/9 87/1 106/8 174/6
exits [4]  57/22 109/2 160/20 166/11
exorbitant [1]  62/23
expect [3]  91/18 91/21 170/1
expected [5]  77/11 108/2 120/16 157/2 157/8
expenditures [1]  27/4
expensive [1]  62/25
experience [4]  73/11 93/18 93/20 158/21
experienced [1]  169/21
explain [9]  7/13 7/23 60/12 76/3 84/23 130/6
  135/10 137/16 151/22
explained [3]  20/12 91/23 127/17
explaining [2]  103/6 134/14
explains [2]  76/16 76/18
explanation [2]  43/11 116/22
exposed [1]  21/14
expressly [2]  102/4 134/2
extensive [2]  59/22 73/10
extent [6]  5/23 12/10 59/20 75/21 102/20
  170/21
extra [1]  58/15
extraordinary [1]  61/9
extremely [3]  71/6 74/7 98/24
eyewitness [2]  100/18 132/2

**F**

F.3d [1]  10/13
face [3]  17/2 108/3 134/1
facet [1]  42/18
facility [1]  30/5
facing [1]  170/7
fact [43]  24/12 24/23 35/5 40/2 43/21 44/6
  44/6 46/16 46/17 51/1 63/25 65/3 70/24
  75/21 116/11 117/18 118/2 120/9 129/8
  129/13 132/1 132/3 133/6 133/11 133/20
  134/10 138/3 138/20 138/24 138/25 138/25
  139/2 140/9 140/20 140/25 141/1 141/1
  141/3 141/3 143/23 165/22 170/1 173/25
factors [3]  78/6 99/14 99/15
facts [17]  39/24 44/9 67/6 67/8 67/8 67/9
  121/16 129/2 131/18 132/3 134/14 136/3
  137/21 140/3 142/4 146/20 152/8
factual [1]  131/15
factually [2]  166/24 173/15
fail [1]  81/13
failed [2]  101/22 106/13
fails [2]  97/22 130/18
failure [3]  106/17 143/7 143/9
failure's [1]  106/15
fair [1]  65/5
fairly [2]  69/8 152/14
fairness [5]  63/14 66/25 78/17 84/6 96/2
faith [13]  102/22 102/24 103/6 103/8 103/9
  103/22 108/14 111/2 111/9 111/16 149/17
  149/20 150/3
fake [60]

faked [1]  17/18
fall [1]  37/6
false [62]
falsehood [1]  67/22
falsely [4]  54/23 54/24 104/4 133/5
familiar [5]  6/9 7/6 7/23 47/11 112/10
familiarized [1]  173/6
family [8]  65/14 65/18 66/20 80/17 104/12
  105/8 105/10 172/1
family's [1]  34/11
famous [1]  21/3
far [12]  2/5 4/9 66/21 77/3 81/24 96/23
  129/13 129/13 171/10 171/20 172/20 173/21
fashion [2]  14/10 44/14
fault [2]  68/22 121/13
favor [1]  168/6
favorable [2]  102/5 134/4
fax [7]  46/23 47/8 47/10 47/14 47/19 124/6
  127/20
faxed [4]  28/19 85/11 85/16 104/6
faxes [5]  42/18 44/2 46/9 104/7 124/3
FDA [3]  72/3 83/24 106/1
FDA-cleared [1]  106/1
feasible [1]  87/7
fed [1]  10/3
federal [13]  9/13 19/15 135/13 137/18
  139/25 142/1 143/12 144/7 145/18 145/20
  146/3 148/3 168/7
feed [1]  27/7
feel [6]  72/18 87/20 108/6 108/7 134/18
  159/5
feeling [1]  98/11
fees [2]  62/23 62/24
Feidler [5]  86/5 106/6 107/6 107/24 174/6
felonies [1]  169/11
felony [1]  133/12
felt [3]  64/16 82/2 101/18
fending [1]  24/4
Ferrante [1]  162/16
Ferrante's [1]  164/1
few [13]  15/16 32/7 34/1 59/13 76/12 97/1
  99/2 110/21 111/1 114/3 132/15 154/19
  171/10
Fidelity [11]  33/10 60/18 71/5 72/1 72/10
  73/7 73/12 74/6 75/6 106/1 116/12
figure [5]  40/2 54/8 54/21 62/7 96/3
figures [2]  24/18 62/21
figuring [1]  55/3
file [7]  36/24 42/24 63/21 66/12 143/7 143/9
  166/23
filed [10]  8/1 11/11 37/6 75/18 78/9 92/1
  97/14 104/21 119/15 167/1
filibustering [1]  112/11
filing [14]  66/23 70/9 70/15 70/16 72/20
  74/22 78/10 78/19 78/22 84/24 85/1 89/6
  98/13 101/12
filings [39]  25/22 26/3 26/4 37/6 37/15 37/23
  38/13 42/23 47/4 49/8 55/25 60/9 60/24
  61/24 63/16 63/22 63/24 64/1 66/10 66/21
  66/22 66/24 67/1 70/1 73/23 76/11 78/7 80/2
  85/2 88/4 92/7 119/13 119/15 119/15 120/8
  120/9 120/13 121/4 125/8
fill [5]  41/23 152/13 153/4 158/15 158/15
filled [2]  89/25 154/8
final [6]  17/24 42/25 47/17 50/3 52/21
  170/12
finally [3]  41/19 42/25 116/4
Finance [5]  60/25 61/3 61/4 61/6 61/14
financial [12]  49/18 49/20 50/18 95/8 139/9

139/9 141/10 143/6 143/13 144/3 144/5
  169/6
finding [3]  6/24 102/17 149/8
fine [4]  14/23 15/3 78/5 119/16
fingerprints [1]  36/2
finish [2]  15/24 158/4
finished [3]  15/19 73/23 159/23
Fiona [1]  165/10
firm [1]  95/9
first [32]  5/22 5/25 10/6 16/7 16/23 16/25
  24/6 27/10 31/6 48/14 48/19 52/23 60/19
  64/8 65/22 65/23 71/22 74/5 74/19 81/23
  83/25 85/7 88/12 94/15 106/20 112/4 114/4
  115/9 117/5 128/1 152/20 171/11
fish [3]  20/19 21/11 123/11
Fitzwilliam [1]  165/13
five [18]  3/2 3/9 3/12 3/15 3/16 3/17 30/13
  32/9 51/24 65/9 65/10 93/3 95/25 99/18
  101/16 104/20 126/1 143/25
five-minute [3]  3/9 3/16 3/17
five-year [1]  99/18
fix [2]  63/4 80/8
fixed [1]  6/15
FL [2]  1/20 1/22
flag [8]  65/22 65/23 69/24 72/21 75/3 92/4
  98/15 98/16
flagged [2]  6/21 11/12
Flagler [1]  1/20
flee [1]  172/17
flew [4]  82/19 82/20 82/22 82/23
flight [8]  168/12 169/19 169/22 171/14
  171/18 173/3 174/19 175/1
FLORIDA [15]  1/1 1/7 1/25 10/5 10/8 44/17
  46/10 47/11 47/14 47/19 54/13 96/25 162/19
  163/21 169/20
flow [1]  23/6
flowing [1]  40/17
flows [2]  32/21 38/14
fly [1]  82/19
flying [1]  30/1
focus [5]  67/5 71/10 88/12 101/23 171/15
folks [2]  14/22 170/4
follow [13]  18/9 19/3 19/21 20/14 27/23
  31/17 49/20 51/16 127/6 128/17 130/6 130/7
  139/20
followed [1]  146/16
following [14]  15/10 58/4 58/21 109/13
  109/18 136/3 137/21 140/3 142/4 143/15
  144/15 146/20 161/22 162/6
food [3]  62/14 64/11 80/21
Foods [1]  81/8
fool [2]  19/9 59/7
forbids [2]  150/17 150/19
force [2]  148/5 148/8
forego [1]  76/6
foregoing [2]  142/21 177/15
foreign [4]  144/11 170/17 170/19 174/12
foreperson [6]  152/11 152/11 153/4 154/4
  162/11 163/22
foreseen [1]  139/22
forfeitable [1]  6/13
forfeiting [1]  6/11
forfeiture [43]  4/9 5/22 5/24 5/25 6/2 6/5
  6/11 6/15 6/18 6/19 6/25 7/4 7/7 7/11 7/11
  7/14 7/22 8/2 8/8 8/9 8/17 8/18 9/6 9/9 9/16
  9/17 10/19 10/20 10/21 11/25 12/15 12/20
  12/22 13/7 13/12 13/17 13/21 13/22 14/4
  14/7 14/9 14/13 97/2
forge [1]  81/15
forged [2]  30/20 84/9

**F**

forget [1]  101/4 133/15
forgot [1]  69/9
form [12]  2/5 2/9 2/20 22/18 24/9 70/9
 108/23 125/9 143/7 143/9 145/6 155/18
form 4 [3]  2/9 143/7 143/9
form 4s [1]  24/9
formal [3]  130/10 135/23 146/10
formed [5]  61/14 103/16 105/25 106/5
 149/22
former [9]  60/4 60/4 62/14 64/11 83/24 86/6
 86/7 107/7 107/8
formerly [1]  142/10
forming [1]  158/7
forms [13]  22/16 35/13 38/18 38/20 39/17
 68/22 69/2 69/4 69/6 69/11 86/22 91/5 129/5
forth [2]  8/1 78/6
forthright [1]  102/13
fortunate [1]  157/7
forward [2]  77/8 77/9
forward-looking [2]  77/8 77/9
forwarding [1]  104/7
found [7]  104/2 136/2 137/20 140/2 142/3
 143/14 146/19
four [23]  4/20 59/18 59/20 60/11 66/8 73/4
 73/17 73/19 85/19 89/1 89/7 93/15 100/24
 101/9 101/16 103/1 138/6 140/12 143/23
 147/4 155/5 155/15 160/12
four-page [1]  66/8
fourth [1]  115/8
framework [1]  152/16
Franklin [4]  1/23 177/14 177/20 177/21
frankly [4]  9/7 112/10 122/23 168/9
fraud [127]
fraud-related [2]  169/11 170/14
frauds [1]  18/1
fraudster [1]  175/11
fraudulent [28]  31/22 39/15 43/3 45/5 47/2
 48/10 50/21 51/23 52/14 103/16 103/19
 103/24 111/11 111/15 137/25 138/2 138/17
 138/19 138/23 139/14 140/17 140/19 140/24
 141/15 149/23 149/25 150/5 171/16
fraudulently [1]  169/4
free [4]  120/20 120/20 158/11 166/2
freezing [1]  169/7
frequency [1]  10/12
fresh [1]  159/12
Friday [5]  4/19 5/2 161/10 161/14 167/3
friend [2]  41/8 56/22
front [7]  3/3 39/9 67/16 68/4 70/8 100/14
 117/15
frustrating [1]  105/19
fulfill [1]  157/3
full [2]  79/15 95/5
fully [3]  83/25 95/1 151/25
fuming [1]  157/18
functions [1]  71/10
fund [1]  42/21
funded [1]  174/15
funds [4]  50/19 143/20 144/3 173/1
further [7]  45/5 66/7 78/6 79/24 86/12 103/7
 103/15
furthered [1]  46/3
furthers [2]  44/13 47/2
future [1]  77/10

**G**

G-r-a-y [1]  10/2
G-r-e-g-o-i-r-e [1]  10/13

gain [8]  9/1 49/18 49/20 102/5 134/4 139/9
 141/9 143/5
gambling [2]  24/5 27/12
gasping [1]  31/25
gathering [1]  154/19
gave [12]  47/22 69/2 70/23 84/24 85/8 85/15
 91/11 94/3 97/1 97/6 97/8 133/9
gee [1]  124/17
general [8]  8/2 86/7 107/9 116/6 136/15
 142/17 147/15 152/16
generates [2]  51/23 52/9
generating [1]  52/15
generator [3]  29/13 29/14 100/5
gentleman [1]  58/11
gentlemen [70]
gets [10]  16/3 27/1 37/5 39/7 40/24 52/21
 53/18 134/1 117/13 127/7
getting [17]  4/9 23/19 31/1 31/1 45/10 46/12
 49/7 79/12 81/24 92/25 96/7 120/7 122/17
 122/18 126/24 127/13 127/14
ginning [1]  168/24
give [26]  8/20 9/24 10/5 16/19 16/20 19/1
 30/9 58/8 58/10 69/9 77/23 77/25 97/16
 111/1 118/14 127/1 129/16 132/4 134/17
 150/25 152/4 152/15 155/9 161/19 173/16
 175/24
given [11]  13/24 61/12 66/25 72/24 73/8
 110/6 134/21 157/10 159/25 168/18 169/12
giving [2]  23/19 97/20
globe [1]  47/13
glove [2]  39/9 39/12
gloves [4]  81/14 91/3 91/19 97/10
goals [2]  136/21 147/21
goes [19]  16/7 16/7 19/21 27/20 29/13 32/6
 37/1 38/14 51/17 65/4 77/21 77/21 86/12
 86/12 91/11 93/6 124/25 153/5 159/10
going [151]
gold [1]  100/5
gone [2]  84/5 96/21
good [31]  2/2 15/12 43/9 65/7 81/4 87/20
 99/19 100/10 102/7 102/21 102/24 103/6
 103/8 103/9 103/22 104/15 106/15 108/14
 111/1 111/9 111/16 127/2 132/22 134/6
 149/17 149/20 150/3 161/15 161/23 166/10
 170/17
goodness [1]  65/23
goods [1]  108/2
got [42]  18/4 20/15 21/10 23/17 23/20 25/3
 26/3 27/8 27/10 27/13 27/18 32/8 33/1 33/5
 33/6 38/15 38/16 40/16 40/16 41/2 41/17
 42/5 45/22 47/22 89/24 96/14 97/15 97/17
 97/19 100/1 104/21 105/16 106/6 106/18
 107/24 110/10 119/24 120/9 123/2 158/20
 161/24 170/20
gotten [3]  27/17 108/7 126/19
governing [2]  135/10 137/16
government [106]
Government's [40]  5/21 6/17 7/2 9/2 10/15
 11/10 13/24 16/24 45/17 60/10 62/9 65/9
 65/13 66/16 68/16 81/17 87/14 90/12 94/23
 95/20 100/17 101/8 107/20 113/22 114/9
 114/12 114/12 114/14 114/16 114/21 122/5
 123/22 124/3 124/16 130/20 130/22 155/5
 160/16 160/23 167/25
Governments [1]  161/5
GP [1]  116/16
grab [1]  113/18
graduation [1]  17/5
grass [1]  129/9
gray [2]  10/2 126/15

great [7]  30/12 50/8 75/12 75/13 99/20
 110/19 126/12
greater [3]  151/5 170/11 172/19
greed [2]  65/14 66/2
greedy [4]  42/9 65/18 67/4 76/6
Greene [7]  24/15 37/22 38/1 62/7 64/9 82/6
 87/19
Greenville [2]  23/3 29/17
Gregoire [1]  10/13
gross [1]  145/6
group [20]  22/4 22/7 23/18 25/6 25/24 26/6
 26/17 26/18 26/21 60/25 61/3 61/4 61/6
 61/14 71/2 74/13 74/16 75/21 75/24 95/22
groups [1]  72/12
guess [16]  6/23 11/12 41/20 59/6 87/6 92/18
 93/11 93/12 96/13 108/13 111/24 112/17
 118/7 120/7 123/7 125/15
guidelines [2]  170/7 170/9
guilt [6]  26/23 130/11 130/17 130/21 130/23
 134/11
guilty [79]
gullibility [1]  21/12
gullible [1]  21/5
Gustinelli [1]  164/5
guy [3]  35/1 49/22 120/4
guy's [2]  29/23 37/18

**H**

H-a-r-r-e-l-l [1]  10/9
H2003 [1]  88/18
H2003-0001 [1]  88/18
habit [1]  112/22
half [17]  3/6 3/18 4/1 20/10 27/6 33/18 33/25
 86/8 88/5 107/13 107/17 137/12 137/13
 137/14 138/24 140/24 157/8
half-truth [2]  138/24 140/24
Hampton [1]  61/4
hand [2]  160/11 162/15
handle [1]  155/13
handling [2]  30/24 167/20
handout [2]  58/7 58/10
handwriting [1]  89/17 89/18
handyman [1]  29/23
hanging [1]  98/7
happen [10]  7/10 7/13 7/20 30/9 35/15 38/10
 44/19 68/12 79/20 156/24
happened [25]  17/4 18/14 19/10 20/22 21/18
 32/5 35/18 39/22 44/19 47/1 54/10 69/13
 69/13 78/9 81/16 87/22 87/23 95/19 97/9
 99/24 99/25 100/20 105/21 105/22 107/5
happening [11]  25/10 31/23 36/1 37/19 65/2
 74/1 76/17 76/18 87/16 87/25 106/11
happens [10]  30/16 32/22 40/24 48/17 81/17
 81/18 122/8 122/15 136/23 147/22
happy [1]  157/9
hard [5]  82/18 93/5 93/6 102/25 109/9
harm [4]  168/14 174/19 174/22 175/2
Harmison [30]  19/6 38/21 38/23 64/11 64/23
 72/5 72/25 73/2 73/9 82/13 82/25 83/22 84/1
 84/3 85/7 86/2 86/4 86/10 88/25 93/13 93/15
 93/17 101/18 103/13 103/14 106/14 106/18
 107/12 107/16 122/12
Harmison's [3]  83/23 89/13 90/15
Harrell [1]  10/9
Harris [6]  37/10 37/20 42/21 44/8 46/19
 46/21
hasn't [2]  73/2 84/5
haven't [3]  64/20 98/16 108/17
having [11]  31/7 49/25 65/18 90/11 101/20
 107/18 119/25 120/5 123/15 127/1 169/8

**H**

he'll [3] 103/8 103/18 103/21
he's [71]
head [3] 86/6 113/16 117/6
head-on [1] 113/16
health [1] 41/9
healthcare [15] 35/18 35/23 38/3 38/5 39/19
40/4 41/6 41/10 41/10 47/8 85/22 119/3
119/10 125/12 125/17
hear [22] 10/16 18/4 24/9 35/11 43/16 52/22
57/13 58/25 72/14 72/17 72/20 74/11 83/25
84/11 84/14 86/16 104/22 106/21 108/22
109/22 170/2 174/18
heard [70]
hearing [4] 8/17 8/18 16/23 175/7
heart [14] 29/19 29/25 36/20 41/9 62/15
70/10 70/13 73/8 73/8 73/12 106/1 135/24
142/10 146/15
heavy [2] 79/14 130/20
held [9] 92/6 94/4 103/15 110/12 120/21
124/14 126/12 149/22 174/16
help [7] 34/9 40/2 44/2 138/8 140/14 168/24
173/9
helping [4] 17/6 46/13 46/14 171/22
here [86]
here's [7] 32/6 35/20 77/1 105/24 115/9
117/4 120/3
hesitate [2] 2/10 152/3
hesitation [1] 131/5
hey [4] 91/21 123/9 123/10 124/25
hiccups [2] 75/7 106/11
hid [2] 56/5 56/6
hide [5] 23/16 24/19 56/7 56/8 112/6
hiding [4] 24/7 24/12 24/13 25/7
high [2] 71/15 145/2
highest [2] 67/23 68/1
highlighted [1] 77/7
Hildebrandt [1] 64/19
himself [13] 21/22 21/22 56/23 56/25 59/7
76/23 117/12 126/20 168/16 169/13 171/23
172/1 172/17
hire [1] 82/14
hired [6] 36/12 36/13 49/9 82/5 82/13 82/13
historical [1] 77/8
history [1] 101/15
hit [2] 102/15 130/1
hits [1] 79/11
hold [5] 12/10 41/7 84/9 158/12 160/10
holder [1] 60/25
home [2] 29/12 100/6
honest [7] 87/14 102/12 103/21 111/7 150/2
152/5 171/14
honestly [4] 103/15 103/16 149/22 149/22
Honor [66]
Honor's [1] 170/4
HONORABLE [1] 1/12
hoodwinked [1] 123/2
hook [2] 114/1 121/5
hooked [1] 100/5
hope [2] 158/20 158/21
hoped [1] 99/17
hopefully [5] 19/24 114/13 154/1 157/1
164/4
hopes [2] 102/5 134/4
Hospital [40] 34/19 35/17 40/4 46/25 48/6
72/16 85/23 86/14 86/18 87/1 87/11 88/12
90/14 100/15 107/14 108/3 114/5 114/21
115/2 115/5 115/15 115/16 116/1 116/2
116/10 116/14 116/17 117/2 117/8 117/18

118/3 118/9 118/10 118/12 118/17 118/21
118/23 119/8 125/11 125/17
hospitals [1] 72/11
hour [11] 3/2 3/2 3/6 3/18 3/21 3/23 4/1 4/1
4/17 20/6 50/22
house [4] 29/13 29/15 30/24 39/8
houses [1] 21/3
however [5] 68/3 97/12 120/19 143/1 158/12
huge [2] 34/15 46/20
human [3] 64/9 64/10 101/14
hundred [2] 45/21 83/19
hundreds [2] 27/5 32/2
Hurricane [1] 29/11
hurt [1] 76/24
hydroplane [1] 79/7
hypothecated [1] 65/17

**I**

I'd [13] 3/21 10/4 34/21 58/18 60/19 70/2
111/24 115/1 120/25 167/15 170/3 170/4
170/12
I'll [24] 5/3 5/5 10/5 13/9 14/6 16/10 16/20
64/6 65/2 76/15 76/15 83/12 93/1 109/5
112/13 112/17 113/18 115/12 117/22 123/12
152/14 152/15 154/14 166/8
I'm [75]
I've [19] 3/1 5/7 6/7 7/9 7/10 7/11 7/12 7/20
10/22 48/6 92/5 117/3 119/24 122/12 128/23
131/14 131/24 161/24 173/6
IBM [2] 86/7 107/8
idea [4] 48/5 120/15 120/18 121/7
identities [2] 136/12 147/12
ignore [3] 77/12 121/16 121/17
ignoring [1] 154/21
illegally [1] 27/17
illegally-gotten [1] 27/17
illusion [5] 18/12 18/12 24/3 29/20 30/3
imagine [2] 59/4 79/5
immediate [1] 7/5
immediately [1] 95/10
impact [1] 120/11
impartially [1] 131/1
impede [5] 145/22 145/23 148/4 148/10
148/12
implantable [1] 83/25
implode [2] 105/9 105/15
importance [2] 134/18 173/8
important [23] 35/25 35/25 69/22 74/4 74/22
85/16 85/17 85/20 93/9 93/10 93/12 98/24
131/5 132/9 133/5 133/20 138/25 141/1
158/19 165/18 165/21 166/5 166/6
importantly [4] 42/20 50/5 168/25
impress [2] 99/4 132/16
impression [1] 151/5
inaccurate [2] 66/17 76/8
inaccurately [2] 101/5 133/16
inactive [1] 174/3
Inc [3] 142/10 142/11 142/11
incentive [1] 170/10
included [3] 114/20 114/22 117/3
includes [5] 131/10 138/10 138/15 140/15
168/14
including [3] 61/8 78/22 145/6
incompetent [1] 64/9
inconsistencies [1] 93/1
inconsistent [3] 92/23 102/23 149/18
incorrect [3] 75/16 75/19 166/25
increase [1] 97/2
indeed [1] 126/7
independent [2] 90/15 151/1

India [1] 88/2
indicated [4] 82/10 160/9 168/15 173/22
indication [2] 115/15 116/2
indications [1] 169/24
indicia [2] 67/24 68/1
indictment [49] 17/15 20/4 43/9 53/13 56/3
57/7 61/12 61/16 63/9 64/1 87/14 127/16
128/2 128/11 130/10 134/19 134/21 135/22
136/7 137/1 141/12 142/24 143/11 145/21
146/9 146/13 147/3 150/6 151/7 151/13
152/21 153/7 153/11 153/16 162/23 162/25
163/1 163/2 163/3 163/4 163/5 163/6 163/8
163/10 163/12 163/14 163/16 163/18 166/15
indictment's [1] 152/23
indifference [2] 138/22 140/21
indigent [1] 169/14
indirect [2] 129/11 129/15
indirectly [2] 129/9 145/5
individual [4] 108/1 113/18 113/21 155/12
individually [1] 164/2
individuals [1] 134/1
inducing [1] 169/5
indulgence [1] 110/5
industry [1] 72/24
infer [2] 22/10 22/11
inferences [1] 69/20
inferred [1] 75/22
inflection [2] 37/13 46/21
influence [10] 44/7 53/22 53/24 139/3 141/4
145/22 145/23 148/3 148/10 148/12
influenced [3] 49/6 130/4 151/3
info [1] 47/23
information [24] 23/5 23/5 30/10 32/21 34/8
34/9 36/2 36/6 36/9 36/12 37/5 37/8 37/9
37/11 37/12 38/13 39/16 40/24 47/4 49/24
49/25 51/22 52/15 121/4
information's [2] 37/7 52/9
initial [4] 16/3 71/1 71/5 74/6
initially [1] 110/4
initiation [1] 168/25
initiative [1] 72/9
innocence [1] 130/13
innocent [5] 98/17 101/7 130/12 133/17
147/8
inquire [1] 17/7
inquiring [1] 58/15
Inspector [9] 8/23 9/7 20/14 27/4 27/19 32/7
51/19 52/20 126/24
installed [1] 29/14
installs [1] 29/13
instance [2] 5/25 129/25
instant [1] 168/21
instead [2] 5/6 99/18
instincts [1] 98/12
Institute [3] 80/20 83/5 106/6
institution [3] 50/18 144/4 144/5
institutions [1] 169/6
instruct [13] 28/2 39/23 46/15 50/17 59/18
69/19 78/25 85/17 90/2 98/23 100/25 102/2
128/21
instructed [2] 95/9 99/11
instructing [1] 112/20
instruction [4] 110/25 111/2 111/7 111/16
instructions [24] 2/5 2/17 5/18 6/2 15/22
16/10 16/18 16/20 16/22 32/15 67/25 79/1
79/4 95/8 98/25 111/3 128/17 128/23 130/8
130/9 131/16 155/4 155/4 155/17
instrument [2] 142/18 144/3
insufficient [1] 8/19
Insurance [1] 144/7

# I

insured [1]  144/6
intended [9]  48/10 103/23 111/9 138/16
139/15 140/16 141/15 146/14 150/4
intending [1]  49/19
intent [36]  22/11 26/22 43/23 48/23 49/16
49/17 54/4 55/2 56/1 56/2 102/22 102/24
103/9 103/17 103/20 138/4 138/20 138/23
139/7 139/8 140/10 140/22 140/25 141/8
141/8 142/7 143/4 143/4 148/17 149/18
149/19 149/20 149/23 150/1 150/16 150/19
intentional [4]  22/12 55/17 101/7 133/18
intentionally [4]  42/10 149/2 149/10 150/13
interact [1]  60/7
interacted [1]  60/1
interacting [1]  72/16
interest [5]  99/16 132/20 142/16 142/19
152/8
interested [4]  9/23 9/24 89/16 89/16
interesting [2]  41/11 76/24
interests [2]  136/21 147/21
interim [1]  142/20
internal [2]  71/9 73/14
international [1]  169/21
interpretation [1]  131/19
interstate [15]  42/17 43/25 137/19 138/7
138/10 139/13 139/15 139/19 139/23 139/25
140/13 141/14 141/20 141/23 144/4
introduce [2]  112/5 112/25
introduced [4]  70/2 112/24 172/7 172/9
introduction [3]  60/16 71/6 74/7
invested [2]  42/21 96/9
investigated [1]  172/22
investigating [1]  54/22
investigation [5]  17/25 21/15 54/10 166/16
169/1
investing [3]  17/17 22/24 42/2
investment [2]  144/19 144/19
investments [5]  18/20 30/13 32/9 51/25 65/9
investor [3]  78/2 92/3 92/18
investors [7]  18/17 42/21 49/14 56/10 57/1
92/4 94/21
invoice [1]  82/1
invoices [6]  33/23 33/23 33/24 40/16 44/25
45/24
involve [1]  77/9
involved [20]  6/7 14/13 26/7 35/19 38/10
50/19 79/22 80/18 106/6 106/18 143/19
145/12 145/15 152/22 158/17 165/17 166/5
170/15 173/7 175/9
involves [2]  45/3 46/11
involving [2]  79/14 133/12
Ireland [1]  169/23
Irene [1]  57/15
irrespective [2]  86/17 98/11
IRS [1]  104/21
isn't [13]  18/15 72/3 83/14 100/19 103/8
112/21 116/18 119/18 119/20 130/11 131/13
134/11 149/19
isolated [1]  175/10
Israel [5]  38/25 41/21 47/13 82/23 85/6
issue [20]  4/8 10/12 11/6 11/7 11/11 13/19
14/13 14/21 74/18 75/10 86/15 86/25 93/9
93/10 119/19 120/6 131/15 168/13 172/3
173/21
issued [11]  7/11 24/10 24/21 33/19 33/22
45/16 46/7 49/3 51/15 77/18 98/3
issues [16]  2/16 15/16 29/25 71/7 74/8 74/11
75/21 75/23 78/11 78/20 84/5 84/18 86/17

87/2 92/14 166/20
issuing [1]  44/8
it's [186]
item [2]  138/13 138/14
items [3]  41/23 138/11 159/22
iteration [1]  30/23
itself [6]  46/2 76/14 135/25 139/13 141/14
146/16
Ives [1]  1/22

# J

Jacob [2]  91/13 91/15
James [1]  165/4
Jamie [4]  36/12 36/13 49/9 127/11
Jane [5]  24/15 37/22 38/1 82/6 87/19
Japan [8]  38/24 39/7 39/10 39/12 47/13
81/14 82/12 118/19
Jay [2]  72/8 72/16
Jean [1]  164/8
Jennifer [3]  23/13 24/2 64/23
jet [7]  24/3 29/15 30/1 63/10 104/12 104/13
104/17
jets [2]  21/3 27/5
jig [1]  29/18
Jim [3]  86/5 106/6 107/6
John [24]  22/22 34/14 35/20 36/16 40/19
40/24 46/10 46/19 56/24 60/1 63/20 64/16
70/22 71/14 71/19 75/13 75/14 76/2 84/20
89/10 116/21 121/12 163/22 164/14
Johnson [4]  72/9 72/16 73/1 73/9
join [1]  169/5
joinder [2]  169/5 175/8
joined [8]  28/7 29/1 29/5 53/9 136/10 136/16
146/25 147/16
joins [1]  149/2
joint [3]  86/7 107/8 116/5
Jones [6]  31/24 32/16 33/20 40/18 44/18 46/5
46/15 49/16 50/16 52/23 54/2 59/3 59/8
60/12 63/23 66/22 69/19 73/21 78/25 90/2
98/23 99/1 103/7 110/25 112/20 151/18
judged [1]  62/6
judges [2]  152/7 152/8
judgment [24]  6/6 6/8 6/9 6/16 7/8 9/3 9/21
10/20 10/23 11/3 11/17 12/1 12/2 12/9 12/14
12/19 12/22 13/7 13/21 13/22 14/8 14/9
103/18 149/24
judgment's [2]  8/21 12/4
JULY [1]  177/18
June [5]  45/12 47/18 154/2 154/2 157/7
June 11 [1]  47/18
June 12th [1]  45/12
juries [1]  102/21
jurors [7]  15/9 58/8 83/13 151/3 152/1
158/25 165/19
jury [85]
jury's [4]  5/24 9/10 158/2 166/13
just [111]
justice [21]  1/17 52/22 53/1 53/5 53/7 53/20
53/23 54/18 55/15 55/18 59/19 68/21 135/3
146/23 148/1 148/4 148/6 148/11 148/13
153/25 163/19
Justice's [1]  68/22
justify [1]  175/17

# K

keep [16]  20/17 25/9 31/12 38/18 39/4 39/4
39/5 40/21 55/3 72/23 74/3 101/2 104/14
109/5 133/13 166/1
keeping [1]  31/15

KENNETH [1]  1/12
kept [6]  15/15 20/22 56/13 118/4 118/4 169/3
Keret [6]  28/21 34/23 39/1 41/22 47/9 119/9
Kevin [6]  1/16 20/25 22/22 40/19 87/3
107/20
key [2]  72/20 77/21
kick [1]  25/7
kickbacks [2]  23/18 127/13
kickstarting [1]  73/6
kind [13]  102/8 113/16 114/23 117/11 118/7
125/9 129/16 134/7 135/18 135/23 146/5
146/10 155/6
kinds [1]  143/13
knee [1]  96/24
knew [27]  23/7 26/2 28/6 28/25 40/7 50/19
51/12 51/14 53/8 53/10 59/23 74/18 90/24
100/7 103/12 103/24 111/10 111/14 136/9
139/5 141/6 143/19 145/8 145/11 146/24
149/13 150/5
Knights [4]  65/10 93/3 95/25 104/20
Knock [1]  154/13
know [107]
knowing [5]  78/3 136/11 139/20 147/11
149/16
knowingly [14]  43/18 48/21 50/15 53/23
54/8 135/13 137/23 139/7 140/5 142/5
143/17 147/2 148/9 150/12
knowledge [1]  132/1
known [7]  77/9 107/10 139/5 141/7 142/18
143/7 143/13
knows [4]  26/21 124/17 138/21 140/20
Ks [1]  74/23

# L

LA [1]  96/23
labeled [1]  155/23
ladies [70]
laid [2]  21/18 63/15
lamb [1]  80/24
Land [1]  80/22
landscape [1]  170/5
language [10]  70/23 77/15 78/6 80/1 84/24
92/8 92/21 92/22 122/14 125/10
lap [1]  122/11
lapse [2]  101/7 133/17
laptop [1]  4/22
large [1]  23/21
largest [1]  80/17
Las [2]  18/15 80/7
last [15]  11/11 15/16 16/7 17/10 17/16 52/12
57/4 67/18 107/4 110/18 116/4 118/6 118/7
126/18 157/7
last-minute [1]  15/16
late [1]  110/24
later [12]  28/23 29/14 32/7 34/1 35/11 37/7
69/12 75/25 78/19 94/13 116/7 151/19
latte [1]  123/12
laugh [1]  97/13
launched [2]  71/11 92/16
laundering [18]  43/9 48/13 48/16 50/13
50/14 51/9 52/2 52/4 52/10 127/24 135/8
143/14 153/20 153/21 153/22 163/12 163/14
163/16
lavish [2]  23/12 87/25
law [30]  6/16 9/22 12/21 13/21 16/20 17/5
128/22 129/13 129/14 130/6 130/7 130/9
130/11 130/12 131/16 135/10 137/16 150/17
150/18 150/19 150/21 169/7 169/8 169/14
169/15 173/23 174/6 174/6 174/7 174/20
lawful [2]  102/3 134/1

# L

lawsuits [1]  169/5
lawyer [28]  21/1 21/3 21/15 24/3 40/19 59/7
  59/9 67/12 67/19 67/21 68/7 68/8 68/13
  68/14 68/18 69/5 69/17 79/2 86/22 86/23
  91/3 98/4 98/7 98/9 99/23 100/21 105/12
  174/8
lawyers [4]  16/11 62/25 91/13 102/20
lay [2]  89/4 108/15
lead [2]  20/3 67/7
leads [4]  43/5 94/5 127/16 128/9
learned [1]  96/18
learning [3]  46/17 85/6 106/19
least [10]  11/6 42/4 53/12 116/8 136/16
  147/2 147/16 155/15 157/18 169/25
leave [4]  57/14 108/24 123/11 158/1
leaves [1]  159/6
leaving [1]  175/11
lecturn [1]  14/19
led [6]  62/19 71/20 80/25 169/6 169/7 169/8
left [4]  20/18 107/16 158/25 169/18
legal [12]  15/22 16/10 16/18 16/20 16/22
  19/10 62/23 62/24 124/6 124/6 128/17 132/4
legalese [1]  35/14 53/11 79/3
legally [4]  24/10 24/21 24/23 166/25
legitimate [5]  25/13 25/20 25/21 39/14 117/2
length [2]  66/10 110/19
lengthy [1]  71/23
Leslie [2]  156/11 157/21
less [3]  31/15 61/21 122/13
lesser [2]  102/3 133/25
let [8]  10/16 19/9 26/15 122/24 126/3 158/10
  159/4 171/9
let's [53]  15/9 19/12 20/9 22/14 26/10 27/25
  28/5 31/6 33/8 33/15 39/6 42/14 43/14 44/15
  45/2 46/8 46/22 48/18 51/18 53/3 58/12
  58/20 62/2 64/3 64/4 64/7 69/25 70/21 70/25
  71/13 72/23 74/4 76/24 78/24 79/1 83/18
  83/19 88/11 89/12 109/17 114/11 115/7
  115/7 115/8 115/10 115/19 115/20 115/22
  116/20 116/23 123/21 125/6 162/5
letter [11]  46/24 47/1 81/14 85/8 87/3 87/4
  95/7 118/15 118/17 118/18 148/9
letters [5]  28/19 40/20 123/24 124/13 148/5
liar [1]  59/5
liberty [1]  175/11
license [6]  30/11 96/17 169/8 169/10 169/15
  173/23
lie [29]  18/7 18/24 21/16 21/18 21/22 25/6
  25/21 25/22 26/9 26/14 35/4 38/3 40/14
  41/24 42/1 42/2 53/21 54/9 54/15 54/18
  55/10 56/18 56/18 59/19 64/4 68/4 121/2
  121/3 128/3
lied [35]  17/17 18/3 19/15 20/24 21/23 22/22
  22/22 25/23 37/17 42/14 42/16 42/17 42/20
  48/2 48/11 49/13 49/14 49/14 50/2 55/16
  59/17 59/24 60/14 64/2 64/5 64/8 68/9 68/10
  68/15 68/17 100/23 122/19 126/16 126/16
  170/15
lies [41]  18/4 21/13 22/10 22/11 22/18 23/9
  26/2 26/3 32/11 33/20 35/8 37/17 37/24 38/6
  40/2 42/14 42/22 43/24 44/9 46/18 48/8
  49/21 54/19 54/25 55/11 55/14 55/23 55/23
  55/24 55/24 55/25 56/9 56/15 56/25 75/16
  119/10 126/4 126/5 126/8 127/7 127/10
life [2]  31/25 157/11
lifestyle [1]  23/12
lift [1]  174/1
lifting [1]  173/24

Lighthouse [1]  81/8
lighting [1]  80/19
liked [3]  65/21 72/18 98/13
likely [4]  54/5 148/14 148/18 169/12
limited [3]  71/6 71/9 74/7
Linda [1]  165/1
line [3]  172/4 172/10 174/14
lines [1]  36/7
Lisa [1]  164/5
list [1]  129/19
listen [7]  4/23 14/5 15/21 16/21 19/14 19/24
  113/2
listening [2]  105/2 110/7
lists [1]  89/7
little [26]  3/20 20/9 22/21 23/17 23/19 24/25
  25/1 25/15 27/11 27/13 27/18 27/25 28/23
  31/1 36/14 53/18 80/24 97/15 97/16 97/17
  97/19 106/12 121/6 122/3 158/22 173/21
lives [1]  171/22
LLC [1]  60/25
loaned [1]  65/17
local [1]  171/20
locate [1]  172/1
located [1]  40/25
location [1]  160/22
long [12]  23/24 44/13 44/20 49/12 60/24
  106/3 109/4 110/4 138/13 154/3 158/2
  158/13
longer [1]  41/20
looked [11]  21/4 28/12 28/18 33/4 37/16
  47/18 48/3 78/18 120/18 125/20 157/6
looking [3]  77/8 77/9 89/16
looks [1]  125/3
looting [1]  127/2
Los [2]  82/21 83/3
lose [1]  96/12
loss [3]  139/9 141/10 143/6
lot [18]  24/1 31/4 51/9 56/1 62/6 63/3
  65/16 82/19 93/6 93/7 103/2 104/25 105/11
  112/11 112/13 113/9 119/13 170/23
Lowell [14]  19/6 31/11 35/21 38/21 38/23
  64/10 64/23 72/5 73/2 82/13 86/2 86/4 88/25
  89/13
luck [1]  166/10
lunch [6]  57/17 57/17 57/18 156/18 157/23
  157/24
lunches [1]  158/24
Luxembourg [4]  170/1 172/3 172/24 174/16
luxuries [1]  47/25
lying [35]  17/22 19/1 22/9 22/16 23/2 25/18
  26/21 31/19 35/16 35/16 40/9 40/9 40/10
  40/14 40/15 43/1 44/22 45/1 45/24 45/24
  57/2 69/21 70/21 81/11 93/11 94/8 112/8
  120/5 121/18 124/14 127/8 128/5 128/6
  128/6 170/15
Lynn [1]  164/20

# M

machine [1]  168/22
mad [1]  88/3
mail [63]
mailed [1]  81/14
mailers [1]  168/23
mailing [3]  26/17 44/10 45/8
mails [7]  21/20 31/10 32/20 40/8 42/16 69/14
  91/7
main [1]  61/20
maintain [1]  173/4
major [1]  158/18

majority [2]  61/5 61/18
maker [2]  139/4 141/6
makers [1]  72/13
makes [9]  55/17 62/17 117/1 129/13 129/14
  138/21 140/21 140/22 148/3
making [15]  2/14 14/22 103/23 111/10
  111/13 118/11 118/12 119/5 120/11 127/9
  130/16 132/10 135/24 146/15 150/4
man [15]  19/19 20/13 20/23 29/4 29/14 29/21
  32/1 32/20 33/12 52/15 55/9 56/1 57/5 80/24
  108/8
man's [1]  47/16
Managed [1]  142/11
management [52]  34/19 35/17 46/25 48/7
  64/16 71/1 72/5 72/13 72/17 85/23 86/14
  86/19 87/1 87/11 88/12 90/14 100/15 101/22
  101/23 101/23 103/19 107/15 108/3 114/5
  114/21 115/3 115/6 115/15 115/16 116/1
  116/2 116/10 116/14 116/17 117/2 117/8
  117/19 118/3 118/9 118/11 118/12 118/18
  118/22 118/23 119/8 121/9 121/12 121/18
  122/20 125/11 125/17 149/25
manila [1]  124/25
manipulate [3]  27/19 31/5 35/9
manipulated [4]  47/6 50/2 52/15 122/20
manipulating [1]  123/15
manner [2]  136/5 165/23
manufacturer [1]  82/20
manufacturing [1]  30/4
March [2]  45/3 61/2
March 19th [1]  45/3
March 24 [1]  61/2
Mark [5]  24/6 31/13 56/24 84/10 84/11
market [22]  31/5 34/8 35/6 35/9 35/25 36/9
  36/12 47/6 49/6 50/1 50/2 50/2 51/22 52/7
  52/14 70/12 71/25 72/10 73/7 73/24 75/6
  75/7
marketing [8]  71/1 71/5 71/9 74/5 74/6
  115/19 115/22 116/16
marketplace [1]  37/13
MARRA [9]  1/2 1/12 59/3 59/8 60/12 98/23
  99/1 112/20 162/20
Marra's [1]  110/25
marshals [1]  175/21
Martin [90]
Marty [11]  21/4 21/5 30/7 32/8 34/2 37/20
  38/22 39/10 42/8 44/22 54/14
Marvin [1]  164/17
mass [2]  169/5 175/7
massive [3]  23/13 56/8 121/24
master [1]  4/20
mastermind [2]  20/11 29/4
material [18]  43/21 44/5 44/9 46/16 46/21
  138/3 138/20 138/24 138/25 139/2 139/13
  140/9 140/20 140/25 141/1 141/3 141/3
  141/14
materially [1]  77/11
materials [1]  160/3
matter [19]  6/24 8/2 8/6 12/21 13/21 24/10
  24/12 45/19 56/16 65/14 89/23 132/13
  138/12 139/4 141/5 145/8 145/14 175/8
  177/17
matters [2]  131/20 145/3
May 2nd [1]  85/14
maybe [17]  3/2 15/23 77/17 84/6 90/21 90/22
  92/3 96/20 102/20 104/15 104/16 104/16
  105/12 105/12 106/22 120/19 122/3
MC [1]  32/14
MCA [2]  86/7 107/8
McConville [1]  17/3

**M**

McConville's [1]  17/6
McEwin [3]  23/13 24/2 63/2
me [79]
mean [21]  18/22 18/24 27/15 64/3 68/1 68/7
  69/21 87/17 89/9 91/18 93/5 93/10 98/25
  99/11 99/12 100/5 101/3 132/7 133/13
  156/14 174/20
means [24]  49/17 50/16 54/3 54/3 54/8 55/4
  65/17 69/21 77/24 113/22 137/12 139/7
  139/16 141/16 142/15 142/22 144/2 144/5
  145/4 148/16 150/12 150/15 168/16 169/13
meant [3]  37/14 69/19 138/8
meantime [1]  30/8
medical [1]  73/11
medicine [1]  73/14
meet [1]  166/19
meeting [5]  38/4 41/15 54/12 55/6 85/14
Melley [3]  36/6 45/18 50/4
Melley's [4]  33/17 36/4 45/5 45/20
member [5]  84/15 135/19 135/20 146/6
  146/7
members [10]  128/21 135/22 135/23 146/9
  146/10 146/12 152/11 156/24 160/9 166/6
memo [1]  60/2
Memorial [2]  83/4 106/6
memories [1]  151/5
memory [8]  99/19 99/20 99/22 100/10 101/7
  132/22 133/17 150/25
mention [8]  2/10 16/18 17/1 125/11 125/12
  125/14 156/2 170/12
mentioned [12]  5/16 32/17 40/18 110/21
  111/17 112/18 112/19 116/16 120/14 131/24
  165/20 165/24
menu [1]  57/19
menus [1]  57/16
Mercedes [7]  21/9 96/16 96/19 96/20 96/20
  97/3 97/4
merely [3]  136/20 147/20 149/16
mergers [1]  61/8
Merit [1]  177/14
message [4]  138/12 138/14 154/12 154/23
met [4]  4/19 5/2 5/2 85/12
metaphor [3]  77/23 77/25 77/25
Mexico [1]  71/2
MGM [4]  24/4 63/1 63/6 63/11
Miami [1]  1/22
microchip [1]  33/9
middle [6]  10/4 10/7 10/8 16/8 32/20 79/13
middleman [1]  75/25
midwest [1]  80/18
might [10]  38/16 56/17 67/20 69/23 69/23
  80/10 82/13 85/7 96/23 98/11
Miko [1]  81/8
million [36]  8/24 26/5 27/6 27/20 33/18
  33/25 34/20 35/18 35/21 36/21 37/4 62/1
  62/7 62/21 65/9 65/14 65/15 66/1 66/5 66/5
  66/19 66/20 67/2 76/6 76/6 77/2 88/6 88/8
  96/9 105/8 105/10 105/15 105/15 105/17
  120/7 127/14
millions [3]  36/9 50/1 50/1
mind [5]  55/19 78/14 101/2 133/13 152/3
mine [2]  159/20 159/20
minimum [1]  11/5
minor [2]  136/14 147/14
minute [13]  3/9 3/16 3/17 3/22 4/6 15/16
  64/3 64/4 65/10 78/24 79/1 89/12 97/11
minutes [19]  3/2 3/5 3/12 3/15 3/21 3/24 4/7
  15/16 54/16 57/20 57/24 104/10 108/25

109/5 109/10 111/1 126/1 154/19 170/11
minutes' [1]  11/7
mirror [2]  63/4 80/9
mirrors [1]  63/18
misleading [1]  77/18
misled [1]  80/4
misrepresentations [1]  103/24
misstated [2]  101/6 133/16
misstatement [1]  133/19
mistake [7]  63/6 73/10 101/3 103/18 133/13
  149/24 150/13
mistaken [4]  9/16 103/17 149/24 169/22
mistakes [2]  22/12 63/3
Mitch [12]  17/7 76/5 76/7 84/23 84/25 85/8
  98/21 120/8 122/8 122/15 122/17 123/8
Mitch's [1]  32/15
MITCHELL [63]
moment [7]  62/2 70/4 76/25 135/12 137/17
  171/4 174/17
monetary [7]  50/16 50/17 52/1 143/18 144/2
  144/3 145/12
money [128]
monitor [4]  29/25 73/8 73/8 73/12
monitors [4]  29/19 36/20 41/9 41/9
months [3]  37/7 78/19 97/2
moon [1]  30/1
Moore [1]  157/22
morning [12]  2/2 5/2 7/17 15/12 15/15 15/23
  110/8 113/15 124/1 124/6 124/11 161/13
mosaic [1]  64/2
most [6]  15/23 42/20 114/4 131/5 150/23
  172/20
mostly [1]  67/9
mother [2]  122/13 171/21
mother's [1]  173/17
motion [5]  6/5 8/9 9/2 11/9 51/13
mountain [1]  28/16
mountains [1]  110/6
mouth [1]  84/12
move [5]  5/3 8/18 57/24 115/19 168/2
movement [1]  50/18
moves [1]  138/13
moving [6]  15/4 38/24 38/25 75/6 75/6
  118/18
Mr [186]
Mr. [180]
Mr. Anand [14]  25/1 25/8 27/13 27/15 27/18
  38/6 41/13 41/14 41/16 67/11 75/23 102/12
  124/23 125/4
Mr. Anand's [1]  124/20
Mr. Armpriester [2]  69/6 69/17
Mr. Cardiac [1]  118/23
Mr. Carter [73]
Mr. Carter's [4]  21/12 76/16 84/4 93/17
Mr. Feidler [2]  107/24 174/6
Mr. McConville's [1]  17/6
Mr. Melley [3]  36/6 45/18 50/4
Mr. Melley's [4]  33/17 36/4 45/5 45/20
Mr. Muhlendorf [13]  16/24 57/12 59/3
  59/21 59/24 60/2 63/14 77/17 91/2 110/2
  110/19 112/18 127/17
Mr. Muhlendorf's [2]  59/11 113/4
Mr. Pasano [1]  11/4
Mr. Pickard [2]  90/11 118/14
Mr. Simms [1]  162/11
Mr. Stein [12]  3/14 5/16 6/12 18/2 18/16
  27/16 57/13 112/19 123/17 163/23 166/13
  174/15
Mr. Stein's [2]  28/20 175/4
Mr. Stieglitz [8]  3/11 17/13 59/3 61/17 62/2

109/4 109/24 128/15
Mr. Sweeney [1]  17/4
Mr. Thomas [1]  115/11
Mr. Tribou [3]  113/25 115/1 115/2
Mr. White [8]  167/12 167/15 167/17 170/2
  171/3 171/14 173/13 176/4
Mr. White's [1]  171/7
Mr. Wilk's [1]  27/12
Mr. Woodbury [17]  21/1 42/18 73/18 76/10
  85/2 88/21 92/22 98/20 114/15 114/16
  114/19 114/23 118/14 121/19 122/6 122/7
  122/16
Mr. Yafa [2]  36/17 36/18
Ms [2]  64/9 157/21
Ms. [9]  61/4 62/7 63/2 106/16 156/11 157/21
  157/22 162/16 164/1
Ms. Bunes [1]  106/16
Ms. Ferrante [1]  162/16
Ms. Ferrante's [1]  164/1
Ms. Greene [1]  62/7
Ms. Leslie [2]  156/11 157/21
Ms. McEwin [1]  63/2
Ms. Scott [1]  157/22
Ms. Tracey [1]  61/4
much [12]  2/24 32/9 33/5 39/25 57/1 80/7
  97/18 121/13 159/1 160/19 169/24 174/3
Muhlendorf [15]  1/16 16/24 57/12 59/3
  59/21 59/24 60/2 63/14 77/17 91/2 110/2
  110/19 112/18 127/17 177/4
Muhlendorf's [2]  59/11 113/4
multiple [2]  121/20 158/3
multiply [1]  67/2
Munoz [1]  164/11
Murray [1]  164/23
must [36]  35/24 98/18 101/6 103/9 128/17
  128/22 129/1 129/4 129/18 130/3 130/6
  130/7 130/8 130/17 130/18 131/9 132/6
  132/7 133/16 133/21 137/10 142/24 145/11
  149/14 149/20 150/18 150/24 150/25 151/2
  151/8 151/10 151/16 151/20 151/21 151/24
  152/1
myself [6]  62/13 66/19 154/15 154/15 158/16
  173/6
mystery [2]  108/4 108/6

**N**

naked [1]  101/10
name [18]  25/7 30/19 30/20 39/18 39/19 69/5
  82/7 84/9 86/19 88/15 97/4 107/10 114/6
  114/6 114/10 125/18 154/4 168/24
named [9]  26/18 33/11 84/9 108/1 113/21
  115/17 120/4 135/22 146/9
names [11]  28/20 47/23 64/20 81/15 81/15
  85/22 118/11 118/12 136/12 147/12 168/22
Nancy [1]  165/7
Natanya [1]  41/21
natural [3]  44/6 139/3 141/4
naturally [3]  40/19 101/4 133/15
nature [4]  8/24 139/12 141/12 145/9
necessarily [2]  90/1 132/12
necessary [3]  6/25 9/10 129/2
need [29]  6/7 7/18 7/21 12/1 12/2 13/5 14/1
  14/3 14/12 14/14 32/24 32/25 38/16 43/17
  48/21 51/8 54/8 67/5 77/4 77/4 85/10 101/1
  123/10 124/25 125/2 143/1 150/20 158/9
  176/6
needed [2]  114/19 157/2
needs [6]  7/3 9/18 10/20 11/18 11/19 11/21
  11/24 176/5
Nereau [1]  157/22

# N

net [2]  45/8 45/13
Netanya [1]  38/25
network [2]  84/16 101/20
Nevdahl [3]  24/7 31/13 56/24
never [28]  6/7 7/9 7/10 7/12 7/20 33/21 35/18
44/25 47/1 48/6 70/24 76/21 82/7 84/18
88/16 88/18 91/25 91/25 97/22 97/24 98/6
98/22 99/5 100/16 151/16 151/22 166/4
172/13
new [7]  1/18 11/11 17/2 72/4 79/7 102/19
113/16
news [1]  43/10
next [13]  20/5 21/17 26/15 30/9 30/23 30/23
32/16 64/15 70/3 86/24 115/20 153/1 153/2
nexus [2]  9/14 9/19
night [1]  120/1
Nine [1]  153/18
no [80]
nobody [6]  89/17 95/15 96/17 122/22 122/22
123/18
nobody's [3]  79/17 79/18 79/19
none [3]  83/10 83/10 177/11
Nony [9]  28/21 34/22 38/24 39/18 46/25
86/25 118/13 118/14 119/9
Norma [1]  64/24
normal [3]  12/15 75/7 141/22
normally [2]  134/1 141/21
north [2]  1/20 170/7
Northwest [1]  1/18
note [3]  142/15 154/11 161/24
noted [1]  2/8
notes [8]  57/14 108/24 150/22 150/24 151/1
151/3 151/4 158/1
nothing [12]  17/4 41/9 56/15 59/8 62/1 65/20
75/20 81/21 108/4 112/6 117/19 120/10
Nothing's [1]  79/19
notice [1]  11/7
noticed [1]  2/12
notifications [1]  95/8
notion [1]  116/25
notwithstanding [2]  63/21 74/13
novel [1]  108/6
nowhere [3]  116/17 121/1 121/4
NPC [1]  95/8
number [21]  8/25 30/11 41/2 41/3 47/8 47/10
47/14 47/19 59/12 66/11 77/5 88/17 111/18
113/23 113/24 114/14 118/13 132/11 134/20
162/19 169/3
number 11-80205 [1]  162/19
number 2650 [1]  66/11
number 69 [1]  77/5
numbers [2]  117/17 161/19
numerous [1]  107/12

# O

oath [1]  21/24
object [10]  53/17 53/19 54/17 54/24 77/25
83/9 89/15 147/6 147/9 147/25
objecting [1]  83/15
objection [6]  2/14 2/15 4/4 5/1 5/8 167/18
objections [6]  2/6 2/17 129/22 166/23 167/1
167/2
objects [2]  61/21 137/16
obligated [2]  120/24 165/24
obligation [1]  106/8
obligations [1]  158/19
oblique [1]  108/8
observation [1]  123/5

observe [2]  100/11 132/24
obstruct [20]  17/25 52/22 52/25 53/5 53/7
53/19 53/23 53/24 54/18 55/15 55/18 135/3
145/22 145/23 146/23 148/3 148/10 148/12
153/25 163/19
obstruction [4]  53/25 59/19 148/1 148/6
obtain [6]  12/4 13/7 13/21 14/7 137/24 140/6
obtained [3]  145/5 145/12 145/16
obvious [1]  41/22
obviously [17]  16/15 50/6 63/3 67/5 73/17
80/24 80/25 80/25 81/17 99/10 100/9 114/4
156/4 161/11 168/4 174/3 174/7
occasion [2]  136/17 147/17
occasions [3]  111/18 121/20 123/18
occur [2]  11/3 12/15
occurred [1]  150/8
October [1]  117/6
off [15]  24/4 25/3 27/11 37/15 48/1 54/19
75/15 86/8 107/24 114/1 117/6 121/5 127/15
158/12 171/9
offense [6]  6/14 9/1 134/11 136/3 143/14
150/8
offenses [6]  135/6 135/11 137/4 137/9 170/14
170/14
office [2]  17/4 39/12
officer [7]  60/4 60/4 72/7 90/21 166/18
166/19 166/21
officers [5]  17/23 23/1 42/15 56/10 66/12
offices [1]  30/6
Official [1]  1/24
offshore [3]  172/13 172/20 172/22
oh [8]  30/14 85/10 99/7 120/3 124/21 125/7
125/20 159/17
Ohio [1]  82/20
okay [21]  4/7 12/17 12/24 14/12 15/9 24/23
58/9 58/16 109/11 119/16 119/18 119/20
121/2 121/2 121/3 121/3 155/25 159/14
160/16 167/17 171/9
once [7]  51/9 56/14 118/8 128/11 158/25
159/6 166/22
one [134]
one's [1]  47/8
ones [6]  12/11 75/19 102/15 159/21 160/3
160/24
ongoing [1]  21/14
only [62]
open [1]  30/16
opened [1]  174/15
opening [7]  18/19 61/17 91/3 111/25 112/1
126/21 129/21
opens [2]  35/6 35/25
operating [2]  72/7 111/16
operation [1]  39/14
operations [1]  87/24
opinion [7]  103/16 103/17 129/8 131/15
149/22 149/23 152/3
opinions [2]  108/24 158/8
opportunity [7]  11/6 14/6 16/3 100/11
132/23 150/24 166/23
opposite [1]  47/12
Orange [1]  96/22
orchestrated [1]  41/13
orchestrating [1]  121/24
order [46]  2/1 7/7 8/9 9/9 34/4 35/1 35/3
35/22 38/5 41/23 43/16 48/20 53/4 57/17
85/15 87/8 87/10 88/13 88/13 88/17 88/19
89/6 90/24 91/2 91/4 97/23 97/24 100/13
100/14 102/6 107/15 107/16 107/23 110/22
114/2 114/20 114/22 116/14 117/2 118/20
119/1 119/1 124/22 134/5 161/2 166/15

ordered [1]  157/24
ordering [1]  123/15
orders [42]  7/11 17/18 23/11 26/5 34/18 35/8
36/23 37/2 37/4 37/9 38/9 38/16 40/18 42/19
42/23 46/12 46/18 47/9 48/4 49/7 51/13
55/25 70/14 70/21 73/6 76/15 77/2 84/22
85/6 86/1 86/3 86/14 87/12 87/13 89/21 91/4
117/4 119/3 119/4 125/16 125/22 125/24
Ordinarily [1]  148/23
ordinary [2]  74/21 139/21
originally [4]  4/1 71/8 74/9 92/15
others [10]  39/18 103/23 111/10 133/22
134/25 135/3 137/2 148/25 150/4 152/5
otherwise [2]  11/1 65/1
our [19]  17/3 40/16 40/16 41/23 48/12 48/12
52/21 61/1 61/5 61/6 71/1 71/5 71/9 74/6
78/20 80/2 88/12 108/18 155/4
outcome [3]  61/7 99/17 132/21
outlined [2]  13/14 90/16
outright [1]  23/21
outset [6]  19/13 62/18 110/2 112/18 165/20
173/14
outside [6]  71/21 107/13 121/21 123/12
129/9 154/12
outstanding [1]  61/1
over [46]  6/21 17/10 17/16 18/3 18/3 18/3
20/5 22/19 23/2 30/9 36/3 39/8 44/21 55/10
55/10 55/15 55/15 55/15 56/7 57/4 57/24
59/11 70/2 83/23 103/12 106/14 110/18
111/14 111/14 112/8 112/8 112/12 112/12
112/13 125/7 126/16 126/16 141/17 151/1
152/6 152/14 160/10 161/6 161/10
over-disclosure [1]  103/12
overarching [1]  65/13
overboard [1]  101/9
overseas [4]  68/24 69/1 86/22 91/5
overt [8]  53/13 53/15 54/12 146/13 146/16
147/2 147/4 147/7
overwhelming [2]  20/1 28/9 126/17 128/9
175/8
own [11]  18/4 31/10 37/22 55/14 63/8 97/12
117/7 131/5 131/18 131/19 152/3
owned [1]  61/3
ownership [4]  2/11 61/23 61/23 143/8

# P

p.m [5]  109/12 109/12 161/21 161/21 167/4
package [1]  5/6
packages [3]  23/20 25/9 127/1
packet [1]  88/14
page [21]  2/9 10/3 64/15 66/8 66/8 70/5 90/7
106/3 110/11 111/3 115/8 115/9 115/10
115/23 115/23 116/5 116/8 116/23 117/5
117/23 123/23
page 123 [1]  110/11
page 15 [1]  116/5
page 18 [1]  2/9
page 25 [1]  111/3
page 327 [1]  117/23
page 523 [1]  10/3
page 9 [1]  115/23
pages [6]  1/10 5/13 70/6 101/13 116/7 123/23
paid [15]  18/20 27/9 27/11 80/5 97/15 97/16
97/17 97/19 104/19 105/16 108/1 113/21
113/25 115/2 127/7
painful [1]  94/11
paintings [1]  88/1
Palm [5]  1/7 1/20 1/25 163/21 167/4 171/25
173/4
Pam [5]  19/7 64/8 82/13 83/1 84/2

**P**

Pamela [1] 64/18
paper [5] 110/6 156/13 160/12 160/13 160/15
papers [3] 8/1 10/15 173/16
paperwork [2] 7/6 173/22
paragraph [4] 61/13 74/19 116/23 144/24
paragraph 2 [1] 61/13
paragraphs [1] 61/11
paragraphs 1 [1] 61/11
paralegal [2] 17/3 83/4
paren [2] 153/16 153/16
parentheses [5] 152/21 152/24 153/7 153/11 153/22
parenthetical [1] 2/9
parents [1] 80/20
partially [1] 78/4
participant [1] 149/15
participate [2] 157/16 166/17
participated [4] 43/18 137/23 140/5 149/11
participation [2] 142/17 142/19
particular [3] 99/9 132/12 132/18
particularly [2] 85/20 114/15
parties [5] 8/14 8/15 95/1 154/16 158/17
partner [4] 30/13 116/7 135/20 146/7
partners [2] 42/7 42/7
partnership [13] 28/4 30/13 30/16 32/9 42/11 51/25 65/10 65/11 93/3 96/1 104/20 135/19 146/6
parts [2] 20/19 48/14
party [8] 71/7 74/8 74/12 75/23 75/24 78/11 84/18 92/14
Pasano [1] 11/4
pass [5] 5/6 59/11 97/13 120/20 120/20
passed [1] 125/7
past [2] 17/8 170/3
patience [3] 15/18 17/10 110/5
pattern [1] 152/16
pause [1] 31/21
pay [7] 27/9 31/25 32/1 48/1 62/13 112/14 113/3
paying [4] 63/7 108/9 157/18 173/19
payment [3] 90/7 95/6 117/1
payments [1] 25/11
peanuts [1] 63/17
pending [11] 11/10 37/9 53/22 53/24 145/24 148/7 148/11 168/6 171/1 175/18 175/19
Penn [1] 18/15
people [43] 18/7 18/24 20/23 20/24 23/7 23/9 28/3 28/6 28/22 36/8 39/22 40/13 48/6 49/14 64/15 65/1 65/24 67/4 76/16 76/22 78/13 93/14 93/16 99/7 101/4 105/7 120/23 121/8 121/25 122/20 127/10 129/10 133/14 135/17 135/22 136/20 146/4 146/9 147/20 157/2 157/4 168/23 169/5
per [1] 32/15
percent [17] 20/15 27/17 27/20 31/15 42/5 45/14 61/1 61/15 61/16 61/23 61/23 62/3 62/3 83/18 83/19 83/21 127/23
perfectly [1] 171/14
perform [1] 165/20
performance [2] 71/7 74/8
performed [3] 95/2 148/22 165/19
perhaps [2] 103/2 150/23
period [10] 52/8 61/20 65/3 66/2 67/2 70/10 86/11 94/24 110/12 173/1
Perkins [2] 64/12 64/24
permitted [1] 150/22
perpetrate [1] 23/8

perpetrating [1] 56/25
person [37] 21/5 28/10 46/16 71/2 73/1 76/5 77/13 85/12 86/21 86/24 87/6 89/5 100/5 119/2 122/19 126/8 131/25 134/11 136/11 136/22 139/1 141/2 147/11 147/22 148/6 148/8 148/23 148/24 149/1 149/2 149/4 149/5 149/9 150/18 150/20 150/20 154/13
person's [3] 44/7 139/3 141/5
personal [9] 30/9 49/18 49/19 99/16 132/20 139/9 141/9 143/5 157/25
personally [3] 72/10 141/17 148/22
personnel [1] 71/10
persons [3] 67/8 136/5 146/22
perspective [2] 119/19 119/21
pertain [1] 76/20
petition [2] 174/1 175/7
phantom [1] 48/18
phase [1] 167/5
Philippines [1] 118/21
Phillips [4] 72/8 72/15 72/25 73/9
phone [2] 32/18 161/19
phonetic [1] 69/6
phrase [2] 123/8 142/22
physical [1] 104/2
physically [8] 104/5 104/5 104/8 123/19 124/22 124/23 124/24
physician [2] 72/12 73/16
physicians [2] 72/11 89/9
Pickard [7] 20/25 22/22 40/20 87/3 90/11 107/20 118/14
picture [4] 27/8 104/13 104/13 158/21
pictures [1] 63/10
piece [3] 120/24 123/10 129/16
Pietruszka [1] 165/7
pile [1] 77/5
pin [2] 10/3 10/14
pink [1] 97/4
pins [1] 100/5
Pinscher [1] 104/14
place [13] 5/4 5/25 18/9 18/9 19/22 20/16 51/5 85/7 120/2 143/25 158/6 172/13 173/2
placemat [1] 54/14
places [6] 23/3 68/25 82/19 83/21 93/6 120/19
placing [1] 34/4
plain [1] 119/11
plainly [1] 54/7
Plaintiffs [1] 4/2
plan [35] 21/18 28/7 29/1 29/1 42/11 47/24 53/7 53/9 53/10 53/11 90/15 90/18 90/20 135/22 135/24 136/1 136/6 136/10 136/12 136/14 136/16 136/16 138/15 140/15 146/9 146/12 146/16 146/18 146/23 146/25 147/12 147/14 147/16 147/16 155/5
plane [1] 17/8
planes [1] 63/17
planet [1] 96/4
planned [1] 146/12
planning [2] 25/2 47/5
plastic [1] 39/10
play [3] 26/11 155/19 155/20
played [11] 18/5 22/1 26/12 40/3 40/5 60/12 100/24 111/23 136/14 147/14 156/1
plea [19] 67/11 67/19 67/23 68/1 68/4 68/9 68/10 68/17 69/23 98/3 98/5 99/10 99/13 102/1 102/2 102/3 133/23 133/24 134/1
pleaded [1] 134/10
please [24] 2/2 3/13 15/13 16/11 35/5 57/14 58/5 58/23 94/22 106/2 106/25 107/6 107/7 109/14 109/20 115/11 154/11 158/7 161/23

162/8 162/16 162/17 164/3 166/12
pleased [1] 4/18
pleasure [1] 166/10
plenty [2] 7/11 14/6
plus [3] 4/21 8/14 120/7
pocket [3] 37/18 45/15 45/25
point [30] 6/3 23/4 37/13 38/14 41/25 43/24 46/21 49/13 50/5 50/10 54/18 54/24 54/24 69/9 98/22 111/25 114/25 118/4 118/22 119/23 132/12 158/11 166/2 166/8 168/6 169/21 170/24 172/11 173/20 174/16
pointed [2] 28/13 91/2
pointing [1] 104/14
polled [1] 163/24
ponder [1] 64/4
portion [4] 4/22 110/9 119/23 125/8
portions [3] 155/19 155/20 156/1
position [7] 6/17 7/2 10/17 10/18 83/23 167/25 170/25
positive [1] 158/20
possibility [2] 102/3 133/25
possible [2] 130/21 148/20
possibly [4] 67/18 86/22 86/23 88/9
post [1] 39/12
posttrial [2] 13/6 14/5
potential [1] 175/2
power [3] 79/15 80/9 123/7
PowerPoint [1] 5/16
powers [1] 123/4
practice [5] 169/7 169/14 174/6 174/7 174/7
pre [1] 60/16
pre-introduction [1] 60/16
precise [2] 139/12 141/12 145/9
preexisting [1] 72/12
prejudice [1] 130/4
preliminary [3] 7/7 8/9 9/8
prepare [1] 152/14
prepared [6] 4/23 87/19 152/13 166/16 166/22 167/1
prepares [1] 166/18
preponderance [1] 9/5
present [17] 2/4 17/13 85/25 88/22 104/3 104/5 104/5 104/8 123/19 124/22 124/24 124/24 125/4 136/19 147/19 149/12 161/25
presentation [1] 110/24
presented [4] 39/25 57/4 83/18 129/5
presentence [1] 166/16
presenting [1] 16/25
president [4] 38/23 72/7 107/8 107/9
press [33] 24/1 34/25 35/12 35/15 35/19 35/20 35/24 36/5 36/22 37/16 38/12 38/16 42/23 48/3 49/5 51/13 66/17 71/21 74/22 76/4 76/20 76/21 76/25 76/25 77/3 77/15 77/17 80/1 92/5 92/9 98/2 120/17 122/10
presume [3] 62/2 88/24 97/9
presumes [1] 130/11
presumption [1] 168/5
pretend [2] 122/21 125/3
pretended [1] 21/15
pretending [2] 56/20 56/21
pretenses [6] 137/25 138/2 138/17 140/7 140/8 140/17
pretty [4] 34/21 43/15 79/4 121/13
prevent [3] 54/5 148/14 148/18
previous [1] 82/5
previously [3] 84/17 95/4 96/16
price [13] 31/5 34/9 35/8 36/2 36/14 39/4 46/13 49/9 49/12 66/23 67/1 67/3 127/12
prices [1] 36/5
principal [3] 62/14 64/11 83/24

**P**

principally [3] 61/3 71/7 74/8
print [2] 78/5 154/4
printed [1] 163/21
prior [6] 7/17 71/10 101/22 101/22 101/23 105/6
priority [1] 151/1
prison [2] 99/18 170/8
private [7] 27/5 29/15 61/9 137/19 138/6 138/10 144/10
Pro [1] 1/19
probably [9] 5/4 7/6 45/14 94/3 106/21 109/9 112/9 156/18 170/4
probation [4] 99/18 166/18 166/19 166/21
problem [8] 5/14 24/1 68/8 85/24 114/11 116/20 118/6 167/21
problems [6] 82/6 82/9 82/10 84/17 114/3 118/7
procedural [2] 6/24 8/6
procedure [5] 6/9 7/21 9/13 13/14 168/8
proceed [7] 13/12 14/10 16/1 59/1 109/24 162/1 174/4
proceeding [14] 9/6 9/17 14/11 53/22 53/24 54/6 145/24 148/7 148/11 148/15 148/19 167/6 170/20 172/16
proceedings [12] 1/11 7/1 12/15 15/11 58/4 58/22 109/13 109/19 161/22 162/7 176/7 177/16
proceeds [11] 6/14 45/8 45/14 48/17 50/20 51/1 51/3 51/10 143/20 143/23 145/4
procure [1] 73/6
produce [1] 130/13
produced [3] 68/20 69/1 82/1
product [6] 73/6 95/12 101/19 116/13 116/13 126/10
products [2] 41/10 41/12
profit [1] 142/17
program [10] 71/12 71/14 71/16 71/20 71/24 78/12 92/16 98/15 101/24 106/19
projected [1] 110/4
projects [2] 95/2 95/13
prominent [4] 72/24 73/5 89/8 89/9
promised [2] 86/6 106/6
promises [6] 138/1 138/3 138/18 140/7 140/8 140/18
promote [2] 72/1 127/12
prongs [1] 168/9
proof [14] 16/2 16/6 77/22 80/3 80/5 130/20 130/22 131/3 131/3 132/2 136/21 147/21 149/9 149/11
propensity [1] 168/16
proper [4] 12/15 14/11 102/4 134/2
property [17] 9/15 9/18 9/20 50/23 51/1 137/24 138/17 140/6 140/17 143/20 143/22 143/23 145/4 145/9 145/12 145/14 145/16
proposition [2] 10/19 11/2
prosecution [4] 4/2 5/7 59/16 59/17
prove [30] 10/25 70/2 98/18 103/8 103/9 103/9 130/12 130/13 130/17 130/21 132/3 135/21 135/25 137/5 139/11 139/14 139/17 141/11 141/13 141/18 145/11 145/16 146/8 146/11 146/17 148/20 149/19 149/20 150/8 150/9
proved [9] 74/15 129/1 131/6 136/3 137/21 140/3 142/4 143/15 146/20
proven [3] 71/3 98/16 108/17
Provencio [1] 64/24
proves [4] 21/20 129/8 129/12 137/7
provide [6] 57/16 57/17 80/3 80/5 102/4
134/2
provides [3] 79/15 102/2 133/25
providing [1] 6/3
provision [1] 95/6
public [38] 17/17 22/24 26/3 36/23 37/5 37/6 38/15 39/4 40/23 42/2 54/20 60/8 61/24 63/16 63/22 66/14 66/14 69/25 70/21 72/20 74/18 75/15 76/11 76/19 77/12 78/18 78/18 78/22 80/2 80/3 92/7 107/2 107/2 120/15 121/4 125/20 125/23 128/6
publish [1] 162/17
pull [5] 113/22 114/11 124/15 127/15 160/24
pulls [2] 38/4 124/24
pump [1] 127/12
punishment [2] 151/16 151/18
purchase [64]
purported [1] 55/9
purportedly [1] 87/3
purports [3] 38/20 115/24 116/8
purpose [19] 25/16 31/2 34/7 34/7 35/7 45/23 53/8 53/10 53/16 136/9 136/15 136/23 139/12 141/12 146/24 147/5 147/15 147/23 150/17
purposely [1] 150/16
purposes [10] 28/4 45/19 73/13 93/14 134/13 135/19 146/6 166/16 167/13 167/24
pursuant [2] 9/12 95/9
pushed [1] 8/23
put [31] 5/5 16/14 35/15 37/13 37/18 39/11 51/12 61/11 65/9 78/21 80/12 81/13 81/15 84/24 85/1 87/12 94/2 94/3 94/4 97/4 105/17 106/3 108/15 112/2 118/13 119/2 119/2 121/4 154/2 155/10 158/5
putting [3] 24/1 36/11 159/24

**Q**

Qs [1] 74/24
qualified [4] 78/3 78/4 78/5 92/8
quarterly [1] 36/24
question [18] 5/22 11/19 29/3 47/12 93/20 94/24 101/13 115/1 122/15 122/17 129/24 130/1 152/15 152/19 152/25 154/13 154/14 154/17
questioned [1] 122/8
questions [11] 2/6 2/17 40/17 99/3 105/21 121/25 129/22 132/15 132/25 156/13 156/23
quickly [5] 73/5 87/10 111/4 114/24 123/21
quite [3] 11/10 43/10 110/4
quote [2] 84/14 94/14

**R**

racked [1] 24/5
radio [2] 139/25 141/21
raining [1] 79/5
raise [3] 69/24 72/21 75/3
raised [4] 62/6 87/2 113/17 119/12
raising [1] 62/20
Rajiv [3] 74/14 82/5 82/12
rank [1] 105/13
rather [1] 58/18
Raton [3] 21/10 54/13 171/22
reach [2] 131/22 152/2
reached [4] 154/8 161/19 161/25 162/10
reaches [1] 158/10
react [1] 105/4
read [53] 15/21 16/10 19/21 59/22 63/25 66/22 67/24 70/21 70/25 71/24 77/14 80/3 86/9 88/4 92/11 92/13 92/17 98/25 100/24 101/8 101/13 103/11 105/4 106/25 107/11 107/18 107/19 107/24 108/12 111/2 111/4
111/4 111/18 112/6 112/15 122/13 128/17 152/15 154/14 154/14 164/3 164/6 164/9 164/12 164/15 164/18 164/21 164/24 165/2 165/5 165/8 165/11 165/14
reading [6] 72/23 74/3 78/2 111/19 122/14 173/7
ready [11] 4/9 4/16 5/19 15/5 15/7 58/6 58/13 109/15 161/25 162/2 162/4
real [13] 18/16 18/17 20/21 25/16 40/21 47/15 87/10 90/25 91/5 118/10 125/25 130/24 152/7
reality [4] 63/5 69/25 70/14 76/9
realized [1] 125/21
Realizing [1] 156/23
really [28] 18/14 23/20 23/21 24/16 25/4 41/8 51/8 68/9 71/15 75/4 80/11 81/1 81/5 87/16 87/20 89/15 100/1 105/21 107/4 107/5 115/2 118/10 122/16 123/5 125/1 125/6 169/12 172/8
realm [1] 40/23
Realtime [1] 177/15
rear [2] 63/4 80/8
rearview [1] 63/18
reason [20] 6/21 10/21 24/13 24/14 37/14 40/14 65/7 86/5 99/9 99/11 102/6 117/19 121/20 130/24 130/25 132/18 134/5 157/12 157/13 173/24
reasonable [51] 17/15 21/21 28/17 31/18 43/4 43/6 43/13 46/16 47/20 55/21 57/6 62/24 65/23 76/14 77/23 78/17 78/21 78/23 78/24 89/4 89/24 90/1 90/3 98/15 98/17 98/19 103/10 107/5 108/18 113/14 126/7 128/10 129/3 130/17 130/23 130/24 131/3 131/7 136/4 137/7 137/22 139/1 140/4 141/2 142/4 143/15 146/20 149/10 149/14 149/21 150/9
reasonably [3] 92/9 139/22 150/10
reasoning [1] 131/21
rebut [1] 16/6
rebuttal [3] 3/5 84/6 108/22 109/22
recall [18] 4/3 63/22 70/15 71/18 76/1 85/17 94/13 94/16 97/14 99/22 99/23 99/24 99/24 99/25 104/24 107/6 107/7 159/23
receipt [2] 95/12 142/20
receipts [1] 145/6
receive [1] 108/2
received [4] 26/5 95/25 114/17 162/13
recent [1] 112/10
recently [2] 71/11 92/16
recess [2] 57/14 58/3 109/12 161/21
recheck [1] 161/11
reckless [2] 138/22 140/21
recollection [5] 85/10 91/15 118/1 131/19 151/1
recollections [1] 62/8
Recom [1] 142/11
record [12] 2/4 85/25 86/2 86/4 88/6 90/13 90/17 104/9 107/11 112/23 113/20 177/16
recordings [1] 160/12
records [3] 134/15 172/7 172/8
recross [1] 65/11
recruited [1] 120/4
red [13] 65/22 65/23 69/24 72/21 73/4 75/3 92/23 96/15 96/20 97/3 97/3 98/15 98/16
redirect [1] 67/15
reduced [1] 61/22
reexamine [1] 152/3
refer [2] 134/21 168/21
reference [6] 87/15 87/16 115/5 115/14 116/1 116/9

# R

referenced [1] 88/11
reflects [2] 105/11 106/10
refrain [1] 158/7
refresh [2] 85/9 118/1
refreshing [1] 85/10
refund [4] 96/9 96/13 97/5 104/21
refused [1] 97/25
regard [5] 89/21 89/22 100/23 101/1 102/1
regarding [20] 31/11 33/8 65/3 67/25 72/14
 72/17 83/7 84/11 84/15 84/19 85/5 86/16
 88/17 89/21 96/21 98/3 102/25 136/25
 166/20 167/25
regardless [2] 13/4 118/25
register [1] 118/13
registered [4] 48/25 142/13 144/13 177/14
registration [1] 65/15
regularity [1] 18/12
regulation [1] 144/22
regulatory [1] 145/3
rein [1] 122/1
reiterate [2] 112/17 175/3
related [4] 46/18 144/23 169/11 170/14
relating [3] 91/1 95/12 151/8
relations [1] 92/18
relationship [3] 29/7 105/6 142/24
relationships [1] 72/12
release [16] 34/25 35/2 35/15 35/20 35/20
 35/24 77/3 77/7 77/15 77/17 80/2 92/5 92/9
 95/10 98/2 122/11
released [1] 35/6
releases [20] 24/1 35/12 36/5 36/22 37/16
 38/12 38/16 42/23 48/3 49/6 51/13 66/17
 71/21 74/22 76/4 76/20 76/22 76/25 76/25
 120/17
relevant [3] 81/5 82/11 82/12
relied [4] 37/15 37/16 139/4 141/6
rely [6] 21/19 37/23 66/14 72/4 131/4 159/18
remain [1] 168/1
remaining [3] 61/25 88/8 175/17
remains [1] 15/20
remand [3] 168/3 175/18 175/19
remanded [3] 168/1 171/1 175/20
remarks [3] 113/4 113/4 113/5
remedy [3] 12/9 12/20 13/13
remember [89]
remembers [2] 101/4 133/14
remind [2] 112/20 118/2 175/4
reminded [3] 110/8 110/9 117/17
rendering [1] 95/21
renowned [1] 89/8
repeatedly [2] 93/8 170/15
report [6] 4/18 166/16 166/18 166/23 166/24
 167/2
report's [2] 166/22 167/1
Reporter [4] 1/23 1/24 177/14 177/15
reporting [1] 25/10
reports [1] 36/24
represent [5] 167/9 167/13 167/14 167/23
 173/3
representation [3] 138/19 140/19 140/23
representations [11] 43/19 43/21 111/10
 111/14 137/25 138/3 138/17 140/7 140/8
 140/18 150/4
represented [1] 172/23
representing [2] 167/6 171/7
represents [1] 72/24
reputations [1] 72/24
request [3] 8/18 11/6 128/12

requesting [1] 7/7
required [4] 56/2 103/8 149/19 165/24
requires [3] 102/22 149/9 149/18
requiring [1] 61/7
requisite [1] 9/19
research [1] 95/3
reseller [4] 75/25 80/18 84/16 101/20
reserve [1] 3/5
reside [1] 171/25
residence [1] 173/4
resolve [1] 15/17
resources [1] 173/9
respect [2] 11/16 174/12
respectfully [1] 128/12
respond [3] 59/6 170/4 170/5
response [6] 6/4 11/11 25/25 38/8 154/17
 154/20
responsibilities [1] 157/4
responsibility [6] 128/20 165/19 165/21
 167/18
responsible [5] 71/25 89/7 149/3 149/5 149/9
rest [10] 31/13 31/16 77/15 81/9 88/1 94/9
 97/5 97/6 97/8 158/13
restaurant [4] 38/4 41/14 54/12 55/12
restitution [1] 6/8
restroom [1] 159/10
result [3] 46/17 127/7 135/15
results [2] 77/10 77/11
resumes [1] 93/15
retain [1] 7/18
retained [1] 145/5
retirement [1] 42/21
return [8] 20/7 57/10 79/17 104/21 108/16
 128/12 137/9 154/9
returned [1] 41/23
returning [1] 17/5
returns [2] 11/22 96/14
reveal [1] 30/6
review [4] 19/3 100/22 107/3 166/23
reviewed [6] 4/15 37/2 38/12 38/13 92/10
 172/8
revisit [1] 20/6
rhetorically [1] 120/15
Richard [1] 164/23
ride [1] 65/20
right [84]
rightfully [1] 80/12
rightly [1] 82/10
rip [1] 158/22
ripped [1] 68/11
risk [8] 78/6 168/12 169/19 171/14 171/18
 173/3 174/19 175/1
risks [6] 77/9 78/1 78/2 78/3 78/3 92/7
RMR [2] 1/23 177/21
road [3] 1/22 89/5 102/15
rob [1] 24/22
robbed [1] 24/24
Robert [3] 64/19 72/8 72/15
Rodney [1] 64/19
role [5] 6/18 6/20 9/13 9/16 9/21
room [16] 60/20 61/13 66/9 70/6 106/4
 112/25 115/13 128/18 128/24 152/10 154/7
 154/12 155/6 155/16 159/7 160/23
Roston [1] 64/23
Rowland [2] 64/12 64/24
rubber [4] 81/13 91/3 91/19 97/10
Rubbermaid [4] 101/21 101/21 106/12
 106/17
rule [6] 6/16 6/23 9/12 9/13 150/21 168/7
rules [5] 73/21 73/22 102/4 128/22 134/2

ruling [3] 11/7 12/14 174/4
run [6] 22/22 64/18 82/14 82/15 82/16 170/6
runs [1] 174/6
ruse [1] 56/4

# S

sabotage [1] 101/11
sacrifice [3] 158/17 158/18 165/18
Saffer [1] 164/20
Saffer-Domino [1] 164/20
salary [1] 32/1
sale [6] 47/1 48/16 50/7 51/20 52/5 142/2
sales [29] 34/13 34/15 34/18 35/21 37/12
 37/12 39/4 39/5 46/13 48/17 51/22 52/13
 70/18 71/8 71/9 71/9 71/16 73/7 74/9 74/10
 74/12 77/2 88/13 88/13 92/15 92/15 106/11
 172/12 172/13
same [21] 8/18 24/4 32/1 37/8 37/9 43/10
 47/7 47/8 47/13 47/18 48/14 65/12 77/14
 118/1 119/2 125/19 125/24 153/13 153/17
 153/23 160/3
sat [7] 21/16 21/17 28/11 102/21 107/12
 107/17 167/18
Saturday [1] 11/13
save [1] 32/4
saw [29] 20/14 21/5 27/3 27/12 27/16 27/19
 28/18 29/3 30/17 32/13 33/4 33/14 33/17
 34/18 36/24 37/19 40/6 42/13 45/20 51/18
 56/14 61/25 89/18 89/19 89/20 129/6 129/9
 129/25 130/2
say [53] 3/23 9/10 13/25 16/11 16/19 20/6
 26/1 29/16 35/2 36/13 38/10 40/9 48/5 63/9
 63/9 75/14 76/3 76/4 77/6 78/17 87/22 88/19
 89/5 89/14 90/6 93/8 93/24 93/24 94/17 99/1
 102/19 103/8 103/18 103/21 109/9 114/6
 117/3 121/20 122/2 124/10 125/21 131/7
 131/8 132/6 132/9 133/7 154/1 163/20 169/9
 170/3 173/12 173/13 174/16
saying [18] 11/25 12/6 12/8 12/18 12/19
 12/21 13/11 21/23 21/24 64/17 105/1 106/21
 112/22 117/9 118/17 123/11 123/13 174/25
says [51] 6/5 16/12 25/25 30/4 39/10 44/13
 46/24 53/21 60/23 60/25 61/13 61/14 67/6
 68/16 68/23 71/1 73/10 76/4 76/19 77/7 78/1
 80/2 81/13 85/22 87/5 89/8 90/7 90/8 90/8
 92/7 94/25 96/4 99/1 99/13 99/14 100/2
 101/23 104/4 104/7 107/25 108/17 111/7
 113/23 116/24 120/3 122/10 152/17 152/18
 152/20 152/23 174/18
SB2 [13] 24/7 24/9 70/9 75/8 75/10 79/25
 88/4 90/16 92/10 119/15 119/24 120/16
 125/9
scattered [1] 23/2
scene [3] 136/19 147/19 149/12
schedule [1] 167/3
scheme [62]
school [1] 17/5
Scott [1] 157/22
screen [5] 14/22 17/8 61/11 69/14 114/8
scrutiny [1] 172/20
Se [1] 1/19
sealed [1] 39/9
seat [1] 57/15
seated [9] 2/3 15/13 58/5 58/24 109/14
 109/21 161/23 162/9 166/12
seats [1] 108/24
SEC [93]
SEC's [2] 119/19 119/20
second [12] 35/23 43/22 47/7 48/15 52/25
 53/14 62/18 115/10 116/23 122/24 123/23

# S

second... [1] 123/23
seconds [1] 64/6
secret [3] 127/11 151/22 166/1
Secretary [2] 144/21 145/1
section [13] 48/25 50/4 53/20 74/19 113/24
135/1 135/4 142/13 144/6 144/8 144/15
146/2 148/2
Sections [1] 135/9
securities [42] 21/1 22/24 48/12 48/15 48/18
48/21 48/24 48/25 48/25 50/6 50/7 50/11
50/12 51/2 51/4 51/10 51/21 52/3 53/25
63/24 76/13 78/7 78/10 127/22 135/7 142/2
142/13 142/13 143/3 143/24 144/13 144/14
144/17 145/10 146/1 153/15 153/16 153/18
153/19 163/6 163/8 163/10
security [6] 30/11 142/10 142/15 142/18
142/22 142/25
seeing [1] 71/22
seek [2] 8/5 152/8
seeking [10] 5/21 6/5 6/6 6/18 8/2 9/17 9/20
10/21 12/2 13/16
seem [4] 99/19 100/10 132/22 173/13
seemed [1] 120/18
seems [1] 117/24
seen [9] 16/14 43/19 65/21 89/1 104/13
110/17 126/17 126/23 173/22
seizure [1] 169/6
selected [1] 72/11
selections [1] 57/19
selective [1] 72/10
self [1] 168/24
self-help [1] 168/24
sell [11] 24/11 34/5 46/14 49/25 50/6 50/9
65/25 74/16 88/5 119/21 127/21
selling [12] 23/17 23/20 24/17 24/18 27/10
37/21 46/2 56/18 87/21 88/3 101/10 105/17
send [20] 4/21 4/23 19/6 19/7 38/20 40/20
41/17 44/23 46/6 125/3 127/23 155/3 155/5
155/11 158/25 159/3 159/19 160/22 168/22
168/23
sending [8] 18/2 22/6 40/7 44/25 69/4 69/18
91/19 124/14
sends [2] 30/3 116/21
senior [1] 72/4
sense [24] 20/20 25/15 31/17 38/11 39/13
40/12 62/17 73/22 74/2 85/19 86/13 90/4
90/22 92/5 92/12 99/15 108/16 119/6 123/5
123/6 130/25 130/25 131/22 172/19
sensed [1] 21/12
senses [1] 85/19
sent [26] 33/24 34/25 44/18 45/3 45/4 45/11
45/12 46/9 47/3 47/19 48/3 68/23 69/4 69/15
86/8 86/21 91/5 91/7 91/12 99/6 99/22
114/18 116/4 128/19 141/21 154/5
sentence [6] 74/5 77/12 77/13 97/7 102/3
133/25
sentencing [16] 166/17 167/2 167/5 167/8
167/9 167/13 167/20 167/23 168/7 171/1
171/17 172/2 173/5 173/10 175/18 175/19
separate [11] 52/19 53/2 60/15 134/19 137/4
139/23 139/24 141/23 141/24 145/18 151/7
separately [1] 151/9
separates [1] 79/21
September [8] 11/11 26/4 77/18 88/17 89/1
89/6 107/23 107/25
September 14th [1] 88/17
September 29th [1] 107/25
September 30th [1] 26/4

serial [1] 175/11
series [1] 111/21
serious [3] 68/5 95/22 165/22
service [2] 166/7 166/9
services [4] 32/14 95/6 104/25 158/9
sessions [1] 101/9
set [11] 4/20 8/1 17/21 41/4 52/12 56/22 78/6
155/17 156/3 156/6 161/7
sets [6] 4/20 4/21 156/7 156/8 160/13 161/8
setting [5] 24/3 41/15 84/16 127/11 168/15
seven [1] 153/13
several [3] 118/7 172/6 174/21
sexy [2] 97/10 97/12
SFranklinUSDC [1] 1/25
shall [2] 95/7 95/11
shame [1] 55/16
share [5] 44/1 44/12 45/8 46/2 155/6
shared [2] 53/7 146/23
shareholder [2] 61/7 122/10
shares [79]
sharing [1] 142/17
she'd [1] 46/5
she's [2] 171/22 173/19
Shern [1] 64/19
ship [1] 35/3
shipments [2] 41/5 44/1
shipped [1] 42/16
shipping [2] 41/12 46/1
shock [1] 106/20
shocked [3] 100/24 122/21 122/21
shoes [1] 170/5
shopping [1] 104/18
short [3] 57/14 101/10 161/2
shortly [1] 68/19
should [44] 4/22 5/23 7/4 8/7 10/25 14/4
14/10 16/16 16/17 55/19 67/6 68/2 69/8
72/21 73/20 75/3 78/22 81/22 86/11 95/21
95/22 102/9 108/7 117/10 120/16 121/7
121/10 121/11 122/13 125/20 129/16 129/23
131/16 132/8 133/4 134/8 139/5 141/7 153/4
168/1 168/1 170/22 171/1 174/23
shouldn't [8] 49/4 78/18 119/7 120/10 122/4
131/14 131/23 174/25
show [19] 18/15 61/24 65/2 69/10 69/13
80/13 83/12 98/20 104/16 113/13 118/15
118/19 126/22 143/1 168/10 169/16 170/10
170/22 175/5
showed [12] 22/5 26/13 60/2 62/20 69/2 69/3
69/12 99/6 114/13 114/23 122/6 126/7
showing [3] 63/10 65/6 116/19
shown [6] 5/7 17/16 124/23 134/13 168/15
170/3
shows [7] 39/8 81/3 94/18 96/11 104/24
119/8 170/7
shred [8] 39/21 60/3 64/25 70/24 85/24 86/1
86/3 104/8
sic [5] 20/2 84/4 85/23 135/9 144/21
sick [1] 36/25
sidebar [1] 168/18
sides [2] 4/15 47/13
sign [5] 66/12 86/2 93/13 154/5 154/9
Signalife [74]
Signalife's [8] 17/23 30/6 36/23 42/15 60/6
77/10 78/7 110/14
signature [8] 87/4 89/13 95/14 115/23
115/24 116/9 117/17 118/25
signatures [1] 117/25
signed [8] 38/24 39/1 41/22 70/14 82/24
88/25 93/17 95/16 97/24 97/25 163/21
significance [1] 133/18

significantly [2] 170/6 170/11
Silve [17] 22/4 22/7 23/18 23/19 25/6 25/24
25/25 26/6 26/17 26/18 26/21 38/9 71/2
74/13 74/15 75/21 75/24
Silverman [2] 84/10 84/12
similar [6] 41/13 43/15 111/25 117/15
124/21 144/22
similarly [2] 103/18 149/24
Simms [3] 162/11 163/22 164/14
simple [7] 24/19 43/2 71/15 101/2 119/11
133/13 154/22
simplest [1] 22/18
simply [13] 8/5 28/3 70/14 80/13 81/7 86/20
92/23 129/12 136/19 147/19 149/12 152/6
154/14
since [10] 10/22 16/5 17/2 56/17 63/2 71/6
74/7 121/24 167/18 168/25
Singh [3] 74/14 82/5 82/12
single [2] 104/3 130/8
siphoning [1] 32/2
sir [5] 3/7 162/12 162/14 175/23 176/3
sit [2] 59/5 103/25
sitting [10] 19/19 23/6 39/20 98/8 106/20
107/1 107/2 107/21 154/12 157/18
six [4] 37/7 153/13 154/24 154/24
size [1] 77/14
skidding [2] 79/9 102/15
slaughter [1] 80/25
sleeping [1] 120/1
sliced [1] 56/17
slide [1] 79/7
slides [1] 5/6
slightly [2] 53/2 73/13
slip [1] 97/4
slipped [1] 95/14
small [6] 5/6 12/11 25/3 60/24 70/9 114/8
smart [1] 93/5
smelled [1] 129/7
Smithsonian [1] 80/19
snippets [3] 60/12 60/14 100/25
snow [1] 79/6
snowing [1] 79/6
so-called [2] 67/3 85/5
Social [1] 30/11
software [1] 33/9
sold [10] 24/23 36/9 45/7 45/21 47/5 49/7
52/7 65/17 114/6 143/2
solely [4] 9/7 11/18 21/19 129/4
somebody [5] 82/7 83/22 84/1 115/17 118/20
somehow [4] 117/1 120/24 123/2 125/10
someone [30] 18/25 21/6 24/23 43/19 49/17
49/19 69/23 80/9 84/9 90/20 105/9 108/5
121/7 121/7 129/6 135/14 137/20 137/24
138/5 138/16 139/8 139/10 140/2 140/16
141/9 141/10 143/5 143/6 145/19 154/12
someone's [1] 129/8
something [62]
sometimes [6] 79/2 79/3 79/4 96/13 129/11
154/21
somewhat [6] 60/24 60/24 74/3 98/1 110/22
171/17
somewhere [1] 170/7
sons [2] 171/24 173/16
Sony [2] 86/7 107/9
soon [3] 4/24 154/18 154/22
sophisticated [2] 27/16 92/4
sorry [6] 6/10 83/9 84/18 90/8 125/7 159/17
sort [20] 4/20 6/23 25/3 41/12 82/6 91/18
95/17 98/12 110/22 111/4 112/10 116/21

**S**

sort... [8] 117/15 117/16 118/4 120/20 121/10
121/11 124/21 168/24
sound [3] 39/13 66/2 94/7
sounds [6] 5/19 12/19 12/21 66/2 97/10
100/19
source [1] 25/11
South [4] 44/17 47/11 47/14 47/19
SOUTHERN [3] 1/1 162/19 169/20
space [6] 153/1 153/1 153/5 154/1 154/2
154/5
spaces [1] 152/25
speak [2] 94/12 152/12
speaker [2] 138/21 140/20
specific [24] 6/12 8/3 8/3 9/15 9/18 9/19
10/20 13/17 13/22 45/2 49/17 51/18 54/4
55/2 129/2 139/8 139/15 141/8 141/15 143/4
148/17 150/21 151/13 151/15
specifically [1] 135/6
specificity [1] 107/3
spectator [1] 149/16
spell [1] 30/20
spend [2] 51/8 111/19
spent [3] 44/20 119/12 122/25
spinning [1] 108/16
split [1] 103/3
spoken [1] 122/12
sponsored [13] 71/12 71/14 71/16 71/20
71/24 78/12 85/7 86/15 90/15 92/16 98/14
101/24 106/19
sponsorship [1] 86/16
spring [1] 37/20
stage [1] 172/21
stakes [4] 71/15 79/15 79/23 90/4
stamp [2] 45/19 66/11
stamped [1] 64/22
stand [12] 10/19 11/1 20/3 67/22 68/15
105/19 107/7 107/25 110/18 113/6 122/21
170/21
standard [1] 9/5
standby [4] 1/21 167/11 167/19 173/5
standing [1] 117/9
standpoint [1] 70/19
start [2] 115/8 171/9
started [11] 23/15 23/25 25/3 29/11 29/17
31/7 54/21 60/17 85/3 94/5 167/7
starting [2] 21/14 40/17
starts [1] 153/10
state [3] 73/8 138/12 138/13
statement [19] 2/10 61/17 65/15 88/5 102/6
108/8 112/1 112/1 126/21 133/12 134/5
138/19 139/5 139/5 140/19 140/23 141/6
141/7 143/8
statements [5] 77/7 77/8 77/9 129/20 129/21
STATES [29] 1/1 1/3 1/13 2/18 2/21 4/11
10/1 10/9 10/13 14/17 16/25 51/6 72/11
79/12 109/23 135/1 135/4 135/8 144/1 144/7
144/12 144/15 145/25 145/25 146/2 148/2
162/2 162/18 162/20
States' [11] 170/25
stayed [2] 47/4 55/8
stays [1] 40/23
steal [6] 21/7 31/4 34/5 34/11 56/25 128/7
stealing [2] 23/25 32/5
STEIN [241]
Stein's [34] 2/4 6/13 16/6 18/4 19/2 19/22
21/21 28/20 29/13 29/14 30/18 33/19 45/15
45/25 47/20 51/25 52/11 52/18 110/7 112/16
113/5 113/17 116/18 117/13 117/20 118/9

119/5 160/17 160/18 161/25 170/7 175/4
175/7 176/5
step [1] 157/4
Stephen [4] 1/23 177/14 177/20 177/21
steps [1] 40/13
stereo [1] 20/19
Steven [2] 72/8 72/15
stick [2] 11/19 13/5
Stieglitz [10] 1/16 3/11 17/13 59/3 61/17
62/2 109/4 109/24 128/15 177/6
still [16] 6/19 24/23 30/25 31/2 32/13 37/8
56/18 56/18 72/3 81/19 106/8 119/24 121/1
158/19 173/8 174/6
stipulate [1] 13/13
stipulation [5] 86/9 107/11 107/16 107/18
113/20
stock [31] 31/5 34/9 35/8 36/1 36/14 39/4
44/17 46/13 49/9 49/12 61/1 61/15 61/16
66/23 67/1 67/2 76/22 76/23 84/9 87/21 88/3
104/25 105/16 127/10 127/12 127/18 127/22
128/6 142/15 142/16 172/12
stocks [1] 30/14
stole [6] 17/18 19/17 20/24 33/16 37/21
44/25
stolen [4] 18/1 46/14 55/1 56/9
stop [6] 71/13 102/15 108/16 159/7 159/10
159/13
stopped [1] 84/13
stored [1] 84/13
story [9] 12/1 13/8 19/4 19/9 31/21 32/3
41/11 62/9 85/4
straight [1] 85/5
straightforward [1] 152/14
strategy [1] 74/6
street [2] 1/24 118/19
stretch [1] 159/12
strictly [1] 77/8
strike [2] 102/7 134/6
string [1] 41/19
strongly [1] 101/19
struggling [4] 31/25 32/14 34/15 37/4
strung [1] 120/18
stuff [4] 21/20 24/9 38/6 41/17
stupid [1] 105/13
stupidity [1] 66/3
submit [10] 4/16 7/6 8/8 19/25 22/9 26/20
34/21 55/22 79/24 121/1
submitted [1] 8/14
subscribe [1] 142/21
substance [1] 80/14
substantive [4] 43/8 135/6 135/11 137/4
substitute [1] 144/23
succeed [3] 103/22 111/8 150/3
succeeded [3] 136/1 141/19 146/18
successful [3] 21/3 24/3 49/11
such [11] 11/7 71/22 73/16 95/9 102/2 129/9
132/1 132/24 134/18 143/2 155/24
suddenly [1] 79/10
sued [2] 169/2 169/3
sufficient [4] 9/6 136/17 137/7 147/17
suggest [11] 9/4 99/2 111/15 112/7 115/1
121/10 132/14 170/21 170/23 174/20 175/10
suggested [9] 41/15 59/17 59/21 59/24 95/15
112/2 119/14 122/20 126/9
suggesting [5] 7/3 11/17 118/9 125/19
174/22
suggests [2] 8/16 129/24
suit [1] 29/15
Suite [1] 1/22
summaries [2] 134/12 134/16

summarize [1] 147/25
summation [1] 59/16
support [5] 18/22 34/9 35/8 71/10 168/16
supported [1] 116/18
supporting [1] 169/13
suppose [4] 64/4 64/8 83/18 83/19
supposed [20] 25/16 33/7 52/6 60/13 64/16
66/14 68/2 76/25 77/12 78/16 84/8 85/19
88/5 88/24 89/10 90/4 90/22 92/6 96/10
108/5
supposedly [2] 32/24 47/13
sure [13] 12/17 14/22 35/5 36/25 40/21 47/11
67/14 84/23 89/15 111/5 125/13 158/9
171/15
surely [1] 115/3
surgery [1] 73/14
suspect [2] 8/22 121/23
suspended [4] 96/17 169/8 173/23 174/5
suspension [2] 173/25 174/1
sustain [2] 171/23 172/17
sway [4] 54/5 55/3 148/13 148/18
Sweeney [1] 17/4
switch [2] 86/4 86/10
sworn [4] 110/18 113/5 129/20 131/12
sympathy [1] 130/4
system [2] 79/12 79/15
Systems [1] 142/11

**T**

tabbed [1] 59/13
table [2] 17/3 161/8
tackle [1] 113/16
take [48] 4/17 5/25 15/1 15/23 21/6 25/8
27/16 27/17 33/8 37/15 57/14 57/19 62/12
76/3 76/6 83/22 105/14 106/4 108/21 109/7
114/7 114/9 115/7 115/21 115/25 120/1
122/5 127/1 150/22 154/3 154/7 154/13
154/19 155/11 157/2 158/2 158/3 158/6
158/13 159/5 159/6 159/12 159/15 161/3
174/23 174/25 175/24 176/4
taken [10] 54/5 58/3 109/12 148/14 148/18
150/23 161/21 167/10 170/13 170/22
takes [1] 159/10
taking [5] 3/20 3/23 72/9 126/22 167/18
talented [1] 105/12
talk [27] 19/12 20/9 22/14 24/9 27/25 30/5
31/6 33/15 42/14 43/7 43/14 43/22 46/8
48/13 48/18 53/13 56/11 61/16 69/25 73/25
76/2 90/25 92/21 120/9 127/5 158/8 168/17
talked [26] 24/25 24/25 26/16 33/15 45/18
45/18 47/2 49/3 52/20 59/16 60/1 67/22 76/9
76/10 91/1 91/25 100/4 104/18 104/19 109/6
110/25 114/22 116/13 121/6 122/7 126/11
talking [19] 23/18 29/18 32/16 38/8 44/20
46/22 50/22 52/2 55/23 77/19 77/20 77/22
78/2 91/19 105/22 112/11 119/13 120/13
125/8
talks [3] 75/22 110/11 125/12
tape [1] 73/4
taste [2] 23/19 27/13
tax [3] 96/13 104/21 145/3
taxes [2] 96/9 96/12
tear [1] 158/21
technical [1] 124/6
technology [2] 66/3 106/10
telephone [1] 41/2
television [2] 140/1 141/22
tell [43] 24/16 24/20 26/14 29/16 31/10 32/3
36/15 36/17 36/18 37/11 41/1 49/16 54/2
55/11 55/11 55/24 55/25 56/1 67/19 76/5

**T**

tell... [23]  81/11 86/21 92/12 94/17 98/19
99/10 101/2 102/21 103/7 103/15 105/3
105/24 112/13 114/25 117/22 122/11 123/21
123/25 132/19 155/12 157/10 157/12 157/21
Teller [1]  18/15
telling [20]  7/22 19/4 29/2 41/24 63/11 81/11
81/12 94/5 99/4 100/19 101/3 108/13 117/7
121/22 123/8 123/10 123/14 125/23 132/16
133/14
tells [2]  20/20 119/8
temporarily [1]  173/23
temporary [1]  142/19
Ten [2]  4/7 153/19
tend [3]  101/4 132/3 133/15
tendency [3]  44/7 139/3 141/4
tendered [1]  95/4
term [8]  44/5 54/3 99/18 112/9 140/15
142/15 144/2 145/4
terminated [1]  106/17
terms [1]  2/24
terrible [2]  63/6 99/21
test [1]  97/13
testified [45]  8/23 20/2 41/4 41/14 46/5 50/4
54/23 62/7 62/21 63/2 65/11 67/9 67/13
67/13 75/14 75/24 82/19 82/20 82/21 82/22
82/23 82/24 82/25 83/1 83/3 85/2 87/20
89/17 91/3 95/25 96/1 96/16 96/22 96/24
96/25 97/14 97/23 97/24 98/4 100/12 100/18
101/18 114/16 132/24 133/5
testifies [1]  94/15
testify [15]  20/10 23/13 24/15 33/13 33/20
46/19 46/19 54/24 55/13 73/18 82/8 82/17
105/22 130/14 130/15
testifying [9]  22/2 22/3 30/10 31/24 67/15
67/16 102/9 132/12 134/7
testimony [87]
tethered [1]  12/12
Texas [3]  125/1 125/3 125/4
text [1]  5/17
thank [40]  3/13 15/14 15/17 17/9 57/11
57/12 57/21 58/1 58/2 58/9 59/2 104/11
108/20 109/1 109/3 109/11 109/25 110/3
126/2 128/13 128/14 128/15 158/16 158/23
159/1 160/19 161/4 165/17 166/7 166/8
166/9 171/2 171/6 173/11 173/18 174/9
175/14 175/15 176/2 176/3
thanks [2]  108/19 110/4
that's [136]
the -- I [3]  3/25 92/17 119/14
theft [4]  22/18 27/10 32/21 40/11
thefts [1]  23/21
themselves [4]  42/3 44/11 44/15 45/2
there's [77]
there's' [1]  13/23
thereby [2]  61/5 73/6
therefore [3]  6/6 78/20 106/20
they'll [4]  77/25 84/6 89/14 89/15
they're [34]  3/20 3/23 4/4 7/12 12/2 12/5
13/12 13/16 13/25 16/15 37/3 40/14 40/15
42/1 45/7 54/21 59/13 59/15 63/12 63/13
66/13 78/2 78/4 78/5 80/12 87/16 89/8 89/9
105/3 108/11 120/5 123/20 153/13 175/22
they've [5]  66/25 100/24 104/18 104/19
161/25
thick [1]  66/10
thief [1]  59/5
thing [31]  2/8 2/11 15/4 15/20 22/10 25/17
25/17 26/24 38/3 41/11 44/10 56/17 56/22

56/22 63/6 70/4 85/18 88/24 89/19 107/4
111/17 111/25 112/4 112/17 113/15 120/14
123/17 124/21 153/17 168/24 170/12
things [60]
think [74]
thinking [1]  30/8
third [12]  71/7 74/8 74/12 75/23 75/24 78/11
84/18 92/14 115/8 115/9 123/23 124/9
third-party [3]  71/7 74/8 84/18
Thomas [12]  108/1 113/21 114/4 114/6
114/6 114/9 115/4 115/5 115/11 115/25
117/17 117/18
thoroughly [1]  172/22
those [95]
though [2]  88/3 174/14
thought [11]  24/16 25/14 25/20 30/12 67/11
68/9 87/21 98/1 98/2 98/5 103/25
thousand [3]  31/12 45/22 96/8
thousands [4]  27/5 32/2 97/20 126/24
threatening [2]  148/5 148/9
threats [2]  148/4 148/8
three [30]  4/21 44/2 44/16 46/9 66/8 67/19
67/21 68/7 68/8 68/13 68/14 69/15 78/19
88/5 97/1 103/3 125/16 138/4 140/10 142/9
143/22 147/1 153/21 156/7 156/8 156/25
157/9 159/3 160/18 161/8
three-page [1]  66/8
threw [1]  63/21
through [54]  4/17 17/8 19/2 22/18 23/6
23/22 27/10 28/23 38/14 42/22 43/9 43/11
44/16 44/21 47/6 50/18 54/19 56/9 73/4
75/19 76/15 76/15 76/23 79/25 84/5 84/6
84/7 84/22 92/21 93/1 93/2 94/10 104/1
110/20 111/4 111/21 114/15 114/24 115/8
115/21 122/9 127/3 135/5 141/21 144/3
145/5 148/21 153/5 155/7 155/16 160/23
167/7 167/19 172/12
throughout [6]  18/5 18/11 34/19 75/2 126/9
171/24
throw [3]  54/19 61/18 62/4
throwing [1]  61/21
THS [3]  23/16 24/11 24/20
Thursday [1]  15/19
thus [1]  77/2
tied [1]  172/16
ties [3]  169/20 171/20 172/24
Tim [4]  41/3 41/4 41/18 84/13
time's [1]  157/15
timeframe [1]  125/16
times [5]  48/2 66/21 67/2 93/25 120/14
tire [2]  79/11 79/16
tires [2]  102/15 108/15
title [6]  110/12 135/1 135/3 135/8 146/2
148/2
today [12]  11/18 11/21 13/1 17/6 22/3 24/21
57/17 89/24 116/25 167/3 168/1 171/21
together [13]  55/7 55/8 78/21 94/2 94/4 94/4
119/2 119/3 120/24 146/12 154/16 154/20
155/16
Tokyo [1]  38/24
told [64]
Tom [14]  114/4 114/5 115/15 115/17 115/24
116/2 116/9 116/10 117/1 117/7 118/2
118/10 118/21 118/22
Tony [9]  28/21 34/22 38/24 39/18 46/25
86/25 118/12 118/14 119/9
too [5]  80/7 93/13 122/3 160/18 171/15
took [10]  21/12 27/19 51/5 53/12 55/7 78/22
106/14 143/25 172/13 173/2
top [4]  46/24 72/13 116/23 117/6

Totally [1]  35/18
touch [2]  110/21 122/24
toward [1]  112/1
Tracey [2]  44/18 61/4
traction [4]  79/11 79/12 79/16 106/24
Tracy [5]  31/24 32/16 33/19 40/18 46/5
trading [2]  30/14 36/8
trail [1]  54/19
train [1]  55/7
training [2]  25/2 26/25
tranches [1]  96/1
transaction [9]  50/16 50/17 52/1 143/18
143/19 143/25 144/2 145/12 147/7
transactions [7]  50/19 51/5 61/9 61/10
143/13 145/2 173/2
transcript [4]  1/11 83/12 105/4 177/16
transcripts [9]  59/17 60/10 60/11 100/24
103/1 103/5 103/11 108/11 155/19
transfer [6]  32/14 51/23 52/1 52/10 52/17
144/2
transferred [4]  51/24 52/16 104/24 105/16
transfers [4]  32/8 50/24 51/3 126/25
transition [1]  106/9
transmission [1]  141/17
transmit [1]  137/18
transmits [1]  138/11
transmitted [3]  140/12 140/13 141/14
traveler [1]  169/21
tread [2]  89/4 108/15
treasury [2]  142/15 144/21
treatment [2]  102/6 134/5
tremendous [1]  165/18
trial [29]  1/11 8/14 12/16 17/12 18/5 18/11
27/23 34/19 72/14 75/2 78/13 79/23 86/16
106/22 112/4 129/5 131/17 133/9 134/13
134/17 150/23 151/12 159/25 165/19 166/5
167/7 167/12 167/19 171/25
Tribou [22]  108/1 113/21 113/25 114/4
114/5 114/7 115/1 115/2 115/4 115/5 115/11
115/15 115/17 115/25 116/2 116/10 117/7
117/18 118/2 118/10 118/21 118/22
Tribou's [6]  114/5 114/6 114/10 116/9 117/1
117/17
trick [4]  60/16 67/18 67/20 98/8
tricked [4]  67/15 67/16 98/6 123/3
tricking [1]  123/6
tricks [1]  19/3
tried [3]  38/2 122/1 148/9
trip [1]  39/7
trips [2]  68/23 76/16
Tronics [1]  142/10
trouble [1]  119/25
true [19]  12/24 18/21 19/4 26/2 26/7 26/8
26/8 30/2 35/4 38/7 38/11 42/22 104/12
113/9 113/10 126/23 129/24 132/7 162/13
trust [8]  23/16 24/12 24/20 27/10 31/2 84/9
124/15 144/9
trusted [5]  21/2 29/6 56/23 105/7 105/7
trustee [1]  63/8
truth [21]  36/15 37/15 66/19 81/11 81/12
93/12 99/5 99/10 101/3 102/16 107/1 108/14
125/2 132/17 132/19 133/14 138/22 138/24
140/21 140/24 152/8
truthful [3]  87/15 102/9 134/7
try [11]  19/9 40/20 53/22 81/2 104/25 118/20
120/2 136/6 148/3 152/1 168/23
trying [16]  18/11 23/16 24/2 24/17 32/4 49/8
53/23 56/5 56/6 56/6 56/7 56/25 80/12
112/11 118/4 121/15
TTN [2]  115/22 116/16

**T**

tune [1]  66/19
turn [2]  70/3 94/22
turned [1]  171/21
turns [1]  11/3
twice [1]  118/3
two [46]  10/4 10/6 17/16 21/3 28/3 28/5 31/3
32/13 47/12 48/14 51/20 52/16 52/23 57/4
67/12 68/19 87/13 98/7 98/9 100/13 110/18
116/7 119/3 124/4 125/16 125/24 126/18
135/11 135/17 136/5 136/9 137/4 137/10
138/2 140/8 142/7 143/19 146/4 146/22
146/24 152/25 154/24 155/22 158/3 171/23
173/16
type [2]  79/23 101/13
typeset [1]  77/13

**U**

U.S [2]  1/17 10/7
U.S.C [2]  53/20 168/7
ultimately [5]  45/11 103/22 111/8 120/7
150/3
umbrellas [1]  129/10
unable [1]  157/3
unanimous [3]  151/21 154/8 155/1
unanimously [3]  152/18 153/3 162/21
unbelievably [1]  105/19
uncertain [1]  173/21
under [16]  6/22 9/5 21/24 25/9 48/25 62/11
62/11 93/25 95/2 97/2 101/22 142/13 144/14
148/25 168/7 168/24
undercuts [1]  116/24
underneath [1]  152/25
understand [15]  4/8 5/21 7/20 12/17 13/20
41/7 51/19 78/13 92/3 107/17 132/25 156/12
171/12 171/19 171/21
understanding [9]  94/25 136/15 147/15
162/10 172/4 172/9 172/14 173/7 174/2
undertaken [1]  165/22
undisputed [6]  61/24 66/4 81/25 89/13
104/12 112/23
undisputedly [2]  65/14 67/21
unduly [1]  151/2
unfortunate [1]  156/21
unfortunately [7]  64/7 72/6 75/12 75/12
81/10 157/21 174/17
unimportant [1]  133/20
unit [1]  74/17
UNITED [30]  1/1 1/3 1/13 2/18 2/21 4/11
10/1 10/9 10/12 14/17 16/25 51/5 72/11
79/12 109/23 135/1 135/4 135/8 143/25
144/7 144/12 144/15 145/25 145/25 146/2
148/2 162/2 162/18 162/20 170/25
units [1]  35/4
unknown [1]  77/9
unlawful [20]  28/4 28/7 28/25 53/7 53/8
53/10 96/6 135/18 135/24 136/6 136/9
136/12 136/15 145/6 146/5 146/16 146/23
146/24 147/12 147/15
unless [3]  56/4 130/3 155/1
unlike [2]  27/14 27/15
unpublished [2]  10/2 10/5
unrelated [1]  117/4
until [6]  11/12 155/1 158/9 172/1 173/5
173/10
untoward [4]  17/4 64/17 65/2 121/21
untrue [5]  97/12 106/22 106/23 138/21
140/21
upfront [1]  90/7

upon [7]  5/22 72/4 75/6 116/25 131/4 164/2
166/13
urge [1]  120/1
urging [1]  116/25
us [7]  17/6 48/12 52/21 58/15 99/5 155/12
161/19
used [6]  17/19 43/25 54/16 126/14 138/6
139/19
useful [1]  3/10
usefulness [1]  145/2
using [7]  43/19 92/4 137/25 138/17 140/7
140/17 168/22
usually [5]  7/12 49/18 139/9 139/20 141/9
143/5

**V**

vague [1]  108/8
valuable [4]  34/10 34/12 82/3 93/21
valuables [1]  175/24
value [2]  50/23 143/22
vanilla [1]  123/12
various [2]  22/16 120/17
Vegas [2]  18/15 80/7
vehicle [1]  21/7
Ventrex [3]  68/24 82/19 82/21
venture [6]  86/7 103/22 107/8 111/8 116/6
150/2
Ventures [2]  116/6 116/16
verdict [59]  2/5 2/20 11/22 20/8 57/5 57/5
57/10 79/17 95/21 108/10 108/17 108/18
128/12 137/9 151/10 151/20 151/23 152/13
152/17 153/4 154/7 155/18 158/10 161/25
162/11 162/13 162/15 162/17 162/21 164/3
164/3 164/6 164/6 164/8 164/9 164/12
164/12 164/14 164/15 164/17 164/18 164/21
164/21 164/23 164/24 165/1 165/2 165/4
165/5 165/8 165/8 165/10 165/11 165/14
165/14 165/25 166/2 166/13 177/8
versus [5]  10/1 10/13 60/16 60/17 162/20
very [28]  13/16 17/2 28/10 34/10 41/13 41/25
54/7 68/4 70/9 74/22 95/21 101/18 110/15
111/5 111/7 112/4 113/2 122/19 125/19
125/23 152/7 156/21 157/13 159/1 160/19
165/18 165/21 174/11
via [2]  44/24 45/12
view [4]  16/16 63/4 80/9 174/4
viewed [1]  147/8
violated [1]  68/17
violating [1]  150/21
violation [4]  135/1 135/3 135/8 146/2
vision [1]  77/14
voice [1]  18/4
voir [1]  104/1
volume [3]  1/10 36/5 36/7
volumes [2]  59/18 59/20
voluntarily [4]  54/3 148/16 150/13 150/16
vomit [1]  122/11
voracious [1]  27/3
voted [1]  154/24
votes [1]  154/25

**W**

wait [2]  157/20 159/11
waiting [1]  15/15
waiving [1]  13/12
wake [4]  123/12 123/25 124/5 124/11
walk [1]  77/4
walked [3]  21/16 55/10 91/11
Walker [1]  165/10
walking [1]  129/10

wall [1]  88/1
want [70]
wanted [12]  14/23 36/13 54/15 62/13 65/19
83/1 83/23 87/22 120/21 125/22 157/14
159/20
wanting [1]  18/13
wants [4]  36/1 40/22 91/16 113/19
warehouse [1]  41/15
warm [1]  123/12
warning [4]  3/9 3/16 3/17 4/6
warnings [2]  3/8 3/19
warrant [1]  142/20
warts [1]  19/25
Washington [2]  1/18 55/8
wasn't [35]  27/14 30/15 31/8 32/11 33/13
33/14 36/1 43/1 51/15 52/6 64/5 64/10
65/10 71/19 76/9 76/10 80/5 82/8 82/25
88/10 90/25 91/23 95/16 100/6 100/15 101/3
105/2 110/3 117/10 124/21 126/22 126/23
127/2 133/14 169/10
wasted [1]  157/15
watched [1]  21/18
waved [1]  126/12
waving [1]  56/13
we'd [4]  3/5 112/3 160/10 169/25
we'll [33]  2/13 4/21 15/1 43/22 53/13 57/14
57/17 57/20 57/23 58/16 59/11 68/19 69/13
71/24 72/4 75/2 75/19 82/23 88/2 94/10
108/25 114/23 115/6 115/21 116/22 154/17
154/22 155/9 155/10 155/11 158/10 158/25
161/1
we're [47]  2/4 4/23 4/24 5/19 6/1 6/3 6/5 6/6
13/15 15/24 16/1 16/23 20/5 20/7 22/2 22/21
28/22 30/14 36/25 38/24 38/25 43/7 46/22
52/2 57/8 58/25 61/11 70/10 70/12 72/1
75/11 77/22 85/6 89/5 97/10 109/22 115/4
154/19 154/20 154/21 155/3 156/12 159/3
159/19 160/2 161/14 176/4
we've [47]  5/2 33/15 39/25 44/20 47/2 49/3
50/21 55/23 88/25 110/6 111/23 112/9 155/8
157/24
wearing [1]  29/15
week [1]  67/18
weekend [2]  6/22 161/11
weekends [1]  157/6
weeks [16]  17/11 17/16 29/14 34/1 57/4
67/12 67/19 67/21 68/7 68/8 68/13 68/15
98/7 98/9 110/18 126/18
weigh [1]  96/3
weight [8]  61/18 61/21 62/4 63/21 129/17
132/4 134/18 151/5
weird [1]  24/16
welcome [5]  15/12 58/23 109/20 112/6 162/8
well [62]
went [24]  18/2 18/9 19/7 20/15 29/17 32/9
36/6 55/6 68/23 68/24 68/24 69/1 80/6 81/14
82/21 83/21 86/22 88/2 91/5 91/25 94/1
101/9 101/17 114/14
weren't [3]  47/15 75/22 88/23
West [5]  1/7 1/20 1/25 163/20 167/4
Westlaw [2]  10/7 10/10
wet [2]  129/9 129/10
what's [15]  8/11 10/17 30/8 32/19 36/1 43/7
48/9 105/24 105/25 113/13 117/3 120/3
125/1 156/24 167/25
whatever [19]  3/21 29/16 62/3 62/13 62/21
63/21 65/18 65/19 66/1 82/10 90/9 98/21
107/17 118/25 120/21 125/21 126/11 129/17
173/24
whatsoever [1]  130/2

## W

wheel [2]  79/10 79/16
wheels [2]  25/2 26/25
whenever [4]  11/22 13/1 121/24 122/1
where [30]  14/20 14/24 15/2 22/3 22/5 23/5
38/4 38/21 39/18 39/19 40/25 49/6 49/20
54/13 88/5 94/6 110/22 116/24 117/22 120/2
122/10 124/13 127/4 139/21 152/4 155/19
160/22 161/5 161/19 171/15
where's [3]  114/5 121/18 121/18
whether [70]
while [11]  18/13 24/3 56/14 102/8 105/22
115/21 120/13 130/16 134/6 150/18 152/2
white [14]  1/21 94/14 94/16 99/25 100/3
126/14 167/12 167/15 167/17 170/2 171/3
171/14 173/13 176/4
White's [1]  171/7
who's [10]  17/3 22/4 30/24 58/10 85/12 89/7
120/7 126/5 126/5 127/7
whole [14]  37/19 43/23 50/5 50/10 51/12
54/24 54/24 109/7 130/8 132/11 145/23
155/11 167/19 170/23
whom [5]  28/10 71/8 72/12 74/9 92/15
whose [6]  30/17 60/6 89/16 89/17 102/15
145/2
why [74]
why'd [2]  28/14 28/24
wife [1]  21/4
Wilk's [1]  27/12
willful [1]  149/15
willfully [14]  28/7 29/1 42/10 53/9 135/13
136/10 136/16 137/6 137/8 146/25 147/16
149/6 150/15 150/20
willing [1]  131/4
Wilma [1]  29/11
Windom [4]  72/8 72/16 72/25 73/9
wire [57]  23/23 27/2 28/1 28/6 28/12 29/10
31/7 31/11 31/13 32/14 42/8 42/11 43/8
43/14 43/15 43/17 44/2 44/4 46/8 46/8 46/10
46/11 47/7 47/17 47/21 51/2 52/24 124/4
124/9 126/25 127/21 127/25 134/25 135/7
135/16 136/7 137/3 137/13 137/17 139/25
140/13 141/14 141/15 141/17 141/20 141/21
141/23 143/24 145/10 152/24 153/10 153/11
153/13 162/24 163/3 163/4 163/5
wires [4]  32/13 33/15 34/6 46/22
wiring [2]  32/23 44/10
wish [5]  4/23 154/10 166/3 166/9 166/19
within [1]  173/1
without [9]  19/25 47/3 55/16 55/16 86/23
131/5 136/11 147/11 148/21
witness [43]  24/15 37/22 69/22 85/21 87/17
87/22 99/2 99/4 99/9 99/16 99/19 100/10
100/11 101/3 101/5 102/5 102/8 107/6
110/18 113/6 129/9 129/25 130/2 130/3
132/9 132/11 132/14 132/16 132/18 132/20
132/22 132/23 132/25 133/5 133/7 133/9
133/10 133/11 133/13 133/16 134/4 134/7
134/10
witness' [2]  129/23 133/2
witnessed [1]  67/17
witnesses [10]  16/13 20/2 34/15 64/5 68/2
102/11 114/14 131/11 132/11 134/9
witnesses' [1]  133/21
won't [5]  57/18 102/20 122/9 124/15 174/7
wondering [1]  156/24
Woodbury [40]  21/1 22/23 34/14 36/16
40/19 40/24 42/18 46/10 46/19 56/24 60/2
63/20 64/16 70/22 71/14 71/19 73/18 75/13

75/14 76/2 76/10 84/20 85/2 88/21 89/10
92/22 98/20 114/15 114/16 114/19 114/19
114/23 116/21 118/14 121/12 121/19 121/25
122/6 122/7 122/16
words [11]  6/12 8/15 36/20 98/10 112/14
117/7 135/18 137/3 146/5 149/14 151/21
work [29]  4/19 19/10 20/21 25/13 31/8 31/15
32/12 32/24 33/13 33/20 34/3 44/22 44/25
45/24 49/4 51/15 52/7 68/25 82/2 82/18 83/4
84/1 93/23 94/7 95/12 102/25 103/2 115/18
121/14
worked [3]  56/16 69/6 69/17
working [4]  74/15 89/1 91/12 125/13
works [4]  93/5 93/5 93/6 152/16
worry [1]  14/12
worse [2]  68/20 117/13
worth [6]  33/18 37/4 66/21 82/3 145/16
170/23
wouldn't [6]  37/24 41/16 47/4 62/19 73/25
112/2
wrap [1]  56/11
Wright [1]  164/17
writing [3]  56/4 74/24 87/4
written [2]  6/2 95/8
wrong [7]  13/25 26/22 71/18 75/16 119/16
125/23 152/14
wrote [3]  54/14 159/20 160/3

## Y

Yafa [6]  36/12 36/13 36/17 36/18 49/9
127/11
yeah [3]  91/12 98/6 99/7
year [3]  60/23 83/5 99/18
years [8]  36/21 56/7 66/1 97/1 112/10 170/8
172/6 172/25
yes [38]  3/7 3/21 5/10 7/15 14/7 15/6 15/8
58/7 58/14 84/1 109/9 109/16 155/22 156/11
156/14 156/20 161/1 161/4 161/16 161/17
162/12 162/14 163/25 164/4 164/7 164/10
164/13 164/16 164/19 164/22 164/25 165/3
165/6 165/9 165/12 165/15 171/5 176/1
yet [2]  32/1 108/24
York [1]  1/18
Yossi [6]  28/21 34/23 39/1 41/22 47/8 119/9
you'd [2]  3/18 155/12
you'll [28]  59/22 60/20 61/12 61/24 64/1
64/14 66/11 66/22 70/15 83/17 88/13 89/9
99/11 103/4 106/1 111/22 112/7 112/8 112/8
112/15 112/24 116/11 128/17 150/6 155/4
155/15 160/17 160/17
you're [71]
you've [38]  16/14 21/21 22/19 38/15 38/16
42/12 43/19 49/5 52/22 54/16 63/6 64/20
75/20 82/17 82/18 89/24 104/13 110/10
110/14 110/17 110/17 111/22 126/17 126/19
126/23 131/1 154/8 155/1 157/10 157/13
158/23 158/25 159/1 162/10 162/13 165/22
167/6 167/19
yourself [16]  19/4 25/20 31/12 47/12 69/8
98/25 99/2 101/13 115/13 132/15 133/4
151/2 151/24 167/6 167/9 167/14
yourselves [2]  65/6 158/8

## Z

zero [1]  83/20