### DECLARATION

I, George Clark, (hereinafter "Declarant"), am a Postal Inspector with the United States Postal Inspection Service, and have been since 2007. I have approximately 8 years of experience in financial crime investigations involving fraud and money laundering including time I spent working as a Trial Assistant at the Manhattan District Attorney's Office.

I make this declaration based upon my personal knowledge and upon information related to me by other government officials and/or agents, witnesses, and upon information contained in documents or records, which have been reviewed during the course of the investigation. I was the lead financial investigator for the investigation involving Mitchell J. Stein (hereinafter "defendant"). I also testified at the criminal trial of the defendant.

Your Declarant has reviewed the defendant's financial affairs and attempted to trace the more than $5 million of monies he received as a result of the fraud scheme for which he was convicted. While I have been able to trace some of the funds the defendant received, as set out herein, I know that much of the money which the defendant received either 1) cannot be located upon the exercise of due diligence; 2) has been transferred or sold to, or deposited with, a third party; 3) has been placed beyond the jurisdiction of the court; 4) has been substantially diminished in value; or 5) has been commingled with other property which cannot be divided without difficulty.

From available information, I have been able to determine that between approximately July 1, 2005, and approximately December 31, 2010, the defendant received approximately $5,378,581.61 as a result of his fraud scheme, calculated as follows:

| Description | Amount |
|---|---|
| Money Signalife sent directly to Stein | $160,679.61 |
| Money Signalife sent directly to Martin Carter | $682,100.00 |
| Money Ajay Anand sent to Stein | $478,600.00 |
| Money Stein got from the THS Blind Trust | $1,395,302.00 |
| Dollar value of shares Signalife issued to Martin Carter | $1,473,900.00 |
| Dollar value of shares Signalife issued to the C Roberto Trust (deposited by Stein into his Luxembourg account) | $594,000.00 |
| Dollar value of shares Signalife issued to the D Clemens Trust (deposited by Stein into his Luxembourg account) | $594,000.00 |
| **TOTAL =** | **$5,378,581.61** |

Evidence of the first five items on the chart above was presented at the defendant's trial. Government Exhibit 259 identified the amount of money Signalife sent directly to the defendant, the amount of money the defendant received from Ajay Anand, and the amount of money the defendant received from the THS Blind Trust, which was, as was explained at trial, the proceeds of sales of Signalife shares. Similarly, Government Exhibit 258 identified the amount of money Signalife sent directly to Martin Carter and the dollar value of the shares Signalife issued to Martin Carter.

On April 9, 2008, the defendant opened an account at Credit Suisse Luxembourg in the name of "Beckring Investments S.A.," a Panamanian shell company incorporated in February 2008. The defendant completed all of the account opening paperwork, listing himself as the beneficial owner and signatory for the account.

The following day, April 10, 2008, 1.2 million shares of Signalife, worth approximately $1.2 million at the time, were deposited into the account, in the form of two share certificates for 600,000 shares each. The certificates were made out to the C Roberto Trust and the D Clemens Trust. Those share certificates had been issued and sent to the defendant at the defendant's instruction, and when Signalife's securities counsel made inquiries about them, the defendant instructed Signalife's office manager to falsely claim that they had been cancelled.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed at Philadelphia, Pennsylvania, this 3 day of August 2013.

George P. Clark
Postal Inspector
United States Postal Inspection Service

2