# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | § Case No 11-80205-CR-MARRA/HOPKINS |
| MITCHELL J. STEIN, | § |
| Defendant. | § |

## ADMITTED DEFENSE EXHIBITS

| DEF. NO. | DATE | BATES | DESCRIPTION OF EXHIBITS |
|---|---|---|---|
| 7. | 10/18/10 | 1027-1030 | Carter Affidavit |
| 9. | 01/20/08 | 1033-1042 | Martin Carter Consulting Agreement |
| 14. | 05/31/08 | 1128-1191 | Harmison Summary Report (Pages 1, 63) |
| 19. | 02/01/08 | 1228-1234 | Five Knights Partners Agreement |
| 25. | 03/28/08 | 1329 | Pickard Email re: Innet, Inc. |
| 47. | 09/03/08 | 1957-1966 | Five Knights Partnership Rev. Liv. Trust |
| 54. | 2007 | 2101-2102 | Signalife/Singh Foreign Business Venture |
| 57. | 03/12/08 | 2129-2179 | Innet/Signalcare Capital Venture Agmt. |
| 78. | 03/30/06 | 2523-2654 | SGN 10-KSB |
| 79. | 04/02/07 | 2655-2742 | SGN 10-KSB |
| 82. | 01/24/08 | 2855 | Carter Email Re: Asia Contacts |
| 83. | 01/2007 | 2856-2870 | International Sales Representation Agreement – SGN/Silve |
| 86. | 05/28/08 | 2875-2921 | Nevdahl E-mail Re: ARC |
| 97. | 12/18/07 | 13 | Jones-Harmison-Pickard E-mail |

1

| | | | |
|---|---|---|---|
| 98. | 03/06/07 | 14 - 16 | Jones-Woodbury E-mail |
| 99. | 03/15/07 | 17 | Jones-Black-Perkins-Pickard E-mail |
| 100. | 11/06/06 | 18 - 19 | Jones-Woodbury E-mail |
| 106. | 02/03/08 | 28 | Woodbury-Harmison E-mail Cantrell Agt |
| 118. | 12/2005 | 51 | South Carolina Salaries |
| 126. | 07/18/06 | 63 | Hildebrandt-Woodbury-Keitt-Bunes-Sosebee Stock Option E-mail |
| 127. | 08/02/05 | 64 - 65 | Bunes-Woodbury-Frense E-mail |
| 143. | 04/09/07 | 119 | Jones-Bunes E-mail – MJD Agt. (Pickard and Woodbury) |
| 144. | 10/05/07 | 120 | Jones-Pickard E-mail |
| 145. | 10/27/06 | 121 | Jones-Woodbury E-mail Re: Jones Request for 25,000 Options |
| 149. | 01/01/07 | 128 - 139 | MJD – SGN – Investor Agt. |
| 152. | 05/21/11 | 3003 | Riley-Carter – Budget E-mail |
| 154. | 05/26/11 | 3005 | Resume -- Martin Carter |
| 157. | 04/22/11 | 3036 - 3038 | Carter Money Request |
| 165. | 09/26/07 | 3048 - 3049 | Harmison-Woodbury (Press Release?) E-mail |
| 167. | 01/21/08 | 3051 - 3052 | Harmison-Woodbury - Delisting E-mail Chain |
| 168. | 03/19/08 | 3053 | Harmison-Woodbury - YA Funds |
| 180. | 02/06/08 | 3134 | Harmison-Woodbury E-mail Re: AMEX (Stein included in this one) |
| 186. | 08/24/07 | 3141 | Harmison-Woodbury-AMEX Letter |
| 188. | 07/24/07 | 3144 | Harmison-Woodbury-AMEX Letter |
| 192. | 03/17/08 | 3158 | Harmison-Jones E-mail Board Member Folder Re: Sales |
| 194. | 02/11/08 | 3160 | Harmison-Jones-Pickard – Cash Balance E-mail |
| 200. | 03/17/08 | 3178 - 3179 | Harmison-Jones "Approved!" E-mail Tracey Jones |
| 201. | 08/29/07 | 3180 - 3181 | Harmison-Pickard-Jones E-mail Re: Wire |
| 202. | 01/23/08 | 3182 | Harmison-Pickard – Sarbanes-Oxley Compliance E-mail |
| 203. | 12/15/07 | 3183 - 3189 | Sarbanes-Oxley Engagement Letter with Assurance Partners LLP (Pickard) |

2

| 204. | 12/05/07 | 3190 | Harmison-Pickard "Not Please [D]" E-mail |
| 206. | 08/13/07 | 3192 - 3193 | Harmison-Stein-AMEX-Litigation-High-Importance E-mail |
| 209. | 04/11/08 | 3196 | Harmison-Pickard-Rauch E-mail |
| 214. | 03/31/08 | 3202 - 3203 | Harmsion-Woodbury IT Health and Cardiac Management E-mail |
| 216. | 08/21/07 | 3205 | Harmison-Woodbury-Kading "Is AMEX Listing Secure?"…"What's the answer?" |
| 233. | 03/19/08 | 3408 - 3409 | Jones-Doctors-Black Board Agenda "Our Progress" E-mail |
| 241. | 01/26/08 | 4523 | Carter E-mail Re: Asia |
| 244. | 12/26/07 | 4545 | Carter E-mail "Shoot the Moon" |
| 272. | 09/09/07 | 7107 - 7108 | Harmison E-mail Blocking Woodbury's Press Release |
| 299. | 04/2003 | 7610 - 7614 | National Securities Trading Record – 04/2003 |
| 300. | 05/2003 | 7615 - 7621 | National Securities Trading Record – 05/2003 |
| 301. | 06/2003 | 7622 - 7628 | National Securities Trading Record – 06/2003 |
| 302. | 07/2003 | 7629 - 7636 | National Securities Trading Record – 07/2003 |
| 303. | 08/2003 | 7637 - 7643 | National Securities Trading Record – 08/2003 |
| 304. | 09/2003 | 7644 - 7653 | National Securities Trading Record – 09/2003 |
| 305. | 10/2010 | 7654 - 7662 | National Securities Trading Record – 10/2003 |
| 306. | 11/2003 | 7663 - 7671 | National Securities Trading Record – 11/2003 |
| 307. | 12/2003 | 7672 - 7686 | National Securities Trading Record – 12/2003 |
| 308. | 01/2004 | 7687 - 7695 | National Securities Trading Record – 01/2004 |
| 309. | 02/2004 | 7696 - 7703 | National Securities Trading Record – 02/2004 |
| 310. | 03/2004 | 7704 - 7713 | National Securities Trading Record – 03/2004 |
| 311. | 04/2004 | 7714 - 7722 | National Securities Trading Record – |

3

|      |              |             |                                                              |
|------|--------------|-------------|--------------------------------------------------------------|
|      |              |             | 04/2004                                                      |
| 312. | 05/2004      | 7723 - 7729 | National Securities Trading Record – 05/2004                 |
| 313. | 06/2004      | 7730 - 7736 | National Securities Trading Record – 06/2004                 |
| 314. | 07/2004      | 7737 - 7741 | National Securities Trading Record – 07/2004                 |
| 315. | 08/2004      | 7742 - 7746 | National Securities Trading Record – 08/2004                 |
| 316. | 09/2004      | 7747 - 7753 | National Securities Trading Record – 09/2004                 |
| 317. | 10/2004      | 7754 - 7757 | National Securities Trading Record – 10/2004                 |
| 318. | 11/2004      | 7758 - 7766 | National Securities Trading Record – 11/2004                 |
| 319. | 12/2004      | 7767 - 7773 | National Securities Trading Record – 12/2004                 |
| 320. | 01/05 – 02/05 | 7774 - 7777 | National Securities Trading Record – 01/05 – 02/05           |
| 321. | 06/2005      | 7778 - 7782 | National Securities Trading Record – 06/2005                 |
| 323. | 06/29/05     |             | Signalife Form SB-2                                          |
| 326. | 09/17/07     |             | Woodbury Letter to AMEX                                      |
| 327. | 05/24/08     |             | Woodbury Email to Perkins Re: AMEX, Purchase Orders          |
| 330. | 03/03/08     | 5374        | Tracey Jones Email to Pickard Re: SGN Stock                  |
| 331. | 02/22/08     | 5378 - 5379 | Tracey Jones Email to Pickard Re: Wire Transfer              |
| 332. | 03/17/08     | 5395        | Tracey Jones Email to Pickard Re: Stock Transfer             |
| 333. | 05/12/08     | 5406 - 5407 | Tracey Jones Email to Pickard Re: Purchase Order             |
| 334. | 08/16/06     | 5420 - 5421 | Hildebrandt Email to Jones Re: Woodbury Fees                 |
| 335. | 10/27/06     | 5438 - 5439 | Jones Email to Woodbury Re: Stock Option Grant – Salary Increase |
| 336. | 11/29/07     | 5513        | Jones Email to Pickard Re: Deposit                           |
| 337. | 06/09/08     | 5514 - 5515 | Jones Email to Perkins Re: Drakulic Bonus                    |

4

| No. | Date | Bates | Description |
|---|---|---|---|
| 338. | 05/18/06 | 5516 - | Jones Email to Woodbury Re: SGN Options |
| 339. | 10/07/08 | 5526 - 5527 | Jones Email to Perkins |
| 340. | 03/28/07 | 5534 | Jones Email To Pickard Re: Rep Letter |
| 341. | 10/13/06 | 5538 - 5539 | Jones Email to Woodbury Re: Stock Options |
| 342. | 02/11/08 | 5540 | Pickard Email to Jones Re: Canadian Payroll |
| 343. | 09/29/06 | 5541 | Jones Salary Action |
| 344. | 02/12/08 | 5542 | Jones Email to Pickard Re: Travel Expenses |
| 346. | 03/31/08 | 9000 | Jones Email to Pickard Re: Attorney Confirmations |
| 347. | 05/01/07 | | Hendrix Email to Pickard, Provencio, Bunes, Woodbury Re: Timeline |
| 348. | 03/31/08 | 6734 - 6735 | Emails Re: Terms and Conditions |
| 349A. | 03/06/07 | 3577 | Jones Email to Woodbury Re: Board Minutes |
| 349B. | 02/17/06 | 3577 | Email Re: Transfer of Shares to Woodbury per his directions. |
| 350. | 11/16/08 | | Pickard Email Re: 10-Q |
| 359. | 07/21/12 | 9002 - 9020 | Ajay Anand Plea Agreement |
| 363. | 12/30/08 | 9035 - 9038 | Nevdahl DOJ Interview Memo |
| 365. | 05/28/08 | 9045 | Nevdahl Letter to Woodbury Re: Blind Trust |
| 366. | 01/27/09 | 9046 | Nevdahl Letter to Gault |
| 367. | 05/25/09 | 9047 - 9048 | Nevdahl Letter to Woodbury/Perkins Re: Placement Agt. |
| 369. | 05/28/08 | 9050 | Nevdahl Email to Woodbury Re: Arc Finance |
| 370. | 10/09/08 | 9051 - 9052 | Jones Email to Woodbury Re: Brokerage Acct |
| 383. | 09/08/08 | | Jaymi Blind Trust |
| 390. | 07/13/06 | | THS Blind Trust |
| 392. | 04/03/08 | 9278 | Excerpt from SGN 10KSB Filing |
| 393. | 03/20/08 | | Anand/Woodbury Emails |
| 400. | 12/28/07 | | Email from Carter sending material to Stein |

| 401. | 12/28/07 |      | Attachment to Carter Email to Stein |
|------|----------|------|--------------------------------------|
| 402. | 12/28/07 |      | Attachment to Carter Email to Stein |
| 403. | 12/28/07 |      | Attachment to Carter Email to Stein |
| 404. | 01/20/06 | 4502 | Carter Email Re: Cables |
| 405. | 01/25/06 | 4270 | Carter Email Re: cable manufacturer in China |
| 412. | 12/18/07 |      | SGN SB-2 |
| 413. | 01/12/07 |      | SEC Notice of Effectiveness |
| 414. | 01/16/08 |      | SEC Notice of Effectiveness |
| 415. | 07/21/08 |      | SEC Notice of Effectiveness |
| 417. | 05/16/13 |      | 05/16/13 Stipulation between Stein and United States Re: Firm Communications. |
| 418. | 05/16/13 |      | 05/16/13 Stipulation between Stein and United States Re: Tribou Payment to Signalife on or about September 29, 2007 for goods expected to receive. |