UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 11-80205-CR-MARRA

UNITED STATES OF AMERICA,

vs.

MITCHELL J. STEIN,
    Defendant.
_____/

**Notice of Filing of Selection of Admitted Government Trial Exhibits**

    PLEASE TAKE NOTICE that Defendant-Appellant Mitchell J. Stein hereby files his selection of admitted Government Trial Exhibits relied upon by him for purposes of appellate review.

Dated:  March 25, 2015          Respectfully Submitted,

                                               JONATHAN KASEN, P.A.
                                               Attorney for Defendant Mr. Stein
                                               633 SE 3rd Avenue, Suite #: 203
                                               Fort Lauderdale, Florida 33301
                                               Phone: (954) 761-3404
                                               E-mail: attykasen@jonathankasenpa.com

                                               By: _____/s/_____
                                                     JONATHAN KASEN, Esq.
                                                     Fla. Bar No.: 0164951

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25, 2015, I electronically filed the foregoing documents with the Clerk of the Court and all counsel of record using CM/ECF.

By: _____/s/_____
JONATHAN KASEN, Esq.