UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-80205-CR-MARRA

UNITED STATES OF AMERICA

        Plaintiff,

vs.

MITCHELL STEIN,

        Defendant.
_____ /

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:  ANY UNITED STATES MARSHAL, AND
    WARDEN,

It appearing that the defendant in the above case, **Mitchell J. Stein, #62053-112** is confined at FCI Miami, 15801 SW 137th Avenue, Miami, FL 33177, and this case is set for a Resentencing Hearing as to said defendant at the **United States District Courthouse, 701 Clematis Street, West Palm Beach, Florida** on **July 19 and 20, 2018 at 9:00 a.m.** and that it is necessary for said defendant to be before the Court for said proceeding.

NOW, therefore, this is to command you, any United States Marshal, to have the body of the said **Mitchell J. Stein, #62053-112** , detained in custody as aforesaid, under safe and secure conduct, before this Court at 70l Clematis Street, West Palm Beach, Florida by **July 19, 2018** and upon completion of said proceeding that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this to command you, the Warden of the FCI Miami, to deliver into the custody of any

United States Marshal, upon production to you of a certified copy of this writ, the body of the said

defendant for safe and secure conduct to this district for the purpose aforesaid.

        **DONE AND ORDERED** at West Palm Beach, Florida this 30th day of May, 2018.


                                                        **KENNETH A. MARRA**
                                                        UNITED STATES DISTRICT JUDGE


cc:     All counsel
        US Marshal (3 Certified Copies)

WRIT