*United States v. Mitchell Stein*, 11-cr-80205
Government Exhibit List 7/30/2018

| 2018 Sentencing Exhibit Number | Exhibit Number - Prior Proceeding | Description | Bates Range |
|---|---|---|---|
| 1 | Trial Ex. 69 | 9.20.07 Press Release Announcing $1.98M in Sales | USA-MS-0000005854 |
| 2 | Trial Ex. 72 | 9.25.07 Press Release Announcing $3.3M in Sales | USA-MS-0000005855 |
| 3 | Trial Ex. 76 | 10.10.07 Press Release Announcing $551K in Sales | USA-MS-0000005856 |
| 4 | | Webcast Transcript 4.14.18 | HT-SEC 005615 - HT-SEC 0005626 |
| 5 | Trial Ex. 159 | 10-Q of 8.15.08 | USA-MS-0000006009 - USA-MS-0000006054 |
| 7 | | 4.7.08 and 4.11.08 Press Releases | |
| 10 | | Email from Taylor to Stein, 4.14.08 | DOJ-TAYLOR_000036 |
| 21 | | SGN FTDs data | USA-MS-0000005832 |
| 22 | | Bluesheet Trading Data - PDF | USA-MS-0000000653 - USA-MS-0000005801 |
| 23 | | Bluesheet Trading Data - Excel | USA-MS-0000008176 |
| 30 | | Expert Report by Dr. Chyhe Becker | |
| 31 | | Expert Rebuttal Report by Dr. Chyhe Becker | |
| 32 | | SEC Intrinsic Price Spreadsheet | USA-MS-0000008177 |
| 40 | | Relevant Period Loss Spreadsheet | USA-MS-0000008121 - USA-MS-0000008169 |
| 41 | | Narrow Period Loss Spreadsheet | USA-MS-0000008099 - USA-MS-0000008120 |
| 69 | Trial Ex. 108 | Accepted Stock Certificate for 247,000 Shares for Muscillo | SC00035393; DOJ-REPROD-01434719 |
| 71 | | Luxembourg Account Documents | DOJ-LUX MLAT_000107 - DOJ LUX MLAT_002072 |
| 72 | Sentencing Ex. 344 | Stock Certificate for Shares Issued to D Clemens Trust | |
| 73 | Sentencing Ex. 343 | Stock Certificate for Shares Issued to C Roberto Trust | |
| 101 | | Summary Exhibit - Economic Analysis | |
| 102 | | Summary Exhibit - Victim Loss Calculations | |
| 103 | | Summary Exhibit - Individual Losses | |
| 104 | | Summary Exhibit - Modified Recissory Method | |
| 109 | Trial Ex. 258 | Summary Exhibit - Martin Carter, Assets Received from Signalife | |
| 110 | Trial Ex. 259 | Summary Exhibit - Funds to Mitchell Stein | |
| 113 | | Summary Exhibit - Gain to the Defendant | |
| 114 | | Summary Exhibit - Loss to Signalife | |
| 115 | Sentencing Ex. 346 | Summary Exhibit - Silver Group, SGN Stock Issuance and Valuation, May 2006 - November 2007 | |
| 121 | | Summary Exhibit - Loss Calculations | |
| 122 | | Summary Exhibit - Webcast Intra-day Trading | |
| 122A | | Data Relied upon in Summary Exhibit 122 | |
| 200 | | *SEC v. Drucker, et. al.,* Declaration of Edward O'Neal (2006) | |
| 204 | | *In re American Mutual Funds Fee Litigation,* Opinion (2009) | |
| 205 | | *SEC v. Symbol Techologies*, Expert Report of Edward O'Neal (2010) | |
| 206 | | *Does Silence Speak? An Empirical Analysis of Disclosure Choices during Conference Calls* by Hollander, et. al. | |
| 207 | | *No News is News: Do Markets Underreact to Nothing?* by Giglio, et. al. (2014) | |
| 210 | | *ATSI Communications, Inc. v. The Shaar Fund, LTD, et. al.,* Memorandum and Order (2008) | |
| 212 | | *ATSI Communications, Inc. v. The Shaar Fund, LTD, et. al.,* United States Second Circuit Court of Appeals Decision (2009) | |