UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-80205-CR-MARRA

**United States of America,**

    **Plaintiff**

v.

**Mitchell J. Stein,**

    **Defendant.**

**CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE**

I, Michelle Pascucci, as counsel for the United States of America, hereby certify the following:

Check the applicable sections:

☒ ALL EXHIBITS E-FILED: All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence have been electronically filed in CM/ECF.

☐ EXHIBITS NOT E-FILED: The following is an itemized list of exhibits that are exempt from mandatory electronic filing pursuant to Local Rule 5.3(b)(3):

_____

_____

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial. Failure to timely comply with the requirements of Local Rule 5.3(b) may result in the imposition of sanctions.

Signature:    */s/ Michelle Pascucci*    Date:    July 30, 2018

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to counsel of record.

Respectfully submitted,

SANDRA L. MOSER
Acting Chief, Fraud Section

BY: _____/s/_____
MICHELLE PASCUCCI
Trial Attorney
Criminal Division, Fraud Section
United States Department of Justice
1400 New York Avenue, Northwest
Washington, DC 20005
Tel: (202) 307-2208
Fax: (202) 514-0152
Michelle.Pascucci@usdoj.gov