*United States v. Mitchell Stein*
**Defendant's Exhibit List**
**7/20/2018**

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE |
|---|---|---|
| DX01 | Signalife Form 10Q filed 5-15-08 | USA-MS-0000005957 - USA-MS-0000006008 |
| DX02 | Signalife Form 10Q filed 8-15-08 | USA-MS-0000006009 - USA-MS-0000006054 |
| DX03 | Biosig Form S-1 filed 06.08.2017 | N/A |
| DX04 | BSGM - BioSig Technologies Inc Company Profile - CNNMoney.com | N/A |
| DX05 | Budimir Drakulic Inventions, Patents and Patent Applications - Justia Patents Search | N/A |
| DX06 | Budimir S. Drakulic Ph.D. Executive Profile & Biography - Bloomberg | N/A |
| DX07 | Caselaw (Eagletech Communications Inc v Citigroup Inc) | N/A |
| DX08 | Caselaw (Merrill Lynch Pierce Fenner And Smith Inc v Manning) | N/A |
| DX09 | Caselaw (US v Gilbert) | N/A |
| DX10 | Caselaw (US v Mulheren) | N/A |
| DX11 | Caselaw (US v Stein) (1972) | N/A |
| DX12 | Christian and Shapiro Expert Reports (4.6.18) | N/A |
| DX13 | Edward O'Neal Expert Report (4.6.18) | N/A |
| DX14 | Edward O'Neal Rebuttal Report (5.10.18) | N/A |
| DX15 | Expert Report of Dr. Robert Shapiro | N/A |
| DX16 | Graphic Chart (47 MM Hidden Shares Relate Back) | N/A |
| DX17 | Graphic Chart (Fails Plus Hidden Shares) | N/A |
| DX18 | Graphic Chart (Fails Plus Hidden Shares, Stacked View) | N/A |
| DX19 | List of Regulatory Actions | N/A |
| DX20 | List of Stock Fraud Cases Handled by JWC | N/A |
| DX21 | Email from DOJ Hard Drive Re Kenneth Londoner | NS-SEC-0033425 |

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE |
|---|---|---|
| DX22 | Opinion and Order (SEC v Citigroup) | N/A |
| DX23 | Order (In Re Goldman Sachs) | N/A |
| DX24 | Order (In Re Merrill Lynch) | N/A |
| DX25 | AMEX Notifies Signalife that It Will Need to Comply with Minimum Requirement (2008.01.14) | N/A |
| DX26 | 08.08.08 Press Release announcing Intent to Withdraw from AMEX and Trade on the OTCBB | N/A |
| DX27 | 07.11.2008 Press Release Signalife Board Approves Merger | N/A |
| DX28 | 11.26.2007 Press Release Signalife Receives FDA Clearance for OTC Non-Prescription Event Recorder Device | N/A |
| DX29 | 03.17.2008 Press Release Signalife Sees Accretive Purchase and Financial Commitments | N/A |
| DX30 | 03.25.2008 Press Release Signalife Wins More Business; Actively Shipping Orders | N/A |
| DX31 | 05.08.18 Press Release (Sim Fara Joins BioSig Technologies Advisory Board) | N/A |
| DX32 | 12.15.15 Press Release (JP Morgan Fined) | N/A |
| DX33 | 01.15.2016 Press Release (Schwab Naked Short Selling Scheme) | N/A |
| DX34 | Rebuttal Report of Dr. Hayter (5.10.2018) | N/A |
| DX35 | Rebuttal Report of James Wes Christian 5.10.18 | N/A |
| DX36 | Regulatory Letter of Acceptance No. 20080144511 | N/A |
| DX37 | Regulatory Letter of Acceptance No. 20080144512 | N/A |
| DX38 | Regulatory Letter of Acceptance No. 20080151992-01 | N/A |
| DX39 | Regulatory Letter of Acceptance No. 20100229712 | N/A |
| DX40 | SEC Statement: What the SEC Really Did on Short Selling; "Op-Ed" for the Wall Street Journal (July 24, 2008) | N/A |
| DX41 | Sim Farar Executive Profile & Biography - Bloomberg | N/A |
| DX42 | Uncle Mills Partners Composite Exhibit | 0001-0107 |

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE |
|---|---|---|
| DX43 | Video Presentation (SEC Chairman Cox on Naked Short Selling) | N/A |
| DX44 | Wes Christian CV | N/A |
| DX45 | Memorandum of Interview - Jamie Carpenter | USA-MS-0000007406-USA-MS-0000007407 |
| DX46 | Memorandum of Interview - Mark Taylor | USA-MS-0000007416-USA-MS-0000007417 |
| DX47 | Memorandum of Interview - Matthew Small | USA-MS-0000007415 |
| DX48 | Memorandum of Interview - Richard Albrecht | USA-MS-0000007404 |
| DX49 | Memorandum of Interview - Richard Faust | USA-MS-0000007408 |
| DX50 | Memorandum of Interview - Ron McMahon | USA-MS-0000007409-USA-MS-0000007410 |
| DX51 | Victim Impact Statement - Mark Lundberg | USA-MS-0000007983-USA-MS-0000007990 |
| DX52 | Victim Questionnaire - Calvin Compton | USA-MS-0000007999-USA-MS-0000008000 |
| DX53 | Victim Questionnaire - David Williamson | USA-MS-0000007993-USA-MS-0000007994 |
| DX54 | Victim Questionnaire - Edward Bavolar | DOJ-Other Victims_000042-DOJ-Other Victims_000043 |
| DX55 | Victim Questionnaire - Elaine Berdy | USA-MS-0000008025-USA-MS-0000008028 |
| DX56 | Victim Questionnaire - Francis Ettenhofer | USA-MS-0000007991-USA-MS-0000007992 |
| DX57 | Victim Questionnaire - Jerry Hathaway | DOJ-Other Victims_000085-DOJ-Other Victims_000087 |
| DX58 | Victim Questionnaire - John Staiao | USA-MS-0000008001-USA-MS-0000008002 |
| DX59 | Victim Questionnaire - Justin Benscoter | USA-MS-0000007405 |
| DX60 | Victim Questionnaire - Lucas Lackner | DOJ-Other Victims_000006-DOJ-Other Victims_000016 |
| DX61 | Victim Questionnaire - Mark Soltz | USA-MS-0000007997-USA-MS-0000007998 |
| DX62 | Victim Questionnaire - Mark Taylor | DOJ-Other Victims_000389-DOJ-Other Victims_000390 |
| DX63 | Victim Questionnaire - Martin Goldstein | USA-MS-0000008003-USA-MS-0000008004 |

3

| EXHIBIT NUMBER | DESCRIPTION | BATES RANGE |
|---|---|---|
| DX64 | Victim Questionnaire - Melody Jean Gray-Johnson | DOJ-Other Victims_000095-DOJ-Other Victims_000096 |
| DX65 | Victim Questionnaire - Michael Botte | USA-MS-0000007995-USA-MS-0000007996 |
| DX66 | Victim Questionnaire - Timothy Straker | DOJ-Other Victims_000101-DOJ-Other Victims_000102 |
| DX67 | Victim Questionnaire - Tracy Jean Jones | DOJ-Other Victims_000045-DOJ-Other Victims_000046 |
| DX68 | O'Neal Demonstrative Exhibit | N/A |
| DX69 | Apr. 28, 2008 Email from Dr. L. Harmison to M.Stein.Administration re trip to SGN | HARMISON_00391859 |
| DX70 | Taylor Blue Sheet Data (excerpt from GX 22) | N/A |
| DX71 | The Econometrics of Financial Markets, Campbell et. al., ch. 4. | USA-MS-0000000162 |
| DX72 | Signalife Stock Price 4-1-08 through 4-15-08 | N/A |
| DX73 | Apr. 30, 2008 Email from P. Melley re Bullet Points | USA-MS-0000008187-8189 |
| DX74 | List of Investor Loss Accounts with Value of Total Remaining Shares – Relevant Period (adapted from GX 40) | N/A |
| DX75 | List of Investor Loss Accounts with Value of Total Remaining Shares - Narrow Period (adapted from GX 41) | N/A |
| DX76 | Memorandum of Interview - Jamie Carpenter - 7.18.2018 | N/A |