**IT Services**
**Company Overview of Allied Wallet, Ltd.**

July 13, 2018 12:12 PM ET

Snapshot | People

Overview | Board Members | Committees

### Executive Profile
# Sim Farar

Member of Board of Directors & Senior Counselor, Allied Wallet, Ltd.

| Age | Total Calculated Compensation | This person is connected to **2** Board Members in **2** organization across **3** different industries. |
|---|---|---|
| 71 | -- | See Board Relationships |

### Background

Mr. Sim Farar has been senior counselor and Director at Allied Wallet Ltd. since January 2018. Mr. Farar serves as a Consultant in the Los Angeles area. Mr. Farar served as the Chairman of the Board, Chief Executive Officer, President and Chief Financial Officer of Heart Tronics, Inc. since November 3, 2000. From 1985 to 1998, Mr. Farar served as the President of American Home Developers Company, Inc., a contracting firm in the building industry which he sold in April, 1998. He serves on the board of directors of IFC Financial Services, Inc. and has been involved in implementing new business strategies for several companies in recent years. He served as a Director of Heart Tronics, Inc. In 2001, he was appointed to the Woodrow Wilson Council, the private sector advisory board of the Woodrow Wilson International Center for Scholars in Washington, DC. In 1999, he was appointed by President William Jefferson Clinton and confirmed by the U.S. Senate to serve as the United States Representative to the 54th General Assembly at the United Nations in New York City. He is a Member of Advisory Board at BioSig Technologies, Inc. since May 2018. In 1994, Mr. Farar also received a Presidential appointment to the Advisory Committee on the Arts of the John F. Kennedy Centerfor Performing Arts in Washington, DC.

Collapse Detail

### Corporate Headquarters
1 Northumberland Avenue
London, Greater London WC2N 5BW

United Kingdom

Phone: 44 20 3318 8334
Fax: --

### Annual Compensation
There is no Annual Compensation data available.

### Stocks Options
There is no Stock Options data available.

### Total Compensation
There is no Total Compensation data available.

### Board Members Memberships
2018-Present
**Member of Board of Directors & Senior Counselor**
Allied Wallet, Ltd.

### Education
There is no Education data available.

### Other Affiliations
Heart Tronics, Inc.
BioSig Technologies, Inc.

11-cr-80205
DEFENDANT'S EXHIBIT
41

**Request Profile Update**

\