UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80205-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MITCHELL J. STEIN,

        Defendant.
_____/

## ORDER ON SENTENCING

THIS CAUSE is before the Court for resentencing pursuant to the Mandate of the Eleventh Circuit Court of Appeals **[DE 493]**. The Court held a hearing on July 19 and 20, 2018 and being duly advised in the premises, makes the following findings of fact and conclusions of law:

The Court finds the amount of loss attributable to Defendant's conduct is $1,029,570.00. The Court finds Dr. Chyhe Becker's testimony regarding the method of calculating the loss credible and reliable (inflated value of the stock attributable to the fraudulent misrepresentations). The Court also finds Dr. Becker's event study to be competent and reliable method for calculating the loss to investors in Signalife stock during the relevant time period. The Court accepts as credible and reliable Dr. Becker's opinion that it was not necessary to test for or establish an efficient market to rely upon her event study.

Because both Dr. Becker and Defendant's expert, Dr. Edward O'Neal, agree that shareholders who sell their shares before disclosure to the market of a fraud do not suffer a loss as a result of the fraud, the Court rejects the government's reliance upon the loss calculations of

Peter Melley amounting to $2,026,652.00.  This figure includes losses allegedly incurred by shareholders who sold their shares prior to the disclosure of the fraud to the market.  The figure found by the Court excludes losses resulting from the sale of shares prior to the disclosure of the fraud to the market.

The Court also finds $1,029,570.00 to be the proper amount of restitution to be awarded against Defendant as a result of the losses suffered by the 616 victims.

The Court finds that there were 616 investor victims.

All the other guideline enhancements previously applied to Defendant's advisory guideline range are readopted and reapplied for purposes of Defendant's resentencing.

The Court denies Defendant's request to vacate the forfeiture.  Defendant did not challenge the forfeiture on appeal, and the Court does not find that the conditions which allow a district court to deviate from the appellate mandate exist in this case.

DONE and ORDERED in West Palm Beach, Florida, this 28th day of August, 2018.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

All counsel