UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: __11-80205-CR__

        Plaintiff
vs.

__Mitchell Stein__ /

### SENTENCING MINUTES

DATE: __8/29/18__   Court Reporter: __Stephen Franklin__
AUSA __Michelle Pascucci / Caitlin Cottingham__   Defense Counsel: __Benjamin Gruenstein, David Harris, Richard Klugh, Alexander Delrido__
Deputy Clerk: __Irene Ferrante__

### JUDGMENT AND SENTENCE

Imprisonment __150__ MONTHS as to COUNTS __1-10__
__120 mos - 11-13__
__60 mos - 14 to run concurrently__

Probation _____ YEARS as to COUNTS _____

Supervised Release __3__ YEARS as to Counts __1-14 to run concurrently__

✓ Association restriction ___ Employment Requirement ✓ Permissible Search ___ Deportation
___ Mental Health Treatment ✓ Substance abuse treatment ✓ Financial disclosure ___ No debt
___ No self-employment ✓ Related concern restriction ___ Sex offender conditions

__Gambling treatment__

__forfeiture entered__

Assessment $__1,400__   Fine __∅__   Restitution: __$1,029,570.00__

___ Counts remaining dismissed on Government motion _____
✓ Defendant advised of his right to appeal.
✓ Remanded to U.S. Marshal
___ Voluntary Surrender on or before _____
Recommendation to the Bureau of Prisons __drug program, Miami camp__

Time in court: __1:08__